IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LYMAN F. BUSH, INDIVIDUALLY and LYMAN F. BUSH, PERSONAL REPRESENTATIVE OF THE ESTATE OF BEVERLY J. BUSH | § | |
| Plaintiff, | § | Docket No. 02-1041T |
| | § | Judge Bruggink |
| vs. | § | |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME**

**TO FILE MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Lyman F. Bush and Lymon Bush, Personal Representative of the Estate of Beverly J. Bush move for a three week enlargement of time to file their motion for summary judgment and for cause would show the Court as follows:

Associate counsel for Plaintiffs, Teresa J. Womack, has been unable to complete preparation of the opening motion for summary judgment because her son injured his arm in a football accident this past Thursday. The injury has necessitated numerous trips to various physicians and will be the occasion of numerous additional visits over the course of the next two weeks for follwup diagnosis and care.

This is the first request for an enlargement of time to file Plaintiffs' motion for summary judgment. Counsel for the United States has stated that the United States is unopposed to the granting of this motion.

WHEREFORE, Plaintiffs Lyman F. Bush, Individually and Lyman F. Bush, Personal Representative of the Estate of Beverly J. Bush, respectfully and regretfully request an enlargement of three weeks until October 13, 2006, to file plaintiffs' motion for summary judgment.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 00788707
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax