# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: October 27, 2006)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

SHOW CAUSE ORDER

This show cause order is issued based on the repeated failures of plaintiffs' counsel to comply with court orders and meet deadlines. Plaintiffs' motion for summary judgment, originally set for September 22, 2006 and then reset for October 13, 2006 upon plaintiffs' motion for extension of time, has not been submitted as of the date of the present order. No notice or reason was provided to the court.

On June 23, 2006, the court ordered plaintiffs' counsel, Ms. Teresa Womack, to explain the repeated failures to comply with court orders. The detailed chronology of the events can be found in that order. Three times plaintiffs' counsel cancelled scheduled status conferences on very short notice and once did not appear without notice. Court orders to respond to defendant's discovery requests were twice not met. During the June 22, 2006 status conference, defendant's counsel indicated difficulty contacting plaintiffs' counsel. Pursuant to these events, the court warned plaintiffs' counsel in the June 23, 2006 order that a failure to file a response to the order would result in the issuance

of an order to show cause as to why the cases should not be dismissed for failure to prosecute.

Ms. Teresa Womack did file a response to the June 23, 2006 order assuring the court that “more reliable communication between counsel is of the highest priority and *will* be established immediately.” (Pls.’ Resp. to Order, July 13, 2006, at 3.) During a status conference held on August 8, 2006, the court cautioned plaintiffs’ counsel “to be more attentive” to the next step in the proceedings. (Tr., August 8, 2006, at 3). The court then permitted plaintiffs to file the motion for summary judgment, which, as discussed above, has not been done.

Therefore, it is ordered that plaintiffs shall show cause, on or before November 22, 2006, why these two actions should not be dismissed for failure to prosecute. Failure to adequately respond to this show cause order will result in automatic dismissal.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge