IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LYMAN F. BUSH, INDIVIDUALLY and LYMAN F. BUSH, PERSONAL REPRESENTATIVE OF THE ESTATE OF BEVERLY J. BUSH | § | Docket No. 02-1041T |
| Plaintiff, | § | Judge Bruggink |
| vs. | § | |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to the Order of the Court to show cause, Plaintiffs Lyman F. Bush and Lymon Bush, Personal Representative of the Estate of Beverly J. Bush, would show the Court as follows:

Associate counsel for Plaintiffs, Teresa J. Womack, was unable to complete and file a motion for summary judgment by the October 13, 2006 deadline due to extended personal illness. Ms. Womack contracted a bacterial respiratory infection that kept her from out of the office for most of October, 2006. Ms. Womack timely contacted opposing counsel Benjamin King to confer with respect to a motion to enlarge the time to file the motion for summary judgment, which the government did not object to. But due to counsel's absence from the office, her duly prepared motion was not properly filed with the Court.

During Ms. Womack's absence, the Fifth Circuit issued an opinion in a test case for an issue that affected approximately 100 hundred cases pending before the various districts of the Fifth Circuit, *Beall v. United States*, _____ F.3d ____, 2006 WL 2873631, 98 A.F.T.R.2d 2006-7244 (5th Cir., October 11, 2006). The issuance of the opinion in *Beall* triggered standing orders to file status reports in a great number of those pending cases, which in turn has triggered a number of status conferences with individual judges before whom the cases are pending. In addition to the status reporting requirements, the *Beall* decision resolved all remaining issues in a number of the pending and has resulted in negotiations for and, in at least one case, preparation of an agreed judgment.

An additional 100-plus cases based on the same legal and factual arguments are currently pending before the Court of Federal Claims and are the counterpart to the issue in *Beall*. These 200 plus cases pending in the various district courts and this Court are known as the AMCOR cases. The designated AMCOR test cases before this Court are *Isler*, *Scuteri*, and *Prati*, before Judge Block and *Hinck*, *Keener*, *Smith*, and *Dismore* before Judge Allegra.

In addition to the deluge of reporting caused by the *Beall* opinion, the United States filed additional motions to dismiss for lack of subject matter jurisdiction and supplements to those motions to dismiss in the *Isler*, *Scuteri*, *Prati*, *Keener*, and *Smith* test cases that required responses in the same October and November time frame.

During Ms. Womack's illness and the subsequent uncharacteristically heavy period of litigation, the Bush and Shelton motions for summary judgment were never properly re-scheduled.

Counsel sincerely regrets and apologizes to the Court for the inconvenience caused by this delay. With leave of the Court, Plaintiffs respectfully request an enlargement of time to December 29, 2006, within which to prepare and file a motion for summary judgment.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 00788707
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax