# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: November 30, 2006)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiffs filed their response to this court's show cause order of October 27, 2006. Plaintiffs now request an enlargement of time until December 29, 2006 to file their motion for summary judgment. Plaintiffs state that the government does not oppose. We therefore grant plaintiffs an enlargement of time until December 29, 2006 to file their motion for summary judgment.

As this is the second enlargement of time to file the motion for summary judgment and as plaintiffs have already been warned twice for their repeated failures to comply with court orders, plaintiffs are advised to ensure timeliness in filing this motion.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge