IRS EMPLOYEE 0644014086

DATE REQUESTED 03-06-2002

PRINT DATE 03-06-2002

FORM NUMBER: 1040

TAX PERIOD: DEC 1985

TAXPAYER IDENTIFICATION NUMBER: [redacted]
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]

LYMAN F & BEVERLY J DECD BUSH

BODC-SB BODCLC-V

<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>

---- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ----

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 01-01-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 01-01-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 02
** ADJUSTED GROSS INCOME: 122,637.00
** TAXABLE INCOME: 106,245.00
TAX PER RETURN: 7,911.00

**FILING STATUS: MARRIED FILING JOINT

** PER RETURN OR AS ADJUSTED

04-15-1986 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
05-12-1986 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29211105626376 | 05-12-1986 | 7,911.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1986 | 26,453.00- |
| 846 | REFUND | 05-12-1986 | 18,542.00 |
| 977 | AMENDED RETURN FILED 29211-129-97913-7 | 04-16-1987 | 0.00 |
| 960 | RECEIVED POA/TIA | 01-22-1996 | |
| 962 | UPDATED POA/TIA | 11-02-1999 | |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 977 | AMENDED RETURN FILED 29277-426-01682-0 | 12-31-1999 | 0.00 |
| 960 | RECEIVED POA/TIA | 02-21-2000 | |
| 670 | SUBSEQUENT PAYMENT | 03-09-1987 | 5,271.33- |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29247-615-08015-0 200032 | 08-21-2000 | 0.00 |
| 300 | QUICK ASSESSMENT 29251-213-13009-0 | 07-31-2000 | 16,708.00 |
| 340 | RESTRICTED INTEREST ASSESSED | 07-31-2000 | 42,660.44 |

*****************************CONTINUED ON NEXT PAGE*******************************

PLAINTIFF'S EXHIBIT 1

| | | | |
|---|---|---|---|
| | 200033 | | |
| 670 | SUBSEQUENT PAYMENT | 08-08-2000 | 53,323.11- |
| 340 | RESTRICTED INTEREST ASSESSED | 09-11-2000 | 95.20 |
| | 200035 | | |
| 290 | ADDITIONAL TAX ASSESSED | 09-11-2000 | 0.00 |
| | 29254-635-06724-0 200035 | | |
| 700 | OVERPAID CREDIT APPLIED | 04-17-1989 | 774.00- |
| | 1040 198812 | | |
| 670 | SUBSEQUENT PAYMENT | 10-04-2000 | 95.20- |

PAGE NO-0001 IRS EMPLOYEE 0644014086

DATE REQUESTED 03-06-2002 PRINT DATE 03-06-2002

FORM NUMBER: 1040 TAX PERIOD: DEC 1986

TAXPAYER IDENTIFICATION NUMBER: [redacted]
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]

LYMAN F & BEVERLY J DECD BUSH

BODC-SB BODCLC-V

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

---- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ----

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 01-01-2001
ACCRUED PENALTY: 0.00 AS OF 01-01-2001

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

** EXEMPTIONS: 02 **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 181,863.00
** TAXABLE INCOME: 118,385.00
TAX PER RETURN: 34,414.00

** PER RETURN OR AS ADJUSTED

04-15-1987 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-20-1987 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29212113406097 | 07-20-1987 | 34,414.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1987 | 13,953.00- |
| 610 | PAYMENT WITH RETURN | 04-16-1987 | 20,461.00- |
| 960 | RECEIVED POA/TIA | 01-22-1996 | |
| 962 | UPDATED POA/TIA | 11-02-1999 | |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 977 | AMENDED RETURN FILED 29277-426-01679-0 | 12-31-1999 | 0.00 |
| 960 | RECEIVED POA/TIA | 02-21-2000 | |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29247-615-08014-0 200032 | 08-21-2000 | 0.00 |
| 300 | QUICK ASSESSMENT 29251-213-13010-0 | 07-31-2000 | 10,817.00 |
| 340 | RESTRICTED INTEREST ASSESSED 200033 | 07-31-2000 | 35,187.97 |
| 670 | SUBSEQUENT PAYMENT | 08-08-2000 | 46,004.97- |

PLAINTIFF'S EXHIBIT 2

IRS EMPLOYEE 0644014086

DATE REQUESTED 03-06-2002 PRINT DATE 03-06-2002

FORM NUMBER: 1040 TAX PERIOD: DEC 1987

TAXPAYER IDENTIFICATION NUMBER: [redacted]
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]

LYMAN F & BEVERLY J DECD BUSH

BODC-SB BODCLC-V

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

---- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ----

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 01-01-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 01-01-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 02 **FILING STATUS: MARRIED FILING JOINT

| | |
|---|---|
| ** ADJUSTED GROSS INCOME: | 156,782.00 |
| ** TAXABLE INCOME: | 128,933.00 |
| TAX PER RETURN: | 26,913.00 |

