12/28/06

# UNITED STATES TAX COURT
## DOCKET ENTRIES

Docket No. 621-92 INDEX

Cinema '84, Richard M. Greenberg, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

Cinema '84 Pro Se
C/O Greenberg Bros. Ptnrshps.

Richard M. Greenberg Pro Se
C/O Greenberg Bros. Ptnrshps.

PARTICIPANTS:

Partner(s) Other Than the
Tax Matters Partner

O. D. Investments Pro Se
C/O Bill Dodgin

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | M |
|---|---|---|---|---|---|---|---|
| 0001 | 01/08/92 | PF | PETITION Filed:Fee Paid | | | R 01/09/92 | |
| 0002 | 01/08/92 | DPT | DESIGNATION of Trial at New York, NY | | | R 01/09/92 | |
| 0003 | 02/18/92 | ACS | ANSWER (C/S 02/14/92). | | | | |
| 0004 | 02/19/92 | OAJ | ORDER that case is assigned to S.T. Judge Powell. | | | B 02/19/92 | |
| 0005 | 12/31/92 | EA | ENTRY OF APPEARANCE by George J. Noumair. | | | R 01/05/93 | |
| 0006 | 02/01/93 | MOT | MOTION by Peter L. Faber to withdraw. (N.Obj. Resp.) | GR | 02/09/93 | B 02/10/93 | |
| 0007 | 06/03/93 | MOTR | MOTION by resp. to compel ans. to interr. or sanctions. w/Exs. C/S | ORD | 06/04/93 | | |
| 0008 | 06/03/93 | MOTR | MOTION by resp. to compel docus. or sanctions. w/Exs. C/S | ORD | 06/04/93 | | |
| 0009 | 06/04/93 | O | ORDER mots. to compel documents & ans. interr. are Gr. | | | B 06/07/93 | C |
| 0010 | 06/24/93 | MOTP | MOTION by petr. to recons. Order dated 6/4/93. C/S (MOOT-No Order) | | | | |
| 0011 | 07/06/93 | O | ORDER Resp. by 7/16/93 file response to mot. to recons. Order dated 6/4/93 held in abeyance. | | | B 07/07/93 | C |
| 0012 | 07/19/93 | RESP | RESPONSE by resp. to mot to reconsider order. C/S (leave | | | | |

PLAINTIFF'S EXHIBIT 8

gr.)

(Continued to page 2)

Docket No. 621-92 (Continuation Page 2) 12/28/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0013 | 08/03/93 | O | ORDER set 9/15/93 DC Mots on petrs. Mot. to reconsider order of the Court dated 6/4/93. | | B 08/04/93 | C |
| 0014 | 08/06/93 | EA | ENTRY OF APPEARANCE by Barbara T. Kaplan. | | R 08/09/93 | |
| 0015 | 08/06/93 | O | ORDER parties by 8/23/93 file Stipulation re: discovery. Case stricken from 9/15/93 DC Mots. | | B 08/09/93 | C |
| 0016 | 08/16/93 | EA | ENTRY OF APPEARANCE by Michael I. Saltzman. | | R 08/18/93 | |
| 0017 | 08/16/93 | EA | ENTRY OF APPEARANCE by Stuart B. Katz. | | R 08/18/93 | |
| 0018 | 08/23/93 | STP | STIPULATION filed. | | | |
| 0019 | 03/01/94 | O | ORDER Parties by 5/2/94 file reports. In addition to regular service a copy of ord. is served on Barbara T. Kaplan at address stated herein. | | B 03/02/94 | C |
| 0020 | 06/29/94 | O | ORDER set 9-22-94 New York, NY Spec. for pretrial hearing. Add'l. service with Notice attached. R-To-J 7/8/94 (James Fisher). R-To-J 7/12/94 (Edwin Locke). R-To-J 7/12/94 (Thomas Nelms). Re-M 7/13/94 (Jorge & Bonnie Carrasco). R-To-J 7/12/94 (Bill Fisher). Re-M 7/13/94 (Jorge Carrasco). R-To-J 7/18/94 (Howard Alper). R-Re-M 7/21/94 (Mohan & Kalyani Phanse). R-Re-M 7-29-94 (William Ward). | | B 06/30/94 | C |
| 0021 | 09/21/94 | HEAR | HEARING before S.T. Judge Powell at New York, NY Thomas E. Redding & Sallie Gladney (specially recognized) for additional service listed in 6/29/94 order. Also called 9/22. 9-22 Pretrial hearing held -- NO ORDER. | | | |
| 0022 | 10/04/94 | TRAN | TRANSCRIPT of 9/21/94 rec'd. (HEAR) | | | |
| 0023 | 10/04/94 | TRAN | TRANSCRIPT of of 9/22/94 rec'd. (Further Hearing) | | | |
| 0024 | 12/02/94 | MOT | MOTION by Thomas E. Redding to file notice of election for Lyman F. Bush. (NOE Ld.) C/S-Resp | GR 02/08/95 | B 03/02/95 | C |
| 0025 | 12/21/94 | O | ORDER set 2/8/95 New York, NY (Spec.) for pretrial hearing. Any partner wishing to participate shall by 1/17/95 file mot. to file not. of election to participate. Any partner, by 1/17/95, file request to serve as TMP. Add'l service as stated herein. Rm-to J 12-28-94 (Quaestor Alliance Inc.). r -to J 12-30-94 (Bill Fisher). R-To-J 12/30/94 (Muklebust) R-To-J 12/30/94 (Myklebust) R-To-J 12/30/94 (Bourdeau) | | B 12/21/94 | C |

(Continued to page 3)

0124

12/28/06

Docket No. 621-92 (Continuation Page 3)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | R-To-J 12/30/94 (Noebel) R-Re-M 1/4/95 (Cephus to add. on env.) (R-to-J 1/4/95 C. M. & M. Spellman, Jr.) R-to-J 1/9/95 T. Nelms. (R-To-J 1/13/95 Howard Alper) R-to-J 1/18/95:W. R. Ward.R-RM 1-19-95:W.R.Ward. (R-to J. 3/22/95 W. R. Ward) | | | |
| 0026 | 01/03/95 | R | REPLY by Stephen Q. Lannes, 1671 Taylor Lane, Santa Cruz, CA 95062, to order dated 12/21/94. | | B 03/02/95 | C |
| 0027 | 01/09/95 | MISC | ERRATA by Stephen Q. Lannes to reply to 12/21/94 order. (Filed per Judge) | | B 03/02/95 | C |
| 0028 | 01/12/95 | MOT | MOTION by George J. Noumair to withdraw. (N.Obj.) | GR 01/13/95 | B 01/17/95 | C |
| 0029 | 01/20/95 | MOT | MOTION by R. Laurence Macon to file not. of election for Oliver S. Heard, Jr. and Mary R. Heard. (NOE Ld.) (p.m.t.) | GR 02/08/95 | B 03/02/95 | C |
| 0030 | 02/08/95 | HEAR | HEARING before S.T. Judge Powell at New York, NY<br>Pre-trial conference held - No order. Mots. by Thomas Redding to dismiss for LOJ due 5/9/95 - No order. Resp's responses to Redding's mots. to dismiss due 6/8/95 - No order. Resp's mots to dismiss for LOP due 6/8/95 - NO order. Report on Redding's mots. to dismiss & on discovery problems due 6/26/95 - No order.<br>Mot. filed 12/2/94--Gr. Notice of election for Lyman F. Bush filed (see below). Mot. filed 1/20/95--Gr. Notice of election for Oliver S. & Mary R. Heard filed (see below). Mot. to w/d filed (see below). Mot. to file notice of election for 39 participants filed (see below). Notice of election for 39 participants filed (see below). | ORD 05/10/95 | | |
| 0031 | 02/08/95 | NOE | NOTICE OF ELECTION TO PARTICIPATE for Lyman F. Bush. (NYC) | | B 03/02/95 | C |
| 0032 | 02/08/95 | NOE | NOTICE OF ELECTION TO PARTICIPATE for Oliver S. & Mary R. Heard. (NYC) | | B 03/02/95 | C |
| 0033 | 02/08/95 | MOT | MOTION by Barbara T. Kaplan, Michael I. Saltzman & Stuart B. Katz to withdraw. (NYC) | GR 02/08/95 | B 03/02/95 | C |
| 0034 | 02/08/95 | MOT | MOTION by by Thomas E. Redding to file notice of election for Carl C. & Sally J. Risjord, C. William & Charlotte I. Clay, Edwin A & Karin M. Locke, Jr., Dick E. & Janet R. Jones, Mohan S. & Kalyani Phanse, Jack & Shirlee Pines, John M. & Mary D. Kash, Karl H. Maerzluft, Henry J. & Shirlene Romain, Tommy S. Shelton, Raymond & Develya Cox, Jeffrey Dubnow & Stephanie Lite, F rancis Dan & Mary Day Whitehurst, James S. Greenwood, | GR 02/08/95 | B 03/02/95 | C |

