Bush [redacted]

Form **1040X** Department of the Treasury — Internal Revenue Service

(Rev. November 1998)

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶ 1988 , OR fiscal year ended ▶ , 19**

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here . . . . ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . . ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 132,934 | (2,338) | 130,596 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 28,754 | 47 | 28,801 |
| 3 Subtract line 2 from line 1 | 3 | 104,180 | (2,385) | 101,795 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 3,900 | 0 | 3,900 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 100,280 | (2,385) | 97,895 |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 25,630 | (787) | 24,843 |
| 7 Credits (see page 4) | 7 | | 234 | 234 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 25,630 | (1,021) | 24,609 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 25,630 | (1,021) | 24,609 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 15,787 | 0 | 15,787 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 8,732 | 0 | 8,732 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 1,111 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 25,630 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | | | 25,630 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 1,021 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 1,021 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F Bush 11-24-99
Your signature Date

▶ Lyman F Bush personal Representative of the Estate of Beverly J Bush, deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ B A Thompson CPA Date 11/23/99 Check if self-employed ☒ Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas EIN ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA
STF FED3171F.1

Form **1040X** (Rev. 11-98)

Exhibit C, P. 1

0187

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush [redacted]

OMB No. 1545-0091

This return is for calendar year ▶ 19 90 , OR fiscal year ended ▶ , 19

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. | BUSH | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BEVERLY J. | BUSH | [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) |
| 1217 122nd Street Court East | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | 713-965-9244 |
| Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| Income and Deductions (see pages 2 - 5) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 104,547 | (13,251) | 91,296 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 8,458 | 265 | 8,723 |
| 3 Subtract line 2 from line 1 | 3 | 96,089 | (13,516) | 82,573 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,100 | 0 | 4,100 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 91,989 | (13,516) | 78,473 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 22,218 | (4,460) | 17,758 |
| 7 Credits (see page 4) | 7 | | 1,387 | 1,387 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 22,218 | (5,847) | 16,371 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 22,218 | (5,847) | 16,371 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 14,155 | 0 | 14,155 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 2,310 | 0 | 2,310 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 5,753 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 22,218 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | | | 22,218 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 5,847 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 5,847 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** 24 | | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Lyman F. Bush — Your signature — Date 11-24-99

Lyman F. Bush Personal Representative of the estate of Beverly J. Bush deceased — Spouse's signature. If a joint return, BOTH must sign. — Date 11-24-99

**Paid Preparer's Use Only**

Preparer's signature: Brett A. Thompson CPA — Date 11/23/99 — Check if self-employed ☒ — Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address: Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas — EIN — ZIP code 77450

** or such greater amount as is legally refundable, plus interest.

ISA STF FED3171F.1

Form 1040X (R

Ex C P. 2

0188

Bush [redacted]

Form **1040X** (Rev. November 1998)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶** 1991 **, OR fiscal year ended ▶** , 19 .

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. | BUSH | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BEVERLY J. | BUSH | [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | | |
| 1 | Adjusted gross income (see page 3) | 1 | 32,369 | (21,090) | 11,279 |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 14,877 | 422 | 15,299 |
| 3 | Subtract line 2 from line 1 | 3 | 17,492 | (21,512) | (4,020) |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,300 | 0 | 4,300 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 13,192 | (21,512) | (8,320) |
| **Tax Liability** | | | | | |
| 6 | Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 1,976 | (1,976) | 0 |
| 7 | Credits (see page 4) | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,976 | (1,976) | 0 |
| 9 | Other taxes (see page 4) | 9 | 1,101 | 0 | 1,101 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 3,077 | (1,976) | 1,101 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 7,296 | 0 | 7,296 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 10,060 | 0 | 10,060 |
| 13 | Earned income credit | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | | | 16 | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 | |
| 18 | Total payments. Add lines 11 through 17 in column C | | | 18 | 17,356 |
| **Refund or Amount You Owe** | | | | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS 952 13,327 | | | 19 | 14,279 |
| 20 | Subtract line 19 from line 18 (see page 4) | | | 20 | 3,077 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | | | 21 | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference | | | 22 | 1,976 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** | | | 23 | 1,976 ** |
| 24 | Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F. Bush 11-24-99
Your signature Date

