IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 45 days, from January 29, 2007, to and including March 15, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. No prior enlargement of this deadline has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel currently has a cross-motion for summary judgment due to be filed on January 24, 2007, in *Kerr-McGee Corporation v. United States*, Fed.Cl. No. 05-5, and has post-trial briefs and reply briefs due to be filed in February, 2007, in



2173219.1

*Fenton Gingerich*, *et al.* *v.* *United States*, Fed. Cl. No. 98-533, as well as other commitments which were scheduled prior to the date of the filing of the plaintiffs' brief in this case. As a result, defendant's counsel requires additional time to complete the cross-motion for summary judgment in this case.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to March 15, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

S/Mary M. Abate
Of Counsel

January 19, 2007