# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: January 22, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion filed on January 19, 2007, for an enlargement of time is granted. Defendant shall respond to plaintiff's motion for summary judgment by March 15, 2007.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge