IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 15 days, from March 15, 2007, to and including March 30, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. One prior enlargement of this deadline totaling 30 days has been granted. Counsel for the defendant has contacted counsel for plaintiffs to determine if plaintiffs would object to an enlargement of 12 days. Plaintiffs' counsel indicated that plaintiffs do not oppose an enlargement, but requested that the enlargement be 15 days, to accommodate a conflict in plaintiffs' counsel's schedule.

As good cause therefore, defendant's counsel is also counsel of record in *Fenton Gingerich, et al. v. United States*, Fed. Cl. No. 98-533, pending before Judge Lettow. The deadline in that case for the filing of the parties' post trial briefs was recently extended to March 14, 2007, conflicting with the defendant's deadline in this case. The enlargement sought by this motion will eliminate that conflict.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to March 30, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

March 7, 2007



2173219.1