# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: March 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * 

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * 

ORDER

Defendant's unopposed motion, filed on March 13, 2007, for an enlargement of time, is granted. Defendant shall respond to plaintiff's motion for summary judgment by March 30, 2007.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge