IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 12 days, from March 30, 2007, to and including April 11, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. Two prior enlargements of this deadline totaling 45 days have been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel and plaintiffs' counsel are also counsel of record in *Fenton Gingerich, et al. v. United States*, Fed. Cl. No. 98-533, pending before Judge Lettow. Plaintiffs' counsel recently obtained an enlargement of the deadlines for the parties'

post-trial briefs and reply briefs in *Gingerich*, to March 22, 2007, and April 2, 2007, respectively. This enlargement creates a conflict with the deadline for the defendant to file its cross-motion in the above-captioned case. The enlargement sought by this motion will eliminate that conflict.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to April 11, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

March 21, 2007