# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: March 22, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion, filed on March 21, 2007, for an enlargement of time, is granted. Defendant shall respond to plaintiff's motion for summary judgment by April 11, 2007. No further extensions of time shall be granted absent extraordinary cause.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge