IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 9 days, from April 11, 2007, to and including April 20, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. Three prior enlargements of this deadline totaling 57 days have been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel and plaintiffs' counsel are also counsel of record in *Fenton Gingerich, et al. v. United States*, Fed. Cl. No. 98-533, pending before Judge Lettow. Plaintiffs' counsel recently obtained an enlargement of the deadlines for the parties'

post-trial briefs and reply briefs in *Gingerich*, to March 22, 2007, and April 2, 2007, respectively. That enlargement caused defendant to have to move the deadline for it to file a motion for summary judgment in the case of *Ruth Kiteta v. United States*, Fed. Cl. No. 06-486, pending before Judge Wheeler, to April 6, 2007. This enlargement creates a conflict with the deadline for the defendant to file its cross-motion in the above-captioned case. The enlargement sought by this motion will eliminate that conflict.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to April 20, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate

Of Counsel

April 11, 2007