IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 6 days, from April 20, 2007, to and including April 26, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. Four prior enlargements of this deadline totaling 65 days have been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel underestimated the amount of time it would require to complete the defendant's cross-motion in its last motion for enlargement. Further, on April 17, 2006, the Court in *Daniel D. Pierce and Hendy J. Lund v. United States,* Fed.Cl. No.

05-1071, scheduled a hearing on the parties' cross-motions for summary judgement for April 18, 2006, at 4:30 pm. Defendant's counsel is also counsel of record in *Pierce*, and, has had to cease working on the cross-motion here to prepare for the hearing in *Pierce*.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to April 26, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate

Of Counsel

April 18, 2007