IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 7 days, from April 26, 2007, to and including May 3, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for partial summary judgment. Four prior enlargements of this deadline totaling 71 days have been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant states that, while defendant's counsel was preparing the brief in this case and in the related case of *Tommy Shelton v. United States*, Fed. Cl. No. 02-1042, defendant's counsel discovered a factual issue in *Shelton* which required him to take time

away from completing the brief in this case. Defendant is filing a motion for continuance, pursuant to RCFC 56(f), in *Shelton*. Because of the time required to identify the factual question in *Shelton*, defendant's counsel has not been able to complete the defendant's brief in this case. Defendant requests a brief enlargement to allow it time to complete its brief.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to May 3, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

April 25, 2007