IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to RCFC 56, defendant, the United States, moves this Court for partial summary judgment in its favor, holding that notices of deficiency were not required before the IRS could assess the additional tax and interest resulting from closing agreements executed by the IRS and plaintiffs in tax years 1985-1987, and, therefore, that those assessments were valid.

As set forth in the accompanying Memorandum in Support of the Defendant's Cross-Motion for Partial Summary Judgment and in Opposition to Plaintiff's Motion for Partial Summary Judgment, and on the basis of the facts set forth in the Defendant's Proposed Findings of Uncontroverted Fact, the declaration of Benjamin King in support thereof, and the Plaintiff's Proposed Findings of Uncontroverted Fact, there are no genuine disputes of material fact

regarding the question of whether a notice of deficiency was required before the additional tax and interest at issue in this case could be assessed by the IRS. Plaintiffs, as a matter of law, are not entitled to any refund of income tax or interest for the periods in issue based on any alleged invalidity of those assessments.

WHEREFORE, the defendant moves that the Court grant its cross-motion for partial summary judgment.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

May 3, 2007