IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1071 T

(Judge Braden)

DANIEL S. PIERCE AND HENDY LUND,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to RCFC 56(h)(2), defendant, the United States, submits the following proposed findings of uncontroverted fact. These proposed findings are supported by the attached Declaration of Benjamin King and exhibits Dx. 1-3 attached thereto.

1. For 1985, the Schedule E attached to Bush's original return reported losses from LWM in the amount of $33,442.00, and losses from Cinema 84 in the amount of $21,553.00. (Dx. 1 at 8.) Those losses were reported as a negative entry on line 18 of Bush's 1985 Form 1040, reducing his adjusted gross income for that year. (Dx. 1 at 1.)

2. For 1986, the schedule E attached to Bush's original return reported losses from LWM in the amount of $34,003.00 and losses from Cinema 84 in the amount of $20,079.00. (Dx. 2 at



2438774.1

32.) Those losses were reported as a negative entry on line 18 of Bush's 1986 return, reducing his adjusted gross income for that year. (Dx. 2 at 26.)

3. For 1987, the Schedule E attached to Bush's original return reported income from LWM in the amount of $398.00 and losses from Cinema 84 in the amount of $25,733.00 . (Dx. 3 at 87.) The income and losses reported on Bush's 1987 Schedule E resulted in a net loss in the amount of $19,769.00, which was reported as a negative entry on line 18 of Bush's 1987 original return, reducing his adjusted gross income for that year. (Dx. 3 at 56.)

4. For the Cinema 84 partnership, Bush was allowed losses in the amount of $45,187.00 for 1984. (Dx. 4-7.) Therefore, for 1985, Bush could only deduct $4,813.00 of the $21,553.00 of Cinema 84 partnership losses reported in that year. For 1986 and 1987, none of the losses were deductible. (Dx. 4-7.)

5. For the LWM partnership, Bush was allowed losses in the amount of $50,000 in 1983. For 1985 and 1986, Bush was not allowed any partnership losses pursuant to the at-risk limitation agreed to in the closing agreements. (Dx. 4-6, 8.) For 1987, Bush's allocable share of the LWM partnership income was $398.00. (Dx. 3.) Pursuant to § 465(a)(2), Bush was allowed

to use the previously disallowed losses to offset that income. (Dx. 6, 8.)

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

May 3, 2007