# DEFENDANT'S EXHIBIT

# NO. 4

Name Of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198512 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 0.050 of Adjusted Gross Income | 3,623.00 | 6,132.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 3,799.00 | 3,799.00 | 0.00 |
| 5. Home Interest Expense | 1,118.00 | 1,118.00 | 0.00 |
| 6. Other Interest Expense | 6,332.00 | 6,332.00 | 0.00 |
| 7. Total Interest Expense | 7,450.00 | 7,450.00 | 0.00 |
| 8. Contributions | 3,489.00 | 1,426.00 | 2,063.00 |
| 9. Casualty and Theft Losses | 0.00 | 0.00 | 0.00 |
| 10. Miscellaneous Deductions | 5,177.00 | 5,177.00 | 0.00 |
| 11. Sum of Lines 3, 4, 7, 8, 9 and 10 | 19,915.00 | 17,852.00 | 2,063.00 |
| 12. Zero Bracket Amount | 3,540.00 | 3,540.00 | 0.00 |
| 13. EXCESS ITEMIZED DEDUCTIONS Line 11 less Line 12 | 16,375.00 | 14,312.00 | 2,063.00 |

EXHIBIT
tabbies
4

Name Of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198512 - SCHEDULE G - INCOME AVERAGING

| | | | |
|---|---|---|---|
| 1. | 3rd preceding Base Period Income | 20,011.00 | |
| 2. | 2nd preceding Base Period Income | 8,204.00 | |
| 3. | 1st preceding Base Period Income | 11,026.00 | |
| 4. | Income earned outside the U.S. | 0.00 | |
| 5. | Sum of lines 1 thru 4 | | 39,241.00 |
| | COMPUTE AVERAGEABLE INCOME | | |
| 6. | Line 5 divided by three (3) | | 13,080.00 |
| 7. | Line 6 multiplied by 140% | | 18,312.00 |
| 8. | Taxable Income for current year | | 106,245.00 |
| 9. | Premature or excessive distribution (IRC Sec 72) | | 0.00 |
| 10. | Line 8 less line 9 | | 106,245.00 |
| 11. | Excess Community Income | | 0.00 |
| 12. | Line 10 less line 11 | | 106,245.00 |
| 13. | Line 12 less line 7 - Averageable Income | | 87,933.00 |
| 14. | Line 13 multiplied by 25% | | 21,983.00 |
| 15. | Sum of lines 7 and 14 | | 40,295.00 |
| 16. | Sum of lines 11 and 15 | | 40,295.00 |
| 17. | Tax on amount on line 16 | | 7,738.00 |
| 18. | Tax on amount on line 15 | 7,738.00 | |
| 19. | Tax on amount on line 7 | 2,111.00 | |
| 20. | Line 18 less line 19 | 5,627.00 | |
| 21. | Line 20 multiplied by 3 | | 16,881.00 |
| | Lines 22 through 24 completed if entry on line 9 | | |
| 22. | Tax on line 8 | 0.00 | |
| 23. | Tax on line 10 | 0.00 | |
| 24. | Line 22 less line 23 | | 0.00 |
| 26. | Sum of lines 17, 21 and 24 - SCHEDULE G TAX | | 24,619.00 |

Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198512 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 24,619.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 9,723.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 14,896.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 16,708.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 14,896.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| LONE WOLF MCQUADE | 33,442.00 |
| CINEMAX 84 | 16,740.00 |
| CONTRIBUTION CARRY OVER | 2,063.00 |

Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198512 - TAX PRD INTEREST COMPUTATION TO 08/12/2000

| | | |
|---|---|---|
| Total Tax Deficiency | | 16,708.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 16,708.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1986-06/30/1986 | 76 | 10.00 | 351.49 | 63.45 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 791.71 | 148.58 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 1,242.86 | 248.51 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 487.32 | 102.35 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 542.85 | 117.15 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 1,031.65 | 231.55 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 593.04 | 138.24 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 597.88 | 143.06 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 1,385.52 | 345.34 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 667.11 | 172.95 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 2,836.67 | 781.36 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 748.73 | 218.11 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 2,189.60 | 664.77 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 682.74 | 215.21 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 1,259.16 | 406.46 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 570.05 | 188.00 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 2,369.79 | 807.23 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 1,238.13 | 437.70 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 739.20 | 266.37 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 849.60 | 310.71 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 849.99 | 315.66 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 977.68 | 368.91 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 1,842.94 | 711.96 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 940.21 | 371.35 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 853.60 | 341.80 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 2,006.09 | 820.28 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 4,270.59 | 1,822.45 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 1,113.42 | 491.49 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 3,151.85 | 1,426.35 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 938.13 | 434.28 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 3,405.92 | 1,612.85 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 1,169.77 | 566.69 |
| COMPOUND | 04/01/2000-08/12/2000 | 134 | 09.00 | 1,989.74 | 978.46 |
| | Total Interest | | | 44,685.03 | 16,269.63 |
| | Total TMT Interest | | | 16,269.63 | |
| | Total Underpayment | | | 16,708.00 | |
| | Total Penalties | | | 0.00 | |
| | Total Amount Due | | | 77,662.66 | |

198512 - TAX PRD INTEREST COMPUTATION TO 08/12/2000 (con't)

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH | 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 | YEAR/PERIOD ENDED<br>198512 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| LONE WOLF MCQUADE | (33,442.00) | 0.00 | 33,442.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CINEMAX 84 | (21,553.00) | (4,813.00) | 16,740.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CONTRIBUTION CARRY OVER | 2,063.00 | 0.00 | 2,063.00 |

We adjusted your contribution deduction as shown in the attached computation.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH | 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 | YEAR/PERIOD ENDED<br>198512 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CONTRIBUTION CARRY OVER | 2,063.00 | 0.00 | 2,063.00 |

Since we increased your income in 1984, your contributions were allowed. Therefore, there are no longer any contributions available as a carryover from the previous year, 1984. We adjusted your Schedule A, carryover from a prior year accordingly.

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

FORM 886-A (REV 4-68)

# DEFENDANT'S EXHIBIT

# NO. 5

Name Of Taxpayer: LYMAN F & BEVERLY U DEC'D BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198612 - SCHEDULE G - INCOME AVERAGING

| | | | |
|---|---|---|---|
| 1. | 3rd preceding Base Period Income | 8,204.00 | |
| 2. | 2nd preceding Base Period Income | 11,026.00 | |
| 3. | 1st preceding Base Period Income | 106,245.00 | |
| 4. | Income earned outside the U.S. | 0.00 | |
| 5. | Sum of lines 1 thru 4 | | 125,475.00 |

COMPUTE AVERAGEABLE INCOME

| | | | |
|---|---|---|---|
| 6. | Line 5 divided by three (3) | | 41,825.00 |
| 7. | Line 6 multiplied by 140% | | 58,555.00 |
| 8. | Taxable Income for current year | | 118,385.00 |
| 9. | Premature or excessive distribution (IRC Sec 72) | | 0.00 |
| 10. | Line 8 less line 9 | | 118,385.00 |
| 11. | Excess Community Income | | 0.00 |
| 12. | Line 10 less line 11 | | 118,385.00 |
| 13. | Line 12 less line 7 - Averageable Income | | 59,830.00 |
| 14. | Line 13 multiplied by 25% | | 14,958.00 |
| 15. | Sum of lines 7 and 14 | | 73,513.00 |
| 16. | Sum of lines 11 and 15 | | 73,513.00 |
| 17. | Tax on amount on line 16 | | 20,050.00 |
| 18. | Tax on amount on line 15 | 20,050.00 | |
| 19. | Tax on amount on line 7 | 14,015.00 | |
| 20. | Line 18 less line 19 | 6,035.00 | |
| 21. | Line 20 multiplied by 3 | | 18,105.00 |
| | Lines 22 through 24 completed if entry on line 9 | | |
| 22. | Tax on line 8 | 0.00 | |
| 23. | Tax on line 10 | 0.00 | |
| 24. | Line 22 less line 23 | | 0.00 |
| 26. | Sum of lines 17, 21 and 24 - SCHEDULE G TAX | | 38,155.00 |

