**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 02-1041, consolidated with 04-1598 T
(Judge Eric G. Bruggink)

---

LYMAN F. BUSH, *et al.*,

Plaintiffs

VS.

UNITED STATES OF AMERICA,

Defendant

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Plaintiffs' response to Defendant's Cross-Motion for Partial Summary Judgment is currently due to be filed on or before June 4, 2007. Plaintiffs request that the due date of their response be extended to on or before July 2, 2007.

The facts and legal issues in this case are substantively similar to those in *Shelton v. United States*, Fed.Cl. 02-1042, consolidated with 04-1595. Both consolidated cases are before Judge Bruggink. Plaintiffs simultaneously filed motions for summary judgment in both sets of consolidated cases on December 29, 2006. Defendant filed its response and cross-motion for summary judgment in this case on May 3, 2007, and requested additional time to address a potentially divergent fact issue in *Shelton*. That fact issue was resolved by the Stipulation filed in *Shelton* on May 23, 2007. Defendant filed its response and cross-motion for summary judgment in *Shelton* on May 30, 2007. Plaintiffs' response in *Shelton* is due to be filed on or before July 2, 2007.

Plaintiffs request that the deadline for their response in this case be moved from June 4, 2007, to July 2, 2007, so that these substantively similar cases may be addressed together as originally anticipated by the parties and the Court.

Defendant's counsel was contacted and represented that the Defendant does not object to the granting of this motion.

WHEREFORE, Plaintiffs Lyman F. Bush and Beverly J. Bush, deceased, here represented by Lyman F. Bush as Personal Representative for the Estate of Beverly J. Bush, respectfully request that the deadline to file Plaintiffs' response to Defendant's Cross-Motion for Partial Summary Judgment in this case be extended from June 4, 2007 to on or before July 2, 2007.

Respectfully submitted,

May 30, 2007

/s/ Thomas E. Redding

Thomas E. Redding, Attorney of Record
Sallie W. Gladney
Teresa J. Womack
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiffs
Lyman F. Bush and Lyman F. Bush as
Personal Representative for the Estate of Beverly J. Bush