**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 02-1041, consolidated with 04-1598 T
(Judge Eric G. Bruggink)

---

LYMAN F. BUSH, *et al.*,

Plaintiffs

VS.

UNITED STATES OF AMERICA,

Defendant

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Plaintiffs' response to Defendant's Cross-Motion for Partial Summary Judgment is currently due to be filed on or before July 2, 2007. Plaintiffs request that the due date of their response be extended by four days to on or before July 6, 2007.

The facts and legal issues in this case are substantively similar to those in *Shelton v. United States*, Fed.Cl. 02-1042, consolidated with 04-1595. Both consolidated cases are before Judge Bruggink. Plaintiffs simultaneously filed motions for summary judgment in both sets of consolidated cases on December 29, 2006. Defendant filed its response and cross-motion for summary judgment in this case on May 3, 2007, and requested additional time to address a potentially divergent fact issue in *Shelton*. That fact issue was resolved by the Stipulation filed in *Shelton* on May 23, 2007. Defendant filed its response and cross-motion for summary judgment in *Shelton* on May 30, 2007. Plaintiffs' response in the consolidated *Shelton* cases is due to be filed concurrently with the

plaintiffs' response in these consolidated cases, on or before July 2, 2007.

Plaintiffs here requested and were granted one extension of the deadline for their response in this case so that it and the substantively similar case in *Shelton* could be addressed together as originally anticipated by the parties and the Court. No extension has been previously requested in *Shelton*. Concurrent with the filing of the plaintiffs' request in this case the plaintiffs in *Shelton* will be filing a request for an additional four days in which to file their response.

This extension is necessary because one of plaintiffs' counsel has recently suffered a death in their family which required unanticipated travel and time commitments. Plaintiffs request an extension of only four days, a time period which would have been less but for the 4th of July holiday.

Defendant's counsel was contacted and represented that the Defendant does not object to the granting of this motion.

WHEREFORE, Plaintiffs Lyman F. Bush and Beverly J. Bush, deceased, here represented by Lyman F. Bush as Personal Representative for the Estate of Beverly J. Bush, respectfully request that the deadline to file Plaintiffs' response to Defendant's Cross-Motion for Partial Summary Judgment in this case be extended from July 2, 2007 to on or before July 6, 2007.

Respectfully submitted,

July 2, 2007

/s/ Thomas E. Redding

Thomas E. Redding, Attorney of Record
Sallie W. Gladney
Teresa J. Womack
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiffs
Lyman F. Bush and Lyman F. Bush as
Personal Representative for the Estate of Beverly J. Bush