**No. 02-1041 T**
Consolidated with 04-1598 T
(Judge Eric G. Bruggink)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

LYMAN F. BUSH, *et al.*,

PLAINTIFFS

VS.

UNITED STATES OF AMERICA,

DEFENDANT

**DECLARATION OF SALLIE W. GLADNEY**

I, Sallie W. Gladney, declare as follows:

I am an attorney with Redding & Associates, P.C. and am one of the attorneys of record representing the Plaintiffs in the above-captioned case. As attorney of record I and our offices have custody of the Plaintiffs' relevant files for this case. The documents identified as Plaintiffs' Exhibits 1-27 attached to the Plaintiffs' Proposed Findings of Uncontroverted Fact with Respect to His Motion for Summary and the documents identified as Plaintiffs' Exhibits 28-31 attached to the Plaintiffs' Response to Defendant's Proposed Findings of Uncontroverted Fact are true and correct copies of documents maintained in our files.

Under penalty of perjury, I, Sallie W. Gladney, declare that the foregoing statements are true and correct. Thus done and signed on July 6, 2007, at Houston, Texas.

s/Sallie W. Gladney
SALLIE W. GLADNEY