AS ORIGINALLY FILED

AS AMENDED

10280038 006773 119CT 801

Form **6251** Department of the Treasury Internal Revenue Service

# Alternative Minimum Tax - Individuals

▶ Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656.

OMB No. 1545-0227 **1988** Attachment Sequence No. 32

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: [redacted]

| Line | Description | Box | Amount | Box | Amount | As amended |
|---|---|---|---|---|---|---|
| 1 | Taxable income from Form 1040, line 37 (can be less than zero) | | | 1 | 100280. | 97,942 |
| 2 | Net operating loss deduction. (Do not enter as a negative amount.) | | | 2 | | |
| 3 | Add lines 1 and 2 | | | 3 | 100280. | |
| 4 | Adjustments: | | | | | |
| a | Standard deduction from Form 1040, line 34 | 4a | | | | |
| b | Personal exemption amount from Form 1040, line 36 | 4b | 3900. | | | 3,900 |
| c | Medical and dental expense | 4c | | | | |
| d | Miscellaneous itemized deductions from Schedule A, line 24 | 4d | 5876. | | | 5,923 |
| e | Taxes from Schedule A, line 8 | 4e | 2370. | | | 2,370 |
| f | Refund of taxes | 4f | | | | |
| g | Interest from Schedule A, line 12b | 4g | | | | |
| h | Other interest adjustments | 4h | | | | |
| i | Combine lines 4a through 4h | | | 4i | 12146. | |
| j | Depreciation of property placed in service after 1986 | 4j | | | | |
| k | Circulation and research and experimental expenditures paid or incurred after 1986 | 4k | | | | |
| l | Mining exploration and development costs paid or incurred after 1986 | 4l | | | | |
| m | Long-term contracts entered into after 2/28/86 | 4m | | | | |
| n | Pollution control facilities placed in service after 1986 | 4n | | | | |
| o | Installment sales of certain property | 4o | | | | |
| p | Adjusted gain or loss | 4p | | | | |
| q | Certain loss limitations | 4q | | | | |
| r | Tax shelter farm loss | 4r | | | | |
| s | Passive activity loss | 4s | 1146. | | | 1,146 |
| t | Beneficiaries of estates and trusts | 4t | | | | |
| u | Combine lines 4j through 4t | | | 4u | 1146. | |
| 5 | Tax preference items: | | | | | |
| a | Appreciated property charitable deduction | 5a | | | | |
| b | Tax-exempt interest from private activity bonds issued after August 7, 1986 | 5b | | | | |
| c | Depletion | 5c | | | | |
| d | Add lines 5a through 5c | | | 5d | | |
| e | Accelerated depreciation of real property placed in service before 1987 | 5e | | | | |
| f | Accelerated depreciation of leased personal property placed in service before 1987 | 5f | | | | |
| g | Amortization of certified pollution control facilities placed in service before 1987 | 5g | | | | |
| h | Incentive stock options | 5h | | | | |
| i | Intangible drilling costs | 5i | | | | |
| j | Reserves for losses on bad debts of financial institutions | 5j | | | | |
| k | Add lines 5e through 5j | | | 5k | | |
| 6 | Combine lines 3, 4i, 4u, 5d, and 5k | | | 6 | 113572. | |
| 7 | Alternative tax net operating loss deduction. (Do not enter more than 90% of line 6.) | | | 7 | | |
| 8 | Alternative minimum taxable income (subtract line 7 from line 6). If married filing separate returns, see instructions | | | 8 | 113572. | |
| 9 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | | | 9 | 40000. | |
| 10 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | | | 10 | 150000. | |
| 11 | Subtract line 10 from line 8. If -0- or less, enter -0- here and on line 12 and go to line 13. If this line is more than -0-, go to line 12 | | | 11 | 0. | |
| 12 | Multiply line 11 by 25% (.25) | | | 12 | | |
| 13 | Subtract line 12 from line 9. If -0- or less, enter -0- | | | 13 | 40000. | <40,000> |
| 14 | Subtract line 13 from line 8. If -0- or less, enter -0- here and on line 19. If this line is more than -0-, go to line 15 | | | 14 | 73572. | 71,281 |
| 15 | Multiply line 14 by 21% (.21) | | | 15 | 15450. | |
| 16 | Alternative minimum tax foreign tax credit | | | 16 | | |
| 17 | Tentative minimum tax (subtract line 16 from line 15) | | | 17 | 15450. | 14,969 |
| 18 | Regular tax before credits (Form 1040, line 38) minus foreign tax credit (Form 1040, line 43) | | | 18 | 25630. | 24,843 |
| 19 | Alternative minimum tax (subtract line 18 from line 17). Enter on Form 1040, line 49. If -0- or less, enter -0- | | | 19 | 0. | -0- |

For Paperwork Reduction Act Notice, see separate instructions.

H761

Form 6251 (1988)

0281

Lyman F. and Beverly J. Bush
Form 1040X, Amended U. S. Individual Income Tax Return
SSN [redacted]

Statement of ITC from Cinema '84

| | |
|---|---|
| §38 Basis in ITC Property from Form 3468, 1984 | 82,606 |

Amounts ITC Basis Used (or that could have been used) in Prior Years

| | |
|---|---|
| 1984, ITC Basis used up to Initial Investment at-risk based on original capital contributed on closing agreement | (50,000) |
| 1988, ITC Basis used up to At-Risk carryover used against net income | (2,338) |

Form **843** (Rev. January 1997) Department of the Treasury Internal Revenue Service

# Request for Net Interest Rate of Zero Under Rev. Proc. 99-19
# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*
- *An overpayment of income taxes;*
- *A refund of fuel taxes;*
- *An overpayment of excise taxes reported on Form 720, 730, or 2290 (see **General Instructions**).*

| Please type or print | |
|---|---|
| Name of claimant: Lyman F. and Beverly J. Bush | Your social security number: [redacted] |
| Address (number, street, and room or suite no.): 1217 - 122nd Street Court East | Spouse's social security number: [redacted] |
| City or town, state, and ZIP code: Tacoma, WA98445 | Employer identification number |
| Name and address shown on return if different from above | Daytime telephone number |

**1** Period — prepare a separate Form 843 for each tax period
From , 19 , to , 19

**2** Amount to be refunded or abated
$

**3a** Type of tax, penalty, or addition to tax: Income
☐ Employment ☐ Estate ☐ Gift ☐ Excise (unless reported on Form 720, 730, or 2290 — see instructions)
☐ Penalty — IRC section ▶ ________________

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☒ Other (specify) 1040

**4a** Request for abatement or refund of:
☐ Interest caused by IRS errors or delays (if applicable — see instructions).
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax.

