Form 1040X (Rev. 11-98) Bush [redacted]

Page **2**

**Part I** **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 25 | | | |
| 26 Your dependent children who lived with you . . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . . . . . . . . . . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
- lived with you . . . . . . . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . . . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

***** *PLEASE SEE EXPLANATION ATTACHED* *****

| | | | |
|---|---|---|---|
| Summary of Changes to Adjusted Gross Income: | | | |
| First Form 1040X filed - Adjusted Taxable Income | | | $ 32,369 |
| Less: Income Offset by At-risk Carryforward | (14,747) | Summer Lovers Assoc | |
| Income Offset by At-risk Carryforward | ( 1,272) | Cinema '84 Pg 6 | |
| Loss Included in First Form 1040X, Page 5 | 269 | " " | |
| Taxable Social Security Income limited by AGI % Limt | ( 5,340) | | |
| Net Adjustments to Adjusted Gross Income | ---------- | | (21,090) |
| | | | ------------ |
| Adjusted Taxable Income, this Second Form 1040X | | | $ 11,279 |

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . . ▶ ☐

STF FED3171F.2

0311

Form **2848** (Rev. December 1997) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Lyman F. and Beverly J. Bush<br>1217 122nd Street Court East<br>Tacoma, WA 98445 | [redacted]<br>[redacted] | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991,1992, 1993, 1994 and 1995. |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here LFB and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

For Paperwork Reduction and Privacy Act Notice, see the separate instructions.

Form 2848 (Rev. 12-97)

ISA
STF FED4676F.1

Form 2848 (Rev. 12-97) Page 2

**Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Lyman F. Bush — 9-30-99
Signature — Date — Title (if applicable)

Lyman F. Bush
Print Name

Lyman F. Bush — 9-30-99 — EXECUTOR OF THE ESTATE OF BEVERLY J. BUSH
Signature — Date — Title (if applicable)

LYMAN F. BUSH
Print Name

**Part II Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | Thomas E. Redding (signed) Thomas E. Redding | 10/1/99 |
| A | Texas | Sallie W. Gladney (signed) Sallie W. Gladney | 10-1-99 |
| | | | |

STF FED1675F.2

**LYMAN F. BUSH and BEVERLY J. BUSH**
**(SSN [redacted] and SSN [redacted])**
**EXPLANATION - 1991 REFUND CLAIM**

The taxpayer and the Commissioner entered into a Closing Agreement ("Agreement") regarding the taxpayers' partnership interest in Cinema 84 and Summer Lovers Associates, copies of which are attached hereto as Exhibit "A."

This refund claim is being filed and is timely based on Paragraph 15 of the Agreement which provides that "[a]ny refund claim attributable to the operation of this agreement ***shall*** be deemed to be timely filed and ***shall*** be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue."

Further, pursuant to Paragraph 15 of the Agreement, "[a]ny refund claim so submitted within 120 days of this agreement shall be allowed as an offset pursuant to I.R.C. §§6402(a) and 6601(f) against any tax deficiencies resulting from this agreement." Therefore, the refund due under this claim must be applied as an offset to the tax deficiencies arising from the settlement. The refund should be applied first to any deficiency determined for 1983 and thereafter any balance to any subsequent year deficiencies.

This refund claim results from application of the portion of the §465 suspended losses allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

This refund claim also results from application of the portion of the §465 suspended investment tax credits allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

Based upon the Agreement, the suspended losses and ITC allowable in this year as a consequence of Paragraph 8 of the Agreement are determined as follows:

| | Cinema 84 | Summer Lovers |
|---|---|---|
| Increase of amount at risk due to net partnership income | $1,272.00 | $14,747.00 |
| Allowable portion of losses previously suspended under §465 per Agreement | $<1,272.00> | $<14,747.00> |
| Portion of ITC suspended under §465 allowable due to increase in amount at risk | $127.00 | $1,475.00 |

***<u>Please process this claim immediately and apply the refund as an offset under §6402 as required above.</u>***

Exhibit:

A - Copy of Closing Agreement

Department of the Treasury - Internal Revenue Service

# Closing Agreement on Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush (SSN: [redacted]) and Beverly J. Bush (SSN: [redacted])
(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Cinema 84 (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1984 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1984 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1984 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1984 through 1989 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is 50,000.00.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1989, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

EXHIBIT "A"

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1984 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1984 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1987 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 et seq.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature Lyman F Bush Date Signed 6-25-99

Spouse's signature (if a joint return was filed) Beverly J. Bush BY Lyman F Bush SPOUSE OF DECEASED Date Signed 6-25-99

Taxpayer's Representative ______ Date Signed ______

Taxpayer (other than individual) ______

By ______ Date Signed ______

Title ______

Commissioner of Internal Revenue

By Philip J. Dolcarne Date Signed 8/2/99

Title Associate Chief

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

Bradford A. Johnson 7/22/99

(Receiving Officer) (Date)

Assistant District Counsel

(Title)

Department of the Treasury—Internal Revenue Service

Form 906
(Rev. January 1987)

# Closing Agreement On Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. and Beverly J. Bush, 1217 122nd Street, CT. E.,
(Taxpayer's name, address, and identifying number)

Tacoma, WA 98445 (hereinafter "taxpayers")
SSN: [redacted] and [redacted]

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS taxpayers are limited partners in the partnership known as Summer Lovers Associates.

WHEREAS taxpayers have claimed a deduction, in the amount of $55,287.00 for their distributive share of the loss claimed by Summer Lovers Associates for the taxable year ended December 31, 1982.

WHEREAS it is desirable for Federal income tax purposes to agree on certain matters pertaining to taxpayers partnership interest.

Now it is hereby determined and agreed for Federal income tax purposes:

1. That the taxpayers initial amount at risk is $50,000.00.

2. That the taxpayers are entitled to claim investment tax credit of $5,000.00 for 1982.

3. That the taxpayers are allowed to claim a loss from Summer Lovers Associates in 1982 in the amount of $50,000.00.

4. That any losses disallowed because they exceed the amount at risk will be carried forward in accordance with I.R.C. § 465.

5. To the extent the partnership earns net income after 1982, the at risk amount will be increased in accordance with I.R.C. § 465.

...under I.R.C. §§ 66[illegible] (a), 6661 or 6659.

7. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated transactions.

This agreement is final and conclusive except:

*(1)* the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

*(2)* it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and

*(3)* if it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature LYMAN F. BUSH Date Signed 3-25-94

Spouse's signature (if a joint return was filed) BEVERLY J. BUSH Date Signed 3-25-94

Taxpayer's representative Date Signed

Taxpayer (other than individual)

By Date Signed

Title

Commissioner of Internal Revenue

By Date Signed 8-18-94

Title Chief, Appeals

AS ORIGINALLY FILED

1st 1040X

AS AMENDED

2nd 1040X

B140 0575-34 004 03 04101755

CCE Form 1040 Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1991

For the year January-December 31, 1991, or other tax year beginning , 1991, ending , 19 OMB No. 1545-0074

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security no.: [redacted] |
| Home address (number and street). (If you have a P.O. box, see page 11.): 1217 122ND STREET COURT EAST | Apt. no. | For Privacy Act and Paperwork Reduction Act Notice, see instructions. |
| City, town or post office, state, and ZIP code. (If you have a foreign address, see page 11.): TACOMA WASHINGTON 98445-0000 | | |

BUSH

Presidential Election Campaign: Do you want $1 to go to this fund? X Yes No. If joint return, does your spouse want $1 to go to this fund? X Yes No. Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 12.)

