AS ORIGINALLY FILED

AS AMENDED

Form **6251** DOES NOT APPLY

# Alternative Minimum Tax - Individuals

Department of the Treasury Internal Revenue Service

▶ Attach to Form 1040, Form 1040NR, or Form 1040-T.

OMB No. 1545-0227 **1995** Attachment Sequence No. 32

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

## Part I Adjustments and Preferences

| Line | Description | Box | Amount | Handwritten |
|---|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040) (or you entered the amount from Form 1040-T, Section B, line t, on Form 1040-T, line 20), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34 (or Form 1040-T, line 20), and go to line 6 | 1 | | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4, or 2 1/2% of Form 1040, line 32 (Form 1040-T filers, enter the smaller of Section B, line c or 2 1/2% of Form 1040-T, line 16) | 2 | | 147 |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 (or the total of lines d through g of Form 1040-T, Section B) | 3 | 4845. | 4845 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 (or Form 1040-T, Section B, line r) | 5 | 7745. | 8,135 |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or 21 (or Form 1040-T, line 4 or line 9) | 6 | | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | | |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss SEE STATEMENT 19 | 11 | 0. | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | | |
| 14 | Other. Enter the amount, if any, for each item and enter the total on line 14. | | | |
| | a Charitable contributions; b Circulation expenditures; c Depletion; d Depreciation (pre-1987); e Installment sales; f Intangible drilling costs; g Long-term contracts; h Loss limitations; i Mining costs; j Patron's adjustment; k Pollution control facilities; l Research and experimental; m Tax shelter farm activities; n Related adjustments | 14 | | |
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 ▶ | 15 | 12590. | |

## Part II Alternative Minimum Taxable Income

| Line | Description | Box | Amount | Handwritten |
|---|---|---|---|---|
| 16 | Enter the amount from Form 1040, line 35 (or Form 1040-T, line 21). If less than zero, enter as a (loss) ▶ | 16 | 56732. | <110,125> |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | | |
| 18 | If Form 1040, line 32 (or Form 1040-T, line 16), is over $114,700 (over $57,350 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A, (Form 1040), line 28 (or line 9 of the worksheet for Section B, line t, of Form 1040-T) | 18 | | |
| 19 | Combine lines 15 through 18 ▶ | 19 | 69322. | |
| 20 | Alternative tax net operating loss deduction. | 20 | | |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 21 | 69322. | |

## Part III Exemption Amount and Alternative Minimum Tax

22 Exemption Amount. (If this form is for a child under age 14, see instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see instructions.

| Line | Description | Box | Amount | Handwritten |
|---|---|---|---|---|
| 22 | Exemption Amount | 22 | 45000. | <45,000> |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 24322. | <141,998> |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 6324. | |
| 25 | Alternative minimum tax foreign tax credit. | 25 | | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 6324. | |
| 27 | Enter your tax from Form 1040, line 38 (plus any amount from Form 4970 included on Form 1040, line 39), minus any foreign tax credit from Form 1040, line 43 (Form 1040-T filers, enter the amount from Form 1040-T, line 26) | 27 | 9413. | |
| 28 | Alternative Minimum Tax. (If this form is for a child under age 14, see instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 48 (or Form 1040-T, line 31) ▶ | 28 | 0. | -0- |

AS ORIGINALLY FILED

ITC BASIS TO EXTENT OF Income OFFSET BY AT RISK Carryforward

Lone Wolf McQuade 10,219
Sch K-1

x 10% = 1,022

Form **3468** Department of the Treasury Internal Revenue Service

# Investment Credit

► Attach to your return.
► See separate instructions.

OMB No. 1545-0155 **1995** Attachment Sequence No. 52

Name(s) shown on return | Identifying number

**Part I Current Year Investment Credit**

**Note:** *Generally, you cannot claim the regular investment credit for property placed in service after December 31, 1985 (see instructions).*

| | | | | |
|---|---|---|---|---|
| 1 | Rehabilitation credit. Enter the amount of qualified rehabilitation expenditures and multiply by the percentage shown: | | | |
| a | Pre-1936 buildings | × 10% (.10) | 1a | |
| b | Certified historic structures (attach NPS certificate) | × 20% (.20) | 1b | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see instructions) | | | |
| | Transition property: | | | |
| c | 30-year-old buildings | × 10% (.10) | 1c | |
| d | 40-year-old buildings | × 13% (.13) | 1d | |
| e | Certified historic structures (attach NPS certificate) | × 25% (.25) | 1e | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see instructions) | | | |
| 2a | Energy credit. Enter the basis of energy property placed in service during the tax year (see instructions) | × 10% (.10) | 2a | |
| b | Transition energy property. Attach computation (see instructions) | | 2b | |
| 3 | Reforestation credit. Enter the amortizable basis of qualified timber property acquired during the tax year (see instructions for limitations) | × 10% (.10) | 3 | |
| 4 | Regular investment credit for transition property. Enter qualified investment (see instructions) | × 6.5% (.065) | 4 | |
| 5 | Credit from cooperatives. Enter the unused regular investment credit for transition property and the unused energy credit from cooperatives | | 5 | |
| 6 | **Total current year investment credit.** Add lines 1a through 5 | | 6 | 1,022 |

