AS ORIGINALLY FILED

ITC BASIS TO EXTENT OF Income OFFSET BY AT RISK Carryforward

Lone Wolf McQuade 10,219
Sch K-1

x 10% = 1,022

Form **3468** Department of the Treasury Internal Revenue Service

# Investment Credit

▶ Attach to your return.
▶ See separate instructions.

OMB No. 1545-0155 **1995** Attachment Sequence No. 52

Name(s) shown on return | Identifying number

## Part I Current Year Investment Credit

**Note:** *Generally, you cannot claim the regular investment credit for property placed in service after December 31, 1985 (see instructions).*

| Line | Description | Amount | Rate | Box | Value |
|---|---|---|---|---|---|
| 1 | Rehabilitation credit. Enter the amount of qualified rehabilitation expenditures and multiply by the percentage shown: | | | | |
| a | Pre-1936 buildings | | × 10% (.10) | 1a | |
| b | Certified historic structures (attach NPS certificate) | | × 20% (.20) | 1b | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see instructions) | | | | |
| | Transition property: | | | | |
| c | 30-year-old buildings | | × 10% (.10) | 1c | |
| d | 40-year-old buildings | | × 13% (.13) | 1d | |
| e | Certified historic structures (attach NPS certificate) | | × 25% (.25) | 1e | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see instructions) | | | | |
| 2a | Energy credit. Enter the basis of energy property placed in service during the tax year (see instructions) | | × 10% (.10) | 2a | |
| b | Transition energy property. Attach computation (see instructions) | | | 2b | |
| 3 | Reforestation credit. Enter the amortizable basis of qualified timber property acquired during the tax year (see instructions for limitations) | | × 10% (.10) | 3 | |
| 4 | Regular investment credit for transition property. Enter qualified investment (see instructions) | | × 6.5% (.065) | 4 | |
| 5 | Credit from cooperatives. Enter the unused regular investment credit for transition property and the unused energy credit from cooperatives | | | 5 | |
| 6 | Total current year investment credit. Add lines 1a through 5 | | | 6 | 1,022 |

## Part II Tax Liability Limit (See Who Must File Form 3800 to find out if you complete Part II or file Form 3800.)

| Line | Description | Sub-box | Sub-amount | Box | Value |
|---|---|---|---|---|---|
| 7a | Individuals. Enter amount from Form 1040, line 40 | | | | |
| b | Corporations. Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) | | | 7 | -0- |
| c | Other filers. Enter regular tax before credits from your return | | | | |
| 8a | Credit for child and dependent care expenses (Form 2441, line 10) | 8a | | | |
| b | Credit for the elderly or the disabled (Schedule R (Form 1040), line 20) | 8b | | | |
| c | Mortgage interest credit (Form 8396, line 11) | 8c | | | |
| d | Foreign tax credit (Form 1116, line 32, or Form 1118, Sch. B, line 12) | 8d | | | |
| e | Possessions tax credit (Form 5735) | 8e | | | |
| f | Orphan drug credit (Form 6765) | 8f | | | |
| g | Credit for fuel from a nonconventional source | 8g | | | |
| h | Qualified electric vehicle credit (Form 8834, line 19) | 8h | | | |
| i | Add lines 8a through 8h | | | 8i | |
| 9 | Net regular tax. Subtract line 8i from line 7 | | | 9 | -0- |
| 10 | Tentative minimum tax (see instructions): | | | | |
| a | Individuals. Enter amount from Form 6251, line 26 | | | | |
| b | Corporations. Enter amount from Form 4626, line 13 | | | 10 | — |
| c | Estates and trusts. Enter amount from Form 1041, Schedule I, line 37 | | | | |
| 11 | Net income tax: | | | | |
| a | Individuals. Add line 9 above and line 28 of Form 6251 | | | | |
| b | Corporations. Add line 9 above and line 15 of Form 4626 | | | 11 | — |
| c | Estates and trusts. Add line 9 above and line 41 of Form 1041, Schedule I | | | | |
| 12 | If line 9 is more than $25,000, enter 25% (.25) of the excess (see instructions) | | | 12 | — |
| 13 | Subtract line 10 or line 12, whichever is greater, from line 11. If zero or less, enter -0- | | | 13 | — |
| 14 | Investment credit allowed for current year. Enter the smaller of line 6 or line 13. This is your General Business Credit for 1995. Enter here and on Form 1040, line 44; Form 1120, Schedule J, line 4d; Form 1120-A, Part I, line 2a; or on the appropriate line of other income tax returns | | | 14 | -0- |

For Paperwork Reduction Act Notice, see separate instructions. Cat. No. 12276E Form **3468** (1995)

0461

95 Income from Pass' ou

CINEMA '84 REGISTRATION NO. 8427
I.D. NUMBER: 11-2678807
TYPE: PARTNERSHIP

AS ORIGINALLY FILED

ACTIVITY INFORMATION:

CINEMA '84 REGISTRATION NO. 8427

100% DISPOSITION AT A NET LOSS

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -1416 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -1416 |
| PAL CARRYOVER FROM 1994 - SCHEDULE E | | -14 |
| SCHEDULE E ACTIVITY NET LOSS | | -1430 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1994 - SCHEDULE E | 14 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 15 |
| INVESTMENT INCOME | 15 |

95 Income from Passthroug

LONE WOLF MCQUADE ASSOCIATES
I.D. NUMBER: 13-3109971
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

