**LYMAN F. BUSH and BEVERLY J. BUSH, DECEASED**
**([redacted] and [redacted])**
**EXPLANATION - 1985, 1986, and 1987 REFUND CLAIMS**
**AND STATEMENT REQUESTING APPLICATION OF §6621(d)**

This refund claim, as it relates to tax and interest assessed relative to a settlement related to the Greenberg Brothers Partnership #4, a.k.a. Lone Wolf McQuade Associates, and Cinema '84 partnerships (each referred to in this explanation as "the Partnerships") for 1983 through 1995 (referred to in this explanation as "the settlement years"), is filed based upon the following grounds:

1. Each settlement entered into by Closing Agreement provided there was no change to partnership items, but agreed that for purposes of determining the taxpayers' correct tax liability for every partnership year from inception to termination (i) the taxpayers' amount at risk regarding their Partnership investment would be determined based on several factors set forth in the agreement, (ii) "any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attributable as allowed by the Internal Revenue Code," (iii) the taxpayers could limit the amount of any income that would be or had been recognized related to any cancellation of any partnership notes, (iv) the taxpayers could limit recognition of their distributive share of any partnership income or gains for certain years to the amount of the partnership distribution or previously suspended partnership loss and the at-risk rules, (v) the partners could assert any appropriate innocent spouse defense under §6015, and (vi) other factors would be considered. Therefore, it is clear that any resulting tax deficiency to the taxpayers is based upon agreed adjustments to affected items requiring a partner level determination and further subject to totally non-partnership item adjustments and defenses preserved in the settlement agreement. Any tax deficiency is subject to the notice of deficiency requirements under I.R.C. §§6212 and 6213. The Internal Revenue Service did not issue the statutory notice of deficiency with regard to the assessments sought to be refunded in this claim. An assessment of a tax liability in violation of the restrictions on assessment set forth in I.R.C. §6213 is void and illegal. Therefore, all the amounts assessed, collected and sought to be refunded in this claim should be refunded. The agreement did not contain nor was there any separate waiver of the restrictions on assessment and collection under I.R.C. §6213.

2. The harm caused by the IRS' breach of the closing agreements is abundantly clear in light of the following facts:

(b) In accordance with paragraphs 12, 14, 15, 17 and 18 the taxpayers filed refund claims for 1988, 1990, 1991, 1992, 1993 and 1995 that should have been allowed and taken into account in computing the net tax deficiency, but which were instead summarily denied. See Exhibit "C." Had the IRS issued a statutory notice of deficiency for 1985, 1986 and 1987 the taxpayers would have been entitled to raise these agreed offsets as a partial defense to the 1985, 1986 and 1987 liabilities prior to payment. Instead, the taxpayers have been forced (i) to file a separate lawsuit to obtain the refunds for 1988, 1990, 1991, 1992, 1993 and 1995, and (ii) pay the gross liability asserted by the IRS for 1985, 1986 and 1987 and then pursue these refund claims

asserting defenses reserved or agreed in this closing agreement. The 1988, 1990, 1991, 1992 and 1993 refunds would have reduced the liability by well over $50,000.

(b) Even the 1981 and 1988 overpayments the IRS determined and acknowledged by itself that should have offset against 1985, 1986 and 1987 liabilities were inexplicably offset against previously non-existent phantom liabilities for 1981 and 1988 essentially defrauding the taxpayers of the benefit of the offsets for those overpayments. See Exhibit "D."

3. The 1981, 1988, 1990, 1991, 1992, 1993, 1994 and 1995 overpayments discussed in Paragraph 2 should all have been applied directly to the 1985, 1986 and 1987 liabilities and therefore constitute an additional and separate ground for refund of the liability overpaid in 1985, 1986 and 1987 as a result of their denial.

4. The claim is timely. It is being filed within two years from the date of payment.

5. If it is determined that the taxpayers are entitled to anything less than a full refund, the recomputation of interest must take into account the doctrine in *Avon Products*, 78-2 U.S.T.C. ¶9821 (1978), pursuant to which it has been determined, and conceded by the government, that interest does not begin to run on a deficiency of tax until the date on which a refund was paid if no interest was paid with the original refund.

6. As an alternative, and in addition to the grounds set forth above, interest should be abated pursuant to I.R.C. §6404 as follows:

(a) First, interest should be abated for the period beginning with the commencement of the IRS' wrongful representation that the partners in this partnership would be entitled to request consistent settlements based upon those entered into by other partners, even providing the names and date of the settlements with respect to which the consistent settlements could be requested, the representation to the United States Tax Court that all of the cases then pending would be settled either based upon settlement documents that were in process or upon requests for consistent settlement, and then the subsequent refusal to enter into consistent settlements resulting in the delay from February 8, 1995 until the actual date that the above-referenced settlement agreement was entered into, all of which constituted managerial or ministerial acts which were unreasonable errors and delays by officers or employees of the IRS acting in their official capacities. All such acts occurred after the IRS first contacted the partner in writing with regard to the civil partnership level return examination.

(b) Second, if it is determined that there was a waiver of the restrictions under I.R.C. §6213, which the taxpayers assert there was not, then interest should be abated for the period beginning with a date 30 days after the date of such waiver in the Closing Agreement and ending on the date of assessment of the income tax liability. The failure to promptly assess

the tax deficiency was clearly a managerial or ministerial act resulting in an unreasonable delay of the tax assessment, and further, such abatement is required under I.R.C. §6404.

7. As an alternative, and in addition to the grounds set forth above, the taxpayer(s) are entitled to the benefit of a net rate of interest of zero pursuant to I.R.C. §6621(d) and a refund of the interest paid on the portion of the deficiency equal to the amount of any refund with respect to which the taxpayer(s) were entitled to receive interest for the periods during which interest was charged on such portion of the deficiency and is payable on such refunds. Substantial refunds are due for 1981, 1988, 1990, 1991, 1992, 1993, 1994 and 1995 as a result of the settlement. This claim constitutes the taxpayer(s)' request that the Secretary apply §6621(d) to all such periods, which includes all periods from April 15, 1984 of the first year listed in the preceding sentence until the date of payment of the tax sought to be refunded under this claim. To the extent of equivalent amounts of underpayments or overpayments, the periods set forth under §5.063 of Rev. Proc. 99-43 have not previously been applied to obtain a net interest rate of zero under §6621(d).

