# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: July 24, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument regarding plaintiffs' motion for summary judgment and defendant's cross-motion for partial summary judgment, shall be heard on Wednesday, August 8, 2007, at 10:00 a.m. eastern in the National Courts Building. Counsel for defendant shall appear in person. Counsel for plaintiffs may appear telephonically.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge