IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

---

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

---

MOTION FOR EXTENSION OF TIME

---

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 5 days, from July 26, 2007, to and including July 31, 2007, of the deadline for the defendant to file its reply brief. No prior enlargement of this deadline has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has stated that plaintiffs do not oppose this motion.

As good cause therefore, defendant had considered filing a motion to strike portions of the plaintiffs' reply and opposition to defendant's cross-motion because they addressed tax years 1988, 1990, 1991, 1993, and 1995, which tax years were not in issue in plaintiffs' motion or defendant's cross-motion. However, after further consideration, defendant has decided to avoid

further delay and respond to the allegations in the plaintiffs' reply briefs. Since the defendant will have to review information regarding tax years not previously raised by the plaintiffs, defendant requests a brief enlargement to allow it to complete that review.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its reply brief to July 31, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

July 25, 2007