**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

FILE COPY

**Date:** July 12, 2000

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]
**Tax Year(s):** 1991
**Partnership/S Corporation:**
Lone Wolf McQuade Associates and Cinema 84
**Employer Identification Number:**
[redacted]

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number 13-3109971 and 11-2678807 has been completed.

We are pleased to tell you that we have completed our review of the item(s) on your tax return concerning the partnership/S corporation referenced above. Since the questions have been resolved, no further action is required by you.

No adjustment to your tax return is necessary at this time, since the adjustment to passive income does not create a tax increase. It only affects the amount(s) on the enclosed Form 8582.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this letter, please contact the person whose name, telephone number, and contact hours are shown above. If you write, please include your telephone number, the hours you can be reached, and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure:
Form 8582

Cc: Thomas E. Redding

EXHIBIT
DX 13

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 14,747.00 | |
| 2b | Activities with net loss | (20,629.00) | |
| 2c | Prior Year Unallowed Losses | (15,294.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (21,176.00) |
| 3 | Lines 1d and 2d combined | | (20,431.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 15,492.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 15,492.00 |

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Date:** July 12, 2000

FILE COPY

THOMAS E REDDING
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027

**Mail Stop:** 4410
**Person to Contact:**
W. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F & Beverly J Decd Bush
**Tax Identification Number:**
[redacted]
**Tax Year(s):** 1991

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name(s) of the taxpayer(s) to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosures:
Letter
Form 8582

BUSH, LYMAN F & BEVERLY J DECD 199112

[redacted]

EXAMINER: JONES, WENDY

| TEFRA EXAMINATION WORKPAPERS | Related Tax Years: [1981-1995] | Date: [7/12/2000] |
|---|---|---|

Representative: Power of Attorney [X] Yes [ ] No

[ ] CPA [ ] Attorney [ ] Enrolled Agent [ ] Witness [ ] Other

Name : [THOMAS E REDDING Phone: [713-965-9244]

Address: [515 POST OAK BOULLEVARD STE 500 CAF IND Number: [X]

[HOUSTON TX 77027

A

ONE YEAR ASSESSMENT DATE:
[8/6/2000] RIDER

[ ] 870/P [ ] 870/S
[ ] 870 A/L [X] 906
[ ] Default [ ] Other: COURT STIP

B

Other OPEN TEFRA link [X] NO [ ] YES EIN:
Form 8339 completed? [X] NO [ ] YES - Date: [
[ ] [redacted] [ ] 05-D [X] NOT NEEDED (NO LINK,CF/CB ETC)

| | NAME | EIN | YEAR | KEY CASE Examined | Non-Exam |
|---|---|---|---|---|---|
| T/P Link: | [SUMMER LOVERS] | [redacted] | [198912] | [X] | [ ] |
| Flowthru: | [ | | [ 12 | [ ] | [ ] |
| Flowthru: | [ | [ | [ 12 | [ ] | [ ] |

REMINDERS:

[Y] Statute Search [Y] ORG CODE [N] Sch A AUTO
[N] Prior Adjustment [N] CF or CB [ ] MEDICAL C
[N] Schedule G [N] Partial [ ] CONTRIBUTIONS
[N] K Freeze [N] Bankruptcy [ ] MISC
[N] Address change [N] Copy Case [ ] PHASE OUT

Penalties: [ ] Not applicable
[ ] Negligence 6653(a)(1)&(2)
[ ] Substantial Understatement 6661
[ ] Overvaluation 6659 D
[X] TMT 120% Interest 6621(c)
[ ] Other:[ 6662 ACCURACY-RELATED

[ ] Agreed [ ] Not Agreed {Partial and Statutory Notice}

SEE THE ATTACHED EXAM WORKPAPERS (FORM 4318) FOR THE ADJUSTMENT AMOUNTS PER 906 LIMITED TO BASIS. HOWEVER, THIS PARTNERSHIP NEVER FULLY ADJUSTED THROUGH ALL APPLICABLE YEARS. NO PREVIOUS LOSSES DISALLOWED. THEREFORE, NO INCOME CREDITS ARE ALLOWABLE. STATUTE EXPIRATION FOR THIS ISSUE ONLY. NO ADJUSTMENT PLUS OR MINUS.

