**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 02-1041, consolidated with 04-1598 T
(Judge Eric G. Bruggink)

---

LYMAN F. BUSH, *et al.*,

Plaintiffs

VS.

UNITED STATES OF AMERICA,

Defendant

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SUR-REPLY TO DEFENDANT'S REPLY BRIEF**

---

Plaintiff requests leave to file the accompanying Sur-Reply to Defendant's Reply Brief. Plaintiff makes this request because the Defendant's Reply Brief raises new issues, including challenges to the merits of the post-1986 claims and Tax Court jurisdictional arguments.

Oral Argument on the pending motion and cross-motion is set for Tuesday, August 8, 2007.

Plaintiff attempted to contact the government's counsel to determine whether the government objects to the filing of this motion and the accompanying sur-reply, but did not receive a response prior to the time of filing.

WHEREFORE, Plaintiff Lyman F. Bush and Lyman F. Bush as Personal Representative for the Estate of Beverly J. Bush respectfully requests that he be allowed to file his Sur-Reply to

Defendant's Reply Brief which accompanies this motion for leave.

Respectfully submitted,

August 3, 2007

/s/ Thomas E. Redding

Thomas E. Redding, Attorney of Record
Sallie W. Gladney
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiff
Lyman F. Bush and Lyman F. Bush as
Personal Representative for the Estate of Beverly J. Bush