IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION TO SUBSTITUTE REDACTED EXHIBITS

Defendant submitted exhibits 1-8 in support of its cross-motion for summary judgment and exhibits 9-15 in support of its reply brief. The plaintiffs' Social Security Numbers were not redacted on those documents. Defendant requests that Court remove from the files the unredacted documents submitted as defendant's exhibits 1-15 in support of defendant's cross-motion for summary judgment and substitute as defendant's exhibits 1-15 the attached redacted documents.

WHEREFORE, defendant requests that the Court remove from the record defendant's exhibits 1-15 previously filed with the Court and substitute the redacted defendant's exhibits 1-

15 attached hereto.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

August 13, 2007



2651481.1