# DEFENDANT'S EXHIBIT NO. 2

Photocopy Prepared

# Form 1040 Department of the Treasury - Internal Revenue Service U.S. Individual Income Tax Return 1986

For the year January 1-December 31, 1986, or other tax year beginning , 1986, ending , 19

OMB No. 1545-0074

Use IRS label. Or, please print or type.

LYMAN F & BEVERLY J. BUSH

1217 122 ND ST. CT. E

TACOMA, WA 98445

Your social security number: 503 30 3721

Spouse's social security no.: 503 40 6597

If this address is different from the one shown on your 1985 return, check here ▶ ☐

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? X Yes No
If joint return, does your spouse want $1 to go to this fund? X Yes No

**Note:** Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Filing Status**

Check only one box.

1 ☐ Single
2 X Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4 ☐ Head of household (with qualifying person). If the qualifying person is your unmarried child but not your dependent, enter child's name here.
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

**Exemptions**

Always check the box labeled Yourself. Check other boxes if they apply.

6a X Yourself ☐ 65 or over ☐ Blind
b X Spouse ☐ 65 or over ☐ Blind
Enter number of boxes checked on 6a and b ▶ 2

c First names of your dependent children who lived with you
Enter number of children listed on 6c ▶

d First names of your dependent children who did not live with you. (If pre-1985 agreement, check here ▶ ☐ .)
Enter number of children listed on 6d ▶

e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,080 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶

f Total number of exemptions claimed (also complete line 36) — Add numbers entered in boxes above ▶ 2

**Income**

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 4 of Instructions.

Please attach check or money order here.

| Line | Description | Sub-amount | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | | 7 | 85030. |
| 8 | Interest income (also attach Schedule B if over $400) | | 8 | 2316. |
| 9a | Dividends (also attach Sch. B if over $400) 5943. , 9b Exclusion 200. | | | |
| c | Subtract line 9b from line 9a and enter the result | | 9c | 5743. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 9 of Instructions | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | | 13 | 92694. |
| 14 | 40% of capital gain distributions not reported on line 13 | | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received | 17a 25000. | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | | 18 | (-52590.) |
| 19 | Farm income or (loss) (attach Schedule F) | | 19 | |
| 20a | Unemployment compensation (insurance). Total received | 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | | 20b | |
| 21a | Social security benefits | 21a | | |
| b | Taxable amount, if any, from worksheet on page 11. {Tax-exempt interest } | | 21b | |
| 22 | Other income (list type and amount) SEE SCHEDULE 3 | | 22 | (-588). |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | | 23 | 132605. |

**Adjustments to Income**

| Line | Description | Sub-amount | Line | Amount |
|---|---|---|---|---|
| 24 | Moving expenses (attach Form 3903 or 3903F) | 24 | | |
| 25 | Employee business expenses (attach Form 2106) | 25 | | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 4000. | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | | |
| 28 | Penalty on early withdrawal of savings | 28 | | |
| 29 | Alimony paid (recipient's last name and social security no. ) | 29 | | |
| 30 | Deduction for a married couple when both work (attach Schedule W) | 30 824. | | |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | | 31 | 4824. |

**Adjusted Gross Income**

| Line | Description | Line | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 58) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions ▶ | 32 | 127781. |

JUL 10 1990

EXHIBIT 2

610001 10-28-86

33

Form 1040 (1986) OMB No. 1545 - 0074 Page 2

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| Tax Computation | 33 | Amount from line 32 (adjusted gross income) | | | 33 | 127781. |
| | 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26. Caution: If you have unearned income and can be claimed as a dependent on your parents' return, see page 13 of Instructions and check here ▶ ☐. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien. | | | 34a | 61318. |
| | b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | | |
| | c | Enter your noncash contributions (you must attach Form 8283 if over $500) | 34c | | | |
| | d | Add lines 34b and 34c. Enter the total | | | 34d | |
| | 35 | Subtract line 34a or line 34d, whichever applies, from line 33 | | | 35 | 66463. |
| | 36 | Multiply $1,080 by the total number of exemptions claimed on line 6f (see page 14) | | | 36 | 2160. |
| | 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | | | 37 | 64303. |
| | 38 | Enter tax here. Check if from ☐ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☒ Sch. G | | | 38 | 13393. |
| | 39 | Additional taxes (see page 14 of Instructions). Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 13393. |
| Credits | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | | |
| | 42 | Credit for the elderly or for the permanently and totally disabled (attach Schedule R) | 42 | | | |
| | 43 | Partial credit for political contributions for which you have receipts | 43 | | | |
| | 44 | Add lines 41 through 43. Enter the total | | | 44 | |
| | 45 | Subtract line 44 from line 40. Enter the result (but not less than zero) | | | 45 | 13393. |
| | 46 | Foreign tax credit (attach Form 1116) | 46 | | | |
| | 47 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, or ☐ Form 6765 | 47 | | | |
| | 48 | Add lines 46 and 47. Enter the total | | | 48 | |
| | 49 | Subtract line 48 from line 45. Enter the result (but not less than zero) ▶ | | | 49 | 13393. |
| Other Taxes (Including Advance EIC Payments) | 50 | Self-employment tax (attach Schedule SE) | | | 50 | |
| | 51 | Alternative minimum tax (attach Form 6251) | | | 51 | 21021. |
| | 52 | Tax from recapture of investment credit (attach Form 4255) | | | 52 | |
| | 53 | Social security tax on tip income not reported to employer (attach Form 4137) | | | 53 | |
| | 54 | Tax on an IRA (attach Form 5329) | | | 54 | |
| | 55 | Add lines 49 through 54. This is your **total tax** ▶ | | | 55 | 34414. |
| Payments | 56 | Federal income tax withheld | 56 | 13953. | | |
| | 57 | 1986 estimated tax payments and amount applied from 1985 return | 57 | | | |
| Attach Forms W-2, W-2G, and W-2P to front. | 58 | Earned income credit (see page 16) | 58 | | | |
| | 59 | Amount paid with Form 4868 | 59 | | | |
| | 60 | Excess social security tax and RRTA tax withheld (two or more employers) | 60 | | | |
| | 61 | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 61 | | | |
| | 62 | Regulated investment company credit (attach Form 2439) | 62 | | | |
| | 63 | Add lines 56 through 62. These are your **total payments** ▶ | | | 63 | 13953. |
| Refund or Amount You Owe | 64 | If line 63 is larger than line 55, enter amount **OVERPAID** ▶ | | | 64 | |
| | 65 | Amount of line 64 to be **REFUNDED TO YOU** ▶ | | | 65 | |
| | 66 | Amount of line 64 to be applied to your 1987 estimated tax ▶ | 66 | | | |
| | 67 | If line 55 is larger than line 63, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1986 Form 1040" on it ▶ Check ▶ ☒ if Form 2210 (2210F) is attached. See page 17. **Penalty:** $ | | | 67 | 20461. |

