2106
AUTO- 1

**Depreciation and Amortization detail**

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

612002
06-25-86

* = Section 179/Bonus

2106
OTHER-2

Depreciation and Amortization detail

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| COMPUTER | 83 | 972. | 49. | 535. | PRE | .2100 | 6 | 194. |

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals

▶ See separate instructions
▶ Attach to Form 1040

OMB No. 1545-0140
**1986**
Attachment Sequence No. 56

| Name(s) as shown on Form 1040 | Social security number |
|---|---|
| LYMAN F & BEVERLY J. BUSH | 503 30 3721 |

**Part I** Figuring Your Underpayment

| | | | | |
|---|---|---|---|---|
| 1 1986 tax after credits (from Form 1040, line 49) | | | 1 | 13393. |
| 2 Other taxes (see instructions) | | | 2 | 21021. |
| 3 Add lines 1 and 2 | | | 3 | 34414. |
| 4 Earned income credit | 4 | | | |
| 5 Credit for Federal tax on gasoline and special fuels | 5 | | | |
| 6 Credit for overpaid windfall profit tax attributable to amounts withheld | 6 | | | |
| 7 Add lines 4, 5, and 6 | | | 7 | |
| 8 Subtract line 7 from line 3 | | | 8 | 34414. |
| 9 Multiply line 8 by 80% (.80) | 9 | 27531. | | |
| 10 Withholding taxes from 1986 Form 1040, lines 56 and 60. (Include any credit from Form 4469.) | | | 10 | 13953. |
| 11 Subtract line 10 from line 8. If the result is less than $500, do not complete rest of form | | | 11 | 20461. |
| 12 Enter your 1985 tax (see instructions) | | | 12 | 7727. |
| 13 Enter the smaller of line 9 or line 12 | | | 13 | 7727. |

| | | Payment Due Dates | | | |
|---|---|---|---|---|---|
| | | (a) Apr. 15, 1986 | (b) June 15, 1986 | (c) Sept. 15, 1986 | (d) Jan. 15, 1987 |
| 14 Divide line 13 by four (4) and enter the result in each column. However, if you use the annualized income installment method, complete the worksheet in the instructions and enter the amount from line 26 in each column of line 14 | 14 | 1932. | 1932. | 1932. | 1931. |
| Complete lines 15 through 22 for one column before completing the next column. 15 Estimated tax paid and tax withheld. (For column (a) only, enter the amount from line 15 on line 19) | 15 | 3488. | 3488. | 3488. | 3489. |
| 16 Enter amount, if any, from line 22 of previous column | 16 | | 1556. | 3112. | 4668. |
| 17 Add lines 15 and 16 | 17 | | 5044. | 6600. | 8157. |
| 18 Add amounts on lines 20 and 21 of the previous column and enter the result | 18 | | | | |
| 19 Enter line 17 minus line 18. If zero or less, enter zero. (For column (a) only, enter the amount from line 15) | 19 | 3488. | 5044. | 6600. | 8157. |
| 20 Remaining underpayment from previous period. If the amount on line 19 is zero, enter line 18 minus line 17 | 20 | | | | |
| 21 UNDERPAYMENT. If line 14 is larger than or equal to line 19, enter line 14 minus line 19. Then go to line 15 of next column. Otherwise, go to line 22 | 21 | | | | |
| 22 OVERPAYMENT. If line 19 is larger than line 14, enter line 19 minus line 14. Then go to line 15 of next column | 22 | 1556. | 3112. | 4668. | 6226. |

612501 12-11-86 For Paperwork Reduction Act Notice, see page 1 of separate instructions. Form 2210 (1986)

