# DEFENDANT'S EXHIBIT NO. 3

Form 1040 Department of the Treasury - Internal Revenue Service
# U.S. Individual Income Tax Return 1987

29222113[illegible]830 60LL

For the year Jan.-Dec. 31, 1987, or other tax year beginning , 1987, ending , 19 . OMB No. 1545-0074

**Label** Use IRS label. Otherwise, please print or type.

LYMAN F & BEVERLY J. (BUSH
1217 122 ND ST. CT. E
TACOMA, WA 98445

Your social security number: 503 30 3721
Spouse's social security no.: 503 40 6597

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**
Do you want $1 to go to this fund? X Yes No
If joint return, does your spouse want $1 to go to this fund? X Yes No
Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** — Check only one box.
1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4 [ ] Head of household (with qualifying person). If the qualifying person is your child but not your dependent, enter child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

**Exemptions** (See Instructions on page 7.)
Caution: If you can be claimed as a dependent on another person's tax return (such as your parent's return), do not check box 6a. But be sure to check the box on line 32b on page 2.
6a [X] Yourself b [X] Spouse 141
No. of boxes checked on 6a and 6b ▶ 2

| c Dependents (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or over, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1987 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of children on 6c who lived with you ▶
No. of children on 6c who didn't live with you due to divorce or separation ▶
No. of parents listed on 6c ▶
No. of other dependents listed on 6c ▶
If more than 7 dependents, see instructions on page 7.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed (also complete line 35) — Add numbers entered in boxes above ▶ 2

**Income**
Please attach Copy B of your Forms W-2, W-2G, and W-2P here.
If you do not have a W-2, see page 6 of Instructions.
Please attach check or money order here.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2) | | 7 | 87798. |
| 8 | Taxable interest income (also attach Schedule B if over $400) | | 8 | 6741. |
| 9 | Tax-exempt interest income (see page 10). DON'T include on line 8 | 9 | | |
| 10 | Dividend income (also attach Schedule B if over $400) | | 10 | 22572. |
| 11 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | | 11 | |
| 12 | Alimony received | | 12 | |
| 13 | Business income or (loss) (attach Schedule C) | | 13 | |
| 14 | Capital gain or (loss) (attach Schedule D) | | 14 | 22075. |
| 15 | Other gains or (losses) (attach Form 4797) | | 15 | |
| 16a | Pensions, IRA dist., annuities, and rollovers. Total received | 16a 40615. | | |
| b | Taxable amount, if any (see page 11) | | 16b | |
| 17 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | | 17 | (-10769.) |
| 18 | Farm income or (loss) (attach Schedule F) | | 18 | |
| 19 | Unemployment compensation (insurance) (see page 11) | | 19 | |
| 20a | Social security benefits (see page 12) | 20a 7300. | | |
| b | Taxable amount, if any, from the worksheet on page 12 | | 20b | 3650. |
| 21 | Other income OXFORD LEASE-IRS SETTLEMENT -625. / MISC PORTFOLIO INCOME 5. | | 21 | (-620.) |
| 22 | Add the amounts shown in the far right column for lines 7, 8, and 10-21. This is your **total income** ▶ | | 22 | 131447. |

**Adjustments to Income**

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 23 | Reimbursed employee business expenses from Form 2106 | 23 | | | |
| 24a | Your IRA deduction, from applicable worksheet on page 13 or 14 | 24a | 2000. | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 13 or 14 | 24b | | | |
| 25 | Self-employed health insurance deduction, from worksheet on page 14 | 25 | | | |
| 26 | Keogh retirement plan and self-employed SEP deduction | 26 | | | |
| 27 | Penalty on early withdrawal of savings | 27 | | | |
| 28 | Alimony paid (recipient's last name and social security no. ) | 28 | | | |
| 29 | Add lines 23 through 28. These are your **total adjustments** ▶ | | | 29 | 2000. |

NO. 65 ACCEPTED FOR NON [illegible] - 3 1990 BY EXAMINATION

EXHIBIT 3

**Adjusted Gross Income**
30 Subtract line 29 from line 22. This is your **adjusted gross income**. If this line is less than $15,432 and a child lived with you, see "Earned Income Credit" (line 56) on page 18 of Instructions. If you want IRS to figure your tax, see page 15 of Instructions ▶ 30 129447.

