Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

2106
AUTO- 1

OMB No. 1545-0172

**1987**

Attachment Sequence No. 67

| Name(s) as shown on return | Identifying number |
|---|---|
| LYMAN F BUSH | 503 30 3721 |

Business or activity to which this form relates

ENGINEER

**Part I Depreciation** (Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)

**Section A. - Election to Expense Depreciable Assets Placed in Service During This Tax Year (Section 179)**

| 1 (a) Description of property | (b) Date placed in service | (c) Cost | (d) Expense deduction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 2 Listed property - Enter total from Part III, Section A, column (h) | |
| 3 Total (add lines 1 and 2, but do not enter more than $10,000) | |
| 4 Enter the amount, if any, by which the cost of all section 179 property placed in service during this tax year is more than $200,000 | |
| 5 Subtract line 4 from line 3. If result is less than zero, enter zero | |

**Section B. - Depreciation**

| (a) Class of property | (b) Date placed in service | (c) Basis for depreciation (Business use only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 6 Accelerated Cost Recovery System (ACRS): For assets placed in service ONLY during tax year beginning in 1987 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 7-year property | | | | | |
| d 10-year property | | | | | |
| e 15-year property | | | | | |
| f 20-year property | | | | | |
| g Residential rental property | | | | | |
| h Nonresidential real property | | | | | |
| 7 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 8 ACRS deduction for assets placed in service prior to 1987 | | | | | |

**Section C. - Other Depreciation**

| | |
|---|---|
| 9 Property subject to section 168(f)(1) election | |
| 10 Other depreciation | |

**Section D. - Summary**

| | | |
|---|---|---|
| 11 Total (add deductions on lines 5 through 10). Enter here and on the Depreciation line of your return (Partnerships and S corporations - Do NOT include any amounts entered on line 5.) | | |
| 12 For assets above placed in service during the current year, enter the portion of the basis attributable to additional section 263A costs. (See instructions for who must use.) | | |

**Part II Amortization**

| | |
|---|---|
| 1 Amortization for property placed in service only during tax year beginning in 1987. SEE DETAIL BELOW | |
| 2 Amortization for property placed in service prior to 1987 | |
| 3 Total. Enter here and on other deductions or other expenses line of your return | |

**Depreciation and Amortization Detail**

| (a) Description of property | (b) Date placed in service | (c) Cost or other basis | (d) Code section or recovery period | (e) Amortization period/ depreciation method | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

H761 **See Paperwork Reduction Act Notice on page 1 of the separate instructions.**

716251
01-12-88

**Part III** Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).

If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. - Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? [X] Yes [ ] No If yes, is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery period | (f) Method | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| 185 CHEVY | 86 | 42.12 | | | N/A | L | | |
| 272 BUICK | 86 | 68.28 | | | N/A | L | | |
| 378 GMC | 86 | 19.12 | | | N/A | L | | |
| 483 BUICK | 87 | 58.71 | | | N/A | L | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 7, page 1.) | | | | | | | | |

**Section B. - Information Regarding Use of Vehicles**

Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle (1) Yes | No | Vehicle (2) Yes | No | Vehicle (3) Yes | No | Vehicle (4) Yes | No | Vehicle ( ) Yes | No | Vehicle ( ) Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | 2730 | | 11468 | | 2092 | | 5076 | | | | | |
| 2 Total business miles driven during the year | 1150 | | 7830 | | 400 | | 2980 | | | | | |
| 3 Total commuting miles driven during the year | | | 3450 | | | | 690 | | | | | |
| 4 Total other personal (noncommuting) miles driven | 1580 | | 188 | | 1692 | | 1406 | | | | | |
| 5 Was the vehicle available for personal use during off-duty hours? | X | | X | | X | | X | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | X | | X | | X | | X | | | | | |

**Section C. - Questions for Employers Who Provide Vehicles for Use by Employees.**

(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning fleet vehicles or qualified automobile demonstration use (see instructions)? | | |

**Note:** If your answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

716252
01-21-88

Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

2106
OTHER-2

OMB No. 1545-0172
**1987**
Attachment Sequence No. 67

Name(s) as shown on return: LYMAN F BUSH

Identifying number: 503 30 3721

Business or activity to which this form relates: ENGINEER

## Part I Depreciation (Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)

### Section A. - Election to Expense Depreciable Assets Placed in Service During This Tax Year (Section 179)

| 1 (a) Description of property | (b) Date placed in service | (c) Cost | (d) Expense deduction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 2 Listed property - Enter total from Part III, Section A, column (h) | |
| 3 Total (add lines 1 and 2, but do not enter more than $10,000) | |
| 4 Enter the amount, if any, by which the cost of all section 179 property placed in service during this tax year is more than $200,000 | |
| 5 Subtract line 4 from line 3. If result is less than zero, enter zero | |

