Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
[redacted] 199512 30 000 0
00766

LYMAN F & BEVERLY J DECD BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519174

CERTIFIED MAIL

Taxpayer Identification Number: [redacted]
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 9,413.00

Date Claim(s) Received: Nov. 29, 1999
Tax Period(s): Dec. 31, 1995

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

We are unable to process your Form 1040X at this time. To enable us to process it, copies of cancelled checks or verification of money paid to the partnership(s), must be provided to verify the capital contributed in 1995. You will receive a separate notice explaining the adjustments made to this year.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

EXHIBIT
tabbies
DX 9

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and

Department of the Treasury
Internal Revenue Service

2981522163
Aug. 23, 2000 LTR 105C
[redacted] 199512 30 000 0
00767

LYMAN F & BEVERLY J DECD BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519174

signing it:

> "Under penalties of perjury, I declare that the facts presented in my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written authorization) to your written statement.

If your authorized representative prepares the written statement, he or she should include a declaration stating that he or she prepared the written statement and accompanying documents and whether he or she knows personally that the protest and accompanying documents are true and correct.

Please mail your request for an appeal to the address shown on this letter.

If you have any questions, please call Ms. W. Jones at 801-629-1193 between the hours of 6:30 a.m. and 2:00 p.m. MDT. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

Department of the Treasury
Internal Revenue Service

2981522163
Aug. 23, 2000 LTR 105C
[redacted] 199512 30 000 0
00768

LYMAN F & BEVERLY J DECD BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519174

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (   )______________________ Hours______________

Sincerely yours,

Deborah S. Decker

Deborah S. Decker, Director, Ogden
Customer Service Center

Enclosure(s):
Publication 1

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: [redacted] | | Return Form No. 1040 |
|---|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH<br>1217 122ND STREET CT E<br>TACOMA WA 98445-3519 | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1995 | Period End | Period End |
|---|---|---|---|
| A. CINEMA 84 | $ 1,430.00 | $ | $ |
| B. ITEMIZED DEDUCTIONS | 28.00 | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 1,458.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 51,732.00 | | |
| 4. Corrected Taxable Income | 53,190.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | JOINT | | |
| 5. Tax | 9,819.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 9,819.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 9,819.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 5,115.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 14,934.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 14,528.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 406.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 406.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Ver. 4.62.00

EXHIBIT
tabbies
DX 10



Form 4549A-CG (Rev. 1-91)

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH | SS or EI Number [redacted] | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1995 | Period End | Period End |
|---|---|---|---|
| | $ | $ | $ |
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 406.00 | | |
| B. Penalties (line 18, page 2) (computed to 08/12/2000) | | | |
| C. Interest (IRC 6601) (computed to 08/12/2000) | 178.63 | | |
| D. TMT Interest (computed to 08/12/2000 on TMT underpay) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 584.63 | | |

Other Information:

| Examiner's Signature MS JONES 2980500467 | District Ogden Service Center | Date 07/12/2000 |
|---|---|---|

RGS Ver. 4.62.00



Form 4549A-CG (Rev. 1-91)

Name Of Taxpayer: LYMAN F & BEVERLY J DECD BUSH
Identification Number: [redacted] TOTAL

07/12/200(
4.62.00

199512 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 4,254.00 | 4,254.00 | 0.00 |
| 2. 0.075 of Adjusted Gross Income | 5,568.00 | 5,675.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 4,845.00 | 4,845.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 0.00 | 0.00 | 0.00 |
| 9. Contributions | 4,638.00 | 4,638.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Moving Expenses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions subject to AGI limit | 9,230.00 | 9,230.00 | 0.00 |
| 13. 0.020 of Adjusted Gross Income | 1,485.00 | 1,513.00 | |
| 14. Excess Miscellaneous deductions | 7,745.00 | 7,717.00 | 28.00 |
| 15. Other Miscellaneous deductions | 280.00 | 280.00 | 0.00 |
| 16. Total itemized deductions (Sum of Lines 3,4,8, 9,10,11,14, and 15 less any applicable limitation) | 17,508.00 | 17,480.00 | 28.00 |

ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | | |
|---|---|---|
| A. | Total of lines 3, 4, 8, 9, 10, 11, 14, and 15 | 17,480.00 |
| B. | Total of lines 3, 6, 10, (plus any gambling losses included on line 15) | 0.00 |
| C. | Line A less Line B | 17,480.00 |
| D. | Multiply the amount on line C by 80% | 13,984.00 |
| E. | Adjusted Gross Income from Form 1040 | 75,670.00 |
| F. | Itemized Deduction Limitation | 114,700.00 |
| G. | Line E less Line F | (39,030.00) |
| H. | Multiply the amount on Line G by 3% | 0.00 |
| I. | Enter the smaller of Line D or Line H | 0.00 |
| J. | Total Itemized Deductions (entered on line 16 above) | 17,480.00 |

