# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: August 15, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion to substitute redacted exhibits, filed on August 13, 2007, is granted. The Clerk is directed to remove from the record defendant's exhibits 1-15, filed in support of defendant's cross-motion for partial summary judgment, and substitute the redacted documents submitted with its motion.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge