# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: August 28, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Thursday, September 6, 2007, at 3:00 p.m. eastern (2:00 p.m. central). The call will be placed from chambers and will be recorded.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge