# In the United States Court of Federal Claims

Nos. 02-1041T and 04-1598T (consolidated)
(Filed: September 7, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LYMAN F. BUSH, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic status conference held Thursday, September 6, 2007, the court adopts the following discovery schedule:

| | |
|---|---|
| September 28, 2007 | Complete initial disclosures/informal exchange of documents; |
| October 12, 2007 | Exchange first set of interrogatories, admissions, and production requests; |
| November 9, 2007 | Respond to first sets of interrogatories and admissions; |
| November 23, 2007 | Exchange second set of interrogatories, admissions, and production requests based on responses to the first sets; |

| | |
|---|---|
| February 15, 2008 | All discovery, including depositions, to be completed; |
| March 3, 2008 | The parties shall file a joint status report regarding whether to proceed to trial or to schedule dispositive motions. |

It is so ORDERED.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge