IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 10 days, from November 9, 2007, to and including November 19, 2007, of the deadline for the defendant to respond to plaintiffs' first discovery requests and for plaintiffs to respond to defendant's first discovery requests. No prior enlargement of this deadline has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has stated that plaintiffs do not oppose this motion.

As good cause therefore, defendant requires additional time to assemble the documents and identify the witnesses called for in plaintiffs' discovery requests. This enlargement will

allow defendant to submit a comprehensive response to plaintiffs' requests and eliminate the need for supplemental responses at a later date.

WHEREFORE, defendant requests that the Court extend the deadline for the parties to respond to the first discovery requests to November 19, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate

Of Counsel

November 6, 2007