# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed November 7, 2007 |

## ORDER

The Court has considered defendant's motion for extension of time for all parties to respond to the first round of discovery requests (docket entry 66). Because plaintiffs do not oppose the motion, the Court hereby **GRANTS** defendant's motion. Each party shall respond to the first round of discovery requests by **Monday, November 19, 2007**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge