# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed November 13, 2007 |

**NOTICE TO THE PARTIES**

Rule 5.3(g) of the Rules of the United States Court of Federal Claims ("RCFC") requires that, "[i]n pleadings and papers other than the complaint, the name of the judge assigned to the case shall be included under the docket number." Defendant's recent motion for extension of time (docket number 66) violated this rule by including Judge Bruggink's name instead of Judge Miller's name. The parties are reminded that this case was transferred on October 29, 2007, from Judge Eric G. Bruggink to Judge George W. Miller. Thus, compliance with RCFC 5.3(g) requires that papers and pleadings list Judge Miller's name rather than Judge Bruggink's.

Defendant's motion for extension of time was deemed filed by leave of court and was granted. *See* Docket Entry No. 67. Henceforth, though, the Court requests that the parties ensure that all papers and pleadings comply with RCFC 5.3(g).

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge