IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George W. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of time of 23 days, from December 26, 2007, to and including January 18, 2008, of the deadline for the defendant to respond to plaintiffs' second discovery requests, and an extension of time of 24 days, from February 15, 2008, to and including March 10, 2008, of the deadline for the parties to complete discovery on the timeliness of the assessment issue. No prior enlargement of these deadlines has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has stated that plaintiffs do not oppose this motion.

As good cause therefore, in order to respond to plaintiffs' second discovery requests, defendant's counsel is obtaining declarations from several IRS employees. This will allow

defendant to proceed with a motion for summary judgment on the question of the timeliness of the assessments in issue. Defendant's counsel has identified all but one of the individuals who will provide those declarations and expects to have located the final individual shortly. The declarations will cover each stage of the assessment process and will respond to each question raised by plaintiffs regarding the date on which the assessments in issue occurred. Because of the upcoming holiday season, and the vacation schedules of the numerous IRS employees involved, defendant will not be able to finalize the declarations by the current deadline. The enlargement sought by this motion will allow defendant time to complete the process of obtaining declarations, thereby reducing the time required for defendant to prepare its motion for partial summary judgment. The enlargement of the discovery cut-off will preserve the amount of time the parties have to complete discovery after the defendant submits its responses to plaintiffs' second set of discovery requests.

WHEREFORE, defendant requests that the Court extend the deadline for the defendant to respond to the plaintiffs' second discovery requests to January 18, 2008, and enlarge the

discovery cut-off date to March 10, 2008.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

December 12, 2007