# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>December 14, 2007 |

**Order**

On December 12, 2007, defendant filed a motion for extension of time until January 18, 2008 to respond to plaintiffs' second discovery requests (docket entry 69). The motion erroneously named Judge Eric G. Bruggink as the presiding judge, in lieu of Judge George W. Miller. The Court issued an order on December 12, 2007, granting the motion (docket entry 70). On December 13, 2007, defendant filed an identical motion for extension of time, correcting the name of the presiding judge (docket entry 71).

Because the defendant's motion was granted based on the initial document filed on December 12, 2007, the Court hereby ORDERS that the Clerk of the Court strike the duplicate motion filed December 13, 2007 from the record.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge