IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge Bruggink)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

# DEFENDANT'S JOINT STATUS REPORT

The parties have exchanged draft joint status reports but have been unable to agree on the provisions of the report that pursuant to the Court's February 11, 2008, Order was to be filed on March 17, 2008. Defendant submits the following status report regarding further proceedings in the above-captioned case.

After having reviewed defendant's responses to plaintiffs' second discovery requests, which confirmed the information set forth in defendant's responses to plaintiffs' first discovery requests, plaintiffs' counsel has stated that plaintiffs will concede the issue regarding the

timeliness of the assessments at issue in the above-captioned case.[1] However, plaintiffs' counsel, contrary to prior representations, also stated that plaintiffs now intend to pursue some of the other issues raised in their claims for refund. In order to resolve all remaining issues in the above-captioned cases, defendant proposes the following procedure and schedule.

Plaintiffs will file a motion for summary judgment covering any other issues raised in plaintiffs' claims for refund they intend to pursue within 60 days of this report. If defendant requires additional discovery to respond to plaintiffs' motion, defendant will file a motion pursuant to RCFC 56(f) within 10 days of the filing of plaintiffs' motion. Defendant does not anticipate requiring more than 60 days to complete that discovery, assuming plaintiffs timely respond to defendant's discovery requests. If no disputes of material fact arise during discovery, defendant will file its cross-motion for summary judgment 30 days after the end of the discovery period. The remaining briefs will be filed within the periods set forth in RCFC 56.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

[1]The Court's prior decision resolved the issue regarding the validity of the assessments at issue.

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

March 18, 2008