IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T
(Judge George M. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

**PLAINTIFFS' MOTION FOR LEAVE TO FILE STATUS REPORT**

Pursuant to the Court's Order dated February 11, 2008, the parties were to submit a joint status report on or before March 17, 2008 regarding further proceedings in these consolidated cases. The parties exchanged draft status reports but were unable to agree on the provisions therein. Agreement as to the language for a joint status report was also hindered by a family emergency that required Plaintiffs' counsel to be out of town and traveling on March 17, 2008. Plaintiffs' counsel apologizes the Court and government counsel for any resulting delay.

WHEREFORE, the Plaintiffs request that they be allowed to file the attached Plaintiffs' Status Report.

Respectfully submitted,

3/18/08
Date

s/Thomas E. Redding
THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (facsimile)
Attorney for Plaintiffs