IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George W. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE DEFENDANT'S STATUS REPORT

Pursuant to the Court's February 11, 2008, Order, the parties were to submit a joint status report regarding further proceedings on or before March 17, 2008. The parties have exchanged drafts of such a report but have been unable to reach agreement on the contents of the report.

Therefore, defendant requests leave to file the attached defendant's status report.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

March 19, 2008