IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George W. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

PROPOSED SCHEDULING ORDER

In accordance with the hearing held on April 18, 2008, the parties submit the following proposed scheduling order for the cross-motions for summary judgment in the above-captioned case.

In accordance with the reasons stated by the Court at the hearing held on April 18, 2008, the Court denies plaintiff's motion to sever. Further, the Court orders that the parties file cross-motions for summary judgment covering all remaining issues in the complaints in the above-captioned consolidated cases in accordance with the following briefing schedule.

Each party will simultaneously file its cross-motion for summary judgment, memoranda in support thereof, and proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(1), covering all remaining issues raised in the complaints in the above-captioned consolidated cases, on May 23, 2008.

Each party will file its memoranda in opposition to the other party's cross-motion for summary judgment, and its response to the other party's proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(2), on June 23, 2008.

Each party will file its reply to the other party's opposition on July 14, 2008.

Respectfully submitted,

4/23/08
Date

s/Thomas E. Redding

THOMAS E. REDDING
Redding & Associates, P.C.
P. O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (facsimile)

Attorney for Plaintiffs

4/23/08 s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

4/23/08 s/Mary M. Abate