# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed April 23, 2008 |

## ORDER

Pursuant to the Court's order filed March 24, 2008, the parties participated in a telephonic status conference on April 18, 2008. During the status conference, the parties and the Court discussed plaintiffs' motion to sever or, in the alternative, for certification for interlocutory appeal (docket entry 77), defendant's response (docket entry 78), as well as proceedings going forward, including the possibility of resolving all remaining issues on cross-motions for summary judgment. In light of the submissions and the discussion, as well as the parties joint submission filed April 23, 2008 (docket entry 79), the Court hereby **ORDERS** that:

1) The Court **DENIES** plaintiffs' motion to sever or, in the alternative, for certification for interlocutory appeal.

2) The Court adopts the parties' proposed schedule with respect to cross-motions for summary judgment addressing all remaining issues in the complaints in the above-captioned consolidated cases. The Court therefore **ORDERS** that each party simultaneously file its cross-motion for summary judgment, memoranda in support thereof, and proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(1) by **Friday, May 23, 2008.** The Court **ORDERS** that each party file its memoranda in opposition to the other party's cross-motion for summary judgment, and its response to the other party's proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(2), by

**Monday, June 2, 2008.** Finally, the Court **ORDERS** that each party file its reply to the other party's opposition by **Monday, July 14, 2008.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge