IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George W. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR ENLARGEMENT OF TIME

The parties respectfully move the Court for an enlargement of 21 days of each of the deadlines set forth in the Court's April 23, 2008, Order. The deadline for the parties to file their cross-motions for summary judgment will be enlarged from May 23, 2008, to June 6, 2008. The deadline for the parties to file their oppositions will be enlarged from June 2, 2008, to July 14,

2008.[1] The deadline for the parties to file their reply briefs will be enlarged from July 14, 2008, to August 4, 2008. No prior enlargement of these deadlines has been requested.

As good cause therefore, the schedule the parties proposed in their April 23, 2008, joint status report has proven to be overly optimistic. Since activity on the claims for refund at issue in the cross-motions has been suspended for several years, and many of the tax years involved are over 20 years old, gathering and organizing the documents related to the cross-motions is taking longer than the parties anticipated. The brief enlargement sought by this motion will allow the parties time to complete that process.

WHEREFORE, the parties respectfully move the Court to enlarge the deadline for the parties to file their cross-motions for summary judgment to June 23, 2008, the deadline for the parties to file their oppositions to July 14, 2008, and the deadline for the parties to file their

[1]The Court's Order set June 2, 2008, as the deadline for the parties to file their oppositions. However, in the April 18, 2008, hearing, both the Court and the parties selected June 23, 2008, as the deadline for the parties to file their oppositions. It appears that the June 2 date in the Order was a typographical error, as that date is only 10 days after the deadline for the parties to file their opening briefs. Therefore, the enlargement sought buy this motion is 21 days from June 23, 2008, which was the date the parties and the Court originally intended as the deadline for the parties to file their oppositions.

oppositions to August 4, 2008.

Respectfully submitted,

5/19/08 s/Thomas E. Redding
Date

THOMAS E. REDDING
Redding & Associates, P.C.
P. O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (facsimile)

Attorney for Plaintiffs

5/19/08 s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

5/19/08 s/Mary M. Abate

Respectfully submitted,