# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed May 19, 2008 |

**ORDER**

On May 19, 2008, the parties filed a joint motion for a 21-day enlargement of each of the deadlines set forth in the Court's Order of April 23, 2008 (docket entry 81).[1]

The Court **ORDERS** that the parties' joint motion for enlargement of time is **GRANTED**. Each party's cross-motion for summary judgment, memorandum in support thereof, and proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(1) are due by **Friday, June 13, 2008.** Each party's memorandum in opposition to the other party's cross-motion for summary judgment, and its response to the other party's proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(2), are due by **Monday, July 14, 2008.** Each party's reply to the other party's opposition is now due by **Monday, August 4, 2008.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge

[1]As noted in the joint motion for enlargement of time, the Order contained a typographical error and should have read that June 23, 2008, in lieu of June 2, 2008, was the deadline for filing of memoranda in opposition prior to this enlargement request.