IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George M. Miller)

---

LYMAN F. BUSH, et al.,
Plaintiffs

v.

UNITED STATES,
Defendant

---

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

Plaintiffs request that the deadline for filing the parties' cross-motions for summary judgment be enlarged by 10 days to June 23, 2008. In support Plaintiffs would show:

On May 19, 2008, the parties filed a joint motion to enlarge the pending deadlines in this case. The joint motion, as prepared and filed by the United States on behalf of all parties, stated:

> WHEREFORE, the parties respectfully move the Court to enlarge the deadline for the parties to file their cross-motions for summary judgment to **June 23, 2008**, the deadline for the parties to file their oppositions to **July 14, 2008**, and the deadline for the parties to file their oppositions to **August 4, 2008.**

See Document No. 81. Emphasis added.

The Court granted the joint motion stating:

> The Court **ORDERS** that the parties' joint motion for enlargement of time is **GRANTED**. Each party's cross-motion for summary judgment, memorandum in support thereof, and proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(1) are due by **Friday, June 13, 2008.** Each party's memorandum in opposition to the other party's cross-motion for summary judgment, and its response to the other party's proposed findings of uncontroverted fact, and all other pleadings or filings required by RCFC 56(h)(2), are due by **Monday, July 14, 2008.** Each party's reply to the other party's opposition is now due by **Monday, August 4, 2008.**

See Document No. 82. Emphasis in original.

Unfortunately, Plaintiffs' counsel mistakenly calendared the due date for cross-motions as June 23, 2008, as requested in the joint motion.

Plaintiffs' counsel also represents the appellants in *Keener v. United States*, currently on appeal before the Federal Circuit at Docket No. 2008-5004. *Keener* addresses multiple issues of first impression and is the test case for over 100 AMCOR partnership related cases currently before this Court. The deadline for Plaintiffs' counsel to file their reply brief in *Keener* was June 10, 2008. But for the focus on completing the *Keener* reply brief Plaintiffs' counsel almost certainly would have realized the error in calendering the cross-motion due in this case. Plaintiffs' counsel apologizes for the error.

Counsel for the United States was contacted and represented that the United States does not object to the granting of this motion. Counsel for the United States stated that he had already filed the United States' cross-motion but had not filed the brief in support due to a computer error in the electronic filing process. He further stated that the United States had not yet decided whether to attempt again to file the additional documents or to wait until the Court resolves this request for enlargement.

WHEREFORE, the Plaintiffs respectfully move the Court to enlarge the deadline for the parties to file their cross-motions for summary judgment and accompanying documents to **June 23, 2008**.

Respectfully submitted,

June 13, 2008
Date

s/Thomas E. Redding

THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (facsimile)
Attorney for Plaintiffs



R:\DOCS\TAXCONT.T\TGRM6138.BU1.wpd