# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed June 16, 2008 |

**ORDER**

On June 13, 2008, plaintiffs filed an unopposed motion for enlargement of time for the parties to file cross-motions for summary judgment. The Court's order of May 19, 2008, set a deadline of June 13, 2008 (docket entry 82), which plaintiffs seek to extend to June 23, 2008.

The Court **ORDERS** that plaintiffs' unopposed motion for enlargement of time is **GRANTED**. Each party's cross-motion for summary judgment, memorandum in support thereof, and proposed findings of uncontroverted fact, and all other filings required by RCFC 56(h)(1) are due to be filed by **Monday, June 23, 2008.** All other deadlines remain the same.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge