IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041 T, consolidated with
No. 04-1598 T

(Judge George W. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to RCFC 56, defendant, the United States, moves this Court for partial summary judgment in its favor, finding that plaintiffs are not entitled to any refund of tax and interest in the years in issue.

As set forth in the accompanying Memorandum in Support of the Defendant's Cross-Motion for Summary Judgment, and on the basis of the facts set forth in the Defendant's Proposed Findings of Uncontroverted Fact, the declaration of Benjamin King and exhibits attached thereto, there are no genuine disputes of material fact. Plaintiffs, as a matter of law, are not entitled to any refund of income tax or interest based on the claims for refund that are the basis for the complaint in case no. 02-1042 T.

WHEREFORE, the defendant moves that the Court grant its cross-motion for partial summary judgment and dismiss with prejudice the claims in the complaints in the above-captioned consolidated cases.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/Mary M. Abate
Of Counsel

June 13, 2008