***No. 02-1041 T Consolidated No. 04-1598 T***
***(Judge George W. Miller)***

---

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

LYMAN F. BUSH, et al.,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MEMORANDUM IN SUPPORT OF DEFENDANT'S
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

NATHAN J. HOCHMAN
Assistant Attorney General

DAVID GUSTAFSON
MARY M. ABATE
BENJAMIN C. KING, JR.
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

Page

## TABLE OF CONTENTS


Memorandum in Support of Defendant's Cross-Motion for Partial Summary Judgment . . . . . . 1

I. Introduction . . . . . . 2

A. *Prior proceedings in this case* . . . . . . 2

B. *Summary of the dispute* . . . . . . 3

II. Factual Background . . . . . . 6

A. *1988* . . . . . . 6

B. *1990* . . . . . . 7

C. *1991* . . . . . . 10

D. *1992* . . . . . . 11

E. *1993* . . . . . . 13

F. *1995* . . . . . . 15

III. Legal Argument . . . . . . 17

A. *Bush is not entitled to deduct any previously disallowed Summer Lovers losses in any of the years in issue* . . . . . . 17

B. *Bush is not entitled to claim any additional investment tax credits* . . . . 17

C. *Bush is not entitled to any refund based on the deduction of suspended LWM or Cinema 84 losses in years in which the partnerships reported income* . . . . . . 20

D. *Bush is not entitled to any refund based on the 1995 capital contributions* . . . . . . 21

1. *The relevant closing agreement provisions* . . . . . . 21

2. *The 1992 and 1995 claims for refund* . . . . . . 22

**Page**

**(Continuation):**

E. *Paragraph 15 of the closing agreements do not entitle Bush to any refunds* . . . . . . . . 23

Conclusion . . . . . . . . 25

Appendix A:

Economic Recovery Tax Act of 1981, § 46, Pl. L 97-34, USCCAN, 1981-1 . . . . . . . A-1

Internal Code of 1986 (26 U.S.C.)

§ 465 . . . . . . . . A9

§ 469 . . . . . . . . A25

Attachments:

| Exhibit | Description |
|---|---|
| 1. | Plaintiffs Individual Income Tax Return for the Year 1988. |
| 2. | Plaintiffs Individual Income Tax Return for the Year 1991. |
| 3. | Plaintiffs Individual Income Tax Return for the Year 1992. |
| 4. | Plaintiffs Individual Income Tax Return for the Year 1993. |
| 5. | Plaintiffs Individual Income Tax Return for the Year 1995. |
| 6. | Closing Agreement Related to the Summer Lovers Partnership. |
| 7. | Closing agreements related to the Lone Wolf McQuade (hereinafter, "LWM") and Cinema 84 partnerships. |
| 8. | Closing Agreements Related to Cinema 84 Partnerships. |
| 9. | Plaintiffs Amended Individual Income Tax Return for the Year 1988. |
| 10 | Plaintiffs Amended Individual Income Tax Return for the Year 1990. |

Page

**(Continuation):**


11. Plaintiffs Amended Individual Income Tax Return for the Year 1991.

12. Plaintiffs' Amended Individual Income Tax Return for the Year 1993.

13. Plaintiffs Amended Individual Income Tax Return for the Year 1992.

14. Plaintiffs Amended Individual Income Tax Return for the Year 1995.

15. Form 4549, Notice of Adjustment, with Respect to Bush's 1988 Tax Year.

16. IRS Letter Dated February 28, 2001, Disallowing Bush's Claim for Additional Investment Tax Credits, on the Basis That Partnership Income.

17. IRS Examination Work Papers Adjustments Required by the Closing Agreements.

18. IRS Letter Dated July 12, 200, Notifying Bush's That the Adjustments Pursuant to the Closing Agreements Resulted in No Change to Bush's 1990 Tax Liability.

19. IRS Letter Dated August 23, 200, Notifying the Bush They Were Not Entitled a Deduction for Any Previously-disallowed Summer Lovers Losses in 1990.

20. Plaintiffs Individual Income Tax Return for the Year 1985.

21. IRS Form 4549, Income Examination Change The Tax Period Ending December 31, 1985.

22. IRS Letter Dated July 12 ,2000, Notifying Bush's That the Adjustments Pursuant to the Closing Agreements Resulted in No Change to Bush's 1991 Tax Liability.

23. IRS Work Papers Relating to Bush's 1991 Tax Year.

24. IRS Letter Dated July 12, 2000, Notifying Bush's of the Disallowance of The 1992 Summer Lovers Loss.

25. IRS Letter Dated August 23, 2000, Disallowing Bush's Claim For The Tax Periods Ending December 31, 1992 - December 31, 1993.


Page

**(Continuation):**

26. IRS Letter Dated July 2000, Notifying Bush's of the Disallowance of There Claim With Respect to Lone Wolf McQuade Associates and Cinema 84 Partnerships.

27. IRS Work Papers Relating to Bush's 1993 Tax Year.

28. Plaintiffs' IRS Form 1065, Schedule K-1, Partner's Share of Income, Credit, Deduction (Lone Wolf McQuade Associates).

29. Plaintiffs' IRS Form 1065, Schedule K-1, Partner's Share of Income, Credit, Deduction (Cinema 84).

30. IRS Form 4549A, Income Tax Examination of Changes for The Tax Period Ending December 31, 1995.

31. IRS Form 4549A, Income Tax Examination of Changes for The Tax Period Ending December 31, 1983.

32. IRS Form 4549A, Income Tax Examination of Changes for The Tax Period Ending December 31, 1984.

33. IRS Form 4549A, Income Tax Examination of Changes for The Tax Period Ending December 31, 1981.

**Page**

## TABLE OF AUTHORITIES

**Cases:**

*Hinck v. United States*, 127 S. Ct. 2011 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Lyman F. Bush, et al. v. United States*, 78 Fed. Cl. 76 (2007) . . . . . . . . . . . . . . . . . . . . . 2

**Statutes:**

Economic Recovery Tax Act of 1981, § 46, Pl. L 97-34, USCCAN, 1981-1 . . . . . . 18, 19

Internal Revenue Codes of 1986 (26 U.S.C.):

§ 49 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

§ 465 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *Passim*

§ 469 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 15, 20, 24

H.R. No. 97-201, Economic Recovery Tax of 1981,
*Reprinted in* 1981-2 C.B. 352 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19