IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041 T, consolidated with
No. 04-1598 T

(Judge George W. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

DECLARATION OF BENJAMIN C. KING, JR.

I, Benjamin C. King, Jr., declare as follows:

1. I am a trial attorney with the Department of Justice, Tax Division, Court of Federal Claims Section. I am counsel of record for the United States in the above-captioned case.

2. As counsel of record for the United States in this case I have custody of the administrative files of the Internal Revenue Service related to the plaintiffs' 1988, 1990-1993, 1995 tax years. The documents identified as defendant's exhibits 1-33 are true and correct copies of documents maintained in the IRS files.

Under penalty of perjury, I, Benjamin C. King, Jr., declare that the foregoing statements

are true and correct. Thus done and signed on June 13, 2008, at Washington, D.C.

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.