Form **1040** Department of the Treasury – Internal Revenue Service
**U.S. Individual Income Tax Return** **1988**

For the year Jan.–Dec. 31, 1988, or other tax year beginning , 1988, ending , 19 . OMB No. 1545-0074

**Label**
Use IRS label. Otherwise, please print or type.

LYMAN F & BEVERLY J. BUSH

Your social security number
Spouse's social security no.
For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**

| | Yes | No |
|---|---|---|
| Do you want $1 to go to this fund? | | X |
| If joint return, does your spouse want $1 to go to this fund? | | X |

**Note:** Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**
Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4 [ ] Head of household (with qualifying person). If the qualifying person is your child but not your dependent, enter child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

**Exemptions**
(See Instructions on page 8.)

6a [X] Yourself — If someone (such as your parent) can claim you as a dependent, do not check box 6a. But be sure to check the box on line 33b on page 2.
b [X] Spouse

No. of boxes checked on 6a and 6b: 2

| c Dependents: (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or older, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1988 |
|---|---|---|---|---|
| | | | | |

If more than 6 dependents, see Instructions on page 8.

No. of your children on 6c who:
● lived with you
● didn't live with you due to divorce or separation
No. of other dependents listed on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income**
Please attach Copy B of your Forms W-2, W-2G, and W-2P here.
If you do not have a W-2, see page 6 of Instructions.
Please attach check or money order here.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 80144. |
| 8a | **Taxable** interest income (also attach Schedule B if over $400) | 8a | 23748. |
| b | **Tax-exempt** interest income (see page 11). DON'T include on line 8a — 8b: 15131. | | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 2542. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 14531. |
| 14 | Capital gain distributions not reported on line 13 (see page 11) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions — 16a; 16b Taxable amount (see page 11) | 16b | |
| 17a | Total pensions and annuities — 17a; 17b Taxable amount (see page 12) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | 10034. |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) (see page 13) | 20 | |
| 21a | Social security benefits (see page 13) — 21a: 9120. | | |
| b | Taxable amount, if any, from the worksheet on page 13 | 21b | 4560. |
| 22 | Other income — OXFORD LEASE-IRS SETTLEMENT -625. | 22 | (-625.) |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 134934. |

**Adjustments to Income**

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 24 | Reimbursed employee business expenses from Form 2106, line 13 | 24 | | | |
| 25a | Your IRA deduction, from applicable worksheet on page 14 or 15 | 25a | 2000. | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 14 or 15 | 25b | | | |
| 26 | Self-employed health insurance deduction, from worksheet on page 15 | 26 | | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid (recipient's last name and social security no. : : ) | 29 | | | |
| 30 | Add lines 24 through 29. These are your **total adjustments** ▶ | | | 30 | 2000. |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income.** If this line is less than $18,576 and a child lived with you, see "Earned Income Credit" (line 56) on page 19 of the Instructions. If you want IRS to figure your tax, see page 16 of the Instructions ▶ 31: 132934.

ACCEPTED FLOW-THRU DEC 1 1990 BY EXAMINATION

GOVERNMENT EXHIBIT DX 1

Form 1040 (1988) OMB No. 1545-0074 Page **2**

| Section | Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | | | 32 | 132934. |
| | 33a | Check if: ☐ **You** were 65 or older ☐ Blind; ☐ **Spouse** was 65 or older ☐ Blind. Add the number of boxes checked and enter the total here ▶ | 33a | | | |
| | b | If someone (such as your parent) can claim you as a dependent, check here ▶ | 33b ☐ | | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here ▶ | 33c ☐ | | | |
| | 34 | Enter the larger of: • Your **standard deduction** (from page 17 of the Instructions), **OR** • Your **itemized deductions** (from Schedule A, line 26). If you itemize, attach Schedule A and check here ▶ ☒ | | | 34 | 28754. |
| | 35 | Subtract line 34 from line 32. Enter the result here | | | 35 | 104180. |
| | 36 | Multiply $1,950 by the total number of exemptions claimed on line 6e | | | 36 | 3900. |
| | 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (if less than zero, enter zero) | | | 37 | 100280. |
| | | **Caution:** If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax. | | | | |
| | 38 | Enter tax. Check if from: ☐ Tax Table, ☒ Tax Rate Schedules, or ☐ Form 8615 | | | 38 | 25630. |
| | 39 | Additional taxes (see page 17). Check if from: ☐ Form 4970 or ☐ Form 4972 | | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 25630. |
| **Credits** | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | | | |
| | 43 | Foreign tax credit (attach Form 1116) | 43 | | | |
| | 44 | General business credit. Check if from: ☐ Form 3800 or ☐ Form (specify) ____ | 44 | | | |
| | 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | | | |
| | 46 | Add lines 41 through 45. Enter the total | | | 46 | |
| | 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) ▶ | | | 47 | 25630. |
| **Other Taxes** (Including Advance EIC Payments) | 48 | Self-employment tax (attach Schedule SE) | | | 48 | |
| | 49 | Alternative minimum tax (attach Form 6251) | | | 49 | |
| | 50 | Recapture taxes (see page 18). Check if from: ☐ Form 4255 or ☐ Form 8611 | | | 50 | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | | | 51 | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | | | 52 | |
| | 53 | Add lines 47 through 52. This is your **total tax** ▶ | | | 53 | 25630. |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 54 | Federal income tax withheld (if any is from Forms(s) 1099, check ▶ ☐) | 54 | 15787. | | SCHEDULE 3 |
| | 55 | 1988 estimated tax payments and amount applied from 1987 return | 55 | 8732 | | |
| | 56 | Earned income credit (see page 19) | 56 | | | |
| | 57 | Amount paid with Form 4868 | 57 | | | |
| | 58 | Excess social security tax and RRTA tax withheld (see page 20) | 58 | | | |
| | 59 | Credit for Federal tax on fuels (attach Form 4136) | 59 | | | |
| | 60 | Regulated investment company credit (attach Form 2439) | 60 | | | |
| | 61 | Add lines 54 through 60. These are your **total payments** ▶ | | | 61 | 24519. |
| **Refund or Amount You Owe** | 62 | If line 61 is larger than line 53, enter amount **OVERPAID** ▶ | | | 62 | |
| | 63 | Amount of line 62 to be **REFUNDED TO YOU** ▶ | | | 63 | |
| | 64 | Amount of line 62 to be applied to your 1989 estimated tax ▶ | 64 | | | |
| | 65 | If line 53 is larger than line 61, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1988 Form 1040" on it | | | 65 | 1111. |
| | | Check ▶ ☒ if Form 2210 (2210F) is attached. See page 21. **Penalty:** $ | | | | |

