**Part III** **Automobiles, Certain Other Vehicles, Computers, and Property Used for Entertainment, Recreation, or Amusement (Listed Property).**

If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (d) of Section A, all of Section B, and Section C if applicable.

**Section A. - Depreciation** (If automobiles and other listed property placed in service after June 18, 1984, are used 50% or less in a trade or business, the section 179 deduction is not allowed and depreciation must be taken using the straight line method over 5 years. For other limitations, see instructions.)

Do you have evidence to support the business use claimed? ☐ Yes ☐ No If "Yes," is the evidence written? ☐ Yes ☐ No

| | (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Basis for depreciation (Business use only) | (f) Recovery period | (f) Method | (g) Depreciation deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 85 CHEVY | 85 | 23.64 | | | | | | |
| 2 | 83 BUICK | 87 | 58.71 | | | | | | |

Total (Enter here and on line 2, page 1.) ..........

Total (Enter here and on line 8, page 1.) ..........

**Section B. - Information Regarding Use of Vehicles**

Complete this section as follows, if you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other more than 5% owner or related person.
- If you provided vehicles to employees, first answer the questions in Section C to see if you meet an exception to completing this section for those items.

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( 1 ) | | Vehicle ( 2 ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total miles driven during the year | | | | | | | | | | | | |
| 2 Total business miles driven during the year | | | | | | | | | | | | |
| 3 Total commuting miles driven during the year | | | | | | | | | | | | |
| 4 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 6 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 7 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C. - Questions for Employers Who Provide Vehicles for Use by Employees.**

(Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)

| | | Yes | No |
|---|---|---|---|
| 8 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 9 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 10 | Do you treat all use of vehicles by employees as personal use? | | |
| 11 | Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 12 | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 8, 9, 10, 11, or 12 is "Yes," you need not complete Section B for the covered vehicles.

Form **4952**
Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

▶ See separate instructions.
▶ Attach to your tax return.

OMB No. 1545-0191
**1988**
Attachment Sequence No. 72

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Social security number or employer identification number

Kind of return ▶ [X] Individual [ ] Estate [ ] Trust

| Line | Description | Inner column | Middle column | Right column |
|---|---|---|---|---|
| 1 | Interest expense on investment debts paid or accrued in 1988. See instructions | | | 16947. |
| 2 | Investment income minus investment expenses. See instructions SEE SCHEDULE 14 | 40821. | | |
| 3 | Phase-in adjustment from passive activities. See instructions | | | |
| 4 | Net investment income. Subtract line 3 from line 2. If -0- or less, enter -0- | | | 40821. |
| 5 | Subtract line 4 from line 1. If -0- or less, enter -0- here and on line 13, and skip lines 6 through 12 | | | |
| 6 | Enter the amount from line 1, but see the instructions | | | |
| 7 | Enter the amount from line 2, but see the instructions | | | |
| 8a | Individuals, enter $10,000; ($5,000 if married filing separate returns) | | | |
| b | Estates, enter $10,000; trusts, enter -0- | | | |
| 9 | Add lines 7 and 8 | | | |
| 10 | Subtract line 9 from line 6. If -0- or less, enter -0- | | | |
| 11 | Subtract line 10 from line 5. If -0- or less, enter -0- | | | 0. |
| 12 | Multiply line 11 by 60% (.6) | | | |
| 13 | Add lines 10 and 12 | | | |
| 14 | Enter amount from line 1 | | 16947. | |
| 15 | Enter the smaller of line 5 or line 13 | | | |
| 16 | Subtract line 15 from line 14 | | 16947. | |
| 17 | Disallowed investment interest expense from 1987 Form 4952, line 14. If -0-, enter -0- here and on lines 21 and 22, and skip lines 18 through 20. See instructions | | | |
| 18 | Enter amount from line 4. If -0- or less, enter -0- here and on line 20 | | | |
| 19 | Enter amount from line 1 | | | |
| 20 | Subtract line 19 from line 18. If -0- or less, enter -0- | | | |
| 21 | Enter the smaller of line 17 or line 20 | | | |
| 22 | Subtract line 21 from line 17 | | | |
| 23 | **Disallowed investment interest expense.** Add lines 15 and 22 | | | 0. |
| 24 | **Allowed investment interest expense.** Add lines 16 and 21. See instructions | | | 16947. |

ALT. MIN. CALCULATION

Form **4952** Department of the Treasury Internal Revenue Service

# Investment Interest Expense Deduction

▶ See separate instructions.
▶ Attach to your tax return.

