Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization (Including Information on Listed Property)

▶ See separate instructions. ▶ Attach this form to your return.

OMB No. 1545-0172
**1991**
Attachment Sequence No. 67

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number:

Business or activity to which this form relates: SUMMARY

## Part I Election To Expense Certain Tangible Property (Section 179) (Note: *If you have any "Listed Property," complete Part V.)*

| | | | |
|---|---|---|---|
| 1 Maximum dollar limitation | | 1 | $10,000 |
| 2 Total cost of section 179 property placed in service during the tax year | | 2 | 6,289. |
| 3 Threshold cost of section 179 property before reduction in limitation | | 3 | $200,000 |
| 4 Reduction in limitation - Subtract line 3 from line 2, but do not enter less than -0- | | 4 | 0. |
| 5 Dollar limitation for tax year - Subtract line 4 from line 1, but do not enter less than -0- | | 5 | 10,000. |

| (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| 6 COST ELECTED TO EXPENSE | 6,289 | 6,289. |
| | | |
| 7 Listed property - Enter amount from line 26 | 7 | |

| | | |
|---|---|---|
| 8 Total elected cost of section 179 property - Add amounts in column (c), lines 6 and 7 | 8 | 6,289. |
| 9 Tentative deduction - Enter the lesser of line 5 or line 8 | 9 | 6,289. |
| 10 Carryover of disallowed deduction from 1990 | 10 | |
| 11 Taxable income limitation - Enter the lesser of taxable income or line 5 | 11 | 10,000. |
| 12 Section 179 expense deduction - Add lines 9 and 10, but do not enter more than line 11 | 12 | 6,289. |
| 13 Carryover of disallowed deduction to 1992 - Add lines 9 and 10, less line 12 ▶ 13 | | |

**Note:** *Do not use Part II or Part III below for automobiles, certain other vehicles, cellular telephones, computers, or property used for entertainment, recreation, or amusement (listed property). Instead, use Part V for listed property.*

## Part II MACRS Depreciation For Assets Placed in Service ONLY During Your 1991 Tax Year (Do Not Include Listed Property)

| (a) Classification of property | (b) Mo. and yr. placed in service | (c) Basis for depreciation (Business/investment use only) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 14 General Depreciation System (GDS): | | | | | | |
| a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| h Nonresidential real property | | | 31.5 yrs. | MM | S/L | |
| | | | 31.5 yrs. | MM | S/L | |
| 15 Alternative Depreciation System (ADS): | | | | | | |
| a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

## Part III Other Depreciation (Do Not Include Listed Property)

| | | |
|---|---|---|
| 16 GDS and ADS deductions for assets placed in service in tax years beginning before 1991 | 16 | |
| 17 Property subject to section 168(f)(1) election | 17 | |
| 18 ACRS and other depreciation | 18 | |

## Part IV Summary

| | | |
|---|---|---|
| 19 Listed property - Enter amount from line 25 | 19 | |
| 20 Total - Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations - see instructions) | 20 | |
| 21 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 21 | |

Form **8271** (Rev. July 1990) Department of the Treasury Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return.
▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881 Expires 6-30-93 Attachment Sequence No. 71

| Investor's name(s) as shown on return | Investor's taxpayer identification number | Investor's tax year ending |
|---|---|---|
| LYMAN F. & BEVERLY J. BUSH | | 12-31-91 |

**Part I** Tax Shelter Information

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Taxpayer ID Number | (d) Type of Tax Shelter (see list in instructions) |
|---|---|---|---|---|
| 1 | CINEMA '84 REGISTRATION NO. 842720000294 C/O GREENBERG BROTHERS PARTNERSHIP | | | 31 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on Return to Which This Form 8271 Is Attached

**Note:** *If you received any Schedules K-1 for these benefits, see the specific instructions for Part II on page 2.*

| | (a) Gross Income, Gross Profits, and Gains | (b) Deductions and Losses | (c) Credits | (d) Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | SEE K-1 (FORM 1065) ATTACHED |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8271** (Rev 7-90)

H788

91LY50 11/11/91

C-65690 E117 04/04/92 11: 13:00 V1508
CINEMA 84-REGISTRATION NO. 84272000294

**SCHEDULE K-1 (Form 1065)** Department of the Treasury Internal Revenue Service

## Partner's Share of Income, Credits, Deductions, Etc.

▶ See separate instructions.

OMB No. 1545-0099 **1991**

For calendar year 1991 or tax year beginning , 1991, and ending

**Partner's identifying number** ▶ 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

**Partnership's identifying number** ▶

Partner's name, address, and ZIP code PARTNER # 9
LYMAN BUSH
[illegible]

Partnership's name, address, and ZIP code
CINEMA 84-REGISTRATION NO.
84272000294 C/O GREENBERG BROTHERS
PARTNERSHIPS
270 GREENWICH AVE
GREENWICH, CT. 06830

A Is this partner a general partner? ☐ Yes ☒ No
B Partner's share of liabilities (see instructions):
Nonrecourse ..... 
Qualified nonrecourse financing 
Other ....... 91,691.
C What type of entity is this partner? ▶ INDIVIDUAL
D Is this partner a ☒ domestic or a ☐ foreign partner?
E IRS Center where partnership filed return:
ANDOVER, MA 05501

F Enter partner's percentage of: (i) Before change or termination / (ii) End of year
Profit sharing .... % 0.408300 %
Loss sharing .... % 0.408300 %
Ownership of capital % 0.397800 %
G(1) Tax shelter registration number ▶ 84272000294
(2) Type of tax shelter ▶31 MOTION PICTURE & VIDEO PRODUCTION, CONTINUED: DISTRIBUTION, & SERVICES
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ............... ☐
I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -85,059. | | 1,272. | ( 1,301 ) | -85,088. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 1,272. | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 4, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 11, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your return.) |
| | 5 Guaranteed payments to partner | 5 | | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | (Enter on applicable line of your return.) |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 13 or 14 |
| | 9 Section 179 expense deduction | 9 | | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a through 4f above | b(1) | | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13a Credit for income tax withheld | 13a | | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13c | | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instruction) | 13d | | |
| | e Credits related to other rental activities (see instructions) | 13e | | |
| | 14 Other credits (see instructions) | 14 | | |

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.** **Schedule K-1 (Form 1065) 1991**

H763
1P1200 2.000

C65690 L117 04/04/92 11:13:50 V150
CINEMA 84-REGISTRATION NO. 84272000294
Schedule K-1 (Form 1065) 1991 PARTNER # 9 LYMAN BUSH 

