29221 12948902

Form **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **1993**

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1993, or other tax year beginning , 1993, ending , 19 — OMB No. 1545-0074

**Label** (See Instructions on page 12.)
**Use IRS label.** Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. BUSH | | |
| LK | 29 5P | Spouse's social security number |
| LYMAN F & BEVERLY J BUSH | | |
| | Apt. no. | **For Privacy Act and Paperwork Reduction Act Notice, see page 4.** |

I R S ...ge 12.

**Presidential Election Campaign**

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status
(See page 12.)
Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶19 ).

## Exemptions
(See page 13.)

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1993 |
|---|---|---|---|---|
| | | | | |

If more than six dependents, see page 14.

No. of your children on 6c who: ● lived with you ___ ● didn't live with you due to divorce or separation (see page 15) ___
Dependents on 6c not entered above ___

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.
If you did not get a W-2, see page 10.
If you are attaching a check or money order, put it on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 12,000. |
| 8a | **Taxable** interest income. Attach Schedule B if over $400 | | 8a | 8,417. |
| b | **Tax-exempt** interest (see page 17). DON'T include on line 8a | 8b 9,284. | | |
| 9 | Dividend income. Attach Schedule B if over $400 | | 9 | 7,958. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 17) | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | 47,897. |
| 13 | Capital gain or (loss). Attach Schedule D | | 13 | 46,783. |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | | 14 | |
| 15 | Other gains or (losses). Attach Form 4797 | | 15 | <6.> |
| 16a | Total IRA distributions | 16a | 16b b Taxable amount (see page 18) | |
| 17a | Total pensions and annuities | 17a 23,951. | 17b b Taxable amount (see page 18) | 9,992. |
| 18 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 18 | 6. |
| 19 | Farm income or (loss). Attach Schedule F | | 19 | |
| 20 | Unemployment compensation (see page 19) | | 20 | |
| 21a | Social security benefits | 21a 11,407. | 21b b Taxable amount (see page 19) | 5,704. |
| 22 | Other income. List type and amount - see page 20 | | 22 | |
| 23 | Add the amounts in the far right column for lines 7 through 22. This is your **total income** ▶ | | 23 | 138,751. |

## Adjustments to Income
(See page 20.)

| Line | Description | | Amount | |
|---|---|---|---|---|
| 24a | Your IRA deduction (see page 20) | 24a | | |
| b | Spouse's IRA deduction (see page 20) | 24b | | |
| 25 | One-half of self-employment tax (see page 21) | 25 | 3,384. | |
| 26 | Self-employed health insurance deduction (see page 22) | 26 | 1,837. | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | 5,806. | |
| 28 | Penalty on early withdrawal of savings | 28 | | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | | |
| 30 | Add lines 24a through 29. These are your **total adjustments** | | 30 | 11,027. |

RECEIVED MAY 03 1994 OGDEN, UT IRS-OSC

GOVERNMENT EXHIBIT DX4

**Adjusted Gross Income**

| 31 | Subtract line 30 from line 23. This is your **adjusted gross income.** If this amount is less than $23,050 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56 ▶ | 31 | 127,724. |
|---|---|---|---|

Form 1040 (1993) LYMAN F. & BEVERLY J. BUSH OMB No. 1545-0074 Page **2**

## Tax Computation

| Line | Description | Box | Amount |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 127,724. |
| 33a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 24 and check here ▶ 33c ☐ | | |
| 34 | Enter the **larger** of your: **Itemized deductions** from Schedule A, line 26, **OR** **Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b,** go to page 24 to find your standard deduction. *If you checked box 33c, your standard deduction is zero.* • Single - $3,700 • Head of household - $5,450 • Married filing jointly or Qualifying widow(er) - $6,200 • Married filing separately - $3,100 | 34 | 10,688. |
| 35 | Subtract line 34 from line 32 | 35 | 117,036. |
| 36 | If line 32 is $81,350 or less, multiply $2,350 by the total number of exemptions claimed on line 6e. If line 32 is over $81,350, see the worksheet on page 25 for the amount to enter | 36 | 4,700. |
| 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0-. | 37 | 112,336. |
| 38 | Tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☒ Schedule D Tax Worksheet, or d ☐ Form 8615 (see page 25). Amount from Form(s) 8814 ▶ e | 38 | 26,651. |
| 39 | Additional taxes (see page 25). Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| 40 | Add lines 38 and 39 ▶ | 40 | 26,651. |

## Credits

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | | |
| 43 | Foreign tax credit. Attach Form 1116 | 43 | | | |
| 44 | Other credits. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 44 | | | |
| 45 | Add lines 41 through 44 | | | 45 | |
| 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0-. ▶ | | | 46 | 26,651. |