** PER RETURN OR AS ADJUSTED

04-15-1988 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-18-1988 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29222113058308 | 07-18-1988 | 27,626.80 |
| 610 | PAYMENT WITH RETURN | 04-15-1988 | 8,802.00- |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1988 | 18,184.00- |
| 170 | ESTIMATED TAX PENALTY 198827 | 07-18-1988 | 73.00 |
| 196 | INTEREST ASSESSED 198827 | 07-18-1988 | 16.67 |
| 670 | SUBSEQUENT PAYMENT | 07-29-1988 | 730.47- |
| 960 | RECEIVED POA/TIA | 01-22-1996 | |
| 962 | UPDATED POA/TIA | 11-02-1999 | |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 977 | AMENDED RETURN FILED 29277-426-01677-0 | 12-31-1999 | 0.00 |
| 960 | RECEIVED POA/TIA | 02-21-2000 | |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29247-615-08013-0 200032 | 08-21-2000 | 0.00 |
| 300 | QUICK ASSESSMENT | 07-31-2000 | 9,635.00 |

******************************CONTINUED ON NEXT PAGE******************************

PLAINTIFF'S EXHIBIT 3

| | | | |
|---|---|---|---|
| | 29251-213-13011-0 | | |
| 340 | RESTRICTED INTEREST ASSESSED | 07-31-2000 | 26,729.62 |
| | 200033 | | |
| 670 | SUBSEQUENT PAYMENT | 08-08-2000 | 36,364.62- |

3 1C

**SCHEDULE K-1 (Form 1065)**

Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions

For calendar year 1995 or tax year beginning and ending

OMB No. 1545-0099

**1995**

**Partner's identifying number ▶** [redacted]

Partner's name, address, and ZIP code

LYMAN & BEVERLY BUSH
1217 122ND ST COURT E
TACOMA WA 98445

**Partnership's identifying number ▶** 13-3109971

Partnership's name, address, and ZIP code

LONE WOLF MCQUADE ASSOCIATES
11 EAST 26 STREET
NEW YORK, NY 10010

A This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1.5806% |
| Loss sharing | % | 1.5806% |
| Ownership of capital | % | % |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities (see instructions):
Nonrecourse $
Qualified nonrecourse financing $
Other $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☒ Final K-1 (2) ☐ Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <103,828.> | 96,987. | 6,599. | ( <242.> ) | 0. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| INCOME / LOSS | 1 | Ordinary income (loss) from trade or business activities | 1 | 10,219. | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 15. | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) | 7 | | Enter on applicable line of your return. |
| DEDUCTIONS | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c and 4f above | b(1) | 15. | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| CREDITS | 13a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on line 13a and 13b) related to rental real estate activities | 13c | | |
| | d | Credits related to other rental activities | 13d | | |
| | 14 | Other credits | 14 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 1995

510K11 01/22/96

PLAINTIFF'S EXHIBIT 4

Schedule K-1 (Form 1065) (1995) Page 2

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Self-employment | 15 a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | | See page 8 and 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17 a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or U.S. possession ▶ | | | |
| | c | Total gross income from sources outside the U.S. (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116 |
| Other | 18 | Section 59(e)(2) expenditures: a Type ▶ | | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses SEE SCHEDULE 10 | 21 | 3,635. | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | | |
| | 23 | Distributions of property other than money | 23 | <243.> | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

LONE WOLF MCQUADE ASSOCIATES 13-3109971

| SCHEDULE K-1 - NONDEDUCTIBLE EXPENSE | SCHEDULE 10 |
| --- | --- |
| DESCRIPTION | AMOUNT |
| SYNDICATION EXPENSE | 3635. |
| TOTAL TO SCHEDULE K1 LINE 21 | 3635. |

SCHEDULE K-1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions

For calendar year 1995 or tax year beginning and ending

9 2D
OMB No. 1545-0099
**1995**

Partner's identifying number ▶ [redacted]
Partner's name, address, and ZIP code

LYMAN BUSH
1217 122ND ST COURT E
TACOMA WA 98445

Partnership's identifying number ▶ 11-2678807
Partnership's name, address, and ZIP code

CINEMA 84-REGISTRATION NO 84272000294
11 EAST 26TH STREET
NEW YORK, NY 10010

A This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member
B What type of entity is this partner? ▶ INDIVIDUAL
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | .4083% |
| Loss sharing | % | .4083% |
| Ownership of capital | % | % |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities (see instructions):
Nonrecourse $
Qualified nonrecourse financing $
Other $
G Tax shelter registration number ▶ 84272000294
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐
I Check applicable boxes: (1) ☒ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <83,917.> | 87,442. | <1,401.> | ( 2,124.) | 0. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | <1,416.> | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 15. | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c and 4f above | b(1) | 15. | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on line 13a and 13b) related to rental real estate activities | 13c | | |
| | d | Credits related to other rental activities | 13d | | |
| | 14 | Other credits | 14 | | |

For Paperwork Reduction Act Notice, see Instru

Schedule K-1 (Form 1065) 1995

510K11 01/22/96

PLAINTIFF'S EXHIBIT 5

Schedule K-1 (Form 1065) (1995)



| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Self-employment | 15 a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 8 and 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17 a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | |
| | c Total gross income from sources outside the U.S. (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 2,124. | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):