(Continued to page 4)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | Kenneth G. & Patricia Gamble, Alan J. Naness, John W. & Susan H. Chandler, Jerry R. & Marlynne Olson, Roger A. & Rebecca M. Myklebust, Richard J. & Patricia Panicco, Karl E. Epstein, Friar Tuck Partners, O. D. Investments, Charles & Jane Osborn & James W. Cope. (NYC) | | | |
| 0035 | 02/08/95 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Carl C. & Sally J. Risjord, C. William & Charlotte I. Clay, Edwin A. & Karin M. Locke, Jr., Dick E. & Janet R. Jones, Mohan S. & Kalyani Phanse, Jack & Shirlee Pines, John M. & Mary D. Kash, Karl H. Maerzluft, Henry J. & Shirlene Romain, Tommy S. Shelton, Raymond & Develya Cox, Jeffrey Dubnow & Stephanie Lite, Francis Dan & Mary Day Whitehurst, James S. Greenwood, Kenneth G. & Patricia Gamble, Alan J. Naness, John W. & Susan H. Chandler, Jerry R. & Marlynne Olson, Roger A. & Rebecca M. Myklebust, Richard J. & Patricia Panicco, Karl E. Epstein, Friar Tuck Partners, O. D. Investments, Charles & Jane Osborn & James W. Cope. (NYC) | | B 03/02/95 | C |
| 0036 | 02/16/95 | TRAN | TRANSCRIPT of 2/8/95 rec'd. | | | |
| 0037 | 05/10/95 | O | ORDER parties by 7/5/95 file all jurisdiction mots. or mots. to dismiss. This order supplants all oral orders made at 2/8/95 New York, NY Special Session. | | B 05/11/95 | C |
| 0038 | 07/10/95 | MOTR | MOTION by resp. to dismiss for failure to properly prosecute. C/S (Leave Gr.) | ORD 09/01/00 | | |
| 0039 | 08/04/95 | MOT | MOTION by Thomas E. Redding to withdraw as to participants, Carl C. & Sally J. Risjord. (N.Obj-resp) C/S-resp. | ORD 03/07/96 | P 03/11/96 | C |
| 0040 | 08/04/95 | MOT | MOTION by Thomas E. Redding to withdraw as to participant, O.D. Investments. (N.Obj-resp) C/S-resp. | ORD 03/07/96 | P 03/11/96 | C |
| 0041 | 08/04/95 | MOT | MOTION by Thomas E. Redding to withdraw as to participant, Alan J. Naness. (N.Obj-resp) C/S-resp. | ORD 03/07/96 | P 03/11/96 | C |
| 0042 | 08/04/95 | MOT | MOTION by Thomas E. Redding to withdraw as to participants, John W. & Susan H. Chandler. (N.Obj-resp) C/S-resp. | ORD 03/07/96 | P 03/11/96 | C |
| 0043 | 08/04/95 | MOT | MOTION by Thomas E. Redding to withdraw as to participant, James W. Cope. (N.Obj-resp) C/S-resp. | ORD 03/07/96 | P 03/11/96 | C |
| 0044 | 08/04/95 | MOT | MOTION by participants, Raymond & Develya Cox to dismiss themselves for LOJ. w/Ex. C/S-resp. (DEEMED WITHDRAWN - NO ORDER) | | | |
| 0045 | 08/04/95 | MOT | MOTION by participants, Dick E. & Janet R. Jones to dismiss | ORD 09/11/96 | P 09/13/96 | C |

(Continued to page 5)

12/28/06

Docket No. 621-92 (Continuation Page 5)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | themselves for LOJ. C/S-resp. (R-In-F 10/2/96: R. Greenberg at addr on record) | | | |
| 0046 | 08/04/95 | MOT | MOTION by participant, Karl H. Maerzluft to dismiss himself for LOJ. w/Ex. C/S-resp. | ORD 03/07/96 | P 03/11/96 | C |
| 0047 | 08/07/95 | MOT | MOTION by participants, Edwin A. Locke, Jr. & Karin M. Locke to dismiss themselves for LOJ. w/Ex. C/S-resp. | ORD 04/22/98 | | |
| 0048 | 08/08/95 | O | ORDER resp. shall disclose to Charles B. Koerth the status of settlement with respect to the taxpayers shown on the list att'd. to this ord. in regards to the partnerships. Additional service of this ord. on Charles B. Koerth at the address stated herein. | | B 08/09/95 | C |
| 0049 | 01/23/96 | O | ORDER resp. & Thomas Redding by 3/22/96 file report. This order is served on resp. & Thomas Redding only. | | B 01/24/96 | C |
| 0050 | 03/07/96 | O | ORDER Resp. by 4/22/96 file a response to mot to dismiss as to Participants Cox, mot to dismiss as to Participants Jones & to mot to dismiss as to Participants Locke as to Karin only. Mot to w/d as to participants Risjord Gr. Mot to w/d as to participant O.D. Investment Gr. Mot to w/d as to participant Naness Gr. Mot to w/d as to participants Chandler Gr. Mot to w/d as to participant Cope Gr. Mot to dismiss as to participant Karl Maerzluft Gr. | | B 03/11/96 | C |
| 0051 | 03/14/96 | O | ORDER time is extended to 4/23/96 to file report by Resp. & Atty. Redding. In addition to regular service on Resp. a copy of this ord. is serve only on Atty. Redding at addr. stated herein. | | B 03/15/96 | C |
| 0052 | 04/24/96 | OBJ | OBJECTION by resp. to mot. to dismiss as to participant, Karin M. Locke. (C/S 4/19/96) (p.m.t.) (Per Judge) | | | |
| 0053 | 04/24/96 | OBJ | OBJECTION by resp. to mot. to dismiss as to participants, Raymond & Develya Cox. (C/S 4/19/96) (p.m.t.) (Per Judge) | | | |
| 0054 | 04/24/96 | OBJ | OBJECTION by resp. to mot. to dismiss as to participants, Dick E. & Janet R. Jones. (C/S 4/19/96) (p.m.t.) (Per Judge) | | | |
| 0055 | 04/25/96 | RPT | REPORT by resp. (C/S 4/23/96) (Per Judge) | | | |
| 0056 | 05/26/96 | RPT | REPORT by Thomas E. Redding. w/Exs. (C/S 4/23/96) (p.m.t.) (Per Judge) | | | |

(Continued to page 6)

0127

12/28/06

Docket No. 621-92 (Continuation Page 6)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0057 | 07/05/96 | MOT | MOTION by Thomas Redding on behalf of all participating partners except for O.D. Investments, Oliver & Mary Heard, Jr., Carl & Sally Risjord, Alan Naness, John & Susan Chandler & James Cope for entry of ord. to compel Resp. to ext. offers of consistent settlement to movants. w/Ex. (C/S 7-1-96) (Per Judge) | ORD 08/25/98 | | |
| 0058 | 07/05/96 | MOT | MOTION by Thomas Redding on behalf of all participating partners except for O.D. Investments, Oliver & Mary Heard, Jr., Carl & Sally Risjord, Alan Naness, John & Susan Chandler & James Cope for entry of dec. reflecting terms on prior settlements w/regard to partnership items. w/Ex. (C/S 7-1-96) (Per Judge) | ORD 08/25/98 | | |
| 0059 | 07/12/96 | O | ORDER parties & any other participating partners by 8-26-96 file Obj. to mots filed 7-5-96. In addition to regular service, Clerk is to serve a copy of this Ord. along with a copy of each 7-5-96 mots on Richard M. Greenberg, at address stated herein. | | B 07/15/96 | C |
| 0060 | 08/26/96 | OBJ | OBJECTION by Resp. to mot for entry of ord. to compel Rsep. to ext. offers of consistent settlement to movants. w/Ex. (C/S 8-23-96) | | | |
| 0061 | 08/26/96 | OBJ | OBJECTION by Resp. to mot for entry of dec. reflecting terms of prior settlements w/regard to partnership items. w/Ex. (C/S 8-23-96) | | | |
| 0062 | 09/04/96 | MOT | MOTION by Thomas Redding for participants Dick & Janet Jones to withdraw motion to dismiss for LOJ. C/S 8/29/96 | ORD 09/11/96 | | |
| 0063 | 09/11/96 | O | ORDER parties & participants by 10/15/96 file reply to Resp's objs. to mots. by certain participants for entry of dec. & for entry of order to compel Resp. to extend offers of consistent settlement. Add'l service of this order on Richard M. Greenberg at address herein. (R-in F. 9/25/96-Richard Greenberg) | | B 09/12/96 | C |
| 0064 | 09/11/96 | O | ORDER mot. to withdraw mot. to dismiss participants Dick & Janet Jones is gr. (R-In-F 10/2/96: R. Greenberg at addr on record) | | B 09/13/96 | C |
| 0065 | 09/16/96 | EA | ENTRY OF APPEARANCE by Sallie W. Gladney for Participants Friar Truck Partners, Lyman Bush, C. William & Charlotte Clay, Edwin & Karin Locke, Jr., Dick & Janet Jones, Mohan & Kalyani Phanse, Jack & Shirlee Pines, John & Mary Kash, Henry & Shirlene Romain, Tommy Shelton, Raymond & Develya | | R 09/17/96 | |