▶ Lyman F. Bush Personal Representative of the Estate of Beverly J. Bush, deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ B A Th CPA | Date 11/23/99 | Check if self-employed ☒ | Preparer's social security no. [redacted] |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas | | | EIN; ZIP code 77450 |

** *or such greater amount as is legally refundable, plus interest.*

ISA
STF FED3171F.1

Form 1040X (Rev. 11-98)

Ex. C P. 3

0189

Form **1040X** (Rev. November 1998) Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

Bush [redacted]

This return is for calendar year ▶ 1992 , OR fiscal year ended ▶ , 19 .

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. | BUSH | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BEVERLY J. | BUSH | [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) |
| 1217 122nd Street Court East | | 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | For Paperwork Reduction Act Notice, see page 6. |
| Tacoma, Washington 98445 | | |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | Income and Deductions (see pages 2 - 5) | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 1 | 91,668 | (106,670) | (15,002) |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 12,603 | 2,215 | 14,818 |
| 3 | Subtract line 2 from line 1 | 3 | 79,065 | (108,885) | (29,820) |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,600 | 0 | 4,600 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 74,465 | (108,885) | (34,420) |
| **Tax Liability** 6 | Tax (see page 4). Method used in col. C Tax Table | 6 | 16,199 | (16,199) | 0 |
| 7 | Credits (see page 4) | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 16,199 | (16,199) | 0 |
| 9 | Other taxes (see page 4) | 9 | 5,800 | 0 | 5,800 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 21,999 | (16,199) | 5,800 |
| **Payments** 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,787 | 0 | 2,787 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 16,500 | 0 | 16,500 |
| 13 | Earned income credit | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 2,712 |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | | | 21,999 |

### Refund or Amount You Owe

| | | | |
|---|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 | Subtract line 19 from line 18 (see page 4) | 20 | 21,999 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | 16,199 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** | 23 | 16,199 ** |
| 24 | Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** 24 | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F. Bush 11-24-99
Your signature Date

▶ Lyman F. Bush Personal Representative of the Estate of Beverly J. Bush, deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] CPA Date 11/23/99 Check if self-employed ☒ Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas EIN ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F.1 Form 1040X (Rev 11-98)

Ex. C. P.4

0190

Bush [redacted]

Form **1040X** Department of the Treasury — Internal Revenue Service

(Rev. November 1998)

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19 93 , OR fiscal year ended ▶ , 19

| Please print or type | | | |
|---|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Tacoma, Washinton 98445 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ [X]

B Has the original return been changed or audited by the IRS or have you been notified that it will be? [X] Yes [ ] No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| Income and Deductions (see pages 2 - 5) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 127,724 | (32,987) | 94,737 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 10,688 | 1,909 | 12,597 |
| 3 Subtract line 2 from line 1 | 3 | 117,036 | (34,896) | 82,140 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,700 | 0 | 4,700 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 112,336 | (34,896) | 77,440 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 26,651 | (9,769) | 16,882 |
| 7 Credits (see page 4) | 7 | | 1,330 | 1,330 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 26,651 | (11,099) | 15,552 |
| 9 Other taxes (see page 4) | 9 | 6,768 | 0 | 6,768 |
| 10 Total tax. Add lines 8 and 9 | 10 | 33,419 | (11,099) | 22,320 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,611 | 0 | 2,611 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 35,930 | 0 | 35,930 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 38,541 |

## Refund or Amount You Owe

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 5,122 |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | 33,419 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 11,099 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 11,099 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F Bush 11-24-99
Your signature Date

▶ Lyman F Bush Personal Representative of the estate of Beverly J Bush deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] CPA Date 11/23/99 Check if self-employed [X] Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas EIN ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA
STF FED3171F.1

Form 1040X (Rev. 11-98)

Ex C. P. 5

0191

Bush [redacted]

Form **1040X** Department of the Treasury—Internal Revenue Service
(Rev. November 1998)

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶** 1995 **, OR fiscal year ended ▶** , 19 .