EXHIBIT
tabbies
5

Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198612 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | | |
|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | 45,231.00 |
| 2. | Total corrected tax liability without regard to tax motivated transactions | 34,414.00 |
| 3. | Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 10,817.00 |
| 4. | Tax Deficiency, Form 4549, line 13 | 10,817.00 |
| 5. | Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 10,817.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| LONE WOLF MCQUADE | 34,003.00 |
| CINEMAX 84 | 20,079.00 |

Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 08/12/2000
Identification Number: 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 TOTAL 4.62.00

198612 - TAX PRD INTEREST COMPUTATION TO 08/12/2000

| | | |
|---|---|---|
| Total Tax Deficiency | | 10,817.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 10,817.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1987-09/30/1987 | 168 | 09.00 | 457.44 | 93.77 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 287.75 | 61.29 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 320.54 | 70.32 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 609.16 | 139.44 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 350.17 | 83.50 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 353.03 | 86.58 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 818.10 | 209.62 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 393.91 | 105.26 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 1,674.96 | 477.50 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 442.10 | 133.75 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 1,292.89 | 408.65 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 403.14 | 132.58 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 743.50 | 250.72 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 336.60 | 116.10 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 1,399.29 | 499.35 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 731.08 | 271.26 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 436.47 | 165.24 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 501.66 | 192.88 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 501.89 | 196.09 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 577.29 | 229.34 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 1,088.20 | 443.07 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 555.17 | 231.33 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 504.03 | 213.04 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 1,184.54 | 511.74 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 2,521.65 | 1,138.98 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 657.44 | 307.58 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 1,861.07 | 893.47 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 553.94 | 272.27 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 2,011.09 | 1,012.00 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 690.72 | 355.86 |
| COMPOUND | 04/01/2000-08/12/2000 | 134 | 09.00 | 1,174.88 | 614.77 |

| | | |
|---|---|---|
| Total Interest | 25,433.70 | 9,917.35 |
| Total TMT Interest | 9,917.35 | |
| Total Underpayment | 10,817.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 46,168.05 | |

198612 - TAX PRD INTEREST COMPUTATION TO 08/12/2000 (con't)

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH 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 | | YEAR/PERIOD ENDED<br>198612 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| LONE WOLF MCQUADE | (34,003.00) | 0.00 | 34,003.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CINEMAX 84 | (20,079.00) | 0.00 | 20,079.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

# DEFENDANT'S EXHIBIT

# NO. 6

Name Of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198712 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, Dental and Insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 0.075 of Adjusted Gross Income | 9,859.00 | 11,759.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 2,545.00 | 2,545.00 | 0.00 |
| 5. Home Interest Expense | 926.00 | 926.00 | 0.00 |
| 6. Personal Interest | 1,099.00 | 1,099.00 | 0.00 |
| 7. Less limitation amount | 385.00 | 385.00 | 0.00 |
| 8. Net Personal Interest | 714.00 | 714.00 | 0.00 |
| 9. Other Interest Expense | 13,153.00 | 13,153.00 | 0.00 |
| 10. Total Interest Expense | 14,793.00 | 14,793.00 | 0.00 |
| 11. Contributions | 2,346.00 | 2,346.00 | 0.00 |
| 12. Casualty and Theft Losses | 0.00 | 0.00 | 0.00 |
| 13. Moving Expenses | 0.00 | 0.00 | 0.00 |
| 14. Miscellaneous Deductions Subject to AGI Limit | 7,501.00 | 7,501.00 | 0.00 |
| 15. 0.020 of Adjusted Gross Income | 2,629.00 | 3,136.00 | |
| 16. Excess Miscellaneous Deductions | 4,872.00 | 4,365.00 | 507.00 |
| 17. Other Miscellaneous Deductions | 0.00 | 0.00 | 0.00 |
| 18. Total Itemized Deductions (Sum of Lines 3, 4, 10, 11, 12, 13, 16 and 17) | 24,556.00 | 24,049.00 | 507.00 |