This form is filed as the taxpayer's request for application of the net effective rate of zero, pursuant to I.R.C. §6621(d), to interest accruing before October 1, 1998.
The understatement period(s) are 1983, 1984, 1985 and 1986.
The overstatement period(s) are 1988, 1989, 1990, 1991, 1992, 1993 and 1995.
The underpayment has not been paid
The period(s) for which the taxpayer's overpayment and underpayment overlap are April 15, 1989 to present.
To the extent of equivalent amounts of underpayment and overpayment for the period(s) identified above the period(s) has (have) been used only once in a request to obtain the net interest rate of zero under section 6621(d).
The taxpayer's overpayments arise from adjustments related to TEFRA partnerships which have not yet been determined.
In addition to the years indicated, this election applies to any refund year resulting from a capital loss or net operating carryforward or carryback arising out of the year specified when the overpayments are finally determined.
Line 1 has been left blank pursuant to Rev. Proc. 99-19 Section 4.04(1).
Line 2 has been left blank pursuant to Rev. Proc. 99-19 Section 4.04(2).
Line 4 has been left blank pursuant to Rev. Proc. 99-19 Section 4.04(4).

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

______________________________ Signature (Title, if applicable. Claims by corporations must be signed by an officer.) ________ Date

______________________________ Signature ________ Date

4-28-1995 0:31AM FROM P. 3

Form 2848 (Rev. December 1997) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney (Please type or print.)

1 **Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Lyman F. and Beverly J. Bush<br>1217 122nd Street Court East<br>Tacoma, WA 98445 | [redacted]<br>[redacted] | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994 and 1995. |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . ▶ ☐

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here LFB and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.** Form **2848** (Rev. 12-97)

ISA
STF FED4676F.1

4-28-1995 0:31AM FRC P. 2

SEP.-30'99(THU) 14:09 REDDING & ASSOC P.C. TEL:713-621-5237 P. 002

Form 2848 (Rev. 12-97) Page 2

**Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Lyman F Bush
Signature 9-30-99 Date Title (if applicable)

Lyman F. Bush
Print Name

Lyman F Bush
Signature 9-30-99 Date EXECTOR OF THE ESTATE OF BEVERLY J BUSH Title (if applicable)

LYMAN F. BUSH
Print Name

**Part II Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | Thomas E. Redding (signature) Thomas E. Redding | 10/1/99 |
| A | Texas | Sallie W. Gladney (signature) Sallie W. Gladney | 10-1-99 |
| | | | |

STP FED1675F.2

0285

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush 503303721

OMB No. 1545-0091

**This return is for calendar year ▶** 1990 **, OR fiscal year ended ▶** , 19 .

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . ▶ [X]

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . . . [X] Yes [ ] No

**C** Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | **Income and Deductions (see pages 2 - 5)** | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 1 | 104,547 | (13,251) | 91,296 |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 8,458 | 265 | 8,723 |
| 3 | Subtract line 2 from line 1 | 3 | 96,089 | (13,516) | 82,573 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,100 | 0 | 4,100 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 91,989 | (13,516) | 78,473 |
| **Tax Liability** 6 | Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 22,218 | (4,460) | 17,758 |
| 7 | Credits (see page 4) | 7 | | 1,387 | 1,387 |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 22,218 | (5,847) | 16,371 |
| 9 | Other taxes (see page 4) | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 | 10 | 22,218 | (5,847) | 16,371 |
| **Payments** 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 14,155 | 0 | 14,155 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 2,310 | 0 | 2,310 |
| 13 | Earned income credit | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 4136 or Form 2439 | 15 | | | |

| | | | |
|---|---|---|---|
| 16 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | 17 | 5,753 |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | 22,218 |
| | **Refund or Amount You Owe** | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 | Subtract line 19 from line 18 (see page 4) | 20 | 22,218 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | 5,847 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** | 23 | 5,847 ** |
| 24 | Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** 24 | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F Bush 11-24-99
Your signature Date

▶ Lyman F Bush Personal Representative of the estate of Beverly J Bush deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Brett A Thompson CPA | Date 11/23/99 | Check if self-employed [X] | Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas | EIN | ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F.1

Form **1040X** (Rev. 11-98)

EXHIBIT "B"

Form 1040X (Rev. 11-98) Bush [redacted] Page 2

**Part I** **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse. Caution: *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 25 | | | |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
• lived with you ▶ ☐
• did not live with you due to divorce or separation (see page 5) ▶ ☐
Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

***** *PLEASE SEE EXPLANATION ATTACHED* *****

Summary of Changes to adjusted gross income:

| | | |
|---|---|---|
| Adjusted Gross Income on Originally Filed form 1040 | $ 104,547 | |
| Loss allowed from at-risk losses carry forward | (12,418) | Summer Lovers Pg 6 |
| Loss allowed from at-risk losses carry forward | (1,459) | Cinema 84, Pg 7 |
| Loss already deducted in original return reversed | 626 | Cinema 84 ✓ 6 |
| Amended adjusted gross income | $ 91,296 | |

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

STF FED3171F.2

0287

Form **2848** (Rev. December 1997) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date

## Part I Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Lyman F. and Beverly J. Bush<br>1217 122nd Street Court East<br>Tacoma, WA 98445 | [redacted]<br>[redacted] | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No. ______<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No. ______<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| | CAF No. ______<br>Telephone No. ______<br>Fax No. ______<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994 and 1995. |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for Line 4 — Specific uses not recorded on CAF.) . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for Line 5 — Acts authorized).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here LFB and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

For Paperwork Reduction and Privacy Act Notice, see the separate instructions. Form 2848 (Rev. 12-97)

ISA
STF FED4876F.1

**Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Lyman F Bush (signature) — Signature | 9-30-99 — Date | Title (if applicable)

Lyman F. Bush — Print Name

Lyman F Bush (signature) — Signature | 9-30-99 — Date | EXECUTOR OF THE ESTATE OF BEVERLY J BUSH — Title (if applicable)

LYMAN F. BUSH — Print Name

**Part II Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | Thomas E. Redding (signature) Thomas E. Redding | 10/1/99 |
| A | Texas | Sallie W. Gladney (signature) Sallie W. Gladney | 10-1-99 |
| | | | |

STP FED4975F.2

**LYMAN F. BUSH and BEVERLY J. BUSH**
**(SSN [redacted] and SSN [redacted])**
**EXPLANATION - 1990 REFUND CLAIM**

The taxpayer and the Commissioner entered into Closing Agreements ("Agreement") regarding the taxpayer's partnership interest in Cinema 84 and Summer Lovers Associates, copies of which are attached hereto as Exhibit "A."

This refund claim is being filed and is timely based on Paragraph 15 of the Agreement which provides that "[a]ny refund claim attributable to the operation of this agreement ***shall*** be deemed to be timely filed and ***shall*** be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue."

Further, pursuant to Paragraph 15 of the Agreement, "[a]ny refund claim so submitted within 120 days of this agreement shall be allowed as an offset pursuant to I.R.C. §§6402(a) and 6601(f) against any tax deficiencies resulting from this agreement." Therefore, the refund due under this claim must be applied as an offset to the tax deficiencies arising from the settlement. The refund should be applied first to any deficiency determined for 1983 and thereafter any balance to any subsequent year deficiencies.