**Exemptions** (See page 12.)

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.

b [X] Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1991 |
|---|---|---|---|---|
| | | | | |

No. of your children on 6c who: • lived with you; • didn't live with you due to divorce or separation (see page 14); No. of other dependents on 6c

If more than six dependents, see page 13.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]

e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income** (Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 10. Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.)

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) SEE STMT 1 | | 42,845. |
| 8a | Taxable interest income (also attach Schedule B if over $400) | | 9,535. |
| b | Tax-exempt interest income (see pg. 16). DON'T include on line 8a | 8b 12,652 | |
| 9 | Dividend income (also attach Schedule B if over $400) | | 6,770. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | | |
| 11 | Alimony received | | |
| 12 | Business income or (loss) (attach Schedule C) | | 7,790. |
| 13 | Capital gain or (loss) (attach Schedule D) | | 12,870. |
| 14 | Capital gain distributions not reported on line 13 (see page 16) | | |
| 15 | Other gains or (losses) (attach Form 4797) | | -25. |
| 16a | Total IRA distributions | 16a / 16b Taxable amount | |
| 17a | Total pensions and annuities | 17a / 17b Taxable amount STMT 10 | 3,783. |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | | 1,082. |
| 19 | Farm income or (loss) (attach Schedule F) | | |
| 20 | Unemployment compensation (insurance) (see page 18) | | |
| 21a | Social security benefits | 21a 10,679. / 21b Taxable amount | 5,340. |
| 22 | Other income (list type and amount) | | <56,126> |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income | | ~~89,990.~~ 33,864 |

COPY FOR YOUR FILE

NOL ON FIRST 1040X

Income OFFSET By Suspended CARRY OVER OF AT-RISK LOSSES <1,003> <14,747>

Social Security Not Taxed <5,340>

→ 33,864

**Adjustments to Income** (See page 19.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21 | 24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | 24b | |
| 25 | One-half of self-employment tax (see page 21) | 25 551. | |
| 26 | Self-employed health insurance deduction, from worksheet on pg. 22 | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 944. | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your total adjustments ▶ | | 1,495. |

<1,495>

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56 ▶ 31 ~~88,495.~~ 32,369

1040X #3 32,369

11,279

(ALL NOL USED IN '91)

11788 911810 10/24/91

0320

AS ORIGINALLY FILED

1st 1040X

2nd 1040X

AS AMENDED

BUSH
[redacted]

004 ^4101755 0575-34 04

Form 1040 (1991) Page 2

| | | | | | As amended |
|---|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | 32 | 88,495. | 11,279 |
| | 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | | |
| If you want the IRS to figure your tax, see page 24. | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | | 1st 1040X | |
| | 34 | Enter the larger of your: Itemized deductions (from Schedule A, line 26), OR Standard deduction (shown below for your filing status). Caution: *If you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero.* ● Single — $3,400 ● Head of household — $5,000 ● Married filing separately — $2,850 ● Married filing jointly or Qualifying widow(er) — $5,700 | 34 | ~~13,754.~~ 14,877 | <15,299> |
| | 35 | Subtract line 34 from line 32 | 35 | ~~74,741.~~ 17,492 | |
| | 36 | If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter | 36 | 4,300. | <4,300> |
| | 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 | ~~70,441.~~ 13,192 | -0- |
| | 38 | Enter tax. Check if from a ☐ Tax Table, b ☒ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e ) | 38 | ~~15,303.~~ 1,976 | |
| | 39 | Additional taxes (see page 24). Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | | |
| | 40 | Add lines 38 and 39 ▶ | 40 | ~~15,303.~~ 1,976 | -0- |
| **Credits** | 41 | Credit for child and dependent care expenses *(attach Form 2441)* 41 | | | |
| | 42 | Credit for the elderly or the disabled *(attach Schedule R)* 42 | | | |
| (See page 25.) | 43 | Foreign tax credit *(attach Form 1116)* 43 | | 1st 1040X | |
| | 44 | Other credits (see pg. 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) 44 | | | |
| | 45 | Add lines 41 through 44 | 45 | | |
| | 46 | Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) ▶ | 46 | ~~15,303.~~ 1976 | |
| **Other Taxes** | 47 | Self-employment tax *(attach Schedule SE)* | 47 | 1,101. | 1,101 |
| | 48 | Alternative minimum tax *(attach Form 6251)* | 48 | 0. | |
| | 49 | Recapture taxes (see page 26). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | | |
| | 50 | Social security and Medicare tax on tip income not reported to employer *(attach Form 4137)* | 50 | | |
| | 51 | Tax on an IRA or a qualified retirement plan *(attach Form 5329)* | 51 | | |
| | 52 | Advance earned income credit payments from Form W-2 | 52 | | |
| | 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 16,404 | 1,101 |
| **Payments** | 54 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☒) 54 | | 7,296. | |
| Attach Forms W-2, W-2G, and 1099-R to front. | 55 | 1991 estimated tax payments and amount applied from 1990 return 55 | | 10,060. | |
| | 56 | **Earned income credit** *(attach Schedule EIC)* 56 | | | |
| | 57 | Amount paid with Form 4868 (extension request) 57 | | | |
| | 58 | Excess social security, Medicare, and RRTA tax withheld (see page 27) 58 | | | |
| | 59 | Other payments (see page 27). Check if from a ☐ Form 2439 b ☐ Form 4136 59 | | | |
| | 60 | Add lines 54 through 59. These are your **total payments** ▶ | 60 | 17,356. | |
| **Refund or Amount You Owe** | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | 61 | 952. | |
| | 62 | Amount of line 61 to be **REFUNDED TO YOU** ▶ | 62 | | |
| | 63 | Amount of line 61 to be **APPLIED TO YOUR 1992 ESTIMATED TAX** ▶ 63 | | 952. | |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it. | 64 | | |
| | 65 | Estimated tax penalty (see page 28). Also include on line 64 65 | | | |

FOR YOUR FILE

**Sign Here** — Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

Your signature ▶ | Date | Your occupation: STRUCTURAL ENG.

Spouse's signature (If joint return, BOTH must sign) ▶ | Date | Spouse's occupation: TEACHER

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ BRINK & SADLER, C.P.A.'S
PO BOX 99190
TACOMA, WASHINGTON

E.I. No. 91-0861130
ZIP code 98499-0190

H788

911812 10.24.91

0321

AS ORIGINALLY FILED

1st 1040X

5-27-1995 5:21AM FROM P.9

AS AMENDED

2nd 1040X

29
BUSH

COPY ONLY DO NOT PROCESS 004 4101756 0575-34 07

SCHEDULES A&B (Form 1040)