**Part II Tax Liability Limit** (See Who Must File Form 3800 to find out if you complete Part II or file Form 3800.)

| | | | | | |
|---|---|---|---|---|---|
| 7a | Individuals. Enter amount from Form 1040, line 40 | | | | |
| b | Corporations. Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) | | | 7 | -0- |
| c | Other filers. Enter regular tax before credits from your return | | | | |
| 8a | Credit for child and dependent care expenses (Form 2441, line 10) | 8a | | | |
| b | Credit for the elderly or the disabled (Schedule R (Form 1040), line 20) | 8b | | | |
| c | Mortgage interest credit (Form 8396, line 11) | 8c | | | |
| d | Foreign tax credit (Form 1116, line 32, or Form 1118, Sch. B, line 12) | 8d | | | |
| e | Possessions tax credit (Form 5735) | 8e | | | |
| f | Orphan drug credit (Form 6765) | 8f | | | |
| g | Credit for fuel from a nonconventional source | 8g | | | |
| h | Qualified electric vehicle credit (Form 8834, line 19) | 8h | | | |
| i | Add lines 8a through 8h | | | 8i | |
| 9 | Net regular tax. Subtract line 8i from line 7 | | | 9 | -0- |
| 10 | Tentative minimum tax (see instructions): | | | | |
| a | Individuals. Enter amount from Form 6251, line 26 | | | | |
| b | Corporations. Enter amount from Form 4626, line 13 | | | 10 | — |
| c | Estates and trusts. Enter amount from Form 1041, Schedule I, line 37 | | | | |
| 11 | Net income tax: | | | | |
| a | Individuals. Add line 9 above and line 28 of Form 6251 | | | | |
| b | Corporations. Add line 9 above and line 15 of Form 4626 | | | 11 | — |
| c | Estates and trusts. Add line 9 above and line 41 of Form 1041, Schedule I | | | | |
| 12 | If line 9 is more than $25,000, enter 25% (.25) of the excess (see instructions) | | | 12 | — |
| 13 | Subtract line 10 or line 12, whichever is greater, from line 11. If zero or less, enter -0- | | | 13 | — |
| 14 | **Investment credit allowed for current year.** Enter the smaller of line 6 or line 13. This is your General Business Credit for 1995. Enter here and on Form 1040, line 44; Form 1120, Schedule J, line 4d; Form 1120-A, Part I, line 2a; or on the appropriate line of other income tax returns | | | 14 | -0- |

## 95 Income from Passthrough

CINEMA '84 REGISTRATION NO. 8427
I.D. NUMBER: 11-2678807
TYPE: PARTNERSHIP

AS ORIGINALLY FILED

ACTIVITY INFORMATION:

CINEMA '84 REGISTRATION NO. 8427

100% DISPOSITION AT A NET LOSS

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -1416 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -1416 |
| PAL CARRYOVER FROM 1994 - SCHEDULE E | | -14 |
| SCHEDULE E ACTIVITY NET LOSS | | -1430 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1994 - SCHEDULE E | 14 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 15 |
| INVESTMENT INCOME | 15 |

## 95 Income from Passthrough

LONE WOLF MCQUADE ASSOCIATES
I.D. NUMBER: 13-3109971
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

LONE WOLF MCQUADE ASSOCIATES

100% DISPOSITION AT A NET GAIN

| | |
|---|---|
| ORDINARY INCOME (LOSS) | 10219 |
| SCHEDULE E ACTIVITY INCOME (LOSS) | 10219 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 15 |
| INVESTMENT INCOME | 15 |

## 95 Income from Passthrough

SUMMER LOVERS ASSOCIATES
I.D. NUMBER: 11-2615060
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

SUMMER LOVERS ASSOCIATES

100% DISPOSITION AT A NET GAIN

| | |
|---|---|
| ORDINARY INCOME (LOSS) | 9262 |
| SCHEDULE E ACTIVITY INCOME (LOSS) | 9262 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 17 |
| INVESTMENT INCOME | 17 |

AS AMENDED

Form 1045 (1995) Page 2

**Schedule A – Net Operating Loss (NOL).** See instructions.

| No. | Item | Box | Amount |
|---|---|---|---|
| 1 | Adjusted gross income from 1995 Form 1040, line 32. Estates and trusts, skip lines 1 and 2 | 1 | <86, 878> |
| 2 | Deductions (individuals only): | | |
| a | Enter amount from your 1995 Form 1040, line 34 | 2a | 23,247 |
| b | Enter your deduction for exemptions from 1995 Form 1040, line 36 | 2b | 5,000 |
| c | Add lines 2a and 2b | 2c | 28,247 |
| 3 | Combine lines 1 and 2c. Estates and trusts, enter taxable income. | 3 | <115,125> |
| | **Note:** If line 3 is zero or more, do not complete rest of schedule. You **do not** have a net operating loss. | | |
| | **Adjustments:** | | |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter exemption amount from tax return. | 4 | 5,000 |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number 7917, 26361, 69074 | 5 | 103,350 |
| 6 | Total nonbusiness capital gains. 7820 12498 37 | 6 | 20,355 |
| 7 | If line 5 is more than line 6, enter difference; otherwise, enter -0- | 7 | 82,995 |
| 8 | If line 6 is more than line 5, enter difference; otherwise, enter -0- | 8 | — |
| 9 | Nonbusiness deductions. See instructions | 9 | 30,316 |
| 10 | Nonbusiness income other than capital gains. See instructions. 13094, 5372, 8851, | 10 | 27,317 |
| 11 | Add lines 8 and 10 | 11 | 27,317 |
| 12 | If line 9 is more than line 11, enter difference; otherwise, enter -0- | 12 | 2,999 |
| 13 | If line 11 is more than line 9, enter difference; otherwise, enter -0-. Do not enter more than line 8 | 13 | -0- |
| 14 | Total business capital losses before limitation. Enter as a positive number | 14 | -0- |
| 15 | Total business capital gains. | 15 | 2,993 |
| 16 | Add lines 13 and 15. | 16 | 2,993 |
| 17 | If line 14 is more than line 16, enter difference; otherwise, enter -0- | 17 | -0- |
| 18 | Add lines 7 and 17 | 18 | 82,995 |
| 19 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17, column (c), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line, skip lines 19 through 21 and enter on line 22 the amount from line 18 | 19 | 80,002 |
| 20 | Enter the loss from line 19 of Schedule D (Form 1040). (Estates and trusts, enter the loss from line 18 of Schedule D (Form 1041).) Enter as a positive number | 20 | 3,000 |
| 21 | Subtract line 20 from line 19 | 21 | 77,002 |
| 22 | Subtract line 21 from line 18 | 22 | 5993 |
| 23 | Net operating loss deduction for losses from other years. Enter as a positive number | 23 | 0 |
| 24 | Add lines 4, 12, 22, and 23 | 24 | 13,992 |
| 25 | **Net operating loss.** Combine lines 3 and 24. If the combined amount is less than zero, enter it here and on page 1, line 1a. If the combined amount is zero or more, you **do not** have a net operating loss. | 25 | <101,133> |