LONE WOLF MCQUADE ASSOCIATES

100% DISPOSITION AT A NET GAIN

| | |
|---|---|
| ORDINARY INCOME (LOSS) | 10219 |
| SCHEDULE E ACTIVITY INCOME (LOSS) | 10219 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 15 |
| INVESTMENT INCOME | 15 |

95 Income from Passthroug

SUMMER LOVERS ASSOCIATES
I.D. NUMBER: 11-2615060
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

SUMMER LOVERS ASSOCIATES

100% DISPOSITION AT A NET GAIN

| | |
|---|---|
| ORDINARY INCOME (LOSS) | 9262 |
| SCHEDULE E ACTIVITY INCOME (LOSS) | 9262 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 17 |
| INVESTMENT INCOME | 17 |

AS AMENDED

Form 1045 (1995)



## Schedule A – Net Operating Loss (NOL). See instructions.

| Line | Description | Inner column | Middle column | Right column |
|---|---|---|---|---|
| 1 | Adjusted gross income from 1995 Form 1040, line 32. Estates and trusts, skip lines 1 and 2 | | | 1 ‹86,878› |
| 2 | Deductions (individuals only): | | | |
| a | Enter amount from your 1995 Form 1040, line 34 | | 2a 23,247 | |
| b | Enter your deduction for exemptions from 1995 Form 1040, line 36 | | 2b 5,000 | |
| c | Add lines 2a and 2b | | | 2c 28,247 |
| 3 | Combine lines 1 and 2c. Estates and trusts, enter taxable income. | | | 3 ‹115,125› |
| | **Note:** If line 3 is zero or more, do not complete rest of schedule. You do **not** have a net operating loss. | | | |
| | **Adjustments:** | | | |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter exemption amount from tax return. | | 4 5,000 | |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number. 7917, 26361, 69074 | 5 103,350 | | |
| 6 | Total nonbusiness capital gains. 7820, 12498, 37 | 6 20,355 | | |
| 7 | If line 5 is more than line 6, enter difference; otherwise, enter -0- | 7 82,995 | | |
| 8 | If line 6 is more than line 5, enter difference; otherwise, enter -0- | 8 – | | |
| 9 | Nonbusiness deductions. See instructions | 9 30,316 | | |
| 10 | Nonbusiness income other than capital gains. See instructions. 13094, 5372, 8851, | 10 27,317 | | |
| 11 | Add lines 8 and 10 | 11 27,317 | | |
| 12 | If line 9 is more than line 11, enter difference; otherwise, enter -0- | | 12 2,999 | |
| 13 | If line 11 is more than line 9, enter difference; otherwise, enter -0-. Do not enter more than line 8 | 13 – 0 – | | |
| 14 | Total business capital losses before limitation. Enter as a positive number | 14 – 0 – | | |
| 15 | Total business capital gains. | 15 2,993 | | |
| 16 | Add lines 13 and 15. | 16 2,993 | | |
| 17 | If line 14 is more than line 16, enter difference; otherwise, enter -0- | 17 – 0 – | | |
| 18 | Add lines 7 and 17 | 18 82,995 | | |
| 19 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17, column (c), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line, skip lines 19 through 21 and enter on line 22 the amount from line 18 | 19 80,002 | | |
| 20 | Enter the loss from line 19 of Schedule D (Form 1040). (Estates and trusts, enter the loss from line 18 of Schedule D (Form 1041).) Enter as a positive number | 20 3,000 | | |
| 21 | Subtract line 20 from line 19 | 21 77,002 | | |
| 22 | Subtract line 21 from line 18 | | 22 5993 | |
| 23 | Net operating loss deduction for losses from other years. Enter as a positive number | | 23 0 | |
| 24 | Add lines 4, 12, 22, and 23 | | | 24 13,992 |
| 25 | **Net operating loss.** Combine lines 3 and 24. If the combined amount is less than zero, enter it here and on page 1, line 1a. If the combined amount is zero or more, you do **not** have a net operating loss. | | | 25 ‹101,133› |

| | ORDINARY Business | ORDINARY Non Bus | CAPITAL Business | CAPITAL Non Business |
|---|---|---|---|---|
| Gains ‹Losses› Inc ‹Loss› | 12000 | 13094 (27317 Ln 10) | 2993 | 7820 |
| | 36201 | 5372 | | 12498 |
| | ‹21› | 8851 | | 37 |
| | ‹1409› | ‹7069› (Ln 9 30316) | | ‹7917› |
| | ‹93,044› | ‹23,247› | | ‹26,361› (‹13923› None Allowed) |
| | ‹57,848› | | | |
| | ‹104,126› | – 0 – None | 2993 | – 0 – |

Σ ‹101,133›

For Paperwork Reduction Act Notice, see separate instr. CS1

Form 1045 (1995)

0463

AS ORIGINALLY FILED

**SCHEDULE D (Form 1040)**
Department of the Treasury
Internal Revenue Service

## Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074
**1995**
Attachment Sequence No. 12

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH
Your social security number: [redacted]

**Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 SEE STATEMENT 13 | | 166547. | 166644. | 7917. | 7820. |
| | | | | | |
| | | | | | |
| 2 Enter your short-term totals, if any | 2 | | | | |
| 3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 | 3 | 166547. | | | |
| 4 Short-term gain from Forms 2119 and 6252, and short-term gain or loss from Forms 4684, 6781, and 8824 | | | 4 | | |
| 5 Net short-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 5 | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 9 of your 1994 Capital Loss Carryover Worksheet | | | 6 | | |
| 7 Add lines 1 through 6, in columns (f) and (g) | | | 7 | ( 7917.) | 7820. |
| 8 Net short-term capital gain or (loss). Combine columns (f) and (g) of line 7 ▶ | | | | 8 | -97. |

**Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year**

| (a) Description of property | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|
| 9 SEE STATEMENT 14 | | 170373. | 184236. | 26361. | 12498. |
| | | | | | |
| | | | | | |
| 10 Enter your long-term totals, if any | 10 | | | | |
| 11 Total long-term sales price amounts. Add column (d) of lines 9 and 10 | 11 | 170373. | | | |
| 12 Gain from Form 4797; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or loss from Forms 4684, 6781, and 8824 | | | 12 | | |
| 13 Net long-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 13 | | 2993. |
| 14 Capital gain distributions | | | 14 | | 37. |
| 15 Long-term capital loss carryover. Enter the amount, if any, from line 14 of your 1994 Capital Loss Carryover Worksheet | | | 15 | 69072. | |
| 16 Add lines 9 through 15, in columns (f) and (g) | | | 16 | ( 95433.) | 15528. |
| 17 Net long-term capital gain or (loss). Combine columns (f) and (g) of line 16 ▶ | | | | 17 | -79905. |

**Part III Summary of Parts I and II**

| | | |
|---|---|---|
| 18 Combine lines 8 and 17. If a loss, go to line 19. If a gain, enter the gain on Form 1040, line 13. Note: If both lines 17 and 18 are gains, see the Capital Gain Tax Worksheet | 18 | -80002. |
| 19 If line 18 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses: a The loss on line 18; or b ($3,000) or, if married filing separate, ($1,500) | 19 | ( 3000.) |
| Note: See the Capital Loss Carryover Worksheet if the loss on line 18 exceeds the loss on line 19 or if Form 1040, line 35, is a loss. SEE STATEMENT 15 | | |

AS ORIGINALLY FILED

:YMAN F. & BEVERLY J. BU'"H [redacted]

| IEDULE B | TAX-EXEMPT INTEREST | STATEMENT 12 |
|---|---|---|
| 1E OF PAYER | | AMOUNT |
| TEREST FROM MUNICIPAL BONDS | | 7211. |
| TAL TAX-EXEMPT INTEREST TO SCHEDULE B, LINE 1 | | 7211. |

HEDULE D — SHORT-TERM CAPITAL GAINS AND LOSSES — STATEMENT 13

| SCRIPTION | ACQUIRED | SOLD | PRICE | COST | LOSS | GAIN |
|---|---|---|---|---|---|---|
| 00 SHARES DERATED PARTMENT STORES | 03/10/95 | 07/18/95 | 27476. | 21574. | | 5902. |
| 00 SHARES SION SYSTEMS RP | 02/03/95 | 03/10/95 | 24996. | 25003. | 7. | |
| 00 SHARES PNC NK | 09/13/95 | 09/13/95 | 27105. | 27890. | 785. | |
| 0 SHARES CKSON ASSOC ALTY | 06/02/95 | 10/13/95 | 13139. | 12532. | | 607. |
| 0 SHARES NZOIL | 01/19/94 | 01/18/95 | 21217. | 28224. | 7007. | |
| 00 SHARES SW OPERTY TRUST | 10/12/94 | 01/13/95 | 24185. | 24303. | 118. | |
| 00 SHARES OLWORTH | 12/21/94 | 01/13/95 | 28429. | 27118. | | 1311. |
| TAL TO SCH. D, PART I, LINE 1 | | | 166547. | 166644. | 7917. | 7820. |

HEDULE D — LONG-TERM CAPITAL GAINS AND LOSSES — STATEMENT 14

| SCRIPTION | ACQUIRED | SOLD | PRICE | COST | LOSS | GAIN |
|---|---|---|---|---|---|---|
| SHARES - JNICIPAL IVESTMENT 9 AMT | 01/29/91 | 05/24/95 | 60403. | 76908. | 16505. | |
| RI BUSINESS ROPERTIES FUND IMITED | | 12/30/94 | 112. | 0. | | 112. |
| 50 SHARES RISTOL MEYER QUIBB | 09/22/92 | 03/10/95 | 9116. | 10243. | 1127. | |
| 00 SHARES RISTOL MEYER QUIBB | VARIOUS | 06/02/95 | 26317. | 27128. | 811. | |

COPY FOR YOUR FILE



0465

AS ORIGINALLY FILED

LYMAN F. & BEVERLY J. BU[illegible] [redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 00 SHARES IGLER COAL LDING | 09/ /94 | 10/25/95 | 22702. | 30620. | 7918. | |
| 0 SHARES IBM | 07/28/93 | 01/18/95 | 30467. | 18803. | | 11664. |
| 00 SHARES USF & | 11/15/93 | 02/03/95 | 21256. | 20534. | | 722. |
| TAL TO SCH. D, PART II, LINE 9 | | | 170373. | 184236. | 26361. | 12498. |

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush 503303721

OMB No. 1545-0091

This return is for calendar year ▶ 1995, OR fiscal year ended ▶ , 19

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ [X]