8. As an alternative, the assessment made by the Internal Revenue Service was not made within two years of the date of the settlement and is, therefore, an invalid assessment which must be refunded. The settlement became final and binding either on July 22, 1999 or August 7, 1999. Which date is in dispute. The IRS mailed to the taxpayers statements for tax due (Forms 3552) that were patently fraudulent, representing that the "Assessment Date" was "07/31/2000" and were dated "07/31/2000." These notices were pure unadulterated fraudulently dated and serve as no evidence that a valid assessment was ever made. They were RECEIVED BY THE TAXPAYERS ON 07/28/00, three days BEFORE the alleged assessment and date of the notices. See Exhibit "B," p. 4-10. They were faxed to the taxpayers' counsel on 7/28/00. It is the taxpayers' belief that the assessments were not actually made until late August.

Exhibits - A - Evidence of settlement
B - Evidence of tax assessment and payment

Department of the Treasury - Internal Revenue Service

# Closing Agreement on Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush ([redacted]and Beverly J. Bush[redacted]

(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Cinema 84 (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1984 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1984 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1984 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1984 through 1989 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is 50,000.00.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1989, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

EXHIBIT "A", P. 1

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1984 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1984 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion pictures Terminator, Perfect Strangers, Special Effects, Return of the Living Dead, A Breed Apart and Howling II, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1987 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 <u>et seq</u>.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

Ex A, P.2

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature *Lynnan F Bush* Date Signed *6-25-99*

*Beverly J. Bush BY Lynnan F Bush*
Spouse's signature (if a joint return was filed) *SPOUSE OF DECEASED* Date Signed *6-25-99*

Taxpayer's Representative ____________ Date Signed ____________

Taxpayer (other than individual) ____________

By ____________ Date Signed ____________

Title ____________

Commissioner of Internal Revenue

By *Philip Doleman* Date Signed *8/2/99*

Title *Associate Chief*

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

*Bradford A. Johnson* *7/22/99*
(Receiving Officer) (Date)

Assistant District Counsel
(Title)

*Ex A, P. 3*

Department of the Treasury - Internal Revenue Service

## Closing Agreement on Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. Bush [redacted] and Beverly J. Bush [redacted]
(Taxpayers' Name, address, and identifying number)

1217 122nd Street Court East, Tacoma, WA 98445 (hereinafter referred to as taxpayer)

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, a dispute has arisen between the parties as to the Federal income tax treatment to be accorded to the taxpayers' purchase of an investment in Greenberg Brothers Partnership #12 a/k/a Lone Wolf McQuade Associates (hereinafter Partnership);

WHEREAS, the parties wish to determine, with finality, the taxpayers' income, gains, losses, deductions and credits for1983 and subsequent years with respect to the Partnership.

NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

1. No adjustment to the partnership items shall be made for the taxable years 1983 through 1995 for purposes of this settlement.

2. The taxpayers are entitled to claim their distributive share of the partnership losses for 1983 through 1995 only to the extent they are at risk under I.R.C. § 465.

3. The taxpayers' amount at risk for 1983 through 1986 is their capital contribution to the partnership.

4. The taxpayers' capital contribution to the partnership is $50,000.

5. Taxpayers' qualified investment for computing investment tax credit is the amount at risk as set forth in paragraph #4.

6. The taxpayers are not at risk under I.R.C. § 465 for any partnership notes, entered into by the partnership to acquire rights in the motion picture Lone Wolf McQuade and Strange Invaders, whether or not assumed by the taxpayers. Any losses disallowed under this agreement are suspended under I.R.C. § 465. Such suspended losses may be used to offset the taxpayers' pro rata share of any income earned by the partnership and/or other income in accordance with the operation of I.R.C. § 465.

7. To the extent the taxpayers make additional cash contributions to the capital of the partnership after 1986, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

8. To the extent the partnership earns net income the taxpayers' at risk will be increased in accordance with I.R.C. § 465.

9. To the extent the taxpayers make cash payments on the partnership notes after the date of execution of this agreement by the Commissioner and the taxpayers, the taxpayers' amount at risk will be increased in accordance with I.R.C. § 465.

Ex A, P. 4

10. No additions to tax under I.R.C. §§ 6653(a), 6661, 6659 or 6662 will be asserted with respect to the taxpayers' investment in the partnership for 1983 through 1995.

11. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated interest for their investment in the partnership for the taxable years 1983 through 1989.

12. Any deficiency in tax determined under this agreement will be subject to adjustments arising from a carryback or carryforward from other taxable years of any loss, credit or other tax attribute as allowed by the Internal Revenue Code.

13. After the execution of this agreement on behalf of the Commissioner and the taxpayers, the taxpayers shall not recognize any taxable income attributable to any cancellation, discharge, or satisfaction by foreclosure or conveyance of assets, of any partnership notes entered into by the partnership to acquire rights in the motion picture Lone Wolf McQuade and Strange Invaders, whether or not the taxpayers assumed a pro rata share of said note, or from said partnership notes upon liquidation or dissolution of the partnership.

14. The taxpayers shall be taxable on their distributive share of any income or gains of the partnership for years after 1983 only to the extent said income exceeds losses suspended under the at risk rules of I.R.C. § 465 and/or the cash and/or the fair market value of property distributed to the taxpayers.

15. Any refund claim attributable to the operation of this agreement shall be deemed to be timely filed and shall be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue. Any refund claim so submitted pursuant to this paragraph within 120 days after the execution of this agreement on behalf of the Commissioner of Internal Revenue shall be allowed as an offset pursuant to I.R.C. §§ 6402(a) and 6601(f) against any tax deficiencies resulting from this agreement.