SENT TS-12:7/12/2000

IN LIEU OF FORM 4700 Rev(8/89)

TSUMY[redacted] 30 199112 PAGE 0

E#2980500467 2000180 PN REC NOT ON PICF-REQUEST COMPLETED

VERSION: 4.62.00 EXAMINATION WORKPAPERS
BUSH, LYMAN F & BEVERLY J DECD
[redacted]

EXAMINER: JONES, WENDY
GRADE: 08
ORGANIZATION CODE: 5824
TELEPHONE NUMBER: 801-620-7474

REVIEWER: ____________________

ADDRESS:
1217 122ND STREET CT E

TACOMA, WA 98445 3519

INDIVIDUAL TO CONTACT:
BUSH, LYMAN F & BEVERLY J DECD

TELE:
TELE:
TELE:
FAX:

REPRESENTATIVE NAME/ADDRESS:

,

POWER OF ATTORNEY:
MORE THAN ONE POA: N
TELE:
FAX:

APPEARED FOR INITIAL INTERVIEW: THP ( ) TPW ( ) POA ( ) OTHER

INFORMATION PROVIDED EXAMINATION PROCESS ( ) APPEALS PROCESS ( )
PUBLICATION 1, 'YOUR RIGHTS AS TAXPAYER' ( )
NOTICE 609, PRIVACY ACT AND PAPERWORK REDUCTION ACT ( )

METHOD OF ACCOUNTING:

ISSUE: LONE WOLF MCQUADE

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | A |

CONCLUSIONS:
6/15/2000 PER 906 W/OYD 8/6/2000; BASIS LIMITED TO 50,000 AND ITC LIMITED TO 5,000. ADJUSTING ACCORDINGLY.

90/91- TP STILL CLAIMING LOSSES FROM THIS PARTNERSHIP TP LIMITED TO BASIS THUS LOSS STILL NOT ALLOWABLE.

ISSUE: CINEMA 84

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | B |

CONCLUSIONS:
6/28/2000 PER 906 W/OYD 8/6/2000; IN 1984 TP TOOK 45,187 LOSS; TP ENTITLED TO 50,000. REMAINING AMOUNT OF 4,813 ALLOWED IN THIS YEAR. THUS CAPITAL NO OTHER LOSES ALLOWABLE.
90/91- TP REPORTED INCOME AND OFFSET IT BY C/O LOSSES DISALLOWED, THUS NET ADJMT IS INCOME VERSUS LOSSES, ZERO NET CHANGE.THE NET ADD AMT OF LOSSES IS 1459 THE INCOME AMT OF ADD C/O LOSSES THE TP CAN C/O.

ISSUE: ADDITIONAL CASE INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
7/12/2000 PER 906 W/OYD 8/6/2000; ADJUSTED PARTERSHIPS LONE WOLF AND CINEMA 84 PER 906 LIMITING TP TO BASIS. TP BEGINS CLAIMING THE PARTNERSHIPS AS PASSIVE IN 1989. THUS WHEN INCOME TAKEN AWAY LOSS ALSO TAKEN AWAY. THEREFORE, NET ADJUSTMENT IS ZERO. BUT C/O LOSSES OF OTHER PARTNERSHIPS INCREASE C/O AMOUNT AVAILABLE FOR FUTURE YEARS. 1,459 FOR 1990. 1272 FOR 1991.