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Please Sign Here**

| | | | |
|---|---|---|---|
| ▶ Your signature: [signature] | Date: 4-13-87 | Your occupation: STRUCTRAL ENG. | |
| ▶ Spouse's signature (if joint return, BOTH must sign): [signature] | Date: 4 13 87 | Spouse's occupation: TEACHER | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature], C.P.A. | Date: 4-11-87 | Check if self-employed ☐ | Preparer's social security no. 536 38 3328 |
| Firm's name (or yours, if self-employed) and address ▶ | STEPHEN O. ROBERTS, CPA, PS | E. I. No. | 91 1155753 |
| | 1501 WEST VALLEY HWY. NO. SUITE 103 | ZIP code | 98001 |
| | AUBURN, WASHINGTON | | |

SCHEDULE A (Form 1040)
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
1986
Attachment Sequence No. 07

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

| Section | Line | Description | Line no. | Amount | Line no. | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses (Do not include expenses reimbursed or paid by others.) | 1 | Prescription medicines and drugs; and insulin | 1 | 287. | | |
| | 2 a | Doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | 2a | 450. | | |
| | b | Transportation and lodging | 2b | 61. | | |
| | c | Other (list - include hearing aids, dentures, eyeglasses, etc.) ▶ | 2c | | | |
| | 3 | Add lines 1 through 2c, and enter the total here | 3 | 798. | | |
| | 4 | Multiply the amount on Form 1040, line 33, by 5% (.05) | 4 | 6389. | | |
| | 5 | Subtract line 4 from line 3. If zero or less, enter -0-. Total medical and dental ▶ | | | 5 | 0. |
| Taxes You Paid | 6 | State and local income taxes | 6 | | | |
| | 7 | Real estate taxes | 7 | 1591. | | |
| | 8 a | General sales tax (see sales tax tables in instruction booklet) | 8a | 1386. | | |
| | b | General sales tax on motor vehicles | 8b | 780. | | |
| | 9 | Other taxes (list - include personal property taxes) ▶ PERSONAL PROPERTY | 9 | 463. | | |
| | 10 | Add the amounts on lines 6 through 9. Enter the total here. Total taxes ▶ | | | 10 | 4220. |
| Interest You Paid | 11 a | Home mortgage interest paid to financial institutions (report deductible points on line 13) | 11a | 1025. | | |
| | b | Home mortgage interest you paid to individuals (show that person's name and address) ▶ | 11b | | | |
| | 12 | Total credit card and charge account interest you paid | 12 | | | |
| | 13 | Other interest you paid (list payee's name and amount) ▶ SEE SCHEDULE 7 | 13 | 52584. | | |
| | 14 | Add the amounts on lines 11a through 13. Enter the total here. Total interest ▶ | | | 14 | 53609. |
| Contributions You Made | 15 a | Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 15b.) SEE SCH 6 | 15a | 1343. | | |
| | b | Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶ | 15b | | | |
| | 16 | Other than cash. (You must attach Form 8283 if over $500.) | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add the amounts on lines 15a through 17. Enter the total here. Total contributions ▶ | | | 18 | 1343. |
| Casualty and Theft Losses | 19 | Total casualty or theft loss(es). (You must attach Form 4684 or similar statement.) ▶ | | | 19 | |
| Miscellaneous Deductions | 20 | Union and professional dues | 20 | 181. | | |
| | 21 | Tax return preparation fee | 21 | 325. | | |
| | 22 | Other (list type and amount) ▶ SEE SCHEDULE 8 | 22 | 5310. | | |
| | 23 | Add the amounts on lines 20 through 22. Enter the total here. Total miscellaneous ▶ | | | 23 | 5816. |
| Summary of Itemized Deductions | 24 | Add the amounts on lines 5, 10, 14, 18, 19, and 23. Enter your answer here | | | 24 | 64988. |
| | 25 | If you checked Form 1040 { Filing Status box 2 or 5, enter $3,670; Filing Status box 1 or 4, enter $2,480; Filing Status box 3, enter $1,835 } | | | 25 | 3670. |
| | 26 | Subtract line 25 from line 24. Enter your answer here and on Form 1040, line 34a. (If line 25 is more than line 24, see the Instructions for line 26 on page 22.) ▶ | | | 26 | 61318. |

619501 10-28-86 For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1986 OMB No. 1545-0074

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

## Schedule B - Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

Also complete Part III.