## Part II Figuring the Penalty

| | | Payment Due Dates | | | |
|---|---|---|---|---|---|
| | | (a) Apr. 15, 1986 | (b) June 15, 1986 | (c) Sept. 15, 1986 | (d) Jan. 15, 1987 |
| **23** Underpayment from line 21, page 1 | 23 | | | | |
| **Rate Period 1 – 10% (April 15, 1986 – June 30, 1986)** | | | | | |
| **24a** Computation starting date for this period | 24a | Apr. 15, 1986 | June 15, 1986 | | |
| **b** Number of days FROM the date on line 24a TO the date line 23 was paid or June 30, 1986, whichever is earlier. If June 30 is earlier, enter 76 and 15, respectively | 24b | Days | Days | | |
| **c** Number of days on line 24b / 365 x 10% x underpayment on line 23 (see instructions) | 24c | $ | $ | | |
| **Rate Period 2 – 9% (July 1, 1986 – April 15, 1987)** | | | | | |
| **25a** Computation starting date for this period | 25a | June 30, 1986 | June 30, 1986 | Sept 15, 1986 | Jan 15, 1987 |
| **b** Number of days FROM the date on line 25a TO the date line 23 was paid or April 15, 1987, whichever is earlier. If April 15 is earlier, enter 289, 289, 212, and 90 in columns (a)-(d), respectively | 25b | Days | Days | Days | Days |
| **c** Number of days on line 25b / 365 x 9% x underpayment on line 23 (see instructions) | 25c | $ | $ | $ | $ |

**26** Penalty (add all amounts on lines 24c and 25c in all columns). Check the box below line 67 on Form 1040 and show this amount in the space provided. If you owe tax, add the penalty to your tax and show the total on line 67. If you are due a refund, subtract the penalty from the overpayment on line 64 ..... **26** $

Form **4562**
Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

2106
AUTO- 1

OMB No. 1545-0172
**1986**
Attachment Sequence No. 67

Name(s) as shown on return: LYMAN F BUSH

Identifying number: 503 30 3721

Business or activity to which this form relates: AUTOMOBILE-FORM 2106 -1

## Part I Depreciation

(Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)
See instructions under Items You Should Note for new rules for certain assets placed in service after July 31, 1986.

### Section A. – Election to Expense Recovery Property (Section 179)

| 1 (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| 2 Listed property – Enter total from Part III, Section A, column (h) | | |
| 3 Total (not more than $5000) (Partnerships or S corporations – enter this amount on Schedule K of Forms 1065 and 1120S) | | |

### Section B. – Depreciation of Recovery Property

| (a) Class of property | (b) Date placed in service | (c) Basis for Depreciation (Business use Only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 4 Accelerated Cost Recovery System (ACRS): For assets placed in service ONLY during tax year beginning in 1986 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 10-year property | | | | | |
| d 15-year public utility property | | | | | |
| e 15-year real property – low-income housing | | | | | |
| f 15-year real property | | | | | |
| g 18-year real property | | | | | |
| h 19-year real property | | | | | |
| 5 Listed property – Enter total from Part III, Section A, column (g) | | | | | |
| 6 ACRS deduction for assets placed in service prior to 1986 | | | | | |

### Section C. – Depreciation of Nonrecovery Property

| | |
|---|---|
| 7 Property subject to section 168(e)(2) election | |
| 8 Other depreciation | |

### Section D. – Summary

| | |
|---|---|
| 9 Depreciation from Form 4562A | |
| 10 Total (add deductions on lines 3 through 9). Enter here and on the Depreciation line of your return | |

## Part II Amortization of Property

Total. Enter here and on Other Deductions or Expenses line of your return

**Depreciation and Amortization Detail**

| (a) Type of property | (b) Date placed in service | (c) Cost or other basis | Prior depreciation | (d) Method of figuring depreciation | (e) Life or rate | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**See Paperwork Reduction Act Notice on page 1 of separate instructions.**

FORM 4562 (1986) Page 2 AUTO- 1 OMB No. 1545-0172

**Part III** **Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).**
If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. – Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No If yes, is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery Period | (f) Method of figuring depreciation | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| 85 CHEVY | 86 | 100. | | | N/A | L | | |
| 72 BUICK | 86 | 100. | | | N/A | L | | |
| 78 GMC | 86 | 100. | | | N/A | L | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 5, page 1.) | | | | | | | | |

**Section B. – Information Regarding Use of Vehicles**
Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | | | | | | | |
| 2 Total business miles driven during the year | | | | | | | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C. – Questions for Employers Who Provide Vehicles for Use by Employees.**
(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors. partners, or other more than 5% owners or related persons.)