710001 10-07-87 H761

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| | 31 | Amount from line 30 (adjusted gross income) | 31 | 129447. |
| Tax Computation | 32a | Check if: ☐ You were 65 or over ☐ Blind; ☐ Spouse was 65 or over ☐ Blind. Add the number of boxes checked and enter the total here ▶ 32a | | |
| | b | If you can be claimed as a dependent on another person's return, check here ▶ 32b ☐ | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 15 and check here ▶ 32c ☐ | | |
| | 33a | **Itemized deductions.** See page 15 to see if you should itemize. If you don't itemize, enter zero. If you do itemize, attach Schedule A, enter the amount from Schedule A, line 26, and skip line 33b. | 33a | 24595. |
| Caution: If you checked any box on line 32a, b, or c and you don't itemize, see page 16 for the amount to enter on line 33b. | b | **Standard deduction.** Read **Caution** to left. If it applies, see page 16 for the amount to enter. If **Caution** doesn't apply and your filing status from page 1 is: Single or Head of household, enter $2,540; Married filing jointly or Qualifying widow(er), enter $3,760; Married filing separately, enter $1,880 | 33b | |
| | 34 | Subtract line 33a or 33b, whichever applies, from line 31. Enter the result here | 34 | 104852. |
| | 35 | Multiply $1,900 by the total number of exemptions claimed on line 6e or see chart on page 16 | 35 | 3800. |
| | 36 | **Taxable income.** Subtract line 35 from line 34. Enter the result (but not less than zero) | 36 | 101052. |
| | | **Caution:** If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 16 to see if you have to use Form 8615 to figure your tax. | | |
| | 37 | Enter tax. Check if from ☐ Tax Table, ☐ Tax Rate Schedules, ☒ Schedule D or ☐ Form 8615 | 37 | 26913. |
| | 38 | Additional taxes (see page 16). Check if from ☐ Form 4970 or ☐ Form 4972 27624 | 38 | |
| | 39 | Add lines 37 and 38. Enter the total ▶ | 39 | 26913. |
| Credits | 40 | Credit for child and dependent care expenses (attach Form 2441) — 40: | | |
| | 41 | Credit for the elderly or for the permanently and totally disabled (attach Schedule R) — 41: | | |
| | 42 | Add lines 40 and 41. Enter the total | 42 | |
| | 43 | Subtract line 42 from line 39. Enter the result (but not less than zero) | 43 | 26913. |
| | 44 | Foreign tax credit (attach Form 1116) — 44: | | |
| | 45 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, ☐ Form 6765, or ☐ Form 8586 — 45: | | |
| | 46 | Add lines 44 and 45. Enter the total | 46 | |
| | 47 | Subtract line 46 from line 43. Enter the result (but not less than zero) ▶ | 47 | 26913. |
| Other Taxes (Including Advance EIC Payments) | 48 | Self-employment tax (attach Schedule SE) | 48 | |
| | 49 | Alternative minimum tax (attach Form 6251) | 49 | |
| | 50 | Tax from recapture of investment credit (attach Form 4255) | 50 | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | 51 | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 52 | |
| | 53 | Add lines 47 through 52. This is your **total tax** ▶ | 53 | 26913. |
| Payments | 54 | Federal income tax withheld — 54: 18184. | | |
| | 55 | 1987 estimated tax payments and amount applied from 1986 return — 55: | | |
| Attach Forms W-2, W-2G, and W-2P to front. | 56 | Earned income credit (see page 18) — 56: | | |
| | 57 | Amount paid with Form 4868 — 57: | | |
| | 58 | Excess social security tax and RRTA tax withheld (see page 19) — 58: | | |
| | 59 | Credit for Federal tax on gasoline and special fuels (attach Form 4136) — 59: | | |
| | 60 | Regulated investment company credit (attach Form 2439) — 60: | | |
| | 61 | Add lines 54 through 60. These are your **total payments** ▶ | 61 | 18184. |
| Refund or Amount You Owe | 62 | If line 61 is larger than line 53, enter amount **OVERPAID** ▶ | 62 | |
| | 63 | Amount of line 62 to be **REFUNDED TO YOU** ▶ | 63 | |
| | 64 | Amount of line 62 to be applied to your 1988 estimated tax ▶ 64 | | |
| | 65 | If line 53 is larger than line 61, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1987 Form 1040" on it | 65 | 8802. 00 |
| | | Check ▶ ☒ if Form 2210 (2210F) is attached. See page 20. Penalty- $ 73. | | |

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Please Sign Here**

| | | | |
|---|---|---|---|
| Your signature: (signature) | Date: 4-14-88 | Your occupation: STRUCTRAL ENG. | |
| Spouse's signature (if joint return, BOTH must sign): (signature) | Date: 4-14-88 | Spouse's occupation: TEACHER | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature: (signature) C.P.A. | Date: 4-14-88 | Check if self-employed ☐ | Preparer's social security no.: 536 38 3328 |
| Firm's name (or yours, if self-employed) and address: STEPHEN O. ROBERTS, CPA, PS, 1501 WEST VALLEY HWY. NO. SUITE 103, AUBURN, WASHINGTON | | E. I. No. | 91 1155753 |
| | | ZIP code | 98001 |

710002 11-06-87

SCHEDULE A (Form 1040)
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
1987
Attachment Sequence No. 07

| Name(s) as shown on Form 1040 | Your social security number |
|---|---|
| LYMAN F & BEVERLY J. BUSH | 503 30 3721 |

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | 1 a | Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | 1a | 756. | | |
| | b | Transportation and lodging | 1b | 88. | | |
| | c | Other (list – include hearing aids, dentures, eyeglasses, etc.) ▶ LAB FEES 57. | 1c | 57. | | |
| (Do not include expenses reimbursed or paid by others.) | 2 | Add lines 1a through 1c, and enter the total here | 2 | 901. | | |
| | 3 | Multiply the amount on Form 1040, line 31, by 7.5% (.075) | 3 | 9709. | | |
| | 4 | Subtract line 3 from line 2. If zero or less, enter -0-. Total medical and dental ▶ | | | 4 | 0. |
| Taxes You Paid | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes | 6 | 1847. | | |
| | 7 | Other taxes (list – include personal property taxes) ▶ PERSONAL PROPERTY 698. | 7 | 698. | | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total here. Total taxes ▶ | | | 8 | 2545. |
| Interest You Paid | | NOTE: If Form 8598 is attached, check here ▶ ☐ | | | | |
| | 9 a | Deductible home mortgage interest you paid to financial institutions | 9a | 926. | | |
| | b | Deductible home mortgage interest you paid to individuals (name and address) ▶ | 9b | | | |
| | 10 | Deductible points | 10 | | | |
| | 11 | Deductible investment interest SEE SCHEDULE 11 | 11 | 13153. | | |
| | 12 a | Personal interest you paid (see page 22) SEE SCH 10 [12a] 1099. | | | | |
| | b | Multiply the amount on line 12a by 65% (.65) Enter the result | 12b | 714. | | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total here. Total interest ▶ | | | 13 | 14793. |
| Contributions You Made | 14 a | Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 14b.) SEE SCHEDULE 9 | 14a | 2346. | | |
| | b | Cash contributions totaling $3,000 or more to any one organization. ▶ | 14b | | | |
| | 15 | Other than cash. (You must attach Form 8283 if over $500.) | 15 | | | |
| | 16 | Carryover from prior year | 16 | | | |
| | 17 | Add the amounts on lines 14a through 16. Enter the total here. Total contributions ▶ | | | 17 | 2346. |
| Casualty and Theft Losses | 18 | Casualty or theft loss(es) (attach Form 4684). ▶ | | | 18 | |
| Moving Expenses | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 24 of the Instructions.) ▶ | | | 19 | |
| Miscellaneous Deductions Subject to 2% AGI Limit | 20 | Unreimbursed employee business expenses (attach Form 2106) | 20 | 775. | | |
| | 21 | Other expenses (list type and amount) ▶ SEE SCHEDULE 12 | 21 | 6725. | | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total | 22 | 7500. | | |
| | 23 | Multiply the amount on Form 1040, line 31, by 2% (.02). Enter the result here | 23 | 2589. | | |
| | 24 | Subtract line 23 from line 22. Enter the result (but not less than zero) ▶ 4873 | | | 24 | 4911. |
| Other Miscellaneous Deductions | 25 | Miscellaneous deductions not subject to 2% AGI limit (see page 24). (List type and amount.) ▶ | | | 25 | |
| Total Itemized Deductions | 26 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter the total here and on Form 1040, line 33a ▶ | | | 26 | 24595. |