### Section B. - Depreciation

| (a) Class of property | (b) Date placed in service | (c) Basis for depreciation (Business use only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 6 Accelerated Cost Recovery System (ACRS): For assets placed in service ONLY during tax year beginning in 1987 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 7-year property | | | | | |
| d 10-year property | | | | | |
| e 15-year property | | | | | |
| f 20-year property | | | | | |
| g Residential rental property | | | | | |
| h Nonresidential real property | | | | | |
| 7 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 8 ACRS deduction for assets placed in service prior to 1987 | | | | | 194. |

### Section C. - Other Depreciation

| | |
|---|---|
| 9 Property subject to section 168(f)(1) election | |
| 10 Other depreciation | |

### Section D. - Summary

| | | |
|---|---|---|
| 11 Total (add deductions on lines 5 through 10). Enter here and on the Depreciation line of your return (Partnerships and S corporations - Do NOT include any amounts entered on line 5.) | | 194. |
| 12 For assets above placed in service during the current year, enter the portion of the basis attributable to additional section 263A costs. (See instructions for who must use.) | | |

## Part II Amortization

| | |
|---|---|
| 1 Amortization for property placed in service only during tax year beginning in 1987. SEE DETAIL BELOW | |
| 2 Amortization for property placed in service prior to 1987 | |
| 3 Total. Enter here and on other deductions or other expenses line of your return | |

### Depreciation and Amortization Detail

| (a) Description of property | (b) Date placed in service | (c) Cost or other basis | (d) Code section or recovery period | (e) Amortization period/ depreciation method | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

H761 See Paperwork Reduction Act Notice on page 1 of the separate instructions.

Form **4562** (1987)

716251 01-12-88

**Part III** **Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).**

If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. - Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No If yes, is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery period | (f) Method | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 7, page 1.) | | | | | | | | |

**Section B. - Information Regarding Use of Vehicles**

Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | | | | | | | |
| 2 Total business miles driven during the year | | | | | | | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C. - Questions for Employers Who Provide Vehicles for Use by Employees.**

(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning fleet vehicles or qualified automobile demonstration use (see instructions)? | | |

**Note:** If your answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

716252
01-21-88

Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return. E-1

OMB No. 1545-0172 **1987** Attachment Sequence No. 67

Name(s) as shown on return: LYMAN F BUSH & BEVERLY J. BUSH

Identifying number: 503 30 3721

Business or activity to which this form relates: 5026 SO PUGET SOUND

**Part I Depreciation** (Do not use this part for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement. Instead, use Part III.)

### Section A. - Election to Expense Depreciable Assets Placed in Service During This Tax Year (Section 179)

| 1 (a) Description of property | (b) Date placed in service | (c) Cost | (d) Expense deduction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 2 Listed property - Enter total from Part III, Section A, column (h) | |
| 3 Total (add lines 1 and 2, but do not enter more than $10,000) | |
| 4 Enter the amount, if any, by which the cost of all section 179 property placed in service during this tax year is more than $200,000 | |
| 5 Subtract line 4 from line 3. If result is less than zero, enter zero | |

### Section B. - Depreciation

| (a) Class of property | (b) Date placed in service | (c) Basis for depreciation (Business use only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 6 Accelerated Cost Recovery System (ACRS): For assets placed in service ONLY during tax year beginning in 1987 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 7-year property | | | | | |
| d 10-year property | | | | | |
| e 15-year property | | | | | |
| f 20-year property | | | | | |
| g Residential rental property | | | | | |
| h Nonresidential real property | | | | | |
| 7 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 8 ACRS deduction for assets placed in service prior to 1987 | | | | | 552. |

### Section C. - Other Depreciation

| | |
|---|---|
| 9 Property subject to section 168(f)(1) election | |
| 10 Other depreciation | |

### Section D. - Summary

| | |
|---|---|
| 11 Total (add deductions on lines 5 through 10). Enter here and on the Depreciation line of your return (Partnerships and S corporations - Do NOT include any amounts entered on line 5.) | 552. |
| 12 For assets above placed in service during the current year, enter the portion of the basis attributable to additional section 263A costs. (See instructions for who must use.) | |

**Part II Amortization**

| | |
|---|---|
| 1 Amortization for property placed in service only during tax year beginning in 1987. SEE DETAIL BELOW | |
| 2 Amortization for property placed in service prior to 1987 | |
| 3 Total. Enter here and on other deductions or other expenses line of your return | |

**Depreciation and Amortization Detail**

| (a) Description of property | (b) Date placed in service | (c) Cost or other basis | (d) Code section or recovery period | (e) Amortization period/ depreciation method | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

H761 See Paperwork Reduction Act Notice on page 1 of the separate instructions. Form **4562** (1987)