199512 - TAX PRD INTEREST COMPUTATION TO 08/12/2000

| | | |
|---|---|---|
| Total Tax Deficiency | | 406.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 406.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/1996-06/30/1996 | 76 | 08.00 | 6.80 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 19.10 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 40.67 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 10.60 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 30.01 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 8.93 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 32.43 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 11.14 |
| COMPOUND | 04/01/2000-08/12/2000 | 134 | 09.00 | 18.95 |

| | |
|---|---|
| Total Interest | 178.63 |
| Total Underpayment | 406.00 |
| Total Penalties | 0.00 |
| Total Amount Due | 584.63 |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH [redacted] | | YEAR/PERIOD ENDED<br>199512 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CINEMA 84 | (1,430.00) | 0.00 | 1,430.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

BUSH, LYMAN F & BEVERLY J DECD 199512

[redacted]

EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 865.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 865.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 10,961.00 | |
| 2b | Activities with net loss | (24,651.00) | |
| 2c | Prior Year Unallowed Losses | (14,845.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (28,535.00) |
| 3 | Lines 1d and 2d combined | | (27,670.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 11,826.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 11,826.00 |

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Date:** July 12, 2000

FILE COPY

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]
**Tax Year(s):** 1995
**Partnership/S Corporation:**
Cinema 84 and Lone Wolf McQuade Associates
**Employer Identification Number:**
[redacted]

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

Dear Mr. Bush:

The examination of Cinema 84 and Lone Wolf McQuade Associates partnership/S corporation, employer identification number 11-2678807 and 13-3109971 has been completed.

Enclosed is Form 4549A-CG explaining how the adjustments made during our examination of the above partnership/S corporation affect your individual income tax return(s). This form is for your records.

If you owe additional tax and/or penalties, we will send a billing notice including interest. The interest computation shown on the enclosed report is an estimate. It does not reflect any credits or payments. When the additional tax has been added to your account, you will receive a correct billing. You may want to pay the amount shown on our report, as interest will continue to accrue on any unpaid balance. If you are due a refund, it will be sent to you.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this matter, please contact the person whose name, telephone number, and contact hours are shown above.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure(s):
Form 4549A-CG
Publication 564

Cc: Thomas E. Redding

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

FILE COPY

**Date:** July 12, 2000

THOMAS E REDDING
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027

**Mail Stop:** 4410
**Person to Contact:**
W. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F & Beverly J Decd Bush
**Tax Identification Number:**
[redacted]
**Tax Year(s):** 1995

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name(s) of the taxpayer(s) to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosures:
Letter
Report

F/c

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

February 28, 2001

LYMAN F & BEVERLY J BUSH
% LYMAN F BUSH
1217 122ND STREET CT E
TACOMA WA 98445-3519

**Mail Stop:** 4410
**Person to Contact:**
Ms. Scadden
**Employee Number:** 2980505699
**Telephone Number:**
1-866-899-9083
**Extension:** 8606
**Hours:** 6 a.m. to 2:30 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]
**Tax Years:** 1988 & 1991
**Regarding:**
Summer Lovers
**Employer Identification Number:**
[redacted]

Dear Taxpayer:

We received your request dated November 24, 1999, asking for reconsideration of adjustments made to your return. The items you refer to on your request are partnership/S corporation items that have been previously determined during a partnership/S corporation proceeding.

Internal Revenue Code Section 6230(c)(4) prohibits claims for review of the substantive issues after the partnership/S corporation proceedings have been completed and states that the final determination shall be conclusive. Consequently, your request will not be considered and your partnership/S corporation adjustments will remain as previously determined.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this matter please contact the person whose name, telephone number, and contact hours are shown above.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely,

Ms. Scadden
Tax Technician
Examination Branch

Cc: Thomas E. Redding

EXHIBIT
tabbies
DX 11

F1c

Internal Revenue Service
Department of the Treasury
Western Region
1160 West 1200 South
Ogden, UT 84201

February 28, 2001

THOMAS E REDDING
PO BOX 924328
HOUSTON TX 77292-4328

**Mail Stop:** 4410
**Person to Contact:**
Ms. Scadden
**Employee Number:** 2980505699
**Telephone Number:**
1-866-899-9083
Extension: 8606
**Hours:** 6 a.m. to 2:30 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F. & Beverly J. Bush
**Tax Identification Number:**
[redacted]
**Tax Years:** 1988 & 1991

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name of the taxpayers to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