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Please Sign Here**

| | | | |
|---|---|---|---|
| Your signature: Lyman J Bush | Date: 4-14-89 | Your occupation: STRUCTRAL ENG. | |
| Spouse's signature (if joint return, BOTH must sign): Beverly J Bush | Date: 4-14-89 | Spouse's occupation: TEACHER | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature: Stephen O. Roberts, C.P.A. | Date: 4-13-89 | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours, if self-employed) and address: STEPHEN O. ROBERTS, CPA, PS 1501 WEST VALLEY HWY. NO. SUITE 103 AUBURN, WASHINGTON | | E. I. No. | ZIP code 98001 |

810002 10-28-88

SCHEDULE A (Form 1040)
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
1988
Attachment Sequence No. 07

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses (Do not include expenses reimbursed or paid by others.) | 1 a | Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, medical insurance premiums you paid, etc. SCHEDULE 8 | 1a | 1542. | | |
| | b | Other (list – include hearing aids, dentures, eyeglasses, transportation and lodging, etc.) ▶ LAB FEES 81. TRANSPORTATION/LODGING 73. | 1b | 154. | | |
| | 2 | Add lines 1a and 1b, and enter the total here | 2 | 1696. | | |
| | 3 | Multiply the amount on Form 1040, line 32, by 7.5% (.075) | 3 | 9970. | | |
| | 4 | Subtract line 3 from line 2. If zero or less, enter -0-. **Total** medical and dental | | | ▶ 4 | 0. |
| Taxes You Paid | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes | 6 | 1800. | | |
| | 7 | Other taxes (list – include personal property taxes) ▶ PERSONAL PROPERTY TAX 570. | 7 | 570. | | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total here. **Total** taxes | | | ▶ 8 | 2370. |
| Interest You Paid | | **Note:** New rules apply to the home mortgage interest deduction. See Instructions | | | | |
| | 9 a | Deductible home mortgage interest you paid to financial institutions | 9a | 819. | | |
| | b | Deductible home mortgage interest you paid to individuals (name and address) ▶ | 9b | | | |
| | 10 | Deductible points. (See Instructions for special rules.) | 10 | | | |
| | 11 | Deductible investment interest (See page 24) SEE SCHEDULE 6 | 11 | 16879. | | |
| | 12 a | Personal interest you paid (see page 24) 12a | | | | |
| | b | Multiply the amount on line 12a by 40% (.40). Enter the result | 12b | | | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total here. **Total** interest | | | ▶ 13 | 17698. |
| Gifts to Charity | 14 | Contributions by cash or check. (If you gave $3,000 or more to any one organization, show to whom you gave and how much you gave.) ▶ SEE SCHEDULE 5 | 14 | 2480. | | |
| | 15 | Other than cash or check. (You must attach Form 8283 if over $500.) SCH 7 | 15 | 330. | | |
| | 16 | Carryover from prior year | 16 | | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total here. **Total** contributions | | | ▶ 17 | 2810. |
| Casualty and Theft Losses | 18 | Casualty or theft loss(es) (attach Form 4684). | | | ▶ 18 | |
| Moving Expenses | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 26 of the Instructions.) | | | ▶ 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses – job travel, union dues, job education, etc. (You MUST attach Form 2106 in some cases. See Instructions.) ▶ FROM FORM 2106 2028. | 20 | 2028. | | |
| | 21 | Other expenses (investment, tax preparation, safe deposit box, etc.) List type and amount ▶ SEE SCHEDULE 4 | 21 | 6507. | | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total | 22 | 8535. | | |
| | 23 | Multiply the amount on Form 1040, line 32, by 2% (.02). Enter the result here | 23 | 2659. | | |
| | 24 | Subtract line 23 from line 22. Enter the result (if zero or less, enter zero) | | | ▶ 24 | 5876. |
| Other Miscellaneous Deductions | 25 | Other (from list on page 26 of Instructions). Enter type and amount ▶ | | | ▶ 25 | |
| Total Itemized Deductions | 26 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 17 of the Instructions | | | ▶ 26 | 28754. |

Schedule B (Form 1040) 1988 — OMB No. 1545-0074

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number

# Schedule B - Interest and Dividend Income

Attachment Sequence No. 08

## Part I Interest Income

**If you received more than $400 in taxable interest income, you must complete Part I and Part III and list ALL interest received. You must report all interest on Form 1040, even if you are not required to complete Part I and Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 27.**