OMB No. 1545-0191
**1988**
Attachment Sequence No. 72

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Social security number or employer identification number

Kind of return ▶ [X] Individual [ ] Estate [ ] Trust

| Line | Description | Inner box | Middle box | Right column |
|---|---|---|---|---|
| 1 | Interest expense on investment debts paid or accrued in 1988. See instructions | | | 16947. |
| 2 | Investment income minus investment expenses. See instructions | 40821. | | |
| 3 | Phase-in adjustment from passive activities. See instructions | | | |
| 4 | Net investment income. Subtract line 3 from line 2. If -0- or less, enter -0- | | | 40821. |
| 5 | Subtract line 4 from line 1. If -0- or less, enter -0- here and on line 13, and skip lines 6 through 12 | | | |
| 6 | Enter the amount from line 1, but see the instructions | | | |
| 7 | Enter the amount from line 2, but see the instructions | | | |
| 8a | Individuals, enter $10,000; ($5,000 if married filing separate returns) | | | |
| 8b | Estates, enter $10,000; trusts, enter -0- | | | |
| 9 | Add lines 7 and 8 | | | |
| 10 | Subtract line 9 from line 6. If -0- or less, enter -0- | | | |
| 11 | Subtract line 10 from line 5. If -0- or less, enter -0- | | | 0. |
| 12 | Multiply line 11 by 60% (.6) | | | |
| 13 | Add lines 10 and 12 | | | |
| 14 | Enter amount from line 1 | | 16947. | |
| 15 | Enter the smaller of line 5 or line 13 | | | |
| 16 | Subtract line 15 from line 14 | | 16947. | |
| 17 | Disallowed investment interest expense from 1987 Form 4952, line 14. If -0-, enter -0- here and on lines 21 and 22, and skip lines 18 through 20. See instructions | | | |
| 18 | Enter amount from line 4. If -0- or less, enter -0- here and on line 20 | | | |
| 19 | Enter amount from line 1 | | | |
| 20 | Subtract line 19 from line 18. If -0- or less, enter -0- | | | |
| 21 | Enter the smaller of line 17 or line 20 | | | |
| 22 | Subtract line 21 from line 17 | | | |
| 23 | **Disallowed investment interest expense.** Add lines 15 and 22 | | | 0. |
| 24 | **Allowed investment interest expense.** Add lines 16 and 21. See instructions | | | 16947. |

H761 **For Paperwork Reduction Act Notice, see page 1 of separate instructions.** Form 4952 (1988)

REGULAR FORM 4952, LINE 24 16947.
LESS RECOMPUTED FORM 4952, LINE 24 16947.
INTEREST ADJUSTMENT - FORM 6251 LINE 4(H) 20

ALT. MIN. TAX CALCULATION

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or 1041.

OMB No. 1545-1008
**1988**
Attachment Sequence No. 88

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Social security or employer identification number:

## Part I Computation of 1988 Passive Activity Loss

**Caution:** See the instructions for Worksheet 1 before completing Part I.

| | | | | |
|---|---|---|---|---|
| **Rental Real Estate Activities With Active Participation** (See the definition of active participation under **Rental Activities** in the instructions.) | | | | |
| **Activities acquired before 10-23-86 (Pre-enactment):** | | | | |
| 1a Activities with net income, Worksheet 1, Part 1, column (a) | 1a | | | |
| 1b Activities with net loss, Worksheet 1, Part 1, column (b) | 1b | -8750. | | |
| 1c Combine lines 1a and 1b | 1c | -8750. | | |
| **Activities acquired after 10-22-86 (Post-enactment):** | | | | |
| 1d Activities with net income, Worksheet 1, Part 2, column (a) | 1d | | | |
| 1e Activities with net loss, Worksheet 1, Part 2, column (b) | 1e | | | |
| 1f Combine lines 1d and 1e | 1f | | | |
| 1g Net Income or (loss). Combine lines 1c and 1f | | | 1g | -8750. |
| 1h Prior year unallowed losses from 1987, Worksheet 1, Parts 1 and 2, column (c) | | | 1h | |
| 1i Combine lines 1g and 1h | | | 1i | -8750. |
| **All Other Passive Activities** (See the instructions for lines 2a through 2h) | | | | |
| **Activities acquired before 10-23-86 (Pre-enactment):** | | | | |
| 2a Activities with net income, Worksheet 2, Part 1, column (a) | 2a | | | |
| 2b Activities with net loss, Worksheet 2, Part 1, column (b) | 2b | | | |
| 2c Combine lines 2a and 2b | 2c | | | |
| **Activities acquired after 10-22-86 (Post-enactment):** | | | | |
| 2d Activities with net income, Worksheet 2, Part 2, column (a) | 2d | 10. | | |
| 2e Activities with net loss, Worksheet 2, Part 2, column (b) | 2e | -6730. | | |
| 2f Combine lines 2d and 2e | 2f | -6720. | | |
| 2g Net Income or (loss). Combine lines 2c and 2f | | | 2g | -6720. |
| 2h Prior year unallowed losses from 1987, Worksheet 2, Parts 1 and 2, column (c) | | | 2h | -601. |
| 2i Combine lines 2g and 2h | | | 2i | -7321. |
| 3 Combine lines 1i and 2i. If the result is net income or -0-, see the instructions for line 3. If this line and line 1c or line 1i are losses, go to line 4. Otherwise, enter -0- on lines 8 and 9 and go to line 10 | | | 3 | -16071. |

## Part II Computation of the Special Allowance for Rental Real Estate With Active Participation

**Note:** Before completing Parts II and III, see the instructions for how to treat numbers as if they were all positive.