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Accelerated depreciation of real property placed in service before 1987 | 16a | | (See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251.) |
| | b Accelerated depreciation of leased personal property placed in service before 1987 | 16b | | |
| | c Depreciation adjustment on property placed in service after 1986 | 16c | | |
| | d Depletion (other than oil and gas) | 16d | | |
| | e (1) Gross income from oil, gas, and geothermal properties | e(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | e(2) | | |
| | f Other adjustments and tax preference items (attach schedule) | 16f | | |
| Foreign Taxes | 17a Type of income ▶ | | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | Form 1116, Part I |
| | c Total gross income from sources outside the U.S. (attach schedule) | 17c | | |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18a Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Type of expenditures ▶ | | | |
| | 19 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 19a | | Form 8611, line 8 |
| | b Other than on line 19a | 19b | | |

**Supplemental Information**

20 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

H763

1P1300 1.000

C65690 E117 04/04/92 11:13:50 V1188
CINEMA 84-REGISTRATION NO. 84272000294

Form **8271** (Rev. July 1990) Department of the Treasury Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return.

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881 Expires 6-30-93 Attachment Sequence No. 71

| Investor's name(s) as shown on return | Investor's taxpayer identification number | Investor's tax year ending |
|---|---|---|
| PARTNER # 9<br>LYMAN BUSH | | 12/31/91 |

## Part I Tax Shelter Information

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Taxpayer Identification Number | (d) Type of Tax Shelter (see list in instr.) |
|---|---|---|---|---|
| 1 | CINEMA 84 | 84272000294 | 11-2678807 | 31 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

## Part II Tax Shelter Benefits Claimed or Reported By Investor on Return to Which This Form 8271 Is Attached

**Note:** If you received any Schedules K-1 for these benefits, see the specific instructions for Part II on page 2.

| | (a) Gross Income, Gross Profits, and Gains | (b) Deductions and Losses | (c) Credits | (d) Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | SEE ATTACHED K-1 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

## General Instructions

**Paperwork Reduction Act Notice.** –We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us this information. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is:

| | |
|---|---|
| Recordkeeping | 13 min. |
| Learning about the law or the form | 12 min. |
| Preparing the form | 4 min. |
| Copying, assembling, and sending the form to IRS | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making this form more simple, we would be happy to hear from you. You can write to both the IRS and the Office of Management and Budget at the addresses listed in the instructions of the tax return with which this form is filed.

**Purpose of Form.** –Use Form 8271 to report the tax shelter registration number the IRS assigns to certain tax shelters required to be registered under section 6111 of the Internal Revenue Code ("registration-required tax shelters") and to report other information about the tax shelter and its benefits. The tax shelter registration number and the other information must be reported, even if the particular interest is producing net income to the filer of Form 8271 (but see **Projected Income Investments** below). Use additional forms to report more than five tax shelter registration numbers.

**Note:** Investors are reminded that a tax shelter registration number does not indicate that the tax shelter or its claimed tax benefits have been reviewed, examined, or approved by the IRS.

**Who Must File.** –Any person claiming or reporting any deduction, loss, credit, or other tax benefit, or reporting any income on any tax return from an interest purchased or otherwise acquired in a registration-required tax shelter must file Form 8271. If you are an investor in a partnership or an S corporation, look at item G, Schedule K-1 (Form 1065), or item C, Schedule K-1 (Form 1120S). If a tax shelter registration number or the words "Applied for" appear there, then the entity is a registration-required tax shelter. If the interest is purchased or otherwise acquired by a passthrough entity, both the passthrough entity and its partners, shareholders, or beneficiaries must file Form 8271.

A passthrough entity that is the registration-required tax shelter does not have to prepare Form 8271 and give copies to its partners, shareholders, or beneficiaries unless the passthrough entity itself has invested in a registration-required tax shelter.

**Note:** Even if you have an interest in a registration-required tax shelter, you do not have to file Form 8271 if you did not claim or report any deduction, loss, credit, or other tax benefit, or report any income on your tax return from an interest in the registration-required tax shelter. This could occur, for example, if for a particular year you are unable to claim any portion of a loss because of the passive activity loss limitation, and that loss is the only tax item reported to you from the shelter.

**Projected Income Investments.** –In certain cases, a tax shelter that does not expect to reduce the cumulative tax liability of any investor during the 5-year period ending after the date the investment is first offered for sale may be considered a "projected income investment." Such a tax shelter will not have to register, and thus not have to furnish a tax shelter registration number to investors, unless and until it ceases to be a projected income investment. It is possible, therefore, that you may not be furnished a tax shelter registration number, and not have to report it, for several years after you purchase or otherwise acquire your interest in the tax shelter. If you are subsequently furnished a tax shelter registration number because of a tax shelter that ceases to be a projected income investment, follow the instructions for Form 8271. However, you are required to file Form 8271 only for tax years ending on or after the date the tax shelter ceases to be a projected income investment.

**Filing Form 8271.** –Attach Form 8271, and any other required information, to any return, including applications for tentative refund (Forms 1045 and 1139), and amended returns (Forms 1040X and 1120X), on which a deduction, loss, credit, or other tax benefit is claimed or reported, or any income reported, from an interest in a registration-required tax shelter.

A passthrough entity that has invested in a registration-required tax shelter must furnish copies of the following documents to its partners, shareholders, or beneficiaries: (1) its Form 8271 and (2) Form 8271 and Schedule K-1 from any other passthrough entity.

Also, in the case where: (1) the passthrough entity acquired at least 50 percent interest, in one tax year, in a registered tax shelter (and in which it had not held an interest in a prior year), and (2) the investment would not meet the definition of a tax shelter immediately following the acquisition if it had been offered for sale at that time, the passthrough entity need not distribute copies of Form 8271 to its investors. The passthrough entity alone is required to prepare Form 8271 and include it with the entity tax return.