## Other Taxes

| Line | Description | Box | Amount |
|---|---|---|---|
| 47 | Self-employment tax. Attach Schedule SE. Also, see line 25 | 47 | 6,768. |
| 48 | Alternative minimum tax. Attach Form 6251 | 48 | 0. |
| 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | |
| 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | |
| 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 | |
| 52 | Advance earned income credit payments from Form W-2 | 52 | |
| 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 33,419. |

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 54 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☒ | 54 | 2,611. | | STATEMENT 3 |
| 55 | 1993 estimated tax payments and amount applied from 1992 return | 55 | 35,930. | | |
| 56 | **Earned income credit.** Attach Schedule EIC | 56 | | | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | | | |
| 58a | Excess social security, Medicare, and RRTA tax withheld | 58a | | | |
| b | Deferral of additional 1993 taxes. Attach Form 8841 | 58b | | | |
| 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | | | |
| 60 | Add lines 54 through 59. These are your **total payments** ▶ | | | 60 | 38,541. |

## Refund or Amount You Owe

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | | | 61 | 5,122. |
| 62 | Amount of line 61 you want **REFUNDED TO YOU** ▶ | | | 62 | |
| 63 | Amount of line 61 you want **APPLIED TO YOUR 1994 ESTIMATED TAX** ▶ | 63 | 5,118. | | |
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** For details on how to pay, including what to write on your payment, see page 29 | | | 64 | |
| 65 | Estimated tax penalty (see page 29). Also include on line 64 | 65 | 4. | | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Date | Occupation |
|---|---|---|
| Your signature: Lyman F. Bush | 4-29-94 | Your occupation: STRUCTURAL ENGINEER |
| Spouse's signature. If a joint return, BOTH must sign: Beverly J. Bush | 4-29-94 | Spouse's occupation: TEACHER |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature: Donald R. Brinn | Date: 4/25/94 | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | BRINK & SADLER, C.P.A.'S | E. I. No. | [illegible] |
| | P.O. BOX 99190 | ZIP code | [illegible] |
| | TACOMA, WASHINGTON | | |

310002
10-16-93

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals and Fiduciaries

▶ See separate instructions.
▶ Attach to Form 1040, Form 1040A, Form 1040NR, or Form 1041.

OMB No. 1545-0140
**1993**
Attachment Sequence No. **06**

Name(s) shown on tax return: LYMAN F. & BEVERLY J. BUSH

Identifying number

**Note:** In most cases, you do not need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 only if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from line 20 or line 32 on the penalty line of your return, but do not attach Form 2210.

## Part I Reasons for Filing – If 1a, b, c, or d below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1e or f below applies to you, check that box and file Form 2210 with your tax return.

1 Check whichever boxes apply (if none apply, see the **Note** above):

- a ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See the instructions for **Waiver of Penalty**.
- b ☐ You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installment. See **Instructions for Schedule B.**
- c ☐ You had Federal income tax withheld from wages and you treat it as paid for estimated tax purposes when it was **actually withheld** instead of in equal amounts on the payment due dates. See the instructions for line 22.
- d ☐ **(1)** You made estimated tax payments for 1990, 1991, or 1992 (or were charged an estimated tax penalty for any of those years), **AND**
  **(2)** Your adjusted gross income (AGI) is more than $75,000 (more than $37,500 if married filing separately), **AND**
  **(3)** Your 1993 modified AGI exceeds your 1992 AGI by more than $40,000 (more than $20,000 if married filing separately), **AND**
  **(4)** Your 2nd, 3rd, or 4th required installment (column (b), (c) or (d) of line 21) is based on **either** your 1992 tax or 90% of your 1993 modified tax. See the **Instructions for Schedule A** for more information.
- e ☐ Conditions (1), (2), and (4) (but not condition (3)) in box 1d apply to you, and your 1993 AGI exceeds your 1992 AGI by more than $40,000 (more than $20,000 if married filing separately). If you check this box, you must also attach a computation of your 1993 modified AGI.
- f ☐ One or more of your required installments (line 21) are based on your 1992 tax and you filed or are filing a joint return for either 1992 or 1993 but not for both years.