(Continued to page 7)

0128

12/28/06

Docket No. 621-92 (Continuation Page 7)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Cox, Jeffrey Dubnow, Stephanie Lite, Francis Dan & Mary Day Whitehurst, James Greenwood, Kenneth & Patricia Gamble, Jerry & Marlynne Olson, Roger & Rebecca Myklebusts, Richard & Patricia Panicco, Karl Epstein & Charles & Jane Osborn. | | | |
| 0066 | 10/18/96 | R | REPLY by all participating partners except O.D. Investments, O. Heard, Jr., M. Heard, C. & S. Risjord, A. Naness, J. & S. Chandler & J. Cope, to obj. to mot. for entry of decision. w/Exs. (C/S 10/15/96) (p.m.t.) | | | |
| 0067 | 10/18/96 | R | REPLY by all participating partners except O.D. Investments, O. Heard, Jr., M. Heard, C. & S. Risjord, A. Naness, J. & S. Chandler & J. Cope, to obj. to mot. for entry of ord. to compel. w/Exs. (C/S 10/15/96) (p.m.t.) | | | |
| 0068 | 10/23/96 | MOT | MOTION by participant Friar Tuck Partners to file supplemental reply to Resp's obj. to mot. for entry of order to compel Resp. to extend offers of consistent settlement & Resp's obj. to mot. for entry of dec. (Supplemental Reply Ld.). (C/S 10/21/96) (R-To-J 4/22/97 re: J. Cope) (R-RE-M 5/16/97: J. & S. Chandler) (R-to J 5-28-97 re: J & S Chandler) | GR 02/26/97 | B 04/15/97 | C |
| 0069 | 12/23/96 | MOT | MOTION by participant Edwin & Karin Locke to Amend Petition. (Am. to Pet. Ld.) (C/S 12/17/96) (R-in F 4/30/97 re: J. Cope) (R-RE-M 5/16/97: J. & S. Chandler) (R-to J 5-28-97 re:J & S Chanddler) | GR 02/26/97 | B 04/15/97 | C |
| 0070 | 01/10/97 | O | ORDER Resp. by 2/3/97 file an obj. to participant Friar Truck's mot to file reply. Clerk is directed to serve a copy of this order only on Petr., Resp. & Thomas E. Redding. Add'l service on Richard Greenberg at address stated herein. (R-In-F 2/6/97 for Richard Greenberg) | | B 01/13/97 | C |
| 0071 | 01/13/97 | O | ORDER Resp. by 2/3/97 file an obj. to part. Locke's mot to amd. pet. Clerk is to serve a copy of this order only on Petr., Resp. & Thomas E. Redding. Add'l service on Richard M. Greenberg at address stated herein. (R-Re-M 1/30/97-J.W. Cope) (R-To-J 4-15-97 re: R. Greenberg) | | B 01/14/97 | C |
| 0072 | 01/13/97 | O | ORDER set 2/26/97 Washington, DC (Spec.) for hrg. on Part. Cox mot to dismiss, Part. Locke mot to dismiss as to Karin, Mot for entry of dec. filed 7/5/96, Mot for entry of order to compel filed 7/5/96, Part. Friar Tuck mot to file sup. reply filed 10/23/96, Part. Locke mot to amd. pet. Add'l service on Richard M. Greenberg at address stated herein. (RM-To J. 4-15-97 re: Richard Greenberg) | | B 01/14/97 | C |

(Continued to page 8)

0129

12/28/06

Docket No. 621-92 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0073 | 01/24/97 | O | ORDER Richard M. Greenberg's address is changed. (R-as to Participant's Chandler-In-F 2-4-97) (R-In-F 2/6/97-Part. James Cope) | | B 01/27/97 | C |
| 0074 | 02/03/97 | NOBJ | NO OBJECTION by resp. to mot. to amend pet. by participants' Edwin & Karin Lock. (C/S 1/31/97) | | | |
| 0075 | 02/03/97 | NOBJ | NO OBJECTION by resp. to mot. to file suppl. reply re: Friar Tuck Partners. (Per Judge) (Served Per Judge) (Re-M 2/18/97 re: John & Susan Chandler) (R-to-J 4-15-97:James Cope) (R-to J 4-15-97: John & Susan Chandler) (R-to J 4-15-97: O.D. Investments) | | P 02/06/97 | C |
| 0076 | 02/26/97 | HEAR | HEARING before S.T. Judge Powell at Washington, DC Also called 2-27-97. Mot for entry of order to compel filed 7-5-96-CAV. Mot for entry of decision filed 7-5-96-CAV. Participant Cox's Mot to dismiss filed 8-4-95-Deemed Withdrawn-No Order. Participant Friar Tuck's Motion to supplement reply filed 10-23-96-Granted. Suppl. Reply filed-See below. Participant Locke's Motion to Amend Petition filed 12-23-96-Granted. Am. to Petition filed-See below. Participant Locke's Mot to dismiss filed 8-7-95-CAV OPENING BRIEFS DUE ON ALL MOTIONS 7-28-97 ANSWERING BRIEFS DUE ON ALL MOTIONS 9-26-97 | ORD 08/25/98 | | |
| 0077 | 02/26/97 | ATP | AMENDMENT TO PETITION by participant Edwin A. Locke, Jr. and Karin M. Locke. (WAS) | | R 04/15/97 | |
| 0078 | 02/26/97 | SUPP | SUPPLEMENTAL REPLY by Participant Friar Tuck Partners to Resp's. Objection to Mot for entry of order to compel Respondent to extend offers of consistent settlement. (WAS) (R-To-J 4/22/97 re: J. Cope) (R-RE-M 5/18/97: J. & S. Chandler) (R-to J 5-28-97 re: J & S Chandler) | | B 04/15/97 | C |
| 0079 | 02/26/97 | STP | STIPULATION OF FACTS re:request for offers of consistent settlement. w/Exhs. (WAS) | | | |
| 0080 | 02/26/97 | STP | STIPULATION OF FACTS re:Edwin A. & Karin Locke. (WAS) | | | |
| 0081 | 03/28/97 | TRAN | TRANSCRIPT of 2-26-97 rec'd. (Calendar Call) | | | |
| 0082 | 03/28/97 | TRAN | TRANSCRIPT of 2-26-97 rec'd. (Recall) | | | |
| 0083 | 03/31/97 | TRAN | TRANSCRIPT of 2-27-97 rec'd. (Recall & Hear) | | | |
| 0084 | 03/31/97 | TRAN | TRANSCRIPT of 2-27-97 rec'd. (Recall & Hear) | | | |
| 0085 | 06/17/97 | A | ANSWER to Amendment to Petition. | | | |

0130

(C/S 6-13-97)

(Continued to page 9)