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here . . . . ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . . ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | | |
| | 1 Adjusted gross income (see page 3) | 1 | 74,240 | (161,118) | (86,878) |
| | 2 Itemized deductions or standard deduction (see page 3) | 2 | 17,508 | 5,739 | 23,247 |
| | 3 Subtract line 2 from line 1 | 3 | 56,732 | (166,857) | (110,125) |
| | 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 5,000 | 0 | 5,000 |
| | 5 Taxable income. Subtract line 4 from line 3 | 5 | 51,732 | (166,857) | (115,125) |
| Tax Liability | 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 9,413 | (9,413) | 0 |
| | 7 Credits (see page 4) | 7 | | 1,948 | 1,948 |
| | 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 9,413 | (9,413) | 0 |
| | 9 Other taxes (see page 4) | 9 | 5,115 | 0 | 5,115 |
| | 10 Total tax. Add lines 8 and 9 | 10 | 14,528 | (9,413) | 5,115 |
| Payments | 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,553 | 0 | 2,553 |
| | 12 Estimated tax payments, including amount applied from prior year's return | 12 | 8,262 | 0 | 8,262 |
| | 13 Earned income credit | 13 | | | |
| | 14 Additional child tax credit from Form 8812 | 14 | | | |
| | 15 Credits from Form 4136 or Form 2439 | 15 | | | |

| | | | |
|---|---|---|---|
| Payments | 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | |
| | 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | 3,713 |
| | 18 Total payments. Add lines 11 through 17 in column C | 18 | 14,528 |
| **Refund or Amount You Owe** | | | |
| | 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| | 20 Subtract line 19 from line 18 (see page 4) | 20 | 14,528 |
| | 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| | 22 If line 10, column C, is less than line 20, enter the difference | 22 | 9,413 |
| | 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 9,413 ** |
| | 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F. Bush 11-24-99
Your signature Date

▶ Lyman F. Bush Personal Representative of the Estate of Beverly J. Bush deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ Brett A. Thompson CPA | Date 11/23/99 | Check if self-employed ☒ | Preparer's social security no. [redacted] |
| Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas | | | EIN |
| | | | ZIP code 77450 |

** *or such greater amount as is legally refundable, plus interest.*

ISA
STF FED3171F.1

Form **1040X** (Rev. 11-98)

Ex. C. P. 6

0192

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
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 199012 30 000 1
00751

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

CERTIFIED MAIL

| | |
|---|---|
| Taxpayer Identification Number: | [redacted] |
| Kind of Tax: | INCOME TAX |
| Amount of Claim(s): | $ 5,847.00 |
| Date Claim(s) Received: | Dec. 28, 1999 |
| Tax Period(s): | Dec. 31, 1990 |

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Since the losses from Summer Lovers were not disallowed in previous years, the income is not available for "at risk" carryover. The amounts were never limited. Since there is no investment tax credit available in 1990 from any of the partnerships, the credit has not been allowed. You will receive a separate notice explaining the adjustments to Cinema 84.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

Ex. C, P. 7

You must declare that the statement of facts is true under penalties

0193

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
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 000000 00 000
00712

LYMAN F & BEVERLY J BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519174

CERTIFIED MAIL

| | | | |
|---|---|---|---|
| Taxpayer Identification Number: | [redacted] | | |
| Kind of Tax: | INCOME TAX | | |
| Amount of Claim(s): | $ 16,199.00 | 11,099.00 | |
| Date Claim(s) Received: | Nov. 29, 1999 | | |
| Tax Period(s): | Dec. 31, 1992 | Dec. 31, 1993 | |