EXHIBIT
tabbies
6

198712 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 37,261.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 27,312.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 9,949.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 9,635.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 9,635.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| CINEMA 84 | 25,733.00 |
| LONE WOLF MCQUADE | (398.00) |

Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

198712 - TAX PRD INTEREST COMPUTATION TO 08/12/2000

| | | |
|---|---|---|
| Total Tax Deficiency | | 9,635.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 9,635.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1988-09/30/1988 | 168 | 10.00 | 452.51 | 93.00 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 282.77 | 60.63 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 285.08 | 63.02 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 660.64 | 153.15 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 318.09 | 77.18 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 1,352.57 | 351.84 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 357.01 | 98.98 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 1,044.04 | 303.31 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 325.54 | 98.67 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 600.39 | 186.88 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 271.81 | 86.65 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 1,129.96 | 373.46 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 590.36 | 203.33 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 352.46 | 124.00 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 405.10 | 144.87 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 405.29 | 147.40 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 466.17 | 172.55 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 878.74 | 333.79 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 448.31 | 174.47 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 407.01 | 160.80 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 956.54 | 386.65 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 2,036.29 | 862.35 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 530.90 | 233.25 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 1,502.85 | 678.32 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 447.32 | 206.91 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 1,624.00 | 769.82 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 557.77 | 270.96 |
| COMPOUND | 04/01/2000-08/12/2000 | 134 | 09.00 | 948.74 | 468.38 |

| | | |
|---|---|---|
| Total Interest | 19,638.26 | 7,284.62 |
| Total TMT Interest | 7,284.62 | |
| Total Underpayment | 9,635.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 36,557.88 | |

198712 - TAX PRD INTEREST COMPUTATION TO 08/12/2000 (con't)

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH | 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 | YEAR/PERIOD ENDED<br>198712 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CINEMA 84 | (25,733.00) | 0.00 | 25,733.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| LONE WOLF MCQUADE | (113,455.00) | (113,853.00) | (398.00) |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

# DEFENDANT'S EXHIBIT

# NO. 7

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

Cinema 84

Income/Loss basis at risk

| | | |
|---|---|---|
| 1984 | Per 906 | $50,000.00 |
| 1984 | Loss taken | 45,187.00- |
| 1985 | Loss taken | 21,553.00- |
| 1986 | Loss taken | 20,079.00- |
| 1987 | Loss taken | 25,733.00- |
| 1988 | Income | 2,338.00 |
| 1989 | Loss taken | 4,751.00- |
| 1990 | Income | 1,459.00 |
| 1991 | Income | 1,272.00 |
| 1992 | No income/loss | 0.00 |
| 1993 | Income | 4,389.00 |
| 1994 | No return | 0.00 |
| 1995 | No income/loss (Final return) | 0.00 |
| | TOTAL At risk basis | (57,845.00) |

My wkpapers
Our Info Only

EXHIBIT
tabbies
7

# DEFENDANT'S EXHIBIT

# NO. 8

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

Lone Wolf McQuade

Income/Loss basis at risk

| | | |
|---|---|---|
| 1983 | Per 906 | 59,811.00- |
| 1984 | Loss taken | 36,597.00- |
| 1985 | Loss taken | 33,442.00- |
| 1986 | Loss taken | 34,003.00- |
| 1987 | Income | 398.00 |
| 1988 | Loss taken | 38.00- |
| 1989 | Loss taken | 102.00- |
| 1990 | Income | 11.00- |
| 1991 | Income | 56.00- |
| 1992 | No income/loss | 0.00 |
| 1993 | Income | 5,626.00 |
| 1994 | No return | 0.00 |
| 1995 | Income (Final return) | 10,219.00 |
| | TOTAL At risk basis | (97,817.00) |

i.u. workpapers
Our Info Only

EXHIBIT
8