This refund claim results from application of the portion of the §465 suspended losses allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

This refund claim also results from application of the portion of the §465 suspended investment tax credits allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

Based upon the Agreement, the suspended losses and ITC allowable in this year as a consequence of Paragraph 8 of the Agreement are determined as follows:

| | Summer Lovers | Cinema 84 |
|---|---|---|
| Increase of amount at risk due to net partnership income | \$12,418.00 | \$1,459.00 |
| Allowable portion of losses previously suspended under §465 per Agreement | \$<12,418.00> | \$<1,459.00> |
| Portion of ITC suspended under §465 allowable due to increase in amount at risk | \$1,242.00 | \$146.00 |

***<u>Please process this claim immediately and apply the refund as an offset under §6402 as required above.</u>***

Exhibit:

A - Copies of Closing Agreements

C:\DOCS\CORRESP.Q\REFUND.CLM\qsten169.bu4

Department of the Treasury - Internal Revenue Service

**Closing Agreement on Final Determination
Covering Specific Matters**

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush (SSN: [redacted]) and Beverly J. Bush (SSN: [redacted])
(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Cinema 84 (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1984 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1984 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1984 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1984 through 1989 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is 50,000.00.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1989, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

EXHIBIT "A"

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1984 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1984 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1987 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 <u>et seq</u>.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature Lyman F Bush Date Signed 6-25-99

Spouse's signature (if a joint return was filed) Beverly J. Bush BY Lyman F Bush SPOUSE OF DECEASED Date Signed 6-25-99

Taxpayer's Representative ______ Date Signed ______

Taxpayer (other than individual) ______

By ______ Date Signed ______

Title ______

Commissioner of Internal Revenue

By Philip Rotsano Date Signed 8/2/99

Title Associate Chief

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

Bradford A. Johnson 7/22/99
(Receiving Officer) (Date)

Assistant District Counsel
(Title)

Department of the Treasury—Internal Revenue Service

Form 906
(Rev. January 1987)

# Closing Agreement On Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. and Beverly J. Bush, 1217 122nd Street, CT. E.,
(Taxpayer's name, address, and identifying number)

Tacoma, WA 98445 (hereinafter "taxpayers")

SSN: [redacted] and [redacted]

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS taxpayers are limited partners in the partnership known as Summer Lovers Associates.

WHEREAS taxpayers have claimed a deduction, in the amount of $55,287.00 for their distributive share of the loss claimed by Summer Lovers Associates for the taxable year ended December 31, 1982.

WHEREAS it is desirable for Federal income tax purposes to agree on certain matters pertaining to taxpayers partnership interest.

Now it is hereby determined and agreed for Federal income tax purposes:

1. That the taxpayers initial amount at risk is $50,000.00.

2. That the taxpayers are entitled to claim investment tax credit of $5,000.00 for 1982.

3. That the taxpayers are allowed to claim a loss from Summer Lovers Associates in 1982 in the amount of $50,000.00.

4. That any losses disallowed because they exceed the amount at risk will be carried forward in accordance with I.R.C. § 465.

5. To the extent the partnership earns net income after 1982, the at risk amount will be increased in accordance with I.R.C. § 465.

under I.R.C. §§ 66[illegible] (a), 6661 or 6659.

7. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated transactions.

This agreement is final and conclusive except:

*(1)* the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

*(2)* it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and

*(3)* if it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature ........ LYMAN F. BUSH ........ Date Signed 3-25-94

Spouse's signature (If a joint return was filed) ........ BEVERLY J. BUSH ........ Date Signed 3-25-94

Taxpayer's representative ........ Date Signed ........

Taxpayer (other than Individual) ........

By ........ Date Signed ........

Title ........

Commissioner of Internal Revenue

By ........ Date Signed 8-18-94

Title Chief Appeals

AS ORIGINALLY FILED

3B140 1560-64 /^8 03 04100946

CCE Form 1040 Department of the Treasury – Internal Revenue Service
# U.S. Individual Income Tax Return 1990

AS AMENDED

For the year January-December 31, 1990, or other tax year beginning , 1990, ending , 19 | OMB No. 1545-0074

Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted]

If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security no.: [redacted]

Home address (number and street). (If a P.O. box, see page 9.) Apt. no.: 1217 122ND AVENUE EAST

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.): TACOMA WASHINGTON 98445-0000

BUSH

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? X Yes No
If joint return, does your spouse want $1 to go to this fund? X Yes No
Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1 [ ] Single. (See page 10 to find out if you can file as head of household.)
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 10.)

**Exemptions** (See Instructions on page 10.)
6a [X] Yourself If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.
b [X] Spouse
No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 6 dependents, see Instructions on page 11.

No. of your children on 6c who: ● lived with you ___ ● didn't live with you due to divorce or separation (see page 11) ___
No. of other dependents on 6c ___

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income** (Attach Copy B of your Forms W-2, W-2G, and W-2P here. If you do not have a W-2, see page 8. Attach check or money order on top of any Forms W-2, W-2G, and W-2P.)

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) SEE STMT 1 | | 7 | 79,033. |
| 8a | Taxable interest income (also attach Schedule B if over $400) | | 8a | 10,394. |
| b | Tax-exempt interest income. DON'T include on line 8a | 8b 15,131 | | |
| 9 | Dividend income (also attach Schedule B if over $400) | | 9 | 10,587. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | | 13 | 1,112. |
| 14 | Capital gain distributions not reported on line 13 | | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | | 15 | |
| 16a | Total IRA distributions 16a | 16b Taxable amount | 16b | |
| 17a | Total pensions and annuities 17a | 17b Taxable amount | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | | 18 | 355. |
| 19 | Farm income or (loss) (attach Schedule F) | | 19 | |
| 20 | Unemployment compensation (insurance) | | 20 | |
| 21a | Social security benefits 21a 10,132. | 21b Taxable amount | 21b | 5,066. |
| 22 | Other income (list type and amount) | | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | | 23 | 106,547. |

COPY FOR YOUR FILE

Income Removed To Extent Of Carry Forward Of Suspended AT-RISK Losses
<12,418> Summer Lovers
<1,459> Cinema 84
Reverse loss 626 Pg 6. no Return
→ 106,547

**Adjustments to Income** (See Instructions on page 17.)

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a 2,000. | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b | | |
| 25 | One-half of self-employment tax | 25 | | |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | 26 | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | | |
| 28 | Penalty on early withdrawal of savings | 28 | | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | | |
| 30 | Add lines 24a through 29. ▶ | | 30 | 2,000. |

<2,000>

**Adjusted Gross Income**

| Line | Description | Line | Amount |
|---|---|---|---|
| 31 | Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57 ▶ | 31 | 104,547. |

91,296

H788 1D 12/27/90



1.