Department of the Treasury Internal Revenue Service

## Schedule A – Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074 1991 Attachment Sequence No. 07

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total | As Amended |
|---|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | | |
| | 1 | Medical and dental expenses. (See page 38.) | 1 | 359. | | | |
| | 2 | Enter amount from Form 1040, line 32 [2] ~~88,495~~ 11,279 | | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | ~~6,637.~~ 846 | | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ▶ | | | 4 | 0. | 0 |
| Taxes You Paid (See page 38.) | 5 | State and local income taxes | 5 | | | | |
| | 6 | Real estate taxes | 6 | 2,372. | | | |
| | 7 | Other taxes. (List - include personal property taxes.) ▶ PERSONAL PROPERTY | 7 | 546. | | | |
| | 8 | Add lines 5 through 7. Enter the total ▶ | | | 8 | 2,918. | 2,918 |
| Interest You Paid (See page 39.) | 9a | Home mortgage interest and points reported to you on Form 1098 | 9a | 403. | | | |
| | b | Home mortgage interest not reported to you on Form 1098. (If paid to an individual, show that person's name and address.) ▶ | 9b | | | | |
| Note: Personal interest is no longer deductible. | 10 | Points not reported to you on Form 1098. (See instructions for special rules.) | 10 | | | | |
| | 11 | Investment interest (attach Form 4952 if required). (See page 40.) | 11 | 444. | | | |
| | 12 | Add lines 9a through 11. Enter the total ▶ | | | 12 | 847. | 847 |
| Gifts to Charity (See page 40.) | | Caution: *If you made a charitable contribution and received a benefit in return, see page 40.* | | | | | |
| | 13 | Contributions by cash or check | 13 | 2,119. | | | |
| | 14 | Other than cash or check. (You MUST attach Form 8283 if over $500.) STMT 12 | 14 | 1,256. | | | |
| | 15 | Carryover from prior year | 15 | | | | |
| | 16 | Add lines 13 through 15. Enter the total ▶ | | | 16 | 3,375. | 3,375 |
| Casualty and Theft Losses | 17 | Casualty or theft loss(es) (attach Form 4684). (See page 40.) ▶ | | | 17 | | |
| Moving Expenses | 18 | Moving expenses (attach Form 3903 or 3903F). (See page 41.) ▶ | | | 18 | | |
| Job Expenses and Most Other Miscellaneous Deductions | 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See instructions.) ▶ SEE STMT 14 | 19 | | | | |
| | 20 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ SEE STATEMENT 13 | 20 | 8,384. | | | |
| (See page 41 for expenses to deduct here.) | 21 | Add lines 19 and 20 | 21 | 8,384. | | | |
| | 22 | Enter amount from Form 1040, line 32 [22] ~~33,369~~ 11,279 | | | | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | ~~647~~ 225 | | | |
| | 24 | Subtract line 23 from line 21. Enter the result. If less than zero, enter -0- ▶ | | | 24 | ~~7737~~ | 8,159 |
| Other Miscellaneous Deductions | 25 | Other (from list on page 41 of instructions). List type and amount ▶ | | | 25 | | |
| Total Itemized Deductions | 26 | • If the amount on Form 1040, line 32, is $100,000 or less ($50,000 or less if married filing separately), add lines 4, 8, 12, 16, 17, 18, 24, and 25. Enter the total here. • If the amount on Form 1040, line 32, is more than $100,000 (more than $50,000 if married filing separately), see page 42 for the amount to enter. ▶ | | | 26 | 14,877 | 15,299 |

Caution: *Be sure to enter on Form 1040, line 34, the* LARGER *of the amount on line 26 above or your standard deduction.*

For Paperwork Reduction Act Notice, see Form 1040 instructions.

H788

Schedule A (Form 1040) 1991

0322

3

AS ORIGINALLY FILED

[redacted]

Schedule E (Form 1040) 1991 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and social security number if shown on page 1.)

LYMAN F. & BEVERLY J. BUSH

Your social security number: 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

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.*

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 5 | P | | | X | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 15,467. | 14,747. | | | 1,057. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| 28a Totals | | 14,747. | | | 1,057. |
| b Totals | 15,467. | | | | |

COPY FOR YOUR FILE

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a. Enter the total income here | 29 | 15,804. |
| 30 | Add columns (g), (i), and (j) of line 28b. Enter the total here | 30 | -15,467. |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 337. |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a. Enter the total income here | 34 | |
| 35 | Add columns (c) and (e) of line 33b. Enter the total here | 35 | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)-Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 1,082. |
| 41 | Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III and on line 39 | 41 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions H788 Schedule E (Form 1040) 1991

0323

511862 05 15 91

4

AS ORIGINALLY FILED

[redacted] BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 10

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

| | PASSIVE ACTIVITIES (LOSS) | INCOME | NONPASSIVE ACTIVITIES (LOSS) | INCOME |
|---|---|---|---|---|
| CINEMA '84 REGISTRATION NO. 842720000294 | | | | |
| RENTAL REAL ESTATE | 269 | | | |
| FAWCETT PLAZA ONE | | | | |
| RENTAL REAL ESTATE | 3,493 | | | |
| HAMPTONS II: GRACE ESTATES LIMITED | | | | |
| TRADE/BUSINESS ACTIVITY | 11,114 | | | |
| LONE WOLF MCQUADE ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | 23 | | | |
| ML-LEE ACQUISITION FUND, L.P. | | | | |
| SUMMER LOVERS ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | | 14,747 | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 15,467 | 14,747 | | 1,057 |

* Loss left in retur

| | |
|---|---|
| OTHER K-1 INFORMATION | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | 50,638 |
| INTEREST | 1,532 |
| DIVIDENDS | 63 |
| SHORT-TERM CAPITAL GAIN OR LOSS | -35 |
| LONG-TERM CAPITAL GAIN OR LOSS | -1,047 |
| OTHER SECTION 1231 GAIN OR LOSS | -108 |
| DEDUCTIONS | |
| DEDUCTIONS RELATED TO PORTFOLIO INCOME | 419 |
| TAX PREFERENCE ITEMS | |
| DEPRECIATION ADJUSTMENT - POST 86 | 756 |
| INVESTMENT INTEREST EXPENSE | |
| INVESTMENT INTEREST - NONBUSINESS | 444 |
| INVESTMENT INCOME | 1,595 |
| INVESTMENT EXPENSES | 419 |

COPY FOR YOUR FILE

0324



5

AS ORIGINALLY FILED

[redacted] BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 6

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

SUMMARY OF INCOME AND K-1 INFORMATION FOR THIS PARTNERSHIP

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| TRADE/BUSINESS ACTIVITY | | | | 1,057 |
| MRI BUSINESS PROPERTIES FUND LTD. TRADE/BUSINESS ACTIVITY | 422 | | | |
| MRI BUSINESS PROPERTIES FUND LTD. RENTAL REAL ESTATE | 146 | | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 568 | | | 1,057 |

| | |
|---|---|
| OTHER K-1 INFORMATION | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | 2,035 |
| INTEREST | 11 |
| OTHER SECTION 1231 GAIN OR LOSS | -108 |
| TAX PREFERENCE ITEMS | |
| DEPRECIATION ADJUSTMENT - POST 86 | 37 |
| INVESTMENT INTEREST EXPENSE | |
| INVESTMENT INCOME | 11 |

NAME AND ADDRESS OF PARTNERSHIP
(H) CINEMA '84 REGISTRATION NO. 842720000294
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2678807

COPY YOUR FILE

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | ( ) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | (X) |

| | | |
|---|---|---|
| INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY | 1,272 | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | 1,272 |
| GAIN(LOSS) BEFORE LIMITATION | 1,272 | |
| LESS SUSPENDED LOSS CARRYOVER | 2,455 | |
| PLUS DISALLOWED LOSS FROM FORM 8582 | 914 | |
| PASSIVE INCOME (LOSS) (FROM FORM 8582) | | -269 |
| OTHER K-1 INFORMATION | | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | 2,615 | |

INCOME OFFSET BY AT-RISK CARRY FORWARD LOSS

0325

AS ORIGINALLY FILED

[redacted] BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 9

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

| | | |
|---|---|---|
| NAME AND ADDRESS OF PARTNERSHIP | | |
| (J) ML-LEE ACQUISITION FUND, L.P. | | |
| 75 STATE STREET | | |
| BOSTON, MA 02109-0000 | | |
| FED EMP I.D. NUMBER 13-3426817 | | |
| OTHER K-1 INFORMATION | | |
| INTEREST | 1,486 | |
| DIVIDENDS | 63 | |
| SHORT-TERM CAPITAL GAIN OR LOSS | -35 | |
| LONG-TERM CAPITAL GAIN OR LOSS | -1,047 | |
| DEDUCTIONS RELATED TO PORTFOLIO INCOME | 419 | |
| INVESTMENT INTEREST EXPENSE | | |
| INVESTMENT INTEREST - NONBUSINESS | 444 | |
| DEDUCTIBLE NONBUSINESS INVESTMENT INTEREST | 444 | |
| INVESTMENT INCOME | 1,549 | |
| INVESTMENT EXPENSES | 419 | |