| | ORDINARY Business | ORDINARY NON BUS | CAPITAL Business | CAPITAL NON BUSINESS |
|---|---|---|---|---|
| GAINS <Losses> Inc <Loss | 12000 | 13094 (27317 Ln 10) | 2993 | 7820 |
| | 36201 | 5372 | | 12498 |
| | <21> | 8851 | | 37 |
| | <1409> | <7069> (Ln 9 30316) | | <7917> |
| | <93,044> | <23,247> | | <26,361> (<13923> None Allowed) |
| | <57,848> | | | |
| | <104,126> | -0- None | 2993 | -0- |

E. <101,133>

0374

AS ORIGINALLY FILED

**SCHEDULE D (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074
**1995**
Attachment Sequence No. 12

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| | (a) Description of Property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | SEE STATEMENT 13 | | 166547. | 166644. | 7917. | 7820. |
| 2 | Enter your short-term totals, if any | 2 | | | | |
| 3 | Total short-term sales price amounts. Add column (d) of lines 1 and 2 | 3 | 166547. | | | |
| 4 | Short-term gain from Forms 2119 and 6252, and short-term gain or loss from Forms 4684, 6781, and 8824 | | | 4 | | |
| 5 | Net short-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 5 | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 9 of your 1994 Capital Loss Carryover Worksheet | | | 6 | | |
| 7 | Add lines 1 through 6, in columns (f) and (g) | | | 7 | ( 7917.) | 7820. |
| 8 | Net short-term capital gain or (loss). Combine columns (f) and (g) of line 7 ▶ | | | | 8 | -97. |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| | (a) Description of Property | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| 9 | SEE STATEMENT 14 | | 170373. | 184236. | 26361. | 12498. |
| 10 | Enter your long-term totals, if any | 10 | | | | |
| 11 | Total long-term sales price amounts. Add column (d) of lines 9 and 10 | 11 | 170373. | | | |
| 12 | Gain from Form 4797; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or loss from Forms 4684, 6781, and 8824 | | | 12 | | |
| 13 | Net long-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 13 | | 2993. |
| 14 | Capital gain distributions | | | 14 | | 37. |
| 15 | Long-term capital loss carryover. Enter the amount, if any, from line 14 of your 1994 Capital Loss Carryover Worksheet | | | 15 | 69072. | |
| 16 | Add lines 9 through 15, in columns (f) and (g) | | | 16 | ( 95433.) | 15528. |
| 17 | Net long-term capital gain or (loss). Combine columns (f) and (g) of line 16 ▶ | | | | 17 | -79905. |

## Part III Summary of Parts I and II

| | | | |
|---|---|---|---|
| 18 | Combine lines 8 and 17. If a loss, go to line 19. If a gain, enter the gain on Form 1040, line 13. Note: If both lines 17 and 18 are gains, see the Capital Gain Tax Worksheet | 18 | -80002. |
| 19 | If line 18 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses: a The loss on line 18; or b ($3,000) or, if married filing separate, ($1,500) | 19 | ( 3000.) |
| | Note: See the Capital Loss Carryover Worksheet if the loss on line 18 exceeds the loss on line 19 or if Form 1040, line 35, is a loss. SEE STATEMENT 15 | | |

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions. 12 Schedule D (Form 1040) 1995

3120409 709261 3B140 050 BUSH, LYMAN F. 08064207

0375

AS ORIGINALLY FILED

LYMAN F. & BEVERLY J. BU'"H [redacted]

| :HEDULE B | TAX-EXEMPT INTEREST | STATEMENT 12 |
|---|---|---|
| AME OF PAYER | | AMOUNT |
| NTEREST FROM MUNICIPAL BONDS | | 7211. |
| OTAL TAX-EXEMPT INTEREST TO SCHEDULE B, LINE 1 | | 7211. |

CHEDULE D — SHORT-TERM CAPITAL GAINS AND LOSSES — STATEMENT 13

| ESCRIPTION | ACQUIRED | SOLD | PRICE | COST | LOSS | GAIN |
|---|---|---|---|---|---|---|
| 000 SHARES EDERATED EPARTMENT STORES | 03/10/95 | 07/18/95 | 27476. | 21574. | | 5902. |
| 000 SHARES USION SYSTEMS ORP | 02/03/95 | 03/10/95 | 24996. | 25003. | 7. | |
| 000 SHARES PNC ANK | 09/13/95 | 09/13/95 | 27105. | 27890. | 785. | |
| 00 SHARES ECKSON ASSOC EALTY | 06/02/95 | 10/13/95 | 13139. | 12532. | | 607. |
| 00 SHARES ENZOIL | 01/19/94 | 01/18/95 | 21217. | 28224. | 7007. | |
| 000 SHARES SW ROPERTY TRUST | 10/12/94 | 01/13/95 | 24185. | 24303. | 118. | |
| 800 SHARES 'OOLWORTH | 12/21/94 | 01/13/95 | 28429. | 27118. | | 1311. |
| 'OTAL TO SCH. D, PART I, LINE 1 | | | 166547. | 166644. | 7917. | 7820. |

:CHEDULE D — LONG-TERM CAPITAL GAINS AND LOSSES — STATEMENT 14

| 'ESCRIPTION | ACQUIRED | SOLD | PRICE | COST | LOSS | GAIN |
|---|---|---|---|---|---|---|
| '5 SHARES - IUNICIPAL :NVESTMENT 9 AMT | 01/29/91 | 05/24/95 | 60403. | 76908. | 16505. | |
| IRI BUSINESS 'ROPERTIES FUND ,IMITED | | 12/30/94 | 112. | 0. | | 112. |
| .50 SHARES 3RISTOL MEYER ;QUIBB | 09/22/92 | 03/10/95 | 9116. | 10243. | 1127. | |
| 00 SHARES 3RISTOL MEYER ;QUIBB | VARIOUS | 06/02/95 | 26317. | 27128. | 811. | |