B Has the original return been changed or audited by the IRS or have you been notified that it will be? [X] Yes [ ] No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| Income and Deductions (see pages 2 - 5) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 74,240 | (161,118) | (86,878) |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 17,508 | 5,739 | 23,247 |
| 3 Subtract line 2 from line 1 | 3 | 56,732 | (166,857) | (110,125) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 5,000 | 0 | 5,000 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 51,732 | (166,857) | (115,125) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 9,413 | (9,413) | 0 |
| 7 Credits (see page 4) | 7 | | 1,948 | 1,948 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 9,413 | (9,413) | 0 |
| 9 Other taxes (see page 4) | 9 | 5,115 | 0 | 5,115 |
| 10 Total tax. Add lines 8 and 9 | 10 | 14,528 | (9,413) | 5,115 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,553 | 0 | 2,553 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 8,262 | 0 | 8,262 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 3,713 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 14,528 |

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | 14,528 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 9,413 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 9,413 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F Bush 11-24-99
Your signature Date

▶ Lyman F Bush Personal Representative of the Estate of Beverly J Bush deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Brett A Thompson CPA Date 11/23/99 Check if self-employed [X] Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas EIN ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA
STF FED3171F.1

Form **1040X** (Rev. 11-98)

EXHIBIT "H" 0467

Bush [redacted]

Form 1040X (Rev. 11-98) Page 2

**Part I** **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | | | | |
| 26 Your dependent children who lived with you . . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . . . . . . . . . . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
- **lived with** you . . . . . . . . ▶ ☐
- **did not live** with you due to divorce or separation (see page 5) . . . . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

***** *PLEASE SEE EXPLANATION ATTACHED* *****

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . . ▶ ☐

STF FED3171F.2

**LYMAN F. BUSH and BEVERLY J. BUSH**
**(SSN [redacted] and SSN [redacted])**
**EXPLANATION - 1995 REFUND CLAIM**

The taxpayer and the Commissioner entered into a Closing Agreement ("Agreement") on July 22, 1999 regarding the taxpayer's partnership interest in Cinema 84 and Lone Wolf McQuade Associates, copies of which are attached hereto as Exhibit "A."

This refund claim is being filed and is timely based on Paragraph 15 of the Agreement which provides that "[a]ny refund claim attributable to the operation of this agreement ***shall*** be deemed to be timely filed and ***shall*** be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue."

Further, pursuant to Paragraph 15 of the Agreement, "[a]ny refund claim so submitted within 120 days of this agreement shall be allowed as an offset pursuant to I.R.C. §§6402(a) and 6601(f) against any tax deficiencies resulting from this agreement." Therefore, the refund due under this claim must be applied as an offset to the tax deficiencies arising from the settlement. The refund should be applied first to any deficiency determined for 1983 and thereafter any balance to any subsequent year deficiencies.

This refund claim results from application of the portion of the §465 suspended losses allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8 and capital contributions based on Agreement Paragraph 7 as reported on the K-1 attached as Exhibit "B.".

This refund claim also results from application of the portion of the §465 suspended investment tax credits allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

Based upon the Agreement, the suspended losses and ITC allowable in this year as a consequence of Paragraph 8 of the Agreement are determined as follows:

| | Cinema 84 | Lone Wolf McQuade |
|---|---|---|
| Increase of amount at risk due to net partnership income and capital contributions in current year per K-1 | $87,442.00 | $107,206.00 |
| Portion of losses previously suspended under §465 allowable in current year per Closing Agreement | $57,848.00 | $93,049.00 |
| Portion of ITC suspended under §465 allowable due to increase in amount at risk | $-0.00- | $1,022.00 |

***Please process this claim immediately and apply the refund as an offset under §6402 as required above.***

Exhibit:

A - Copy of Closing Agreement
B - Copy of K-1
C - Computation of Deduction Amounts

Department of the Treasury - Internal Revenue Service

# Closing Agreement on Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush (SSN: [redacted]) and Beverly J. Bush (SSN: [redacted])
(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Cinema 84 (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1984 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1984 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1984 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1984 through 1989 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is 50,000.00.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1989, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

EXHIBIT "A"

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1984 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1984 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1987 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 et seq.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature *Lyman F Bush* Date Signed *6-25-99*

Spouse's signature (if a joint return was filed) *Beverly J. Bush BY Lyman F Bush SPOUSE OF DECEASED* Date Signed *6-25-99*

Taxpayer's Representative ______________________ Date Signed __________

Taxpayer (other than individual) ______________________

By ______________________ Date Signed __________

Title ______________________

Commissioner of Internal Revenue

By *Philip J. Stolrano* Date Signed *8/2/99*

Title *Associate Chief*

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

*Bradford A. Johnson* *7/22/99*
(Receiving Officer) (Date)

Assistant District Counsel
(Title)

Department of the Treasury - Internal Revenue Service

**Closing Agreement on Final Determination**
**Covering Specific Matters**

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush (SSN: [redacted]) and Beverly J. Bush (SSN: [redacted])
(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Greenberg Brothers Partnership #12 a/k/a Lone Wolf McQuade Associates (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1983 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1983 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1983 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1983 through 1986 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is $50,000.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion picture Lone Wolf McQuade and Strange Invaders, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1986, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1983 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1983 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion picture Lone Wolf McQuade and Strange Invaders, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1983 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 et seq.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature Lyman F Bush Date Signed 6-25-99