16. This agreement constitutes a settlement within the meaning of I.R.C. § 6224(c) and the taxpayers' partnership items are converted to non partnership items effective as of the date of this closing agreement is accepted on behalf of the Commissioner. The taxpayers, in accordance with the provisions of I.R.C. § 6224(b), also waive the restrictions on assessment and collection of any deficiencies attributable to the converted partnership items with interest as provided by law in I.R.C. § 6225(a) that results from this agreement.

17. This closing agreement when accepted by the Commissioner is a determination under the mitigation provisions of the Internal Revenue Code. (I.R.C. § 1311 et seq.).

18. To the extent the taxpayers make cash payments on the partnership notes, after the date this agreement is executed by the taxpayers and the Commissioner, and after the termination of the partnership, a deduction shall be allowed in the year of said payment.

19. This agreement does not in any way diminish or enhance the rights of the spouse of any partner to assert his or her right to relief as an innocent spouse under I.R.C. § 6015.

20. This agreement supersedes any prior agreement entered into between the taxpayers and the Internal Revenue Service.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions notwithstanding any other law or rule of law except Code Section 7122; and

Ex. A, P. 5

(3) if it relates to a taxable period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature Lyman F Bush Date Signed 6-25-99

Spouse's signature (if a joint return was filed) Beverly J. Bush by Lyman F Bush Spouse deceased Date Signed 6-25-99

Taxpayer's Representative ______ Date Signed ______

Taxpayer (other than individual) ______

By ______ Date Signed ______

Title ______

Commissioner of Internal Revenue

By Philip J Palermo Date Signed 8/2/99

Title Associate Chief

I have examined the specific matters involved and recommend the acceptance of the proposed agreement.

Bradford A. Johnson 7/22/99
(Receiving Officer) (Date)

Assistant District Counsel
(Title)

EWA, V.6

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH<br>1217 122ND STREET CT E<br>TACOMA WA 98445-3519 | [redacted] | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1985 | Period End | Period End |
|---|---|---|---|
| A. CINEMAX 84 | $ 16,740.00 | $ | $ |
| B. ITEMIZED DEDUCTIONS | 2,063.00 | | |
| C. LONE WOLF MCQUADE | 33,442.00 | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 52,245.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 54,000.00 | | |
| 4. Corrected Taxable Income | 106,245.00 | | |
| Tax Method | SCHEDULE G | | |
| Filing Status | JOINT | | |
| 5. Tax | 24,619.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 24,619.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 24,619.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 24,619.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 7,911.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 16,708.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 16,708.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



Ex B, P 1

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH<br>1217 122ND STREET CT E<br>TACOMA WA 98445-3519 | [redacted] | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1986 | Period End | Period End |
|---|---|---|---|
| A. CINEMAX 84 | $ 20,079.00 | $ | $ |
| B. LONE WOLF MCQUADE | 34,003.00 | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 54,082.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 64,303.00 | | |
| 4. Corrected Taxable Income | 118,385.00 | | |
| Tax Method | SCHEDULE G | | |
| Filing Status | JOINT | | |
| 5. Tax | 38,155.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 38,155.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 38,155.00 | | |
| 10. Plus Other Taxes A. ALTERNATIVE MINIMUM TAX | 7,076.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 45,231.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 34,414.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 10,817.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 10,817.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Ver. 4.62.00



Form 4549A-CG (Rev. 1-91)

Ex B, P. 2

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | Return Form No. |
|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH<br>1217 122ND STREET CT E<br>TACOMA WA 98445-3519 | [redacted] | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Period End 12/31/1987 | Period End | Period End |
|---|---|---|---|
| A. CINEMA 84 | $ 25,733.00 | $ | $ |
| B. ITEMIZED DEDUCTIONS | 507.00 | | |
| C. LONE WOLF MCQUADE | (398.00) | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 25,842.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 103,091.00 | | |
| 4. Corrected Taxable Income | 128,933.00 | | |
| Tax Method | SCHEDULE D | | |
| Filing Status | JOINT | | |
| 5. Tax | | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 37,261.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 37,261.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 37,261.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 27,626.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 9,635.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 9,635.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

# FAX COVER SHEET

DATE: 7-28-00 TOTAL # PAGES INCLUDING COVER SHEET: 5

FROM: Skip Bush TELEPHONE: (253) 537-7833

ADDRESS: 1217 122nd St. Ct. E. FAX: (253) 531-8103

Tacoma, WA 98445

TO: REDDING & ASSOC FAX #: 713-621-5227

ATTN: TOM REDDING

RE: GREENBERG BROTHERS PARTNERSHIPS

COMMENTS: I RECEIVED THE ATTACHED (4) NOTICES OF TAX DUE - DO I PAY THEM? PLEASE CALL OR FAX ME INSTRUCTIONS.

THEY TOTAL $136,275.62

Skip

4-24-1986 5 AM FROM

P 5

Department of the Treasu
Internal Revenue Service
Director
1160 W. 1200 S.
OGDEN, UT 84201

29251-213-13009-00

IDRS 2981703707

| | Assessment Date | Trans Code |
|---|---|---|
| 30 175812 | 07/31/2000 | 670 |
| | | 570 |

Date of This Notice: 07/31/2000

BUSH

If you find it necessary to inquire about your account, please refer to this number. [redacted]

LYMAN F BUSH
LYMAN F & BEVERLY DECD BUSH
1217 122ND STREET CT E
TACOMA WA 98445-0000

Form Number: 1040

Tax Period Ended: 12/31/1985

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check or money order payable to the United States Treasury and send it with this notice to the address shown above.