ISSUE: OTHER INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | D |

CONCLUSIONS:
7/12/2000 SINCE NO RETURN AVAILABLE FOR 1990, INFO TAKEN FROM 1040X C/O LOSSESS ADJUSTED TO AMOUNT FROM 1990 TO PROTECT STATUTE AS FAR AS BEST POSSIBLE SITUATION WITH INFO AVAILABLE. THUS THE ADJUSTMENT ON THE 8582 WORKPAPERS SHOWING "ORIGINAL" - "ORIGINAL W/C/O ADJMTS" AND NEW COMPUTED 8582 PER EXAM ADJUSTMENTS.

BUSH LYMAN F & BEVERLY J DECD 199112

[redacted]

EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 14,747.00 | |
| 2b | Activities with net loss | (20,629.00) | |
| 2c | Prior Year Unallowed Losses | (15,294.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (21,176.00) |
| 3 | Lines 1d and 2d combined | | (20,431.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 15,492.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 15,492.00 |

BUSH, LYMAN F & BEVERLY J DECD 199112

[redacted]

EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

Original to C/B issues from 1990

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 16,019.00 | |
| 2b | Activities with net loss | (20,685.00) | |
| 2c | Prior Year Unallowed Losses | (16,120.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (20,786.00) |
| 3 | Lines 1d and 2d combined | | (20,041.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 16,764.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 16,764.00 |

1040 VERSION 4.62.00 FORM 8582 PASSIVE ACTIVITY LOSS PAGE 1
BUSH, LYMAN F & BEVERLY J DECD 199112
[redacted]
EXAMINER: MS JONES 2980500467

PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

Original to C/B issues from 1990.

Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 16,019.00 | |
| 2b | Activities with net loss | (20,685.00) | |
| 2c | Prior Year Unallowed Losses | (16,120.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (20,786.00) |
| 3 | Lines 1d and 2d combined | | (20,041.00) |

PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 16,764.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 16,764.00 |

Org/Sym Orig:..........CS:QS
IRM Deviation:.....................No
Review Date:.........10/01/2000

# CUSTOMER SERVICE DIVISION II
# EXAMINATION
# ASSISTANCE REQUEST

**INITIATOR:** W. Jones - #248 **EXT.:** 1193 **DATE:** 6/15/2000

**BRANCH/AREA:** EXAM / TEFRA / TRW 1 **MAIL STOP:** 4410

**LEAD APPROVAL:** J Braggs **MANAGER APPROVAL:**______________

[X] TECHNICAL
[ ] TELEPHONE SYSTEM
[ ] PROBE & RESPONSE
[ ] LEAD MEETING ISSUE
[ ] PHONE/PAPER DISCREPANCIES
[ ] MANAGEMENT
[ ] OTHER______________

(check one)
[ ] Supplement to IRM. Additions to Desk Procedures to pick you up when the IRM leaves you hanging.
[ ] IRM Instructions are contradictory between chapters, phone/paper.
[X] How do I? Unique issues to facilitate closure that the lead cannot resolve. (e.g. preparation of forms, ICP/IDRS input, etc.)
[ ] Production Efficiency. Great ideas for eliminating wasted energy.
[ ] Work Stoppage. Unable to resolve case without additional information or clarification.

**PROBLEM DESCRIPTION:** (What generated this problem? For example: telephone inquiry, paper inquiry, employee question, etc.) Tax year 1983 has Form 906 for "Summer Lovers" in it that applies to 1982 only and implies a Form 870-P is pending, per the memo. However, a Form 870-P has never been received. TSUMYP indicates a package just closed but there only 111s. Note: other DOs have entered one year dates. Were the 111s entered in error? Is there a package to address "Summer Lovers"? If there is not, how do I apply the basis limitations per the Form 906, to work the Forms 1040X from TP, requesting at-risk loss carryover reductions for "Summer Lovers"? See attached additional information.

**RESEARCH DATA & DOCUMENTATION:** (Attach applicable IRM page, local procedures, probe and response guide, quality alert, photocopies of any examples, etc.)