If you received more than $400 in interest income, you must complete Part I and list ALL interest received. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 22.

| Interest Income | Line | Amount |
|---|---|---|
| 1 Interest income from seller-financed mortgages. (List name of payer.) ▶ | 1 | |
| 2 Other interest income (list name of payer) ▶ | | |
| J-PUGET SOUND NATIONAL BANK | | 143. |
| J-UNION BANK | | 55. |
| J-WASH TEACHERS CREDIT UNION | | 65. |
| J-PORTFOLIO TIMING | | 2053. |
| | 2 | |
| 3 Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8 ▶ | 3 | 2316. |

**Part II Dividend Income**

Also complete Part III.

If you received more than $400 in gross dividends and/or other distributions on stock, complete Part II. If you received, as a nominee, dividends that actually belong to another person, see page 23.

| Dividend Income | Line | Amount |
|---|---|---|
| 4 Dividend income (list name of payer - include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | |
| J-NQ-CMA MONEY FUND | | 2448. |
| J-Q -FINANCIAL PROGRAMS INC. | | 120. |
| J-NQ-FINANCIAL PROGRAMS INC. | | 233. |
| J-CG-FINANCIAL PROGRAMS INC. | | 17719. |
| J-Q -MERRILL LYNCH | | 561. |
| J-CG-MERRILL LYNCH | | 1127. |
| J-Q -THE FRANKLIN LIFE | | 241. |
| J-NQ-UNION BANK | | 336. |
| J-NQ-PORTFOLIO TIMING | | 2004. |
| | 4 | |
| 5 Add the amounts on line 4. Enter the total here | 5 | 24789. |
| 6 Capital gain distributions. Enter here and on line 13, Schedule D.* (6) 18846. | | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) (7) | | |
| 8 Add the amounts on lines 6 and 7. Enter the total here | 8 | 18846. |
| 9 Subtract line 8 from line 5. Enter the result here and on Form 1040, line 9a ▶ | 9 | 5943. |

*If you received capital gain distributions for the year and you do not need Schedule D to report any other gains or losses, do not file that schedule. Instead, enter 40% of your capital gain distributions on Form 1040, line 14.

**Part III Foreign Accounts and Foreign Trusts**

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | Yes | No |
|---|---|---|
| 10 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | X |
| If "Yes," enter the name of the foreign country ▶ | | |
| 11 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions. Schedule B (Form 1040) 1986

SCHEDULE D (Form 1040)
Department of the Treasury Internal Revenue Service

# Capital Gains and Losses and Reconciliation of Forms 1099-B

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
For Paperwork Reduction Act Notice, see Form 1040 Instructions.

OMB No. 1545-0074
1986
Attachment Sequence No. 12

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH
Your social security number: 503 30 3721

1 Report here, the total sales of stocks, bonds, etc., reported for 1986 by your broker to you on Form(s) 1099-B or an equivalent substitute statement(s) ..... 1 444317.

If this amount differs from the total of lines 2b and 9b, column (d), attach a statement explaining the difference. See the instructions for line 1, Schedule D (Form 1040) for examples.

## Part I Short-term Capital Gains and Losses - Assets Held Six Months or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired / (c) Date sold Mo. | Day | Yr. | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|---|
| 2a Form 1099-B Transactions (Sales of Stocks, Bonds, etc.): | | | | | | | |
| SEE SCHEDULE 5 | | | | 188538. | 202817. | -16868. | 2589. |
| 2b Total (add column (d)) ▶ | | | | 188538. | | | |
| 2c Other Transactions: | | | | | | | |

| | | | |
|---|---|---|---|
| 3 Short-term gain from sale or exchange of a principal residence from Form 2119, lines 6 or 12 | 3 | | |
| 4 Short-term gain from installment sales from Form 6252, lines 22 or 30 | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 5 | | |
| 6 Short-term capital loss carryover from years beginning after 1969 | 6 | | |
| 7 Add all of the transactions on lines 2a and 2c and lines 3 through 6 in columns (f) and (g) | 7 | -16868. | 2589. |
| 8 Net short-term gain or (loss), combine columns (f) and (g) of line 7 | 8 | | -14279. |