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning fleet vehicles or qualified automobile demonstration use (see instructions)? | | |

**Note:** If you answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

616222
11-14-86

Form **4562**
Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

2106
OTHER-2

OMB No. 1545-0172
**1986**
Attachment Sequence No. 67

Name(s) as shown on return: LYMAN F BUSH
Identifying number: 503 30 3721

Business or activity to which this form relates: OTHER-FORM 2106 -2

**Part I Depreciation** (Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)
See instructions under Items You Should Note for new rules for certain assets placed in service after July 31, 1986.

## Section A. – Election to Expense Recovery Property (Section 179)

| 1 (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| 2 Listed property – Enter total from Part III, Section A, column (h) | | |
| 3 Total (not more than $5000) (Partnerships or S corporations – enter this amount on Schedule K of Forms 1065 and 1120S) | | |

## Section B. – Depreciation of Recovery Property

| (a) Class of property | (b) Date placed in service | (c) Basis for Depreciation (Business use Only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 4 Accelerated Cost Recovery System (ACRS): For assets placed in service ONLY during tax year beginning in 1986 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 10-year property | | | | | |
| d 15-year public utility property | | | | | |
| e 15-year real property - low-income housing | | | | | |
| f 15-year real property | | | | | |
| g 18-year real property | | | | | |
| h 19-year real property | | | | | |
| 5 Listed property – Enter total from Part III, Section A, column (g) | | | | | |
| 6 ACRS deduction for assets placed in service prior to 1986 | | | | | 194. |

## Section C. – Depreciation of Nonrecovery Property

| | |
|---|---|
| 7 Property subject to section 168(e)(2) election | |
| 8 Other depreciation | |

## Section D. – Summary

| | |
|---|---|
| 9 Depreciation from Form 4562A | |
| 10 Total (add deductions on lines 3 through 9). Enter here and on the Depreciation line of your return | 194. |

**Part II Amortization of Property** Total. Enter here and on Other Deductions or Expenses line of your return

**Depreciation and Amortization Detail**

| (a) Type of property | (b) Date placed in service | (c) Cost or other basis | Prior depreciation | (d) Method of figuring depreciation | (e) Life or rate | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

See Paperwork Reduction Act Notice on page 1 of separate instructions.

Form **4562** (1986)

616221
11-13-86

FORM 4562 (1986) Page 2 **OTHER-2** OMB No. 1545-0172

**Part III** **Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).**

If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. — Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No If yes, is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery Period | (f) Method of figuring depreciation | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 5, page 1.) | | | | | | | | |

**Section B. — Information Regarding Use of Vehicles**

Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | | | | | | | |
| 2 Total business miles driven during the year | | | | | | | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C. — Questions for Employers Who Provide Vehicles for Use by Employees.**

(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning fleet vehicles or qualified automobile demonstration use (see instructions)? | | |

**Note:** If you answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

616222
11-14-86

Form **4562**
Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

E-1

OMB No. 1545-0172
**1986**
Attachment Sequence No. 67

Name(s) as shown on return: LYMAN F BUSH & BEVERLY J. BUSH

Identifying number: 503 30 3721

Business or activity to which this form relates: RENT AND ROYALTY SCH E-1

**Part I** Depreciation (Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)
See instructions under Items You Should Note for new rules for certain assets placed in service after July 31, 1986.

## Section A. – Election to Expense Recovery Property (Section 179)

| | (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|---|
| 1 | | | |
| | | | |
| | | | |
| | | | |
| 2 | Listed property – Enter total from Part III, Section A, column (h) | | |
| 3 | Total (not more than $5000) (Partnerships or S corporations – enter this amount on Schedule K of Forms 1065 and 1120S) | | |

## Section B. – Depreciation of Recovery Property

| | (a) Class of property | (b) Date placed in service | (c) Basis for Depreciation (Business use Only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|---|
| 4 | Accelerated Cost Recovery System (ACRS): For assets placed in service **ONLY** during tax year beginning in 1986 | | | | | |
| a | 3-year property | | | | | |
| b | 5-year property | | | | | |
| c | 10-year property | | | | | |
| d | 15-year public utility property | | | | | |
| e | 15-year real property – low-income housing | | | | | |
| f | 15-year real property | | | | | |
| g | 18-year real property | | | | | |
| h | 19-year real property | | | | | |
| 5 | Listed property – Enter total from Part III, Section A, column (g) | | | | | |
| 6 | ACRS deduction for assets placed in service prior to 1986 | | | | | 552. |