719501 10-07-87 H761 For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1987 OMB No. 1545-0074

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

## Schedule B - Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

**If you received more than $400 in taxable interest income, you must complete Part I and list ALL interest received. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 24.**

Also complete Part III.

NOTE: If you received a Form 1099-INT or Form 1099-OID from a brokerage firm, enter the firm's name and the total interest shown on that form.

| Interest Income | | Amount |
|---|---|---|
| 1 Interest income from seller-financed mortgages. (List name of payer.) ▶ | | |
| J-LAURIE & SCOTT NORMS | | 4196. |
| J-JERILYN DILLE | | 236. |
| | 1 | |
| 2 Other interest income (list name of payer) ▶ | | |
| J-PORTFOLIO TIMING | | 1452. |
| J-PUGET SOUND NATIONAL BANK | | 98. |
| J-UNION BANK | | 26. |
| J-WASH TEACHERS CREDIT UNION | | 59. |
| J-ML LEE ACQUISITION FUND | | 209. |
| H-FROM SUMMER LOVERS ASSOC | | 7. |
| J-FROM LONE WOLF MC QUADE ASSOC | | 9. |
| H-FROM FAWCETT PLAZA ONE | | 113. |
| H-FROM CINEMA 84 | | 24. |
| J-FROM PUGET SOUND INVESTOR II TACOMA, WA | | 27. |
| J-FROM ML-LEE ACQUISITION FUND, LP NEW YORK | | 285. |
| | 2 | |
| 3 Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8. ▶ | 3 | 6741. |

**Part II Dividend Income**

**If you received more than $400 in gross dividends and/or other distributions on stock, complete Part II. If you received, as a nominee, dividends that actually belong to another person, see page 25.**

Also complete Part III.

NOTE: If you received a Form 1099-DIV from a brokerage firm, enter the firm's name and the total dividends shown on that form.

| Dividend Income | | | | Amount |
|---|---|---|---|---|
| 4 Dividend income (list name of payer - include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | | | |
| J-CG-FINANCIAL PROGRAMS INC. | | | | 12812. |
| J-Q -MERRILL LYNCH | | | | 22436. |
| J-Q -PORTFOLIO TIMING | | | | 136. |
| J-CG-PORTFOLIO TIMING | | | | 9260. |
| | | | 4 | |
| 5 Add the amounts on line 4. Enter the total here | | | 5 | 44644. |
| 6 Capital gain distributions. Enter here and on line 13, Schedule D.* | 6 | 22072. | | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 | | | |
| 8 Add the amounts on lines 6 and 7. Enter the total here | | | 8 | 22072. |
| 9 Subtract line 8 from line 5. Enter the result here and on Form 1040, line 10 ▶ | | | 9 | 22572. |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses or to figure your tax (see the **Tax Tip** under **Capital gain distributions** on page 10), enter your capital gain distributions on Form 1040, line 14. Write "CGD" on the dotted line to the left of line 14.

**Part III Foreign Accounts and Foreign Trusts**

**If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.**

| | Yes | No |
|---|---|---|
| 10 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | X |
| If "Yes," enter the name of the foreign country ▶ | | |
| 11 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |

H761 **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule B (Form 1040) 1987**

727501 11-17-87

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service (L)

# Capital Gains and Losses and Reconciliation of Forms 1099-B

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

OMB No. 1545-0074

1987

Attachment Sequence No. 12

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

1 Report here, the total sales of stocks, bonds, etc., reported for 1987 by your broker to you on Form(s) 1099-B or an equivalent substitute statement(s). If this amount differs from the total of lines 2b and 9b, column (d), attach a statement explaining the difference. See the Instructions for line 1 for examples. Do not include real estate transactions reported to you on a Form 1099-B on line 1, 2a, or 9a. ..... 1

## Part I Short-term Capital Gains and Losses - Assets Held Six Months or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| **2a Form 1099-B Transactions (Sales of Stocks, Bonds, etc.):** (Do not report real estate transactions here. See the instructions for lines 2a and 9a.) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **2b Total** (add column (d)) ▶ | | | | | | |
| **2c Other Transactions:** | | | | | | |
| | | | | | | |
| | | | | | | |

| Line | Description | Line no. | (f) LOSS | (g) GAIN |
|---|---|---|---|---|
| 3 | Short-term gain from sale or exchange of a principal residence from Form 2119, lines 8 or 14 | 3 | | |
| 4 | Short-term gain from installment sales from Form 6252, lines 23 or 31 | 4 | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 5 | | |
| 6 | Short-term capital loss carryover | 6 | | |
| 7 | Add all of the transactions on lines 2a and 2c and lines 3 through 6 in columns (f) and (g) | 7 | | |
| 8 | Net short-term gain or (loss), combine columns (f) and (g) of line 7 | 8 | | |