716251 01-12-88

**Part III** **Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).**

If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. - Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No If yes, is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery period | (f) Method | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 7, page 1.) | | | | | | | | |

**Section B. - Information Regarding Use of Vehicles**

Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) |
|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | |
| 2 Total business miles driven during the year | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C. - Questions for Employers Who Provide Vehicles for Use by Employees.**

(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning fleet vehicles or qualified automobile demonstration use (see instructions)? | | |

**Note:** If your answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

716252
01-21-88

Form **4952**
Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191
**1987**
Attachment Sequence No. 72

| Name(s) as shown on return | Identifying number |
|---|---|
| LYMAN F & BEVERLY J. BUSH | 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 |

Kind of return ▶ [X] Individual [ ] Estate [ ] Trust

| Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Interest expense on investment debts paid or accrued in 1987 | | | | 1 | 15414. |
| 2 | Disallowed investment interest from 1986 Form 4952, lines 14, 26, and 35 | | 2 | | | |
| 3 | Taxable income from 1986 Form 1040 or Form 1041. Do not enter less than zero | | 3 | 64303. | | |
| 4 | Carryover from 1986. Enter the smaller of lines 2 or 3 | | | | 4 | |
| 5 | Total investment interest. Add lines 1 and 4 | | | | 5 | 15414. |
| 6 | Net investment income SEE SCHEDULE 13 | | 6 | 51007. | | |
| 7 | Subtract line 6 from line 5. (If result is zero or less, skip lines 8 through 14 and enter the amount from line 5 on line 15) | | 7 | -35593. | | |
| 8 | Enter the smaller of lines 4 or 7 | | 8 | | | |
| 9 | Subtract line 8 from line 7 | | 9 | | | |
| 10a | Individuals, enter $10,000 ($5,000 if married filing separate return) | 10a | | | | |
| b | Estates, enter $10,000; trusts, enter zero | 10b | | | | |
| 11 | Enter the smaller of line 9 or line 10 | | 11 | | | |
| 12 | Subtract line 11 from line 9 | | | | 12 | |
| 13 | Multiply line 11 by 35% (.35) | | | | 13 | |
| 14 | Disallowed investment interest. Add lines 8, 12, and 13 | | | | 14 | |
| 15 | Allowable investment interest. Subtract line 14 from line 5 | | | | 15 | 15414. |

H761 **For Paperwork Reduction Act Notice, see instructions.** Form **4952** (1987)

718901
12-10-87

Form **6251**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax - Individuals

▶ Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656.

OMB No. 1545-0227

**1987**

Attachment Sequence No. 32

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number: 503 30 3721

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 1 | Taxable income from Form 1040, line 36 (can be less than zero) | | | 1 | 101052. |
| 2 | Net operating loss deduction (Do not enter as a negative amount) | | | 2 | |
| 3 | Add lines 1 and 2 | | | 3 | 101052. |
| 4 | **Adjustments:** | | | | |
| a | Standard deduction from Form 1040, line 33b | 4a | | | |
| b | Medical and dental expense | 4b | | | |
| c | Miscellaneous itemized deductions from Schedule A, line 24 | 4c | 4911. | | |
| d | Taxes from Schedule A, line 8 | 4d | 2545. | | |
| e | Interest from Schedule A, line 12b | 4e | 714. | | |
| f | Other interest adjustments | 4f | | | |
| g | Depreciation of property placed in service after 1986 | 4g | | | |
| h | Circulation and research and experimental expenditures paid or incurred after 1986 | 4h | | | |
| i | Mining exploration and development costs paid or incurred after 1986 | 4i | | | |
| j | Long-term contracts entered into after 2/28/86 | 4j | | | |
| k | Pollution control facilities placed in service after 1986 | 4k | | | |
| l | Installment sales of certain property | 4l | | | |
| m | Basis adjustment | 4m | | | |
| n | Certain loss limitations | 4n | | | |
| o | Tax shelter farm loss | 4o | | | |
| p | Passive activity loss | 4p | 391. | | |
| q | Beneficiaries of estates and trusts | 4q | | | |
| r | Personal exemptions | 4r | | | |
| s | Total adjustments (combine lines 4a through 4r) | | | 4s | 8561. |
| 5 | **Tax preference items:** | | | | |
| a | Accelerated depreciation of real property placed in service before 1987 | 5a | | | |
| b | Accelerated depreciation of leased personal property placed in service before 1987 | 5b | | | |
| c | Amortization of certified pollution control facilities placed in service before 1987 | 5c | | | |
| d | Appreciated property charitable deduction | 5d | | | |
| e | Incentive stock options | 5e | | | |
| f | Tax-exempt interest from private activity bonds issued after August 7, 1986 | 5f | | | |
| g | Intangible drilling costs | 5g | | | |
| h | Depletion | 5h | | | |
| i | Reserves for losses on bad debts of financial institutions | 5i | | | |
| j | Total tax preference items (add lines 5a through 5i) | | | 5j | |
| 6 | Combine lines 3, 4s, and 5j | | | 6 | 109613. |
| 7 | Alternative tax net operating loss deduction (Do not enter more than 90% of line 6.) | | | 7 | |
| 8 | Alternative minimum taxable income (subtract line 7 from line 6) | | | 8 | 109613. |
| 9 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | | | 9 | 40000. |
| 10 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | | | 10 | 150000. |
| 11 | Subtract line 10 from line 8. If zero or less, enter zero | | | 11 | 0. |
| 12 | Multiply line 11 by 25% (.25) | | | 12 | |
| 13 | Subtract line 12 from line 9. If zero or less, enter zero | | | 13 | 40000. |
| 14 | Subtract line 13 from line 8. If zero or less, enter zero | | | 14 | 69613. |
| 15 | Multiply line 14 by 21% (.21) | | | 15 | 14619. |
| 16 | Alternative minimum tax foreign tax credit | | | 16 | |
| 17 | Tentative minimum tax (subtract line 16 from line 15) | | | 17 | 14619. |
| 18 | Regular tax before credits (Form 1040, line 37) minus foreign tax credit (Form 1040, line 44) | | | 18 | 26913. |
| 19 | Alternative minimum tax (subtract line 18 from line 17). Enter on Form 1040, line 49 | | | 19 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