Ms. Scadden
Tax Technician
Examination Branch

Enclosure:
TS-29 Letter

POA (Rev. 10-96)

BUSH, LYMAN F & BEVERLY J DECD 199112

[redacted]

EXAMINER: Scadden, S

TEFRA EXAMINATION WORKPAPERS | Related Tax Years: [1981-1995] | Date: [7/12/2000]

Representative: Power of Attorney [X] Yes [ ] No
[ ] CPA [ ] Attorney [ ] Enrolled Agent [ ] Witness [ ] Other
Name : [THOMAS E REDDING Phone: [713-965-9244]
Address: [515 POST OAK BOULLEVARD STE 500 CAF IND Number: [X]
[HOUSTON TX 77027

A

ONE YEAR ASSESSMENT DATE:
[8/6/2000] RIDER
[ ] 870/P [ ] 870/S
[ ] 870 A/L [X] 906
[ ] Default [ ] Other: COURT STIP

B

Other OPEN TEFRA link [X] NO [ ] YES EIN:
Form 8339 completed? [X] NO [ ] YES - Date: [
[ ] 05-111111 [ ] 05-D [X] NOT NEEDED (NO LINK,CF/CB ETC)

| | NAME | EIN | YEAR | KEY CASE Examined | Non-Exam |
|---|---|---|---|---|---|
| T/P Link: | [SUMMER LOVERS] | [redacted] | [198912] | [X] | [ ] |
| Flowthru: | [ | | [ 12 | [ ] | [ ] |
| Flowthru: | [ | [ | [ 12 | [ ] | [ ] |

REMINDERS:
[Y] Statute Search [Y] ORG CODE [N] Sch A AUTO
[N] Prior Adjustment [N] CF or CB [ ] MEDICAL C
[N] Schedule G [N] Partial [ ] CONTRIBUTIONS
[N] K Freeze [N] Bankruptcy [ ] MISC
[N] Address change [N] Copy Case [ ] PHASE OUT

Penalties: [ ] Not applicable
[ ] Negligence 6653(a)(1)&(2)
[ ] Substantial Understatement 6661
[ ] Overvaluation 6659 D
[X] TMT 120% Interest 6621(c)
[ ] Other: [ 6662 ACCURACY-RELATED

[ ] Agreed [ ] Not Agreed {Partial and Statutory Notice}

SEE THE ATTACHED EXAM WORKPAPERS (FORM 4318) FOR THE ADJUSTMENT AMOUNTS PER 906 LIMITED TO BASIS. HOWEVER, THIS PARTNERSHIP NEVER FULLY ADJUSTED THROUGH ALL APPLICABLE YEARS. NO PREVIOUS LOSSES DISALLOWED. THEREFORE, NO INCOME CREDITS ARE ALLOWABLE. STATUTE EXPIRATION FOR THIS ISSUE ONLY. NO ADJUSTMENT PLUS OR MINUS.

SENT TS-12:7/12/2000

IN LIEU OF FORM 4700 Rev(8/89)

BUSH, LYMAN F & BEVERLY J DECD
[redacted]

EXAMINER: Scadden, S
GRADE: 08
ORGANIZATION CODE: 5824
TELEPHONE NUMBER:

ADDRESS:
1217 122ND STREET CT E

TACOMA, WA 98445 3519

REVIEWER: ______________________

INDIVIDUAL TO CONTACT:
BUSH, LYMAN F & BEVERLY J DECD

TELE:
TELE:
TELE:
FAX:

REPRESENTATIVE NAME/ADDRESS:

POWER OF ATTORNEY:
MORE THAN ONE POA: N
TELE:
FAX:

,

APPEARED FOR INITIAL INTERVIEW: THP ( ) TPW ( ) POA ( ) OTHER

INFORMATION PROVIDED EXAMINATION PROCESS ( ) APPEALS PROCESS ( )
PUBLICATION 1, 'YOUR RIGHTS AS TAXPAYER' ( )
NOTICE 609, PRIVACY ACT AND PAPERWORK REDUCTION ACT ( )

METHOD OF ACCOUNTING:

ISSUE: LONE WOLF MCQUADE

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | A |
| 198812 | (38.00) | 0.00 | 38.00 | A |

CONCLUSIONS:
6/15/2000 PER 906 W/OYD 8/6/2000; BASIS LIMITED TO 50,000 AND ITC LIMITED TO 5,000. ADJUSTING ACCORDINGLY.

ISSUE: CINEMA 84

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | B |
| 198812 | (60,214.00) | (62,552.00) | (2,338.00) | B |

CONCLUSIONS:
6/28/2000 PER 906 W/OYD 8/6/2000; IN 1984 TP TOOK 45,187 LOSS; TP ENTITLED TO 50,000. REMAINING AMOUNT OF 4,813 ALLOWED IN THIS YEAR. THUS CAPITAL NO OTHER LOSES ALLOWABLE.