Note: If you received a Form 1099-INT or Form 1099-OID from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| Interest Income | Line | Amount |
|---|---|---|
| 1 Interest income from seller-financed mortgages. (List name of payer.) ▶ | | |
| JERILYN DILLE | | 1325. |
| LAURIE & SCOTT NORRIS | | 4923. |
| TIM & TERRI BUSH | 1 | 1277. |
| 2 Other interest income (list name of payer) ▶ | | |
| SEE SCHEDULE 9 | | |
| SUBTOTAL FOR LINE 2 | | 31354. |
| TAX-EXEMPT INTEREST | 2 | -15131. |
| 3 Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8a. ▶ | 3 | 23748. |

## Part II Dividend Income

**If you received more than $400 in gross dividends and/or other distributions on stock, complete Part II and Part III. You must report all taxable dividends on Form 1040, even if you are not required to complete Part II and Part III. If you received, as a nominee, dividends that actually belong to another person, see page 27.**

Note: If you received a Form 1099-DIV from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| Dividend Income | Line | | Line | Amount |
|---|---|---|---|---|
| 4 Dividend income (list name of payer - include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | | | |
| MERRILL LYNCH | | | | 3899. |
| PORTFOLIO TIMING | | | | 1629. |
| ML-LEE ACQUISITION FUND, LP NEW YORK | | | 4 | 37. |
| 5 Add the amounts on line 4. Enter the total here | | | 5 | 5565. |
| 6 Capital gain distributions. Enter here and on line 13, Schedule D.* | 6 | 3023. | | SCHEDULE 10 |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 | | | |
| 8 Add the amounts on lines 6 and 7. Enter the total here | | | 8 | 3023. |
| 9 Subtract line 8 from line 5. Enter the result here and on Form 1040, line 9 ▶ | | | 9 | 2542. |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, enter your capital gain distributions on Form 1040, line 14.

## Part III Foreign Accounts and Foreign Trusts

**If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.**

| | Yes | No |
|---|---|---|
| 10 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | X |
| If "Yes," enter the name of the foreign country ▶ | | |
| 11 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |

**SCHEDULE D (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

**(And Reconciliation of Forms 1099-B)**

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
For Paperwork Reduction Act Notice, see Form 1040 Instructions.

OMB No. 1545-0074
**1988**
Attachment Sequence No. 12

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH
Your social security number:

| | | |
|---|---|---|
| 1 Report here the total sales of stocks, bonds, etc., reported for 1988 to you on Form(s) 1099-B or on equivalent substitute statement(s). If this amount differs from the total of lines 2b and 9b, column (d), attach a statement explaining the difference. See the Instructions for line 1 for examples | 1 | 22079. |

**Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less (6 months or less if acquired before 1/1/88)**

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|
| **2a Stocks, Bonds, and Other Securities (Include all Form 1099-B transactions. See Instructions.)** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **2b Total** (add column (d)) 2b ▶ | | | | | |
| **2c Other Transactions (Include Real Estate Transactions From Forms 1099-S)** | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 3 Short-term gain from sale or exchange of your home from Form 2119, line 8a or 14 | 3 | | |
| 4 Short-term gain from installment sales from Form 6252, lines 22 or 30 | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 5 | | 10. |
| 6 Short-term capital loss carryover | 6 | | |
| 7 Add all of the transactions on lines 2a and 2c and lines 3 through 6 in columns (f) and (g) | 7 | ( ) | 10. |
| 8 Net short-term gain or (loss), combine columns (f) and (g) of line 7 | 8 | | 10. |

**Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year (more than 6 months if acquired before 1/1/88)**

| (a) Description of property | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|
| **9a Stocks, Bonds, and Other Securities (Include all Form 1099-B transactions. See Instructions.)** | | | | | |
| ML INTL. HOLDINGS | 06/29/84<br>12/27/88 | 19739. | 10009. | | 9730. |
| WESTERN COMM. BANK | /06/73<br>/ /88 | 2340. | 576. | | 1764. |
| | | | | | |
| | | | | | |
| **9b Total** (add column (d)) 9b ▶ | | 22079. | | | |
| **9c Other Transactions (Include Real Estate Transactions From Forms 1099-S)** | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 10 Long-term gain from sale or exchange of your home from Form 2119, line 8a, 10, or 14 | 10 | | |
| 11 Long-term gain from installment sales from Form 6252, line 22 or 30 | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 12 | | 4. |
| 13 Capital gain distributions | 13 | | 3023. |
| 14 Enter gain from Form 4797, line 7 or 9 | 14 | | |
| 15 Long-term capital loss carryover | 15 | | |
| 16 Add all of the transactions on lines 9a and 9c and lines 10 through 15 in columns (f) and (g) | 16 | ( ) | 14521. |
| 17 Net long-term gain or (loss), combine columns (f) and (g) of line 16 | 17 | | 14521. |

Schedule D (Form 1040) 1988 Attachment Sequence No. 12 OMB No. 1545-0074 Page 2

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on Page 1.) | Your social security number

LYMAN F & BEVERLY J. BUSH

**Part III** Summary of Parts I and II

| | | | |
|---|---|---|---|
| 18 | Combine lines 8 and 17, and enter the net gain or (loss) here. If result is a gain, also enter the gain on Form 1040, line 13 | 18 | 14531. |
| 19 | If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13 the **smaller** of: | | |
| a | The (loss) on line 18; **or** | | |
| b | ($3,000) or, if married filing a separate return, ($1,500) | 19 | ( ) |
| | **NOTE:** When figuring which amount is **smaller**, treat them as if they were positive numbers. | | |