| | | | | |
|---|---|---|---|---|
| 4 Enter the smaller of the loss on line 1i or the loss on line 3. If line 1i is -0- or net income, enter -0- and complete lines 5 through 9 | | | 4 | 8750. |
| 5 Enter $150,000. If married filing separately, see instructions | 5 | 150000. | | |
| 6 Enter modified adjusted gross income, but not less than -0-, (see instructions). If line 6 is equal to or greater than line 5, skip line 7, enter -0- on lines 8 and 9, and then go to line 10. Otherwise, go to line 7 | 6 | 137680. | | |
| 7 Subtract line 6 from line 5 | 7 | 12320. | | |
| 8 Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | 6160. |
| 9 Enter the smaller of line 4 or line 8 | | | 9 | 6160. |

## Part III Computation of Passive Activity Loss Allowed

| | | |
|---|---|---|
| 10 Combine lines 1c and 2c and enter the result. If the result is -0- or net income, skip to line 16. (See instructions) | 10 | |
| 11 If line 1c shows income, has no entry, or shows -0-, enter -0- on line 11. Otherwise, enter the smaller of line 1c or line 8 | 11 | |
| 12 Subtract line 11 from line 10. If line 11 is equal to or greater than line 10, enter -0-. | 12 | |
| 13 Subtract line 9 from line 3 | 13 | |
| 14 Enter the smaller of line 12 or line 13 | 14 | |
| 15 Multiply line 14 by 40% (.4) and enter the result | 15 | |
| 16 Enter the amount from line 9 | 16 | 6160. |
| 17 **Passive Activity Loss Allowed for 1988.** Add lines 15 and 16 | 17 | 6160. |
| 18 Add the income, if any, on lines 1a, 1d, 2a, and 2d and enter the result | 18 | 10. |
| 19 **Total losses allowed from all passive activities for 1988.** Add lines 17 and 18. See the instructions to see how to report the losses on your tax return | 19 | 6170. |

Form **8271**
(Rev. November 1987)
Department of the Treasury
Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881
Expires 9-30-90

Attachment Sequence No. **71**

| Investor's name(s) as shown on return | Investor's taxpayer ident. no. | Investor's tax year ending |
|---|---|---|
| LYMAN F & BEVERLY J. BUSH | | 12/31/88 |

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number (11-digit number) | c. Tax Shelter Taxpayer Identification Number | d. Type of Tax Shelter (see list in instructions) |
|---|---|---|---|---|
| 1 | CINEMA 84 | | | |
| 2 | PUGET SOUND INVESTORS | | | 35 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on Return to Which This Form 8271 Is Attached

**Note:** If you received any Schedules K-1 for these benefits, see the specific instructions for Part II on page 2.

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | SCH K-1 |
| 2 | | | | SCH K-1 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate instructions.

▶ Attach to Form 1040 or 1041.

OMB No. 1545-1008

**1988**

Attachment Sequence No. 88

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Social security or employer identification number:

## Part I Computation of 1988 Passive Activity Loss

**Caution:** See the instructions for Worksheet 1 before completing Part I.

**Rental Real Estate Activities With Active Participation** (See the definition of active participation under **Rental Activities** in the instructions.)

| | | | | | |
|---|---|---|---|---|---|
| | **Activities acquired before 10-23-86 (Pre-enactment):** | | | | |
| 1a | Activities with net income, Worksheet 1, Part 1, column (a) | 1a | | | |
| 1b | Activities with net loss, Worksheet 1, Part 1, column (b) | 1b | -9025. | | |
| 1c | Combine lines 1a and 1b | 1c | -9025. | | |
| | **Activities acquired after 10-22-86 (Post-enactment):** | | | | |
| 1d | Activities with net income, Worksheet 1, Part 2, column (a) | 1d | | | |
| 1e | Activities with net loss, Worksheet 1, Part 2, column (b) | 1e | | | |
| 1f | Combine lines 1d and 1e | 1f | | | |
| 1g | Net Income or (loss). Combine lines 1c and 1f | | | 1g | -9025. |
| 1h | Prior year unallowed losses from 1987, Worksheet 1, Parts 1 and 2, column (c) | | | 1h | |
| 1i | Combine lines 1g and 1h | | | 1i | -9025. |

**All Other Passive Activities** (See the instructions for lines 2a through 2h)

| | | | | | |
|---|---|---|---|---|---|
| | **Activities acquired before 10-23-86 (Pre-enactment):** | | | | |
| 2a | Activities with net income, Worksheet 2, Part 1, column (a) | 2a | | | |
| 2b | Activities with net loss, Worksheet 2, Part 1, column (b) | 2b | | | |
| 2c | Combine lines 2a and 2b | 2c | | | |
| | **Activities acquired after 10-22-86 (Post-enactment):** | | | | |
| 2d | Activities with net income, Worksheet 2, Part 2, column (a) | 2d | 10. | | |
| 2e | Activities with net loss, Worksheet 2, Part 2, column (b) | 2e | -6730. | | |
| 2f | Combine lines 2d and 2e | 2f | -6720. | | |
| 2g | Net Income or (loss). Combine lines 2c and 2f | | | 2g | -6720. |
| 2h | Prior year unallowed losses from 1987, Worksheet 2, Parts 1 and 2, column (c) | | | 2h | -210. |
| 2i | Combine lines 2g and 2h | | | 2i | -6930. |
| 3 | Combine lines 1i and 2i. If the result is net income or -0-, see the instructions for line 3. If this line and line 1c or line 1i are losses, go to line 4. Otherwise, enter -0- on lines 8 and 9 and go to line 10 | | | 3 | -15955. |