Form **4952**
Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191
**1991**
Attachment Sequence No. 72

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1991 | 1 | 444. |
| 2 | Disallowed investment interest expense from 1990 Form 4952, line 23 | 2 | |
| 3 | Total investment interest expense. Add lines 1 and 2 | 3 | 444. |
| 4 | **Net investment income** | 4 | 22,809. |
| 5 | **Disallowed investment interest expense to be carried forward to 1992.** Subtract line 4 from line 3. If zero or less, enter -0- | 5 | |
| 6 | **Investment interest expense deduction.** Enter the smaller of line 3 or line 4 | 6 | 444. |

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate Instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**1991**

Attachment Sequence No. 88

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number:

## Part I 1991 Passive Activity Loss

**Caution:** *See the Instructions for Worksheets 1 and 2 on pages 7 and 8 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the Instructions.)

| | | | | |
|---|---|---|---|---|
| 1a Activities with net income (from Worksheet 1, column (a)) | 1a | 745. | | |
| b Activities with net loss (from Worksheet 1, column (b)) | 1b | 0. | | |
| c Prior year unallowed losses (from Worksheet 1, column (c)) | 1c | | | |
| d Combine lines 1a, 1b, and 1c | | | 1d | 745. |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 2a Activities with net income (from Worksheet 2, column (a)) | 2a | 16,019. | | |
| b Activities with net loss (from Worksheet 2, column (b)) | 2b | -20,685. | | |
| c Prior year unallowed losses (from Worksheet 2, column (c)) | 2c | -48,701. | | |
| d Combine lines 2a, 2b, and 2c | | | 2d | -53,367. |
| 3 Combine lines 1d and 2d. If the result is net income or -0-, see the Instructions for line 3. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10. | | | 3 | -52,622. |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** *Treat all numbers entered in Part II as positive amounts. (See Instructions on page 8 for examples.)*

| | | | | |
|---|---|---|---|---|
| 4 Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| 5 Enter $150,000. If married filing separately, see the Instructions | 5 | | | |
| 6 Enter modified adjusted gross income, but not less than -0- | 6 | | | |
| **Note:** *If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7.* | | | | |
| 7 Subtract line 6 from line 5 | 7 | | | |
| 8 Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see Instructions | | | 8 | 0. |
| 9 Enter the **smaller** of line 4 or line 8 | | | 9 | 0. |

## Part III Total Losses Allowed

| | | |
|---|---|---|
| 10 Add the income, if any, on lines 1a and 2a and enter the total | 10 | 16,764. |
| 11 **Total losses allowed from all passive activities for 1991.** Add lines 9 and 10. See the Instructions to find out how to report the losses on your tax return | 11 | 16,764. |

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 1

STATEMENT 1 - WAGES, SALARIES, TIPS, ETC.

| EMPLOYERS NAME AND ADDRESS | INCOME TAX WITHHELD | WAGES SALARIES TIPS, ETC | SOC SEC TAX WITHHELD | SOC SEC WAGES FOR SCH SE | MEDICARE TAX WITHHELD | MEDICARE WAGES FOR SCH SE |
|---|---|---|---|---|---|---|
| (H) CHALKER, PUTNAM, COLLINE AND SCOTT TACOMA, WASHINGTON | 6,484 | 36,845 | 2,675 | 43,150 | 626 | 43,150 |
| (W) COMM. FOR DEFERRED COMP. OLYMPIA, WASHINGTON 98504 | 634 | 6,000 | | | | |
| TOTAL | 7,118 | 42,845 | 2,675 | 43,150 | 626 | 43,150 |

STATEMENT 2 - PROFIT OR LOSS FROM BUSINESS OR PROFESSION

BUSINESS NAME BUSH ENGINEERING

DEPRECIATION CALCULATION

| DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | METHOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|
| 5-YEAR MACRS PROPERTY | | | | | | |
| COPIER 06/28/91 | 2,075 | | SL | 5 | | 0 |
| | | SEC 179 COST EXPENSED | | | | 2,075 |
| FAX MACHINE 07/23/91 | 964 | | SL | 5 | | 0 |
| | | SEC 179 COST EXPENSED | | | | 964 |
| COMPUTER 08/30/91 | 2,155 | | SL | 5 | | 0 |
| | | SEC 179 COST EXPENSED | | | | 2,155 |
| 7-YEAR MACRS PROPERTY | | | | | | |
| FILES 07/19/91 | 664 | | SL | 7 | | 0 |
| | | SEC 179 COST EXPENSED | | | | 664 |
| DESKAFILES 07/07/91 | 431 | | SL | 7 | | 0 |
| | | SEC 179 COST EXPENSED | | | | 431 |

TOTAL FIRST YEAR EXPENSED COST 6,289

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 2

STATEMENT 2 - PROFIT OR LOSS FROM BUSINESS OR PROFESSION (CONTINUED)

DEPRECIATION CALCULATION

| DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | METHOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|
| TOT 5YR MACRS | 5,194 | | | | | 0 |
| TOT 7YR MACRS | 1,095 | | | | | 0 |
| TOTALS | 6,289 | 0 | | | | 6,289 |

---

STATEMENT 3 - OTHER ALLOWABLE EXPENSES

BUSINESS NAME BUSH ENGINEERING

| OTHER EXPENSES | DIRECT EXPENSE | INDIRECT EXPENSE |
|---|---|---|
| YARD EXPENSE | | 100 |
| TOTAL OTHER EXPENSES | | 100 |

---

STATEMENT 4 - RENT AND ROYALTY INCOME

(J) PROPERTY 1
5026 SOUTH PUGET SOUND (1/3 INTEREST)

| | | |
|---|---|---|
| RENTAL INCOME | | 1,989 |
| EXPENSES | | |
| REPAIRS - MISCELLANEOUS | 171 | |
| INSURANCE | 55 | |
| MANAGEMENT FEES | 210 | |
| TAXES - PROPERTY | 247 | |
| UTILITIES | 9 | |
| DEPRECIATION | 552 | |
| TOTAL DEDUCTIBLE EXPENSES | | 1,244 |
| NET INCOME | | 745 |

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS 

STATEMENT 4 - RENT AND ROYALTY INCOME (CONTINUED)

DEPRECIATION CALCULATION

| DATE ACQUIRED | COST OR BASIS | PRIOR YEARS DEPRECIATION | METHOD | YRS | PCT | CURRENT DEPRECIATION |
|---|---|---|---|---|---|---|
| OTHER(NONRECOVERY PROPERTY) | | | | | | |
| RENTAL HOUSE (1/3) INT. | | | | | | |
| 10 80 | 9,207 | 6,358 | SL | | | 552 |
| TOTALS | 9,207 | 6,358 | | | | 552 |

STATEMENT 5 - INCOME FROM PARTNERSHIPS

NAME AND ADDRESS OF PARTNERSHIP
(H) BUSH AND WEAVER
1217 122ND STREET COURT EAST
TACOMA, WASHINGTON 98445-0000
FED EMP I.D. NUMBER 91-0993948