## Part II All filers must complete this part.

| Line | Description | Inner line | Inner amount | Line | Amount |
|---|---|---|---|---|---|
| 2 | Enter your 1993 tax after credits | | | 2 | 26,651. |
| 3 | Other taxes (see instructions) | | | 3 | 6,768. |
| 4 | Add lines 2 and 3 | | | 4 | 33,419. |
| 5 | Earned income credit | 5 | | | |
| 6 | Credit for Federal tax paid on fuels | 6 | | | |
| 7 | Add lines 5 and 6 | | | 7 | |
| 8 | Current year tax. Subtract line 7 from line 4 | | | 8 | 33,419. |
| 9 | Multiply line 8 by 90% (.90) | 9 | 30,077. | | |
| 10 | Withholding taxes. Do **not** include any estimated tax payments on this line | | | 10 | 2,611. |
| 11 | Subtract line 10 from line 8. If less than $500, stop here; **do not** complete or file this form. You do not owe the penalty | | | 11 | 30,808. |
| 12 | Tax shown on your prior year (1992) tax. (**Caution**: See instructions.) | | | 12 | 21,999. |
| 13 | Enter the **smaller** of line 9 or line 12 | | | 13 | 21,999. |

## Part III Short Method (Caution: Read the instructions to see if you can use the short method. If you checked box 1b, c, or d in Part I, skip this part and go to Part IV.)

| Line | Description | Inner line | Inner amount | Line | Amount |
|---|---|---|---|---|---|
| 14 | Enter the amount, if any, from line 10 above | 14 | | | |
| 15 | Enter the total amount, if any, of estimated tax payments you made | 15 | | | |
| 16 | Add lines 14 and 15 | | | 16 | |
| 17 | **Total underpayment for year.** Subtract line 16 from line 13. If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1e or f above | | | 17 | |
| 18 | Multiply line 17 by .04655 | | | 18 | |
| 19 | ● If the amount on line 17 was paid **on or after** 4/15/94, enter -0-. ● If the amount on line 17 was paid **before** 4/15/94, make the following computation to find the amount to enter on line 19. Amount on line 17 x Number of days paid before 4/15/94 x .00019 | | | 19 | |
| 20 | **PENALTY.** Subtract line 19 from line 18. Enter the result here and on Form 1040, line 65; Form 1040A, line 33; Form 1040NR, line 66; or Form 1041, line 26 ▶ | | | 20 | |

S430 **For Paperwork Reduction Act Notice, see page 1 of separate instructions.** Form **2210** (1993)



312491
01-04-94
08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

Form 2210 (1993) LYMAN F. & BEVERLY J. BUSH OMB. No. 1545-0140 Page 2

## Part IV Regular Method

| Section A - Figure Your Underpayment | | Payment Due Dates | | | |
|---|---|---|---|---|---|
| | | (a) 4/15/93 | (b) 6/15/93 | (c) 9/15/93 | (d) 1/15/94 |
| 21 **Required installments.** If box 1b applies, enter the amounts from Schedule B, line 26. If you must use Schedule A to figure your penalty (and box 1b does not apply), enter the amounts from Schedule A, line 5, 8, or 19, whichever applies. All others, enter ¼ of line 13, Form 2210, in each column | 21 | 5,500. | 5,500. | 5,500. | 5,499. |
| 22 Estimated tax paid and tax withheld. For column (a) only, also enter the amount from line 22 on line 26. If line 22 is equal to or more than line 21 for all payment periods, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked a box in Part I | 22 | 5,463. | 5,463. | 5,463. | 22,152. |
| **Complete lines 23 through 29 of one column before going to the next column.** 23 Enter amount, if any, from line 29 of previous column | 23 | | | | |
| 24 Add lines 22 and 23 | 24 | | 5,463. | 5,463. | 22,152. |
| 25 Add amounts on lines 27 and 28 of the previous column | 25 | | 37. | 74. | 111. |
| 26 Subtract line 25 from line 24. If zero or less, enter -0-. For column (a) only, enter the amount from line 22 | 26 | 5,463. | 5,426. | 5,389. | 22,041. |
| 27 If the amount on line 26 is zero, subtract line 24 from line 25. Otherwise, enter -0- | 27 | | 0. | 0. | 0. |
| 28 **Underpayment.** If line 21 is equal to or more than line 26, subtract line 26 from line 21. Then go to line 23 of next column. Otherwise, go to line 29 ▶ | 28 | 37. | 74. | 111. | |
| 29 Overpayment. If line 26 is more than line 21, subtract line 21 from line 26. Then go to line 23 of next column | 29 | | | | 16,542. |

**Section B - Figure the Penalty** (Complete lines 30 and 31 of one column before going to the next column.)

| | | 4/15/93 | 6/15/93 | 9/15/93 | 1/15/94 |
|---|---|---|---|---|---|
| 30 Number of days FROM the date shown above line 30 TO the date the amount on line 28 was paid or 4/15/94, whichever is earlier | 30 | Days: SEE ATTACHED WORKSHEET | Days: | Days: | Days: |
| 31 Underpayment on line 28 x (Number of days on line 30 / 365) x .07 ▶ | 31 | $ | $ | $ | $ |
| 32 **PENALTY.** Add the amounts in each column of line 31. Enter the total here and on Form 1040, line 65; Form 1040A, line 33; Form 1040NR, line 66; or Form 1041, line 26 ▶ | 32 | | | | $ 4. |