Docket No. 621-92 (Continuation Page 9) 12/28/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0086 | 07/29/97 | MOT | MOTION by participating partners except O.D. Investments, Oliver & Mary Heard, Jr., Carl & Sally Risjord, Alan Naness, John & Susan Chandler and James Cope to ext. time to 8/27/97 & 10/28/97 for Briefs. (N.Obj.-Resp.) (C/S 7/28/97) (p.m.t.). (R-In-F 8/8/97 re:James W. Cope) | GR 07/30/97 | B 07/31/97 | C |
| 0087 | 08/28/97 | BFR | BRIEF for resp. re: consistent settlement. w/Disk. (C/S 8/27/97) (Leave Gr.) | | | |
| 0088 | 08/28/97 | BFR | BRIEF for resp. re: Bankruptcy as to Part. Locke. w/Disk. (C/S 8/27/97) (Leave Gr.) | | | |
| 0089 | 08/29/97 | O | ORDER participants, John W. & Susan H. Chandler's address is changed. (R-in F 9/25/97 as to James Cope) | | B 09/02/97 | |
| 0090 | 09/02/97 | MISC | BRIEF for participants Locke, re: Bankruptcy. (C/S 8/27/97). (p.m.t.) | | | |
| 0091 | 09/02/97 | MISC | BRIEF for participants, Romain, Shelton, Cox, budnow, Lite, Locke, Bush, Clay, Jones, Whitehurst, Greenwood, Friar Tuck Partners, Gamble, Pines, Olson, Myklebust, Kash, Panicco, Phanse, Epstein & Osborn re: consistent settlement issues. w/attachment (C/S 8-27-97) (p.m.t.) | | | |
| 0092 | 10/24/97 | MOTR | MOTION by resp. to ext. time to 12/1/97 for R.Brief. (N.Obj.) (C/S 10/23/97) (R-In-F 11/19/97:Part.-J.W. Cope) | GR 10/27/97 | B 10/28/97 | C |
| 0093 | 12/02/97 | RBFR | REPLY BRIEF for resp. re: consistent settlement issue. (C/S 12-1-97) (p.m.t.) | | | |
| 0094 | 12/02/97 | RBFR | REPLY BRIEF for resp. re: bankruptcy issue. (C/S 12-1-97) (p.m.t.) | | | |
| 0095 | 12/03/97 | MISC | REPLY BRIEF for participants Locke, re: Bankruptcy. (C/S 12/1/97). (p.m.t.) | | | |
| 0096 | 12/03/97 | MISC | REPLY BRIEF for participants, Romain, Shelton, Cox, Dubnow, Lite, Locke, Bush, Clay, Jones, Whitehurst, Greenwood, Friar Tuck, Gamble, Pines, Olson, Myklebust, Kash, Panicco, Phanse, Epstein & Osborn re: consistent settlement issues (C/S 12/1/97) (p.m.t.) | | | |
| 0097 | 12/09/97 | MOT | MOTION by participating partners except O.D. Investments, Heard, Risjord, Naness, Chandler & Cope for sanctions. (C/S 12/6/97) | ORD 09/01/98 | | |
| 0098 | 12/16/97 | O | ORDER resp. by 2-2-98 file response to mot for sanctions. | | B 12/17/97 | C |

(Continued to page 10)

0132

12/28/06

Docket No. 621-92 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|---|
| | | | In addition to usual service on the parties, only Thomas E. Redding served. | | | | |
| 0099 | 01/30/98 | O | ORDER time ext. to 2-17-98 for resp. to file response to mot for sanctions. (R-In-F 2/23/98: J. W. Cope) | | | B 02/05/98 | C |
| 0100 | 02/18/98 | RESP | RESPONSE by Resp. to mot. for sancts. w/Ex. (C/S 2-17-98) | | | | |
| 0101 | 04/09/98 | O | ORDER 22780-91 & 621-92 are cons., nunc pro tunc, for hrg. on 8/7/95 mot. to dismiss. (R-In-F 4/28/98 re: J. Cope) | | | B 04/10/98 | C |
| 0102 | 04/22/98 | MOP | MEMORANDUM OPINION, S.T. Judge Powell T.C. Memo. 1998-146. (An appropriate order will be issued denying the mot. to dismiss for LOJ as to Karin M. Locke & granting the mot. to dismiss for LOJ as to Edwin A. Locke, Jr.) (R-In-F 5/12/98 re: J. Cope) | | | B 04/22/98 | C |
| 0103 | 04/22/98 | O | ORDER Part. Locke's mot to dismiss filed 8-7-95 is denied as to Karin & granted as to Edwin. (R-In-F 5/13/98) | | | B 04/23/98 | C |
| 0104 | 05/13/98 | MOT | MOTION by participant Karin Locke to vacate & revise 4/22/98 order for certifying for immediate appeal. (C/S 5/9/98) (R-In-F 6/2/98 for: J. Cope) | DN | 05/15/98 | B 05/18/98 | C |
| 0105 | 07/01/98 | O | ORDER cases #19575-91, 22780-91, 29878-91, 621-92, 623-92, 3968-92, 4432-92, 13014-92, 15641-92 & 12062-94 are consolidated, nunc pro tunc, for hearing & promulgation of opinion on mots. filed 7-5-96. (R-To-J 7/14/98 re: J. Cope) | | | B 07/02/98 | C |
| 0106 | 07/06/98 | MOT | MOTION by participating partners except O.D. Investments, Heard, Jr., Risjord, Naness, Chandler & Cope for certification for immediate appeal any order issued re: Motions filed 7-5-96. (C/S 7-2-98) (R-to-J 9-9-98 re:James Cope) (R-In F 9/17/98 re: Richard Greenberg) | DN | 08/27/98 | B 08/31/98 | C |
| 0107 | 08/24/98 | ORJ | ORDER that case is reassigned to Judge Dawson. (R-In-F 9-1-98 re:James Cope) | ORD | 08/27/98 | B 08/24/98 | C |
| 0108 | 08/24/98 | TCOP | T.C. OPINION, Judge Dawson 111 T.C. No. 7. (Adopting the Opinion of S.T. Judge Powell) (An appropriate order will be issued.) (R-In-F 9-1-98 re:James Cope) | | | B 08/24/98 | C |
| 0109 | 08/25/98 | O | ORDER mot. for entry of order re:consistent settlement & mot. for entry of decision re:prior settlements are denied. (R-In-F 9-1-98 re:Argenti) (R-In F 10/7/98 re: Cope) | | | B 08/26/98 | C |
| 0110 | 08/27/98 | ORJ | ORDER that case is reassigned to S.T. Judge Powell. (R-In-F | | | B 08/31/98 | C |

(Continued to page 11)

0133

12/28/06

Docket No. 621-92 (Continuation Page 11)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | 9-11-98 re:James Cop) (R-In F 9/17/98 re: Richard Greeenberg) | | | |
| 0111 | 09/01/98 | O | ORDER mot. by participants for sanctions is Dn. (R-re:James Cope to In-F 9-11-98) | | B 09/02/98 | C |
| 0112 | 02/03/99 | O | ORDER set 7-6-99 Washington DC Spec. for hearing on mot. to dismiss. Add'l service as stated herein. (R-In-F 2-18-99 from: Cope, McMordie, Quaestor, Myklebust, & Epstein) (R-Re-M 2-18-99 for Kash) (R-In-F 2/23/99 for Friar Tuck Partners) (R-In-F 2/24/99 for P. Mary O'Brien) (R-Re-M 3/1/99:Rena R. Carney) (R-Re-M 3/2/99:Marilyn Elkins) (R-Re-M 3/8/99: Frank & Nila McMordie to new address) (R-In-F 3/16/99:Marilyn Elkins) | | B 02/04/99 | C |
| 0113 | 07/06/99 | HEAR | HEARING before S.T. Judge Powell at Washington, DC Resp's. mot. to dismiss filed 7/10/95--(Held in abeyance until 10/4/99). | | | |
| 0114 | 07/06/99 | OBJ | OBJECTION by participant John M. Kash to mot. to dismiss filed 7/10/95. w/Ex. (C/S 7/6/99) (Per Judge) (WAS) | | | |
| 0115 | 08/05/99 | TRAN | TRANSCRIPT of 7-6-99 rec'd. (HEAR) | | | |
| 0116 | 08/23/99 | NCA | NOTICE of Change of Address for Attys. Redding & Gladney. (C/S 8-18-99) | | | |
| 0117 | 10/01/99 | O | ORDER time ext. to 11-4-99 for resp. 7-10-95 mot to dismiss to be held in abeyance. (R-to-J 10/13/99 James W. Cope) | | B 10/04/99 | C |
| 0118 | 06/23/00 | NOT | NOTICE by Resp. of consistent agreement under Rule 248(c) (1) for participants Lyman Bush, John & Susan Chandler, C. WIlliam & Charlotte Clay, James Cope, Raymond & Develya Cox, Jeffrey Dubnow, Karl Epstein, Friar Tuck Partners, Kenneth & Patricia Gamble, James Greenwood, Oliver Heard, Jr., Mary Heard, Dick & Janet Jones, John & Mary Kash, Stephanie Lite, Roger & Rebecca Mykelbust, Alan Naness, Jerry & Marlynne Olson, Charles & Jane Osborn, Richard & Patricia Panicco, Mohna & Kalyani Phanse, Jack & Shirlee Pines, Carl & Sally Risjord, Henry & Shirlene Romain, Tommy Shelton and Francis & Mary Day Whitehurst. (C/S 6/20/00) | | | |
| 0119 | 09/01/00 | ODD | ORDER OF DISMISSAL AND DECISION ENTERED, Judge Wells. 7/10/95 Mot. to dismiss Gr. Add'l service on partners as stated herein. (R-In-F 9-14-00 Quaestor Allicance, Inc., & F. McMordie, Jr.) (R-RE-M 9/29/00: P.M. O'Brien) (R-Re-M 10/3/00 Re: John & Susan Chandler) (R-Re-M 10/3/00 | | B 09/01/00 | C |

(Continued to page 12)