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Due to adjustments made to your 1995 tax return, as a result of an examination, there is no net operating loss to carryback. Therefore, we are unable to process your Form 1040X. You will receive a separate notice explaining any adjustments made to this year.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and signing it:

Ex C. P. 8

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
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 199512 30 000 c
00760

LYMAN F & BEVERLY J DECD BUSH
LYMAN F BUSH EX
1217 122ND ST CT E
TACOMA WA 98445-3519174

CERTIFIED MAIL

Taxpayer Identification Number: [redacted]
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 9,413.00

Date Claim(s) Received: Nov. 29, 1999
Tax Period(s): Dec. 31, 1995

Dear Taxpayer:

This is a copy of a letter we sent to the taxpayer named above. We are sending it to you because you filed a joint return with that taxpayer for the tax period shown.

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

We are unable to process your Form 1040X at this time. To enable us to process it, copies of cancelled checks or verification of money paid to the partnership(s), must be provided to verify the capital contributed in 1995. You will receive a separate notice explaining the adjustments made to this year.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

Ex. C. P. 9

4. A statement outlining the law or other authority that support

Internal Revenue S[illegible]ice
Department of the Treasury
Western Region
1160 West 1200 South
Ogden, UT 84201

Date: July 12, 2000

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

Mail Stop[illegible]410
Person to Contact:
Ms. Jones
Refer Reply to: 2980500467
Telephone Number:
(801) 629-1193
Not a toll free call
Hours: 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
Taxpayer Identification Number:
[redacted]
Tax Year(s): 1981
Partnership/S Corporation:
Cinema 84
Employer Identification Number:
11-2678807

Dear Mr. Bush:

The examination of Cinema 84 partnership/S corporation, employer identification number 11-2678807 has been completed.

Enclosed is Form 4549A-CG explaining how the adjustments made during our examination of the above partnership/S corporation affect your individual income tax return(s). This form is for your records.

The refund shown will be applied to any balance due account(s) first. We will refund any overpayment after any other taxes or other obligations, we are required to collect, are paid in full.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this matter, please contact the person whose name, telephone number, and contact hours are shown above.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely, PHOTOCOPY

W. Jones
Tax Technician
Examination Branch

Enclosure(s):
Form 4549A-CG
Publication 564

Cc: Thomas E. Redding

Exhibit D, P. 1

0196

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | Return Form No. |
|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH<br>1217 122ND STREET CT E<br>TACOMA WA 98445-3519 | [redacted] | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 0.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 91,779.00 | | |
| 4. Corrected Taxable Income | 91,779.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 36,684.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 36,684.00 | | |
| 8. Less Credits A. INVESTMENT CREDIT | 4,037.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 32,647.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 32,647.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 36,684.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (4,037.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (4,037.00) | $ | $ |

PHOTOCOPY

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



Exhibit D, P. 2

...tment of the Treasury - Internal Revenue ...ce
Income Tax Examination Changes

| Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH | SS or EI Number: [redacted] | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | (4,037.00) | | |
| B. Penalties (line 18, page 2) (computed to 08/12/2000) | | | |
| C. Interest (IRC 6601) (computed to 08/12/2000) | | | |
| D. TMT Interest (computed to 08/12/2000 on TMT underpay) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | (4,037.00) | | |

Other Information:

| Examiner's Signature MS JONES 2980500467 | District Ogden Service Center | Date 07/12/2000 |
|---|---|---|

RGS Ver. 4.62.00



Form 4549A-CG (Rev. 1-91)

Ex. D P. 3

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH [redacted] | | YEAR/PERIOD ENDED<br>198112 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1984 C/B INVMT CREDIT | 0.00 | 4,037.00 | (4,037.00) |

Your original return reflected a zero balance due and no investment tax credit was used. The amount could have been used in prior year(s). However, no amount was ever carried back. Since the statute of limitations has expired for any amount to be claimed or used in prior year(s) and no Form 1040X has been received to claim any investment tax credit from Lone Wolf McQuade, from 1983, the only amount of investment tax credit allowable, at this time, is the amount available to offset the tax increase for this year.