AS ORIGINALLY FILED

22
BUSH
[redacted]

408 14100946 1560-64 04

AS AMENDED

Form 1040 (1990) Page 2

| Section | Line | Description | Ref | Amount (as filed) | As amended |
|---|---|---|---|---|---|
| Tax Computation | 32 | Amount from line 31 (adjusted gross income) | 32 | 104,547. | 91,296 |
| | 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | | |
| If you want IRS to figure your tax, see instructions on page 19. | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | | | |
| | 34 | Enter the larger of: • Your standard deduction (from page 20 that applies to you), OR • Your itemized deductions (from Schedule A, line 27). If you itemize, attach Schedule A and check here ▶ [X] | 34 | 8,458. | ⟨8,723⟩ |
| | 35 | Subtract line 34 from line 32. | 35 | 96,089. | |
| | 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e. | 36 | 4,100. | ⟨4,100⟩ |
| | 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-) | 37 | 91,989. | 78,473 |
| | 38 | Enter tax. Check if from: a ☐ Tax Table, b [X] Tax Rate Schedules, or c ☐ Form 8615 (If any is from Form(s) 8814, enter that amount here ▶ d ) | 38 | 22,218. | 17,758 |
| | 39 | Additional taxes. Check if from: a ☐ Form 4970 b ☐ Form 4972 | 39 | | |
| | 40 | Add lines 38 and 39. ▶ | 40 | 22,218. | |
| Credits (See instructions on page 21.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | | |
| | 43 | Foreign tax credit (attach Form 1116) | 43 | | |
| | 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) | 44 | | |
| | 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | | |
| | 46 | Add lines 41 through 45. | 46 | | |
| | 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-) ▶ | 47 | 22,218. | ⟨1,387⟩ |
| Other Taxes | 48 | Self-employment tax (attach Schedule SE) | 48 | | |
| | 49 | Alternative minimum tax (attach Form 6251) | 49 | 0. | |
| | 50 | Recapture taxes. Check if from: a ☐ Form 4255 b ☐ Form 8611 | 50 | | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | 51 | | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 52 | | |
| | 53 | Advance earned income credit payments from Form W-2 | 53 | | |
| | 54 | Add lines 47 through 53. This is your **total tax** ▶ | 54 | 22,218. | 16,371 |
| Payments (Attach Forms W-2, W-2G, and W-2P to front.) | 55 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 55 | 14,155. | |
| | 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | 2,310. | |
| | 57 | Earned income credit NO | 57 | | |
| | 58 | Amount paid with Form 4868 (extension request) | 58 | | |
| | 59 | Excess social security tax and RRTA tax withheld | 59 | | |
| | 60 | Credit for Federal tax on fuels (attach Form 4136) | 60 | | |
| | 61 | Regulated investment company credit | 61 | | |
| | 62 | Add lines 55 through 61. These are your **total payments** ▶ | 62 | 16,465. | |
| Refund or Amount You Owe | 63 | If line 62 is more than line 54, enter amount **OVERPAID** ▶ | 63 | | |
| | 64 | Amount of line 63 to be **REFUNDED TO YOU** ▶ | 64 | | |
| | 65 | Amount of line 63 to be **APPLIED TO YOUR 1991 ESTIMATED TAX** ▶ | 65 | | |
| | 66 | If line 54 is more than line 62, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. | 66 | 5,819. | |
| | 67 | Estimated tax penalty | 67 | 66. | |

COPY FOR YOUR FILE

**Sign Here** (Keep a copy of this return for your records.)

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation: STRUCTURAL ENG. |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation: TEACHER |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. [redacted] |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address: BRINK & SADLER, C.P.A.'S, PO BOX 99190, TACOMA, WASHINGTON | | E.I. No. 91-0861130 | ZIP code 98499-0190 |

H788

LB12 11-27-90

0297 2.

AS ORIGINALLY FILED

AS AMENDED

23
BUSH

408 94100946 1560-64 05

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service

# Schedule A – Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
1990
Attachment Sequence No. 07

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: 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

| Section | Line | Description | Box | Amount | Total | Amended |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses. (See page 27 of the Instructions.) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 | 2 | | | |
| | 3 | Multiply the amount on line 2 by 7.5% (.075). Enter the result | 3 | | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- | ▶ 4 | | | |
| Taxes You Paid (See Instructions on page 27.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes | 6 | 2,310. | | |
| | 7 | Other taxes. (List-include personal property taxes.) ▶ PERSONAL PROPERTY | 7 | 411. | | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total | ▶ 8 | | 2,721. | 2,721 |
| Interest You Paid (See Instructions on page 27.) | 9a | Deductible home mortgage interest paid to financial institutions and reported to you on Form 1098. Report deductible points on line 10 | 9a | 579. | | |
| | b | Other deductible home mortgage interest. (If paid to an individual, show that person's name and address.) ▶ | 9b | | | |
| | 10 | Deductible points. (See Instructions for special rules.) | 10 | | | |
| | 11 | Deductible investment interest (attach Form 4952 if required). (See page 28.) | 11 | 428. | | |
| | 12a | Personal interest you paid. (See page 28.) | 12a | | | |
| | b | Multiply the amount on line 12a by 10% (.10). Enter the result | 12b | | | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total | ▶ 13 | | 1,007. | 1,007 |
| Gifts to Charity (See Instructions on page 29.) | | Caution: *If you made a charitable contribution and received a benefit in return, see page 29 of the Instructions.* | | | | |
| | 14 | Contributions by cash or check | 14 | 1,853. | | |
| | 15 | Other than cash or check. (You MUST attach Form 8283 if over $500.) STMT 8 | 15 | 625. | | |
| | 16 | Carryover from prior year | 16 | | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total | ▶ 17 | | 2,478. | 2,478 |
| Casualty and Theft Losses | 18 | Casualty or theft loss(es) (attach Form 4684). (See page 29 of the Instructions.) | ▶ 18 | | | |
| Moving Expenses | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 30 of the Instructions.) | ▶ 19 | | | |
| Job Expenses and Most Other Miscellaneous Deductions (See Instructions on page 30 for expenses to deduct here.) | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ▶ SEE STMT 10 | 20 | 1,993. | | |
| | 21 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ SEE STATEMENT 9 | 21 | 2,350. | | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total | 22 | 4,343. | | |
| | 23 | Enter amount from Form 1040, line 32 | 23 | ~~104,547~~ 91296 | | |
| | 24 | Multiply the amount on line 23 by 2% (.02). Enter the result | 24 | ~~2,091.~~ 1826 | | |
| | 25 | Subtract line 24 from line 22. Enter the result. If less than zero, enter -0- | ▶ 25 | | 2,252. | 2,517 |
| Other Miscellaneous Deductions | 26 | Other (from list on page 30 of Instructions). List type and amount ▶ | ▶ 26 | | | |
| Total Itemized Deductions | 27 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 25, and 26. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 20 of the Instructions | ▶ 27 | | 8,458. | 8,723 |

COPY FOR YOUR FILE

For Paperwork Reduction Act Notice, see Form 1040 Instructions. H788 Schedule A (Form 1040) 1990