COPY FOR YOUR FILE

NAME AND ADDRESS OF PARTNERSHIP
(H) SUMMER LOVERS ASSOCIATES
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2615060

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | (X) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

| | | |
|---|---|---|
| PASSIVE INCOME (LOSS) - TRADE OR BUSINESS | 14,747 | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | 14,747 |

Income OFFSET By AT-RISK Carryfwd Loss

SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| BUSH AND WEAVER | | | | |
| TRADE/BUSINESS ACTIVITY | | | | 1,057 |
| TRADE/BUSINESS ACTIVITY | 422 | | | |
| RENTAL REAL ESTATE | 146 | | | |

0326



7

AS ORIGINALLY FILED

1st 1040X

AS AMENDED

2nd 1040X

# Form 6251 Alternative Minimum Tax–Individuals

Department of the Treasury Internal Revenue Service

▶ Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656.

OMB No. 1545-0227

1991

Attachment Sequence No. 32

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

| Line | Description | Box | Amount | Box | Amount | As Amended |
|---|---|---|---|---|---|---|
| 1 | Enter the amount from Form 1040, line 35. (If less than 0, enter as a negative) | | | 1 | 74,741. | <4,020> |
| 2 | Net operating loss deduction, if any, from Form 1040, line 22. (Enter as a positive amount) | | | 2 | | |
| 3 | Overall itemized deductions limitation | | | 3 | | |
| 4 | Combine lines 1, 2, and 3 | | | 4 | 74,741. | |
| 5 | **Adjustments:** (See instructions before completing.) | | | | | |
| a | Standard deduction, if any, from Form 1040, line 34 | 5a | | | | |
| b | Medical and dental expenses | 5b | | | | |
| c | Miscellaneous itemized deductions from Schedule A (Form 1040), line 24 | 5c | 6,614. | | | 8,159 |
| d | Taxes from Schedule A (Form 1040), line 8 | 5d | 2,918. | | | 3,918 |
| e | Refund of taxes | 5e | | | | |
| f | Certain home mortgage interest | 5f | | | | |
| g | Investment interest expense | 5g | | | | |
| h | Depreciation of tangible property placed in service after 1986 | 5h | | | | |
| i | Circulation and research and experimental expenditures paid or incurred after 1986 | 5i | | | | |
| j | Mining exploration and development costs paid or incurred after 1986 | 5j | | | | |
| k | Long-term contracts entered into after 2/28/86 | 5k | | | | |
| l | Pollution control facilities placed in service after 1986 | 5l | | | | |
| m | Installment sales of certain property | 5m | | | | |
| n | Adjusted gain or loss and incentive stock options | 5n | | | | |
| o | Certain loss limitations | 5o | | | | |
| p | Tax shelter farm loss | 5p | | | | |
| q | Passive activity loss | 5q | | | | |
| r | Beneficiaries of estates and trusts | 5r | | | | |
| s | Combine lines 5a through 5r | | | 5s | 9,532. | |
| 6 | **Tax preference items:** (See instructions before completing.) | | | | | |
| a | Appreciated property charitable deduction | 6a | | | | |
| b | Tax-exempt interest from private activity bonds issued after 8/7/86 | 6b | | | | |
| c | Depletion | 6c | | | | |
| d | Accelerated depreciation of real property placed in service before 1987 | 6d | | | | |
| e | Accelerated depreciation of leased personal property placed in service before 1987 | 6e | | | | |
| f | Amortization of certified pollution control facilities placed in service before 1987 | 6f | | | | |
| g | Intangible drilling costs | 6g | | | | |
| h | Add lines 6a through 6g | | | 6h | | |
| 7 | Combine lines 4, 5s, and 6h | | | 7 | 84,273. | |
| 8 | Energy preference adjustment for certain taxpayers. (Do not enter more than 40% of line 7.) | | | 8 | | |
| 9 | Subtract line 8 from line 7 | | | 9 | 84,273. | |
| 10 | Alternative tax net operating loss deduction. See instructions for limitations | | | 10 | | |
| 11 | Alternative minimum taxable income. Subtract line 10 from line 9. If married filing separately, see instructions | | | 11 | 84,273. | |
| 12 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | | | 12 | 40,000. | |
| 13 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | | | 13 | 150,000. | |
| 14 | Subtract line 13 from line 11. If zero or less, enter -0- here and on line 15 and go to line 16 | | | 14 | 0. | |
| 15 | Multiply line 14 by 25% (.25) | | | 15 | 0. | |
| 16 | **Exemption.** Subtract line 15 from line 12 | | | 16 | 40,000. | <40,000> |
| 17 | Subtract line 16 from line 11. If zero or less, enter -0- here and on line 22 and skip lines 18 through 21 | | | 17 | 44,273. | -0- |
| 18 | Multiply line 17 by 24% (.24) | | | 18 | 10,626. | |
| 19 | Alternative minimum tax foreign tax credit | | | 19 | | -0- |
| 20 | Tentative minimum tax. Subtract line 19 from line 18 | | | 20 | 10,626. | |
| 21 | Enter your tax from Form 1040, line 38, minus any foreign tax credit on Form 1040, line 43. If an amount is entered on line 39 of Form 1040, see instructions | | | 21 | 15,303. | -0- |
| 22 | **Alternative minimum tax.** Subtract line 21 from line 20 | | | 22 | 0. | -0- |

COPY FOR FILE

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **6251** (1991)

H788

91LX86 12/12/91

0327

8

AS AMENDED

2nd 1040X

Form **3468**

Department of the Treasury
Internal Revenue Service

# Investment Credit

▶ Attach to your return.

▶ See separate Instructions.

OMB No. 1545-0155

**1990** 1

Attachment Sequence No. 52

Name(s) as shown on return | Identifying number

## Part I Current Year Investment Credit

**Note:** *Generally, you cannot claim the regular investment credit for property placed in service after December 31, 1985 (see Instructions).*

**A** If you are claiming credit under section 46(g) for "qualified withdrawals" with respect to "certain vessels" (see Instructions), check here ▶ ☐

| | | | | |
|---|---|---|---|---|
| 1 | Regular credit—Enter amount from Schedule A, line 4 | | 1 | 1,602 |
| 2 | Qualified rehabilitation expenditures for transitional rehabilitation property and certain rehabilitation projects—Enter qualified investment and multiply by percentage shown: | | | |
| a | 30-year-old buildings | × 10% | 2a | |
| b | 40-year-old buildings | × 13% | 2b | |
| c | Certified historic structures (attach NPS certificate) | × 25% | 2c | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see Instructions) | | | |
| 3 | Qualified rehabilitation expenditures not includible in line 2 above: | | | |
| a | Pre-1936 buildings | × 10% | 3a | |
| b | Certified historic structures (attach NPS certificate) | × 20% | 3b | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see Instructions) | | | |
| 4 | Credit from cooperatives—Enter unused regular investment credit from cooperatives | | 4 | |
| 5 | Business energy investment credit—Enter amount from Schedule B, line 6 | | 5 | |
| 6 | Current year investment credit—Add lines 1 through 5 | | 6 | 1,602 |