COPY FOR YOUR FILE



0376

AS ORIGINALLY FILED

LYMAN F. & BEVERLY J. BU[illegible] [redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| )00 SHARES · EIGLER COAL )LDING | 09/ /94 | 10/25/95 | 22702. | 30620. | 7918. | |
| )0 SHARES IBM | 07/28/93 | 01/18/95 | 30467. | 18803. | | 11664. |
| 500 SHARES USF & | 11/15/93 | 02/03/95 | 21256. | 20534. | | 722. |
| )TAL TO SCH. D, PART II, LINE 9 | | | 170373. | 184236. | 26361. | 12498. |

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
[redacted] 000000 00 000
00712

LYMAN F & BEVERLY J BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519174

CERTIFIED MAIL

| | | |
|---|---|---|
| Taxpayer Identification Number: | [redacted] | |
| Kind of Tax: | INCOME TAX | |
| Amount of Claim(s): | $ 16,199.00 | 11,099.00 |
| Date Claim(s) Received: | Nov. 29, 1999 | |
| Tax Period(s): | Dec. 31, 1992 | Dec. 31, 1993 |

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Due to adjustments made to your 1995 tax return, as a result of an examination, there is no net operating loss to carryback. Therefore, we are unable to process your Form 1040X. You will receive a separate notice explaining any adjustments made to this year.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and signing it:

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush 503303721

OMB No. 1545-0091

This return is for calendar year ▶ 19 93 , OR fiscal year ended ▶ , 19

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: Tacoma, Washinton 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ [X]

B Has the original return been changed or audited by the IRS or have you been notified that it will be? [X] Yes [ ] No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | Income and Deductions (see pages 2 - 5) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 1 | 127,724 | (32,987) | 94,737 |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 10,688 | 1,909 | 12,597 |
| 3 | Subtract line 2 from line 1 | 3 | 117,036 | (34,896) | 82,140 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,700 | 0 | 4,700 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 112,336 | (34,896) | 77,440 |
| **Tax Liability** 6 | Tax (see page 4). Method used in col. C Tax Table | 6 | 26,651 | (9,769) | 16,882 |
| 7 | Credits (see page 4) | 7 | | 1,330 | 1,330 |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 26,651 | (11,099) | 15,552 |
| 9 | Other taxes (see page 4) | 9 | 6,768 | 0 | 6,768 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 33,419 | (11,099) | 22,320 |
| **Payments** 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,611 | 0 | 2,611 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 35,930 | 0 | 35,930 |
| 13 | Earned income credit | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | | | 38,541 |

## Refund or Amount You Owe

| | | Line | Amount |
|---|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 5,122 |
| 20 | Subtract line 19 from line 18 (see page 4) | 20 | 33,419 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | 11,099 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** | 23 | 11,099 ** |
| 24 | Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: Lyman F Bush  Date: 11-24-99

Spouse's signature. If a joint return, BOTH must sign.: Lyman F Bush Personal Representative of the estate of Beverly J Bush deceased  Date: 11-24-99

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] CPA  Date: 11/23/99  Check if self-employed [X]  Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas  EIN  ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F

Form **1040X** (Rev. 11-98)

EXHIBIT "9"

0379

Form 1040X (Rev. 11-98) Bush [redacted]

Page 2

**Part I** **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . . . . . . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
- lived with you . . . . . . . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . . . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

***** *PLEASE SEE EXPLANATION ATTACHED* *****

In addition to the adjustments made by the Closing Agreement, this amended return also deducts Net Operating Loss Carryback from 1995, after adjusted for the 1992 NOL Carryback.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . ▶ ☐

STF FED3171F.2

0380

Form **2848**
(Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Lyman F. and Beverly J. Bush<br>1217 122nd Street Court East<br>Tacoma, WA 98445 | [redacted] | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994 and 1995. |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for Line 5 — **Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here LFB and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.** Form **2848** (Rev. 12-97)

ISA
STF FED4676F.1

**Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☒
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Lyman F. Bush (signature) — Signature | 9-30-99 — Date | Title (if applicable)

Lyman F. Bush — Print Name

Lyman F. Bush (signature) — Signature | 9-30-99 — Date | EXECUTOR OF THE ESTATE OF BEVERLY J. BUSH — Title (if applicable)

LYMAN F. BUSH — Print Name

**Part II** **Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | (signature) Thomas E. Redding | 10/1/99 |
| A | Texas | (signature) Sallie W. Gladney | 10-1-99 |
| | | | |

**LYMAN F. BUSH and BEVERLY J. BUSH**
**(SSN [redacted] and SSN [redacted])**
**EXPLANATION - 1993 REFUND CLAIM**

The taxpayer and the Commissioner entered into a Closing Agreement ("Agreement") regarding the taxpayers' partnership interest in Lone Wolfe McQuade, Cinema 84 and Summer Lovers Associates, copies of which are attached hereto as Exhibit "A."

This refund claim is being filed and is timely based on Paragraph 15 of the Agreement which provides that "[a]ny refund claim attributable to the operation of this agreement ***shall*** be deemed to be timely filed and ***shall*** be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue."

Further, pursuant to Paragraph 15 of the Agreement, "[a]ny refund claim so submitted within 120 days of this agreement shall be allowed as an offset pursuant to I.R.C. §§6402(a) and 6601(f) against any tax deficiencies resulting from this agreement." Therefore, the refund due under this claim must be applied as an offset to the tax deficiencies arising from the settlement. The refund should be applied first to any deficiency determined for 1983 and thereafter any balance to any subsequent year deficiencies.