Spouse's signature (if a joint return was filed) Beverly J. Bush by Lyman F Bush Spouse are Deceased Date Signed 6-25-99

Taxpayer's Representative ______ Date Signed ______

Taxpayer (other than individual) ______

By ______ Date Signed ______

Title ______

Commissioner of Internal Revenue

By Philip J. Dolisano Date Signed 8/1/99

Title Associate Chief

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

Bradford A. Johnson 7/22/99

(Receiving Officer) (Date)

Assistant District Counsel

(Title)

5-29-1995 8:00PM FROM

P. 2

31 107150-5 5740724-7 49 03/23/96

SCHEDULE K-1 (Form 1065)

Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions

For calendar year 1995 or tax year beginning and ending

OMB No. 1545-0099

**1995**

Partner's identifying number ▶ [redacted]

Partner's name, address, and ZIP code

LYMAN & BEVERLY BUSH
1217 122ND ST COURT E
TACOMA WA 98445

Partnership's identifying number ▶ 13-3109971

Partnership's name, address, and ZIP code

LONE WOLF MCQUADE ASSOCIATES
11 EAST 26 STREET
NEW YORK, NY 10010

A This partner is a [ ] general partner [X] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1.5806% |
| Loss sharing | % | 1.5806% |
| Ownership of capital | % | % |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities (see instructions):

Nonrecourse $

Qualified nonrecourse financing $

Other $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <103,828.> | 96,987. | 6,599. | ( <242.> ) | 0. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 10,219. | See pages 6 and 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 15. | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c and 4f above | b(1) | 15. | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on line 13a and 13b) related to rental real estate activities | 13c | | |
| | d | Credits related to other rental activities | 13d | | |
| | 14 | Other credits | 14 | | |

0476

EXHIBIT B

31 107150-5 5740724-7 49 03/23/96

Schedule K-1 (Form 1065) (1995) Page 2

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Self-employment | 15 a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | | See page 8 and 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17 a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or U.S. possession ▶ | | | |
| | c | Total gross income from sources outside the U.S. (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116 |
| Other | 18 | Section 59(e)(2) expenditures: a Type ▶ | | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses SEE SCHEDULE 10 | 21 | 3,635. | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | | |
| | 23 | Distributions of property other than money | 23 | <243.> | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

SUPPLEMENTAL INFORMATION

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

0477

Oct 4 10/10

LONE WOLF MCQUADE ASSOCIATES 13-3109971

SCHEDULE K-1 - NONDEDUCTIBLE EXPENSE SCHEDULE 10

| DESCRIPTION | AMOUNT |
|---|---|
| SYNDICATION EXPENSE | 3635. |
| TOTAL TO SCHEDULE K1 LINE 21 | 3635. |

31 107150-5 5740724-7 49 03/23/96

OD 4/9/9

STRAUSS & COMAS, P.C.
462 SEVENTH AVENUE
NEW YORK, NY 10018

LYMAN & BEVERLY BUSH
1217 122ND ST COURT E
TACOMA WA 98445

LONE WOLF MCQUADE ASSOCIATES

Dear Partner:

The required partnership income tax returns have been filed for the period indicated. Please refer to the enclosed Schedule(s) K-1 for your distributive share of partnership income (or loss) and other tax information needed to complete your 1995 individual tax forms.

Analysis of Capital Account

| | | |
|---|---|---|
| Beginning Capital | | (103,828) |
| Capital Contributed | 96,987 | |
| Net Income | 6,599 | 103,586 |
| | | (242) |
| Withdrawals/Distributions | (242) | |
| Net Loss | 0 | 242 |
| Ending Capital | | 0 |

Sincerely,

STRAUSS & COMAS, P.C.

5-27-1995 5:06AM FROM P. 6

31 107150-5 5740768-9 44 03/26/96

2D

SCHEDULE K-1 (Form 1065)

Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions

For calendar year 1995 or tax year beginning and ending

OMB No. 1545-0099

**1995**

Partner's identifying number ▶ [redacted]

Partnership's identifying number ▶ 11-2678807

Partner's name, address, and ZIP code

LYMAN BUSH
1217 122ND ST COURT E
TACOMA WA 98445

Partnership's name, address, and ZIP code

CINEMA 84-REGISTRATION NO 84272000294
11 EAST 26TH STREET
NEW YORK, NY 10010

A This partner is a [ ] general partner [X] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | .4083% |
| Loss sharing | % | .4083% |
| Ownership of capital | % | % |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities (see instructions):

Nonrecourse $

Qualified nonrecourse financing $

Other $

G Tax shelter registration number ▶ 84272000294

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <83,917.> | 87,442. | <1,401.> | ( 2,124.) | 0. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| INCOME (LOSS) | 1 | Ordinary income (loss) from trade or business activities | 1 | <1,416.> | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 15. | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) | 7 | | Enter on applicable line of your return. |
| DEDUCTIONS | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c and 4f above | b(1) | 15. | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| CREDITS | 13a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on line 13a and 13b) related to rental real estate activities | 13c | | |
| | d | Credits related to other rental activities | 13d | | |
| | 14 | Other credits | 14 | | |

0480

5-27-1995 5:07AM FROM P. 7

31 107150-5 5740768-9 44 03/26/96

Schedule K-1 (Form 1065) (1995) Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Self-employment | 15 a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 8 and 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17 a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | Form 1116, Part I |
| | c Total gross income from sources outside the U.S. (attach schedule) | 17c | | |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 2,124. | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