If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| 07/31/2000 ADD'L TAX | 16,708.00 | | |
| 07/31/2000 INTEREST | 42,660.44 | | |
| PR MEMO CR | | 6,045.33 | |
| see enclosed notice | [redacted] | | 53,323.11 |

Ex B, P.5

0564

2r-24-1996 1:51AM FROM

P. 4

Department of the Treasury
Internal Revenue Service
Director
1160 W. 1200 S.
OGDEN, UT 84201

27201-213-13010-00

IDRS 2981703707

| | | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 19861Z | 07/31/2000 | 670 |
| | | | 570 |

Date of This Notice: 07/31/2000

If you find it necessary to inquire about your account, please refer to this number. ▶ BUSH [redacted]

LYMAN F BUSH
LYMAN F & BEVERLY DECD BUSH
1217 122ND STREET CT E
TACOMA WA 98445-0000

Form Number: 1040

Tax Period Ended: 12/31/1986

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check or money order payable to the United States Treasury and send it with this notice to the address shown above.

If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| 07/31/2000 ADD'L TAX | 10,817.00 | | |
| 07/31/2000 INTEREST | 35,187.97 | | |
| see enclosed notice | [redacted] | | 46,004.97 |

Ex B, P.6

12-24-1996 1:58AM FROM P. 3

Department of the Treasury
Internal Revenue Service
Director
1160 W. 1200 S.
OGDEN, UT 84201

29281-213-13011-00

IDRS 2981703707

| | | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 198712 | 07/31/2000 | 670 |
| | | | 570 |

Date of This Notice: 07/31/2000

If you find it necessary to inquire about your account, please refer to this number. BUSH [redacted]

LYMAN F BUSH
LYMAN F & BEVERLY DECD BUSH
1217 122ND STREET CT E
TACOMA WA 98446-0000

Form Number: 1040

Tax Period Ended: 12/31/1987

Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check or money order payable to the United States Treasury and send it with this notice to the address shown above.

If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| 07/31/2000 ADD'L TAX | 9,635.00 | | |
| 07/31/2000 INTEREST | 26,729.62 | | |
| see enclosed notice | [redacted] | | 36,364.62 |

Ex B, P. 7

0566

2-24-1996 1:49AM FROM P. 2

Internal Revenue Service
Director
1160 W. 1200 S.
OGDEN, UT 84201

27921-210-15012-00

IDRS 2981703707

| | | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 199812 | 07/31/2000 | 670 |
| | | | 570 |

Date of This Notice: 07/31/2000

If you find it necessary to inquire about your account, please refer to this number. BUSH [redacted]

LYMAN F BUSH
LYMAN F & BEVERLY DECD BUSH
1217 122ND STREET CT E
TACOMA WA 98445-0000

Form Number: 1040

Tax Period Ended: 12/31/1998

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check or money order payable to the United States Treasury and send it with this notice to the address shown above.

If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| 07/31/2000 ADD'L TAX | 406.00 | | |
| 07/31/2000 INTEREST | 176.92 | | |
| see enclosed notice | [redacted] | | 582.92 |

Ex B, P. 8

0567

Please return this copy with your payment to the address shown above Form 3552 (C)(Part 3) Rev. 9-98)

DATE: 9-1-00 TOTAL # PAGES INCLUDING COVER SHEET: 2

FROM: Skip Bush TELEPHONE: (253) 537-7833

ADDRESS: 1217 122nd St. Ct. E. FAX: (253) 531-8103

Tacoma, WA 98445

TO: REDDING & ASSOC FAX #: 713-621-5227

ATTN: TOM REDDING

RE: ASSESSMENT BY IRS DATED 7-31-00

COMMENTS:

HERE IS MY PHONE BILL SHOWING THAT I FAXED TO YOU JULY 28 & THEN PHONED AN HOUR + LATER.

Skip

Ex B P. 9

3-30-1996 1:48AM FROM

P. 2

AT&T

LYMAN F BUSH
Account No: 253-537-7833 912 16
For billing questions or to place an order, call 1 800 222-0300

Page 4

AT&T Summary of Charges For August

| Description | Page | Calls | Min | Amount |
|---|---|---|---|---|
| AT&T Monthly Charges | 4 | | | 4.95 |
| AT&T One Rate Plus Plan | 4 | 90 | 752 | 90.24 |
| AT&T Itemized Long Distance Calls | 6 | 3 | 7 | 5.31 |
| National Access Contribution | 6 | | | 8.43 |
| Taxes And Surcharges | 6 | | | 12.42 |
| | | 93 | 759 | |

Total AT&T Summary of Charges For August $121.35

AT&T Monthly Charges

Monthly service from AUG 05, 2000 to SEP 04, 2000

- Optional Services

| Description | Amount |
|---|---|
| 1. AT&T One Rate (R) Plus Plan | 4.95 |

Total AT&T Monthly Charges $4.95

AT&T One Rate (R) Plus Plan

Totals are for informational purposes only. Please refer to summary for actual charges.