Per Glenda issue should have been worked but was not - Barred issues already taken care of - Just work case for two open pkg per 906 - Do not allow any basis adjmt for

**PROPOSED SOLUTION:**

Summer Lovers (as this amt never adjusted on Forms 1040X filed by TP -

**Memorandum**

ROSEANNA KISH
IRS-BSC
PO BOX 630
HOLTSVILLE, NY 11742-0630

Office or Place of Conference

☐ Telephone ☐ In Person

Person contacted or Name of Participants
RUSS DELANGE
OGDEN SERVICE CENTER

Reference VALIDITY OF 906'S FOR SUMMER LOVERS 11-2615060 YRS 83+89

Subject Matter/Remarks

PER MEMO FROM PAM STUBER 2/2/96 AND MEMO FROM CHIEF OF HARTFORD APPEALS, WHO ARE CONCERNED THAT INVESTORS HAVE 906'S WITHOUT 1 YR DATES FOR SUMMER LOVERS 11-2615060.

A MEMO FROM DISTRICT COUNSEL IN HARTFORD CONN. IS ATTACHED, STATING THE 906'S ARE VALID FOR 83+89 FOR INVESTOR'S LISTED BELOW: (COPIES OF THE 906 IS ALSO ATTACHED.)

| | | | |
|---|---|---|---|
| [redacted] LAULETTA | 1 YR DT 8/17/95 | 83 YR |
| JORDAN | 1 YR DT 7/17/95 | YRS 83+89 |
| BUSH | 1 YR DT 8/17/95 | YRS 83+89 |
| BRANDLI | 1 YR DT 1/22/93 | YRS 83+89 |
| GRACE | 1 YR DT 2/7/96 | YRS 83+ |
| COOKE | 1 YR DT 9/6/95 | YRS 83+ |
| DENNIS | 83+89 YRS: | |

870 FOR 83YR HAS A 1 YR DT 10/12/96 - DELETED
CHANGED TO 906 1 YR DT 9/14/95

PLEASE CLOSE OUT YOUR INVESTORS.
THANK YOU.

Signature
Roseanna Kish TER

Date
2/13/96 STOP 634 IPI

| Routing | | | | | ☐ File |
|---|---|---|---|---|---|
| Initials | | | | | Code: |

'81

copy orig

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

FILE COPY

**Date:** July 12, 2000

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]
**Tax Year(s):** 1992
**Partnership/S Corporation:**
Lone Wolf McQuade Associates
and Cinema 84
**Employer Identification Number:**
[redacted]

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number 13-3109971 and 11-2678807 has been completed.

We are pleased to tell you that we have completed our review of the item(s) on your tax return concerning the partnership/S corporation referenced above. Since the questions have been resolved, no further action is required by you.

No adjustment to your tax return is necessary at this time, since the adjustment to passive income does not create a tax increase. It affects the carryover loss amount(s) on the enclosed Form 8582.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this letter, please contact the person whose name, telephone number, and contact hours are shown above. If you write, please include your telephone number, the hours you can be reached, and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure:
Form 8582

Cc: Thomas E. Redding

EXHIBIT
tabbies
DX 14

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 868.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 868.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 1,254.00 | |
| 2b | Activities with net loss | (34,955.00) | |
| 2c | Prior Year Unallowed Losses | (15,014.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (48,715.00) |
| 3 | Lines 1d and 2d combined | | (47,847.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | | |
|---|---|---|---|
| 10 | Sum of lines 1a and 2a | | 2,122.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | | 2,122.00 |

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Date:** July 12, 2000 FILE COPY

THOMAS E REDDING
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027

**Mail Stop:** 4410
**Person to Contact:**
W. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F & Beverly J Decd Bush
**Tax Identification Number:**
[redacted]
**Tax Year(s):** 1992

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name(s) of the taxpayer(s) to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosures:
Letter
Form 8582

TRW 1 - #248 248 - 7/13/2000
MS 4410 - Ext 1193

# Special Handling Notice

NAME 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 30 199212 LK 091000205 d(s) Ended 30 199212
LYMAN F & BEVERLY J BUSH
STATUS -- ORG. -- OTHER CHANGE INFO
Decd

aff 01- 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/
02- Individual/ Income Tax
03- #16,199.00
07- November 29, 1999
08- 12/31/1992