## Part II Long-term Capital Gains and Losses - Assets Held More Than Six Months

| (a) Description of property | Mo. | Day | Yr. | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|---|
| 9a Form 1099-B Transactions (Sales of Stocks, Bonds, etc.): | | | | | | | |
| 20 SH. CHALKER ENGINEERS | 05<br>06 | 18<br>30 | 82<br>86 | 18518. | 8500. | | 10018. |
| 250 SH. CHALKER ENGINEERS | <br>06 | <br>30 | 73<br>86 | 231482. | 15000. | | 216482. |
| 672 SHARES OF FINANCIAL DYNAMICS | 05<br>01 | 16<br>17 | 85<br>86 | 5779. | 5110. | | 669. |
| 9b Total (add column (d)) ▶ | | | | 255779. | | | |
| 9c Other Transactions: | | | | | | | |

| | | | |
|---|---|---|---|
| 10 Long-term gain from sale or exchange of a principal residence from Form 2119, lines 6, 8, or 12 | 10 | | |
| 11 Long-term gain from installment sales from Form 6252, lines 22 or 30 | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 12 | | |
| 13 Capital gain distributions | 13 | | 18846. |
| 14 Enter gain from Form 4797, lines 6 or 8 | 14 | | |
| 15 Long-term capital loss carryover from years beginning after 1969 | 15 | | |
| 16 Add all of the transactions on lines 9a and 9c and lines 10 through 15 in columns (f) and (g) | 16 | | 246015. |
| 17 Net long-term gain or (loss), combine columns (f) and (g) of line 16 | 17 | | 246015. |

Schedule D (Form 1040) 1986

Schedule D (Form 1040) 1986 Attachment Sequence No. 12 OMB No. 1545-0074 Page 2

**Note:** If you have capital loss carryovers from years beginning before 1970, do not complete Parts III or IV. See Form 4798 instead.

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on Page 1.) | Your social security number

## Part III Summary of Parts I and II

| | | |
|---|---|---|
| 18 Combine lines 8 and 17, and enter the net gain or (loss) here | 18 | 231736. |
| **Note:** If line 18 is a loss, skip lines 19 through 21 and complete lines 22 and 23. If line 18 is a gain, complete lines 19 through 21 and skip lines 22 and 23. | | |
| 19 If line 18 shows a gain, enter the smaller of line 17 or line 18. Enter zero if there is a loss or no entry on line 17 — 19: 231736. | | |
| 20 Enter 60% of line 19 | 20 | 139042. |
| If line 20 is more than zero, you may be liable for the alternative minimum tax. See Form 6251. | | |
| 21 Subtract line 20 from line 18. Enter here and on Form 1040, line 13 | 21 | 92694. |
| 22 If line 18 shows a loss, enter one of the following amounts: | | |
| a If line 8 is zero or a net gain, enter 50% of line 18; | | |
| b If line 17 is zero or a net gain, enter line 18; or | | |
| c If line 8 and line 17 are net losses, enter amount on line 8 added to 50% of the amount on line 17 | 22 | |
| 23 Enter here and as a loss on Form 1040, line 13, the smallest of: | | |
| a The amount on line 22; | | |
| b $3,000 ($1,500 if married and filing a separate return); or | | |
| c Taxable income, as adjusted (see instructions) | 23 | |

## Part IV Computation of Post-1969 Capital Loss Carryovers from 1986 to 1987

(Complete this part if the loss on line 22 is more than the loss on line 23)

| | | |
|---|---|---|
| 24 Enter loss shown on line 8; if none, enter zero and skip lines 25 through 28, then go to line 29 | 24 | |
| 25 Enter gain shown on line 17. If that line is blank or shows a loss, enter zero | 25 | |
| 26 Subtract line 25 from line 24 | 26 | |
| 27 Enter smaller of line 23 or line 26 | 27 | |
| 28 Subtract line 27 from line 26. This is your short-term capital loss carryover from 1986 to 1987 | 28 | |
| 29 Subtract line 27 from line 23. (Note: If you skipped lines 25 through 28, enter amount from line 23.) | 29 | |
| 30 Enter loss from line 17; if none, enter zero and skip lines 31 through 34 | 30 | |
| 31 Enter gain shown on line 8. If that line is blank or shows a loss, enter zero | 31 | |
| 32 Subtract line 31 from line 30 | 32 | |
| 33 Multiply amount on line 29 by 2 | 33 | |
| 34 Subtract line 33 from line 32. This is your long-term capital loss carryover from 1986 to 1987 | 34 | |

## Part V Complete This Part Only if You Elect Out of the Installment Method and Report a Note or Other Obligation at Less Than Full Face Value

Check here if you elect out of the installment method ▶ ☐

Enter the face amount of the note or other obligation. ▶

Enter the percentage of valuation of the note or other obligation. ▶

## Part VI Reconciliation of Forms 1099-B For Bartering Transactions

Complete this part if you received one or more Form(s) 1099-B or an equivalent substitute statement(s) reporting bartering income. Enter the amount on the line that indicates the form or schedule you used to report the bartering income.

| | | Amount of bartering from Form 1099-B or equivalent statement |
|---|---|---|
| 35 Form 1040, line 22 | 35 | |
| 36 Schedule C (Form 1040) | 36 | |
| 37 Schedule D (Form 1040) | 37 | |
| 38 Schedule E (Form 1040) | 38 | |
| 39 Schedule F (Form 1040) | 39 | |
| 40 Other (identify) (if not taxable, indicate reason - attach additional sheets if necessary) ▶ | 40 | |
| 41 Total (add lines 35 through 40) | 41 | 444317 |

**Note:** The amount on line 41 should be the same as the total bartering on all Forms 1099-B or equivalent statements received.