## Section C. – Depreciation of Nonrecovery Property

| | | |
|---|---|---|
| 7 | Property subject to section 168(e)(2) election | |
| 8 | Other depreciation | |

## Section D. – Summary

| | | |
|---|---|---|
| 9 | Depreciation from Form 4562A | |
| 10 | Total (add deductions on lines 3 through 9). Enter here and on the Depreciation line of your return | 552. |

**Part II** Amortization of Property — Total. Enter here and on Other Deductions or Expenses line of your return

## Depreciation and Amortization Detail

| (a) Type of property | (b) Date placed in service | (c) Cost or other basis | Prior depreciation | (d) Method of figuring depreciation | (e) Life or rate | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

See Paperwork Reduction Act Notice on page 1 of separate instructions.

Form **4562** (1986)

**Part III** **Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).**

If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. – Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No If yes, is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery Period | (f) Method of figuring depreciation | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 5, page 1.) | | | | | | | | |

**Section B. – Information Regarding Use of Vehicles**

Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | | | | | | | |
| 2 Total business miles driven during the year | | | | | | | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C. – Questions for Employers Who Provide Vehicles for Use by Employees.**

(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning fleet vehicles or qualified automobile demonstration use (see instructions)? | | |

Note: If you answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

616222
11-14-86

Form **6251**
Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax Computation

▶ Attach to Forms 1040, 1040NR, 1041 or 990-T (Trust).

OMB No. 1545-0227
**1986**
Attachment Sequence No. 32

Name(s) as shown on tax return: LYMAN F & BEVERLY J. BUSH
Identifying number: 503 30 3721

| | | | | |
|---|---|---|---|---|
| 1 Adjusted gross income (see instructions) | | | 1 | 127781. |
| 2 Deductions (Individuals, attach Schedule A (Form 1040)) (see instructions): | | | | |
| a (1) Medical and dental expense from Schedule A, line 5 | 2a(1) | | | |
| (2) Multiply Form 1040, line 33, by 5% (.05) | 2a(2) | | | |
| (3) Subtract line 2a(2) from line 2a(1). (If zero or less, enter zero) | | 2a(3) | | |
| b Contributions from Schedule A, line 18, OR Form 1040, line 34d | | 2b 1343. | | |
| c Casualty and theft losses from Schedule A, line 19 | | 2c | | |
| d Qualified interest on property used as a residence (see instructions) | | 2d 1025. | | |
| e (1) Interest, other than line 2d above, from Schedule A, line 14 | 2e(1) 52584. | | | |
| (2) Net investment income (If zero or less, enter zero) SCH 9 | 2e(2) 186079. | | | |
| (3) Enter the smaller of line 2e(1) or line 2e(2) | | 2e(3) 52584. | | |
| f Gambling losses to the extent of gambling winnings from Schedule A, line 22 | | 2f | | |
| g Estate tax allowable under section 691(c) from Schedule A | | 2g | | |
| h Estates and trusts only: Charitable deduction and income distribution deduction | | 2h | | |
| i Add lines 2a(3), b, c, d, e(3), f, g, and h | | | 2i | 54952. |
| 3 Subtract line 2i from line 1 | | | 3 | 72829. |
| 4 Tax preference items: | | | | |
| a Dividend exclusion | | 4a 200. | | |
| b 60% capital gain deduction | | 4b 139042. | | |
| c Accelerated depreciation on nonrecovery real property or 15-, 18-, or 19-year real property | | 4c | | |
| d Accelerated depreciation on leased personal property or leased recovery property other than 15-, 18-, or 19-year real property | | 4d | | |
| e Amortization of certified pollution control facilities | | 4e | | |
| f Mining exploration and development costs | | 4f | | |
| g Circulation and research and experimental expenditures | | 4g | | |
| h Reserves for losses on bad debts of financial institutions | | 4h | | |
| i Depletion | | 4i | | |
| j Incentive stock options | | 4j | | |
| k Intangible drilling costs | | 4k | | |
| l Add lines 4a through 4k | | | 4l | 139242. |
| 5 Alternative minimum taxable income (add lines 3 and 4(l)) (short period returns, see instructions) | | | 5 | 212071. |
| 6 Enter: $40,000, if married filing joint return or Qualifying widow(er); $30,000, if single or head of household; $20,000, if married filing separate return or estate or trust | | | 6 | 40000. |
| 7 Subtract line 6 from line 5. If zero or less, do not complete the rest of this form | | | 7 | 172071. |
| 8 Enter 20% of line 7 | | | 8 | 34414. |
| 9 Amount from Form 1040, line 49, or Form 1040NR, line 49. (Do not include Form 1040, line 39, or Form 1040NR, line 40.) (Estates and trusts, see instructions) | | | 9 | 13393. |
| 10 Subtract line 9 from line 8. If zero or less, enter zero | | | 10 | 21021. |
| 11 Foreign tax credit | | | 11 | |
| 12 ALTERNATIVE minimum tax (subtract line 11 from line 10). Enter on your tax return, on the line identified as alternative minimum tax | | | 12 | 21021. |