## Part II Long-term Capital Gains and Losses - Assets Held More Than Six Months

| (a) Description of property | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| **9a Form 1099-B Transactions (Sales of Stocks, Bonds, etc.):** (Do not report real estate transactions here. See the instructions for lines 2a and 9a.) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **9b Total** (add column (d)) ▶ | | | | | | |
| **9c Other Transactions:** | | | | | | |
| | | | | | | |
| | | | | | | |

| Line | Description | Line no. | (f) LOSS | (g) GAIN |
|---|---|---|---|---|
| 10 | Long-term gain from sale or exchange of a principal residence from Form 2119, lines 8, 10, or 14 | 10 | | |
| 11 | Long-term gain from installment sales from Form 6252, lines 23 or 31 | 11 | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 12 | | 3. |
| 13 | Capital gain distributions | 13 | | 22072. |
| 14 | Enter gain from Form 4797, line 7 or 9 | 14 | | |
| 15 | Long-term capital loss carryover | 15 | | |
| 16 | Add all of the transactions on lines 9a and 9c and lines 10 through 15 in columns (f) and (g) | 16 | | 22075. |
| 17 | Net long-term gain or (loss), combine columns (f) and (g) of line 16 | 17 | | 22075. |

H761

720501 10-08-87

Schedule D (Form 1040) 1987

Schedule D (Form 1040) 1987 Attachment Sequence No. 12 OMB No. 1545-0074 Page 2

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on Page 1.) | Your social security number

## Part III Summary of Parts I and II

| | | | |
|---|---|---|---|
| 18 | Combine lines 8 and 17, and enter the net gain or (loss) here. If result is a gain, also enter the gain on Form 1040, line 14. **Note:** If lines 17 and 18 are net gains and your taxable income is taxed over the 28% tax rate, see Part IV below. You may be able to reduce your tax if you qualify for the alternative tax computation. | 18 | 22075. |
| 19 | If line 18 is a loss, enter here and as a loss on Form 1040, line 14, the **smaller** of: a The amount on line 18; or b $3,000 ($1,500 if married filing a separate return) | 19 | |

## Part IV Alternative Tax Computation

First complete Form 1040 through line 36.

Use Part IV if both lines 17 and 18 show net gains, **AND**–

| You checked filing status box: | AND Form 1040, line 36 is over: | You checked filing status box: | AND Form 1040, line 36 is over: |
|---|---|---|---|
| 1 | $27,000 | 3 | $22,500 |
| 2 or 5 | 45,000 | 4 | 38,000 |

| | | | |
|---|---|---|---|
| 20 | Enter amount from Form 1040, line 36 | 20 | 101052. |
| 21 | Enter the smaller of the gain on line 17 or the gain on line 18 | 21 | 22075. |
| 22 | Subtract line 21 from 20 and enter the result | 22 | 78977. |
| 23 | Enter: a $16,800 if you checked filing status box 1; b $28,000 if you checked filing status box 2 or 5; c $14,000 if you checked filing status box 3; or d $23,000 if you checked filing status box 4 | 23 | 28000. |
| 24 | Enter the **greater** of line 22 or line 23 | 24 | 78977. |
| 25 | Subtract line 24 from line 20 | 25 | 22075. |
| 26 | Figure the amount of tax on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies | 26 | 20732. |
| 27 | Multiply line 25 by 28% (.28) and enter the result | 27 | 6181. |
| 28 | Add lines 26 and 27. Enter the result here and on Form 1040, line 37 and check the box for Schedule D 27626 | 28 | 26913. |

## Part V Computation of Capital Loss Carryovers from 1987 to 1988

(Complete this part if the loss on line 18 is more than the loss on line 19.)

| | | | |
|---|---|---|---|
| 29 | Enter the loss shown on line 8; if none, enter zero and skip lines 30 through 33 | 29 | |
| 30 | Enter gain shown on line 17. If that line is blank or shows a loss, enter zero | 30 | |
| 31 | Subtract line 30 from line 29 | 31 | |
| 32 | Enter the smaller of line 19 or 31 | 32 | |
| 33 | Subtract line 32 from line 31. This is your **short-term capital loss carryover from 1987 to 1988** | 33 | |
| 34 | Enter loss from line 17; if none, enter zero and skip lines 35 through 38 | 34 | |
| 35 | Enter gain shown on line 8. If that line is blank or shows a loss, enter zero | 35 | |
| 36 | Subtract line 35 from line 34 | 36 | |
| 37 | Subtract line 32 from line 19. (**Note**– If you skipped lines 30 through 33, enter the amount from line 19.) | 37 | |
| 38 | Subtract line 37 from line 36. This is your **long-term capital loss carryover from 1987 to 1988** | 38 | |

## Part VI Complete This Part Only If You Elect Out of the Installment Method and Report a Note or Other Obligation at Less Than Full Face Value

39 Check here if you elect out of the installment method ▶ ☐

40 Enter the face amount of the note or other obligation ▶

41 Enter the percentage of valuation of the note or other obligation ▶

## Part VII Reconciliation of Forms 1099-B for Bartering Transactions

Complete this part if you received one or more Form(s) 1099-B or an equivalent substitute statement(s) reporting bartering income.

| | | | Amount of bartering income from Form 1099-B or equivalent statement reported on form or schedule |
|---|---|---|---|
| 42 | Form 1040, line 21 | 42 | |
| 43 | Schedule C (Form 1040) | 43 | |
| 44 | Schedule D (Form 1040) | 44 | |
| 45 | Schedule E (Form 1040) | 45 | |
| 46 | Schedule F (Form 1040) | 46 | |
| 47 | Other (identify) (if not taxable, indicate reason – attach additional sheets if necessary) ▶ | 47 | |
| 48 | Total (add lines 42 through 47) | 48 | |

**Note**– The amount on line 48 should be the same as the total bartering on all Forms 1099-B or equivalent statements received.