719481 11-13-87 H761

Form 6251 (1987)

ALTERNATIVE MINIMUM TAX

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate instructions.

▶ Attach to Forms 1040, 1041, or 1120 (Personal service corporation and closely held C corporations).

OMB No. 1545-1008

**1987**

Attachment Sequence No. 88

Name(s) as shown on return: BUSH, LYMAN F & BEVERLY J.

Social security or employer identification number: 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

## Part I Computation of 1987 Passive Activity Loss

**Caution:** See the worksheets on p age 4 of the instructions before completing Part I.

| | | | | |
|---|---|---|---|---|
| **Rental Real Estate Activities With Active Participation** (See the definition of active participation under **Rental Activities** on page 2 of the instructions.) | | | | |
| **Activities acquired before 10-23-86:** | | | | |
| 1a Activities with net income | 1a | 462. | | |
| 1b Activities with net loss | 1b | -748. | | |
| 1c Combine lines 1a and 1b | 1c | -286. | | |
| **Activities acquired after 10-22-86:** | | | | |
| 1d Activities with net income | 1d | | | |
| 1e Activities with net loss | 1e | | | |
| 1f Combine lines 1d and 1e | 1f | | | |
| 1g Net Income or (loss). Combine lines 1c and 1f | | | 1g | -286. |
| **All Other Passive Activities** (See **Line 2a through 2g** on page 4 of the instructions.) | | | | |
| **Activities acquired before 10-23-86:** | | | | |
| 2a Activities with net income | 2a | | | |
| 2b Activities with net loss | 2b | -601. | | |
| 2c Combine lines 2a and 2b | 2c | -601. | | |
| **Activities acquired after 10-22-86:** | | | | |
| 2d Activities with net income | 2d | | | |
| 2e Activities with net loss | 2e | | | |
| 2f Combine lines 2d and 2e | 2f | | | |
| 2g Net Income or (loss). Combine lines 2c and 2f | | | 2g | -601. |
| 3 Combine lines 1g and 2g. If the result is net income, see the instructions for line 3. If this line and line 1g are both losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | -887. |

## Part II Computation of the Special Allowance for Rental Real Estate With Active Participation

**Note:** Before completing Parts II and III, see page 4 of the instructions for how to treat numbers as if they were all positive.

| | | | | |
|---|---|---|---|---|
| 4 Enter the smaller of the loss on line 1g or the loss on line 3 | | | 4 | 286. |
| 5 Enter $150,000 ($75,000 if married filing separately and you lived apart for the entire year) | 5 | 150000. | | |
| 6 Enter modified adjusted gross income, but not less than -0-, (see instructions). If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7 | 6 | 128474. | | |
| 7 Subtract line 6 from line 5 | 7 | 21526. | | |
| 8 Multiply line 7 by 50% (.5). Do **not** enter more than $25,000 ($12,500 if married filing separately and you lived apart for the entire year) | | | 8 | 10763. |
| 9 Enter the smaller of line 4 or line 8 | | | 9 | 286. |