BUSH, LYMAN F & BEVERLY J DECD
[redacted]
EXAMINER: Scadden, S

ISSUE: ADDITIONAL CASE INFO
IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
7/12/2000 PER 906 W/OYD 8/6/2000; ADJUSTED PARTERSHIPS LONE WOLF AND CINEMA 84 PER 906 LIMITING TP TO BASIS. TP BEGINS CLAIMING THE PARTNERSHIPS AS PASSIVE IN 1989. THUS WHEN INCOME TAKEN AWAY LOSS ALSO TAKEN AWAY. THEREFORE, NET ADJUSTMENT IS ZERO. BUT C/O LOSSES OF OTHER PARTNERSHIPS INCREASE C/O AMOUNT AVAILABLE FOR FUTURE YEARS. 1,459 FOR 1990. 1272 FOR 1991.

ISSUE: PENALTIES
IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
6/15/2000 ASSESS TMT ON ALL ASSESSMENTS.
1983 CHANGE N/C; NO PENALTY DUE; CREDIT EQUAL TO TAX INCREASE
1984 CHANGE N/C; NO PENALTY DUE; CREDIT EQUAL TO TAX INCREASE
1985 ASSESS TMT; 1986 ASSESS TMT; 1987 ASSESS TMT; 1988 NET REFD NO PEN.

ISSUE: OTHER INFO
IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | D |

CONCLUSIONS:
7/12/2000 SINCE NO RETURN AVAILABLE FOR 1990, INFO TAKEN FROM 1040X C/O LOSSESS ADJUSTED TO AMOUNT FROM 1990 TO PROTECT STATUTE AS FAR AS BEST POSSIBLE SITUATION WITH INFO AVAILABLE. THUS THE ADJUSTMENT ON THE 8582 WORKPAPERS SHOWING "ORIGINAL" - "ORIGINAL W/C/O ADJMTS" AND NEW COMPUTED 8582 PER EXAM ADJUSTMENTS.

ISSUE: STATUTORY-2% MISC.
IRC SECTION: 1
REASON CODE: 22

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | 5,876.00 | 5,922.00 | (46.00) | E |

CONCLUSIONS:

BUSH, LYMAN F & BEVERLY J DECD

[redacted]

EXAMINER: Scadden, S

RETURN RELATED PENALTIES - YEAR(S) TO WHICH PENALTIES APPLY

| TAX PERIOD | DELQ | NEGL | CIVIL FRAUD | EST TAX | MANUALLY COMPUTED |
|---|---|---|---|---|---|

ISSUE RELATED PENALTIES - ISSUE(S) TO WHICH PENALTIES APPLY

| TAX PERIOD | ISSUE NAME | ADJUSTMENT | ACC | NEGL | TMT | VAL | SUB | CF |
|---|---|---|---|---|---|---|---|---|
| 198812 | LONE WOLF MCQUADE | 38.00 | | | X | | | |

Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
[redacted] 199012 30 000 1
00751

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

CERTIFIED MAIL

Taxpayer Identification Number: [redacted]
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 5,847.00

Date Claim(s) Received: Dec. 28, 1999
Tax Period(s): Dec. 31, 1990

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Since the losses from Summer Lovers were not disallowed in previous years, the income is not available for "at risk" carryover. The amounts were never limited. Since there is no investment tax credit available in 1990 from any of the partnerships, the credit has not been allowed. You will receive a separate notice explaining the adjustments to Cinema 84.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

EXHIBIT
tabbies
DX 12

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties

Department of the Treasury
Internal Revenue Service

2981522163
Aug. 23, 2000 LTR 105C
[redacted] 199012 30 000 1
00752

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

of perjury. You may do this by adding the following statement and signing it:

> "Under penalties of perjury, I declare that the facts presented in my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written authorization) to your written statement.

If your authorized representative prepares the written statement, he or she should include a declaration stating that he or she prepared the written statement and accompanying documents and whether he or she knows personally that the protest and accompanying documents are true and correct.

Please mail your request for an appeal to the address shown on this letter.

If you have any questions, please call Ms. W. Jones at 801-629-1193 between the hours of 6:30 a.m. and 2:00 p.m. MDT. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Department of the Treasury
Internal Revenue Service

2981522163
Aug. 23, 2000 LTR 105C
[redacted] 199012 30 000 1
00753

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )______________________________ Hours____________________

Sincerely yours,

Deborah S. Decker

Deborah S. Decker, Director, Ogden
Customer Service Center

Enclosure(s):
Publication 1