**Part IV** Computation of Capital Loss Carryovers From 1988 to 1989
(Complete this part if the loss on line 18 is more than the loss on line 19.)

| | | | |
|---|---|---|---|
| 20 | Enter the loss shown on line 8; if none, enter zero and skip lines 21 through 24 | 20 | |
| 21 | Enter gain shown on line 17. If that line is blank or shows a loss, enter zero | 21 | |
| 22 | Subtract line 21 from line 20 | 22 | |
| 23 | Enter the **smaller** of line 19 or 22 | 23 | |
| 24 | Subtract line 23 from line 22. This is your **short-term capital loss carryover from 1988 to 1989** | 24 | |
| 25 | Enter loss from line 17; if none, enter zero and skip lines 26 through 29 | 25 | |
| 26 | Enter gain shown on line 8. If that line is blank or shows a loss, enter zero | 26 | |
| 27 | Subtract line 26 from line 25 | 27 | |
| 28 | Subtract line 23 from line 19. (**Note:** If you skipped lines 21 through 24, enter the amount from line 19.) | 28 | |
| 29 | Subtract line 28 from line 27. This is your **long-term capital loss carryover from 1988 to 1989** | 29 | |

**Part V** Complete This Part Only If You Elect Out of the Installment Method and Report a Note or Other Obligation at Less Than Full Face Value

| | | |
|---|---|---|
| 30 | Check here if you elect out of the installment method | ▶ ☐ |
| 31 | Enter the face amount of the note or other obligation | ▶ |
| 32 | Enter the percentage of valuation of the note or other obligation | ▶ |

**Part VI** Reconciliation of Forms 1099-B for Bartering Transactions
(Complete this part if you received one or more Form(s) 1099-B or an equivalent substitute statement(s) reporting bartering income.)

| | | | Amount of bartering income from Form 1099-B or equivalent statement reported on form or schedule |
|---|---|---|---|
| 33 | Form 1040, line 22 | 33 | |
| 34 | Schedule C (Form 1040) | 34 | |
| 35 | Schedule D (Form 1040) | 35 | |
| 36 | Schedule E (Form 1040) | 36 | |
| 37 | Schedule F (Form 1040) | 37 | |
| 38 | Other (identify) (if not taxable, indicate reason - attach additional sheets if necessary) ▶ | 38 | |
| 39 | Total (add lines 33 through 38) | 39 | |

**Note:** The amount on line 39 should be the same as the total bartering income on all Forms 1099-B and equivalent statements received.

SCHEDULE E (Form 1040)
Department of the Treasury
Internal Revenue Service

# Supplemental Income Schedule

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, Form 1041, or Form 1041S.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1988**
Attachment Sequence No. 13

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH
Your social security number:

## Part I Rental and Royalty Income or Loss

**Caution:** Your rental loss may be limited.

1 In the space provided below, show the kind and location of each rental property.
2 For each rental property listed, did you or a member of your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?
3 For each rental real estate property listed in item 1, did you actively participate in its operation during the tax year?

| | Item 1 | Item 2 Yes | Item 2 No | Item 3 | Item 3 Yes | Item 3 No |
|---|---|---|---|---|---|---|
| Property A | 5026 SO PUGET SOUND | | X | Property A | X | |
| Property B | | | | Property B | | |
| Property C | | | | Property C | | |

| Rental and Royalty Income | Line | Properties A | B | C | Line | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 4 Rents received | | 1538. | | | 4 | 1538. |
| 5 Royalties received | | | | | 5 | |
| **Rental and Royalty Expenses** | | | | | | |
| 6 Advertising | 6 | | | | | |
| 7 Auto and travel | 7 | | | | | |
| 8 Cleaning and maintenance | 8 | | | | | |
| 9 Commissions | 9 | | | | | |
| 10 Insurance | 10 | | | | | |
| 11 Legal and other professional fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. | 12 | | | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs - Carpenter, screens, etc. | 14 | | | | | |
| - Electrical and plumbing | 14 | | | | | |
| - Painting and decorating | 14 | | | | | |
| - Roofing | 14 | | | | | |
| - Miscellaneous | 14 | | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes (Do **not** include windfall profit tax here. See Part V, line 40.) | 16 | | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Wages and salaries | 18 | | | | | |
| 19 Other (list) ▶ | 19 | | | | | |
| SEE SCHEDULE 11 | 19 | 1074. | | | | |
| 20 Total expenses. Add lines 6 through 19 | 20 | 1074. | | | 20 | 1074. |
| 21 Depreciation expense or depletion | 21 | 552. | | | 21 | 552. |
| 22 Total. Add lines 20 and 21 | 22 | 1626. | | | | |
| 23 Income or (loss) from rental or royalty properties. Subtract line 22 from line 4 (rents) or 5 (royalties) | 23 | -88. | | | | |
| 24 Deductible rental loss. **Caution:** Your rental loss on line 23 may be limited. See Instructions to determine if you must file Form 8582. | 24 | -63. | | | | |

| | Line | Amount |
|---|---|---|
| 25 **Profits.** Add rental and royalty profits from line 23. Enter the total profits here | 25 | 0. |
| 26 **Losses.** Add royalty losses from line 23 and rental losses from line 24. Enter the total (losses) here | 26 | ( 63) |
| 27 Combine amounts on lines 25 and 26. Enter the net profit or (loss) here | 27 | -63. |
| 28 Net farm rental profit or loss from Form 4835. (Also complete Part VI, line 43.) | 28 | 0. |
| 29 Total rental or royalty income or (loss). Combine amounts on lines 27 and 28. Enter the total here. If Parts II, III, IV, and V on page 2 do not apply to you, enter the amount from line 29 on Form 1040, line 18. Otherwise, include the amount from line 29 in line 42 on page 2 of Schedule E | 29 | -63. |