## Part II Computation of the Special Allowance for Rental Real Estate With Active Participation

**Note:** Before completing Parts II and III, see the instructions for how to treat numbers as if they were all positive.

| | | | | | |
|---|---|---|---|---|---|
| 4 | Enter the smaller of the loss on line 1i or the loss on line 3. If line 1i is -0- or net income, enter -0- and complete lines 5 through 9 | | | 4 | 9025. |
| 5 | Enter $150,000. If married filing separately, see instructions | 5 | 150000. | | |
| 6 | Enter modified adjusted gross income, but not less than -0-, (see instructions). If line 6 is equal to or greater than line 5, skip line 7, enter -0- on lines 8 and 9, and then go to line 10. Otherwise, go to line 7 | 6 | 137680. | | |
| 7 | Subtract line 6 from line 5 | 7 | 12320. | | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | 6160. |
| 9 | Enter the smaller of line 4 or line 8 | | | 9 | 6160. |

## Part III Computation of Passive Activity Loss Allowed

| | | | |
|---|---|---|---|
| 10 | Combine lines 1c and 2c and enter the result. If the result is -0- or net income, skip to line 16. (See instructions) | 10 | 9025. |
| 11 | If line 1c shows income, has no entry, or shows -0-, enter -0- on line 11. Otherwise, enter the smaller of line 1c or line 8 | 11 | 6160. |
| 12 | Subtract line 11 from line 10. If line 11 is equal to or greater than line 10, enter -0-. | 12 | 2865. |
| 13 | Subtract line 9 from line 3 | 13 | 9795. |
| 14 | Enter the smaller of line 12 or line 13 | 14 | 2865. |
| 15 | Multiply line 14 by 40% (.4) and enter the result | 15 | 1146. |
| 16 | Enter the amount from line 9 | 16 | 6160. |
| 17 | **Passive Activity Loss Allowed for 1988.** Add lines 15 and 16 | 17 | 7306. |
| 18 | Add the income, if any, on lines 1a, 1d, 2a, and 2d and enter the result | 18 | 10. |
| 19 | **Total losses allowed from all passive activities for 1988.** Add lines 17 and 18. See the instructions to see how to report the losses on your tax return | 19 | 7316. |

# Individual Retirement Account Deduction Computation for FEDERAL 1040

LYMAN F BUSH

| | | | |
|---|---|---|---|
| 1 | Amount contributed to your IRA | 2000. | |
| 2 | Amount paid to your non-working spouse's IRA | | |
| 3 | Add line 1 and line 2 | | 2000. |
| 4 | Wages and other earned income after Keogh deduction | 80144. | |
| 5 | Enter foreign housing and earned income exclusion | | |
| 6 | Subtract line 5 from line 4 | | 80144. |
| 7 a | Regular IRA limitation | 2000. | |
| b | Spousal IRA limitation | | |
| c | Add line 7a and 7b, limit to the lesser of $ 2000 or line 6 | | 2000. |
| 8 | Allowable deduction | | 2000. |
| 9 | Contribution credit: | | |
| a | IRA limitation | | |
| b | Amount from line 3 | | |
| c | Contribution credit, line 9a minus line 9b | | |
| d | Prior year excess contribution not previously eliminated | | |
| e | Lesser of line 9c or 9d to be included in allowable deduction | | |
| 10 | Total allowable deduction, line 8 plus line 9e | | 2000. |
| 11 | Excess Contribution | | |
| 12 | Nondeductible contributions: | | |
| a | IRA limitation | | |
| b | Adjusted gross income before IRA deduction | | |
| c | Phaseout level | | |
| d | Excess AGI, line 12b minus line 12c | | |
| e | Reduction ratio, line 12d divided by $10,000 | | |
| f | Amount of limitation reduction, line 12a times line 12e | | |
| g | Maximum allowable IRA, line 12a minus line 12f | | |
| h | Amount of reduction $ ______ minus line 12g | | |
| 13 | Individual retirement account deduction, subtract line 12h from line 10 | | 2000. |

NOTE: AMOUNT PAID IN 1989 DEDUCTIBLE ON THE 1988 RETURN 2000.

# SOCIAL SECURITY BENEFITS WORKSHEET — SCHEDULE 1

CHECK ONLY ONE

A. SINGLE - ENTER $25,000 ON LINE 7 BELOW.

X B. MARRIED FILING A JOINT RETURN - ENTER $32,000 ON LINE 7 BELOW.