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | (X) | ( ) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | (X) | ( ) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

| | | |
|---|---|---|
| NONPASSIVE INCOME (LOSS) - TRADE OR BUSINESS | 1,057 | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | 1,057 |

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 4

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

ASSOCIATED ACTIVITY
(J) MRI BUSINESS PROPERTIES FUND LTD.
MP REALTY SERVICES, L.P.
950 TOWER LANE
FOSTER CITY, CALIFORNIA 94404-0000
FED EMP I.D. NUMBER 94-2919856

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | (X) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

| | | | |
|---|---|---|---|
| PASSIVE INCOME (LOSS) - TRADE OR BUSINESS | | -593 | |
| | | ----------- | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | | -593 |
| GAIN(LOSS) BEFORE LIMITATION | -593 | | |
| LESS SUSPENDED LOSS CARRYOVER | 1,266 | | |
| PLUS DISALLOWED LOSS FROM FORM 8582 | 1,437 | | |
| | ------------- | | |
| PASSIVE INCOME (LOSS) (FROM FORM 8582) | | | -422 |
| OTHER K-1 INFORMATION | | | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | | 1,571 | |
| INTEREST | | 11 | |
| OTHER SECTION 1231 GAIN OR LOSS | | -108 | |
| TAX PREFERENCE ITEMS | | | |
| DEPRECIATION ADJUSTMENT - POST 86 | | 37 | |
| INVESTMENT INTEREST EXPENSE | | | |
| INVESTMENT INCOME | | 11 | |

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

ASSOCIATED ACTIVITY
(J) MRI BUSINESS PROPERTIES FUND LTD.
MP REALTY SERVICES, L.P.
950 TOWER LANE
FOSTER CITY, CALIFORNIA 94404-0000
FED EMP I.D. NUMBER 94-2919856

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | ( ) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | (X) |

| | | | |
|---|---|---|---|
| INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY | | -195 | |
| | | ------------ | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | | -195 |
| GAIN(LOSS) BEFORE LIMITATION | -195 | | |
| LESS SUSPENDED LOSS CARRYOVER | 447 | | |
| PLUS DISALLOWED LOSS FROM FORM 8582 | 496 | | |
| | -------------- | | |
| PASSIVE INCOME (LOSS) (FROM FORM 8582) | | | -146 |
| OTHER K-1 INFORMATION | | | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | | 464 | |

SUMMARY OF INCOME AND K-1 INFORMATION FOR THIS PARTNERSHIP

| | PASSIVE ACTIVITIES | | NONPASSIVE ACTIVITIES | |
|---|---|---|---|---|
| | (LOSS) | INCOME | (LOSS) | INCOME |

BUSH AND WEAVER

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 6

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

SUMMARY OF INCOME AND K-1 INFORMATION FOR THIS PARTNERSHIP

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| TRADE/BUSINESS ACTIVITY | | | | 1,057 |
| MRI BUSINESS PROPERTIES FUND LTD. | | | | |
| TRADE/BUSINESS ACTIVITY | 422 | | | |
| MRI BUSINESS PROPERTIES FUND LTD. | | | | |
| RENTAL REAL ESTATE | 146 | | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 568 | | | 1,057 |

OTHER K-1 INFORMATION
PASSIVE LOSS CARRYOVER FOR ALT MIN 2,035
INTEREST 11
OTHER SECTION 1231 GAIN OR LOSS -108
TAX PREFERENCE ITEMS
DEPRECIATION ADJUSTMENT - POST 86 37
INVESTMENT INTEREST EXPENSE
INVESTMENT INCOME 11

NAME AND ADDRESS OF PARTNERSHIP
(H) CINEMA '84 REGISTRATION NO. 842720000294
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2678807

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | ( ) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | (X) |

INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY 1,272

TOTAL PARTNERSHIP INCOME (LOSS) 1,272

GAIN(LOSS) BEFORE LIMITATION 1,272
LESS SUSPENDED LOSS CARRYOVER 2,455
PLUS DISALLOWED LOSS FROM FORM 8582 914

PASSIVE INCOME (LOSS) (FROM FORM 8582) -269
OTHER K-1 INFORMATION
PASSIVE LOSS CARRYOVER FOR ALT MIN 2,615

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

NAME AND ADDRESS OF PARTNERSHIP
(H) FAWCETT PLAZA ONE
950 SOUTH FAWCETT
TACOMA, WASHINGTON 98402-0000
FED EMP I.D. NUMBER 91-1012413

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | (X) | ( ) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | ( ) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | (X) |

| | | |
|---|---|---|
| INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY | -3,487 | |
| | ------------ | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | -3,487 |
| GAIN(LOSS) BEFORE LIMITATION | -3,487 | |
| LESS SUSPENDED LOSS CARRYOVER | 11,871 | |
| PLUS DISALLOWED LOSS FROM FORM 8582 | 11,865 | |
| | -------------- | |
| PASSIVE INCOME (LOSS) (FROM FORM 8582) | | -3,493 |
| OTHER K-1 INFORMATION | | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | 11,751 | |
| TAX PREFERENCE ITEMS | | |
| DEPRECIATION ADJUSTMENT - POST 86 | 719 | |

NAME AND ADDRESS OF PARTNERSHIP
(J) HAMPTONS II: GRACE ESTATES LIMITED
PARTNERSHIP, C/O GREENBERG BROTHERS
PARTNERSHIPS
270 GREENWICH AVENUE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 22-2894733

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | (X) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

| | | |
|---|---|---|
| PASSIVE INCOME (LOSS) - TRADE OR BUSINESS | -16,246 | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | -16,246 |
| GAIN(LOSS) BEFORE LIMITATION | -16,246 | |
| LESS SUSPENDED LOSS CARRYOVER | 32,618 | |
| PLUS DISALLOWED LOSS FROM FORM 8582 | 37,750 | |
| PASSIVE INCOME (LOSS) (FROM FORM 8582) | | -11,114 |
| OTHER K-1 INFORMATION | | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | 34,190 | |
| INTEREST | 35 | |
| INVESTMENT INTEREST EXPENSE | | |
| INVESTMENT INCOME | 35 | |

NAME AND ADDRESS OF PARTNERSHIP
(J) LONE WOLF MCQUADE ASSOCIATES
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 13-3109971