# UNDERPAYMENT OF ESTIMATED TAX WORKSHEET

| Name(s) | Identifying Number |
|---|---|
| LYMAN F. & BEVERLY J. BUSH | |

| (A) *Date | (B) Amount | (C) Adjusted Balance Due | (D) Number Days Balance Due | (E) Daily Penalty Rate | (F) Penalty |
|---|---|---|---|---|---|
| | | -0- | | | |
| 04/15/93 | 5,500. | 5,500. | | | |
| 04/15/93 | <653.> | 4,847. | | | |
| 04/15/93 | <4,810.> | 37. | 61 | .000191781 | 0. |
| 06/15/93 | 5,500. | 5,537. | | | |
| 06/15/93 | <653.> | 4,884. | | | |
| 06/15/93 | <4,810.> | 74. | 92 | .000191781 | 1. |
| 09/15/93 | 5,500. | 5,574. | | | |
| 09/15/93 | <653.> | 4,921. | | | |
| 09/15/93 | <4,810.> | 111. | 122 | .000191781 | 3. |
| 01/15/94 | 5,499. | 5,610. | | | |
| 01/15/94 | <652.> | 4,958. | | | |
| 01/15/94 | <21,500.> | <16,542.> | 90 | .000191781 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Penalty Due (Sum of Column F). .......... 4.

* Date of estimated tax payment, withholding credit date or installment due date, whichever is earlier.

**SCHEDULE A&B (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

(Schedule B is on page 2)

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**1993**
Attachment Sequence No. 07

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number:

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) SEE STATEMENT 7 | 1 | 7,777. | | |
| | 2 | Enter amount from Form 1040, line 32 [2] 127,724. | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 9,579. | | |
| | 4 | Subtract line 3 from line 1. If zero or less, enter -0- | | | ▶ 4 | 0. |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 1,638. | | |
| | 7 | Other taxes. List - include personal property taxes ▶ PERSONAL PROPERTY TAX 779.; OTHER 57. | 7 | 836. | | |
| | 8 | Add lines 5 through 7 | | | ▶ 8 | 2,474. |
| **Interest You Paid** (See page A-2.) | 9a | Home mortgage interest and points reported to you on Form 1098 STMT 5 | 9a | 131. | | |
| | b | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 9b | | | |
| **Note:** Personal interest is not deductible. | 10 | Points not reported to you on Form 1098. See page A-3 for special rules | 10 | | | |
| | 11 | Investment interest. If required, attach Form 4952. (See page A-3.) STMT 6 | 11 | 69. | | |
| | 12 | Add lines 9a through 11 | | | ▶ 12 | 200. |
| **Gifts to Charity** (See page A-3.) | | **Caution:** If you made a charitable contribution and received a benefit in return, see page A-3. | | | | |
| | 13 | Contributions by cash or check SEE STATEMENT 4 | 13 | 2,325. | | |
| | 14 | Other than by cash or check. If over $500, you **MUST** attach Form 8283 | 14 | 499. | | |
| | 15 | Carryover from prior year | 15 | | | |
| | 16 | Add lines 13 through 15 | | | ▶ 16 | 2,824. |
| Casualty and Theft Losses | 17 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | ▶ 17 | |
| Moving Expenses | 18 | Moving expenses. Attach Form 3903 or 3903-F. (See page A-4.) | | | ▶ 18 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you **MUST** attach Form 2106. (See page A-4.) ▶ | 19 | | | |
| (See page A-5 for expenses to deduct here.) | 20 | Other expenses - investment, tax preparation, safe deposit box, etc. List type and amount ▶ IRA CUSTODIAL FEES 155.; INVESTMENT EXPENSE 7,774.; SAFE DEPOSIT BOX 39.; FROM K-1 - ML-LEE ACQUISITION FUND, L.P. 354. | 20 | 8,322. | | |
| | 21 | Add lines 19 and 20 | 21 | 8,322. | | |
| | 22 | Enter amount from Form 1040, line 32 [22] 127,724. | | | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | 2,554. | | |
| | 24 | Subtract line 23 from line 21. If zero or less, enter -0- | | | ▶ 24 | 5,768. |
| **Other Miscellaneous Deductions** | 25 | Other - from list on page A-5. List type and amount ▶ | | | ▶ 25 | |
| **Total Itemized Deductions** | 26 | Is the amount on Form 1040, line 32, more than $108,450 (more than $54,225 if married filing separately)? SEE STATEMENT 8<br>• **NO.** Your deduction is not limited. Add lines 4, 8, 12, 16, 17, 18, 24, and 25 and enter the total here. Also enter on Form 1040, line 34, the **larger** of this amount or your standard deduction.<br>• **YES.** Your deduction may be limited. See page A-5 for the amount to enter. | | | ▶ 26 | 10,688. |