0134

Docket No. 621-92 (Continuation Page 12) 12/28/06

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Re: Rena Carney) (R-RE-M 10/17/00: M. Elkins) (R-in F 10/31/00 Re:John & Susan Chandler) (R-In-F 11/13/00: M. Elkins) (R-In-F 11/27/00: P. Mary O'Brien) | | | |
| | | | A P P E L L A T E P R O C E E D I N G S | | | |
| 0120 | 12/04/00 | NOAP | NOTICE OF APPEAL by petr. to U.S.C.A., 2nd Cir. (appellant Karin M. Locke, participating partner) C/S 11-30-00 FEE PAID. C.A.#00-4263(L). | | B 12/12/00<br>B 12/22/00 | C<br>C |
| 0121 | 12/12/00 | NOFC | NOTICE of Filing with copy of Not. of App. sent to the parties. | | B 12/12/00<br>B 12/22/00 | C<br>C |
| 0122 | 12/21/00 | ANOF | AMENDED NOTICE of Filing as to Circuit. (ret reg mail 01-08-01-Richard Greenberg). | | B 12/21/00 | C |
| 0123 | 03/29/01 | ROA | RECORD ON APPEAL mailed to Clerk,U.S.C.A., 2nd Cir. (4 Vols. of Rec., 1 Fol. of Exhs) | | | |
| 0124 | 05/31/02 | CLOS | U.S.C.A. 2nd Cir. Judgment of 5-21-02. Decision Reversed in part & Affirmed in part. | | | |
| 0125 | 06/10/02 | OAJ | ORDER that case is assigned to S.T. Judge Powell. For purpose of further proceedings pursuant to the judgment of the United States Court of Appeals for the Second Circuit. (R-In-F 6-26-02 O. D. Investments) | | B 06/12/02 | C |
| 0126 | 10/15/02 | USCA | U.S.C.A. 2nd Cir. Mandate 10-08-02. Decision reversed in part, affirmed in part. | | | |
| 0127 | 10/17/02 | RR | RECORD RETURNED on 10/17/02. 4 vols. rec., 1 fol. exs. | | | |
| 0128 | 10/29/02 | O | ORDER parties by 12-12-02 file reports. (R-In-F 11/14/02:O.D. Investments) | | B 10/30/02 | C |
| 0129 | 12/10/02 | RPT | REPORT by Resp. (C/S 12/9/02) | | | |
| 0130 | 12/18/02 | RPT | REPORT by Part. Karin M. Locke. (C/S 12/12/02) (p.m.t.) | | | |
| 0131 | 03/24/03 | O | ORDER that case is dismissed for LOJ as to participant Karin M. Locke. (R-In-F 4/4/03: O.D. Investments) | | B 03/25/03 | C |
| 0132 | 12/09/03 | MOT | MOTION by Thomas Redding to file notice of election to participate Garlon J. Riegler. (NOE, Mot. to appoint TMP & Mot. to vacate-LODGED) (C/S 12-5-03) | ORD 05/26/04 | | |
| 0133 | 03/23/04 | ORJ | ORDER that case is reassigned to Judge Dawson. (R-In-F 4-12-04 for O.D. Investments) | | B 03/23/04 | C |
| 0134 | 03/23/04 | TCOP | T.C. OPINION, Judge Dawson 122 T.C. No. 13 (Adopting the | | B 03/23/04 | C |

(Continued to page 13)

0135

12/28/06

Docket No. 621-92 (Continuation Page 13)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | opinion of S.T. Judge Powell) (An order denying the motion for leave to file notice of election to participate will be issued.) (R-In-F 4-12-04 for O.D. Investments) | | | |
| 0135 | 05/26/04 | O | ORDER 12-9-03 mot. is denied. Additional service of opinion & this order made on Thomas Redding at address stated herein. (R-In-F 6-10-04 for O.D. Investments) | | B 05/27/04 | C |
| 0136 | 06/28/04 | MOTP | MOTION by petr. Thomas Redding on behalf of Garlon J. Riegler to recons. 5-26-04 order denying mot. for leave to file NOE. (C/S 6-25-04) | ORD 07/06/04 | | |
| 0137 | 07/06/04 | O | ORDER mot. to recons. denied. Additional service made on Thomas Redding. (R-In-F 7/20/04 for participant) | | B 07/06/04 | C |
| | | | A P P E L L A T E P R O C E E D I N G S | | | |
| 0138 | 08/25/04 | NOA | NOTICE OF APPEAL by Garlon J. Riegler, non-participating partner to U.S.C.A. 2nd Cir. re: 09-01-00 Order of Dismissal and Decision, 05-26-04 and 07-06-04 Orders. C/S 08-23-04. FEE PAID 09-21-04.(ReM 09-24-04 Reg.M - O.D. Investments only) (ReM 09-27-04 Reg.M - Redding only) C.A.#04-4798-ag. | | B 09/03/04 | C |
| 0139 | 09/03/04 | NOFC | NOTICE of Filing with copy of Not. of App. sent to the parties. | | B 09/03/04 | C |
| 0140 | 08/19/05 | MISC | S.T. Judge's Draft Opinion filed. | | B 08/19/05 | C |
| 0141 | 08/19/05 | O | ORDER Clerk file & serve on parties copy of S.T. Judge's draft opinion. | | B 08/19/05 | C |
| 0142 | 09/26/05 | DA | U.S.C.A. 2nd Cir. Mandate 09/14/05. Decision Affirmed | | | |

0136

12/29/06

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 22780-91 INDEX
Greenberg Brothers Partnership #12, a.k.a. Lone Wolf McQuade Associates,
Richard M. Greenberg, Tax Matters Partner
v. COMMISSIONER OF INTERNAL REVENUE

Greenberg Brothers Partnership #12 — Pro Se
C/O Greenberg Bros. Ptnrshps.

Richard M. Greenberg — Pro Se
C/O Greenberg Bros. Ptnrshps.

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | M |
|---|---|---|---|---|---|---|---|
| 0001 | 10/07/91 | PF | PETITION Filed:Fee Paid | | | R 10/09/91 | |
| 0002 | 10/07/91 | DPT | DESIGNATION of Trial at New York, NY | | | R 10/09/91 | |
| 0003 | 12/02/91 | ACS | ANSWER (C/S 11/26/91). | | | | |
| 0004 | 12/03/91 | OAJ | ORDER that case is assigned to S.T. Judge Powell. | | | B 12/03/91 | |
| 0005 | 01/04/93 | MOT | MOTION by Peter L.Faber to withdraw.(No Obj-Resp) | GR | 05/12/93 | B 05/13/93 | C |
| 0006 | 08/06/93 | EA | ENTRY OF APPEARANCE by Barbara T. Kaplan. | | | R 08/09/93 | |
| 0007 | 08/16/93 | EA | ENTRY OF APPEARANCE by Michael I. Saltzman. | | | R 08/18/93 | |
| 0008 | 08/16/93 | EA | ENTRY OF APPEARANCE by Stuart B. Katz. | | | R 08/18/93 | |
| 0009 | 08/23/93 | STP | STIPULATION Re: Discovery. | | | | |
| 0010 | 03/01/94 | O | ORDER parties by 5/2/94 file report. | | | B 03/08/94 | C |
| 0011 | 06/29/94 | O | ORDER set 9-21-94 New York, NY Spec. for pretrial hearing. Add'l. service with Notice attached. | | | B 06/30/94 | C |
| 0012 | 09/21/94 | HEAR | HEARING before S.T. Judge Powell at New York, NY Also called 9/22/94. (Thomas Redding & Sallie Gladney Specially recognized for add'l. service on 6/29/94 order). Pretrial hearing held-No Order. | | | | |
| 0013 | 10/04/94 | TRAN | TRANSCRIPT of 9/21/94 received. (HEAR) | | | | |
| 0014 | 10/04/94 | TRAN | TRANSCRIPT of 9-21-94 rec'd. (Further Hear) | | | | |
| 0015 | 10/04/94 | TRAN | TRANSCRIPT of 9/22/94 received. | | | | |
| 0016 | 12/02/94 | MOT | MOTION by Thomas E. Redding to | | | | |

PLAINTIFF'S EXHIBIT 9

0137

file notice of election for GR 02/08/95 B 03/03/95 C

(Continued to page 2)