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

IS THIS OK WITH YOU?

Department of the Treasury
**Internal Revenue Service**
OGDEN, UT 84201

Date of this notice: AUG. 21, 2000
Taxpayer Identifying Number [redacted]
Form: 1040 Tax Period: DEC. 31, 1981

For assistance you may call us at:
1-800-829-1040

LYMAN F & BEVERLY J DECD BUSH
1217 122ND ST CT E
TACOMA WA 98445-3519174

## WE CHANGED YOUR ACCOUNT

THE CHANGE(S) BELOW RESULTED FROM AN EXAMINATION OF YOUR TAX RETURN SHOWN ABOVE. PLEASE SEE YOUR COPY OF THE EXAMINATION REPORT FOR A DETAILED EXPLANATION OF THE CHANGES.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

## STATEMENT OF ACCOUNT

| | |
|---|---|
| ACCOUNT BALANCE BEFORE EXAMINATION ACTION | $5,271.33 DUE |
| DECREASE IN TAX BECAUSE OF EXAMINATION ACTION | 4,037.00CR |
| THE LATE PAYMENT PENALTY THAT WAS PREVIOUSLY CHARGED HAS BEEN REDUCED | 100.92CR |
| DECREASE IN INTEREST PREVIOUSLY CHARGED * | 1,234.33CR |
| AMOUNT TO BE REFUNDED TO YOU IF YOU OWE NO OTHER TAXES OR OTHER DEBTS WE ARE REQUIRED TO COLLECT | $100.92 |

YOU MAY HAVE ALREADY RECEIVED THIS CHECK. IF NOT, PLEASE ALLOW 2 WEEKS FOR IT TO BE MAILED TO YOU, UNLESS THERE ARE OTHER MATTERS PENDING WHICH COULD POSTPONE YOUR REFUND.

* IF THIS INTEREST WAS PREVIOUSLY TAKEN AS A DEDUCTION, IT MUST NOW BE REPORTED AS INCOME ON YOUR NEXT INCOME TAX RETURN.

Ex. D P.5

Internal Revenue Service
Department of the Treasury
Western Region
1160 West 1200 South
Ogden, UT 84201

Date: July 12, 2000

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

Mail Stop: 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]
**Tax Year(s):** 1988
**Partnership/S Corporation:**
Lone Wolf McQuade Associates and Cinema 84
**Employer Identification Number:**
13-3109971 and 11-2678807

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number 13-3109971 and 11-2678807 has been completed.

Enclosed is Form 4549A-CG explaining how the adjustments made during our examination of the above partnership/S corporation affect your individual income tax return(s). This form is for your records.

The refund shown will be applied to any balance due account(s) first. We will refund any overpayment after any other taxes or other obligations, we are required to collect, are paid in full.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this matter, please contact the person whose name, telephone number, and contact hours are shown above.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely, **PHOTOCOPY**

W. Jones
Tax Technician
Examination Branch

Enclosure(s):
Form 4549A-CG

Cc: Thomas E. Redding

Ex. D. P. 6

0201

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH<br>1217 122ND STREET CT E<br><br>TACOMA WA 98445-3519 | [redacted] | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1988 | Period End | Period End |
|---|---|---|---|
| A. CINEMA 84 | $ (2,338.00) | $ | $ |
| B. ITEMIZED DEDUCTIONS | (46.00) | | |
| C. LONE WOLF MCQUADE | 38.00 | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | (2,346.00) | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 100,280.00 | | |
| 4. Corrected Taxable Income | 97,934.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 24,856.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 24,856.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 24,856.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 24,856.00 | PHOTOCOPY | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 25,630.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (774.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (774.00) | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