0 12/6/90

0298 3

SCHEDULE E (Form 1040)
Department of the Treasury Internal Revenue Service

# Supplemental Income and Loss

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040 or Form 1041.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1990**
Attachment Sequence No. 13

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

## Part I Income or Loss From Rentals and Royalties

Note: *Report farm rental income or loss from* Form 4835 *on page 2, line 39.*

1 In the space provided below, show the kind and location of rental property:

2 For each rental property listed on line 1, did you or your family use it for personal purposes more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | Property | Yes | No |
|---|---|---|---|
| A | 5026 SOUTH PUGET SOUND (1/3 INTEREST) | | X |
| B | | | |
| C | | | |

| Rental and Royalty Income: | Line | Properties A | Properties B | Properties C | Line | D Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 1,853. | | | 3 | 1,853. |
| 4 Royalties received SEE STMT 2 | 4 | | | | 4 | |
| **Rental and Royalty Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Mortgage interest paid to banks, etc. | 11 | | | | 11 | |
| 12 Other interest | 12 | | | | | |
| 13 Repairs | 13 | | | | | |
| 14 Supplies | 14 | | | | | |
| 15 Taxes | 15 | | | | | |
| 16 Utilities | 16 | | | | | |
| 17 Wages and salaries | 17 | | | | | |
| 18 Other (list) ▶ SEE STMT 2 | 18 | 1,582. | | | | |
| 19 Add lines 5 through 18. SEE STATEMENT 2 | 19 | 1,582. | | | 19 | 1,582. |
| 20 Depreciation expense or depletion | 20 | 552. | | | 20 | 552. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 2,134. | | | | |
| 22 Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see Instructions to find out if you must file Form 6198 | 22 | -281. | | | | |
| 23 Deductible rental loss. **Caution:** *Your rental loss on line 22 may be limited. See Instructions to find out if you must file* Form 8582 | 23 | 281. | | | | |

| | Line | Amount |
|---|---|---|
| 24 **Income.** Add rental and royalty income from line 22. Enter the total income here | 24 | |
| 25 **Losses.** Add royalty losses from line 22 and rental losses from line 23. Enter the total losses here | 25 | -281. |
| 26 Total rental and royalty income or (loss): Combine amounts on lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in the total on line 40 on page 2. | 26 | -281. |

COPY FOR YOUR FILE



0299

AS ORIGINALLY FILED

4

AS ORIGINALLY FILED

AS AMENDED

BUSH [redacted] 408 14100946 1560-64 10

Schedule E (Form 1040) 1990 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and social security number if shown on page 1.)
LYMAN F. & BEVERLY J. BUSH

Your social security number: 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

*Note: If you report amounts from farming or fishing on Schedule E, you must include your gross income from those activities on line 41 below.*

**Part II Income or Loss From Partnerships and S Corporations**

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 3 | P | | | X | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (Attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 12,418. | 12,418. | 474. | | 1,110. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| 28a Totals | | 12,418. | | | 1,110. |
| b Totals | 12,418. | | 474. | | |

29 Add amounts in columns (h) and (k) of line 28a. Enter the total income here . . . 29 13,528.

30 Add amounts in columns (g), (i), and (j) of line 28b. Enter the total here . . . . 30 -12,892.

31 Total partnership and S corporation income or (loss). Combine amounts on lines 29 and 30. Enter the result here and include in the total on line 40 below . . . 31 636.

COPY FOR YOUR FILE

**Part III Income or Loss From Estates and Trusts**

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (Attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

34 Add amounts in columns (d) and (f) of line 33a. Enter the total income here . . . 34

35 Add amounts in columns (c) and (e) of line 33b. Enter the total here . . . 35

36 Total estate and trust income or (loss). Combine amounts on lines 34 and 35. Enter the result here and include in the total on line 40 below . . . 36

**Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine amounts in columns (d) and (e) only. Enter the result here and include in the total on line 40 below 38

**Part V Summary**

39 Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) . . . 39

40 TOTAL income or (loss). Combine amounts on lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 . . . ▶ 40 355.

41 Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III, and on line 39 41

For Paperwork Reduction Act Notice, see Form 1040 Instructions. 5788 Schedule E (Form 1040) 1990

0300

5

AS ORIGINALLY FILED

AS AMENDED

[redacted] BUSH 408 1560-64 04100946

1990 FEDERAL INCOME TAX STATEMENTS PAGE 10

STATEMENT 3 - INCOME FROM PARTNERSHIPS (CONTINUED)

NAME AND ADDRESS OF PARTNERSHIP
(H) SUMMER LOVERS ASSOCIATES
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2615060

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | (X) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

PASSIVE INCOME (LOSS) - TRADE OR BUSINESS 12,418

TOTAL PARTNERSHIP INCOME (LOSS) 12,418

SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| BUSH AND WEAVER | | | | |
| TRADE/BUSINESS ACTIVITY | | | | 1,110 |
| TRADE/BUSINESS ACTIVITY | 323 | | | |
| RENTAL REAL ESTATE | 114 | | | |
| CINEMA '84 REGISTRATION NO. 84272000294 | | | | |
| RENTAL REAL ESTATE | 626 | | | |
| FAWCETT PLAZA ONE | | | | |
| RENTAL REAL ESTATE | 3,027 | | | |
| HAMPTONS II: GRACE ESTATES LIMITED | | | | |
| TRADE/BUSINESS ACTIVITY | 8,317 | | | |
| LONE WOLF MCQUADE ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | 11 | | | |
| ML-LEE ACQUISITION FUND, L.P. | | | | |
| PUGET SOUND INVESTORS II | | | | |
| RENTAL REAL ESTATE | | | 474** | |
| SUMMER LOVERS ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | | 12,418 | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 12,418 | 12,418 | 474 | 1,110 |

**DISPOSITION OF AN ENTIRE INTEREST IN PASSIVE ACT. RESULTS IN NET LOSS

Already Deducted on 1040 and Reversed

Amount Removed.

COPY FOR YOUR FILE

0301 6.

STATEMENT 3 (CONTINUED)

AS ORIGINALLY FILED

[redacted] BUSH 408 1560-64 04100946

1990 FEDERAL INCOME TAX STATEMENTS PAGE 5

STATEMENT 3 - INCOME FROM PARTNERSHIPS (CONTINUED)

SUMMARY OF INCOME AND K-1 INFORMATION FOR THIS PARTNERSHIP

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| TRADE/BUSINESS ACTIVITY MRI BUSINESS PROPERTIES FUND LTD. | | | | 1,110 |
| TRADE/BUSINESS ACTIVITY MRI BUSINESS PROPERTIES FUND LTD. | 323 | | | |
| RENTAL REAL ESTATE | 114 | | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 437 | | | 1,110 |

OTHER K-1 INFORMATION
PASSIVE LOSS CARRYOVER FOR ALT MIN 1,508
INTEREST 36
TAX PREFERENCE ITEMS
DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY 43
INVESTMENT INTEREST EXPENSE
INVESTMENT INCOME 36

COPY FOR YOUR FILE

NAME AND ADDRESS OF PARTNERSHIP
(H) CINEMA '84 REGISTRATION NO. 842720000294
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2678807

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | ( ) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | (X) |
| ACTIVITY STARTED OR ACQUIRED AFTER 10/22/86. | | |

INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY 1,459

TOTAL PARTNERSHIP INCOME (LOSS) 1,459 ← Income Removed to Extent of At Risk Loss Carryover

GAIN(LOSS) BEFORE LIMITATION 1,459
LESS SUSPENDED LOSS CARRYOVER 4,540
PLUS DISALLOWED LOSS FROM FORM 8582 2,455

PASSIVE INCOME (LOSS) (FROM FORM 8582) -626
OTHER K-1 INFORMATION
PASSIVE LOSS CARRYOVER FOR ALT MIN 4,715

0302



7

AS AMENDED

Form **3800**

Department of the Treasury
Internal Revenue Service

# General Business Credit

▶ Attach to your tax return.
▶ See separate instructions.