*See General Instruction B, "When To File Form 3800, General Business Credit."*

## Part II Current Year Investment Credit Tax Liability Limitation

| | | | | | |
|---|---|---|---|---|---|
| 7a | Individuals—Enter amount from Form 1040, line 40 | | | 7 | -0- |
| b | Corporations—Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) | | | | |
| c | Other filers—Enter regular tax before credits from your return | | | | |
| 8 | Credits that reduce regular tax before the investment credit: | | | | |
| a | Credit for child and dependent care expenses (Form 2441) | 8a | | | |
| b | Credit for the elderly or the disabled (Schedule R, Form 1040) | 8b | | | |
| c | Foreign tax credit (Form 1116 or Form 1118) | 8c | | | |
| d | Possessions tax credit (Form 5735) | 8d | | | |
| e | Mortgage interest credit (Form 8396) | 8e | | | |
| f | Credit for fuel from a nonconventional source (see instructions) | 8f | | | |
| g | Orphan drug credit (Form 6765) | 8g | | | |
| h | Total credits that reduce regular tax before the investment credit. Add lines 8a through 8g | | | 8h | - |
| 9 | Net regular tax—Subtract line 8h from line 7 | | | 9 | -0- |
| 10 | Tentative minimum tax: | | | | |
| a | Individuals—Enter amount from Form 6251, line 17 | | | 10 | -0- |
| b | Corporations—Enter amount from Form 4626, line 13 | | | | |
| c | Estates and Trusts—Enter amount from Form 8656, line 37 | | | | |
| 11 | Net income tax: | | | | |
| a | Individuals—Add line 9 above and line 19 of Form 6251. Enter the total | | | 11 | -0- |
| b | Corporations—Add line 9 above and line 15 of Form 4626. Enter the total | | | | |
| c | Other filers—See Instructions | | | | |
| 12 | If line 9 is more than $25,000, enter 25% of the excess (see Instructions) | | | 12 | — |
| 13 | Subtract line 10 or line 12, whichever is greater, from line 11. Enter the result. If less than zero, enter zero | | | 13 | -0- |
| 14 | Total allowed credit—Enter the smaller of line 6 or line 13. This is your General Business Credit for 1990. Enter here and on Form 1040, line 44; Form 1120, Schedule J, line 4e; Form 1120-A, Part I, line 2a; or on the corresponding line of other income tax returns | | | 14 | -0- |

For Paperwork Reduction Act Notice, see separate Instructions.

Form **3468** (1990)

**0328**

9

AS AMENDED

Amount of ITC Basis, equal to Net income up to Carryover of At Risk Losses

| | |
|---|---|
| Cinema 84 | 1,272 |
| Summer Lovers | 14,747 |
| | 16,019 |

Form 3468 (1990) Page 2

## Schedule A—Current Year Regular Investment Credit

1 Enter on lines 1a through 1h your qualified investment in transition property (see Instructions).

| Type of Property | Line | (1) Class of Recovery Property or Useful Life of Nonrecovery Property | (2) Basis or Cost | (3) Applicable Percentage | (4) Qualified Investment (column 2 x column 3) |
|---|---|---|---|---|---|
| New Recovery | a | 20-year or more | | 100 | |
| | b | Other | 16,019 | 10% | 1,602 |
| Used Recovery | c | 20-year or more | | 100 | |
| | d | Other | | | |
| New Nonrecovery | e | 20-year or more | | 100 | |
| | f | Other | | | |
| Used Nonrecovery | g | 20-year or more | | 100 | |
| | h | Other | | | |

| | | |
|---|---|---|
| 2 Transition property—Enter qualified investment (from lines 1a through 1h, column (4)) and multiply by percentage shown . . ______ x 6.5% | 2 | |
| 3 Qualified timber property—Enter qualified investment (see Instructions for limitations) and multiply by percentage shown . ______ x 10% | 3 | |
| 4 Current year regular investment credit. Add lines 2 and 3. Enter here and on line 1 of page 1 . . . | 4 | 1,602 |

## Schedule B—Business Energy Investment Credit

1 Enter on lines 1a through 1e your qualified investment in business energy property.

| Type of Property | Line | (1) Class of Property or Life Years | (2) Code | (3) Basis | (4) Applicable Percentage | (5) Qualified Investment (column 3 x column 4) |
|---|---|---|---|---|---|---|
| Recovery | a | 3-year | | | 60 | |
| | b | Other | | | 100 | |
| Nonrecovery | c | 3 or more/less than 5 | | | 33⅓ | |
| | d | 5 or more/less than 7 | | | 66⅔ | |
| | e | 7 or more | | | 100 | |

2 Total qualified investment—Add lines 1a through 1e, column (5) . . . . . . . . . . . . | 2 |

3 Enter in column (1) the portion of the line 2 amount attributable to the following types of property:

| | Line | (1) Qualified Investment | (2) Credit Percentage | (3) Investment Credit (column 1 x column 2) |
|---|---|---|---|---|
| a Solar energy property (see Instructions) . . . . . | a | | 10 | |
| b Geothermal property (see Instructions) . . . . . | b | | 10 | |
| c Ocean thermal property (see Instructions) . . . . | c | | 15 | |

| | | |
|---|---|---|
| d Current year credit for investment in business energy property. Add lines 3a through 3c, column (3) . . . . . . . . . . | 3d | |
| 4 Certain other property. (See Instructions.) Enter qualified investment and multiply by percentage shown: | | |
| a Certain long-term section 46(b)(2)(C) projects under way before 1983 . . . . . . . . ______ x 6.5% | 4a | |
| b Hydroelectric generating property placed in service before 1989 (if an application has been docketed with the Federal Energy Regulatory Commission by 12-31-85) . . . . . ______ x 7.15% | 4b | |
| 5 Cooperative credit—Enter unused business energy investment credit from cooperatives . . . . | 5 | |
| 6 Tentative business energy investment credit—Add lines 3d through 5. Enter here and on line 5 of page 1 . . . . . . . . . . | 6 | |

Lyman F. and Beverly J. Bush
Form 1040X, Amended U. S. Individual Income Tax Return
SSN [redacted]

Statement of ITC from Cinema '84

| | |
|---|---|
| §38 Basis in ITC Property from Schedule K-1 1984 | 82,606 |

Amounts ITC Basis Used (or that could have been used) in Prior Years

| | |
|---|---|
| 1984, ITC Basis used up to Initial Investment at-risk based on original capital contributed on closing agreement | (50,000) |
| 1988, ITC Basis used up to At-Risk carryover used against net income | (2,338) |
| 1990, ITC Basis used up to At-Risk carryover used against net income | (1,459) |
| Total Amount of ITC Basis Available for Succeeding Years | 28,809 |



\\

Lyman F. and Beverly J. Bush
Form 1040X, Amended U. S. Individual Income Tax Return
SSN [redacted]

Statement of ITC from Summer Lovers

| | |
|---|---|
| §38 Basis in ITC Property for 1982 | 90,042 |

Amounts ITC Basis Used (or that could have been used) in Prior Years

| | |
|---|---|
| 1982, ITC Basis used up to Initial Investment at-risk based on original capital contributed on closing agreement | (50,000) |
| 1986, ITC Basis that could have been used, up to At-Risk carryover used against net income | (129) |
| 1987, ITC Basis that could have been used, up to At-Risk carryover used against net income | (125) |
| 1990, ITC Basis used up to At-Risk carryover used against net income | (12,418) |
| Total Amount of ITC Basis Available for Succeeding Years | 27,370 |

Form **3468**
Department of the Treasury
Internal Revenue Service

# Computation of Investment Credit

▶ Attach to your tax return.
▶ Schedule B (Business Energy Investment Credit) on back.