This refund claim results from application of the portion of the §465 suspended losses allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

This refund claim also results from application of the portion of the §465 suspended investment tax credits allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

Based upon the Agreement, the suspended losses and ITC allowable in this year as a consequence of Paragraph 8 of the Agreement are determined as follows:

| | Lone Wolfe McQuade | Cinema 84 | Summer Lovers |
|---|---|---|---|
| Increase of amount at risk due to net partnership income | $5,626.00 | $4,389.00 | $3,284.00 |
| Allowable portion of losses previously suspended under §465 per Agreement | $<5,626.00> | $<4,389.00> | $<3,284.00> |
| Portion of ITC suspended under §465 allowable due to increase in amount at risk | $563.00 | $310.00 | 328.00 |

***Please process this claim immediately and apply the refund as an offset under §6402 as required above.***

Exhibit:

A - Copy of Closing Agreement

C:\DOCS\CORRESP.Q\REFUND.CLM\qsten169.bu2

Department of the Treasury - Internal Revenue Service

**Closing Agreement on Final Determination**
**Covering Specific Matters**

---

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush (SSN: [redacted] and Beverly J. Bush (SSN: [redacted])
(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Greenberg Brothers Partnership #12 a/k/a Lone Wolf McQuade Associates (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1983 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1983 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1983 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1983 through 1986 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is $50,000.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion picture Lone Wolf McQuade and Strange Invaders, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1986, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

EXHIBIT "A"

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1983 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1983 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion picture Lone Wolf McQuade and Strange Invaders, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1983 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 et seq.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature Lyman F Bush Date Signed 6-25-99

Spouse's signature (if a joint return was filed) Beverly J. Bush by Lyman F Bush Spouse or Deceased Date Signed 6-25-99

Taxpayer's Representative ______ Date Signed ______

Taxpayer (other than individual) ______

By ______ Date Signed ______

Title ______

Commissioner of Internal Revenue

By Philip J. Difusano Date Signed 8/1/99

Title Associate Chief

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

Bradford A. Johnson 7/22/99
(Receiving Officer) (Date)

Assistant District Counsel
(Title)

Department of the Treasury - Internal Revenue Service

# Closing Agreement on Final Determination Covering Specific Matters

---

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush (SSN: [redacted]) and Beverly J. Bush (SSN: [redacted])
(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Cinema 84 (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1984 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1984 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1984 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1984 through 1989 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is 50,000.00.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1989, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1984 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1984 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1987 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 et seq.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature Lynn F Bush Date Signed 6-25-99

Spouse's signature (if a joint return was filed) Beverly J. Bush BY Lynn F Bush SPOUSE OF DECEASED Date Signed 6-25-99

Taxpayer's Representative ______ Date Signed ______

Taxpayer (other than individual) ______

By ______ Date Signed ______

Title ______

Commissioner of Internal Revenue

By Philip J. Dolan Date Signed 8/2/99

Title Associate Chief

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

Bradford A. Johnson 7/22/99
(Receiving Officer) (Date)

Assistant District Counsel
(Title)

Form 906
(Rev. January 1987)

Department of the Treasury—Internal Revenue Service

# Closing Agreement On Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman E. and Beverly J. Bush, 1217 122nd Street, CT. E.,
(Taxpayer's name, address, and identifying number)

Tacoma, WA 98445 (hereinafter "taxpayers")
SSN: [redacted] and [redacted]

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS taxpayers are limited partners in the partnership known as Summer Lovers Associates.

WHEREAS taxpayers have claimed a deduction, in the amount of $55,287.00 for their distributive share of the loss claimed by Summer Lovers Associates for the taxable year ended December 31, 1982.

WHEREAS it is desirable for Federal income tax purposes to agree on certain matters pertaining to taxpayers partnership interest.

Now it is hereby determined and agreed for Federal income tax purposes:

1. That the taxpayers initial amount at risk is $50,000.00.

2. That the taxpayers are entitled to claim investment tax credit of $5,000.00 for 1982.

3. That the taxpayers are allowed to claim a loss from Summer Lovers Associates in 1982 in the amount of $50,000.00.

4. That any losses disallowed because they exceed the amount at risk will be carried forward in accordance with I.R.C. § 465.

5. To the extent the partnership earns net income after 1982, the at risk amount will be increased in accordance with I.R.C. § 465.

c70—263-213-1

under I.R.C. §§ 66[illegible] (a), 6661 or 6659.

7. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated transactions.

This agreement is final and conclusive except:

*(1)* the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

*(2)* it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and

*(3)* if it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature [signature] LYMAN F. BUSH  Date Signed 3-25-94

Spouse's signature (if a joint return was filed) [signature] BEVERLY J. BUSH  Date Signed 3-25-94

Taxpayer's representative ........  Date Signed ........

Taxpayer (other than individual) ........

By ........  Date Signed ........

Title ........

Commissioner of Internal Revenue

By [signature]  Date Signed 8-18-94

Title Chief Appeals

AS ORIGINALLY FILED

AS AMENDED

**Form 1040** Department of the Treasury – Internal Revenue Service
**U.S. Individual Income Tax Return** **1993** IRS Use Only – Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1993, or other tax year beginning , 1993, ending , 19 — OMB No. 1545-0074

**Label** (See instructions on page 12.) Use IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial / Last name: LYMAN F. BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial / Last name: BEVERLY J. | Spouse's social security number: [redacted] |
| Home address (number and street). If you have a P.O. box, see page 12. Apt. no.: 1217 122ND STREET COURT EAST | For Privacy Act and Paperwork Reduction Act Notice, see page 4. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.: TACOMA, WA 98445-0000 | |

**Presidential Election Campaign**

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If joint return, does your spouse want $3 to go to this fund? | X | |

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (See page 12.) Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶19 ).