SUPPLEMENTAL INFORMATION

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

5-27-1995 5:07AM FROM P. 8

31 107150-5 5740768-9 44 03/26/96

Form **8271** (Rev. March 1993) Department of the Treasury Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881 Expires 3-31-96

Attachment Sequence No. 71

| Investor's name(s) shown on return | Investor's identifying number | Investor's tax year ended |
|---|---|---|
| LYMAN BUSH | [redacted] | 12/31/95 |

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number (11-digit number) | c. Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | CINEMA 84-REGISTRATION NO 84272000294 | 84272000294 | 11-2678807 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

31 107150-5 5740768-9 44 03/26/96

Dr 4/1/11

STRAUSS & COMAS, P.C.
462 SEVENTH AVENUE
NEW YORK, NY 10018

LYMAN BUSH
1217 122ND ST COURT E
TACOMA WA 98445

CINEMA 84-REGISTRATION NO 84272000294

Dear Partner:

The required partnership income tax returns have been filed for the period indicated. Please refer to the enclosed Schedule(s) K-1 for your distributive share of partnership income (or loss) and other tax information needed to complete your 1995 individual tax forms.

Analysis of Capital Account

| | | |
|---|---|---|
| Beginning Capital | | (83,917) |
| Capital Contributed | 87,442 | |
| Net Income | 0 | 87,442 |
| | | 3,525 |
| Withdrawals/Distributions | 2,124 | |
| Net Loss | 1,401 | (3,525) |
| Ending Capital | | 0 |

Sincerely,

STRAUSS & COMAS, P.C.

Lyman F. and Beverly J. Bush
Form 1040X, Amended U. S. Individual Income Tax Return
SSN [redacted]

***Lone Wolf McQuade Associates***

Income or (Loss) Affecting At-Risk Amounts

| | | |
|---|---|---|
| 1983 Capital Contribution as on Closing Agreement | | 50,000 |
| 1983 Loss deemed up to At-Risk Amount as on Closing Agreement | | (50,000) |
| 1984 Partnership Income or (Loss) | *Disallowed* | (36,597) |
| 1985 Partnership Income or (Loss) | *Disallowed* | (33,442) |
| 1986 Partnership Income or (Loss) | *Disallowed* | (34,003) |
| 1987 Income Used Offsetting At-Risk Amount | | 398 |
| 1988 Income Used Offsetting At-Risk Amount | | 38 |
| 1989 Partnership Income or (Loss) | | (102) |
| 1990 Income Used Offsetting At-Risk Amount | | 43 |
| 1991 Partnership Income or (Loss) | | (56) |
| 1992 Partnership Income or (Loss) | | 0 |
| 1993 Income Used Offsetting At-Risk Amount | | 5,626 |
| 1994 Income Used Offsetting At-Risk Amount | | 5,046 |
| Unused At-Risk CarryForward into 1995 | | (93,049) |

Computation of Deduction for At-Risk Losses for 1995

| | |
|---|---|
| 1995 Additional Capital Contributed from Schedule K-1 | 96,987 |
| 1995 Partner's Income from Schedule K-1 | 10,219 |
| | 107,206 |
| ** ***** *1995 Deduction At-Risk Losses Limited to At-Risk Carryforward* | *93,049* |
| Unrecovered Basis as of December 31, 1995 | 14,157 |

EXHIBIT "C"

Lyman F. and Beverly J. Bush
Form 1040X, Amended U. S. Individual Income Tax Return
SSN[redacted]

***Cinema 84***

Income or (Loss) Affecting At-Risk Amounts

| | | |
|---|---|---|
| 1984 Capital Contribution as on Closing Agreement | | 50,000 |
| 1984 Income Used Offsetting At-Risk Amount | | (45,187) |
| 1985 Partnership Income or (Loss) | *Disallowed* | (21,553) |
| 1986 Partnership Income or (Loss) | *Disallowed* | (20,079) |
| 1987 Partnership Income or (Loss) | *Disallowed* | (25,733) |
| 1988 Income Used Offsetting At-Risk Amount | | 2,338 |
| 1989 Partnership Income or (Loss) | | (4,751) |
| 1990 Income Used Offsetting At-Risk Amount | | 1,459 |
| 1991 Income Used Offsetting At-Risk Amount | | 1,272 |
| 1992 Partnership Income or (Loss) | | 0 |
| 1993 Income Used Offsetting At-Risk Amount | | 4,389 |
| 1994 Income Used Offsetting At-Risk Amount | | (3) |
| Unused At-Risk CarryForward into 1995 | | (57,848) |

Computation of Deduction for At-Risk Losses for 1995

| | |
|---|---|
| 1995 Additional Capital Contributed from Schedule K-1 | 87,422 |
| 1995 Partner's Loss | (1,430) |
| | 85,992 |
| ** ***** *1995 Deduction At-Risk Losses Limited to At-Risk Carryforward* | *57,848* |
| Unrecovered Basis as of December 31, 1995 | 28,144 |

AS ORIGINALLY FILED

AS AMENDED

**Form 1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return 1995** IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1995, or other tax year beginning , 1995, ending , 19 — OMB No. 1545-0074

**Label** (See instructions on page 11.) Use the IRS label. Otherwise, please print or type.

Your first name and initial / Last name: LYMAN F. BUSH — Your social security number: [redacted]

If a joint return, spouse's first name and initial / Last name: BEVERLY J. BUSH — Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see page 11. Apt. no.: 1217 122ND STREET COURT EAST

City, town or post office, state, and ZIP code. If you have a foreign address, see page 11.: TACOMA, WA 98445-0000

For Privacy Act and Paperwork Reduction Act Notice, see page 7.