- Direct Dialed Calls
  Domestic Calls
  - Night/Weekend Calls

| | Date | Time | Place And Number Called | | | | Type | Rate | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2. | Jul 06 | 9:51P | To FOREST GRV | OR | 503 | 359-7767 | Direct | N/Wkd | 2 | .24 |
| 3. | Jul 07 | 9:59P | To PORTLAND | OR | 503 | 705-7896 | Direct | N/Wkd | 1 | .12 |
| 4. | Jul 08 | 3:56P | To HIGHMORE | SD | 605 | 852-2351 | Direct | N/Wkd | 1 | .12 |
| 5. | Jul 09 | 2:07P | To HIGHMORE | SD | 605 | 852-2727 | Direct | N/Wkd | 3 | .36 |
| 6. | Jul 09 | 5:54P | To PIERRE | SD | 605 | 224-1725 | Direct | N/Wkd | 1 | .12 |
| 7. | Jul 09 | 10:16P | To PORTLAND | OR | 503 | 705-5124 | Direct | N/Wkd | 1 | .12 |
| 8. | Jul 10 | 3:29P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | .12 |
| 9. | Jul 10 | 4:00P | To HIGHMORE | SD | 605 | 852-2633 | Direct | N/Wkd | 5 | .60 |
| 10. | Jul 10 | 4:10P | To REDFIELD | SD | 605 | 472-1795 | Direct | N/Wkd | 18 | 2.16 |
| 11. | Jul 11 | 3:02P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | .12 |
| 12. | Jul 12 | 3:03P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | .12 |
| 13. | Jul 12 | 4:58P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 5 | .60 |
| 14. | Jul 12 | 7:36P | To SAN ANTONI | TX | 210 | 681-1007 | Direct | N/Wkd | 51 | 6.12 |
| 15. | Jul 13 | 2:57P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | .12 |
| 16. | Jul 13 | 5:09P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 5 | .60 |
| 17. | Jul 13 | 9:40P | To BEAVERTON | OR | 503 | 439-1001 | Direct | N/Wkd | 6 | .72 |
| 18. | Jul 14 | 7:50A | To EL PASO | TX | 915 | 532-1406 | Direct | N/Wkd | 2 | .24 |
| 19. | Jul 14 | 7:53A | To SACRAMENTO | CA | 916 | 447-1198 | Direct | N/Wkd | 1 | .12 |
| 20. | Jul 14 | 9:15A | To MOYIE SPGS | ID | 208 | 267-2691 | Direct | N/Wkd | 3 | .36 |
| 21. | Jul 14 | 9:19A | To MOYIE SPGS | ID | 208 | 267-2691 | Direct | N/Wkd | 30 | 3.60 |
| 22. | Jul 15 | 4:44P | To HIGHMORE | SD | 605 | 852-2780 | Direct | N/Wkd | 1 | .12 |
| 23. | Jul 15 | 4:53P | To HIGHMORE | SD | 605 | 852-2351 | Direct | N/Wkd | 1 | .12 |
| 24. | Jul 15 | 5:19P | To PIERRE | SD | 605 | 945-0952 | Direct | N/Wkd | 10 | 1.20 |
| 25. | Jul 15 | 8:16P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | .12 |
| 26. | Jul 17 | 2:57P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 4 | .48 |
| 27. | Jul 18 | 7:52P | To SIOUX FLS | SD | 605 | 338-4369 | Direct | N/Wkd | 1 | .12 |
| 28. | Jul 18 | 8:12P | To HIGHMORE | SD | 605 | 852-2351 | Direct | N/Wkd | 24 | 2.88 |
| 29. | Jul 20 | 10:38A | To REDFIELD | SD | 605 | 472-2455 | Direct | N/Wkd | 4 | .48 |
| 30. | Jul 20 | 3:06P | To REDFIELD | SD | 605 | 472-1189 | Direct | N/Wkd | 15 | 1.80 |

AT&T

LYMAN F BUSH
Account No: [redacted]
For billing questions or to place an order, call 1 800 222