- [ ] Mandatory Review *(State nature, per IRM 4414.1)*
- [ ] Sample Review
  - [ ] Systematic
  - [ ] Management Identified
- [ ] TCMP
- [ ] Joint Committee Case
- [ ] Employee Returns

1- Due to adjustments made

**Expedite** to your 1995 tax return, as a result of an examination, there is no net operating loss to carryback. We are unable to process your Form 1040X. You will receive a separate notice explaining any adjustments made to this year.

- [ ] Prompt Assessment Request, Expires ____
- [ ] Other ____ *Specify*

**Special Handling/Processing Instructions**

*(IRM 48(13)1—Exhibit 300-1, IRM 4414 and IRM 4482.21)*

4 -
7- W. Jones
801-629-1193
6:30 am - 2 pm

- [ ] Issue Notice of Claim Disallowance
- [X] Restricted interest case, IRC section ____
- [X] Send all communications as per power of attorney
- [ ] Address/Name Change
- [ ] Assess/Adjust
  - [ ] Deficiency, claim involved
  - [ ] Penalty
  - [ ] Prepayment Credit
- [ ] Manual refund
  - [ ] Deceased taxpayer
  - [ ] Hardship case
  - [ ] Innocent Spouse
- [ ] Process
  - [ ] Partial Agreement
  - [ ] Partial Payment
- [ ] Other *(Specify)* ____
- [ ] Special Instructions *(state nature, date & initial)*

Copy Only
Info

____ Date ____ Initials ____
____ Date ____ Initials ____
____ Date ____ Initials ____
____ Date ____ Initials ____

Note: This form is to be fastened at the upper left corner of the case file and on top of all other forms except Form 895 and 2644.

1040 VERSION 4.62.00 INDEX A
BUSH, LYMAN F & BEVERLY J DECD 199212
[redacted]
EXAMINER: JONES, WENDY

| TEFRA EXAMINATION WORKPAPERS | Related Tax Years: [1981-1995] | Date: [7/13/2000] |
|---|---|---|

Representative: Power of Attorney [X] Yes [ ] No
[ ] CPA [ ] Attorney [ ] Enrolled Agent [ ] Witness [ ] Other
Name : [THOMAS E REDDING Phone: [713-965-9244]
Address: [515 POST OAK BOULLEVARD STE 500 CAF IND Number: [X]
[HOUSTON TX 77027

A

ONE YEAR ASSESSMENT DATE:
[8/6/2000] RIDER
[ ] 870/P [ ] 870/S
[ ] 870 A/L [X] 906
[ ] Default [ ] Other: COURT STIP

B

Other OPEN TEFRA link [X] NO [ ] YES EIN:
Form 8339 completed? [X] NO [ ] YES - Date: [
[ ] 05-111111 [ ] 05-D [X] NOT NEEDED (NO LINK,CF/CB ETC)

| | NAME | EIN | YEAR | KEY CASE Examined | Non-Exam |
|---|---|---|---|---|---|
| T/P Link: | [SUMMER LOVERS] | [redacted] | [198912] | [X] | [ ] |
| Flowthru: | [ | | [ 12 | [ ] | [ ] |
| Flowthru: | [ | [ | [ 12 | [ ] | [ ] |

REMINDERS:

[Y] Statute Search [Y] ORG CODE [N] Sch A AUTO
[N] Prior Adjustment [N] CF or CB [ ] MEDICAL C
[N] Schedule G [N] Partial [ ] CONTRIBUTIONS
[N] K Freeze [N] Bankruptcy [ ] MISC
[N] Address change [N] Copy Case [ ] PHASE OUT

Penalties: [ ] Not applicable
[ ] Negligence 6653(a)(1)&(2)
[ ] Substantial Understatement 6661
[ ] Overvaluation 6659 D
[X] TMT 120% Interest 6621(c)
[ ] Other:[ 6662 ACCURACY-RELATED