620502
10-28-86

SCHEDULE E (Form 1040)
Department of the Treasury Internal Revenue Service

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates, trusts, etc.)
▶ Attach to Form 1040, Form 1041 or Form 1041S.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
1986
Attachment Sequence No. 13

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

## Part I Rental and Royalty Income or (Loss)

1 In the space provided below, show the kind and location of each rental property.

2 For each property listed, did you or a member of your family use for personal purposes any of the properties for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | | Yes | No |
|---|---|---|---|
| Property A | SEE ATTACHED SCHEDULES ▶ | | |
| Property B | ▶ | | |
| Property C | ▶ | | |

| Rental and Royalty Income | | Properties A | Properties B | Properties C | | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 3 a Rents received | | | RENT AND/OR ROYALTIES | | 3 | 1551. |
| b Royalties received | | | SEE SCHEDULE 4 | | | |
| **Rental and Royalty Expenses** | | | | | | |
| 4 Advertising | 4 | | | | | |
| 5 Auto and travel | 5 | | | | | |
| 6 Cleaning and maintenance | 6 | | | | | |
| 7 Commissions | 7 | | | | | |
| 8 Insurance | 8 | | | | | |
| 9 Legal and other professional fees | 9 | | | | | |
| 10 Mortgage interest paid to financial institutions | 10 | | | | 10 | |
| 11 Other interest | 11 | | | | | |
| 12 Repairs | 12 | | | | | |
| 13 Supplies | 13 | | | | | |
| 14 Taxes (Do not include windfall profit tax here. See Part III, line 34.) | 14 | | | | | |
| 15 Utilities | 15 | | | | | |
| 16 Wages and salaries | 16 | | | | | |
| 17 Other (list) ▶ | | | | | | |
| 18 Total expenses other than depreciation and depletion. Add lines 4 through 17 | 18 | | SEE SCHEDULE 4 | | 18 | 779. |
| 19 Depreciation expense or depletion (see Publication 535) | 19 | | SEE SCHEDULE 4 | | 19 | 552. |
| 20 Total. Add lines 18 and 19 | 20 | | | | | |
| 21 Income or (loss) from rental or royalty properties. Subtract line 20 from line 3a (rents) or 3b (royalties) | 21 | | | | | |

| | | |
|---|---|---|
| 22 Add properties with profits on line 21, and enter the total profits here SEE SCHEDULE 4 | 22 | 220. |
| 23 Add properties with losses on line 21, and enter the total (losses) here | 23 | ( ) |
| 24 Combine amounts on lines 22 and 23, and enter the net profit or (loss) here | 24 | 220. |
| 25 Net farm rental profit or (loss) from Form 4835, line 34 | 25 | |
| 26 Total rental or royalty income or (loss). Combine amounts on lines 24 and 25, and enter the total here. If Parts II and III on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in line 36 on page 2 of Schedule E | 26 | 220. |

621501 10-28-86

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on Page 1.) | Your social security number

## Part II Income or (Loss) from Partnerships, S Corporations, Estates, or Trusts

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198.

### Partnerships and S Corporations

| (a) Name | (b) Enter appropriate code[1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| SUMMER LOVERS ASSOC | P | | 11-2615060 | | 129. |
| LONE WOLF MC QUADE ASSOC | P | | 13-3109971 | 34003. | |
| BUSH WEAVER | P | | 91-0993948 | | 0. |
| FAWCETT PLAZA ONE | P | | 91-1012413 | | 1476. |
| CINEMA 84 | P | | 11-2678807 | 20079. | |
| MRI BUSINESS PROPERTIES | P | | 94-2919856 | 109. | |
| MEDICAL EQUIPMENT FUND TWO | | | | | |
| NEW YORK, NY | P | | | 66. | |
| PUGET SOUND INVESTOR II | | | | | |
| TACOMA, WA | P | | 91-1258275 | 158. | |

1 Codes: P for partnership; S for S corporation

| | | | |
|---|---|---|---|
| 27 Add amounts in columns (e) and (f) and enter the total(s) here | 27 | ( 54415. ) | 1605. |
| 28 Combine amounts in columns (e) and (f), line 27, and enter the net income or (loss) here | | 28 | -52810. |
| 29 Deduction for section 179 property (from Form 1065, Schedule K-1, and Form 1120S, Schedule K-1). (See Instructions for limitations.) | | 29 | ( ) |
| 30 Total partnership and S corporation income or (loss). Combine amounts on lines 28 and 29. Enter the total here and include in line 36 below | | 30 | -52810. |

### Estates and Trusts

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net Income |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 31 Add amounts in columns (e) and (f) and enter the total(s) here | 31 | ( ) | |
| 32 Total estate and trust income or (loss). Combine amounts in columns (e) and (f), line 31. Enter the total here and include in line 36 below | | 32 | |

## Part III Windfall Profit Tax Summary

| | | |
|---|---|---|
| 33 Windfall profit tax credit or refund received in 1986 | 33 | |
| 34 Windfall profit tax withheld in 1986 | 34 | ( ) |
| 35 Combine amounts on lines 33 and 34. Enter the total here and include in line 36 below | 35 | |

## Part IV Summary

| | | |
|---|---|---|
| 36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Enter total here and on Form 1040, line 18 ▶ | 36 | -52590. |
| 37 Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II | 37 | |