**For Paperwork Reduction Act Notice, see instructions.**

Form **6251** (1986)

Form **8271** (Rev. November 1986)
Department of the Treasury
Internal Revenue Service

**Investor Reporting of Tax Shelter Registration Number**

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881
Expires 11-30-87
Attachment Sequence No. 71

| Investor's name(s) as shown on return | Investor's taxpayer ident. no. | Investor's tax year ending |
|---|---|---|
| LYMAN F & BEVERLY J. BUSH | 503 30 3721 | 12-31-86 |

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number (11-digit number) | c. Tax Shelter Taxpayer Identification Number | d. Type of Tax Shelter (see list in instructions) |
|---|---|---|---|---|
| 1 | CINEMA 84 | 84272000294 | 11-2678807 | |
| 2 | PUGET SOUND INVESTORS | 8427000054 | 91-1258275 | 35 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on Return to Which This Form 8271 Is Attached

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

127,81

For Paperwork Reduction Act Notice, see instructions.

Form 8271 (Rev. 11-86)

619921
01-21-87

FORM 2106 - MILEAGE RATE SCHEDULE 1

| | CAR 1 | CAR 2 | CAR 3 |
|---|---|---|---|
| 1. ENTER THE SMALLER OF 15,000 MILES OR BUSINESS MILES. | 9089 | 4826 | 1085 |
| 2. MULTIPLY LINE 1 BY $0.21. | 1909. | 1013. | 228. |
| 3. ENTER COMBINED MILEAGE OVER 15,000. | | | 455 |
| 4. MULTIPLY LINE 3 BY $0.11. | | | 50. |
| 5. TOTAL MILEAGE EXPENSE ADD LINES 2 AND 4. | 1909. | 1013. | 278. |

FORM 1040 SCHEDULE OF WAGES RECEIVED AND TAXES PAID SCHEDULE 2

| HW CD | EMPLOYER'S NAME | AMOUNT PAID | FED TAX WITHHELD | STATE TAX WITHHELD | CITY TAX WITHHELD | FICA TAX | UNCOLL FICA | ADV. EARNE INC. C |
|---|---|---|---|---|---|---|---|---|
| H | CHALKER ENGINEERS, INC | 74450. | 13232. | | | 3003. | | |
| W | BETHEL SCHOOL DISTRICT NO 463 | 10236. | 721. | | | 1025. | | |
| H | EXCESS EMP. BUS. REIM | 344. | | | | | | |
| | TOTAL | 85030. | 13953. | | | 4028. | | |

FORM 1040 SCHEDULE OF MISCELLANEOUS INCOME SCHEDULE 3

| NATURE AND SOURCE | AMOUNT |
|---|---|
| INSURANCE-PS SE | 37. |
| OXFORD LEASE-IRS SETTLEMENT | -625. |
| TOTAL TO FORM 1040, LINE 22 | -588. |

SUMMARY OF RENT AND ROYALTY INCOME SCHEDULES SCHEDULE 4

| STMT. NO. | TOTAL RENTS | TOTAL ROYALTIES | DEPREC. DEPL. | OTHER EXPENSES | NET LOSS | NET INCOME |
|---|---|---|---|---|---|---|
| 1 | 1551. | | 552. | 779. | | 220. |
| TOTALS | 1551. | | 552. | 779. | | 220. |