720502 10-07-87

SCHEDULE E (Form 1040)
Department of the Treasury Internal Revenue Service

# Supplemental Income Schedule

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, Form 1041 or Form 1041S.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
1987
Attachment Sequence No. 13

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

## Part I Rental and Royalty Income or (Loss) Caution: Your rental loss may be limited.

1 In the space provided below, show the kind and location of each rental property.
2 For each property listed, did you or a member of your family use for personal purposes any of the properties for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?
3 For each rental real estate property listed, did you actively participate in the operation of the activity during the tax year?

| | | 2 Yes | 2 No | 3 | 3 Yes | 3 No |
|---|---|---|---|---|---|---|
| Property A | SEE ATTACHED SCHEDULE ▶ | | | ▶ | | |
| Property B | ▶ | | | ▶ | | |
| Property C | ▶ | | | ▶ | | |

| Rental and Royalty Income | | Properties A | B | C | | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 4 Rents received | | | SEE | SCHEDULE 4 | 4 | 1538. |
| 5 Royalties received | | | | | 5 | |
| **Rental and Royalty Expenses** | | | | | | |
| 6 Advertising | 6 | | | | | |
| 7 Auto and travel | 7 | | | | | |
| 8 Cleaning and maintenance | 8 | | | | | |
| 9 Commissions | 9 | | | | | |
| 10 Insurance | 10 | | | | | |
| 11 Legal and other professional fees | 11 | | | | | |
| 12 Mortgage interest paid to financial institutions | 12 | | | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes (Do not include windfall profit tax here. See Part V, line 40.) | 16 | | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Wages and salaries | 18 | | | | | |
| 19 Other (list) ▶ | | | | | | |
| 20 Total expenses other than depreciation and depletion. Add lines 6 through 19 | 20 | | SEE | SCHEDULE 4 | 20 | 524. |
| 21 Depreciation expense or depletion (see Publication 535) | 21 | | SEE | SCHEDULE 4 | 21 | 552. |
| 22 Total. Add lines 20 and 21 | 22 | | | | | |
| 23 Income or (loss) from rental or royalty properties. Subtract line 22 from line 4 (rents) or 5 (royalties) | 23 | | | | | |
| 24 Deductible rental loss. Caution: Your rental loss on line 23 may be limited. See Instructions to determine if you must file Form 8582, Passive Activity Loss Limitations | 24 | | | | | |

| | | |
|---|---|---|
| 25 Profits. Add rental and royalty profits from line 23, and enter the total profits here SEE SCHEDULE 4 | 25 | 462. |
| 26 Losses. Add royalty losses from line 23 and rental losses from line 24, and enter the total (losses) here | 26 | ( ) |
| 27 Combine amounts on lines 25 and 26, and enter the net profit or (loss) here | 27 | 462. |
| 28 Net farm rental profit or (loss) from Form 4835. (Also complete Part VI, line 43.) | 28 | |
| 29 Total rental or royalty income or (loss). Combine amounts on lines 27 and 28, and enter the total here. If Parts II, III, IV, and V on page 2 do not apply to you, enter the amount from line 29 on Form 1040, line 17. Otherwise, include the amount from line 29 in line 42 on page 2 of Schedule E | 29 | 462. |

721501 10-07-87

H761 For Paperwork Reduction Act Notice, see Form 1040 Instructions. Schedule E (Form 1040) 1987

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on Page 1.) | Your social security number

## Part II Income or (Loss) from Partnerships and S Corporations

If you report a loss below and have amounts invested in that activity for which you are not at risk, you MUST check "Yes" in column (e) and attach Form 6198. Otherwise, you must check "No."

| | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Not at-Risk? Yes | No |
|---|---|---|---|---|---|---|
| A | SEE SCHEDULE 5 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Activities | | Nonpassive Activities | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed from Form 8582 | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 deduction | (j) Nonpassive income from Schedule K-1 |
| A | 1139. | 0. | 28022. | | 17930. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 30a Totals | | 0. | | | 17930. |
| b Totals | 1139. | | 28022. | | |

| | | | |
|---|---|---|---|
| 31 | Add amounts in columns (g) and (j), line 30a. Enter total income here | 31 | 17930. |
| 32 | Add amounts in columns (f), (h), and (i), line 30b. Enter total here | 32 | ( 29161. ) |
| 33 | Total partnership and S corporation income or (loss). Combine amounts on lines 31 and 32. Enter the total here and include in line 42 below | 33 | -11231. |

## Part III Income or (Loss) from Estates and Trusts

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Activities | | Nonpassive Activities | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed from Form 8582 | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add amounts in columns (d) and (f), line 34a. Enter total income here | 35 | |
| 36 | Add amounts in columns (c) and (e), line 34b. Enter total (loss) here | 36 | ( ) |
| 37 | Total estate and trust income or (loss). Combine amounts on lines 35 and 36. Enter the total here and include in line 42 below | 37 | |

## Part IV Income or (Loss) from Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the total here and include in line 42 below | 38 | |

## Part V Windfall Profit Tax Summary

| | | | |
|---|---|---|---|
| 39 | Windfall profit tax credit or refund received in 1987 | 39 | |
| 40 | Windfall profit tax withheld in 1987 | 40 | ( ) |
| 41 | Combine amounts on lines 39 and 40. Enter the total here and include in line 42 below | 41 | |

## Part VI Summary

| | | | |
|---|---|---|---|
| 42 | TOTAL income or (loss). Combine lines 29, 33, 37, 38, and 41. Enter total here and on Form 1040, line 17 ▶ | 42 | -10769. |
| 43 | Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I, II, and III | 43 | |

721502
11-09-87

# 1987 STATEMENT OF RENT OR ROYALTY INCOME

NO. 1

| NAME AS SHOWN ON RETURN | I.D. NUMBER |
|---|---|
| LYMAN F & BEVERLY J. BUSH | 503 30 3721 |

DESCRIPTION OF PROPERTY

5026 SO PUGET SOUND

| | YES | NO |
|---|---|---|
| Did you or a member of your family use for personal purposes this property for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? | | X |
| Did you actively participate in the operation of the activity during the tax year? | X | |

GROSS RENT OR ROYALTY INCOME ... 1538.