## Part III Computation of Passive Activity Loss Allowed

| | | |
|---|---|---|
| 10 Combine lines 1c and 2c and enter the result. If the result is -0- or net income, skip to line 16. (See instructions) | 10 | |
| 11a If line 9 is -0-, enter -0- on line 11 and go to line 12. | | |
| 11b If line 1c shows income, has no entry, or shows -0-, enter -0- on line 11. Otherwise, enter the smaller of line 1c or line 8 | 11 | |
| 12 Subtract line 11 from line 10. If line 11 is equal to or greater than line 10, enter -0-. | 12 | |
| 13 Subtract line 9 from line 3. | 13 | |
| 14 Enter the smaller of line 12 or line 13 | 14 | |
| 15 Multiply line 14 by 65% (.65) and enter the result | 15 | |
| 16 Enter the amount from line 9 | 16 | 286. |
| 17 **Passive Activity Loss Allowed for 1987.** Add lines 15 and 16 | 17 | 286. |
| 18 Add the income, if any, on lines 1a, 1d, 2a, and 2d and enter the result | 18 | 462. |
| 19 **Total losses allowed from all passive activities for 1987.** Add lines 17 and 18. See page 5 of the instructions to see how to report the losses on your tax return | 19 | 748. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **8582** (1987)

H761

719761
10-20-87

Active Rental
Pre-Enactment

# ALTERNATIVE MINIMUM TAX

## PASSIVE ACTIVITY SCHEDULE

1987

| Active Rental | Pre-Enactment | Name or Source | Loss | Gain | Allocation of Income and Special Allowance | Allocation of Allowed Losses | Suspended Loss | Allowable Loss |
|---|---|---|---|---|---|---|---|---|
| X | X | FAWCETT PLAZA ONE | 516. | | 516. | | | 516. |
| X | X | MRI BUSINESS PROPERTIES | 72. | | 72. | | | 72. |
| | X | MRI BUSINESS PROPERTIES | 601. | | | | 601. | |
| X | X | PUGET SOUND INVESTOR II | 160. | | 160. | | | 160. |
| X | X | 5026 SO PUGET SOUND | | 462. | | | | |
| | | TOTAL | | | 748. | | 601. | 748. |

726061
11-03-87

Form **8271** (Rev. November 1987) Department of the Treasury Internal Revenue Service

**Investor Reporti** **Shelter Registration Number**

**your tax return**

▶ **If you received this form fr( p, S corporation, or trust, see the instructions.**

OMB No. 1545-0881 Expires 9-30-90

Attachment Sequence No. **71**

| Investor's name(s) as shown on return | Investor's taxpayer ident. no. | Investor's tax year ending |
|---|---|---|
| LYMAN F & BEVERLY J. BUSH | 503 30 3721 | 12-31-87 |

**Part I** **Tax Shelter Information**

| | a. Tax Shelter Name | b. Tax Shelter Registration Number (11-digit number) | c. Tax Shelter Taxpayer Identification Number | d. Type of Tax Shelter (see list in instructions) |
|---|---|---|---|---|
| 1 | CINEMA 84 | 84272000294 | 11-2678807 | |
| 2 | PUGET SOUND INVESTORS | 8427000054 | 91-1258275 | 35 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Part II** **Tax Shelter Benefits Claimed or Reported By Investor on Return to Which This Form 8271 Is Attached**

**Note:** If you received any Schedules K-1 for these benefits, see the specific instructions for Part II on page 2.

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**For Paperwork Reduction Act Notice, see instructions.** Form **8271** (Rev. 11-87)

719921 10-14-87 H761

129447

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate instructions.

▶ Attach to Forms 1040, 1041, or 1120 (Personal service corporation and closely held C corporations).

OMB No. 1545-1008

**1987**

Attachment Sequence No. 88

Name(s) as shown on return: BUSH, LYMAN F & BEVERLY J.

Social security or employer identification number: 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

## Part I Computation of 1987 Passive Activity Loss

**Caution:** See the worksheets on p age 4 of the instructions before completing Part I.

| | | | | | |
|---|---|---|---|---|---|
| **Rental Real Estate Activities With Active Participation** (See the definition of active participation under **Rental Activities** on page 2 of the instructions.) | | | | | |
| | **Activities acquired before 10-23-86:** | | | | |
| 1a | Activities with net income | 1a | 462. | | |
| 1b | Activities with net loss | 1b | -748. | | |
| 1c | Combine lines 1a and 1b | 1c | -286. | | |
| | **Activities acquired after 10-22-86:** | | | | |
| 1d | Activities with net income | 1d | | | |
| 1e | Activities with net loss | 1e | | | |
| 1f | Combine lines 1d and 1e | 1f | | | |
| 1g | Net Income or (loss). Combine lines 1c and 1f | | | 1g | -286. |
| **All Other Passive Activities** (See **Line 2a through 2g** on page 4 of the instructions.) | | | | | |
| | **Activities acquired before 10-23-86:** | | | | |
| 2a | Activities with net income | 2a | | | |
| 2b | Activities with net loss | 2b | -601. | | |
| 2c | Combine lines 2a and 2b | 2c | -601. | | |
| | **Activities acquired after 10-22-86:** | | | | |
| 2d | Activities with net income | 2d | | | |
| 2e | Activities with net loss | 2e | | | |
| 2f | Combine lines 2d and 2e | 2f | | | |
| 2g | Net Income or (loss). Combine lines 2c and 2f | | | 2g | -601. |
| 3 | Combine lines 1g and 2g. If the result is net income, see the instructions for line 3. If this line and line 1g are both losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | -887. |