Schedule E (Form 1040) 1988 Attachment Sequence No. 13 OMB No. 1545-0074 Page 2

Name(s) as shown on return (Do not enter name and social security number if shown on Page 1.) | Your social security number

LYMAN F & BEVERLY J. BUSH

**Part II** **Income or Loss From Partnerships and S Corporations**

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) to describe your investment in the activity.
If you check column (f), you must attach Form 6198

| | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE SCHEDULE 12 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed from Form 8582 | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 deduction | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 30a Totals | | 10. | | | 17461. |
| b Totals | 7253. | | 121. | | |

| | | | |
|---|---|---|---|
| 31 | Add amounts in columns (h) and (k), line 30a. Enter total income here | 31 | 17471. |
| 32 | Add amounts in columns (g), (i), and (j), line 30b. Enter total here | 32 | ( 7374. ) |
| 33 | Total partnership and S corporation income or (loss.) Combine amounts on lines 31 and 32. Enter the total here and include in line 42 below | 33 | 10097. |

**Part III** **Income or Loss From Estates and Trusts**

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed from Form 8582 | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| C | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add amounts in columns (d) and (f), line 34a. Enter total income here | 35 | |
| 36 | Add amounts in columns (c) and (e), line 34b. Enter total loss here | 36 | ( ) |
| 37 | Total estate and trust income or (loss.) Combine amounts on lines 35 and 36. Enter the total here and include in line 42 below | 37 | |

**Part IV** **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder**

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine amounts in columns (d) and (e) only. Enter the total here and include in line 42 below | 38 | |

**Part V** **Windfall Profit Tax Summary**

| | | | |
|---|---|---|---|
| 39 | Windfall profit tax credit or refund received in 1988 | 39 | |
| 40 | Windfall profit tax withheld in 1988 | 40 | ( ) |
| 41 | Combine amounts on lines 39 and 40. Enter the total here and include in line 42 below | 41 | |

**Part VI** **Summary**

| | | | |
|---|---|---|---|
| 42 | TOTAL income or (loss.) Combine amounts on lines 29, 33, 37, 38, and 41. Enter total here and on Form 1040, line 18 ▶ | 42 | 10034. |
| 43 | Farmers and fishermen: Enter your share of GROSS FARMING AND FISHING INCOME applicable to Parts I, II, and III | 43 | |

821502
02-08-89

Form **6251**
Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax - Individuals

▶ Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656.

OMB No. 1545-0227
**1988**
Attachment Sequence No. 32

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number:

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Taxable income from Form 1040, line 37 (can be less than zero) | | | 1 | 100280. |
| 2 | Net operating loss deduction. (Do not enter as a negative amount.) | | | 2 | |
| 3 | Add lines 1 and 2 | | | 3 | 100280. |
| 4 | **Adjustments:** | | | | |
| a | Standard deduction from Form 1040, line 34 | 4a | | | |
| b | Personal exemption amount from Form 1040, line 36 | 4b | 3900. | | |
| c | Medical and dental expense | 4c | | | |
| d | Miscellaneous itemized deductions from Schedule A, line 24 | 4d | 5876. | | |
| e | Taxes from Schedule A, line 8 | 4e | 2370. | | |
| f | Refund of taxes | 4f | | | |
| g | Interest from Schedule A, line 12b | 4g | | | |
| h | Other interest adjustments | 4h | | | |
| i | Combine lines 4a through 4h | | | 4i | 12146. |
| j | Depreciation of property placed in service after 1986 | 4j | | | |
| k | Circulation and research and experimental expenditures paid or incurred after 1986 | 4k | | | |
| l | Mining exploration and development costs paid or incurred after 1986 | 4l | | | |
| m | Long-term contracts entered into after 2/28/86 | 4m | | | |
| n | Pollution control facilities placed in service after 1986 | 4n | | | |
| o | Installment sales of certain property | 4o | | | |
| p | Adjusted gain or loss | 4p | | | |
| q | Certain loss limitations | 4q | | | |
| r | Tax shelter farm loss | 4r | | | |
| s | Passive activity loss | 4s | 1146. | | |
| t | Beneficiaries of estates and trusts | 4t | | | |
| u | Combine lines 4j through 4t | | | 4u | 1146. |
| 5 | **Tax preference items:** | | | | |
| a | Appreciated property charitable deduction | 5a | | | |
| b | Tax-exempt interest from private activity bonds issued after August 7,1986 | 5b | | | |
| c | Depletion | 5c | | | |
| d | Add lines 5a through 5c | | | 5d | |
| e | Accelerated depreciation of real property placed in service before 1987 | 5e | | | |
| f | Accelerated depreciation of leased personal property placed in service before 1987 | 5f | | | |
| g | Amortization of certified pollution control facilities placed in service before 1987 | 5g | | | |
| h | Incentive stock options | 5h | | | |
| i | Intangible drilling costs | 5i | | | |
| j | Reserves for losses on bad debts of financial institutions | 5j | | | |
| k | Add lines 5e through 5j | | | 5k | |
| 6 | Combine lines 3, 4i, 4u, 5d, and 5k | | | 6 | 113572. |
| 7 | Alternative tax net operating loss deduction. (Do not enter more than 90% of line 6.) | | | 7 | |
| 8 | Alternative minimum taxable income (subtract line 7 from line 6). If married filing seperate returns, see instructions | | | 8 | 113572. |
| 9 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | | | 9 | 40000. |
| 10 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | | | 10 | 150000. |
| 11 | Subtract line 10 from line 8. If -0- or less, enter -0- here and on line 12 and go to line 13. If this line is more than -0-, go to line 12 | | | 11 | 0. |
| 12 | Multiply line 11 by 25% (.25) | | | 12 | |
| 13 | Subtract line 12 from line 9. If -0- or less, enter -0- | | | 13 | 40000. |
| 14 | Subtract line 13 from line 8. If -0- or less, enter -0- here and on line 19. If this line is more than -0-, go to line 15 | | | 14 | 73572. |
| 15 | Multiply line 14 by 21% (.21) | | | 15 | 15450. |
| 16 | Alternative minimum tax foreign tax credit | | | 16 | |
| 17 | Tentative minimum tax (subtract line 16 from line 15) | | | 17 | 15450. |
| 18 | Regular tax before credits (Form 1040, line 38) minus foreign tax credit (Form 1040, line 43) | | | 18 | 25630. |
| 19 | Alternative minimum tax (subtract line 18 from line 17). Enter on Form 1040, line 49. If -0- or less, enter -0- | | | 19 | 0. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form 6251 (1988)