C. MARRIED NOT FILING A JOINT RETURN AND LIVED WITH YOUR SPOUSE AT ANY TIME DURING THE YEAR - ENTER -0- ON LINE 7 BELOW.

D. MARRIED NOT FILING A JOINT RETURN AND DID NOT LIVE WITH YOUR SPOUSE AT ANY TIME DURING THE YEAR - ENTER $25,000 ON LINE 7 BELOW.

| | | |
|---|---|---|
| 1. | ENTER THE TOTAL AMOUNT FROM BOX 5 OF ALL YOUR FORMS SSA-1099 AND FORMS RRB-1099(IF APPLICABLE) . . . . . . . . . . . . . . . . | 9120. |
| 2. | DIVIDE THE AMOUNT ON LINE 1 BY 2 . . . . . . . . . . . . . . . . | 4560. |
| 3. | ADD THE AMOUNTS ON FORM 1040, LINES 7, 8A, 8B THROUGH 20, PLUS LINE 22. DO NOT INCLUDE HERE ANY AMOUNTS FROM LINES 16A OR 17A OF FORM 1040, OR FROM BOX 5 OF FORMS SSA-1099 OR RRB-1099 | 145505. |
| 3A. | ENTER THE AMOUNT OF ANY FOREIGN EARNED INCOME EXCLUSION, FOREIGN HOUSING EXCLUSION, EXCLUSION OF INCOME FROM U.S. POSSESIONS, OR EXCLUSION OF INCOME FROM PUERTO RICO BY BONA FIDE RESIDENTS OF PUERTO RICO THAT YOU CLAIMED . . . . . | 0. |
| 4. | ADD LINES 2, 3, AND 3A . . . . . . . . . . . . . . . . . . . . | 150065. |
| 5. | ENTER THE AMOUNT FROM FORM 1040, LINE 30 . . . . . . . . . . . | 2000. |
| 6. | SUBTRACT LINE 5 FROM LINE 4 . . . . . . . . . . . . . . . . . . | 148065. |
| 7. | ENTER - $25,000 IF YOU CHECKED BOX A OR D, OR $32,000 IF YOU CHECKED BOX B, OR -0- IF YOU CHECKED BOX C . . . . . . . . | 32000. |
| 8. | SUBTRACT LINE 7 FROM LINE 6. ENTER THE RESULT, NOT LESS THAN ZERO . . . . . . . . . . . . . | 116065. |
| 9. | DIVIDE THE AMOUNT ON LINE 8 BY 2 . . . . . . . . . . . . . . . . | 58033. |
| 10. | TAXABLE SOCIAL SECURITY BENEFITS. * FIRST, ENTER ON FORM 1040, LINE 21A, THE AMOUNT FROM LINE 1 ABOVE. * THEN, COMPARE THE AMOUNTS ON LINES 2 AND 9 ABOVE, AND ENTER THE SMALLER OF THE TWO AMOUNTS ON THIS LINE AND ALSO ON FORM 1040, LINE 21B. . . . . . . . . . . . . . . . . . . . . . | 4560. |

## FORM 1040 — SCHEDULE OF WAGES RECEIVED AND TAXES PAID — SCHEDULE 2

| T S | EMPLOYER'S NAME | AMOUNT PAID | FED TAX WITHHELD | STATE TAX WITHHELD | CITY/SDI TAX W/H | FICA TAX |
|---|---|---|---|---|---|---|
| T | CHALKER ENGINEERS, INC | 80144. | 15787. | | | 3380. |
| | TOTAL | 80144. | 15787. | | | 3380. |

## FEDERAL TAX WITHHELD — SCHEDULE 3

| | | |
|---|---|---|
| T | WAGES/SALARIES | 15787. |
| | TOTAL TAX WITHHELD TO FORM 1040, LINE 54 | 15787. |

## SCHEDULE A — MISCELLANEOUS DEDUCTIONS SUBJECT TO FLOOR — SCHEDULE 4

| | |
|---|---|
| SAFE DEPOSIT BOX | 20. |
| INVESTMENT EXPENSE-PORTFOLIO TIMING | 5477. |
| CUSTODIAL FEES | 85. |
| ML-LEE ACQUISITION FUND, LP NEW YORK | 295. |
| TAX PREPARATION FEE | 630. |
| TOTAL TO SCHEDULE A, LINE 21 | 6507. |

## SCHEDULE A — CASH CONTRIBUTIONS — SCHEDULE 5

| DESCRIPTION | AMOUNT 50% LIMIT | AMOUNT 30% LIMIT | AMOUNT 20% LIMIT |
|---|---|---|---|
| UNITED WAY | 300. | | |
| MISC. | 459. | | |
| SALVATION ARMY | 75. | | |
| ROTARY | 465. | | |
| ROTARY POLIO PLUS | 631. | | |
| SDSM & T ALUMNI ASSOC | 50. | | |
| SDSM & T FOUNDATION | 500. | | |
| TOTAL TO SCHEDULE A, LINE 14 | 2480. | | |