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | (X) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

| | | |
|---|---|---|
| PASSIVE INCOME (LOSS) - TRADE OR BUSINESS | -56 | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | -56 |
| GAIN(LOSS) BEFORE LIMITATION | -56 | |
| LESS SUSPENDED LOSS CARRYOVER | 44 | |
| PLUS DISALLOWED LOSS FROM FORM 8582 | 77 | |
| PASSIVE INCOME (LOSS) (FROM FORM 8582) | | -23 |
| OTHER K-1 INFORMATION | | |
| PASSIVE LOSS CARRYOVER FOR ALT MIN | 47 | |

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

NAME AND ADDRESS OF PARTNERSHIP
(J) ML-LEE ACQUISITION FUND, L.P.
75 STATE STREET
BOSTON, MA 02109-0000
FED EMP I.D. NUMBER 13-3426817

| | |
|---|---|
| OTHER K-1 INFORMATION | |
| INTEREST | 1,486 |
| DIVIDENDS | 63 |
| SHORT-TERM CAPITAL GAIN OR LOSS | -35 |
| LONG-TERM CAPITAL GAIN OR LOSS | -1,047 |
| DEDUCTIONS RELATED TO PORTFOLIO INCOME | 419 |
| INVESTMENT INTEREST EXPENSE | |
| INVESTMENT INTEREST - NONBUSINESS | 444 |
| DEDUCTIBLE NONBUSINESS INVESTMENT INTEREST | 444 |
| INVESTMENT INCOME | 1,549 |
| INVESTMENT EXPENSES | 419 |

NAME AND ADDRESS OF PARTNERSHIP
(H) SUMMER LOVERS ASSOCIATES
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2615060

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | (X) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

| | | |
|---|---|---|
| PASSIVE INCOME (LOSS) - TRADE OR BUSINESS | 14,747 | |
| | ----------- | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | 14,747 |
| | | =========== |

SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| BUSH AND WEAVER | | | | |
| TRADE/BUSINESS ACTIVITY | | | | 1,057 |
| TRADE/BUSINESS ACTIVITY | 422 | | | |
| RENTAL REAL ESTATE | 146 | | | |

STATEMENT 5 - INCOME FROM PARTNERSHIPS (CONTINUED)

SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| CINEMA '84 REGISTRATION NO. 842720000294 | | | | |
| RENTAL REAL ESTATE | 269 | | | |
| FAWCETT PLAZA ONE | | | | |
| RENTAL REAL ESTATE | 3,493 | | | |
| HAMPTONS II: GRACE ESTATES LIMITED | | | | |
| TRADE/BUSINESS ACTIVITY | 11,114 | | | |
| LONE WOLF MCQUADE ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | 23 | | | |
| ML-LEE ACQUISITION FUND, L.P. | | | | |
| SUMMER LOVERS ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | | 14,747 | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 15,467 | 14,747 | | 1,057 |

| OTHER K-1 INFORMATION | |
|---|---|
| PASSIVE LOSS CARRYOVER FOR ALT MIN | 50,638 |
| INTEREST | 1,532 |
| DIVIDENDS | 63 |
| SHORT-TERM CAPITAL GAIN OR LOSS | -35 |
| LONG-TERM CAPITAL GAIN OR LOSS | -1,047 |
| OTHER SECTION 1231 GAIN OR LOSS | -108 |
| DEDUCTIONS | |
| DEDUCTIONS RELATED TO PORTFOLIO INCOME | 419 |
| TAX PREFERENCE ITEMS | |
| DEPRECIATION ADJUSTMENT - POST 86 | 756 |
| INVESTMENT INTEREST EXPENSE | |
| INVESTMENT INTEREST - NONBUSINESS | 444 |
| INVESTMENT INCOME | 1,595 |
| INVESTMENT EXPENSES | 419 |

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 11

STATEMENT 6 - LONG-TERM CAPITAL GAINS AND LOSSES

LONG-TERM GAINS AND LOSSES

FORM 1099-B TRANSACTIONS

| | DATE ACQUIRED | DATE SOLD | SALES PRICE | COST OR OTHER BASIS | GAIN OR LOSS |
|---|---|---|---|---|---|
| 75000 WASHINGTON ST HCFA | 03/17/83 | 02/07/91 | 76,498 | 75,738 | 760 |
| 10000 WA ST HEALTH CARE FACILITIES | 02/03/82 | 08/01/91 | 10,200 | 10,608 | -408 |
| 2000 HORIZON HEALTHCARE CORP. | 05/14/87 | 08/30/91 | 11,903 | 16,000 | -4,097 |
| 40000 KING CO WA WATER & SEWER DIST | 12/12/85 | 12/02/91 | 40,000 | 40,115 | -115 |
| 75 SHARES MUNICIPAL INV TRUST(PRIN) | | 12/26/91 | 7 | 7 | 0 |
| 6713.03 SHS FINANCIAL DYNAMIC FUND | | 05/15/91 | 56,592 | 49,399 | 7,193 |
| 5805.706 SHS FINANCIAL DYNAMICS FND | | 11/12/91 | 61,073 | 57,841 | 3,232 |
| TOTAL | | | 256,273 | 249,708 | 6,565 |

LONG-TERM GAINS 11,185

LONG-TERM LOSSES -4,620

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 12

STATEMENT 7 - PASSIVE ACTIVITY LOSS LIMITATIONS

RENTAL REAL ESTATE ACTIVITIES WITH ACTIVE PARTICIPATION

| | CURRENT YEAR A) INCOME | CURRENT YEAR B) (LOSS) | PRIOR YEAR C) UNALLOWED | OVERALL D) INCOME | OVERALL E) (LOSS) | |
|---|---|---|---|---|---|---|
| 5026 SOUTH PUGET SOUND (1/3 INTEREST) | 745 | | | 745 | | RENTAL |
| TOTALS | 745 | | | 745 | | |

OTHER PASSIVE ACTIVITIES

| | CURRENT YEAR A) INCOME | CURRENT YEAR B) (LOSS) | PRIOR YEAR C) UNALLOWED | OVERALL D) INCOME | OVERALL E) (LOSS) | |
|---|---|---|---|---|---|---|
| CINEMA '84 REGISTRATION NO. 842720000294 | 1,272 | | -2,455 | | -1,183 | PARTNERSHIP |
| FAWCETT PLAZA ONE | | -3,487 | -11,871 | | -15,358 | PARTNERSHIP |
| HAMPTONS II: GRACE ESTATES LIMITED | | -16,246 | -32,618 | | -48,864 | PARTNERSHIP |
| LONE WOLF MCQUADE ASSOCIATES | | -56 | -44 | | -100 | PARTNERSHIP |
| MRI BUSINESS PROPERTIES FUND LTD. | | -701 | -1,266 | | -1,967 | PARTNERSHIP |
| MRI BUSINESS PROPERTIES FUND LTD. | | -195 | -447 | | -642 | PARTNERSHIP |
| SUMMER LOVERS ASSOCIATES | 14,747 | | | 14,747 | | PARTNERSHIP |
| TOTALS | 16,019 | -20,685 | -48,701 | 14,747 | -68,114 | |