S430 **For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule A (Form 1040) 1993**

Schedules A&B (Form 1040) 1993 OMB No. 1545-0074 Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1. | Your social security number

LYMAN F. & BEVERLY J. BUSH

## Schedule B - Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

**Note:** If you had over $400 in taxable interest income, you must also complete Part III.

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| Interest Income | | Amount |
|---|---|---|
| 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also show that buyer's social security number and address ▶ | 1 | |
| INTEREST FROM MUNICIPAL BONDS | | 9,284. |
| JERILYN DILLE | | 1,007. |
| LAURIE AND SCOTT NORRIS | | 5,824. |
| MERRILL LYNCH | | 1,000. |
| KEY BANK | | 115. |
| TIM AND TERRI BUSH | | 11. |
| FROM K-1 - CINEMA '84 REGISTRATION NO. 8427 | | 13. |
| FROM K-1 - LONE WOLF MCQUADE ASSOCIATES | | 1. |
| FROM K-1 - ML-LEE ACQUISITION FUND, L.P. | | 433. |
| FROM K-1 - SUMMER LOVERS ASSOCIATES | | 2. |
| FROM K-1 - MRI BUSINESS PROPERTIES FUND LTD | | 11. |
| SUBTOTAL FOR LINE 1 | | 17,701. |
| TAX-EXEMPT INTEREST SEE STATEMENT 11 | | <9,284.> |
| 2 Add the amounts on line 1 | 2 | 8,417. |
| 3 Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 8,417. |

**Part II Dividend Income**

**Note:** If you had over $400 in gross dividends and/or other distributions on stock, you must also complete Part III.

Note: If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| Dividend Income | | | | Amount |
|---|---|---|---|---|
| 5 List name of payer. Include gross dividends and/or other distributions on stock here. Any capital gain distributions and nontaxable distributions will be deducted on lines 7 and 8 ▶ | | | 5 | |
| IMF - CASH RESERVES FUND - INVESCO | | | | 756. |
| INVESCO DYNAMIC FUND | | | | 1,378. |
| MERRILL LYNCH | | | | 7,786. |
| SHEARSON LEHMAN BROTHERS | | | | 3,606. |
| KEY CORP | | | | 211. |
| 6 Add the amounts on line 5 | | | 6 | 13,737. |
| 7 Capital gain distributions. Enter here and on Schedule D* STMT 10 | 7 | 959. | | |
| 8 Nontaxable distributions SEE STATEMENT 9 | 8 | 4,820. | | |
| 9 Add lines 7 and 8 | | | 9 | 5,779. |
| 10 Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | | | 10 | 7,958. |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, lines 13 and 14.

**Part III Foreign Accounts and Trusts**

| If you had over $400 of interest or dividends OR had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must complete this part. | Yes | No |
|---|---|---|
| 11a At any time during 1993, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b If "Yes," enter the name of the foreign country ▶ | | |
| 12 Were you the grantor of, or transferor to, a foreign trust that existed during 1993, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | X |

S430 **For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule B (Form 1040) 1993**

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1993**

Attachment Sequence No. 09

Name of proprietor: LYMAN F. BUSH

Social security number (SSN):

A Principal business or profession, including product or service: ENGINEERING SERVICES/CONSULTING

B Enter principal business code (see page C-6) ▶ 7518

C Business name. If no separate business name, leave blank. BUSH ENGINEERING

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶

City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

G Method(s) used to value closing inventory: (1) [ ] Cost (2) [ ] Lower of cost or market (3) [ ] Other (attach explanation) (4) [X] Does not apply (if checked, skip line H)

| | | Yes | No |
|---|---|---|---|
| H | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation. | | |
| I | Did you "materially participate" in the operation of this business during 1993? If "No," see page C-2 for limit on losses | X | |
| J | If you started or acquired this business during 1993, check here ▶ [ ] | | |

## Part I Income

| | | Line | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ [ ] | 1 | 68,619. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 68,619. |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 68,619. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6. ▶ | 7 | 68,619. |