12/29/06

Docket No. 22780-91 (Continuation Page 2) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | Lyman F. Bush. (NOE Ld.) C/S-Resp. | | | |
| 0017 | 12/21/94 | O | ORDER set 2/8/95 New York, NY (Spec.) for pretrial hearing. Any partner wishing to participate shall by 1/17/95 file mot. to file not. of election to participate. Any partner, by 1/17/95, file request to serve as TMP. Add'l service as stated herein. (R-RE-M cert diff addr 1/10/95 per Judge: J. Gaumont) (R-to J. 2/7/95 as to A. Greenberg) | | B 12/22/94 | C |
| 0018 | 02/08/95 | HEAR | HEARING before S.T. Judge Powell at New York, NY Mot's. by Thomas Redding to dismiss for LOJ due 5/9/95--(NO ORDER); Resp's. responses to said mot's. due 6/8/95--(NO ORDER); Resp's. mot's. to dismiss for LOP due 6/8/95--(NO ORDER); Parties status reports on Redding's mot's. to dismiss for LOJ & on discovery problems due 6/26/95--(NO ORDER); Mot. filed 12/2/94--GR & NOE is filed--(SEE BELOW); Mot by atty's. to w/d--GR--(SEE BELOW); Mot. by Redding to file NOE--GR--(SEE BELOW); NOE filed--(SEE BELOW); Pretrial Conference Held--(NO ORDER). | | | |
| 0019 | 02/08/95 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Lyman F. Bush. | | B 03/03/95 | C |
| 0020 | 02/08/95 | MOT | MOTION by Barbara T. Kaplan, Michael I. Saltzman & Stuart B. Katz to withdraw. (NYC) | GR 02/08/95 | B 03/03/95 | C |
| 0021 | 02/08/95 | MOT | MOTION by Thomas E. Redding to file notice of election to participate out of time for 31 Participants. (NYC) | GR 02/08/95 | B 03/03/95 | C |
| 0022 | 02/08/95 | NOE | NOTICE OF ELECTION TO PARTICIPATE by Robert G. Wekell, David E. & Karin J. Harris, Dale B. & Hannelore G. Sawyer, Murray D. & Bonnie B. Nelson, Warren A. Secord, Gary Y. & Carrie Lou Dodobara, Richard K. Baker, Edwin A. & Karin M. Locke, Jr., Dick E. & Jnaet R. Jones, Wilderness Village Properties, Shirley M. & Lois B. Wekell, Herman M. & Gloria R. Nirschl, Stephen O. & Lynn M. Roberts, William H. Bratton, James A. & Patricia A. Grever, Robert A. Mandich, William M. & Rose Marie Wagner, Douglas C. & Robin T. Larson, and William Edward Duncan. (NYC) | | B 03/03/95 | C |
| 0023 | 02/16/95 | TRAN | TRANSCRIPT of 2/8/95 received. | | | |
| 0024 | 05/10/95 | O | ORDER all jurisdictional mots & mots to dismiss are to be filed by 7/5/95. This order supplants all oral orders made at the special session on 2/8/95 New York, NY. | | B 05/11/95 | C |
| 0025 | 07/10/95 | MOTR | MOTION by resp. to dismiss for failure to properly prosecute. C/S (Leave Gr.) | ORD 09/01/00 | | |

(Continued to page 3)

0139

12/29/06

Docket No. 22780-91 (Continuation Page 3)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0026 | 08/04/95 | MOT | MOTION by Dick E. & Janet R. Jones, participants, to dismiss themselves for LOJ. w/Ex. C/S-resp. | ORD 09/11/96 | P 03/12/96 | C |
| 0027 | 08/04/95 | MOT | MOTION by Shirley M. & Lois B. Wekell, participants, to dismiss themselves for LOJ. w/Ex. C/S-resp. (DEEMED WITHDRAWN - NO ORDER) | | P 03/12/96 | C |
| 0028 | 08/04/95 | MOT | MOTION by Herman M. & Gloria R. Nirschl, participants, to dismiss themselves for LOJ. w/Ex. C/S-resp. | ORD 05/28/98 | P 03/12/96 | C |
| 0029 | 08/07/95 | MOT | MOTION by Thomas E. Redding to withdraw as to participants, Gary Y. & Carrie Lou Dodobara. C/S-resp. | ORD 03/07/96 | P 03/12/96 | C |
| 0030 | 08/07/95 | MOT | MOTION by Edwin A. Locke, Jr. & Karin M. Locke, participants, to dismiss themselves for LOJ. w/Ex. C/S-resp. | ORD 04/22/98 | P 03/12/96 | C |
| 0031 | 08/09/95 | O | ORDER resp. shall disclose to Charles B. Koerth the status of settlement with respect to the taxpayers shown on the list att'd. to this ord. in regards to the partnerships. Additional service of this ord. on Charles B. Koerth at the address stated herein. | | B 08/09/95 | C |
| 0032 | 01/23/96 | O | ORDER resp. & Thomas Redding by 3/22/96 file report. This order is served on resp. & Thomas Redding only. | | B 01/24/96 | C |
| 0033 | 03/07/96 | O | ORDER Resp. by 4/22/96 file responses to mots. to dismiss participants Jones, Wekell & Nirschl & to mot. to dismiss participants Locke as to Karin. Mot. by Thomas Redding to withdraw as to participants Gary & Carrie Dodobara is gr. This order to be served only on Petr., Resp., Thomas Redding & participants Dodobara. | | B 03/12/96 | C |
| 0034 | 03/14/96 | O | ORDER time ext. to 4/23/96 to file report. This order to be served only on Resp. & Thomas Redding. | | B 03/15/96 | C |
| 0035 | 04/24/96 | OBJ | OBJECTION by resp. to mot. to dismiss as to participants, Herman M. & Gloria Nirschl. (C/S 4/19/96) (p.m.t.) (Per Judge) | | | |
| 0036 | 04/24/96 | OBJ | OBJECTION by resp. to mot. to dismiss as to participant, Karin M. Locke. (C/S 4/19/96) (p.m.t.) (Per Judge) | | | |
| 0037 | 04/24/96 | OBJ | OBJECTION by resp. to mot. to dismiss as to participants, Shirley M. & Lois B. Wekell. (C/S 4/19/96) (p.m.t.) (Per Judge) | | | |

(Continued to page 4)

0140

12/29/06

Docket No. 22780-91 (Continuation Page 4)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0038 | 04/24/96 | OBJ | OBJECTION by resp. to mot. to dismiss as to participants, Dick E. & Janet R. Jones. (C/S 4/19/96) (p.m.t.) (Per Judge) | | | |
| 0039 | 04/25/96 | RPT | REPORT by resp. (C/S 4/23/96) (Per Judge) | | | |
| 0040 | 04/26/96 | RPT | REPORT by Thomas E. Redding. w/Ex. (C/S 4/23/96) (p.m.t.) (Per Judge) | | | |
| 0041 | 07/05/96 | MOT | MOTION by Thomas Redding on behalf of all participating partners except David & Karin Harris, Dale & Hannelore Sawyer & Gary & Carrie for entry of ord. to compel Resp. to ext. offers of consistent settlement to movants. w/Ex. (C/S 7-1-96) (Per Judge) | ORD 08/25/98 | | |
| 0042 | 07/05/96 | MOT | MOTION by Thomas Redding on behalf of all participating partners except David & Karin Harris, Dale & Hannelore Sawyer & Gary & Carrie Dodobara for entry of dec. reflecting terms of prior settlements w/regard to p artnership items. w/Ex. (C/S 7-1-96) (Per Judge) | ORD 08/25/98 | | |
| 0043 | 07/12/96 | O | ORDER parties & any other participating partners by 8-26-96 file Obj. to mots filed 7-5-96. In addition to regular service, Clerk is to serve a copy of this Ord. along with a copy of each 7-5-96 mots on Richard M. Greenberg, at address stated herein. | | B 07/15/96 | C |
| 0044 | 08/26/96 | OBJ | OBJECTION by Resp. to mot for entry of ord. to compel Resp. to ext. offers of consistent settlement to movants. w/Ex. (C/S 8-23-96) | | | |
| 0045 | 08/26/96 | OBJ | OBJECTION by Resp. to mot for entry of dec. reflecting terms of prior settlements w/regard to partnership items. w/Ex. (C/S 8-23-96) | | | |
| 0046 | 09/04/96 | MOT | MOTION by Thomas Redding on behalf of Dick & Janet Jones to w/d mot to dismiss. C/S 8/29/96 | ORD 09/11/96 | | |
| 0047 | 09/11/96 | O | ORDER mot. to withdraw mot. to dismiss participants Dick & Janet Jones is gr. Add'l service of this order on Richard M. Greenberg at address herein. (R-in F. 9/25/96-Richard Greenberg) | | B 09/12/96 | C |
| 0048 | 09/11/96 | O | ORDER parties & participants by 10/15/96 file reply to Resp's objs. to mots. by certain participants for entry for dec. & for entry of order to compel Resp. to extend offers of consistent settlement. | | B 09/12/96 | C |

(Continued to page 5)