Ex. D P. 7

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH | SS or EI Number: [redacted] | Return Form No. 1040 |
|---|---|---|

| | | | |
|---|---|---|---|
| 17. Penalties | Period End 12/31/1988 | Period End | Period End |
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | (774.00) | | |
| B. Penalties (line 18, page 2) (computed to 08/12/2000) | | | |
| C. Interest (IRC 6601) (computed to 08/12/2000) | | | |
| D. TMT Interest (computed to 08/12/2000 on TMT underpay) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | (774.00) | | |

Other Information:

| Examiner's Signature | District | Date |
|---|---|---|
| MS JONES 2980500467 | Ogden Service Center | 07/12/2000 |



Ex. D. P. 8

Name Of Taxpayer: LYMAN E & BEVERLY J DEC
Identification Number: [redacted]
TOTAL

07/12/200
4.62.00

198812 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, Dental and Insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 0.075 of Adjusted Gross Income | 9,970.00 | 9,798.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 2,370.00 | 2,370.00 | 0.00 |
| 5. Home Interest Expense | 819.00 | 819.00 | 0.00 |
| 6. Personal Interest | 0.00 | 0.00 | 0.00 |
| 7. Less limitation amount | 0.00 | 0.00 | 0.00 |
| 8. Net Personal Interest | 0.00 | 0.00 | 0.00 |
| 9. Other Interest Expense | 16,879.00 | 16,879.00 | 0.00 |
| 10. Total Interest Expense | 17,698.00 | 17,698.00 | 0.00 |
| 11. Contributions | 2,810.00 | 2,810.00 | 0.00 |
| 12. Casualty and Theft Losses | 0.00 | 0.00 | 0.00 |
| 13. Moving Expenses | 0.00 | 0.00 | 0.00 |
| 14. Miscellaneous Deductions Subject to AGI Limit | 8,535.00 | 8,535.00 | 0.00 |
| 15. 0.020 of Adjusted Gross Income | 2,659.00 | 2,613.00 | |
| 16. Excess Miscellaneous Deductions | 5,876.00 | 5,922.00 | (46.00 |
| 17. Other Miscellaneous Deductions | 0.00 | 0.00 | 0.00 |
| 18. Total Itemized Deductions (Sum of Lines 3, 4, 10, 11, 12, 13, 16 and 17) | 28,754.00 | 28,800.00 | (46.00 |

Ex. D, p. 9

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH [redacted] | | YEAR/PERIOD ENDED<br>198812 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| LONE WOLF MCQUADE | (38.00) | 0.00 | 38.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CINEMA 84 | (60,214.00) | (62,552.00) | (2,338.00) |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

29247-614-08012-0 200035 CP: 21E

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201

Date of this notice: SEP. 11, 2000
Taxpayer Identifying Number [redacted]
Form: 1040 Tax Period: DEC. 31, 1988

For assistance you may call us at:
1-800-829-1040

LYMAN F & BEVERLY J DECD BUSH
%THOMAS E REDDING
PO BOX 924328
HOUSTON TX 77292

WE CHANGED YOUR ACCOUNT

THE CHANGE(S) BELOW RESULTED FROM AN EXAMINATION OF YOUR TAX RETURN SHOWN ABOVE. PLEASE SEE YOUR COPY OF THE EXAMINATION REPORT FOR A DETAILED EXPLANATION OF THE CHANGES.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

STATEMENT OF ACCOUNT

| | |
|---|---|
| ACCOUNT BALANCE BEFORE EXAMINATION ACTION | $774.00 DUE |
| DECREASE IN TAX BECAUSE OF EXAMINATION ACTION | 774.00CR |
| AMOUNT YOU NOW OWE | NONE |

---

:TURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
)UR TELEPHONE NUMBER BEST TIME TO CALL
) -

AMOUNT YOU OWE............. NONE

130,634 97,934 0

503303721 LK BUSH 30 0 198812

INTERNAL REVENUE SERVICE
OGDEN, UT 84201

LYMAN F & BEVERLY J DECD BUSH
%THOMAS E REDDING
PO BOX 924328
HOUSTON TX 77292

Ex. D, P. 11

0206