OMB No. 1545-0895
**1990**
Attachment Sequence No. 22

Name(s) as shown on return | Identifying number

**Part I Tentative Credit**

| | | | |
|---|---|---|---|
| 1 | Current year investment credit (Form 3468, Part I) | 1 | 1,387 |
| 2 | Current year jobs credit (Form 5884, Part I) | 2 | |
| 3 | Current year credit for alcohol used as fuel (Form 6478) | 3 | |
| 4 | Current year credit for increasing research activities (Form 6765, Part III) | 4 | |
| 5 | Current year low-income housing credit (Form 8586, Part I) | 5 | |
| 6 | Current year disabled access credit (Form 8826, Part I) | 6 | |
| 7 | **Current year general business credit**—Add lines 1 through 6 | 7 | 1,387 |
| 8 | Passive activity credits included on lines 1 through 6 (see Instructions) | 8 | |
| 9 | Subtract line 8 from line 7 | 9 | 1,387 |
| 10 | Passive activity credits allowed in 1990 (see Instructions) | 10 | |
| 11 | Carryforward of general business credit, WIN credit or ESOP credit to 1990 (see Instructions) | 11 | |
| 12 | Carryback of general business credit to 1990 | 12 | |
| 13 | Tentative general business credit—Add lines 9 through 12 | 13 | 1,387 |

**Part II General Business Credit Limitation Based on Amount of Tax**

| | | | |
|---|---|---|---|
| 14a | Individuals—Enter amount from Form 1040, line 40 | | |
| b | Corporations—Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) | 14 | 18,038 |
| c | Other filers—Enter regular tax before credits from your return | | |
| 15 | Credits that reduce regular tax before the general business credit— | | |
| a | Credit for child and dependent care expense (Form 2441) | 15a | |
| b | Credit for the elderly or the disabled (Schedule R, Form 1040) | 15b | |
| c | Foreign tax credit (Form 1116 or Form 1118) | 15c | |
| d | Possessions tax credit (Form 5735) | 15d | |
| e | Mortgage interest credit (Form 8396) | 15e | |
| f | Credit for fuel from a nonconventional source | 15f | |
| g | Orphan drug credit (Form 6765) | 15g | |
| h | Total credits that reduce regular tax before the general business credit. Add lines 15a through 15g and enter here | 15h | – |
| 16 | Net regular tax—Subtract line 15h from line 14 | 16 | 18,038 |
| 17 | Tentative minimum tax: | | |
| a | Individuals—Enter amount from Form 6251, line 17 | | |
| b | Corporations—Enter amount from Form 4626, line 13 | 17 | 15,509 |
| c | Estates and Trusts—Enter amount from Form 8656, line 37 | | |
| 18 | Net income tax: | | |
| a | Individuals—Add line 16 above and line 19 of Form 6251. Enter the total 18038 | | |
| b | Corporations—Add line 16 above and line 15 of Form 4626. Enter the total | 18 | 18,038 |
| c | Other filers—See Instructions | | |
| 19 | If line 16 is more than $25,000, enter 25% of the excess | 19 | – |
| 20 | Subtract line 17 or line 19, whichever is greater, from line 18. Enter the result. If less than zero, enter zero | 20 | 2,529 |
| 21 | **General business credit**—Enter the smaller of line 13 or line 20. Also enter this amount on Form 1040, line 44; Form 1120, Schedule J, line 4e; Form 1120-A, Part I, line 2a; or on the appropriate line of your return. (Individuals, estates, and trusts, see instructions if the credit for increasing research activities is claimed. C corporations, see instructions for Schedule A if the investment credit is claimed or if the corporation has undergone a post-1986 "ownership change.") | 21 | 1,387 |

**For Paperwork Reduction Act Notice, see page 1 of the separate instructions to this form.**



0303

8

AS ORIGINALLY FILED

AS AMENDED

BUSH 408- 4100946 1560-64 11

# Form 6251 Alternative Minimum Tax—Individuals

Department of the Treasury Internal Revenue Service

▶ Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656.