OMB No. 1545-0155
**1982**
27

Name(s) as shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number: [redacted]

**PART I.—Elections**

A The corporation elects the basic or basic and matching employee plan percentage under section 48(n)(1) . . . . . ☐

B I elect to increase my qualified investment to 100% for certain commuter highway vehicles under section 46(c)(6) . . ☐

C I elect to increase my qualified investment by all qualified progress expenditures made this and later tax years . . . ☐

Enter total qualified progress expenditures included in column (4), Part II ▶

D I claim full credit on certain ships under section 46(g)(3) (See Instruction B for details.) . . . . . . . . . . ☐

**PART II.—Qualified Investment**

| 1 Recovery Property | | Line | (1) Class of Property | (2) Unadjusted Basis | (3) Applicable Percentage | (4) Qualified Investment (Column 2 × column 3) |
|---|---|---|---|---|---|---|
| Regular Percentage | New Property | (a) | 3-year | | 60 | |
| | | (b) | Other | 90,042 | 100 | 90,042. |
| | Used Property | (c) | 3-year | Taxpayer elects to | 60 | |
| | | (d) | Other | claim the 10% investment | 100 | |
| §48(q) Election to Reduce Credit (instead of adjusting basis) FY 1982–83 filers only (see instr.) | New Property | (e) | 3-year | credit allowed for | 40 | |
| | | (f) | Other | 5 year recovery property | 80 | |
| | Used Property | (g) | 3-year | under 46 (c) (7). | 40 | |
| | | (h) | Other | | 80 | |

| | Line | Amount |
|---|---|---|
| 2 Nonrecovery property—Enter total qualified investment (See instructions for line 2) . . | 2 | |
| 3 New commuter highway vehicle—Enter total qualified investment (See Instruction D(2)) . | 3 | |
| 4 Used commuter highway vehicle—Enter total qualified investment (See Instruction D(2)) . | 4 | |
| 5 Total qualified investment in 10% property—Add lines 1(a) through 1(h), 2, 3, and 4 (See instructions for special limits) . . . . . | 5 | 90,042. |
| 6 Qualified rehabilitation expenditures—Enter total qualified investment for: | | |
| a 30-year-old buildings . . . . . | 6a | |
| b 40-year-old buildings . . . . . | 6b | |
| c Certified historic structures (Enter the Dept. of Interior assigned project number ..........) | 6c | |
| 7 Corporations checking election box A above—add lines 5, 6a, 6b, and 6c . . 7 | | |

**PART III.—Tentative Regular Investment Credit**

| | Line | Amount |
|---|---|---|
| 8 10% of line 5 . . . . . | 8 | 9,004. |
| 9 15% of line 6a . . . . . | 9 | |
| 10 20% of line 6b . . . . . | 10 | |
| 11 25% of line 6c . . . . . | 11 | |
| 12 Corporations checking election box A (See Instruction D(1))— | | |
| a Basic 1% credit—Enter 1% of line 7 (1982–83 fiscal-year filers, see instructions for line 12) . . . | 12a | |
| b Matching credit (not more than 0.5%)—Allowable percentage times adjusted line 7 (attach schedule) . | 12b | |
| 13 Credit from cooperative—Enter regular investment credit from cooperatives . . . . | 13 | |
| 14 Current year regular investment credit—Add lines 8 through 13 . . . . . | 14 | 9,004. |
| 15 Carryover of unused credits . . . . . | 15 | |
| 16 Carryback of unused credits . . . . . | 16 | |
| 17 Tentative regular investment credit—Add lines 14, 15, and 16 . . . . . | 17 | 9,004. |

**PART IV.—Tax Liability Limitations**

| | Line | Amount |
|---|---|---|
| 18 a Individuals—From Form 1040, enter tax from line 38, page 2, plus any additional taxes from Form 4970<br>b Estates and trusts—From Form 1041, enter tax from line 26a, plus any section 644 tax on trusts .<br>c Corporations (1120 filers)—From Form 1120, Schedule J, enter tax from line 3 .<br>d Other organizations—Enter tax before credits from return . . . . . | 18 | 2,899. |
| 19 a Individuals—From Form 1040, enter credits from lines 41 and 42 of page 2 . .<br>b Estates and trusts—From Form 1041, enter any foreign tax credit from line 27a .<br>c Corporations (1120 filers)—From Form 1120, Schedule J, enter any foreign tax credit from line 4(a), plus any possessions tax credit from line 4(f) . . . .<br>d Other organizations—Enter any foreign or possessions tax credit . . . . | 19 | |
| 20 Income tax liability as adjusted (subtract line 19 from line 18) . . . . . | 20 | 2,899. |
| 21 a Enter smaller of line 20 or $25,000. See instruction for line 21 . . . . . | 21a | 2,899. |
| b If line 20 is more than $25,000—Enter 90% of the excess . . . . . | 21b | |
| 22 Regular investment credit limitation—Add lines 21a and 21b . . . . . | 22 | 2,899. |
| 23 Allowed regular investment credit—Enter the smaller of line 17 or line 22 . . . . | 23 | 2,899. |
| 24 Business energy investment credit limitation—Subtract line 23 from line 20 . . . . | 24 | |
| 25 Business energy investment credit—From line 14 of Schedule B (Form 3468) . . . . | 25 | |
| 26 Allowed business energy investment credit—Enter smaller of line 24 or line 25 . . . . | 26 | |
| 27 Total allowed regular and business energy investment credit—Add lines 23 and 26. Enter here and on Form 1040, line 43; Schedule J (Form 1120), line 4(b), page 3; or the proper line on other returns . . | 27 | 2,899. |

For Paperwork Reduction Act Notice, see separate instructions. 363-167-2 Form 3468 (1982)

AS ORIGINALLY FILED

0332

13

AS ORIGINALLY FILED

AS AMENDED

2nd Time

5-27-1995 5:16AM FROM P. 2

# Form 1040X (Rev. October 1995)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19 91 , OR fiscal year ended ▶ , 19

| | | |
|---|---|---|
| Your first name and initial: Lyman F. Bush | Last name | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: Beverly J. Bush | Last name | Spouse's social security number: [redacted] |
| Home address (number and street). If you have a P.O. box, see instructions. 1217 122nd St. Ct. E | Apt. no. | Telephone number (optional) ( ) -- |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Tacoma, WA 98445 | | For Paperwork Reduction Act Notice, see page 1 of separate instructions. |

A If the name or address shown above is different from that shown on the original return, check here . . N/A . . ▶ ☐

B Has original return been changed or audited by the IRS or have you been notified that it will be? . . . ☐ Yes ☒ No
If notified that it will be, identify the IRS office ▶

C If you are amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered, attach Form 8271, Investor Reporting of Tax Shelter Registration Number, and check here . . . N/A . . . ▶ ☐

D Filing status claimed. **Note:** *You cannot change from joint to separate returns after the due date has passed.*
On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

| Income and Deductions (see instructions) USE PART II ON PAGE 2 TO EXPLAIN ANY CHANGES | | A. As originally reported or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see instructions) | 1 | 88,495 | (56,126) | 32,369 |
| 2 Itemized deductions or standard deduction | 2 | 13,754 | 1,123 | 14,877 |
| 3 Subtract line 2 from line 1 | 3 | 74,741 | (57,249) | 17,492 |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 | 4 | 4,300 | -- | 4,300 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 70,441 | (57,249) | 13,192 |
| **Tax Liability** 6 Tax (see instructions). Method used in col. C | 6 | 15,303 | (13,327) | 1,976 |
| 7 Credits (see instructions) | 7 | -- | -- | -- |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 15,503 | (13,327) | 1,976 |
| 9 Other taxes (see instructions). Self employment tax | 9 | 1,101 | -- | 1,101 |
| 10 Total tax. Add lines 8 and 9 | 10 | 16,404 | (13,327) | 3,077 |
| **Payments** 11 Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions | 11 | 7,296 | -- | 7,296 |
| 12 Estimated tax payments | 12 | 10,060 | -- | 10,060 |
| 13 Earned income credit | 13 | -- | -- | -- |
| 14 Credits for Federal tax paid on fuels, regulated investment company, etc. | 14 | -- | -- | -- |
| 15 Amount paid with Form 4868, Form 2688, or Form 2350 (applications for extension of time to file) | 15 | | | -- |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed | 16 | | | -- |
| 17 Total payments. Add lines 11 through 16 in column C | 17 | | | 17,356 |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 18 | | | 952 |
| 19 Subtract line 18 from line 17 (see instructions) | 19 | | | 16,404 |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | | | -- |
| 21 If line 10, column C, is less than line 19, enter the difference | 21 | | | 13,327 |
| 22 Amount of line 21 you want REFUNDED TO YOU | 22 | | | 13,327 |
| 23 Amount of line 21 you want APPLIED TO YOUR 19 ESTIMATED TAX | 23 | -- | | |