**Exemptions** (See page 13.)

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b [X] Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1993 |
|---|---|---|---|---|
| | | | | |

No. of your children on 6c who: ● lived with you ● didn't live with you due to divorce or separation (see page 15)
Dependents on 6c not entered above

If more than six dependents, see page 14.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 10. If you are attaching a check or money order, put it on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 12,000. |
| 8a | Taxable interest income. Attach Schedule B if over $400 | 8a | 8,417. |
| b | Tax-exempt interest (see page 17). DON'T include on line 8a — 8b 9,284. | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 7,958. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 17) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 47,897. |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | 46,783. |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 | |
| 15 | Other gains or (losses). Attach Form 4797 | 15 | <6.> |
| 16a | Total IRA distributions 16a — b Taxable amount (see page 18) | 16b | |
| 17a | Total pensions and annuities 17a 23,951. — b Taxable amount (see page 18) | 17b | 9,992. |
| 18 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 18 | 6. |
| 19 | Farm income or (loss). Attach Schedule F | 19 | |
| 20 | Unemployment compensation (see page 19) | 20 | |
| 21a | Social security benefits 21a 11,407. — b Taxable amount (see page 19) | 21b | 5,704. |
| 22 | Other income. List type and amount – see page 20 | 22 | |
| 23 | Add the amounts in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 138,751. |

COPY FOR YOUR FILE

**Adjustments to Income** (See page 20.)

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 24a | Your IRA deduction (see page 20) | 24a | | | |
| b | Spouse's IRA deduction (see page 20) | 24b | | | |
| 25 | One-half of self-employment tax (see page 21) | 25 | 3,384. | | |
| 26 | Self-employed health insurance deduction (see page 22) | 26 | 1,837. | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | 5,806. | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | | | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | | | 30 | 11,027. |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income**. If this amount is less than $23,050 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56 ▶ 31 127,724.

Income OFFSET By At-Risk Losses Carried forward

Pg 8 < 1,871 > Summer Lovers
r 9 < 3,497 > Cinema 84
r 10 < 5,551 > Lone Wolf McQuade
138,751

1995 NOL Carryback <22,068>

<11,027>

94,737

310001 01-04-94 S430

Form 1040 (1993)

AS ORIGINALLY FILED

AS AMENDED

Form 1040 (1993) LYMAN F. & BEVI ,Y J. BUSH [redacted] OMB No. 1545-0074 Page 2

| Section | Line | Description | Box | Amount | |
|---|---|---|---|---|---|
| Tax Computation | 32 | Amount from line 31 (adjusted gross income) | 32 | 127,724. | 94,737 |
| | 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | | |
| | c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 24 and check here ▶ 33c ☐ | | | |
| | 34 | Enter the larger of your: Itemized deductions from Schedule A, line 26, OR Standard deduction shown below for your filing status. But if you checked any box on line 33a or b, go to page 24 to find your standard deduction. If you checked box 33c, your standard deduction is zero. • Single - $3,700 • Head of household - $5,450 • Married filing jointly or Qualifying widow(er) - $6,200 • Married filing separately - $3,100 | 34 | 10,688. | <12,597> |
| | 35 | Subtract line 34 from line 32 | 35 | 117,036. | |
| | 36 | If line 32 is $81,350 or less, multiply $2,350 by the total number of exemptions claimed on line 6e. If line 32 is over $81,350, see the worksheet on page 25 for the amount to enter | 36 | 4,700. | <4,700> |
| | 37 | Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0-. | 37 | 112,336. | 77,440 |
| | 38 | Tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c [X] Schedule D Tax Worksheet, or d ☐ Form 8615 (see page 25). Amount from Form(s) 8814 ▶ e | 38 | 26,651. | 16,882 |
| | 39 | Additional taxes (see page 25). Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | | |
| | 40 | Add lines 38 and 39 ▶ | 40 | 26,651. | |
| Credits | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | |
| | 43 | Foreign tax credit. Attach Form 1116 | 43 | | |
| | 44 | Other credits. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 44 | | <1,330> ITC |
| | 45 | Add lines 41 through 44 | 45 | | |
| | 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0-. ▶ | 46 | 26,651. | |
| Other Taxes | 47 | Self-employment tax. Attach Schedule SE. Also, see line 25 | 47 | 6,768. | 6,768 |
| | 48 | Alternative minimum tax. Attach Form 6251 | 48 | 0. | -0- |
| | 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | | |
| | 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | | |
| | 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 | | |
| | 52 | Advance earned income credit payments from Form W-2 | 52 | | |
| | 53 | Add lines 46 through 52. This is your total tax ▶ | 53 | 33,419. | 22,320 |
| Payments | 54 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [X] | 54 | 2,611. | STATEMENT 3 |
| | 55 | 1993 estimated tax payments and amount applied from 1992 return | 55 | 35,930. | |
| Attach Forms W-2, W-2G, and 1099-R on the front. | 56 | Earned income credit. Attach Schedule EIC | 56 | | |
| | 57 | Amount paid with Form 4868 (extension request) | 57 | | |
| | 58a | Excess social security, Medicare, and RRTA tax withheld | 58a | | |
| | b | Deferral of additional 1993 taxes. Attach Form 8841 | 58b | | |
| | 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | | |
| | 60 | Add lines 54 through 59. These are your total payments ▶ | 60 | 38,541. | |
| Refund or Amount You Owe | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you OVERPAID ▶ | 61 | 5,122. | |
| | 62 | Amount of line 61 you want REFUNDED TO YOU ▶ | 62 | | |
| | 63 | Amount of line 61 you want APPLIED TO YOUR 1994 ESTIMATED TAX ▶ | 63 | 5,118. | |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the AMOUNT YOU OWE. For details on how to pay, including what to write on your payment, see page 29 | 64 | | |
| | 65 | Estimated tax penalty (see page 29). Also include on line 64 | 65 | 4. | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| Your signature | Date | Your occupation |
|---|---|---|
| | | STRUCTURAL ENGINEER |
| Spouse's signature. If a joint return, BOTH must sign | Date | Spouse's occupation |
| | | TEACHER |