**Presidential Election Campaign**

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (See page 11.) Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

**Exemptions** (See page 12.)

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b [X] Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name Last name | (2) Dependent's social security number if born in 1995, see page 13. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1995 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who: • lived with you; • didn't live with you due to divorce or separation (see page 14); Dependents on 6c not entered above

If more than six dependents, see page 13.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income** (Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 14. Enclose, but do not attach, your payment and payment voucher. See page 33.)

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 12000. |
| 8a | Taxable interest income. Attach Schedule B if over $400 | | 13094. |
| b | Tax-exempt interest (see page 15). DON'T include on line 8a | 8b 7211. | |
| 9 | Dividend income. Attach Schedule B if over $400 | | 5372. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 15) | | |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 36201. |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | | -3000. |
| 14 | Other gains or (losses). Attach Form 4797 | | -21. |
| 15a | Total IRA distributions 15a | b Taxable amount (see page 16) 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see page 16) 16b | 8851. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | -1409. |
| 18 | Farm income or (loss). Attach Schedule F | | |
| 19 | Unemployment compensation (see page 17) | | |
| 20a | Social security benefits 20a 12025. | b Taxable amount (see page 18) 20b | 10221. |
| 21 | Other income. List type and amount - see page 18 | | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 81309. |

COPY (handwritten)

Handwritten notes: Deductions of At Risk Carryfwd. Amounts As per Closing Agreement; <93,049> Lone Wolf; <57,848> Cinema 84; line 20b → <10,221>; line 22 → 81,309

**Adjustments to Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23a | Your IRA deduction (see page 19) | 23a | |
| b | Spouse's IRA deduction (see page 19) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax | 25 | 2558. |
| 26 | Self-employed health insurance deduction (see page 21) | 26 | 123. |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ [X] | 27 | 4388. |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 23a through 29. These are your total adjustments ▶ | 30 | 7069. |

Handwritten: <7,069>

**Adjusted Gross Income**

31 Subtract line 30 from line 22. This is your adjusted gross income. If less than $26,673 and a child lived with you, (less than $9,230 if a child didn't live with you), see "Earned Income Credit" on page 27. ▶ 31 — 74240.

Handwritten: <86,878>

AS ORIGINALLY FILED

AS AMENDED

Form 1040 (1995) LYMAN F. & BEVERLY J. BUSH [redacted] OMB No. 1545-0074 Page 2

**Tax Computation**

32 Amount from line 31 (adjusted gross income) ..... 32 74240. — *<86,878>*

33a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind.
Add the number of boxes checked above and enter the total here ..... ▶ 33a

b If your parent (or someone else) can claim you as a dependent, check here ..... ▶ 33b ☐

c If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ..... ▶ 33c ☐

34 Enter the larger of your:
- Itemized deductions from Schedule A, line 28, OR
- Standard deduction shown below for your filing status. But if you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero.
  - Single - $3,900 • Married filing jointly or Qualifying widow(er) - $6,550
  - Head of household - $5,750 • Married filing separately - $3,275

..... 34 17508. — *<23,247>*

35 Subtract line 34 from line 32 ..... 35 56732.

36 If line 32 is $86,025 or less, multiply $2,500 by the total number of exemptions claimed on line 6e. If line 32 is over $86,025, see the worksheet on page 23 for the amount to enter ..... 36 5000. — *<5,000>*

37 Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- ..... 37 51732. — *<115,125>*

38 Tax. Check if from a ☒ Tax Table, b ☐ Tax Rate Schedules, c ☐ Capital Gain Tax Worksheet, or d ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ▶ e ..... 38 9413. — *-0-*

39 Additional taxes. Check if from a ☐ Form 4970 b ☐ Form 4972 ..... 39

40 Add lines 38 and 39 ..... ▶ 40 9413.

**Credits**

41 Credit for child and dependent care expenses. Attach Form 2441 ..... 41

42 Credit for the elderly or the disabled. Attach Schedule R ..... 42

43 Foreign tax credit. Attach Form 1116 ..... 43

44 Other credits. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ..... 44

45 Add lines 41 through 44 ..... 45

46 Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ..... ▶ 46 9413.

**Other Taxes**

47 Self-employment tax. Attach Schedule SE ..... 47 5115. — *5,115*

48 Alternative minimum tax. Attach Form 6251 ..... 48 0.

49 Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 ..... 49

50 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ..... 50

51 Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 ..... 51

52 Advance earned income credit payments from Form W-2 ..... 52

53 Household employment taxes. Attach Schedule H ..... 53

54 Add lines 46 through 53. This is your total tax ..... ▶ 54 14528. — *5,115*

**Payments**

Attach Forms W-2, W-2G, and 1099-R on the front.

55 Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☒ 55 2553. STATEMENT 5

56 1995 estimated tax payments and amount applied from 1994 return ..... 56 8262.