Page

| | Date | Time | Place And Number Called | | | | Type | Rate | Min | Am |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jul 20 | 5:56P | To SAN ANTONI | TX | 210 | 681-1007 | Direct | N/Wkd | 1 | |
| 2. | Jul 20 | 8:54P | To BEAVERTON | OR | 503 | 439-6604 | Direct | N/Wkd | 1 | |
| 3. | Jul 21 | 11:01A | To SAN DIEGO | CA | 858 | 279-4368 | Direct | N/Wkd | 2 | |
| 4. | Jul 21 | 4:16P | To HOUSTON | TX | 713 | 965-9244 | Direct | N/Wkd | 2 | |
| 5. | Jul 21 | 5:18P | To SAN ANTONI | TX | 210 | 681-1007 | Direct | N/Wkd | 1 | |
| 6. | Jul 21 | 5:20P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 1 | |
| 7. | Jul 21 | 5:21P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 1 | |
| 8. | Jul 22 | 9:15P | To MOYIE SPGS | ID | 208 | 267-2691 | Direct | N/Wkd | 1 | |
| 9. | Jul 23 | 7:06A | To MENOMONIE | WI | 715 | 235-3577 | Direct | N/Wkd | 63 | |
| 10. | Jul 23 | 9:39A | To REDFIELD | SD | 605 | 472-1189 | Direct | N/Wkd | 25 | |
| 11. | Jul 23 | 3:29P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 25 | |
| 12. | Jul 23 | 3:30P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | |
| 13. | Jul 23 | 3:48P | To SAN ANTONI | TX | 210 | 681-1007 | Direct | N/Wkd | 1 | |
| 14. | Jul 23 | 3:50P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 1 | |
| 15. | Jul 23 | 3:52P | To WHITE CITY | OR | 541 | 830-8989 | Direct | N/Wkd | 1 | |
| 16. | Jul 23 | 5:24P | To REDFIELD | SD | 605 | 472-1647 | Direct | N/Wkd | 1 | |
| 17. | Jul 23 | 6:08P | To WHITE CITY | OR | 541 | 830-8989 | Direct | N/Wkd | 44 | |
| 18. | Jul 23 | 7:37P | To HIGHMORE | SD | 605 | 852-2727 | Direct | N/Wkd | 12 | |
| 19. | Jul 23 | 8:25P | To YANKTON | SD | 605 | 668-0140 | Direct | N/Wkd | 1 | |
| 20. | Jul 25 | 10:41A | To SAN DIEGO | CA | 619 | 276-9835 | Direct | N/Wkd | 1 | |
| 21. | Jul 25 | 3:05P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 26 | |
| 22. | Jul 25 | 3:16P | To PORTLAND | OR | 503 | 246-1250 | Direct | N/Wkd | 1 | |
| 23. | Jul 25 | 3:19P | To PORTLAND | OR | 503 | 246-1250 | Direct | N/Wkd | 3 | |
| 24. | Jul 25 | 7:30P | To REDFIELD | SD | 605 | 472-1795 | Direct | N/Wkd | 9 | |
| 25. | Jul 26 | 2:58P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 20 | |
| 26. | Jul 26 | 4:37P | To HOUSTON | TX | 713 | 965-9244 | Direct | N/Wkd | 46 | |
| 27. | Jul 26 | 4:48P | To PORTLAND | OR | 503 | 810-1377 | Direct | N/Wkd | 3 | |
| 28. | Jul 26 | 6:59P | To PIERRE | SD | 605 | 224-1725 | Direct | N/Wkd | 1 | |
| 29. | Jul 27 | 10:54A | To OGDEN | UT | 801 | 782-6008 | Direct | N/Wkd | 12 | |
| 30. | Jul 27 | 2:40P | To EL PASO | TX | 915 | 532-1496 | Direct | N/Wkd | 2 | |
| 31. | Jul 27 | 7:35P | To HIGHMORE | SD | 605 | 852-2351 | Direct | N/Wkd | 3 | |
| 32. | Jul 27 | 7:36P | To YANKTON | SD | 605 | 668-0140 | Direct | N/Wkd | 1 | |
| 33. | Jul 28 | 2:39P | To HOUSTON | TX | 713 | 621-5227 | Direct | N/Wkd | 4 | |
| 34. | Jul 28 | 3:45P | To HOUSTON | TX | 713 | 965-9244 | Direct | N/Wkd | 3 | |
| 35. | Jul 28 | 6:03P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 2 | |
| 36. | Jul 28 | 6:05P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 1 | |
| 37. | Jul 28 | 6:07P | To SAN ANTONI | TX | 210 | 681-1007 | Direct | N/Wkd | 1 | |
| 38. | Jul 28 | 6:08P | To DENVERSLVN | CO | 303 | 752-4717 | Direct | N/Wkd | 1 | |
| 39. | Jul 28 | 7:44P | To COVINGTON | LA | 504 | 893-0648 | Direct | N/Wkd | 93 | |
| 40. | Jul 29 | 8:21A | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 1 | |
| 41. | Jul 29 | 1:04P | To HIGHMORE | SD | 605 | 852-2351 | Direct | N/Wkd | 1 | |
| 42. | Jul 29 | 7:22P | To HIGHMORE | SD | 605 | 852-2351 | Direct | N/Wkd | 10 | |
| 43. | Jul 29 | 7:45P | To PORTLAND | OR | 503 | 705-7896 | Direct | N/Wkd | 1 | |
| 44. | Jul 29 | 7:46P | To PORTLAND | OR | 503 | 705-7896 | Direct | N/Wkd | 1 | |
| 45. | Jul 29 | 7:47P | To PORTLAND | OR | 503 | 705-7896 | Direct | N/Wkd | 1 | |
| 46. | Jul 30 | 7:02P | To COVINGTON | LA | 504 | 893-0646 | Direct | N/Wkd | 1 | |
| 47. | Jul 30 | 8:04P | To HIGHMORE | SD | 605 | 852-2351 | Direct | N/Wkd | 13 | 1 |
| 48. | Jul 31 | 6:10P | To HOUSTON | TX | 713 | 965-9244 | Direct | N/Wkd | 11 | 1 |
| 49. | Jul 31 | 6:37P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 24 | 2 |
| 50. | Aug 01 | 7:48A | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | |
| 51. | Aug 01 | 10:49A | To PORTLAND | OR | 503 | 282-0547 | Direct | N/Wkd | 1 | |
| 52. | Aug 01 | 11:09A | To SACRAMENTO | CA | 916 | 443-8065 | Direct | N/Wkd | 6 | |
| 53. | Aug 01 | 11:19A | To SACRAMENTO | CA | 916 | 443-8065 | Direct | N/Wkd | 4 | |
| 54. | Aug 01 | 11:27A | To KANEOHE | HI | 808 | 247-0669 | Direct | N/Wkd | 1 | |
| 55. | Aug 01 | 11:31A | To BOISE | ID | 208 | 375-8257 | Direct | N/Wkd | 4 | |
| 56. | Aug 01 | 11:37A | To OGDEN | UT | 801 | 782-4656 | Direct | N/Wkd | 4 | |
| 57. | Aug 01 | 3:15P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 4 | |
| 58. | Aug 01 | 4:08P | To DALLAS | TX | 214 | 522-6796 | Direct | N/Wkd | 1 | |
| 59. | Aug 01 | 7:13P | To REDFIELD | SD | 605 | 472-1189 | Direct | N/Wkd | 4 | |
| 60. | Aug 02 | 7:31A | To MOYIE SPGS | ID | 208 | 267-2691 | Direct | N/Wkd | 17 | 2 |
| 61. | Aug 02 | 2:56P | To HIGHMORE | SD | 605 | 852-2575 | Direct | N/Wkd | 1 | |
| | | | | | | | Direct | N/Wkd | 23 | 2 |

Total Night/Weekend Calls 752 Minutes 90

Total Domestic Calls 752 Minutes 90

Total Direct Dialed Calls 752 Minutes 90

0569

Ex B, P. 10

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush 50330372i

OMB No. 1545-0091

This return is for calendar year ▶ 1988 , OR fiscal year ended ▶ , 19

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | Line | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | | |
| 1 | Adjusted gross income (see page 3) | 1 | 132,934 | (2,338) | 130,596 |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 28,754 | 47 | 28,801 |
| 3 | Subtract line 2 from line 1 | 3 | 104,180 | (2,385) | 101,795 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 3,900 | 0 | 3,900 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 100,280 | (2,385) | 97,895 |
| **Tax Liability** | | | | | |
| 6 | Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 25,630 | (787) | 24,843 |
| 7 | Credits (see page 4) | 7 | | 234 | 234 |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 25,630 | (1,021) | 24,609 |
| 9 | Other taxes (see page 4) | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 | 10 | 25,630 | (1,021) | 24,609 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 15,787 | 0 | 15,787 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 8,732 | 0 | 8,732 |
| 13 | Earned income credit | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 1,111 |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | | | 25,630 |
| **Refund or Amount You Owe** | | | | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 | Subtract line 19 from line 18 (see page 4) | 20 | | | 25,630 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | | | 1,021 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 1,021 ** |
| 24 | Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** 24 | | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F Bush 11-24-99
Your signature Date

▶ Lyman F Bush Personal Representative of the Estate of Beverly J Bush, deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] CPA
Date 11/23/99
Check if self-employed ☒
Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA
20214 Kingsland Blvd., Katy, Texas
EIN
ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA
STF FED3171F.1

Form **1040X** (Rev. 11-98)

Exhibit C, P. 1

0570

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Se.