[ ] Agreed [ ] Not Agreed {Partial and Statutory Notice}

SEE THE ATTACHED EXAM WORKPAPERS (FORM 4318) FOR THE ADJUSTMENT AMOUNTS PER 906 LIMITED TO BASIS. HOWEVER, THIS PARTNERSHIP NEVER FULLY ADJUSTED THROUGH ALL APPLICABLE YEARS. NO PREVIOUS LOSSES DISALLOWED. STILL NOT ADJUSTING LOSS CLAIMED.

SENT TS-12:7/12/2000

IN LIEU OF FORM 4700 Rev(8/89)

TSUMYI[redacted] 30 199212 PAGE 0

E#2980500467 2000161 PN REC NOT ON PICF-REQUEST COMPLETED

VERSION: 4.62.00 EXAMINATION WORKPAPERS
BUSH, LYMAN F & BEVERLY J DECD
[redacted]

EXAMINER: JONES, WENDY
GRADE: 08
ORGANIZATION CODE: 5824
TELEPHONE NUMBER: 801-620-7474

REVIEWER: ______________________

ADDRESS:
1217 122ND STREET CT E

TACOMA, WA 98445 3519

INDIVIDUAL TO CONTACT:
BUSH, LYMAN F & BEVERLY J DECD

TELE:
TELE:
TELE:
FAX:

REPRESENTATIVE NAME/ADDRESS:

POWER OF ATTORNEY:
MORE THAN ONE POA: N
TELE:
FAX:

,

APPEARED FOR INITIAL INTERVIEW: THP ( ) TPW ( ) POA ( ) OTHER

INFORMATION PROVIDED EXAMINATION PROCESS ( ) APPEALS PROCESS ( )
PUBLICATION 1, 'YOUR RIGHTS AS TAXPAYER' ( )
NOTICE 609, PRIVACY ACT AND PAPERWORK REDUCTION ACT ( )

METHOD OF ACCOUNTING:

ISSUE: LONE WOLF MCQUADE

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199212 | 0.00 | 0.00 | 0.00 | A |

CONCLUSIONS:
6/15/2000 PER 906 W/OYD 8/6/2000; BASIS LIMITED TO 50,000 AND ITC LIMITED TO 5,000. ADJUSTING ACCORDINGLY.

90/91/92- TP STILL CLAIMING LOSSES FROM THIS PARTNERSHIP TP LIMITED TO BASIS THUS LOSS STILL NOT ALLOWABLE.

ISSUE: CINEMA 84

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199212 | 0.00 | 0.00 | 0.00 | B |

CONCLUSIONS:
6/28/2000 PER 906 W/OYD 8/6/2000; IN 1984 TP TOOK 45,187 LOSS; TP ENTITLED TO 50,000. REMAINING AMOUNT OF 4,813 ALLOWED IN THIS YEAR. THUS CAPITAL NO OTHER LOSES ALLOWABLE.
90/91/92- TP REPORTED INCOME AND OFFSET IT BY C/O LOSSES DISALLOWED, THUS NET ADJMT IS INCOME VERSUS LOSSES, ZERO NET CHANGE.THE NET ADD AMT OF LOSSES IS 1459 THE INCOME AMT OF ADD C/O LOSSES THE TP CAN C/O.

VERSION: 4.62.00 EXAMINATION WORKPAPERS
BUSH, LYMAN F & BEVERLY J DECD
[redacted]
EXAMINER: JONES, WENDY

ISSUE: ADD CASE INFO
IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199212 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
7/13/2000 ADDITIONAL TIME TAKEN AS PASSIVE WOULD NOT WORK, HAD TO DELETE CASE TWO SEPARATE TIMES BEFORE BEING ABLE TO WORK. ALSO CHANGED PERCENTAGE OF C/O LOSSES TO COINCIDE W/PRIOR YEAR. ONLY ADJUSTMENT IS TO C/O LOSSES BEING DISALLOWED IN PRIOR YEAR. TP DID NOT CLAIM ANY INCOME OR LOSS FROM PARTNERSHIPS IN THIS YEAR. THUS NO C/O ADJMT TO FUTURE YEARS FOR OTHER PARTNERSHIPS IN THIS SITUATION.