# 1986 STATEMENT OF RENT OR ROYALTY INCOME

NO. 1

NAME AS SHOWN ON RETURN: LYMAN F & BEVERLY J. BUSH

I.D. NUMBER: 503 30 3721

DESCRIPTION OF PROPERTY: 5026 SO PUGET SOUND

Did you or a member of your family use for personal purposes this property for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? YES [ ] NO [X]

| | | | |
|---|---|---|---|
| GROSS RENT OR ROYALTY INCOME | | | 1551. |
| EXPENSES: | | | |
| REPAIRS & MAINT | | 1065. | |
| TAXES | | 651. | |
| INSURANCE | | 162. | |
| AGENCY | | 462. | |
| SUBTOTAL | 2340. | | |
| LESS 66.70 PCT EXCLUDED (OTHER THAN INV. INT.) | | -1561. | |
| DEPRECIATION - SEE FORM 4562 E- 1 | | 552. | |
| TOTAL EXPENSES | | | 1331. |
| NET RENT OR ROYALTY INCOME OR LOSS | | | 220. |

Depreciation and Amortization detail

E-1

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| RENTAL HOUSE | 10 80 | 27650. | | 10785. | PRE | .0600 | 6 | 1659. |
| LESS EXCLUSION | | -18443. | | | | | | -1107. |

Schedule G (Form 1040)
Department of the Treasury
Internal Revenue Service

# Income Averaging

▶ See instructions. ▶ Attach to Form 1040.

OMB No. 1545-0074
1986
Attachment Sequence No. 16

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

## Step 1 Add your income from 1983 - 1985

| | | | | |
|---|---|---|---|---|
| 1983 | 1 | Enter the amount from your 1983 Form 1040 (line 37), Form 1040A (line 19), or Form 1040EZ (line 7). If less than zero, enter zero | 1 | 768. |
| 1984 | 2 | Enter the amount from your 1984 Form 1040 (line 37), Form 1040A (line 19), or Form 1040EZ (line 7). If less than zero, enter zero | 2 | 0. |
| 1985 | 3 | Enter the amount from your 1985 Form 1040 (line 37), Form 1040A (line 19), or Form 1040EZ (line 7). If less than zero, enter zero | 3 | 53375. |
| Total | 4 | Enter all income less deductions earned outside of the U.S. or within U.S. possessions and excluded for 1983 through 1985 (include housing exclusion) | 4 | 0. |
| | 5 | Add lines 1 through 4 | 5 | 54143. |

## Step 2 Figure your averageable income

| | | | |
|---|---|---|---|
| 6 | Divide the amount on line 5 by three (3) | 6 | 18048. |
| 7 | Multiply the amount on line 6 by 140% (1.4) | 7 | 25267. |
| 8 | Enter your taxable income for 1986 from Form 1040, line 37 | 8 | 64303. |
| 9 | If you received a premature or excessive distribution subject to a penalty under section 72, see instructions | 9 | |
| 10 | Subtract line 9 from line 8 | 10 | 64303. |
| 11 | If you live in a community property state and are filing a separate return, see instructions | 11 | |
| 12 | Subtract line 11 from line 10. If less than zero, enter zero | 12 | 64303. |
| 13 | Enter the amount from line 7 above | 13 | 25267. |
| 14 | Subtract line 13 from line 12. This is your averageable income. If this line is $3,000 or less, do not complete the rest of this form | 14 | 39036. |

## Step 3 Figure your tax

| | | | | | |
|---|---|---|---|---|---|
| 15 | Multiply the amount on line 14 by 25% (.25) | | | 15 | 9759. |
| 16 | Enter the amount from line 7 above | | | 16 | 25267. |
| 17 | Add lines 15 and 16 | | | 17 | 35026. |
| 18 | Enter the amount from line 11 above | | | 18 | |
| 19 | Add lines 17 and 18 | | | 19 | 35026. |
| 20 | Tax on amount on line 19 (from Tax Rate Schedule X, Y, or Z) | | | 20 | 5941. |
| 21 | Tax on amount on line 17 (from Tax Rate Schedule X, Y, or Z) | 21 | 5941. | | |
| 22 | Tax on amount on line 16 (from Tax Rate Schedule X, Y, or Z) | 22 | 3457. | | |
| 23 | Subtract line 22 from line 21 | 23 | 2484. | | |
| 24 | Multiply the amount on line 23 by 3 | | | 24 | 7452. |
| | If you have no entry on line 9, skip lines 25 through 27 and go to line 28. | | | | |
| 25 | Tax on amount on line 8 (from Tax Rate Schedule X, Y, or Z) | 25 | | | |
| 26 | Tax on amount on line 10 (from Tax Rate Schedule X, Y, or Z) | 26 | | | |
| 27 | Subtract line 26 from line 25 | | | 27 | |
| 28 | Add lines 20, 24, and 27. If the result is less than the tax figured from the tax rate schedule or tax table, also enter on Form 1040, line 38, and check the Schedule G box | | | 28 | 13393. |

For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule G (Form 1040) 1986

Schedule W (Form 1040)
Department of the Treasury Internal Revenue Service

# Deduction for a Married Couple When Both Work

▶ For Paperwork Reduction Act Notice, see Form 1040 Instructions.
▶ Attach to Form 1040.