SCHEDULE D — SHORT TERM CAPITAL GAINS AND LOSSES - FORM 1099-B — SCHEDULE 5

| A. KIND OF PROPERTY AND DESCRIPTION | B.DT ACQ C.DT SLD | D. GROSS SALES PRICE | E. COST OR OTHER BASIS | F. LOSS | G. GAIN |
|---|---|---|---|---|---|
| 500 SH. COSTCO | 11-27-85 04-02-86 | 7002. | 5002. | | 2000. |
| 397 SHARES OF FINANCIAL DYNAMICS | 01-31-86 04-14-86 | 4000. | 3411. | | 589. |
| 6792 SHARES OF FINANCIAL DYNAMICS | 04- 86 06-10-86 | 59683. | 64071. | -4388. | |
| 15880 SHARES OF FINANCIAL DAILY DIV. | 08- 86 09-11-86 | 117853. | 130333. | -12480. | |
| TO SCH D, PART I, LINE 2A | | 188538. | 202817. | -16868. | 2589. |

SCHEDULE A CASH CONTRIBUTIONS LESS THAN $3000 TO ANY ONE ORGANIZATION — SCHEDULE 6

| DESCRIPTION | AMOUNT 50 PER CENT LIMIT | AMOUNT 30 PER CENT LIMIT | AMOUNT 20 PER CENT LIMIT |
|---|---|---|---|
| UNITED WAY | 500. | | |
| MISC. | 243. | | |
| MISC | 600. | | |
| SUB-TOTAL | 1343. | | |

TOTAL TO SCHEDULE A, LINE 15A — 1343.

SCHEDULE A — INTEREST EXPENSE — SCHEDULE 7

| | |
|---|---|
| CHALKER ENGRS STOCK PURCHASE | 437. |
| PSNB-LONE WOLF | 183. |
| WASH. SCHOOL EMPLOYEES CR. UNION | 870. |
| FIDELITY FUNDING AND FIRST CITY NAT'L | 2110. |
| IRS | 48614. |
| MRI BUSINESS PROPERTIES | 370. |
| TOTAL TO SCHEDULE A, LINE 13 | 52584. |

SCHEDULE A — MISCELLANEOUS DEDUCTIONS — SCHEDULE 8

| | |
|---|---|
| SAFE DEPOSIT BOX | 20. |
| INVESTMENT EXPENSE-PORTFOLIO TIMING COURSE | 5290. |
| TOTAL TO SCHEDULE A, LINE 22 | 5310. |

FORM 6251 - NET INVESTMENT INCOME — SCHEDULE 9

| | |
|---|---|
| SCHEDULE B - INTEREST AND DIVIDEND INCOME | 8259. |
| SCHEDULE D/FORM 4797 | 231736. |
| SCHEDULE E - PART II AND OTHER ADJUSTMENTS | -54136. |
| RENT AND ROYALTY | 220. |
| OTHER NET INVESTMENT INCOME | |
| LESS - ALLOWABLE POST 09/10/75 INVESTMENT INTEREST EXPENSE | |
| - ALLOWABLE INVESTMENT INTEREST EXPENSE (12/17/69 - 09/10/75) | |
| - ALLOWABLE PRE 12/17/69 INVESTMENT INTEREST EXPENSE | |
| NET INVESTMENT INCOME FORM 6251, LINE 2E(2) | 186079. |

FORM 6251 - CREDIT LIMITATION ADJUSTMENTS FOR SECTION 55(C)(3) — SCHEDULE 10

| | |
|---|---|
| ALTERNATIVE MINIMUM TAX, FORM 6251, LINE 10 | 21021. |
| LESS - FOREIGN TAX CREDIT, FORM 1040, LINE 46 | |
| TOTAL AVAILABLE FOR CREDIT LIMITATION ADJUSTMENT UNDER SECTION 55(C)(3) | 21021. |

FORM 1040 - PENSION AND ANNUITY INCOME — SCHEDULE 100

FIRST INTERSTATE/SHAREHOLDER SERVICES

| | | |
|---|---|---|
| AMOUNT RECEIVED THIS YEAR | 25000. | |
| AMOUNT THAT IS NOT TAXABLE | 25000. | |
| TAXABLE PART | | 0. |
| TOTAL TO 1040 LINE 17B | | 0. |