EXPENSES:

| | | | |
|---|---|---|---|
| REPAIRS & MAINT | | 328. | |
| TAXES | | 635. | |
| INSURANCE | | 149. | |
| AGENCY | | 462. | |
| SUBTOTAL | 1574. | | |
| LESS 66.70 PCT EXCLUDED | | -1050. | |
| DEPRECIATION - SEE FORM 4562 E- 1 | | 552. | |
| TOTAL EXPENSES | | | 1076. |
| NET RENT OR ROYALTY INCOME OR LOSS | | | 462. |

726021
08-17-87

**Depreciation and Amortization detail** E-1

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| RENTAL HOUSE | 10 80 | 27650. | | 12444. | PRE | .0600 | 8 | 1659. |
| LESS EXCLUSION | | -18443. | | | | | | -1107. |
| TOTAL DEPRECIATION | | 9207. | | 12444. | | | | 552. |

726022
08-10-87

* = Section 179/Bonus

Form 2106
Department of the Treasury
Internal Revenue Service

# Employee Business Expenses

▶ Attach to Form 1040.

OMB No. 1545-0139
1987
Attachment Sequence No. 54

| Your name | Social security number | Occupation in which expenses were incurred |
|---|---|---|
| LYMAN F BUSH | 503 30 3721 | ENGINEER |

## Part I Employee Business Expenses

### STEP 1 Enter Your Expenses

| | | Column A Other than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 Vehicle expense from Part II, line 15 or line 22 | 1 | 2782. | |
| 2 Parking fees, tolls, and local transportation, including train, bus, etc. | 2 | | |
| 3 Travel expense while away from home, including lodging, airplane, car rental, etc. Do not include meals and entertainment | 3 | 553. | |
| 4 Business expenses not included in lines 1 through 3. Do not include meals and entertainment SEE SCHEDULE 2 | 4 | 990. | |
| 5 Meals and entertainment expenses. See Instructions | 5 | | 1950. |
| 6 Add lines 1 through 5 and enter the **total expenses** here | 6 | 4325. | 1950. |

**Note:** If you were not reimbursed for any expenses in step 1, skip lines 7 through 13 and enter the amount from line 6 on line 14.

### STEP 2 Figure Any Excess Reimbursements To Report in Income

| | | Column A | Column B |
|---|---|---|---|
| 7 Reimbursements for the expenses listed in step 1 that your employer did **not** report to you on Form W-2 or Form 1099 | 7 | 3550. | 1950. |
| **Note:** If, in **both columns**, line 6 is more than line 7, skip lines 8 and 9 and go to line 10. You do not have excess reimbursements. | | | |
| 8 Subtract line 6 from line 7. If zero or less, enter zero | 8 | | |
| 9 Add the amounts on line 8 of both columns and enter the total here. Also add this amount to any amount shown on Form 1040, line 7. This is an **excess reimbursement** reportable as income ▶ | | 9 | |

### STEP 3 Figure Fully Deductible Reimbursed Expenses

| | | Column A | Column B |
|---|---|---|---|
| 10 Subtract line 7 from line 6. If zero or less, enter zero | 10 | 775. | 0. |
| 11 Reimbursements or allowances for the expenses in Step 1 that your employer identified to you, included on Form W-2 or Form 1099, and were not subject to withholding tax | 11 | | |
| **Note:** The amount entered on line 11 should also have been reported as income on Form 1040. | | | |
| 12 Enter the smaller of line 10 or line 11 | 12 | | |
| 13 Add the amounts on line 12 of both columns. Enter here and on Form 1040, line 23. This is your **fully deductible reimbursed expenses** ▶ | | 13 | |

### STEP 4 Figure Expenses To Deduct as an Itemized Deduction on Schedule A (Form 1040)

| | | Column A | Column B |
|---|---|---|---|
| 14 Subtract line 12 from line 10. | 14 | 775. | 0. |
| **Note:** If both columns of line 14 are zero, do not complete the rest of Part I. | | | |
| 15 Enter 20% (.20) of line 14, Column B | 15 | | |
| 16 Subtract line 15 from line 14 | 16 | 775. | 0. |
| 17 Add the amounts on line 16 of both columns and enter the total here. Also enter the total on Schedule A (Form 1040), line 20. (Qualified Performing Artists and handicapped employees, see instructions.) | | 17 | 775. |

H761 **For Paperwork Reduction Act Notice, see Instructions.** Form **2106** (1987)

712001
10-14-87

**Part II** **Vehicle Expenses (Use either your actual expenses (Section C) or the standard mileage rate (Section B).)**

| Section A. - General Information | | Vehicle 1 | Vehicle 2 |
|---|---|---|---|
| 1 Enter the date vehicle was placed in service | 1 | 86 | 86 |
| 2 Total mileage vehicle was used during 1987 | 2 | 11468 | 5076 |
| 3 Miles included on line 2 that vehicle was used for business | 3 | 7830 | 2980 |
| 4 Percent of business use (divide line 3 by line 2) | 4 | 68.28% | 58.71% |
| 5 Average daily round trip commuting distance | 5 | | |
| 6 Miles included on line 2 that vehicle was used for commuting | 6 | 690 | |
| 7 Other personal mileage (subtract line 6 plus line 3 from line 2) | 7 | 2948 | 2096 |

8 Do you (or your spouse) have another vehicle available for personal purposes? [X] Yes [ ] No

9 If your employer provided you with a vehicle, is personal use during off duty hours permitted? [ ] Yes [ ] No [X] Not applicable