## Part II Computation of the Special Allowance for Rental Real Estate With Active Participation

**Note:** Before completing Parts II and III, see page 4 of the instructions for how to treat numbers as if they were all positive.

| | | | | | |
|---|---|---|---|---|---|
| 4 | Enter the smaller of the loss on line 1g or the loss on line 3 | | | 4 | 286. |
| 5 | Enter $150,000 ($75,000 if married filing separately and you lived apart for the entire year) | 5 | 150000. | | |
| 6 | Enter modified adjusted gross income, but not less than -0-, (see instructions). If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7 | 6 | 128474. | | |
| 7 | Subtract line 6 from line 5 | 7 | 21526. | | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000 ($12,500 if married filing separately and you lived apart for the entire year) | | | 8 | 10763. |
| 9 | Enter the smaller of line 4 or line 8 | | | 9 | 286. |

## Part III Computation of Passive Activity Loss Allowed

| | | | |
|---|---|---|---|
| 10 | Combine lines 1c and 2c and enter the result. If the result is -0- or net income, skip to line 16. (See instructions) | 10 | 887. |
| 11a | If line 9 is -0-, enter -0- on line 11 and go to line 12. | | |
| 11b | If line 1c shows income, has no entry, or shows -0-, enter -0- on line 11. Otherwise, enter the smaller of line 1c or line 8 | 11 | 286. |
| 12 | Subtract line 11 from line 10. If line 11 is equal to or greater than line 10, enter -0-. | 12 | 601. |
| 13 | Subtract line 9 from line 3. | 13 | 601. |
| 14 | Enter the smaller of line 12 or line 13 | 14 | 601. |
| 15 | Multiply line 14 by 65% (.65) and enter the result | 15 | 391. |
| 16 | Enter the amount from line 9 | 16 | 286. |
| 17 | **Passive Activity Loss Allowed for 1987.** Add lines 15 and 16 | 17 | 677. |
| 18 | Add the income, if any, on lines 1a, 1d, 2a, and 2d and enter the result | 18 | 462. |
| 19 | **Total losses allowed from all passive activities for 1987.** Add lines 17 and 18. See page 5 of the instructions to see how to report the losses on your tax return | 19 | 1139. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **8582** (1987)

H761

719761
10-20-87

Active Rental
Pre-Enactment

## PASSIVE ACTIVITY SCHEDULE

1987

| Active Rental | Pre-Enactment | Name or Source | Loss | Gain | Allocation of Income and Special Allowance | Allocation of Allowed Losses | Suspended Loss | Allowable Loss |
|---|---|---|---|---|---|---|---|---|
| X | X | FAWCETT PLAZA ONE | 516. | | 516. | | | 516. |
| X | X | MRI BUSINESS PROPERTIES | 72. | | 72. | | | 72. |
| | X | MRI BUSINESS PROPERTIES | 601. | | | 391. | 210. | 391. |
| X | X | PUGET SOUND INVESTOR II | 160. | | 160. | | | 160. |
| X | X | 5026 SO PUGET SOUND | | 462. | | | | |
| | | TOTAL | | | 748. | 391. | 210. | 1139. |

726061
11-03-87

FORM 2106 - MILEAGE RATE SCHEDULE 1

| | CAR 1 | CAR 2 | CAR 3 |
|---|---|---|---|
| 1. ENTER THE SMALLER OF 15,000 MILES OR BUSINESS MILES. | 7830 | 2980 | 1150 |
| 2. MULTIPLY LINE 1 BY $0.225. | 1762. | 671. | 259. |
| 3. ENTER COMBINED MILEAGE OVER 15,000. | | | |
| 4. MULTIPLY LINE 3 BY $0.11. | | | |
| 5. TOTAL MILEAGE EXPENSE ADD LINES 2 AND 4. | 1762. | 671. | 259. |

| | CAR 4 |
|---|---|
| 1. ENTER THE SMALLER OF 15,000 MILES OR BUSINESS MILES. | 400 |
| 2. MULTIPLY LINE 1 BY $0.225. | 90. |
| 3. ENTER COMBINED MILEAGE OVER 15,000. | |
| 4. MULTIPLY LINE 3 BY $0.11. | |
| 5. TOTAL MILEAGE EXPENSE ADD LINES 2 AND 4. | 90. |