# Statement of Rental and Royalty Income

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Your social security number:

Kind and Location: 5026 SO PUGET SOUND

| Rental and Royalty Income | Line | GROSS | EXCLUSION | NET TO SCH E |
|---|---|---|---|---|
| 4. Rents received | 4 | 4620. | 3082. | 1538. |
| 5. Royalties received | 5 | | | |
| **Rental and Royalty Expenses** | | | | |
| 6. Advertising | 6 | | | |
| 7. Auto and travel | 7 | | | |
| 8. Cleaning and maintenance | 8 | | | |
| 9. Commissions | 9 | | | |
| 10. Insurance | 10 | | | |
| 11. Legal and other professional fees | 11 | | | |
| 12. Mortgage interest paid to banks, ect. | 12 | | | |
| 13. Other interest | 13 | | | |
| 14. Repairs - Carpenter, screens, ect. | 14 | | | |
| - Electrical and plumbing | | | | |
| - Painting and decorating | | | | |
| - Roofing | | | | |
| - Miscellaneous | | | | |
| 15. Supplies | 15 | | | |
| 16. Taxes (Do not include windfall profit tax here. See Part V, line 40.) | 16 | | | |
| 17. Utilities | 17 | | | |
| 18. Wages and salaries | 18 | | | |
| 19. Other (list) ▶ | 19 | | | |
| REPAIRS & MAINT | | 1951. | 1301. | 650. |
| TAXES | | 657. | 438. | 219. |
| INSURANCE | | 152. | 101. | 51. |
| AGENCY | | 462. | 308. | 154. |
| 20. Total Expenses. Add lines 6 through 19 | 20 | 3222. | 2148. | 1074. |
| 21. Depreciation expense or depletion | 21 | 552. | | 552. |
| 22. Total. Add lines 20 and 21 | 22 | 3774. | 2148. | 1626. |
| 23. Income or (loss) from rental or royalty properties. Subtract line 22 from line 4 (rents) or line 5 (royalties) | 23 | 846. | 934. | -88. |

Depreciation and Amortization detail 5026 SO PUGET SOUND R-1011

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| RENTAL HOUSE | 10 80 | 27650. | | 14103. | PRE | 15.00 | 11 | 1659. |
| LESS EXCLUSION | | -18443. | | | | | | -1107. |

816241
01-03-89

* = Section 179/Bonus

Form 2106
Department of the Treasury
Internal Revenue Service

# Employee Business Expenses

▶ Attach to Form 1040.

OMB No. 1545-0139
1988
Attachment Sequence No. 54

| Your name | Social security number | Occupation in which expenses were incurred |
|---|---|---|
| LYMAN F BUSH | | ENGINEER |

## Part I Employee Business Expenses

| STEP 1 Enter Your Expenses | | Column A Other than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 Vehicle expense from Part II, line 15 or line 22 | 1 | 2028. | |
| 2 Parking fees, tolls, and local transportation, including train, bus, etc. | 2 | | |
| 3 Travel expense while away from home, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | | |
| 4 Business expenses not included in lines 1 through 3. **Do not** include meals and entertainment | 4 | | |
| 5 Meals and entertainment expenses. (See Instructions.) | 5 | | |
| 6 Add lines 1 through 5 and enter the **total expenses** here | 6 | 2028. | |