## SCHEDULE A — INVESTMENT INTEREST EXPENSE — SCHEDULE 6

| | |
|---|---|
| FIRST CITY NATL BANK | 16879. |
| TOTAL TO SCHEDULE A, LINE 11 | 16879. |

| SCHEDULE A | NON-CASH CONTRIBUTIONS | | SCHEDULE 7 |
|---|---|---|---|
| DESCRIPTION | AMOUNT 50% LIMIT | AMOUNT 30% LIMIT | AMOUNT 20% LIMIT |
| DYSLIN BOYS RANCH | 80. | | |
| SALVATION ARMY | 200. | | |
| VETERAN REHAB CENTER | 50. | | |
| TOTAL TO SCHEDULE A, LINE 15 | 330. | | |

| SCHEDULE A MEDICAL EXPENSES - DOCTORS AND HOSPITALS | SCHEDULE 8 |
|---|---|
| DOCTORS, DENTISTS, ETC. | 1120. |
| PRESCRIPTION MEDICINES & DRUGS | 422. |
| TOTAL TO SCHEDULE A, LINE 1A | 1542. |

| SCHEDULE B OTHER INTEREST INCOME | SCHEDULE 9 |
|---|---|
| NAME OF PAYER | AMOUNT |
| PORTFOLIO TIMING | 3671. |
| PUGET SOUND NATIONAL BANK | 100. |
| MERRILL LYNCH | 15131. |
| WASH TEACHERS CREDIT UNION | 50. |
| SUMMER LOVERS ASSOC | 2. |
| LONE WOLF MC QUADE ASSOC | 6. |
| FAWCETT PLAZA ONE | 129. |
| CINEMA 84 | 6. |
| MRI BUSINESS PROPERTIES | 66. |
| MEDICAL EQUIPMENT FUND TWO NEW YORK, NY | 6583. |
| PUGET SOUND INVESTOR II TACOMA, WA | 11. |
| ML-LEE ACQUISITION FUND, LP NEW YORK | 1953. |
| HAMPTONS II:GRACE ESTATES LIMITED | 3646. |
| TOTAL TO SCHEDULE B, LINE 2 | 31354. |

| SCHEDULE B CAPITAL GAIN DISTRIBUTIONS | SCHEDULE 10 |
|---|---|
| NAME OF PAYER | AMOUNT |
| MERRILL LYNCH | 1394. |
| PORTFOLIO TIMING | 1629. |
| TOTAL TO SCHEDULE B, LINE 6 | 3023. |

SCHEDULE E — OTHER EXPENSES — SCHEDULE 11

| DESCRIPTION | GROSS AMOUNT | EXCL AMOUNT | NET AMOUNT |
|---|---|---|---|
| REPAIRS & MAINT | 1951. | 1301. | 650. |
| TAXES | 657. | 438. | 219. |
| INSURANCE | 152. | 101. | 51. |
| AGENCY | 462. | 308. | 154. |
| TOTAL EXPENSES TO SCHEDULE E, LINE 19 | 3222. | 2148. | 1074. |

SCHEDULE E — INCOME OR (LOSS) FROM PARTNERSHIPS AND S CORPS — SCHEDULE 12

| NAME | EMPLOYER ID NO. | NOT AT RISK | CODE | PASSIVE LOSS | PASSIVE INCOME | NONPASSIVE LOSS | SEC. 179 DEDUCT. | NONPASSIVE INCOME |
|---|---|---|---|---|---|---|---|---|
| SUMMER LOVERS ASSOC | | | P | | | 15. | | |
| LONE WOLF MC QUADE ASSOC | | | P | | | 38. | | |
| BUSH WEAVER | | | P | | | | | 649. |
| FAWCETT PLAZA ONE | | | P | 5763. | | | | |
| CINEMA 84 | | | P | | | | | 2338. |
| MRI BUSINESS PROPERTIES | | | P | 528. | | | | |
| MEDICAL EQUIPMENT FUND TWO NEW YORK, NY | | | P | | | | | 14474. |
| PUGET SOUND INVESTOR II TACOMA, WA | | | P | 169. | | | | |
| ML-LEE ACQUISITION FUND, LP NEW YORK | | | P | | 10. | 68. | | |
| HAMPTONS II:GRACE ESTATES LIMITED | | | P | 793. | | | | |
| TOTALS TO SCH E, LN 30 | | | | 7253. | 10. | 121. | | 17461. |

FORM 2106 STANDARD MILEAGE RATE CALCULATION SCHEDULE 13

VEHICLE 1

| | |
|---|---|
| 11. SMALLER OF BUSINESS MILES OR 15,000 MILES | 1140 |
| 12. SUBTRACT LINE 11 FROM BUSINESS MILES | 0 |
| 13. MULTIPLY LINE 11 BY 24 CENTS (.24) | 274. |
| 14. MULTIPLY LINE 12 BY 11 CENTS (.11) | 0. |
| 15. ADD LINES 13 AND 14 | 274. |

VEHICLE 4

| | |
|---|---|
| 11. SMALLER OF BUSINESS MILES OR 15,000 MILES | 7310 |
| 12. SUBTRACT LINE 11 FROM BUSINESS MILES | 0 |
| 13. MULTIPLY LINE 11 BY 24 CENTS (.24) | 1754. |
| 14. MULTIPLY LINE 12 BY 11 CENTS (.11) | 0. |
| 15. ADD LINES 13 AND 14 | 1754. |

TOTAL OF LINES 15 TO FORM 2106 SBE, PART II, LINE 15 2028.