STATEMENT 7 - PASSIVE ACTIVITY LOSS LIMITATIONS (CONTINUED)

ALLOCATION OF UNALLOWED LOSSES

| | |
|---|---|
| PASSIVE LOSSES IN EXCESS OF INCOME | 52,622 |
| SPECIAL ALLOWANCE | 0 |
| UNALLOWED LOSSES TO BE ALLOCATED | 52,622 |

| FORM OR SCHEDULE REPORTED ON | A) LOSS | B) RATIO | C) UNALLOWED LOSS |
|---|---|---|---|
| CINEMA '84 REGISTRATION NO. 842720000294 | | | |
| SCHEDULE E | 1,183 | .017367942 | 914 |
| FAWCETT PLAZA ONE | | | |
| SCHEDULE E | 15,358 | .225474939 | 11,865 |
| HAMPTONS II: GRACE ESTATES LIMITED | | | |
| SCHEDULE E | 48,864 | .717385560 | 37,750 |
| LONE WOLF MCQUADE ASSOCIATES | | | |
| SCHEDULE E | 100 | .001468127 | 77 |
| MRI BUSINESS PROPERTIES FUND LTD. | | | |
| SCHEDULE E | 1,967 | .028878057 | 1,520 |
| MRI BUSINESS PROPERTIES FUND LTD. | | | |
| SCHEDULE E | 642 | .009425375 | 496 |
| TOTALS | 68,114 | 1.000000000 | 52,622 |

ALLOWED LOSSES FROM PASSIVE ACTIVITIES

CINEMA '84 REGISTRATION NO. 842720000294

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| SCHEDULE E(LOSS) | 2,455 | | | |
| GAIN | 1,272 | | | |
| NET LOSS | 1,183 | 1.000000000 | 914 | 1,541 |
| TOTALS | 1,183 | 1.000000000 | 914 | 1,541 |

BUSH 004 0575-34 04101755



STATEMENT 7 - PASSIVE ACTIVITY LOSS LIMITATIONS (CONTINUED)

ALLOWED LOSSES FROM PASSIVE ACTIVITIES

FAWCETT PLAZA ONE

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| SCHEDULE E(LOSS) | 15,358 | | | |
| NET LOSS | 15,358 | 1.000000000 | 11,865 | 3,493 |
| TOTALS | 15,358 | 1.000000000 | 11,865 | 3,493 |

HAMPTONS II: GRACE ESTATES LIMITED

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| SCHEDULE E(LOSS) | 48,864 | | | |
| NET LOSS | 48,864 | 1.000000000 | 37,750 | 11,114 |
| TOTALS | 48,864 | 1.000000000 | 37,750 | 11,114 |

LONE WOLF MCQUADE ASSOCIATES

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| SCHEDULE E(LOSS) | 100 | | | |
| NET LOSS | 100 | 1.000000000 | 77 | 23 |
| TOTALS | 100 | 1.000000000 | 77 | 23 |

STATEMENT 7 - PASSIVE ACTIVITY LOSS LIMITATIONS (CONTINUED)

ALLOWED LOSSES FROM PASSIVE ACTIVITIES

MRI BUSINESS PROPERTIES FUND LTD.

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| SCHEDULE E(LOSS) | 1,859 | | | |
| NET LOSS | 1,859 | .945094052 | 1,437 | 422 |

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| FORM 4797 (LOSS) | 108 | | | |
| NET LOSS | 108 | .054905948 | 83 | 25 |
| TOTALS | 1,967 | 1.000000000 | 1,520 | 447 |

MRI BUSINESS PROPERTIES FUND LTD.

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| SCHEDULE E(LOSS) | 642 | | | |
| NET LOSS | 642 | 1.000000000 | 496 | 146 |
| TOTALS | 642 | 1.000000000 | 496 | 146 |

| TOTAL ALLOWED LOSSES | 16,764 |
|---|---|

BUSH 004 0575-34 04101755



STATEMENT 8 - PASSIVE ACTIVITY LOSS LIMITATIONS
ALTERNATIVE MINIMUM TAX

RENTAL REAL ESTATE ACTIVITIES WITH ACTIVE PARTICIPATION

| | CURRENT YEAR A) INCOME | CURRENT YEAR B) (LOSS) | PRIOR YEAR C) UNALLOWED | | OVERALL D) INCOME | OVERALL E) (LOSS) |
|---|---|---|---|---|---|---|
| 5026 SOUTH PUGET SOUND (1/3 INTEREST) | 745 | | | ALT MIN | 745 | |
| TOTALS | 745 | | | | 745 | |

OTHER PASSIVE ACTIVITIES

| | CURRENT YEAR A) INCOME | CURRENT YEAR B) (LOSS) | PRIOR YEAR C) UNALLOWED | | OVERALL D) INCOME | OVERALL E) (LOSS) |
|---|---|---|---|---|---|---|
| CINEMA '84 REGISTRATION NO. 842720000294 | 1,272 | | -2,615 | ALT MIN | | -1,343 |
| FAWCETT PLAZA ONE | | -2,768 | -11,751 | ALT MIN | | -14,519 |
| HAMPTONS II: GRACE ESTATES LIMITED | | -16,246 | -34,190 | ALT MIN | | -50,436 |
| LONE WOLF MCQUADE ASSOCIATES | | -56 | -47 | ALT MIN | | -103 |
| MRI BUSINESS PROPERTIES FUND LTD. | | -664 | -1,571 | ALT MIN | | -2,235 |
| MRI BUSINESS PROPERTIES FUND LTD. | | -195 | -464 | ALT MIN | | -659 |
| SUMMER LOVERS ASSOCIATES | 14,747 | | | ALT MIN | 14,747 | |
| TOTALS | 16,019 | -19,929 | -50,638 | | 14,747 | -69,295 |