## Part II Expenses. Caution: Do not enter expenses for business use of your home on lines 8-27. Instead, see line 30.

| | | Line | Amount |
|---|---|---|---|
| 8 | Advertising | 8 | 737. |
| 9 | Bad debts from sales or services (see page C-3) | 9 | |
| 10 | Car and truck expenses (see page C-3) | 10 | |
| 11 | Commissions and fees | 11 | |
| 12 | Depletion | 12 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 7,588. |
| 15 | Insurance (other than health) | 15 | 1,998. |
| 16 | Interest: | | |
| a | Mortgage (paid to banks, etc.) | 16a | |
| b | Other | 16b | |
| 17 | Legal and professional services | 17 | 1,950. |
| 18 | Office expense | 18 | 822. |
| 19 | Pension and profit-sharing plans | 19 | |
| 20 | Rent or lease: | | |
| a | Vehicles, machinery, and equipment | 20a | |
| b | Other business property | 20b | |
| 21 | Repairs and maintenance | 21 | 212. |
| 22 | Supplies (not included in Part III) | 22 | 13. |
| 23 | Taxes and licenses | 23 | 1,053. |
| 24 | Travel, meals, and entertainment: | | |
| a | Travel | 24a | 3,471. |
| b | Meals and entertainment | 1,363. | |
| c | Enter 20% of line 24b subject to limitations | 273. | |
| d | Subtract line 24c from line 24b | 24d | 1,090. |
| 25 | Utilities | 25 | |
| 26 | Wages (less jobs credit) | 26 | |
| 27 | Other expenses (from line 46 on page 2) | 27 | 1,054. |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 19,988. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 48,631. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 734. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Fiduciaries, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | 47,897. |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
• If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Fiduciaries, enter on Form 1041, line 3.
• If you checked 32b you MUST attach **Form 6198.**

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

S430 **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule C (Form 1040) 1993**

## Part III Cost of Goods Sold (see page C-5)

| | | | |
|---|---|---|---|
| 33 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 33 | |
| 34 | Purchases less cost of items withdrawn for personal use | 34 | |
| 35 | Cost of labor. Do not include salary paid to yourself | 35 | |
| 36 | Materials and supplies | 36 | |
| 37 | Other costs | 37 | |
| 38 | Add lines 33 through 37 | 38 | |
| 39 | Inventory at end of year | 39 | |
| 40 | **Cost of goods sold.** Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 | |

## Part IV Information on Your Vehicle.

Complete this part **ONLY** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business.

41 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ___/___/___ .

42 Of the total number of miles you drove your vehicle during 1993, enter the number of miles you used your vehicle for:

a Business ______ b Commuting ______ c Other ______

43 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

44 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

45a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

## Part V Other Expenses.

List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| TELEPHONE | | 347. |
| DUES & SUBSCRIPTION | | 490. |
| EDUCATION & SEMINARS | | 180. |
| BANK FEES | | 37. |
| | | |
| | | |
| | | |
| | | |
| | | |
| 46 **Total other expenses.** Enter here and on page 1, line 27 | 46 | 1,054. |

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use lines 20 and 22 for more space to list transactions for lines 1 and 9.

OMB No. 1545-0074
1993
Attachment Sequence No. 12

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number:

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of Property (Example: 100 sh. XYZ Co.) | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 SEE STATEMENT 12 | | | 259,067. | 258,325. | 4,777. | 5,519. |
| | | | | | | |
| | | | | | | |
| 2 Enter your short-term totals, if any, from line 21 ... 2 | | | | | | |
| 3 Total Short-Term Sales Price Amounts. Add column (d) of lines 1 and 2 ... 3 | | | 259,067. | | | |
| 4 Short-term gain from Forms 2119 and 6252, and short-term gain or (loss) from Forms 4684, 6781, and 8824 ... 4 | | | | | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries from Schedule(s) K-1 ... 5 | | | | | | |
| 6 Short-term capital loss carryover from 1992 Schedule D, line 38 ... 6 | | | | | | |
| 7 Add lines 1, 2, and 4 through 6, in columns (f) and (g) ... 7 | | | | | ( 4,777.) | 5,519. |
| 8 Net short-term capital gain or (loss). Combine columns (f) and (g) of line 7 ... 8 | | | | | | 742. |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of Property | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| 9 SEE STATEMENT 13 | | | 92,014. | 49,767. | 2,620. | 44,867. |
| | | | | | | |
| | | | | | | |
| 10 Enter your long-term totals, if any, from line 23 ... 10 | | | | | | |
| 11 Total Long-Term Sales Price Amounts. Add column (d) of lines 9 and 10 ... 11 | | | 92,014. | | | |
| 12 Gain from Form 4797; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 ... 12 | | | | | | |
| 13 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries from Schedule(s) K-1 ... 13 | | | | | | 2,835. |
| 14 Capital gain distributions ... 14 | | | | | | 959. |
| 15 Long-term capital loss carryover from 1992 Schedule D, line 45 ... 15 | | | | | | |
| 16 Add lines 9, 10, and 12 through 15, in columns (f) and (g) ... 16 | | | | | ( 2,620.) | 48,661. |
| 17 Net long-term capital gain or (loss). Combine columns (f) and (g) of line 16 ... 17 | | | | | | 46,041. |