0141

12/29/06

Docket No. 22780-91 (Continuation Page 5) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | Add'l service of this order on Richard M. Greenberg at address herein. (R-in F. 9/25/96-Richard Greenberg) | | | |
| 0049 | 09/16/96 | EA | ENTRY OF APPEARANCE by Sallie W. Gladney for Participants Wilderness Village Properties, Lyman Bush, Robert Wekell, Murray & Bonnie Nelson, Warren Secord, Richard Baker, Edwin & Karin Locke, Jr., Dick & Janet Jones, Shirley & Lois Wekell, Herman & Gloria Nirschl, Stephen & Lynn Roberts, William Bratton, James & Patricia Grever, Robert Mandich, William & Rose Marie Wagner, Douglas & Robin Larson & William Duncan. | | R 09/17/96 | |
| 0050 | 10/18/96 | R | REPLY by all participating partners except G. & C. Dodobara, to obj. to mot. for entry of decision. w/Exs. (C/S 10/15/96) (p.m.t.) | | | |
| 0051 | 10/18/96 | R | REPLY by all participating partners except G. & C. Dodobara, to obj. to mot. for entry of ord. to compel. w/Exs. (C/S 10/15/96) (p.m.t.) | | | |
| 0052 | 10/23/96 | MOT | MOTION by participant Wilderness Village Properties to file supplemental reply to Resp's obj. to mot. for entry of order to compel Resp. to extend offers of consistent settlement & Resp's obj. to mot. for entry of dec. (Supplemental Reply Ld.). (C/S 10/21/96) | GR 02/26/97 | B 04/15/97 | C |
| 0053 | 12/23/96 | MOT | MOTION by Participants' Locke to amend petition. w/Ex. (Am. to Pet. Ld.) (C/S 12/17/96) | GR 02/26/97 | B 04/15/97 | C |
| 0054 | 12/31/96 | O | ORDER Resp. by 1-31-97 file Obj. to participants mots to file Suppl. Reply & mot. for leave to file 1st Am. to Pet. Clerk is to serve a copy of this Ord. only on Petr., Resp., & Thomas Redding, address stated herein. Clerk is also directed to make add'l service of this Ord. on Richard Greenberg, address stated herein. (Rm-In-F 1-24-97 for Richard Greenberg at the address on the Court's records) | | B 12/31/96 | C |
| 0055 | 01/13/97 | O | ORDER set 2/26/97 Washington, DC special for hearing on participants Wekell's mot. to dismiss, participants Nirschl's mot. to dismiss, participants Locke's mot to dismiss, as pertains only to participant Karin, participants mot. for entry of dec. reflecting terms of prior settlements, participants mot. for entry of ord. to compel resp. to ext. offers of consistent settlement, participant Wilderness Village Properties to file suppl. reply to resp's obj. to mot. for | | B 01/14/97 | C |

(Continued to page 6)

12/29/06

Docket No. 22780-91 (Continuation Page 6) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| | | | entry of dec. & participants Locke's mot. to amend peti tion. Additional service of this ord. on Richard M. Greenberg at the address stated herein. (R-to-J 4/15/97:TMP - Greenberg) | | | |
| 0056 | 01/24/97 | O | ORDER Richard M. Greenberg's address is changed. | | B 01/27/97 | C |
| 0057 | 02/03/97 | NOBJ | NO OBJECTION by resp. to mot. to amend pet. by participants, Edwin & Karin Locke. (C/S 1/31/97) (Leave Gr.) | | | |
| 0058 | 02/03/97 | NOBJ | NO OBJECTION by resp. to mot. to file suppl. reply re: partner Wilderness Village Properties. (C/S 1/31/97) (Leave Gr.) | | | |
| 0059 | 02/26/97 | HEAR | HEARING before S.T. Judge Powell at Washington, DC Recalled 2/27. 2/26 Participant Wekell's Mot to dismiss filed 8-4-95-Deemed witdrawn)-No Order. Participant Wilderness Village Prop. Mot filed 10-23-96-Gr. Supplemental Reply filed-See below. Participants Locke's Mot to dismiss filed 8-7-95-CAV. Participants Mots filed 7-5-96-CAV. Participant Nirschl's Mot filed 8-4-95-CAV. ORIGINAL BRIEFS ON ALL MOTIONS DUE 7-28-97 REPLY BRIEFS ON ALL MOTIONS DUE 9-26-97 | ORD 08/25/98 | | |
| 0060 | 02/26/97 | ATP | AMENDMENT TO PETITION by participants Edwin A. & Karin M. Locke, Jr. (WAS) | | R 04/15/97 | |
| 0061 | 02/26/97 | SUPP | SUPPLEMENTAL REPLY by participant Wilderness Village Properties to obj.'s. to mot's. for entry of dec. & for entry of ord. to compel. | | B 04/15/97 | C |
| 0062 | 02/26/97 | STP | STIPULATION OF FACTS re: requests for offers of consistent settlement. w/Exh. (WAS) | | | |
| 0063 | 02/26/97 | STP | STIPULATION OF FACTS re:settlement corresp. w/Exh. (WAS) | | | |
| 0064 | 02/26/97 | STP | STIPULATION OF FACTS re:Edwin A. Locke, Jr. & Karin M. Locke. (WAS) | | | |
| 0065 | 03/28/97 | TRAN | TRANSCRIPT of 2/26/97 rec'd. (Calendar Call) | | | |
| 0066 | 03/28/97 | TRAN | TRANSCRIPT of 2-26-97 rec'd. (Recall) | | | |
| 0067 | 03/28/97 | TRAN | TRANSCRIPT of 2-26-97 rec'd. (Recall & HEAR) | | | |
| 0068 | 03/31/97 | TRAN | TRANSCRIPT of 2/27/97 rec'd. (Recall & HEAR) | | | |
| 0069 | 03/31/97 | TRAN | TRANSCRIPT of 2-27-97 rec'd. (Recall & HEAR) | | | |

0143

0070 06/16/97 A ANSWER TO AMENDMENT TO PETITION
(Continued to page 7)

12/29/06
Docket No. 22780-91 (Continuation Page 7) INDEX

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | M |
|---|---|---|---|---|---|---|---|
| | | | by Resp. (C/S 6/13/97). | | | | |
| 0071 | 07/21/97 | MOT | MOTION by participants except David & Karin Harris, Dale & Hannelore Sawyer and Gary & Carrie Dodobara for enlargement of time to 8/27/97 & 10/28/97 for Briefs. (N.Obj.-Resp.) (C/S 7/18/97). | GR | 07/30/97 | B 07/31/97 | C |
| 0072 | 08/28/97 | BFR | BRIEF for resp. re: consistent settlement. w/Disk. (C/S 8/27/97) (Leave Gr.) | | | | |
| 0073 | 08/28/97 | BFR | BRIEF for resp. re: prior settlement. w/Disk (C/S 8/27/97) (Leave Gr.) | | | | |
| 0074 | 08/28/97 | BFR | BRIEF for resp. re: Bankruptcy as to Part. Locke. w/Disk (C/S 8/27/97) (Leave Gr.) | | | | |
| 0075 | 09/02/97 | MISC | BRIEF for participants Locke, re: Bankruptcy. (C/S 8/27/97). (p.m.t.). | | | | |
| 0076 | 09/02/97 | MISC | BRIEF for participants, Nelson, Secord, Baker, Locke, Bush, Jones, Wilderness, Wekell, Nirschl, Roberts, Bratton, Grever, Mandich, Wagner, Larson, Duncan & Wekell re: consistent settlement issues. w/attachment (C/S 8-27-97) (p.m.t.) | | | | |
| 0077 | 09/02/97 | MISC | BRIEF for participant, Nirschl re: prior settlement issues. (C/S 8-27-97) (p.m.t.) | | | | |
| 0078 | 10/24/97 | MOTR | MOTION by resp. to ext. time to 12/1/97 for R.Brief. (N.Obj.) (C/S 10/23/97) | GR | 10/27/97 | B 10/28/97 | C |
| 0079 | 12/02/97 | RBFR | REPLY BRIEF for resp. re: prior settlement. (C/S 12-1-97) (p.m.t.) | | | | |
| 0080 | 12/02/97 | RBFR | REPLY BRIEF for resp. re: bankruptcy issue. (C/S 12-1-97) (p.m.t.) | | | | |
| 0081 | 12/02/97 | RBFR | REPLY BRIEF for resp. re: consistent settlement. (C/S 12-1-97) (p.m.t.) | | | | |
| 0082 | 12/03/97 | MISC | REPLY BRIEF for participants, Locke, re: Bankruptcy. (C/S 12/1/97) (p.m.t.) | | | | |
| 0083 | 12/03/97 | MISC | REPLY BRIEF for participants, Nelson, Secord, Baker, Locke, Bush, Jones, Wilderness, Wekell, Nirschl, Roberts, Bratton, Grever, Mandich, Wagner, Larson, Duncan & Wekell re: consistent settlement issues. (C/S 12/1/97) (p.m.t.) | | | | |