OMB No. 1545-0227 **1990** Attachment Sequence No. 32

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

| Line | Description | Box | Amount | Line | Total | As Amended |
|---|---|---|---|---|---|---|
| 1 | Taxable income from Form 1040, line 37. (If Form 1040, line 37 is zero, see instructions.) | | | 1 | 91,989. | 82,573 |
| 2 | Net operating loss deduction, if any, from Form 1040, line 22. (Enter as a positive amount.) | | | 2 | | |
| 3 | Combine lines 1 and 2. | | | 3 | 91,989. | |
| 4 | Adjustments: (See instructions before completing.) | | | | | |
| a | Standard deduction, if any, from Form 1040, line 34 | 4a | | | | |
| b | Personal exemption amount from Form 1040, line 35 | 4b | 4,100. | | | 4,100 |
| c | Medical and dental expenses | 4c | | | | |
| d | Miscellaneous itemized deductions from Schedule A (Form 1040), line 25 | 4d | 2,252. | | | 2,517 |
| e | Taxes from Schedule A (Form 1040), line 8 | 4e | 2,721. | | | 2,721 |
| f | Refund of taxes | 4f | | | | |
| g | Personal interest from Schedule A (Form 1040), line 12b | 4g | | | | |
| h | Other interest adjustments | 4h | | | | |
| i | Reserved | 4i | | | | |
| j | Depreciation of tangible property placed in service after 1986 | 4j | | | | |
| k | Circulation and research and experimental expenditures paid or incurred after 1986 | 4k | | | | |
| l | Mining exploration and development costs paid or incurred after 1986 | 4l | | | | |
| m | Long-term contracts entered into after 2/28/86 | 4m | | | | |
| n | Pollution control facilities placed in service after 1986 | 4n | | | | |
| o | Installment sales of certain property | 4o | | | | |
| p | Adjusted gain or loss | 4p | | | | |
| q | Certain loss limitations | 4q | | | | |
| r | Tax shelter farm loss | 4r | | | | |
| s | Passive activity loss | 4s | -16. | | | <16> |
| t | Beneficiaries of estates and trusts | 4t | | | | |
| u | Combine lines 4a through 4t | | | 4u | 9,057. | |
| 5 | Tax preference items: (See Instructions before completing.) | | | | | |
| a | Appreciated property charitable deduction | 5a | | | | |
| b | Tax-exempt interest from private activity bonds issued after 8/7/86 | 5b | | | | |
| c | Depletion | 5c | | | | |
| d | Accelerated depreciation of real property placed in service before 1987 | 5d | | | | |
| e | Accelerated depreciation of leased personal property placed in service before 1987 | 5e | | | | |
| f | Amortization of certified pollution control facilities placed in service before 1987 | 5f | | | | |
| g | Intangible drilling costs | 5g | | | | |
| h | Add lines 5a through 5g | | | 5h | | |
| 6 | Combine lines 3, 4u, and 5h. | | | 6 | 101,046. | |
| 7 | Alternative tax net operating loss deduction. (Do not enter more than 90% of line 6.) | | | 7 | | |
| 8 | Alternative minimum taxable income. Subtract line 7 from line 6. If married filing a separate return, see Instructions | | | 8 | 101,046. | |
| 9 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | | | 9 | 40,000. | |
| 10 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | | | 10 | 150,000. | |
| 11 | Subtract line 10 from line 8. If zero or less, enter -0- here and on line 12 and go to line 13 | | | 11 | 0. | |
| 12 | Multiply line 11 by 25% (.25) | | | 12 | 0. | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0-. If completing this form for a child under age 14, see Instructions for amount to enter. | | | 13 | 40,000. | <40,000> |
| 14 | Subtract line 13 from line 8. If zero or less, enter -0- here and on line19 and skip lines 15 through18 | | | 14 | 61,046. | 51,895 |
| 15 | Multiply line 14 by 21% (.21) | | | 15 | 12,820. | |
| 16 | Alternative minimum tax foreign tax credit | | | 16 | | |
| 17 | Tentative minimum tax. Subtract line 16 from line 15. | | | 17 | 12,820. | 10,898 |
| 18 | Enter your tax from Form 1040, line 38, minus any foreign tax credit on Form 1040, line 43. If an amount is entered on line 39 of Form 1040, see Instructions | | | 18 | 22,218. | 17,758 |
| 19 | Alternative minimum tax. Subtract line 18 from line 17. If zero or less, enter -0-. Enter this amount on Form 1040, line 49. If completing this form for a child under age 14, see Instructions for amount to enter | | | 19 | 0. | -0- |

COPY FOR YOUR FILE

For Paperwork Reduction Act Notice, see separate Instructions.

H788

Form 6251 (1990)

0304

9

Form **3468**

Department of the Treasury
Internal Revenue Service

# Investment Credit

▶ Attach to your return.
▶ See separate Instructions.

OMB No. 1545-0155
1990
Attachment Sequence No. 52

Name(s) as shown on return | Identifying number

**Part I** **Current Year Investment Credit**

**Note:** *Generally, you cannot claim the regular investment credit for property placed in service after December 31, 1985 (see Instructions).*

**A** If you are claiming credit under section 46(g) for "qualified withdrawals" with respect to "certain vessels" (see Instructions), check here ▶ ☐

| | | | |
|---|---|---|---|
| **1** Regular credit—Enter amount from Schedule A, line 4 | | 1 | 1,387 |
| **2** Qualified rehabilitation expenditures for transitional rehabilitation property and certain rehabilitation projects—Enter qualified investment and multiply by percentage shown: | | | |
| **a** 30-year-old buildings | × 10% | 2a | |
| **b** 40-year-old buildings | × 13% | 2b | |
| **c** Certified historic structures (attach NPS certificate) | × 25% | 2c | |
| Enter NPS number assigned or the flow-through entity's identifying number (see Instructions) | | | |
| **3** Qualified rehabilitation expenditures not includible in line 2 above: | | | |
| **a** Pre-1936 buildings | × 10% | 3a | |
| **b** Certified historic structures (attach NPS certificate) | × 20% | 3b | |
| Enter NPS number assigned or the flow-through entity's identifying number (see Instructions) | | | |
| **4** Credit from cooperatives—Enter unused regular investment credit from cooperatives | | 4 | |
| **5** Business energy investment credit—Enter amount from Schedule B, line 6 | | 5 | |
| **6** Current year investment credit—Add lines 1 through 5 | | 6 | 1,387 |

*See General Instruction B, "When To File Form 3800, General Business Credit."*

**Part II** **Current Year Investment Credit Tax Liability Limitation**

| | | | |
|---|---|---|---|
| **7a** Individuals—Enter amount from Form 1040, line 40 | | | |
| **b** Corporations—Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) | | 7 | 17,758 |
| **c** Other filers—Enter regular tax before credits from your return | | | |
| **8** Credits that reduce regular tax before the investment credit: | | | |
| **a** Credit for child and dependent care expenses (Form 2441) | 8a | | |
| **b** Credit for the elderly or the disabled (Schedule R, Form 1040) | 8b | | |
| **c** Foreign tax credit (Form 1116 or Form 1118) | 8c | | |
| **d** Possessions tax credit (Form 5735) | 8d | | |
| **e** Mortgage interest credit (Form 8396) | 8e | | |
| **f** Credit for fuel from a nonconventional source (see instructions) | 8f | | |
| **g** Orphan drug credit (Form 6765) | 8g | | |
| **h** Total credits that reduce regular tax before the investment credit. Add lines 8a through 8g | | 8h | |
| **9** Net regular tax—Subtract line 8h from line 7 | | 9 | 17,758 |
| **10** Tentative minimum tax: | | | |
| **a** Individuals—Enter amount from Form 6251, line 17 | | | |
| **b** Corporations—Enter amount from Form 4626, line 13 | | 10 | 10,898 |
| **c** Estates and Trusts—Enter amount from Form 8656, line 37 | | | |
| **11** Net income tax: | | | |
| **a** Individuals—Add line 9 above and line 19 of Form 6251. Enter the total | | | |
| **b** Corporations—Add line 9 above and line 15 of Form 4626. Enter the total | | 11 | 17,758 |
| **c** Other filers—See Instructions | | | |
| **12** If line 9 is more than $25,000, enter 25% of the excess (see Instructions) | | 12 | — |
| **13** Subtract line 10 or line 12, whichever is greater, from line 11. Enter the result. If less than zero, enter zero | | 13 | 6,860 |
| **14** Total allowed credit—Enter the smaller of line 6 or line 13. This is your **General Business Credit** for 1990. Enter here and on Form 1040, line 44; Form 1120, Schedule J, line 4e; Form 1120-A, Part I, line 2a; or on the corresponding line of other income tax returns | | 14 | 1,387 |

**For Paperwork Reduction Act Notice, see separate Instructions.** Form **3468** (1990)

AS AMENDED

0305

10

AS AMENDED

COST BASIS OF ITC PROPERTY TO EXTENT OF AT-RISK
CARRYOVER USED: Summer Lovers 12,418
Cinema '84 1,459 13,867