**Sign Here** — Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Donald R. Brink Date 9/2/96 Check if self-employed ☐ Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ BRINK & SADLER CERTIFIED PUBLIC ACCOUNTANTS 5127 ... STREET SOUTHWEST TACOMA, WASHINGTON 98499 EIN ZIP code

11360L

Form 1040X (Rev. 10-95)

0333

14

AS ORIGINALLY FILED

5-27-1995 5:18AM FROM P.4

LYMAN F. AND BEVERLY J. BUSH

[redacted]

First 1040X

FORM 1040X

STATEMENT 1

| | | Original Return | Difference | Corrected Return | Notes |
|---|---|---|---|---|---|
| Line 31: | Adjusted Gross Income | $ 88,495 | $ (56,126) | $ 32,369 | 1 |
| Line 34: | Itemized Deductions | $ 13,754 | $ 1,123 | $ 14,877 | 2 |
| Line 36: | Exemptions | $ 4,300 | $ -0- | $ 4,300 | |
| Line 37: | Taxable Income | $ 70,441 | $ 57,249 | $ 13,192 | 3 |
| Line 38: | Tax | $ 15,303 | $ (13,327) | $ 1,976 | 4 |
| Line 47: | Self Employment Tax | $ 1,101 | $ -0- | $ 1,101 | |
| Line 53: | Total Tax | $ 16,404 | $ (13,327) | $ 3,077 | 4 |

Note 1: Reduction due to carryback of 1994 NOL.

Note 2: Increase due to lower limit on miscellaneous itemized deductions .02 x $56,126 = $1,123.

Note 3: Net of reduced AGI and increased itemized deductions.

Note 4: Decrease due to decrease in adjusted gross income due to NOL carryback and related increase in itemized deductions.

AS ORIGINALLY FILED

1st 1040X

5-27-1995 5:20AM FROM

# Schedule A - Net Operating Loss (NOL)

**1994**

Name: LYMAN F. & BEVERLY J. BUSH

Social Security Number: [redacted]

| Line | Description | | | Amount |
|---|---|---|---|---|
| 1 | Adjusted gross income from 1994 Form 1040, line 32. Estates and trusts, skip lines 1 and 2 | | | -37920. |
| 2 | Deductions (individuals only): | | | |
| 2a | Enter amount from your 1994 Form 1040, line 34 | | 21349. | |
| 2b | Enter your deduction for exemptions from 1994 Form 1040, line 36 | | 4900. | |
| 2c | Add lines 2a and 2b | | | -26249. |
| 3 | Combine lines 1 and 2c. Estates and trusts, enter your taxable income | | | -64169. |
| | Note: If line 3 is zero or more, do not complete rest of schedule. You do not have a net operating loss. | | | |
| | Adjustments: | | | |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter exemption amount from your tax return | | 4900. | |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number | 69072. | | |
| 6 | Total nonbusiness capital gains | | | |
| 7 | If line 5 is more than line 6, enter difference; otherwise, enter -0- | 69072. | | |
| 8 | If line 6 is more than line 5, enter difference; otherwise, enter -0- | 0. | | |
| 9 | Nonbusiness deductions. See instructions | 30784. | | |
| 10 | Nonbusiness income other than capital gains. See instructions | 30641. | | |
| 11 | Add lines 8 and 10 | 30641. | | |
| 12 | If line 9 is more than line 11, enter difference; otherwise, enter -0- | | 143. | |
| 13 | If line 11 is more than line 9, enter difference; otherwise, enter -0-. Do not enter more than line 8 | 0. | | |
| 14 | Total business capital losses before limitation. Enter as a positive number | | | |
| 15 | Total business capital gains | | | |
| 16 | Add lines 13 and 15 | | | |
| 17 | If line 14 is more than line 16, enter difference; otherwise, enter -0- | 0. | | |
| 18 | Add lines 7 and 17 | 69072. | | |
| 19 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17, column (c), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line, skip lines 19 through 21 and enter on line 22 the amount from line 18 | 69072. | | |
| 20 | Enter the loss from line 19 of Schedule D (Form 1040). (Estates and trusts, enter the loss from line 18 of Schedule D (Form 1041).) Enter as a positive number | 3000. | | |
| 21 | Subtract line 20 from line 19 | 66072. | | |
| 22 | Subtract line 21 from line 18 | | 3000. | |
| 23 | Net operating loss deduction for losses from other years. Enter as a positive number | | | |
| 24 | Add lines 4, 12, 22, and 23 | | | 8043. |
| 25 | Net operating loss. Combine from lines 3 and 24. If the combined amount is less than zero, enter it here and on page 1, line 1a. If the combined amount is zero or more, you do not have a net operating loss | | | -56126. |

SUPPORTING SCHEDULES

0335

426101 08-10-94



16

Form 1045 (1994) Test To Determine if All 1994 NOL is used in 1991

Page 3

**Schedule B–Net Operating Loss Carryover.** See instructions.

| Complete one column **before** going to the next column. | (a) 3rd preceding tax year ended ▶ 1991 | | (b) 2nd preceding tax year ended ▶ 1992 | | (c) 1st preceding tax year ended ▶ 1993 | |
|---|---|---|---|---|---|---|
| 1 **Net operating loss deduction.** In column (a), enter as a positive number the net operating loss from Schedule A, line 25. In columns (b) and (c), enter amounts from line 8 below, columns (a) and (b), respectively | | 56126 | | 56126 | | |
| 2 Taxable income from tax return (or as previously adjusted) before 1994 NOL carryback. (For individuals, if line 37 of Form 1040 is zero, subtract line 36 (Form 1040) from line 35 (Form 1040), and enter the difference as a negative number | 70,441 <1,003> <14,747> 54,691 | 1040 As Filed <Losses on Amended> | | | | |
| 3 Net capital loss deduction from Sch. D (Form 1040)(line 19 of 1993 Sch. D, line 20 of 1992 Sch. D, line 18 of 1991 Sch. D), or from Sch. D (Form 1041), line 18. Enter as a positive number | — | | | | | |
| 4 Adjustments to adjusted gross income. See instructions | – | | | | | |
| 5 Adjustment to itemized deductions. See instructions (Line 9) | | | | | | |
| 6 Deduction for exemptions from tax return (or as previously adjusted). Estates and trusts, enter your exemption amount | 4,300 | | | | | |
| 7 Modified taxable income. Combine lines 2 through 6. If zero or less, enter -0- | | 58,991 | | | | |
| 8 **Net operating loss carryover.** Subtract line 7 from line 1. If zero or less, enter -0-. See instructions | | — | | | | |
| **Adjustment to Itemized Deductions (Individuals Only)** Complete lines 9 through 33 **ONLY** if, for any of the 3 preceding years, you itemized deductions and line 3 above has an entry other than zero. | Not Applicable | | No NOL Left | | | |
| 9 Adjusted gross income per return (or as previously adjusted) before 1994 NOL carryback | | | | | | |
| 10 Add lines 3 and 4 above | | | | | | |
| 11 Modified adjusted gross income. Add lines 9 and 10 | | | | | | |
| 12 Medical expenses from Sch. A (Form 1040), line 1 | | | | | | |
| 13 Multiply line 11 by .075 | | | | | | |
| 14 Subtract line 13 from line 12. If zero or less, enter -0- | | | | | | |
| 15 Medical expenses from Sch. A (Form 1040), line 4 (or as previously adjusted) | | | | | | |
| 16 Subtract line 14 from line 15 | | | | | | |