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ / Preparer's social security no. [redacted] |
| Firm's name (or yours if self-employed) and address | BRINK & SADLER, C.P.A.'S P.O. BOX 99190 TACOMA, WASHINGTON | E. I. No. 91 0861130 / ZIP code 98499-0190 |

310002 10-16-93

0393

2

AS ORIGINALLY FILED

AS AMENDED

SCHEDULE A&B (Form 1040)
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

(Schedule B is on page 2)

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**1993**
Attachment Sequence No. 07

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

94737

| Section | Line | Description | Line no. | Amount | Line no. | Total | As amended |
|---|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | | |
| | 1 | Medical and dental expenses (see page A-1) SEE STATEMENT 7 | 1 | 7,777. | | | |
| | 2 | Enter amount from Form 1040, line 32 [2] 127,724. 94737 | | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 9,579. 7106 | | | |
| | 4 | Subtract line 3 from line 1. If zero or less, enter -0- | | | 4 | 0. | 672 |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 1,638. | | | |
| | 7 | Other taxes. List - include personal property taxes ▶PERSONAL PROPERTY TAX 779. OTHER 57. | 7 | 836. | | | |
| | 8 | Add lines 5 through 7 | | | 8 | 2,474. | 2,474 |
| **Interest You Paid** (See page A-2.) | 9a | Home mortgage interest and points reported to you on Form 1098 STMT 5 | 9a | 131. | | | |
| | b | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 9b | | | | |
| Note: Personal interest is not deductible. | 10 | Points not reported to you on Form 1098. See page A-3 for special rules | 10 | | | | |
| | 11 | Investment interest. If required, attach Form 4952. (See page A-3.) STMT 6 | 11 | 69. | | | |
| | 12 | Add lines 9a through 11 | | | 12 | 200. | 200 |
| **Gifts to Charity** (See page A-3.) | | Caution: If you made a charitable contribution and received a benefit in return, see page A-3. | | | | | |
| | 13 | Contributions by cash or check SEE STATEMENT 4 | 13 | 2,325. | | | |
| | 14 | Other than by cash or check. If over $500, you MUST attach Form 8283 | 14 | 499. | | | |
| | 15 | Carryover from prior year | 15 | | | | |
| | 16 | Add lines 13 through 15 | | | 16 | 2,824. | 2,824 |
| **Casualty and Theft Losses** | 17 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 17 | | |
| **Moving Expenses** | 18 | Moving expenses. Attach Form 3903 or 3903-F. (See page A-4.) | | | 18 | | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you MUST attach Form 2106. (See page A-4.) ▶ | 19 | | | | |
| (See page A-5 for expenses to deduct here.) | 20 | Other expenses - investment, tax preparation, safe deposit box, etc. List type and amount ▶IRA CUSTODIAL FEES 155. INVESTMENT EXPENSE 7,774. SAFE DEPOSIT BOX 39. FROM K-1 - ML-LEE ACQUISITION FUND, L.P. 354. | 20 | 8,322. | | | |
| | 21 | Add lines 19 and 20 | 21 | 8,322. | | | |
| | 22 | Enter amount from Form 1040, line 32 [22] 127,724. 94737 | | | | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | 2,554. 1895 | | | |
| | 24 | Subtract line 23 from line 21. If zero or less, enter -0- | | | 24 | 5,768. | 6,427 |
| **Other Miscellaneous Deductions** | 25 | Other - from list on page A-5. List type and amount ▶ | | | 25 | | |
| **Total Itemized Deductions** | 26 | Is the amount on Form 1040, line 32, more than $108,450 (more than $54,225 if married filing separately)? SEE STATEMENT 8<br>• NO. Your deduction is not limited. Add lines 4, 8, 12, 16, 17, 18, 24, and 25 and enter the total here. Also enter on Form 1040, line 34, the larger of this amount or your standard deduction.<br>• YES. Your deduction may be limited. See page A-5 for the amount to enter. | | | 26 | 10,688. | 12,597 |

COPY FOR FILE

S430 For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule A (Form 1040) 1993

0394

319501
01-04-94

8

08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

3

AS ORIGINALLY FILED

AS AMENDED

| SCHEDULE A | ITEMIZED DEDUCTIONS WORKSHEET | | STATEMENT 8 | |
|---|---|---|---|---|
| 1. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 8, 12, 16, 17, 18, 24, AND 25 . . . . . . . . . . . . . . . . . . . . . . | | 11,266. | 11,484 |
| 2. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 11, AND 17, PLUS ANY GAMBLING LOSSES INCLUDED ON LINE 25 . . . . . . . . | | 69. | 69 |
| 3. | SUBTRACT LINE 2 FROM LINE 1. (IF THE RESULT IS ZERO, STOP HERE; ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 26.) . . . . . . . . . . . . . . . . . . . . . | | 11,197. | 11,415 |
| 4. | MULTIPLY LINE 3 ABOVE BY 80% (.80) . . . . . | 8,958. | | 9,132 |
| 5. | ENTER THE AMOUNT FROM FORM 1040, LINE 32 . . | 127,724. | | 116,805 |
| 6. | ENTER $108,450 ($54,225 IF MARRIED FILING SEPARATELY) . . . . . . . . . . . . . . . . . . | 108,450. | | <108,450> |
| 7. | SUBTRACT LINE 6 FROM LINE 5. (IF THE RESULT IS ZERO OR LESS, STOP HERE; ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 26 . . | 19,274. | | 8,355 |
| 8. | MULTIPLY LINE 7 ABOVE BY 3% (.03) . . . . . . . | 578. | | 251 |
| 9. | COMPARE THE AMOUNTS ON LINES 4 AND 8 ABOVE. ENTER THE SMALLER OF THE TWO AMOUNTS HERE . . . . . . . . . . | | 578. | 251 |
| 10. | TOTAL ITEMIZED DEDUCTIONS. SUBTRACT LINE 9 FROM LINE 1. ENTER THE RESULT HERE AND ON SCHEDULE A, LINE 26 . . . . . | | 10,688. | 11,233 |