57 Earned income credit. Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ and type ▶ 57

58 Amount paid with Form 4868 (extension request) ..... 58

59 Excess social security and RRTA tax withheld (see page 32) ..... 59

60 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 ..... 60

61 Add lines 55 through 60. These are your total payments ..... ▶ 61 10815.

**Refund or Amount You Owe**

62 If line 61 is more than line 54, subtract line 54 from line 61. This is the amount you OVERPAID ..... ▶ 62

63 Amount of line 62 you want REFUNDED TO YOU ..... ▶ 63

64 Amount of line 62 you want APPLIED TO YOUR 1996 ESTIMATED TAX ▶ 64

65 If line 54 is more than line 61, subtract line 61 from line 54. This is the AMOUNT YOU OWE. For details on how to pay and use Form 1040-V, Payment Voucher, see page 33 ..... 65 3713.

66 Estimated tax penalty (see page 33). Also include on line 65 ..... 66

*COPY COPY COPY* (handwritten across lines 59–66)

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| Your signature | Date | Your occupation |
|---|---|---|
| | | STRUCTURAL ENGINEER |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |
| | | TEACHER |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. [redacted] |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | BRINK & SADLER, C.P.A.'S 5127 112TH STREET S.W. TACOMA, WA | E.I. No. 91 0861130 | ZIP code 98499 |

510002 11-03-95

13120409 709261 3B140 5 050 BUSH, LYMAN F. 08064207

AS ORIGINALLY FILED

AS AMENDED

**SCHEDULE A&B (Form 1040)** Department of the Treasury Internal Revenue Service

## Schedule A - Itemized Deductions

(Schedule B is on page 2)

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074 **1995** Attachment Sequence No. 07

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

| Section | Line | Description | | Amount | Total | Handwritten |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) SEE STATEMENT 8 | 1 | 4254. | | |
| | 2 | Enter amount from Form 1040, line 32 | 2 | ~~74240.~~ | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | ~~5568.~~ | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | | 0. | 4254 |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) SEE STATEMENT 9 | 6 | 3671. | | |
| | 7 | Personal property taxes | 7 | 1174. | | |
| | 8 | Other taxes - List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | 9 | | 4845. | 4,845 |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | 14 | | | |
| **Gifts to Charity** | 15 | Gifts by cash or check. If any gift of $250 or more, see page A-3 STMT 6 | 15 | 2199. | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you MUST attach Form 8283 STMT 7 | 16 | 165. | | |
| | 17 | Carryover from prior year | 17 | 2274. | | |
| | 18 | Add lines 15 through 17 | 18 | | 4638. | 4,638 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | 19 | | | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you MUST attach Form 2106 or 2106-EZ. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶IRA CUSTODIAL FEES 135. / INVESTMENT EXPENSE 7179. / BAB ASSET VENTURE - LEGAL 254. / ATTORNEYS FEES - INVESTMENT 1631. / SAFE DEPOSIT BOX 31. | 22 | 9230. | | |
| | 23 | Add lines 20 through 22 | 23 | 9230. | | |
| | 24 | Enter amount from Form 1040, line 32 | 24 | ~~74240.~~ | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | ~~1485.~~ | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | | ~~7745.~~ | 9,230 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-5. List type and amount ▶FROM K-1 - ML-LEE ACQUISITION FUND, L.P. 280. | 27 | | 280. | 280 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 32, over $114,700 (over $57,350 if married filing separately)? NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. ▶ | 28 | | 17508. | 23,247 |

COPY FOR COPY FILE

LHA For Paperwork Reduction Act Notice, see Form 1040 Instructions. Schedule A (Form 1040) 1995

AS ORIGINALLY FILED

SCHEDULE E (Form 1040) Department of the Treasury Internal Revenue Service

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074 1995 Attachment Sequence No. 13

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Your social security number: [redacted]

**Part I Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental real estate property:

A RENTAL HOUSE (1/3 INTEREST) 5026 SOUTH PUGET SOUND

B

C

2 For each rental real estate property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| Income: | Line | A | B | C | Line | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 2486. | | | 3 | 2486. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 64. | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | 265. | | | | |
| 12 Mortgage interest paid to banks, etc. | 12 | | | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | 441. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 333. | | | | |
| 17 Utilities | 17 | 58. | | | | |
| 18 Other (list) ▶ | 18 | | | | | |
| 19 Add lines 5 through 18 | 19 | 1161. | | | 19 | 1161. |
| 20 Depreciation expense or depletion | 20 | 460. | | | 20 | 460. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 1621. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-2 to find out if you must file Form 6198 | 22 | 865. | | | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | | | | | |

COPY FOR YOUR FILES

| | | |
|---|---|---|
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | 24 | 865. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | 25 | ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | 26 | 865. |

521491 10-23-95 LHA For Paperwork Reduction Act Notice, see Form 1040 instructions. 13

Schedule E (Form 1040) 1995

13120409 709261 3B140 050 BUSH, LYMAN F. 08064207

0489

AS ORIGINALLY FILED

Schedule E (Form 1040) 1995 Attachment Sequence No. Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | Your social security number: [redacted]

LYMAN F. & BEVERLY J. BUSH

Note: If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real Estate professionals must complete line 42 below.

**Part II** Income or Loss From Partnerships and S Corporations Note: If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 16 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 21180. | | | |
| b Totals | 22024. | | 1430. | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 21180. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 23454.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | -2274. |

**Part III** Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

**Part IV** Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

**Part V** Summary * ENTIRE DISPOSITION OF PASSIVE ACTIVITY

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 | 40 | -1409. |
| 41 | Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 13 | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

COPY

0490