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush 503303721

OMB No. 1545-0091

This return is for calendar year ▶ 19 90 , OR fiscal year ended ▶ , 19

Please print or type

| | | | |
|---|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Tacoma, Washington 98445 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| **Income and Deductions (see pages 2 - 5)** | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 104,547 | (13,251) | 91,296 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 8,458 | 265 | 8,723 |
| 3 Subtract line 2 from line 1 | 3 | 96,089 | (13,516) | 82,573 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,100 | 0 | 4,100 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 91,989 | (13,516) | 78,473 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 22,218 | (4,460) | 17,758 |
| 7 Credits (see page 4) | 7 | | 1,387 | 1,387 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 22,218 | (5,847) | 16,371 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 22,218 | (5,847) | 16,371 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 14,155 | 0 | 14,155 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 2,310 | 0 | 2,310 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 5,753 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 22,218 |

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | 22,218 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 5,847 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 5,847 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** 24 | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F Bush — Your signature — 11-24-99 — Date

▶ Lyman F Bush of the estate of Personal Representative Beverly J Bush deceased — Spouse's signature. If a joint return, BOTH must sign. — 11-24-99 — Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Brett A Thompson CPA — Date 11/23/99 — Check if self-employed ☒ — Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas — EIN — ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F.1

Form **1040X** (Rev. 11-9

Ex C P. 2

Bush 503303721

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1991 , OR fiscal year ended ▶ , 19 .

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here . . . ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 32,369 | (21,090) | 11,279 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 14,877 | 422 | 15,299 |
| 3 Subtract line 2 from line 1 | 3 | 17,492 | (21,512) | (4,020) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,300 | 0 | 4,300 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 13,192 | (21,512) | (8,320) |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Rate Schedule | 6 | 1,976 | (1,976) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,976 | (1,976) | 0 |
| 9 Other taxes (see page 4) | 9 | 1,101 | 0 | 1,101 |
| 10 Total tax. Add lines 8 and 9 | 10 | 3,077 | (1,976) | 1,101 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 7,296 | 0 | 7,296 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 10,060 | 0 | 10,060 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 17,356 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS 952 13,327 | 19 | | | 14,279 |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | | | 3,077 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 1,976 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 1,976 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Lyman F. Bush — Your signature — Date 11-24-99

Lyman F. Bush Personal Representative of the Estate of Beverly J. Bush, deceased 11-24-99 — Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature: [signature] CPA — Date 11/23/99 — Check if self-employed ☒ — Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address: Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas — EIN — ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F.1 — Form **1040X** (Rev. 11-98)

Ex. C P. 3

0572

Bush 503303721

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Serv

# Am. .ded U.S. Individual Income Tax Return

▶ See separate Instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1992 , OR fiscal year ended ▶ , 19 .

Please print or type

| | | |
|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here . . . . ▶ [X]

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . . [X] Yes [ ] No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| **Income and Deductions (see pages 2 - 5)** | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 91,668 | (106,670) | (15,002) |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 12,603 | 2,215 | 14,818 |
| 3 Subtract line 2 from line 1 | 3 | 79,065 | (108,885) | (29,820) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,600 | 0 | 4,600 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 74,465 | (108,885) | (34,420) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 16,199 | (16,199) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 16,199 | (16,199) | 0 |
| 9 Other taxes (see page 4) | 9 | 5,800 | 0 | 5,800 |
| 10 Total tax. Add lines 8 and 9 | 10 | 21,999 | (16,199) | 5,800 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,787 | 0 | 2,787 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 16,500 | 0 | 16,500 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 2,712 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 21,999 |

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | 21,999 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 16,199 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 16,199 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: Lyman F. Bush Date: 11-24-99

Spouse's signature. If a joint return, BOTH must sign. Lyman F. Bush Personal Representative of the Estate of Beverly J. Bush, deceased Date: 11-24-99

**Paid Preparer's Use Only**

Preparer's signature: [signature] CPA Date: 11/23/99 Check if self-employed [X] Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address: Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas EIN ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F 1

Form 1040X (Rev 11-98)

Ex. C. P. 4

0573

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

Bush 503303721

OMB No. 1545-0091

This return is for calendar year ▶ 1993, OR fiscal year ended ▶ , 19

Please print or type

| | | | |
|---|---|---|---|
| Your first name and initial: LYMAN F. | Last name: BUSH | | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: BEVERLY J. | Last name: BUSH | | Spouse's social security number: [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. Tacoma, Washinton 98445 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| Income and Deductions (see pages 2 - 5) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 127,724 | (32,987) | 94,737 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 10,688 | 1,909 | 12,597 |
| 3 Subtract line 2 from line 1 | 3 | 117,036 | (34,896) | 82,140 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,700 | 0 | 4,700 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 112,336 | (34,896) | 77,440 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 26,651 | (9,769) | 16,882 |
| 7 Credits (see page 4) | 7 | | 1,330 | 1,330 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 26,651 | (11,099) | 15,552 |
| 9 Other taxes (see page 4) | 9 | 6,768 | 0 | 6,768 |
| 10 Total tax. Add lines 8 and 9 | 10 | 33,419 | (11,099) | 22,320 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,611 | 0 | 2,611 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 35,930 | 0 | 35,930 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 38,541 |