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Date:** July 12, 2000

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]
**Tax Year(s):** 1993
**Partnership/S Corporation:**
Lone Wolf McQuade Associates
and Cinema 84
**Employer Identification Number:**
[redacted]

FILE COPY

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number 13-3109971 and 11-2678807 has been completed.

We are pleased to tell you that we have completed our review of the item(s) on your tax return concerning the partnership/S corporation referenced above. Since the questions have been resolved, no further action is required by you.

No adjustment to your tax return is necessary at this time, since the adjustment to passive income does not create a tax increase. It affects the carryover loss amount(s) on the enclosed Form 8582.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this letter, please contact the person whose name, telephone number, and contact hours are shown above. If you write, please include your telephone number, the hours you can be reached, and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure:
Form 8582

Cc: Thomas E. Redding

EXHIBIT
tabbies
DX 15

1040 VERSION 4.02.00 FORM 8582 PASSIVE ACTIVITY LOSS PAGE 1
BUSH, LYMAN F & BEVERLY J DECD 199312
[redacted]
EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 986.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 986.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 4,586.00 | |
| 2b | Activities with net loss | (94,875.00) | |
| 2c | Prior Year Unallowed Losses | (14,846.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (105,135.00) |
| 3 | Lines 1d and 2d combined | | (104,149.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 5,572.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 5,572.00 |

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

FILE COPY

**Date:** July 12, 2000

**Mail Stop:** 4410
**Person to Contact:**
W. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F & Beverly J Decd Bush
**Tax Identification Number:**
[redacted]
**Tax Year(s):** 1993

THOMAS E REDDING
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name(s) of the taxpayer(s) to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosures:
Letter
Form 8582

# Special Handling Notice

NAME [redacted] 30 199312 LK 091000206 Period(s) Ended 30 199312

LYMAN F & BEVERLY J BUSH
STATUS -- ORG. -- OTHER CHANGE INFO
Decd

Staff [redacted]

02 - Individual Income Tax
03 - $11,099.00
07 - November 29, 1999
08 - 12/31/1993

☐ Mandatory Review *(State nature, per IRM 4414.1)*

☐ Sample Review
☐ Systematic
☐ Management Identified

☐ TCMP
☐ Joint Committee Case
☐ Employee Returns

1 - Due to adjustments made to your 1995 tax return, as a result of an examination, there is no net operating loss to carry back. Therefore, we are unable to process your Form 1040X. You will receive a separate notice explaining any adjustments made to this year.

**Expedite**

☐ Prompt Assessment Request, Expires ______
☐ Other ______ *Specify*

**Special Handling/Processing Instructions**

*(IRM 48(13)1—Exhibit 300-1, IRM 4414 and IRM 4482.21)* 4 -

7 - W. Jones
801-629-1193
6:30am - 2 pm

☐ Issue Notice of Claim Disallowance
☐ Restricted interest case, IRC section ______
☒ Send all communications as per power of attorney

☐ Address/Name Change

☐ Assess/Adjust { ☐ Deficiency, claim involved ☐ Penalty ☐ Prepayment Credit }

☐ Manual refund { ☐ Deceased taxpayer ☐ Hardship case ☐ Innocent Spouse }

☐ Process { ☐ Partial Agreement ☐ Partial Payment }

☐ Other *(Specify)* ______

☐ Special Instructions *(state nature, date & initial)*

Copy Only

______ Date ______ Initials ______
______ Date ______ Initials ______
______ Date ______ Initials ______
______ Date ______ Initials ______

Note. This form is to be fastened at the upper left corner of the case file and on top of all other forms except Form 895 and 2644.