OMB No. 1545-0074
1986
Attachment Sequence No. 20

Names as shown on Form 1040: LYMAN F & BEVERLY J. BUSH
Your social security number: 503 30 3721

## Step 1 Figure your earned income

| | | (a) You | | (b) Your spouse |
|---|---|---|---|---|
| 1 Wages, salaries, tips, etc., from Form 1040, line 7. (Do not include pensions or annuities reported on Form 1040, line 16 or lines 17a and 17b.) | 1 | 74794. | 1 | 10236. |
| 2 Net profit or (loss) from self-employment (from Schedules C and F (Form 1040), Schedule K-1 (Form 1065), and any other earned income) | 2 | | 2 | |
| 3 Add lines 1 and 2. This is your total earned income | 3 | 74794. | 3 | 10236. |

## Step 2 Figure your qualified earned income

| | | | | |
|---|---|---|---|---|
| 4 Add amounts entered on Form 1040, lines 25, 26, 27, and any repayment of supplemental unemployment benefits (sub-pay) included on line 31. Enter the total | 4 | 2000. | 4 | 2000. |
| 5 Subtract line 4 from line 3. This is your qualified earned income. If the amount in column (a) or (b) is zero (-0-) or less, stop here. You may not take this deduction | 5 | 72794. | 5 | 8236. |

## Step 3 Figure your deduction

| | | |
|---|---|---|
| 6 Compare the amounts in columns (a) and (b) of line 5 above. Enter the **smaller** amount here. (Enter either amount if 5(a) and 5(b) are the same.) **Do not enter more than $30,000** | 6 | 8236. |
| 7 Percentage used to figure the deduction (10%) | 7 | x .10 |
| 8 Multiply the amount on line 6 by the percentage on line 7. This is the amount of your deduction. Enter the answer here and on Form 1040, line 30 ▶ | 8 | 824. |

Form **2106**
Department of the Treasury
Internal Revenue Service

# Employee Business Expenses

▶ Attach to Form 1040.

OMB No. 1545-0139
**1986**
Attachment Sequence No. 54

| Your name | Social security number | Occupation in which expenses were incurred |
|---|---|---|
| LYMAN F BUSH | 503 30 3721 | ENGINEER |

**Part I Employee Business Expenses Deductible in Figuring Adjusted Gross Income** SEE SCHEDULE A

| | | | |
|---|---|---|---|
| 1 | Vehicle expenses from Part II, lines 15 or 22 | 1 | 3200. |
| 2 | Parking fees, tolls, and business portion of certain interest and taxes (see instructions) | 2 | |
| 3 | Local transportation including train, cabs, bus, airplane, etc. | 3 | |
| 4 | Travel expenses while away from home overnight including meals, lodging, airplane, car rental, taxi, etc. | 4 | |
| 5 | **Employees who are not outside salespersons:** Enter your expenses, not included on lines 1 through 4, for entertainment, gifts, and other business expenses, up to the amount you were reimbursed by your employer. Use Schedule A (Form 1040) for these expenses that were more than your reimbursement DEPRECIATION 4562- 2 | 5 | 194. |
| 6 | **Outside salesperson's expenses:** Enter your total expenses for entertainment, gifts, and other business expenses not included on lines 1 through 4 | 6 | |
| 7 | Add lines 1 through 6 | 7 | 3394. |
| 8 | Enter reimbursements from employer on this line if the reimbursements were not included on Form W-2 | 8 | 3738. |
| 9 | If line 7 is more than line 8, enter difference here and on Form 1040, line 25 | 9 | |
| 10 | If line 8 is more than line 7, enter difference here and include it on Form 1040, line 7 | 10 | 344. |

**Part II Vehicle Expenses (Use either your actual expenses or the standard mileage rate.)**

**Section A. — General Information**

| | | | Vehicle 1 | Vehicle 2 |
|---|---|---|---|---|
| 1 | Enter the date vehicle was placed in service | 1 | 86 | 86 |
| 2 | Total mileage vehicle was used during 1986 | 2 | 12159 | 6751 |
| 3 | Miles included on line 2 that vehicle was used for business | 3 | 9089 | 4826 |
| 4 | Percent of business use (divide line 3 by line 2) | 4 | 74.75% | 71.49% |
| 5 | Average daily round trip commuting distance | 5 | | |
| 6 | Miles included on line 2 that vehicle was used for commuting | 6 | 3070 | 1925 |
| 7 | Other personal mileage (subtract line 6 plus line 3 from line 2) | 7 | | |

8 Do you (or your spouse) have another vehicle available for personal purposes? [X] Yes [ ] No

9 If your employer provided you with a vehicle, is personal use during off duty hours permitted? [ ] Yes [ ] No [X] Not applicable

10 Do you have evidence to support your deduction? [X] Yes [ ] No. If yes, is the evidence written? [X] Yes [ ] No

**Section B. — Standard Mileage Rate (Do not use this section unless you own the vehicle)**

| | | | |
|---|---|---|---|
| 11 | Enter the smaller of Part II, line 3 or 15,000 miles | 11 | |
| 12 | Subtract line 11 from Part II, line 3 | 12 | |
| 13 | Multiply line 11 by 21¢ (.21) (see instructions for a fully depreciated vehicle) | 13 | |
| 14 | Multiply line 12 by 11¢ (.11) | 14 | |
| 15 | Add lines 13 and 14. Enter total here and on Part I, line 1 | 15 | |

**Section C. — Actual Expenses**

| | | | Vehicle 1 | Vehicle 2 |
|---|---|---|---|---|
| 16 | Gasoline, oil, repairs, vehicle insurance, etc. | 16 | | |
| 17 | Vehicle rentals | 17 | | |
| 18 | Value of employer-provided vehicle (applies only if included on Form W-2 at 100% fair rental value, see instructions) | 18 | | |
| 19 | Add lines 16 through 18 | 19 | | |
| 20 | Multiply line 19 by the percentage on Part II, line 4 | 20 | | |
| 21 | Depreciation from Section D, column (f) (see instructions) 4562- 1 | 21 | | |
| 22 | Add lines 20 and 21. Enter total here and on Part I, line 1 | 22 | | |