10 Do you have evidence to support your deduction? [X] Yes [ ] No. If yes, is the evidence written? [X] Yes [ ] No

| Section B. - Standard Mileage Rate (Do not use this section unless you own the vehicle.) | | |
|---|---|---|
| 11 Enter the smaller of Part II, line 3 or 15,000 miles | 11 | |
| 12 Subtract line 11 from Part II, line 3 | 12 | |
| 13 Multiply line 11 by 22½¢ (.225) (see instructions for a fully depreciated vehicle) | 13 | |
| 14 Multiply line 12 by 11¢ (.11) | 14 | |
| 15 Add lines 13 and 14. Enter total here and on Part I, line 1 | 15 | |

| Section C. - Actual Expenses | | Vehicle 1 | Vehicle 2 |
|---|---|---|---|
| 16 Gasoline, oil, repairs, vehicle insurance, etc. | 16 | | |
| 17 Vehicle rentals | 17 | | |
| 18 Value of employer-provided vehicle (applies only if included on Form W-2 at 100% fair rental value, see instructions) | 18 | | |
| 19 Add lines 16 through 18 | 19 | | |
| 20 Multiply line 19 by the percentage on Part II, line 4 | 20 | | |
| 21 Depreciation from Section D, column (f) (see instructions) 4562- 1 | 21 | | |
| 22 Add lines 20 and 21. Enter total here and on Part I, line 1 | 22 | | |

**Section D. - Depreciation of Vehicles** (Depreciation can only be claimed for a vehicle you own. If a vehicle is used 50 percent or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

| | Cost or other basis (a) | Basis for depreciation (Business use only) (b) | Method of figuring depreciation (c) | Depreciation deduction (d) | Section 179 expense (e) | Total column (d) + column (e) (enter in Section C, line 21) (f) |
|---|---|---|---|---|---|---|
| Vehicle | | | | | | |
| Vehicle 2 | | | | | | |

712002
11-23-87

**Part II** **Vehicle Expenses (Use either your actual expenses (Section C) or the standard mileage rate (Section B).)**

| Section A. - General Information | | Vehicle 3 | Vehicle 4 |
|---|---|---|---|
| 1 Enter the date vehicle was placed in service | 1 | 86 | 87 |
| 2 Total mileage vehicle was used during 1987 | 2 | 2730 | 2092 |
| 3 Miles included on line 2 that vehicle was used for business | 3 | 1150 | 400 |
| 4 Percent of business use (divide line 3 by line 2) | 4 | 42.12% | 19.12% |
| 5 Average daily round trip commuting distance | 5 | | |
| 6 Miles included on line 2 that vehicle was used for commuting | 6 | | |
| 7 Other personal mileage (subtract line 6 plus line 3 from line 2) | 7 | 1580 | 1692 |

8 Do you (or your spouse) have another vehicle available for personal purposes? ☐ Yes ☐ No

9 If your employer provided you with a vehicle, is personal use during off duty hours permitted? ☐ Yes ☐ No ☐ Not applicable

10 Do you have evidence to support your deduction? ☐ Yes ☐ No. If yes, is the evidence written? ☐ Yes ☐ No

| Section B. - Standard Mileage Rate (Do not use this section unless you own the vehicle.) | | |
|---|---|---|
| 11 Enter the smaller of Part II, line 3 or 15,000 miles | 11 | 12360 |
| 12 Subtract line 11 from Part II, line 3 | 12 | |
| 13 Multiply line 11 by 22½¢ (.225) (see instructions for a fully depreciated vehicle) | 13 | 2782. |
| 14 Multiply line 12 by 11¢ (.11) | 14 | |
| 15 Add lines 13 and 14. Enter total here and on Part I, line 1 | 15 | 2782. |

| Section C. - Actual Expenses | | Vehicle 3 | Vehicle 4 |
|---|---|---|---|
| 16 Gasoline, oil, repairs, vehicle insurance, etc. | 16 | | |
| 17 Vehicle rentals | 17 | | |
| 18 Value of employer-provided vehicle (applies only if included on Form W-2 at 100% fair rental value, see instructions) | 18 | | |
| 19 Add lines 16 through 18 | 19 | | |
| 20 Multiply line 19 by the percentage on Part II, line 4 | 20 | | |
| 21 Depreciation from Section D, column (f) (see instructions) 4562- 1 | 21 | | |
| 22 Add lines 20 and 21. Enter total here and on Part I, line 1 | 22 | | |

**Section D. - Depreciation of Vehicles** (Depreciation can only be claimed for a vehicle you own. If a vehicle is used 50 percent or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

| | Cost or other basis (a) | Basis for depreciation (Business use only) (b) | Method of figuring depreciation (c) | Depreciation deduction (d) | Section 179 expense (e) | Total column (d) + column (e) (enter in Section C, line 21) (f) |
|---|---|---|---|---|---|---|
| Vehicle 3 | | | | | | |
| Vehicle | | | | | | |

712002
11-23-87

2106
AUTO- 1

**Depreciation and Amortization detail**

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

712003
07-13-87

* = Section 179/Bonus

2106
OTHER-2

Depreciation and Amortization detail

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| COMPUTER | 83 | 972. | 49. | 729. | PRE | .2100 | 8 | 194. |
| | | | | | | | | |
| TOTAL DEPRECIATION | | 972. | | 729. | | | | 194. |

712003
07-13-87

* = Section 179/Bonus

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals and Fiduciaries

▶ See separate instructions
▶ Attach to Form 1040 or Form 1041

OMB No. 1545-0140
**1987**
Attachment Sequence No. 56

Name(s) as shown on tax return: LYMAN F & BEVERLY J. BUSH

Identifying number: 503 30 3721

**IMPORTANT NOTES**

In most cases, IRS can figure the penalty for you and you do not have to complete this form. See the separate instructions for more information.

For 1987, you will not owe a penalty for any underpayment of your taxes, and you do not need to complete this form if you have salary income on Form 1040, line 7, that is equal to or greater than your adjusted gross income on Form 1040, line 31.

If you have salary income that is less than your adjusted gross income, part of the penalty will be waived. You can complete this form through line 32 to figure the net penalty. Or, if you choose, IRS will figure the penalty for you in most cases. See the separate instructions.