FORM 2106 OTHER EMPLOYEE BUSINESS EXPENSES SCHEDULE 2

| EXPLANATION | AMOUNT |
|---|---|
| SUPPLIES | 65. |
| SEMINARS & DUES | 598. |
| MISC | 133. |
| DEPRECIATION 4562-2106- 2 | 194. |
| TOTAL TO FORM 2106, PART I, LINE 4 | 990. |

FORM 1040 SCHEDULE OF WAGES RECEIVED AND TAXES PAID SCHEDULE 3

| HW CD | EMPLOYERS' NAME | AMOUNT PAID | FED TAX WITHHELD | STATE TAX WITHHELD | CITY TAX WITHHELD | FICA TAX |
|---|---|---|---|---|---|---|
| H | CHALKER ENGINEERS, INC | 75285. | 17459. | | | 3132. |
| W | BETHEL SCHOOL DISTRICT NO 463 | 12513. | 725. | | | 1162. |
| TOTAL | | 87798. | 18184. | | | 4294. |

SUMMARY OF RENT AND ROYALTY INCOME SCHEDULES — SCHEDULE 4

| STMT. NO. | TOTAL RENTS | TOTAL ROYALTIES | DEPREC. DEPL. | OTHER EXPENSES | NET LOSS | NET INCOME |
|---|---|---|---|---|---|---|
| 1 | 1538. | | 552. | 524. | | 462. |
| TOTAL | 1538. | | 552. | 524. | | 462. |

SCHEDULE E — INCOME OR (LOSS) FROM PARTNERSHIPS AND S CORPS — SCHEDULE 5

| NAME / EMPLOYER ID NO. | NOT AT RISK | CODE | PASSIVE LOSS | PASSIVE INCOME | NONPASSIVE LOSS | SEC 179 DEDUCT. | NONPASSIVE INCOME |
|---|---|---|---|---|---|---|---|
| SUMMER LOVERS ASSOC 11-2615060 | NO | P | | | | | 125. |
| LONE WOLF MC QUADE ASSOC 13-3109971 | NO | P | | | | | 398. |
| BUSH WEAVER 91-0993948 | NO | P | | | | | 596. |
| SEE SCHEDULE 6 91-1012413 | NO | P | 516. | | 2114. | | |
| CINEMA 84 11-2678807 | NO | P | | | 25733.√ | | |
| SEE SCHEDULE 7 94-2919856 | NO | P | 463. | | | | |
| MEDICAL EQUIPMENT FUND TWO NEW YORK, NY | NO | P | | | | | 16811. |
| SEE SCHEDULE 8 91-1258275 | NO | P | 160. | | 175. | | |
| ML-LEE ACQUISITION FUND, LP NEW YORK | NO | P | | 0. | | | |
| TOTALS TO SCH E, LN 30 | | | 1139. | 0. | 28022. | | 17930. |

SCHEDULE E PART 2 PARTNERSHIP INTEREST, W.P.T. AND DEPL. EXPENSE SCHEDULE 6

FAWCETT PLAZA ONE 91-1012413

| | | |
|---|---|---|
| GROSS INCOME OR LOSS | 147. | |
| INVESTMENT INTEREST EXPENSE | -2261. | |
| TOTAL NONPASSIVE INCOME OR LOSS TO SCH E, LN 30 | | -2114. |
| PRE ACTIVE RENTAL OF REAL ESTATE | -516. | |
| TOTAL PRE ACTIVE RENTAL OF REAL ESTATE LOSS | | -516. |
| SUSPENDED LOSS FROM FORM 8582 | | 0. |
| PASSIVE LOSS ALLOWED FROM FORM 8582 TO SCH E, LN 30 | | -516. |
| PARTNERSHIP INCOME OR LOSS | | -2630. |

SCHEDULE E PART 2 PARTNERSHIP INTEREST, W.P.T. AND DEPL. EXPENSE SCHEDULE 7

MRI BUSINESS PROPERTIES 94-2919856

| | | |
|---|---|---|
| PRE PASSIVE INCOME OR LOSS | -601. | |
| TOTAL PRE PASSIVE INCOME OR LOSS | | -601. |
| SUSPENDED LOSS FROM FORM 8582 | | 210. |
| PASSIVE LOSS ALLOWED FROM FORM 8582 TO SCH E, LN 30 | | -391. |
| PRE ACTIVE RENTAL OF REAL ESTATE | -72. | |
| TOTAL PRE ACTIVE RENTAL OF REAL ESTATE LOSS | | -72. |
| SUSPENDED LOSS FROM FORM 8582 | | 0. |
| PASSIVE LOSS ALLOWED FROM FORM 8582 TO SCH E, LN 30 | | -72. |
| PARTNERSHIP INCOME OR LOSS | | -463. |