**NOTE: If you were not reimbursed for any expenses in Step 1, skip lines 7-13 and enter the amount from line 6 on line 14.**

| STEP 2 Figure Any Excess Reimbursements To Report in Income | | Column A | Column B |
|---|---|---|---|
| 7 Reimbursements for the expenses listed in Step 1 that your employer did **not** report to you on Form W-2 or Form 1099 | 7 | | |
| **Note:** If, in **both columns**, line 6 is more than line 7, skip lines 8 and 9 and go to line 10. You do not have excess reimbursements. | | | |
| 8 Subtract line 6 from line 7. If zero or less, enter zero | 8 | | |
| 9 Add the amounts on line 8 of both columns and enter the total here. This is an **excess reimbursement** reportable as income. **Add this amount to any amount shown on Form 1040, line 7.** ▶ | | 9 | |

| STEP 3 Figure Fully Deductible Reimbursed Expenses | | Column A | Column B |
|---|---|---|---|
| 10 Subtract line 7 from line 6. If zero or less, enter zero | 10 | | |
| 11 Reimbursements or allowances for the expenses in Step 1 that your employer identified to you, included on Form W-2 or Form 1099, and were not subject to withholding tax | 11 | | |
| **Note:** The amount entered on line 11 must be reported as income on Form 1040. | | | |
| 12 Enter the smaller of line 10 or line 11 | 12 | | |
| 13 Add the amounts on line 12 of both columns and enter the total here. This is your **fully deductible reimbursed expenses. Also enter the total on Form 1040, line 24** ▶ | | 13 | |

| STEP 4 Figure Unreimbursed Expenses To Deduct on Schedule A (Form 1040) | | Column A | Column B |
|---|---|---|---|
| 14 Subtract line 12 from line 10 | 14 | 2028. | |
| **Note:** If **both columns** of line 14 are zero, **stop here.** | | | |
| 15 Enter 20% (.20) of line 14, Column B | 15 | | |
| 16 Subtract line 15 from line 14 | 16 | 2028. | |
| 17 Add the amounts on line 16 of both columns and enter the total here. **Also enter the total on Schedule A (Form 1040), line 20.** (Qualified Performing Artists and handicapped employees, see Instructions.) ▶ | | 17 | 2028. |

H761 **For Paperwork Reduction Act Notice, see Instructions.** Form **2106** (1988)

812001
10-17-88

Form 2106 (1988) OMB No. 1545-0139 Page 2

**Part II** Vehicle Expenses (Use either your actual expenses (Section C) or the standard mileage rate (Section B).)

| Section A. - General Information | | Vehicle 1 | Vehicle 4 |
|---|---|---|---|
| 1 Enter the date vehicle was placed in service | 1 | / /85 | / /87 |
| 2 Total mileage vehicle was used during 1988 | 2 | 4822 | 14933 |
| 3 Miles included on line 2 that vehicle was used for business | 3 | 1140 | 7310 |
| 4 Percent of business use (divide line 3 by line 2) | 4 | 23.6416 % | 48.9520 % |
| 5 Average daily round trip commuting distance | 5 | 20 | 20 |
| 6 Miles included on line 2 that vehicle was used for commuting | 6 | | |
| 7 Other personal mileage (subtract line 6 plus line 3 from line 2) | 7 | 3682 | 7623 |

8 Do you (or your spouse) have another vehicle available for personal purposes? [X] Yes [ ] No

9 If your employer provided you with a vehicle, is personal use during off duty hours permitted? [ ] Yes [ ] No [X] Not applicable

10 Do you have evidence to support your deduction? [X] Yes [ ] No. If "Yes," is the evidence written? [X] Yes [ ] No

| Section B. - Standard Mileage Rate (Do not use this section unless you own the vehicle.) | | |
|---|---|---|
| 11 Enter the smaller of Part II, line 3, or 15,000 miles | 11 | 8450 |
| 12 Subtract line 11 from Part II, line 3 | 12 | |
| 13 Multiply line 11 by 24¢ (.24) (see Instructions if vehicle is fully depreciated) | 13 | 2028. |
| 14 Multiply line 12 by 11¢ (.11) | 14 | |
| 15 Add lines 13 and 14. Enter total here and on Part I, line 1 SEE SCHEDULE 13 | 15 | 2028. |

| Section C. - Actual Expenses | | Vehicle | Vehicle |
|---|---|---|---|
| 16 Gasoline, oil, repairs, vehicle insurance, etc. | 16 | | |
| 17 Vehicle rentals | 17 | | |
| 18 Value of employer-provided vehicle (applies only if included on Form W-2 at 100% fair rental value, see Instructions) | 18 | | |
| 19 Add lines 16 through 18 | 19 | | |
| 20 Multiply line 19 by the percentage on Part II, line 4 | 20 | | |
| 21 Depreciation from Section D, column (f) (see Instructions) | 21 | | |
| 22 Add lines 20 and 21. Enter total here and on Part I, line 1 | 22 | | |

**Section D. - Depreciation of Vehicles** (You can only claim depreciation for a vehicle you own. If you use a vehicle 50 percent or less in a trade or business, you cannot claim the Section 179 deduction and you must figure depreciation using the straight line method over 5 years. For other limitations, see Instructions.)

| | Cost or other basis (a) | Basis for depreciation (Business use only) (b) | Method of figuring depreciation (c) | Depreciation deduction (d) | Section 179 expense (e) | Total column (d) + column (e) (enter in Section C, line 21) (f) |
|---|---|---|---|---|---|---|
| Vehicle 1 | | | | | | |
| Vehicle | | | | | | |

812002 10-17-88

Depreciation and Amortization detail ENGINEER 2106-1010

| A. Type of property | B. Date placed in service | C. Cost or other basis | Basis reduction | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|---|
| COMPUTER | 83 | 972. | 49. | 923. | PRE | 5.00 | 11 | |
| 85 CHEVY | 85 | 0. | | | | | 8 | |
| LESS EXCLUSION | | -742. | | | | | | 0. |
| 83 BUICK | 87 | 0. | | | | | 8 | |
| LESS EXCLUSION | | -401. | | | | | | 0. |
| | 86 | 0. | | | | | 11 | |
| | 86 | 0. | | | | | 11 | |

Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

R-1011

OMB No. 1545-0172

**1988**

Attachment Sequence No. 67

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Identifying number:

Business or activity to which this form relates: 5026 SO PUGET SOUND

## Part I Depreciation

(Use Part III for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement.)