FORM 4952 NET INVESTMENT INCOME FROM ALL SOURCES SCHEDULE 14

| DESCRIPTION | AMOUNT |
| --- | --- |
| OTHER SOURCES | |
| SCHEDULE B | 26290 |
| SCHEDULE C | |
| SCHEDULE D/4797 | 14531 |
| SCHEDULE E, PART II | |
| ROYALTY | |
| TOTAL TO FORM 4952, LINE 2 | 40821 |

FORM 8582 ALTERNATIVE MINIMUM TAX SCHEDULE 15

ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1

PRE-ENACTMENT INTERESTS

| NAME OF ACTIVITY | NET INCOME | NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | LOSS |
|---|---|---|---|---|---|
| FAWCETT PLAZA ONE | | -7745. | | | -7745. |
| MRI BUSINESS PROPERTIES | | -683. | | | -683. |
| PUGET SOUND INVESTOR II T | | -234. | | | -234. |
| 5026 SO PUGET SOUND | | -88. | | | -88. |
| TOTALS | | -8750. | | | -8750. |

FORM 8582 ALTERNATIVE MINIMUM TAX SCHEDULE 16

OTHER PASSIVE ACTIVITIES - WORKSHEET 2

PRE-ENACTMENT INTERESTS

| NAME OF ACTIVITY | NET INCOME | NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | LOSS |
|---|---|---|---|---|---|
| MRI BUSINESS PROPERTIES | | | -601. | | -601. |
| TOTALS | | | -601. | | -601. |

FORM 8582 ALTERNATIVE MINIMUM TAX SCHEDULE 17

OTHER PASSIVE ACTIVITIES - WORKSHEET 2

POST-ENACTMENT INTERESTS

| NAME OF ACTIVITY | NET INCOME | NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | LOSS |
|---|---|---|---|---|---|
| ML-LEE ACQUISITION FUND, | 10. | | | 10. | |
| HAMPTONS II:GRACE ESTATES | | -6730. | | | -6730. |
| TOTALS | 10. | -6730. | | 10. | -6730. |

FORM 8582 ALTERNATIVE MINIMUM TAX SCHEDULE 18

LOSSES FROM ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 3

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | INCOME & SPECIAL ALLOWANCE | REMAINING UNALLOWED LOSS |
|---|---|---|---|---|---|
| FAWCETT PLAZA ONE | SCH E | 7745. | .885142857 | 5452. | 2293. |
| MRI BUSINESS PROPERTIES | SCH E | 683. | .078057143 | 481. | 202. |
| PUGET SOUND INVESTOR II T | SCH E | 234. | .026742857 | 165. | 69. |
| 5026 SO PUGET SOUND | SCH E | 88. | .010057143 | 62. | 26. |
| TOTALS | | 8750. | 1.000000000 | 6160. | 2590. |

FORM 8582 ALTERNATIVE MINIMUM TAX SCHEDULE 19

ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 4

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| FAWCETT PLAZA ONE | SCH E | 2293. | .231125895 | 2291. |
| MRI BUSINESS PROPERTIES | SCH E | 601. | .060578571 | 600. |
| MRI BUSINESS PROPERTIES | SCH E | 202. | .020360851 | 202. |
| PUGET SOUND INVESTOR II T | SCH E | 69. | .006954944 | 69. |
| HAMPTONS II:GRACE ESTATES | SCH E | 6730. | .678359035 | 6723. |
| 5026 SO PUGET SOUND | SCH E | 26. | .002620704 | 26. |
| TOTALS | | 9921. | 1.000000000 | 9911. |

FORM 8582 ALTERNATIVE MINIMUM TAX SCHEDULE 20

ALLOWED LOSSES - WORKSHEET 5

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| FAWCETT PLAZA ONE | SCH E | 7745. | 2291. | 5454. |
| MRI BUSINESS PROPERTIES | SCH E | 601. | 600. | 1. |
| MRI BUSINESS PROPERTIES | SCH E | 683. | 202. | 481. |
| PUGET SOUND INVESTOR II T | SCH E | 234. | 69. | 165. |
| HAMPTONS II:GRACE ESTATES | SCH E | 6730. | 6723. | 7. |
| 5026 SO PUGET SOUND | SCH E | 88. | 26. | 62. |
| TOTALS | | 16081. | 9911. | 6170. |

FORM 8582 ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 SCHEDULE 21
PRE-ENACTMENT INTERESTS

| NAME OF ACTIVITY | NET INCOME | NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| FAWCETT PLAZA ONE | | -8004. | | | -8004. |
| MRI BUSINESS PROPERTIES | | -699. | | | -699. |
| PUGET SOUND INVESTOR II T | | -234. | | | -234. |
| 5026 SO PUGET SOUND | | -88. | | | -88. |
| TOTALS | | -9025. | | | -9025. |

FORM 8582 OTHER PASSIVE ACTIVITIES - WORKSHEET 2 SCHEDULE 22
PRE-ENACTMENT INTERESTS

| NAME OF ACTIVITY | NET INCOME | NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| MRI BUSINESS PROPERTIES | | | -210. | | -210. |
| TOTALS | | | -210. | | -210. |

FORM 8582 OTHER PASSIVE ACTIVITIES - WORKSHEET 2 SCHEDULE 23
POST ENACTMENT INTERESTS

| NAME OF ACTIVITY | NET INCOME | NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| ML-LEE ACQUISITION FUND, | 10. | | | 10. | |
| HAMPTONS II:GRACE ESTATES | | -6730. | | | -6730. |
| TOTALS | 10. | -6730. | | 10. | -6730. |

FORM 8582 LOSSES FROM ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 3 SCHEDULE 24

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | INCOME & SPECIAL ALLOWANCE | REMAINING UNALLOWED LOSS |
|---|---|---|---|---|---|
| FAWCETT PLAZA ONE | SCH E | 8004. | .886869806 | 5463. | 2541. |
| MRI BUSINESS PROPERTIES | SCH E | 699. | .077451524 | 477. | 222. |
| PUGET SOUND INVESTOR II T | SCH E | 234. | .025927978 | 160. | 74. |
| 5026 SO PUGET SOUND | SCH E | 88. | .009750692 | 60. | 28. |
| TOTALS | | 9025. | 1.000000000 | 6160. | 2865. |

FORM 8582 ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 4 SCHEDULE 25

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| FAWCETT PLAZA ONE | SCH E | 2541. | .259153493 | 2241. |
| MRI BUSINESS PROPERTIES | SCH E | 210. | .021417644 | 185. |
| MRI BUSINESS PROPERTIES | SCH E | 222. | .022641509 | 196. |
| PUGET SOUND INVESTOR II T | SCH E | 74. | .007547170 | 65. |
| HAMPTONS II:GRACE ESTATES | SCH E | 6730. | .686384498 | 5937. |
| 5026 SO PUGET SOUND | SCH E | 28. | .002855686 | 25. |
| TOTALS | | 9805. | 1.000000000 | 8649. |

FORM 8582 ALLOWED LOSSES - WORKSHEET 5 SCHEDULE 26

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| FAWCETT PLAZA ONE | SCH E | 8004. | 2241. | 5763. |
| MRI BUSINESS PROPERTIES | SCH E | 210. | 185. | 25. |
| MRI BUSINESS PROPERTIES | SCH E | 699. | 196. | 503. |
| PUGET SOUND INVESTOR II T | SCH E | 234. | 65. | 169. |
| HAMPTONS II:GRACE ESTATES | SCH E | 6730. | 5937. | 793. |
| 5026 SO PUGET SOUND | SCH E | 88. | 25. | 63. |
| TOTALS | | 15965. | 8649. | 7316. |

FORM 8582 SUMMARY OF PASSIVE ACTIVITIES SCHEDULE 27

| R R E A | PRE ENACT. | NAME | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| X | X | FAWCETT PLAZA ONE | -8004. | | -8004. | 2241. | 5763. |
| | X | MRI BUSINESS PROPERTIES | | -210. | -210. | 185. | 25. |
| X | X | MRI BUSINESS PROPERTIES | -699. | | -699. | 196. | 503. |
| X | X | PUGET SOUND INVESTOR II T | -234. | | -234. | 65. | 169. |
| | | ML-LEE ACQUISITION FUND, | 10. | | 10. | | |
| | | HAMPTONS II:GRACE ESTATES | -6730. | | -6730. | 5937. | 793. |
| X | X | 5026 SO PUGET SOUND | -88. | | -88. | 25. | 63. |

SCHEDULE E PASS-THROUGH ENTITY INCOME SCHEDULE SCHEDULE 28

| DESCRIPTION | INCOME |
| --- | --- |
| ORDINARY INCOME - MEDICAL EQUIPMENT FUND TWO NEW YORK, NY | 57. |
| BOOK INCOME ON WITHDRAWAL FROM PARTNERSHIP | 14417. |
| | 14474. |

SCHEDULE E PASS-THROUGH ENTITY INCOME SCHEDULE SCHEDULE 29

| DESCRIPTION | INCOME |
| --- | --- |
| INVESTMENT INTEREST EXPENSE | -68. |
| | -68. |

SCHEDULE E PASS-THROUGH ENTITY INCOME SCHEDULE SCHEDULE 30

| DESCRIPTION | SUSPENDED LOSS CARRYOVER | INCOME |
| --- | --- | --- |
| MISC PORTFOLIO INCOME | | 10. |
| | | 10. |

WSHC

CHALKER PUTNAM COLLINS &
SCOTT INC
950 S FAWCETT STE 301
TACOMA WA 98402

| | | | |
|---|---|---|---|
| 100 | ← Dept. Year → 1988 | | OMB No. 1545-0008 Form W2-Wage and Tax Statement |
| Co. 3MC | Corp. | SIT-EIN | Copy B - File with employee's FEDERAL tax return |
| File Number 000101 | | Advance EIC payment | Department of the Treasury-Internal Revenue Service This information is being furnished to the IRS and appropriate State officials |

| Employee's social security number | 9 Federal income tax withheld | 10 Wages, tips, other compensation | Soc. sec. tax withheld | Soc. sec. wages |
|---|---|---|---|---|
| | 15786.86 | 86144.12 | 3379.50 | 45000.00 |
| | | Pension plan coverage? Yes/No | Allocated tips | Soc. sec. tips |

Employee's name

LYMAN F BUSH

| State tax withheld | State wages | Name of State |
|---|---|---|
| | | WA |
| Local tax withheld | Local wages | Name of locality |
| | TXBL FRNG 6000.00 | |

The social security rate of 7.51% includes 1.45% for hospital insurance benefits and 6.06% for retirement, survivors, and disability insurance.

Employee's address and ZIP code