STATEMENT 8 - PASSIVE ACTIVITY LOSS LIMITATIONS (CONTINUED)
ALTERNATIVE MINIMUM TAX

ALLOCATION OF UNALLOWED LOSSES

| | |
|---|---|
| PASSIVE LOSSES IN EXCESS OF INCOME | 53,803 |
| SPECIAL ALLOWANCE | 0 |
| UNALLOWED LOSSES TO BE ALLOCATED | 53,803 |

| FORM OR SCHEDULE REPORTED ON | A) LOSS | B) RATIO | C) UNALLOWED LOSS |
|---|---|---|---|
| CINEMA '84 REGISTRATION NO. 842720000294 | | | |
| FORM 6251 | 1,343 | .019380908 | 1,043 |
| FAWCETT PLAZA ONE | | | |
| FORM 6251 | 14,519 | .209524497 | 11,273 |
| HAMPTONS II: GRACE ESTATES LIMITED | | | |
| FORM 6251 | 50,436 | .727844722 | 39,160 |
| LONE WOLF MCQUADE ASSOCIATES | | | |
| FORM 6251 | 103 | .001486399 | 80 |
| MRI BUSINESS PROPERTIES FUND LTD. | | | |
| FORM 6251 | 2,235 | .032253409 | 1,735 |
| MRI BUSINESS PROPERTIES FUND LTD. | | | |
| FORM 6251 | 659 | .009510065 | 512 |
| TOTALS | 69,295 | 1.000000000 | 53,803 |

ALLOWED LOSSES FROM PASSIVE ACTIVITIES

STATEMENT 8 - PASSIVE ACTIVITY LOSS LIMITATIONS (CONTINUED)
ALTERNATIVE MINIMUM TAX

ALLOWED LOSSES FROM PASSIVE ACTIVITIES

CINEMA '84 REGISTRATION NO. 842720000294

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| FORM 6251 (LOSS) | 2,615 | | | |
| GAIN | 1,272 | | | |
| NET LOSS | 1,343 | 1.000000000 | 1,043 | 1,572 |
| TOTALS | 1,343 | 1.000000000 | 1,043 | 1,572 |

FAWCETT PLAZA ONE

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| FORM 6251 (LOSS) | 14,519 | | | |
| NET LOSS | 14,519 | 1.000000000 | 11,273 | 3,246 |
| TOTALS | 14,519 | 1.000000000 | 11,273 | 3,246 |

HAMPTONS II: GRACE ESTATES LIMITED

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| FORM 6251 (LOSS) | 50,436 | | | |
| NET LOSS | 50,436 | 1.000000000 | 39,160 | 11,276 |
| TOTALS | 50,436 | 1.000000000 | 39,160 | 11,276 |

STATEMENT 8 - PASSIVE ACTIVITY LOSS LIMITATIONS (CONTINUED)
ALTERNATIVE MINIMUM TAX

ALLOWED LOSSES FROM PASSIVE ACTIVITIES

LONE WOLF MCQUADE ASSOCIATES

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| FORM 6251 (LOSS) | 103 | | | |
| NET LOSS | 103 | 1.000000000 | 80 | 23 |
| TOTALS | 103 | 1.000000000 | 80 | 23 |

MRI BUSINESS PROPERTIES FUND LTD.

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| FORM 6251 (LOSS) | 2,235 | | | |
| NET LOSS | 2,235 | 1.000000000 | 1,735 | 500 |
| TOTALS | 2,235 | 1.000000000 | 1,735 | 500 |

MRI BUSINESS PROPERTIES FUND LTD.

| FORM OR SCHEDULE | A) & B) NET LOSS | C) RATIO | D) UNALLOWED LOSS | E) ALLOWED LOSS |
|---|---|---|---|---|
| FORM 6251 (LOSS) | 659 | | | |
| NET LOSS | 659 | 1.000000000 | 512 | 147 |
| TOTALS | 659 | 1.000000000 | 512 | 147 |

TOTAL ALLOWED LOSSES 16,764

1991 FEDERAL INCOME TAX STATEMENTS



STATEMENT 9 - PENSION AND ANNUITY WITHHOLDING

| PENSION/ANNUITY DESCRIPTION | FEDERAL INCOME TAX WITHHELD |
|---|---|
| DEPT. OF RETIREMENT SYSTEMS | 178 |
| TOTAL FEDERAL TAXES WITHHELD | 178 |

---

STATEMENT 10 - PENSIONS AND ANNUITIES

GENERAL RULE

| DESCRIPTION | INVESTMENT IN CONTRACT | EXPECTED RETURN | PCT OF INCOME EXCLUDED | AMOUNT RECEIVED THIS YR | TAX-FREE PORTION | TAXABLE PORTION |
|---|---|---|---|---|---|---|
| (W) DEPT. OF RETIREMENT SYSTEMS | | | | 3,783 | | 3,783 |
| TAXABLE INCOME UNDER GENERAL RULE | | | | | | 3,783 |

SUMMARY FOR ALL PENSIONS AND ANNUITIES

| | AMOUNT RECEIVED | TAXABLE PORTION |
|---|---|---|
| OTHER PENSIONS AND ANNUITIES | 3,783 | 3,783 |
| TOTAL AMOUNT RECEIVED | 3,783 | |
| TOTAL TAXABLE AMOUNT REPORTED ON 1040, 17B. | | 3,783 |

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS PAGE 21

STATEMENT 11 - INVESTMENT INTEREST

| | | |
|---|---|---|
| FROM PARTNERSHIPS | 444 | |
| TOTAL INVESTMENT INTEREST | | 444 |
| DEDUCTIBLE INVESTMENT INTEREST - FORM 4952 | | 444 |

STATEMENT 12 - NONCASH CONTRIBUTIONS SUMMARY

50% CONTRIBUTIONS

| DESCRIPTION OF PROPERTY | COST OR BASIS OF PROPERTY | FMV OF PROPERTY | DEDUCTIBLE CONTRIB |
|---|---|---|---|
| ASSORTED CLOTHING | 1,920 | 420 | 420 |
| CLOTHING | 144 | 36 | 36 |
| COMPUTER, PRINTER, ACCESS | 3,500 | 800 | 800 |
| TOTAL 50% NONCASH CONTRIBUTIONS | | | 1,256 |
| TOTAL NONCASH CONTRIBUTIONS | | | 1,256 |

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS



STATEMENT 13 - MISCELLANEOUS DEDUCTIONS SUBJECT TO 2% AGI LIMIT

| | | |
|---|---|---|
| SAFE DEPOSIT BOX | 25 | |
| DEDUCT RE PORTFOLIO INC - PTNR | 419 | |
| IRA CUSTODIAL FEES | 195 | |
| INVESTMENT EXPENSE | 7,029 | |
| AUTO EXPENSE | 716 | |
| | ---------- | |
| TOTAL MISCELLANEOUS DEDUCTIONS | | 8,384 |
| | | ========== |

---

STATEMENT 14 - EMPLOYEE BUSINESS EXPENSES SUBJECT TO 2% AGI LIMIT

AUTOMOBILE EXPENSE

STATEMENT 15 - CASH CONTRIBUTIONS

CHARITIES QUALIFYING FOR 50 PCT LIMITATION

| | | | |
|---|---|---|---|
| UNITED WAY | 300 | | |
| SDSM AND T FOUNDATION | 311 | | |
| PLU Q CLUB | 240 | | |
| P/S ROTARY AUCTION | 459 | | |
| ROTARY FOUNDATION | 308 | | |
| MISC. ORGANIZED CHARITIES | 501 | | |
| | --------- | | |
| TOTAL CASH CONTRIBUTIONS | | | |
| CHARITIES QUALIFYING FOR 50 PCT LIMITATION | | 2,119 | |
| | | ---------- | |
| TOTAL CASH CONTRIBUTIONS | | | 2,119 |
| | | | ========== |

BUSH 004 0575-34 04101755

1991 FEDERAL INCOME TAX STATEMENTS 

STATEMENT 16 - HOME MORTGAGE INTEREST AND POINTS REPORTED ON FORM 1098

| | | |
|---|---|---|
| PERSONAL MTG INT - FORM 8829 | 403 | |
| | ---------- | |
| TOTAL MTG INTEREST PAID TO FINANCIAL INSTITUTIONS | | 403 |
| | | ========== |

**Wage and Tax Statement 1991**

**Form W-2** Copy B — File with employee's FEDERAL tax return

| Box | Content |
|---|---|
| 2 Employer's name, address and ZIP code | COMM FOR DEFERRED COMP<br>BENEFIT COMPENSATION<br>2600 MARTIN WAY<br>OLYMPIA, WA. 98504 |
| 3 Employer's identification number | |
| 4 Employer's State number | 69 0910001 |
| 5 Employee's SSN | |
| 6 Pension plan coverage? Yes/No | NO |
| 8 Advance EIC payment | .00 |
| 9 Federal income tax withheld | 633.60 |
| 10 Wages, tips, other compensation | 6,000.00 |
| 11 Social Security tax withheld | .00 |
| 12 Social Security wages | .00 |
| 14 Medicare Wages and Tips | .00 |
| 15 Medicare Tax Withheld | .00 |
| 16G Nonqualified Plans | 6,000.00 |
| 17G Deferred Compensation | .00 |
| 19(a)(b) Employee's name and address | BUSH, BEVERLY J. |
| 22 Dependent Care | .00 |
| 23 Noncash Compensation | .00 |

**W-2 Federal Filing Copy**

Form W-2 Wage and Tax Statement 1991 OMB No 1545-0
Copy B To be filed with employee's Federal Income Tax Return
Department of the Treasury-Internal Revenue Service
This information is being furnished to the IRS and appropriate State of

| Box | Content |
|---|---|
| 1 Control Number | 000101 3MC |
| Dept. | 100 |
| Corp. | |
| Employer use o | T |
| 2 Employer's name, address, and ZIP code | CHALKER PUTNAM COLLINS &<br>SCOTT INC<br>950 S FAWCETT STE 301<br>TACOMA WA 98402 |
| 3 Employer's ID number | |
| 4 Employer's state ID number | |
| 5 Employee's SSA numbe | |
| 6 Stat Emp. / Deceased / Pension plan / Legal rep. / 942 emp. / Deferred c | Pension plan: X; Deferred c: X |
| 7 Allocated tips | |
| 8 Advance EIC payment | |
| 9 Federal Income tax withheld | 6484.39 |
| 10 Wages, tips, other comp | 36844.90 |
| 11 Social Security tax withheld | 2675.29 |
| 12 Social Security wages | 43149.90 |
| 13 Social Security tips | |
| 14 Medicare wages and tip | 43149.90 |
| 15 Medicare tax withheld | 625.67 |
| 16 Nonqualified plans | |
| 17 See Instrs. for Box 17 | D 6305.00 |
| 18 Other | |
| 19 Employee's name, address and ZIP code | LYMAN F BUSH |
| 22 Dependent care benefits | |
| 23 Benefits included in Box | 3000.00 |
| 24 State income tax | |
| 25 State wages, tips | |
| 26 Name of stat | WA |
| 27 Local income tax | |
| 28 Local wages, tips | |
| 29 Name of loca | |

Fold a

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

OMB No. 1545-0119

Copy B

Statement for Recipients of

(if checked) ☐ CORRECTED

| Box | Content |
|---|---|
| PAYER'S name, street address, city, state, and ZIP code | DEPT. OF RETIREMENT SYSTEMS<br>TRS I -PENSION R001163 16659<br>P.O. BOX 48380<br>OLYMPIA, WA 98504-8380 |
| PAYER'S Federal identification number | |
| RECIPIENT'S identification number | |
| 1 Gross distribution | $ 3,783.17 |
| 2a Taxable amount | $ .00 |
| 2b Taxable amount not determined | ☒ |
| 2b Total distribution | ☐ |
| 3 Amount in Box 2a eligible for capital gain election | .00 |
| CALENDAR YEAR | 91 |
| 4 Federal income tax withheld | $ 178.27 |
| 5 Employee contributions or insurance premiums | $ .00 |
| 6 Net unrealized appreciation in employer's securities | $ .00 |
| 7 Distribution code | 3 |
| IRA/SEP | ☐ |
| RECIPIENT'S name, street address, city, state, and ZIP code | BEVERLY J. BUSH |
| 8 Other | % |
| 9 Your percentage of total distribution | % |
| 10 State income tax withheld | $ |
| 11 State | |
| Payer's state number | |
| 12 Local income tax withheld | $ |
| 13 Name of locality | |
| Account number (optional) | |

Report this income on your Federal tax return. If this form shows Federal income tax withheld in Box 4, attach this copy to your return.

Form **1099-R** 16-0331690

Department of the Treasury Internal Revenue Service