## Part III Summary of Parts I and II

| | | |
|---|---|---|
| 18 Combine lines 8 and 17. If a loss, go to line 19. If a gain, enter the gain on Form 1040, line 13. **Note:** If both lines 17 and 18 are gains, see the **Schedule D Tax Worksheet** on page D-4 | 18 | 46,783. |
| 19 If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses: a the (loss) on line 18; or b ($3,000) or, if married filing separate, ($1,500) | 19 | ( ) |
| **Note:** See the **Capital Loss Carryover Worksheet** on page D-4 if the loss on line 18 exceeds the loss on line 19 or if Form 1040, line 35, is a loss. | | |

320511/01-04-94

S430 For Paperwork Reduction Act Notice, see Form 1040 instructions. 12 Schedule D (Form 1040) 1993

08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

Form **4952**
Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191
**1993**
Attachment Sequence No. **12A**

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number

## Part I Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1993. SEE STATEMENT 14 | 1 | 69. |
| 2 | Disallowed investment interest expense from 1992 Form 4952, line 5 | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 69. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4 a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) SEE STATEMENT 15 | | | 4a | 16,375. |
| b | Net gain from the disposition of property held for investment | 4b | 46,783. | | |
| c | Net capital gain from the disposition of property held for investment | 4c | 46,041. | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | | 4d | 742. |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | | | 4f | 17,117. |
| 5 | Investment expenses SEE STATEMENT 16 | | | 5 | 6,122. |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | | 6 | 10,995. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1994. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 0. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 69. |

S430 **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4952** (1993)

ALTERNATIVE MINIMUM TAX

Form **4952** Department of the Treasury Internal Revenue Service

# Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191 **1993** Attachment Sequence No. 12A

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number

## Part I Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1993 | 1 | 69. |
| 2 | Disallowed investment interest expense from 1992 Form 4952, line 5 | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 69. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4 a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | | | 4a | 16,375. |
| b | Net gain from the disposition of property held for investment | 4b | 46,783. | | |
| c | Net capital gain from the disposition of property held for investment | 4c | 46,041. | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | | 4d | 742. |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | | | 4f | 17,117. |
| 5 | Investment expenses | | | 5 | 354. |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | | 6 | 16,763. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1994. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 0. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 69. |

| | |
|---|---|
| REGULAR FORM 4952, LINE 8 | 69. |
| LESS RECOMPUTED FORM 4952, LINE 8 | 69. |
| INTEREST ADJUSTMENT - FORM 6251 LINE 7 | |

S430 **For Paperwork Reduction Act Notice, see separate instructions.** Form **4952** (1993)

**SCHEDULE E (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1993**

Attachment Sequence No. 13

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Your social security number:

**Part I Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from your business of renting personal property on **Schedule C** or **C-EZ**. Report farm rental income or loss from **Form 4835** on page 2, line 39.

1 Show the kind and location of each **rental real estate property**:

| | Property | 2 For each rental real estate property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? | Yes | No |
|---|---|---|---|---|
| A | RENTAL HOUSE (1/3 INTEREST) 5026 SOUTH PUGET SOUND | A | | X |
| B | | B | | |
| C | | C | | |

| Income: | Line | Properties A | Properties B | Properties C | Line | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 2,431. | | | 3 | 2,431. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 59. | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. | 12 | | | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs - Carpenter, screens, etc. | 14 | | | | | |
| - Electrical and plumbing | 14 | | | | | |
| - Painting and decorating | 14 | | | | | |
| - Roofing | 14 | | | | | |
| - Miscellaneous | 14 | 309. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 261. | | | | |
| 17 Utilities | 17 | 15. | | | | |
| 18 Other (list) ▶ SEE STATEMENT 17 | 18 | 249. | | | | |
| 19 Add lines 5 through 18 | 19 | 893. | | | 19 | 893. |
| 20 Depreciation expense or depletion | 20 | 552. | | | 20 | 552. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 1,445. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-2 to find out if you must file Form 6198 | 22 | 986. | | | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582 | 23 | | | | | |

| | Line | Amount |
|---|---|---|
| 24 **Income.** Add positive amounts shown on line 22. **Do not** include any losses. | 24 | 986. |
| 25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | 25 | ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 18. Otherwise, include this amount in the total on line 40 on page 2 | 26 | 986. |

S430 **For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule E (Form 1040) 1993**

321491
01-04-94



08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

Schedule E (Form 1040) 1993 Attachment Sequence No. 13 OMB No. 1545-0074 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | Your social security number

LYMAN F. & BEVERLY J. BUSH

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

**Part II** **Income or Loss From Partnerships and S Corporations**

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach **Form 6198**.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 18 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss from **Schedule K-1** | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 12,221. | | | |
| b Totals | 13,201. | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 12,221. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 13,201. ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | <980.> |

**Part III** **Income or Loss From Estates and Trusts**

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

**Part IV** **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q**, line 2c | (d) Taxable income (net loss) from **Schedules Q**, line 1b | (e) Income from **Schedules Q**, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

**Part V** **Summary**

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 41 below | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 6. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported in Parts II and III and on line 39 | 41 | |

# 1993 Income from Passthroughs

SUMMER LOVERS ASSOCIATES
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

SUMMER LOVERS ASSOCIATES

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | 3,284 | |
| SCHEDULE E INCOME BEFORE CARRYOVER | 3,284 | |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | -1,413 | |
| SCHEDULE E ACTIVITY NET INCOME | 1,871 | |

TAX PREFERENCE ITEMS:

| | | |
|---|---|---|
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | | 1,413 |

OTHER K-1 INFORMATION:

| | | |
|---|---|---|
| INTEREST | | 2 |
| INVESTMENT INCOME | | 2 |

# 1993 Income from Passthroughs

BUSH AND WEAVER
I.D. NUMBER:
TYPE: PARTNERSHIP

TAXABLE INCOME (LOSS) SUMMARY:

| | |
|---|---|
| PASSIVE LOSS ALLOWED | -139 |
| PASSIVE INCOME | 1,302 |
| NET INCOME (LOSS) FOR PASSTHROUGH ENTITY | 1,163 |

ACTIVITY INFORMATION:

ACTIVITY NO. 1

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| SCHEDULE E ACTIVITY INCOME (LOSS) | 0 |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | -1,403 |
| DISALLOWED LOSS FROM FORM 8582 | 1,300 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | -103 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | 1,673 |

ACTIVITY NO. 2

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| SCHEDULE E ACTIVITY INCOME (LOSS) | 0 |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | -484 |
| DISALLOWED LOSS FROM FORM 8582 | 448 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | -36 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | 500 |

ACTIVITY NO. 10001

TRADE OR BUSINESS - MATERIAL PARTICIPATION

# 1993 Income from Passthroughs

ACTIVITY NO. 10011

OTHER PASSIVE ACTIVITY

BUSH AND WEAVER

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| ORDINARY INCOME (LOSS) | 1,302 |
| SCHEDULE E ACTIVITY INCOME (LOSS) | 1,302 |

# 1993 Income from Passthroughs

CINEMA '84 REGISTRATION NO. 8427
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

CINEMA '84 REGISTRATION NO. 8427

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | 4,389 | |
| SCHEDULE E INCOME BEFORE CARRYOVER | 4,389 | |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | -892 | |
| SCHEDULE E ACTIVITY NET INCOME | 3,497 | |

TAX PREFERENCE ITEMS:

| | | |
|---|---|---|
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | | 1,018 |

OTHER K-1 INFORMATION:

| | | |
|---|---|---|
| INTEREST | | 13 |
| INVESTMENT INCOME | | 13 |

# 1993 Income from Passthroughs

FAWCETT PLAZA ONE
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

FAWCETT PLAZA ONE

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -9,042 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -9,042 |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | | -15,738 |
| DISALLOWED LOSS FROM FORM 8582 | | 22,956 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -1,824 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | 348 |
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | 14,525 |

# 1993 Income from Passthroughs

HAMPTONS II: GRACE ESTATES LIMI
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

HAMPTONS II: GRACE ESTATES LIMI

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -85,348 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -85,348 |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | | -64,865 |
| DISALLOWED LOSS FROM FORM 8582 | | 139,160 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -11,053 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | 66,222 |

# 1993 Income from Passthroughs

LONE WOLF MCQUADE ASSOCIATES
I.D. NUMBER: [illegible]
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

LONE WOLF MCQUADE ASSOCIATES

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | 5,626 | |
| SCHEDULE E INCOME BEFORE CARRYOVER | 5,626 | |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | -75 | |
| SCHEDULE E ACTIVITY NET INCOME | 5,551 | |

TAX PREFERENCE ITEMS:

| | | |
|---|---|---|
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | | 78 |

OTHER K-1 INFORMATION:

| | | |
|---|---|---|
| INTEREST | | 1 |