(Continued to page 8)

12/29/06

Docket No. 22780-91 (Continuation Page 8)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| 0084 | 12/03/97 | MISC | REPLY BRIEF for participant, Nirschl re: prior settlement issues. w/attachments (C/S 12/1/97) (p.m.t.) | | | |
| 0085 | 12/09/97 | MOT | MOTION by participating partners except Harris, Sawyer & Dodobara to supplement the record. (C/S 12/6/97) | ORD 09/01/98 | | |
| 0086 | 12/09/97 | MOT | MOTION by participating partners except Harris, Sawyer & Dodobara for sanctions. (C/S 12/6/97) | ORD 09/01/98 | | |
| 0087 | 12/16/97 | O | ORDER resp. by 2-2-98 file response to mot to supplement record & mot for sanctions. In addition to usual service on the parties, only Thomas E. Redding served. | | B 12/17/97 | C |
| 0088 | 01/30/98 | O | ORDER time ext. to 2-17-98 for resp. to file responses to mot to supplement the record & mot for sanctions. | | B 02/05/98 | C |
| 0089 | 02/18/98 | RESP | RESPONSE by Resp. to mot. to supl. the record. w/Ex. (C/S 2-17-98) (Leave Gr.) | | | |
| 0090 | 02/18/98 | RESP | RESPONSE by Resp. to mot. for sancts. w/Ex. (C/S 2-17-98) (Leave Gr.) | | | |
| 0091 | 04/09/98 | O | ORDER 22780-91 & 621-92 are cons., nunc pro tunc, for hrg. on 8/7/95 mot. to dismiss. | | B 04/10/98 | C |
| 0092 | 04/22/98 | MOP | MEMORANDUM OPINION, S.T. Judge Powell T.C. Memo. 1998-146. (An appropriate order will be issued denying the mot. to dismiss for LOJ as to Karin M. Locke & granting the mot. to dismiss for LOJ as to Edwin A. Locke, Jr.) | | B 04/22/98 | C |
| 0093 | 04/22/98 | O | ORDER Part. Locke's mot to dismiss filed 8-7-95 is denied as to Karin & granted as to Edwin. | | B 04/23/98 | C |
| 0094 | 05/13/98 | MOT | MOTION by participant Karin Locke to vacate & revise 4/22/98 order for certifying for immediate appeal. (C/S 5/9/98) | DN 05/15/98 | B 05/18/98 | C |
| 0095 | 05/28/98 | MOP | MEMORANDUM OPINION, S.T. Judge Powell T.C. Memo. 1998-198 (An appropriate order will be issued denying the Nirschls' motion to dismiss for LOJ.) | | B 05/28/98 | C |
| 0096 | 05/28/98 | O | ORDER Participant Nirschl's Mot to dismiss filed. 8-4-95 is denied. | | B 05/29/98 | C |
| 0097 | 07/01/98 | O | ORDER cases #19575-91, 22780-91, 29878-91, 621-92, 623-92, 3968-92, 4432-92, 13014-92, 15641-92 & 12062-94 are | | B 07/02/98 | C |

(Continued to page 9)

0146

12/29/06

Docket No. 22780-91 (Continuation Page 9)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | consolidated, nunc pro tunc, for hearing & promulgation of opinion on mots. filed 7-5-96. | | | |
| 0098 | 08/24/98 | ORJ | ORDER that case is reassigned to Judge Dawson. | ORD 08/27/98 | B 08/24/98 | C |
| 0099 | 08/24/98 | TCOP | T.C. OPINION, Judge Dawson 111 T.C. No. 7. (Adopting the Opinion of S.T. Judge Powell) (An appropriate order will be issued.) | | B 08/24/98 | C |
| 0100 | 08/25/98 | O | ORDER mot. for entry of order re:consistent settlement & mot. for entry of decision re:prior settlements are denied. | | B 08/26/98 | C |
| 0101 | 08/27/98 | ORJ | ORDER that case is reassigned to S.T. Judge Powell. (R-In F 9/17/98 re: Richard Greenberg) | | B 08/31/98 | C |
| 0102 | 09/01/98 | O | ORDER mot's. by participants for sanctions & to supplement the record are Dn. | | B 09/02/98 | C |
| 0103 | 02/03/99 | O | ORDER set 7-6-99 Washington, DC Spec. for hearing on mot. to dismiss. Add'l service as stated herein. | | B 02/04/99 | C |
| 0104 | 07/06/99 | HEAR | HEARING before S.T. Judge Powell at Washington, DC Resp. motion filed 7/10/95--Held in abeyance until 10/4/99. | | | |
| 0105 | 07/06/99 | OBJ | OBJECTION by participant William Bratton to motion to dismiss. (WAS) C/S 7/6/99 | | | |
| 0106 | 07/06/99 | MOT | MOTION by Thomas Redding to withdraw for participates David & Karin Harris. (WAS) C/S 7/6/99 | GR 07/06/99 | B 07/09/99 | |
| 0107 | 08/05/99 | TRAN | TRANSCRIPT of July 6, 1999 rec'd. (HEAR) | | | |
| 0108 | 08/09/99 | MOT | MOTION by Thomas Redding & Sallie Gladney to withdraw for participant Richard K. Baker. (per Judge) (R-In-F 8/26/99: Petr.) | GR 08/11/99 | B 08/12/99 | |
| 0109 | 08/23/99 | NCA | NOTICE of Change of Address for attys. Redding & Gladney. (C/S 8/18/99) | | | |
| 0110 | 10/01/99 | O | ORDER time ext. to 11-4-99 for resp. 7-10-95 mot to dismiss to be held in abeyance. | | B 10/04/99 | C |
| 0111 | 07/21/00 | NOT | NOTICE by resp. of consistent agreement under Rule 248 (c)(1) for participants, R. Baker, W. Bratton, L. Bush, G. & C. Dodobara, W. Duncan, J. & P. Grever, D. & K. Harris, D. & J. Jones, D. & R. Larson, R. Mandich, M. & B. Nelson, H. & G. Nirschl, S. & L. Roberts, D. & H. Sawyer, W. Secord, W.& R. Wagner, R. Wekell, S. & L. Wekell & Wilderness Village | | | |

(Continued to page 10)

0147

12/29/06

Docket No. 22780-91 (Continuation Page 10)

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | INDEX M |
|---|---|---|---|---|---|---|
| | | | Properties. (C/S 7-14-00) | | | |
| 0112 | 09/01/00 | ODD | ORDER OF DISMISSAL AND DECISION ENTERED, Judge Wells. Mot. to dismiss is Gr. In addition to regular service, a copy of this Order of Dismissal & Decision is served on partners as stated in attached list. (R-Re-M 10/23/00 re: B. Habenicht & M. Flynn) | | B 09/01/00 | C |
| | | | A P P E L L A T E P R O C E E D I N G S | | | |
| 0113 | 12/04/00 | NOAP | NOTICE OF APPEAL by petr. to U.S.C.A., 2nd Cir. (appellants -Karin M. Locke, participating partner, & Box Office Partnership, non-participating partner). C/A 11/30/00 FEE PAID. C.A.#00-4265. | | B 12/12/00<br>B 12/22/00 | C<br>C |
| 0114 | 12/12/00 | NOFC | NOTICE of Filing with copy of Not. of App. sent to the parties. | | B 12/12/00<br>B 12/22/00 | C<br>C |
| 0115 | 12/21/00 | ANOF | AMENDED NOTICE of Filing as to Circuit. (ret'd. rem. reg. Greenberg 01-09-01). | | B 12/21/00 | C |
| 0116 | 05/31/02 | DRV | U.S.C.A. 2nd Cir. Judgment 05/21/02 Decision Reversed in part, affirmed in part. | | | |
| 0117 | 06/10/02 | OAJ | ORDER that case is assigned to S.T. Judge Powell. For purpose of further proceedings pursuant to the judgment of the United States Court of Appeals for the Second Circuit. | | B 06/12/02 | C |
| 0118 | 10/15/02 | USCA | U.S.C.A. 2nd Cir. Mandate 10-08-02. Decision Reversed in part, affirmed in part. | | | |
| 0119 | 10/29/02 | O | ORDER parties by 12-12-02 file reports. | | B 10/30/02 | C |
| 0120 | 12/10/02 | RPT | REPORT by Resp. (C/S 12/09/02) | | | |
| 0121 | 12/18/02 | RPT | REPORT by Part. Karin M. Locke. (C/S 12/12/02) (p.m.t.) | | | |
| 0122 | 03/24/03 | O | ORDER case is dismissed for LOJ as to participant Karin M. Locke. | | B 03/25/03 | C |
| 0123 | 03/24/03 | CLOS | RECORD CLOSED. | | | |

0148