Form 3468 (1990) Page 2

## Schedule A—Current Year Regular Investment Credit

1 Enter on lines 1a through 1h your qualified investment in transition property (see Instructions).

| Type of Property | Line | (1) Class of Recovery Property or Useful Life of Nonrecovery Property | (2) Basis or Cost | (3) Applicable Percentage | (4) Qualified Investment (column 2 x column 3) |
|---|---|---|---|---|---|
| New Recovery | a | 20-year or more | | 100 | |
| | b | Other | 13,867 | 10% | 1,387 |
| Used Recovery | c | 20-year or more | | 100 | |
| | d | Other | | | |
| New Nonrecovery | e | 20-year or more | | 100 | |
| | f | Other | | | |
| Used Nonrecovery | g | 20-year or more | | 100 | |
| | h | Other | | | |

| | | |
|---|---|---|
| 2 Transition property—Enter qualified investment (from lines 1a through 1h, column (4)) and multiply by percentage shown . . ________ x 6.5% | 2 | |
| 3 Qualified timber property—Enter qualified investment (see Instructions for limitations) and multiply by percentage shown . ________ x 10% | 3 | |
| 4 Current year regular investment credit. Add lines 2 and 3. Enter here and on line 1 of page 1 . . . | 4 | 1,387 |

## Schedule B—Business Energy Investment Credit

1 Enter on lines 1a through 1e your qualified investment in business energy property.

| Type of Property | Line | (1) Class of Property or Life Years | (2) Code | (3) Basis | (4) Applicable Percentage | (5) Qualified Investment (column 3 x column 4) |
|---|---|---|---|---|---|---|
| Recovery | a | 3-year | | | 60 | |
| | b | Other | | | 100 | |
| Nonrecovery | c | 3 or more/less than 5 | | | 33⅓ | |
| | d | 5 or more/less than 7 | | | 66⅔ | |
| | e | 7 or more | | | 100 | |

| | | |
|---|---|---|
| 2 Total qualified investment—Add lines 1a through 1e, column (5) . . . . . . . . . . . | 2 | |

3 Enter in column (1) the portion of the line 2 amount attributable to the following types of property:

| | Line | (1) Qualified Investment | (2) Credit Percentage | (3) Investment Credit (column 1 x column 2) |
|---|---|---|---|---|
| a Solar energy property (see Instructions) . . . . . | a | | 10 | |
| b Geothermal property (see Instructions) . . . . . | b | | 10 | |
| c Ocean thermal property (see Instructions) . . . . | c | | 15 | |

| | | |
|---|---|---|
| d Current year credit for investment in business energy property. Add lines 3a through 3c, column (3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3d | |
| 4 Certain other property. (See Instructions.) Enter qualified investment and multiply by percentage shown: | | |
| a Certain long-term section 46(b)(2)(C) projects under way before 1983 . . . . . . . . . . . . . . . . . . . . ________ x 6.5% | 4a | |
| b Hydroelectric generating property placed in service before 1989 (if an application has been docketed with the Federal Energy Regulatory Commission by 12-31-85). . . . . . . . . ________ x 7.15% | 4b | |
| 5 Cooperative credit—Enter unused business energy investment credit from cooperatives. . . . | 5 | |
| 6 Tentative business energy investment credit—Add lines 3d through 5. Enter here and on line 5 of page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |

0306

11

Lyman F. and Beverly J. Bush
Form 1040X, Amended U. S. Individual Income Tax Return
SSN [redacted]

Statement of ITC from Cinema '84

| | |
|---|---|
| §38 Basis in ITC Property from Form 3468, 1984 | 82,606 |

Amounts ITC Basis Used (or that could have been used) in Prior Years

| | |
|---|---|
| 1984, ITC Basis used up to Initial Investment at-risk based on original capital contributed on closing agreement | (50,000) |
| 1988, ITC Basis used up to At-Risk carryover used against net income | (2,338) |
| Total Amount of ITC Basis Available for Succeeding Years | 30,268 |

Lyman F. and Beverly J. Bush
Form 1040X, Amended U. S. Individual Income Tax Return
SSN [redacted]

Statement of ITC from Summer Lovers

| | |
|---|---|
| §38 Basis in ITC Property from Form 3468, 1982 | 90,042 |

Amounts ITC Basis Used (or that could have been used) in Prior Years

| | |
|---|---|
| 1982, ITC Basis used up to Initial Investment at-risk based on original capital contributed on closing agreement | (50,000) |
| 1986, ITC Basis that could have been used, up to At-Risk carryover used against net income | (129) |
| 1987, ITC Basis that could have been used, up to At-Risk carryover used against net income | (125) |
| Total Amount of ITC Basis Available for Succeeding Years | 39,788 |

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
[redacted] 199012 30 000 1
00751

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

EXTRA
COPY

CERTIFIED MAIL

Taxpayer Identification Number: [redacted]
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 5,847.00

Date Claim(s) Received: Dec. 28, 1999
Tax Period(s): Dec. 31, 1990

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Since the losses from Summer Lovers were not disallowed in previous years, the income is not available for "at risk" carryover. The amounts were never limited. Since there is no investment tax credit available in 1990 from any of the partnerships, the credit has not been allowed. You will receive a separate notice explaining the adjustments to Cinema 84.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

EXHIBIT "C"

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties

Bush 503303721

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶** 1991 **, OR fiscal year ended ▶** , 19

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. | BUSH | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BEVERLY J. | BUSH | [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

**A** If the name or address shown above is different from that shown on the original return, check here ▶ [X]

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? [X] Yes [ ] No

**C** Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 32,369 | (21,090) | 11,279 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 14,877 | 422 | 15,299 |
| 3 Subtract line 2 from line 1 | 3 | 17,492 | (21,512) | (4,020) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,300 | 0 | 4,300 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 13,192 | (21,512) | (8,320) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 1,976 | (1,976) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,976 | (1,976) | 0 |
| 9 Other taxes (see page 4) | 9 | 1,101 | 0 | 1,101 |
| 10 Total tax. Add lines 8 and 9 | 10 | 3,077 | (1,976) | 1,101 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 7,296 | 0 | 7,296 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 10,060 | 0 | 10,060 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 17,356 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS 952 13,327 | 19 | | | 14,279 |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | | | 3,077 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 1,976 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 1,976 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Lyman F. Bush 11-24-99 — Your signature — Date

Lyman F. Bush Personal Representative of the Estate of Beverly J Bush, deceased 11-24-99 — Spouse's signature. If a joint return, BOTH must sign. — Date

**Paid Preparer's Use Only**

Preparer's signature: B A Thompson CPA — Date: 11/23/99 — Check if self-employed [X] — Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address: Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas — EIN — ZIP code 77450

***** or such greater amount as is legally refundable, plus interest.***

ISA STF FED3171F.1 — Form **1040X** (Rev. 11-98)

EXHIBIT "D"