0336

**Social Security Benefits Worksheet—Lines 21a and 21b** (keep for your records)

If you are married filing a separate return and you did **not** live with your spouse at any time in 1991, enter "D" on the dotted line next to line 21a. 1991

1. Enter the total amount from **Box 5** of **all** your **Forms SSA-1099** and **Forms RRB-1099** (if applicable) . . . . . . . . **1.** 10,679

**Note:** *If line 1 is zero or less, stop here; none of your benefits are taxable. Otherwise, go to line 2.*

2. Divide line 1 above by 2 . . . **2.** 5,340
3. Add the amounts on Form 1040, lines 7, 8a, 8b, 9 through 15, 16b, 17b, 18 through 20, and line 22. Do not include here any amounts from Box 5 of Forms SSA-1099 or RRB-1099 . **3.** 68,899 (89,990 <1004> <14,747> <5,340>)
4. Add lines 2 and 3 . . . . . . . . . . . . . . . . **4.** 74,239
5. Enter the total adjustments from Form 1040, line 30 . . **5.** 1,495
6. Subtract line 5 from line 4 . . . . . . . . . . . . . **6.** 72,744
7. Enter on line 7 the amount shown below for your filing status:
   - Single, Head of household, or Qualifying widow(er) with dependent child, enter $25,000
   - Married filing a joint return, enter $32,000
   - Married filing a separate return, enter -0- ($25,000 if you did **not** live with your spouse at any time in 1991)

   **7.** 32,000
8. Subtract line 7 from line 6. Enter the result but not less than zero . . . . . . . . . . . . . . . . . . . **8.** 40,744
   - If line 8 is zero, stop here. None of your benefits are taxable. Do not enter any amounts on lines 21a or 21b. **But if** you are married filing a separate return and you did **not** live with your spouse at any time in 1991, enter -0- on line 21b. Be sure you entered "D" on the dotted line next to line 21a.
   - If line 8 is more than zero, go to line 9.
9. Divide line 8 above by 2 . . . . . . . . . . . . **9.** 20,372
10. **Taxable social security benefits.**
    - First, enter on Form 1040, line 21a, the amount from line 1 above.
    - Then, enter the **smaller** of line 2 or line 9 here and on Form 1040, line 21b . . . . . . . . . . . . . . . . **10.** 5,340

**Note:** *If part of your benefits are taxable for 1991 and they include benefits paid in 1991 that were for an earlier year, you may be able to reduce the taxable amount shown on the worksheet. Get Pub. 915 for details.*

Used to TEST IF Any 1991 NOL IS Available for 1992 on)

95 NOL → 92

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush 503303721

OMB No. 1545-0091

**This return is for calendar year ▶ 1992, OR fiscal year ended ▶ , 19**

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. | BUSH | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BEVERLY J. | BUSH | [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) |
| 1217 122nd Street Court East | | 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | For Paperwork Reduction Act Notice, see page 6. |
| Tacoma, Washington 98445 | | |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| **Income and Deductions (see pages 2 - 5)** | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 91,668 | (106,670) | (15,002) |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 12,603 | 2,215 | 14,818 |
| 3 Subtract line 2 from line 1 | 3 | 79,065 | (108,885) | (29,820) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,600 | 0 | 4,600 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 74,465 | (108,885) | (34,420) |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 16,199 | (16,199) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 16,199 | (16,199) | 0 |
| 9 Other taxes (see page 4) | 9 | 5,800 | 0 | 5,800 |
| 10 Total tax. Add lines 8 and 9 | 10 | 21,999 | (16,199) | 5,800 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,787 | 0 | 2,787 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 16,500 | 0 | 16,500 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |

| | | |
|---|---|---|
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | 2,712 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | 21,999 |
| **Refund or Amount You Owe** | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | 21,999 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 16,199 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 16,199 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** 24 | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F. Bush — Your signature — Date 11-24-99

▶ Lyman F. Bush Personal Representative of the Estate of Beverly J. Bush, deceased 11-24-99 — Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] CPA | Date 11/23/99 | Check if self-employed ☒ | Preparer's social security no. [redacted] |
| Firm's name (or yours if self-employed) and address ▶ | Brett A. Thompson, CPA<br>20214 Kingsland Blvd., Katy, Texas | | EIN<br>ZIP code 77450 |

*** or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F.1 Form **1040X** (Rev. 11-98)

EXHIBIT "E"

Form 1040X (Rev. 11-98)

Bush [redacted]

Page 2

**Part I** **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. . . . . **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . | 27 | | | |
| 28 | Other dependents. . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

**31** Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
- lived with you . . . . . . . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . . . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**32** For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . ▶ ☒

***** *PLEASE SEE EXPLANATION ATTACHED* *****

This amended return is filed to carryback the net operating loss generated in 1995.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . ▶ ☐

STF FED3171F.2

**LYMAN F. BUSH and BEVERLY J. BUSH**
**(SSN [redacted] and SSN [redacted])**
**EXPLANATION - 1995 REFUND CLAIM**

The taxpayer and the Commissioner entered into a Closing Agreement ("Agreement") on July 22, 1999 regarding the taxpayer's partnership interest in Cinema 84 and Lone Wolf McQuade Associates, copies of which are attached hereto as Exhibit "A."

This refund claim is being filed and is timely based on Paragraph 15 of the Agreement which provides that "[a]ny refund claim attributable to the operation of this agreement ***shall*** be deemed to be timely filed and ***shall*** be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue."

Further, pursuant to Paragraph 15 of the Agreement, "[a]ny refund claim so submitted within 120 days of this agreement shall be allowed as an offset pursuant to I.R.C. §§6402(a) and 6601(f) against any tax deficiencies resulting from this agreement." Therefore, the refund due under this claim must be applied as an offset to the tax deficiencies arising from the settlement. The refund should be applied first to any deficiency determined for 1983 and thereafter any balance to any subsequent year deficiencies.

This refund claim results from application of the portion of the §465 suspended losses allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8 and capital contributions based on Agreement Paragraph 7 as reported on the K-1 attached as Exhibit "B.".

This refund claim also results from application of the portion of the §465 suspended investment tax credits allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

Based upon the Agreement, the suspended losses and ITC allowable in this year as a consequence of Paragraph 8 of the Agreement are determined as follows:

| | Cinema 84 | Lone Wolf McQuade |
|---|---|---|
| Increase of amount at risk due to net partnership income and capital contributions in current year per K-1 | $87,442.00 | $107,206.00 |
| Portion of losses previously suspended under §465 allowable in current year per Closing Agreement | $57,848.00 | $93,049.00 |
| Portion of ITC suspended under §465 allowable due to increase in amount at risk | $-0.00- | $1,022.00 |

***<u>Please process this claim immediately and apply the refund as an offset under §6402 as required above.</u>***

Exhibit:

A - Copy of Closing Agreement
B - Copy of K-1
C - Computation of Deduction Amounts