AS ORIGINALLY FILED

AS AMENDED

Form 1040 — **Schedule D Tax Worksheet** — 1993

LYMAN F. & BEVERLY J. BUSH [redacted]

| Line | Description | | As originally filed | As amended |
|---|---|---|---|---|
| 1. | Enter the amount from Form 1040, line 37 | | 112,336. | 100,872 Ln 1 |
| 2. | **Net capital gain.** Enter the smaller of Schedule D, line 17 or line 18 | 46,041. | | |
| 3. | If you are filing Form 4952, enter the amount from Form 4952, line 4e | | | |
| 4. | Subtract line 3 from line 2. If zero or less, stop here; you cannot use this worksheet to figure your tax. Instead, use the Tax Table or Tax Rate Schedules | | 46,041. | <46,041> |
| 5. | Subtract line 4 from line 1 | | 66,295. | 54,831 Ln 5 |
| 6. | Enter: $22,100 if single; $36,900 if married filing jointly or qualifying widow(er); $18,450 if married filing separately; or $29,600 if head of household | | 36,900. | 36,900 |
| 7. | Enter the greater of line 5 or line 6 | | 66,295. | 54,831 Ln 7 |
| 8. | Subtract line 7 from line 1 | | 46,041. | 46,041 Ln 8 |
| 9. | Figure the tax on the amount on line 7. Use the Tax Table or Tax Rate Schedules, whichever applies | | 13,760. | 10,554 Ln 9 |
| 10. | Multiply line 8 by 28% (.28) | | 12,891. | 12,891 Ln 10 |
| 11. | Add lines 9 and 10 | | 26,651. | 23,445 |
| 12. | Figure the tax on the amount on line 1. Use the Tax Table or Tax Rate Schedules, whichever applies | | 27,353. | 23,799 |
| 13. | **Tax.** Enter the smaller of line 11 or line 12 here and on Form 1040, line 38. Check the box for Schedule D Tax Worksheet | | 26,651. | 23,445 |

COPY FOR YOUR FILE

AS ORIGINALLY FILED

SCHEDULE E (Form 1040)

Department of the Treasury Internal Revenue Service

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

1993

Attachment Sequence No. 13

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

**Part I Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental real estate property:

A RENTAL HOUSE (1/3 INTEREST) 5026 SOUTH PUGET SOUND

B

C

2 For each rental real estate property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| | Line | Properties A | B | C | Line | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| **Income:** | | | | | | |
| 3 Rents received | 3 | 2,431. | | | 3 | 2,431. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 59. | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. | 12 | | | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs - Carpenter, screens, etc. | 14 | | | | | |
| - Electrical and plumbing | | | | | | |
| - Painting and decorating | | | | | | |
| - Roofing | | | | | | |
| - Miscellaneous | | 309. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 261. | | | | |
| 17 Utilities | 17 | 15. | | | | |
| 18 Other (list) ▶ SEE STATEMENT 17 | 18 | 249. | | | | |
| 19 Add lines 5 through 18 | 19 | 893. | | | 19 | 893. |
| 20 Depreciation expense or depletion | 20 | 552. | | | 20 | 552. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 1,445. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-2 to find out if you must file Form 6198 | 22 | 986. | | | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582 | 23 | | | | | |

| | | |
|---|---|---|
| 24 Income. Add positive amounts shown on line 22. Do not include any losses. | 24 | 986. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | 25 | ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 18. Otherwise, include this amount in the total on line 40 on page 2 | 26 | 986. |

COPY FOR YOUR FILE

0397

S430 For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule E (Form 1040) 1993

321491 01-04-94



08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

6

AS ORIGINALLY FILED

Schedule E (Form 1040) 1993 Attachment Sequence No. OMB No. 1545-0074 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | Your social security number

LYMAN F. & BEVERLY J. BUSH [redacted]

Note: If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

**Part II** Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 18 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 12,221. | | | |
| b Totals | 13,201. | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 12,221. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 13,201.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | <980.> |

**Part III** Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

COPY FOR YOUR FILE

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

**Part IV** Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

**Part V** Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 6. |
| 41 | Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III and on line 39 — 41 | | |

0398

AS ORIGINALLY FILED

## 19 3 Income from Passthrou_is

AS AMENDED

SUMMER LOVERS ASSOCIATES
I.D. NUMBER: 11-2615060
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

| | | | |
|---|---|---|---|
| SUMMER LOVERS ASSOCIATES | | | Income Removed Offset by AtRisk Loss Carryover |
| OTHER PASSIVE ACTIVITY | | | |
| ORDINARY INCOME (LOSS) | 3,284 | | |
| SCHEDULE E INCOME BEFORE CARRYOVER | 3,284 | | |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | -1,413 | | |
| SCHEDULE E ACTIVITY NET INCOME | 1,871 | <1,871> To Page 1 | Income in Return to be removed |
| TAX PREFERENCE ITEMS: | | | |
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | | 1,413 | |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 2 |
| INVESTMENT INCOME | 2 |

COPY FOR YOUR FILE



328021
07-13-93

AS ORIGINALLY FILED

AS AMENDED

## 19 3 Income from Passthroughs

CINEMA '84 REGISTRATION NO. 8427
I.D. NUMBER: 11-2678807
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

CINEMA '84 REGISTRATION NO. 8427

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | 4,389 | |
| SCHEDULE E INCOME BEFORE CARRYOVER | 4,389 | |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | -892 | |
| SCHEDULE E ACTIVITY NET INCOME | 3,497 | |

Income Removed As Offset By At-Risk Loss Carryforwards

Net Income in return to be removed To page 1

TAX PREFERENCE ITEMS:

| | | |
|---|---|---|
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | | 1,018 |

OTHER K-1 INFORMATION:

| | | |
|---|---|---|
| INTEREST | | 13 |
| INVESTMENT INCOME | | 13 |

COPY FOR YOUR FILE

0400

328021
07-13-93

9