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 5,122 |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | 33,419 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 11,099 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 11,099 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** 24 | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Lyman F Bush 11-24-99 — Your signature / Date

Lyman F Bush Personal Representative of the estate of Beverly J Bush deceased 11-24-99 — Spouse's signature. If a joint return, BOTH must sign. / Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] CPA — Date 11/23/99 — Check if self-employed ☒ — Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas — EIN — ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F.1 — Form 1040X (Rev. 11-98)

Ex C. P. 5

0574

Bush 503303721

Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1995, OR fiscal year ended ▶ , 19

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. | BUSH | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BEVERLY J. | BUSH | [redacted] |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 1217 122nd Street Court East | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: Tacoma, Washington 98445 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☒

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 74,240 | (161,118) | (86,878) |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 17,508 | 5,739 | 23,247 |
| 3 Subtract line 2 from line 1 | 3 | 56,732 | (166,857) | (110,125) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 5,000 | 0 | 5,000 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 51,732 | (166,857) | (115,125) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 9,413 | (9,413) | 0 |
| 7 Credits (see page 4) | 7 | | 1,948 | 1,948 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 9,413 | (9,413) | 0 |
| 9 Other taxes (see page 4) | 9 | 5,115 | 0 | 5,115 |
| 10 Total tax. Add lines 8 and 9 | 10 | 14,528 | (9,413) | 5,115 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,553 | 0 | 2,553 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 8,262 | 0 | 8,262 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 3,713 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 14,528 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | | | 14,528 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 9,413 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 9,413 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Lyman F Bush 11-24-99
Your signature Date

▶ Lyman F Bush Personal Representative of the Estate of Beverly J Bush deceased 11-24-99
Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Brett A Thompson CPA Date 11/23/99 Check if self-employed ☒ Preparer's social security no. [redacted]

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas EIN ZIP code 77450

** *or such greater amount as is legally refundable, plus interest.*

Form **1040X** (Rev. 11-98)

ISA
STF FED3171F.1

Ex. C. P. 6

0575

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
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 199012 30 000 1
00751

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

CERTIFIED MAIL

Taxpayer Identification Number: [redacted]
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 5,847.00

Date Claim(s) Received: Dec. 28, 1999
Tax Period(s): Dec. 31, 1990

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Since the losses from Summer Lovers were not disallowed in previous years, the income is not available for "at risk" carryover. The amounts were never limited. Since there is no investment tax credit available in 1990 from any of the partnerships, the credit has not been allowed. You will receive a separate notice explaining the adjustments to Cinema 84.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

Ex. C, P. 7

You must declare that the statement of facts is true under penalties

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
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 000000 00 000
00712

LYMAN F & BEVERLY J BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519174

CERTIFIED MAIL

| | | | |
|---|---|---|---|
| Taxpayer Identification Number: | [redacted] | | |
| Kind of Tax: | INCOME TAX | | |
| Amount of Claim(s): | $ | 16,199.00 | 11,099.00 |
| Date Claim(s) Received: | Nov. 29, 1999 | | |
| Tax Period(s): | Dec. 31, 1992 | Dec. 31, 1993 | |

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Due to adjustments made to your 1995 tax return, as a result of an examination, there is no net operating loss to carryback. Therefore, we are unable to process your Form 1040X. You will receive a separate notice explaining any adjustments made to this year.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and signing it:

Ex C. P. 8

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
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 199512 30 000 C
00760

LYMAN F & BEVERLY J DECD BUSH
LYMAN F BUSH EX
1217 122ND ST CT E
TACOMA WA 98445-3519174

CERTIFIED MAIL

Taxpayer Identification Number: [redacted]
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 9,413.00

Date Claim(s) Received: Nov. 29, 1999
Tax Period(s): Dec. 31, 1995

Dear Taxpayer:

This is a copy of a letter we sent to the taxpayer named above. We are sending it to you because you filed a joint return with that taxpayer for the tax period shown.

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

We are unable to process your Form 1040X at this time. To enable us to process it, copies of cancelled checks or verification of money paid to the partnership(s), must be provided to verify the capital contributed in 1995. You will receive a separate notice explaining the adjustments made to this year.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

Ex. C. P. 9

4. A statement outlining the law or other authority that supports

0578

Internal Revenue S...ice
Department of the Treasury
Western Region
1160 West 1200 South
Ogden, UT 84201

Date: July 12, 2000

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

Mail Stop: 4410
Person to Contact:
Ms. Jones
Refer Reply to: 2980500467
Telephone Number:
(801) 629-1193
Not a toll free call
Hours: 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]
**Tax Year(s):** 1981
**Partnership/S Corporation:**
Cinema 84
**Employer Identification Number:**
11-2678807

Dear Mr. Bush:

The examination of Cinema 84 partnership/S corporation, employer identification number 11-2678807 has been completed.

Enclosed is Form 4549A-CG explaining how the adjustments made during our examination of the above partnership/S corporation affect your individual income tax return(s). This form is for your records.

The refund shown will be applied to any balance due account(s) first. We will refund any overpayment after any other taxes or other obligations, we are required to collect, are paid in full.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this matter, please contact the person whose name, telephone number, and contact hours are shown above.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely, PHOTOCOPY

W. Jones
Tax Technician
Examination Branch

Enclosure(s):
Form 4549A-CG
Publication 564

Cc: Thomas E. Redding

0579

Exhibit D, P. 1

...tment of the Treasury - Internal Revenue ...ce
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | Return Form No. |
|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH<br>1217 122ND STREET CT E<br><br>TACOMA WA 98445-3519 | [redacted] | 1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 0.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 91,779.00 | | |
| 4. Corrected Taxable Income | 91,779.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 36,684.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 36,684.00 | | |
| 8. Less Credits A. INVESTMENT CREDIT | 4,037.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 32,647.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 32,647.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 36,684.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (4,037.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (4,037.00) | $ | $ |

PHOTOCOPY

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



Exhibit D, P.2