**Section D. — Depreciation of Vehicles** (Depreciation can only be claimed for a vehicle you own. If a vehicle is used 50 percent or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

| | Cost or other basis (a) | Basis for depreciation (Business use only) (b) | Method of figuring depreciation (c) | Depreciation Deduction (d) | Section 179 expense (e) | Total column (d) + column (e) (f) |
|---|---|---|---|---|---|---|
| **Vehicle** | | | | | | |
| **Vehicle** | | | | | | |

**For Paperwork Reduction Act Notice, see Instructions.** Form **2106** (1986)

612001
10-29-86

Form **2106**
Department of the Treasury
Internal Revenue Service

# Employee Business Expenses

▶ Attach to Form 1040.

OMB No. 1545-0139
**1986**
Attachment Sequence No. 54

| Your name | Social security number | Occupation in which expenses were incurred |
|---|---|---|
| LYMAN F BUSH | 503 30 3721 | ENGINEER |

## Part I Employee Business Expenses Deductible in Figuring Adjusted Gross Income

| | | |
|---|---|---|
| 1 Vehicle expenses from Part II, lines 15 or 22 | 1 | |
| 2 Parking fees, tolls, and business portion of certain interest and taxes (see instructions) | 2 | |
| 3 Local transportation including train, cabs, bus, airplane, etc. | 3 | |
| 4 Travel expenses while away from home overnight including meals, lodging, airplane, car rental, taxi, etc. | 4 | |
| 5 **Employees who are not outside salespersons:** Enter your expenses, not included on lines 1 through 4, for entertainment, gifts, and other business expenses, up to the amount you were reimbursed by your employer. Use Schedule A (Form 1040) for these expenses that were more than your reimbursement | 5 | |
| 6 **Outside salesperson's expenses:** Enter your total expenses for entertainment, gifts, and other business expenses not included on lines 1 through 4 | 6 | |
| 7 Add lines 1 through 6 | 7 | |
| 8 Enter reimbursements from employer on this line if the reimbursements were not included on Form W-2 | 8 | |
| 9 If line 7 is more than line 8, enter difference here and on Form 1040, line 25 | 9 | |
| 10 If line 8 is more than line 7, enter difference here and include it on Form 1040, line 7 | 10 | |

## Part II Vehicle Expenses (Use either your actual expenses or the standard mileage rate.)

### Section A. — General Information

| | | Vehicle 3 | Vehicle |
|---|---|---|---|
| 1 Enter the date vehicle was placed in service | 1 | 86 | |
| 2 Total mileage vehicle was used during 1986 | 2 | 2728 | |
| 3 Miles included on line 2 that vehicle was used for business | 3 | 1540 | |
| 4 Percent of business use (divide line 3 by line 2) | 4 | 56.45% | % |
| 5 Average daily round trip commuting distance | 5 | | |
| 6 Miles included on line 2 that vehicle was used for commuting | 6 | 1188 | |
| 7 Other personal mileage (subtract line 6 plus line 3 from line 2) | 7 | | |

8 Do you (or your spouse) have another vehicle available for personal purposes? ☐ Yes ☐ No

9 If your employer provided you with a vehicle, is personal use during off duty hours permitted? ☐ Yes ☐ No ☐ Not applicable

10 Do you have evidence to support your deduction? ☐ Yes ☐ No. If yes, is the evidence written? ☐ Yes ☐ No

### Section B. — Standard Mileage Rate (Do not use this section unless you own the vehicle)

| | | |
|---|---|---|
| 11 Enter the smaller of Part II, line 3 or 15,000 miles | 11 | 15000 |
| 12 Subtract line 11 from Part II, line 3 | 12 | 455 |
| 13 Multiply line 11 by 21¢ (.21) (see instructions for a fully depreciated vehicle) | 13 | 3150. |
| 14 Multiply line 12 by 11¢ (.11) | 14 | 50. |
| 15 Add lines 13 and 14. Enter total here and on Part I, line 1 | 15 | 3200. |

### Section C. — Actual Expenses

| | | Vehicle 3 | Vehicle |
|---|---|---|---|
| 16 Gasoline, oil, repairs, vehicle insurance, etc. | 16 | | |
| 17 Vehicle rentals | 17 | | |
| 18 Value of employer-provided vehicle (applies only if included on Form W-2 at 100% fair rental value, see instructions) | 18 | | |
| 19 Add lines 16 through 18 | 19 | | |
| 20 Multiply line 19 by the percentage on Part II, line 4 | 20 | | |
| 21 Depreciation from Section D, column (f) (see instructions) 4562- 1 | 21 | | |
| 22 Add lines 20 and 21. Enter total here and on Part I, line 1 | 22 | | |

### Section D. — Depreciation of Vehicles (Depreciation can only be claimed for a vehicle you own. If a vehicle is used 50 percent or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

| | Cost or other basis (a) | Basis for depreciation (Business use only) (b) | Method of figuring depreciation (c) | Depreciation Deduction (d) | Section 179 expense (e) | Total column (d) + column (e) (f) |
|---|---|---|---|---|---|---|
| Vehicle | | | | | | |
| Vehicle | | | | | | |

For Paperwork Reduction Act Notice, see Instructions. Form **2106** (1986)

612001
10-29-86