## Part I Figuring Your Underpayment

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1 | 1987 tax after credits (from Form 1040, line 47 or Form 1041, line 26) | | | 1 | 26913. |
| 2 | Other taxes (see instructions) | | | 2 | |
| 3 | Add lines 1 and 2 | | | 3 | 26913. |
| 4 | Earned income credit | 4 | | | |
| 5 | Credit for Federal tax on gasoline and special fuels | 5 | | | |
| 6 | Credit for overpaid windfall profit tax attributable to amounts withheld | 6 | | | |
| 7 | Add lines 4, 5, and 6 | | | 7 | |
| 8 | Subtract line 7 from line 3 | | | 8 | 26913. |
| 9 | Multiply line 8 by 80% (.80) | 9 | 21530. | | |
| 10 | Withholding taxes from 1987 Form 1040, lines 54 and 58 (or Form 1041, line 31c). (Include any credit from Form 4469.) | | | 10 | 18184. |
| 11 | Subtract line 10 from line 8. If the result is less than $500, do not complete rest of form | | | 11 | 8729. |
| 12 | Enter your 1986 tax (see instructions) | | | 12 | 34414. |
| 13 | Enter the smaller of line 9 or line 12 | | | 13 | 21530. |

| | | Payment Due Dates | | | |
|---|---|---|---|---|---|
| | | (a) Apr. 15, 1987 | (b) June 15, 1987 | (c) Sept. 15, 1987 | (d) Jan. 15, 1988 |
| 14 Divide line 13 by four (4) and enter the result in each column. However, if you use the annualized income installment method, complete the worksheet in the instructions and enter the amount from line 26 in each column of line 14 | 14 | 5383. | 5383. | 5383. | 5381. |
| Complete lines 15 through 22 for one column before completing the next column. | | | | | |
| 15 Estimated tax paid and tax withheld. (For column (a) only, enter the amount from line 15 on line 19) If line 15 is equal to or more than line 14 for all payment periods, do not complete the rest of this form. However, if you used the annualized income installment method, you must attach this form to your return. | 15 | 4546. | 4546. | 4546. | 4546. |
| 16 Enter amount, if any, from line 22 of previous column | 16 | | | | |
| 17 Add lines 15 and 16 | 17 | | 4546. | 4546. | 4546. |
| 18 Add amounts on lines 20 and 21 of the previous column and enter the result | 18 | | 837. | 1674. | 2511. |
| 19 Enter line 17 minus line 18. If zero or less, enter zero. (For column (a) only, enter the amount from line 15) | 19 | 4546. | 3709. | 2872. | 2035. |
| 20 Remaining underpayment from previous period. If the amount on line 19 is zero, enter line 18 minus line 17 | 20 | | | | |
| 21 UNDERPAYMENT. If line 14 is larger than or equal to line 19, enter line 14 minus line 19. Then go to line 15 of next column. Otherwise, go to line 22 | 21 | 837. | 1674. | 2511. | 3346. |
| 22 OVERPAYMENT. If line 19 is larger than line 14, enter line 19 minus line 14. Then go to line 15 of next column | 22 | | | | |

## Part II Figuring the Penalty

| | | Payment Due Dates (a) Apr. 15, 1987 | (b) June 15, 1987 | (c) Sept. 15, 1987 | (d) Jan. 15, 1988 |
|---|---|---|---|---|---|
| 23 Underpayment from line 21, page 1 | 23 | 837. | 1674. | 2511. | 3346. |
| **Rate Period 1 - 9% (April 15, 1987 - September 30, 1987)** | | | | | |
| 24 a Computation starting date for this period | 24a | Apr. 15, 1987 | June 15, 1987 | Sept 15, 1987 | |
| b Number of days FROM the date on line 24a TO the date line 23 was paid or September 30, 1987, whichever is earlier. | 24b | Days 61 | Days 92 | Days 15 | |
| c Number of days on line 24b / 365 x 9% x underpayment on line 23 (see instructions) | 24c | $ 12.59 | $ 37.97 | $ 9.29 | |
| **Rate Period 2 - 10% (October 1, 1987 - December 31, 1987)** | | | | | |
| 25 a Computation starting date for this period | 25a | Sept. 30, 1987 | Sept. 30, 1987 | Sept 30, 1987 | |
| b Number of days FROM the date on line 25a TO the date line 23 was paid or December 31, 1987, whichever is earlier. | 25b | Days | Days | Days 92 | |
| c Number of days on line 25b / 365 x 10% x underpayment on line 23 (see instructions) | 25c | $ | $ | $ 63.29 | |
| **Rate Period 3 - 11% (January 1, 1988 - April 15, 1988)** | | | | | |
| 26 a Computation starting date for this period | 26a | Dec. 31, 1987 | Dec 31, 1987 | Dec. 31, 1987 | Jan 15, 1988 |
| b Number of days FROM the date on line 26a TO the date line 23 was p aid or April 15, 1988, whichever is earlier | 26b | Days | Days | Days 15 | Days 91 |
| c Number of days on line 26b / 366 x 11% x underpayment on line 23 (see instructions) | 26c | $ | $ | $ 11.32 | $ 91.51 |

| | | | | |
|---|---|---|---|---|
| 27 Penalty (add all amounts on lines 24c, 25c, and 26c in all columns). Form 1040 filers, if you have an entry on Form 1040, line 7, complete lines 28 through 32. Otherwise, enter the amount from line 27 in the space provided on Form 1040, line 65 and check the box on that line. Form 1041 filers, enter the amount from line 27 in the space provided on Form 1041, line 35 and check the box on that line | | | 27 | $ 226. |
| 28 Enter amount from Form 1040, line 7 | 28 | $ 87798. | | |
| 29 Enter adjusted gross income from Form 1040, line 31 | 29 | $ 129447. | | |
| 30 Divide line 28 by line 29 and enter the result as a decimal amount. Do not enter more than 1.0 | 30 | 0.678254 | | |
| 31 Multiply line 27 by line 30. This is the amount of your penalty to be waived | | | 31 | $ 153. |
| 32 Subtract line 31 from line 27. Enter this amount in the space provided on Form 1040, line 65 and check the box on that line | | | 32 | $ 73. |

712502 01-06-88