SCHEDULE E PART 2 PARTNERSHIP INTEREST, W.P.T. AND DEPL. EXPENSE SCHEDULE 8

| | | |
|---|---|---|
| PUGET SOUND INVESTOR II TACOMA, WA | | 91-1258275 |
| GROSS INCOME OR LOSS | -175. | |
| TOTAL NONPASSIVE INCOME OR LOSS TO SCH E, LN 30 | | -175. |
| PRE ACTIVE RENTAL OF REAL ESTATE | -160. | |
| TOTAL PRE ACTIVE RENTAL OF REAL ESTATE LOSS | | -160. |
| SUSPENDED LOSS FROM FORM 8582 | | 0. |
| PASSIVE LOSS ALLOWED FROM FORM 8582 TO SCH E, LN 30 | | -160. |
| PARTNERSHIP INCOME OR LOSS | | -335. |

SCHEDULE A CASH CONTRIBUTIONS LESS THAN $3000 TO ANY ONE ORGANIZATION SCH 9

| DESCRIPTION | AMOUNT 50 PER CENT LIMIT | AMOUNT 30 PER CENT LIMIT | AMOUNT 20 PER CENT LIMIT |
|---|---|---|---|
| UNITED WAY | 300. | | |
| MISC. | 125. | | |
| MISC | 181. | | |
| ROTARY | 105. | | |
| ROTARY POLIO PLUS | 1000. | | |
| SDSM & T ALUMNI ASSOC | 50. | | |
| SDSM & T FOUNDATION | 200. | | |
| DYSLIN BOYS RANCH | 215. | | |
| GOODWILL | 110. | | |
| VETERAN REHAB CENTER | 60. | | |
| SUB-TOTAL | 2346. | | |

TOTAL TO SCHEDULE A, LINE 14A 2346.

SCHEDULE A PERSONAL INTEREST EXPENSE SCHEDULE 10

| | |
|---|---|
| CREDIT CARDS AND CHARGE ACCOUNTS | 10. |
| WASH. SCHOOL EMPLOYEES CR. UNION | 88. |
| FIDELITY FUNDING AND FIRST CITY NAT'L | 1001. |
| TOTAL TO SCHEDULE A, LINE 12A | 1099. |

| SCHEDULE A | INVESTMENT INTEREST EXPENSE | SCHEDULE 11 |
|---|---|---|

| DESCRIPTION | INVESTMENT INTEREST | TOTAL |
|---|---|---|
| FIRST CITY NATL BANK | 13153. | 13153. |
| TOTAL TO SCHEDULE A, LINE 11 | 13153. | 13153. |

| SCHEDULE A | MISCELLANEOUS DEDUCTIONS SUBJECT TO FLOOR | SCHEDULE 12 |
|---|---|---|

| | |
|---|---|
| UNION AND PROFESSIONAL DUES | 172. |
| TAX PREPARATION FEE | 1020. |
| SAFE DEPOSIT BOX | 20. |
| INVESTMENT EXPENSE-PORTFOLIO TIMING | 5370. |
| CUSTODIAL FEES | 85. |
| PASSTHROUGH FROM ML-LEE ACQUISITION FUND, LP NEW YORK | 58. |
| TOTAL TO SCHEDULE A, LINE 21 | 6725. |

| FORM 4952 | NET INVESTMENT INCOME FROM ALL SOURCES | SCHEDULE 13 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER SOURCES | 0. |
| SCHEDULE B | 28848. |
| SCHEDULE C | 0. |
| SCHEDULE D/FORM 4797 | 22072. |
| SCHEDULE E, PART II | 478. |
| ROYALTY | 0. |
| PASSIVE ACTIVITY LOSS NOT DISALLOWED | -391. |
| TOTAL TO FORM 4952, LINE 6 | 51007. |

| FORM 1040 | PENSION AND ANNUITY INCOME | SCHEDULE 100 |
|---|---|---|

FIRST INTERSTATE/SHAREHOLDER SERVICES

| | | |
|---|---|---|
| AMOUNT RECEIVED THIS YEAR | 40615. | |
| AMOUNT THAT IS NOT TAXABLE | 40615. | |
| TAXABLE PART | | 0. |
| TOTAL TO 1040 LINE 16B | | 0. |

## SCHEDULE A MEDICAL EXPENSES

| TO WHOM PAID | DOCTORS | HOSPITALS |
| --- | --- | --- |
| PRESCRIPTION MEDICINES AND DRUGS, INSULIN | 305. | |
| DOCTORS, DENTISTS, ETC. | 282. | |
| HOSPITALS | | 169. |
| SUB-TOTAL | 587. | 169. |

TOTAL TO SCHEDULE A, LINE 1A 756.