### Section A. - Election to Expense Depreciable Assets (Section 179)

| 1 (a) Description of property | (b) Date placed in service | (c) Cost | (d) Expense deduction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 2 Listed property - Enter total from Part III, Section A, column (h) | |
| 3 Total (add lines 1 and 2, but do not enter more than $10,000) | |
| 4 Enter the amount, if any, by which the cost of all section 179 property placed in service during this tax year is more than $200,000 | |
| 5 Subtract line 4 from line 3. If less than zero, enter zero | |

### Section B. - Depreciation

| (a) Class of property | (b) Date placed in service | (c) Basis for depreciation (Business use only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 6 Modified Accelerated Cost Recovery System (MACRS): For assets placed in service ONLY during tax year beginning in 1988 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 7-year property | | | | | |
| d 10-year property | | | | | |
| e 15-year property | | | | | |
| f 20-year property | | | | | |
| g Residential rental property | | | | | |
| h Nonresidential real property | | | | | |
| 7 Alternative Depreciation System (ADS) | | | | | |

| | |
|---|---|
| 8 Listed property - Enter total from Part III, Section A, column (g) | |
| 9 MACRS deduction for assets placed in service prior to 1988 | |

### Section C. - ACRS and/or Other Depreciation

| | |
|---|---|
| 10 Property subject to section 168(f)(1) election | |
| 11 ACRS and/or other depreciation | 552. |

### Section D. - Summary

| | | |
|---|---|---|
| 12 Total (add deductions on lines 5 through 11). Enter here and on the Depreciation line of your return (Partnerships and S corporations - Do NOT include any amounts entered on line 5.) | | 552. |
| 13 For assets above placed in service during the current year, enter the portion of the basis attributable to section 263A costs. | | |

## Part II Amortization

| | |
|---|---|
| 1 Amortization for property placed in service **only** during tax year beginning in 1988. SEE DETAIL BELOW | |
| 2 Amortization for property placed in service prior to 1988 | |
| 3 Total. Enter here and on Other Deductions or Other Expenses line of your return | |

### Depreciation and Amortization Detail

| (a) Description of property | (b) Date placed in service | (c) Cost or other basis | (d) Amortization/ Code section | (e) Amortization period/ depreciation life | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

H761 **See Paperwork Reduction Act Notice on page 1 of the separate instructions.**

**Part III** **Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).**
If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. - Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery period | (f) Method | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total (Enter here and on line 2, page 1.) | | | | | | | | |
| Total (Enter here and on line 8, page 1.) | | | | | | | | |

**Section B. - Information Regarding Use of Vehicles**
Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | | | | | | | |
| 2 Total business miles driven during the year | | | | | | | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C. - Questions for Employers Who Provide Vehicles for Use by Employees.**
(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)

| | Yes | No |
|---|---|---|
| 8 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 Do you treat all use of vehicles by employees as personal use? | | |
| 11 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

2106-1010

OMB No. 1545-0172
**1988**
Attachment Sequence No. 67

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Identifying number

Business or activity to which this form relates: ENGINEER

## Part I Depreciation (Use Part III for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement.)

### Section A. - Election to Expense Depreciable Assets (Section 179)

| 1 (a) Description of property | (b) Date placed in service | (c) Cost | (d) Expense deduction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 2 Listed property - Enter total from Part III, Section A, column (h) | |
| 3 Total (add lines 1 and 2, but do not enter more than $10,000) | |
| 4 Enter the amount, if any, by which the cost of all section 179 property placed in service during this tax year is more than $200,000 | |
| 5 Subtract line 4 from line 3. If less than zero, enter zero | |

### Section B. - Depreciation

| (a) Class of property | (b) Date placed in service | (c) Basis for depreciation (Business use only) | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 6 Modified Accelerated Cost Recovery System (MACRS): For assets placed in service ONLY during tax year beginning in 1988 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 7-year property | | | | | |
| d 10-year property | | | | | |
| e 15-year property | | | | | |
| f 20-year property | | | | | |
| g Residential rental property | | | | | |
| h Nonresidential real property | | | | | |
| 7 Alternative Depreciation System (ADS) | | | | | |
| 8 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 9 MACRS deduction for assets placed in service prior to 1988 | | | | | |

### Section C. - ACRS and/or Other Depreciation

| | |
|---|---|
| 10 Property subject to section 168(f)(1) election | |
| 11 ACRS and/or other depreciation | |

### Section D. - Summary

| | | |
|---|---|---|
| 12 Total (add deductions on lines 5 through 11). Enter here and on the Depreciation line of your return (Partnerships and S corporations - Do NOT include any amounts entered on line 5.) | | 0. |
| 13 For assets above placed in service during the current year, enter the portion of the basis attributable to section 263A costs. | | |

## Part II Amortization

| | |
|---|---|
| 1 Amortization for property placed in service **only** during tax year beginning in 1988. SEE DETAIL BELOW | |
| 2 Amortization for property placed in service prior to 1988 | |
| 3 Total. Enter here and on Other Deductions or Other Expenses line of your return | |

**Depreciation and Amortization Detail**

| (a) Description of property | (b) Date placed in service | (c) Cost or other basis | (d) Amortization/ Code section | (e) Amortization period/ depreciation life | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |