# 1993 Income from Passthroughs

ML-LEE ACQUISITION FUND, L.P.
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

ML-LEE ACQUISITION FUND, L.P.

OTHER PASSIVE ACTIVITY

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 433 |
| LONG-TERM CAPITAL GAIN (LOSS) - PORTFOLIO | 2,835 |
| DEDUCTIONS RELATED TO PORTFOLIO INCOME - 2% | 354 |
| INVESTMENT INCOME | 433 |
| INVESTMENT EXPENSES | 354 |
| INVESTMENT INTEREST - NONBUSINESS | 69 |

# 1993 Income from Passthroughs

MRI BUSINESS PROPERTIES FUND LTD
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

MRI BUSINESS PROPERTIES FUND LTD

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -485 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -485 |
| PAL CARRYOVER FROM 1992 - SCHEDULE E | | -2,024 |
| DISALLOWED LOSS FROM FORM 8582 | | 2,324 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -185 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | 21 |
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | 519 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 11 |
| INVESTMENT INCOME | 11 |

# 1993 Income from Passthroughs

SUMMARY OF K-1 INFORMATION FOR ALL PASSTHROUGHS

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 460 |
| LONG-TERM CAPITAL GAIN (LOSS) - PORTFOLIO | 2,835 |

DEDUCTIONS:

| | |
|---|---|
| DEDUCTIONS RELATED TO PORTFOLIO INCOME - 2% | 354 |

INVESTMENT INTEREST EXPENSE:

| | |
|---|---|
| INVESTMENT INTEREST - NONBUSINESS | 69 |
| INVESTMENT INCOME | 459 |
| INVESTMENT EXPENSES | 354 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | 369 |
| AMT PAL CARRYOVER FROM 1992 - SCHEDULE E | 85,948 |

SCHEDULE SE (Form 1040)

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).
▶ Attach to Form 1040.

OMB No. 1545-0074
**1993**
Attachment Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|
| LYMAN F. BUSH | |

## Who Must File Schedule SE

You must file Schedule SE if:

- Your wages (and tips) subject to social security AND Medicare tax (or railroad retirement tax) were less than $135,000; **AND**
- Your net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) were $400 or more; **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you have a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, **AND** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **DO NOT** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 47.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?




## Section A - Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). Ministers and members of religious orders see page SE-1 for amounts to report on this line. See page SE-2 for other income to report SEE STATEMENT 19 | 2 | 47,897. |
| 3 | Combine lines 1 and 2 | 3 | 47,897. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ▶ | 4 | 44,233. |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $57,600 or less, multiply line 4 by 15.3% (.153) and enter the result.<br>• More than $57,600 but less than $135,000, multiply the amount in excess of $57,600 by 2.9% (.029). Then, add $8,812.80 to the result and enter the total.<br>• $135,000 or more, enter $11,057.40.<br>Also enter on **Form 1040, line 47.** (**Important:** You are allowed a deduction for **one-half** of this amount. Multiply line 5 by 50% (.5) and enter the result on **Form 1040, line 25.**) | 5 | 6,768. |

S430 **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule SE (Form 1040) 1993**

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return.

OMB NO. 1545-0184

**1993**

Attachment Sequence No. **27**

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number:

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1993 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 11, or 22 ..... **1**

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS ((f) minus the sum of (d) and (e)) | (h) GAIN ((d) plus (e) minus (f)) |
|---|---|---|---|---|---|---|---|
| BUSH AND PALWEAVER | | | | | | 6. | |

| Line | Description | Box | (g) | (h) |
|---|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | | |
| 6 | Gain, if any, from line 34, from other than casualty or theft | 6 | | |
| 7 | Add lines 2 through 6 in columns (g) and (h) | 7 | 6. | |

8 Combine columns (g) and (h) of line 7. Enter gain or (loss) here, and on the appropriate line as follows: ..... **8** <6.>

**Partnerships**- Enter the gain or (loss) on Form 1065, Schedule K, line 6. Skip lines 9, 10, 12, and 13 below.

**S corporations**-Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 9, 10, 12, and 13 below, unless line 8 is a gain and the S corporation is subject to the capital gains tax.

**All others**-If line 8 is zero or a loss, enter the amount on line 12 below and skip lines 9 and 10. If line 8 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain as a long-term capital gain on Schedule D and skip lines 9, 10, and 13 below.

9 Nonrecaptured net section 1231 losses from prior years ..... SEE STATEMENT 20 **9**

10 Subtract line 9 from line 8. If zero or less, enter -0-. Also enter on the appropriate line as follows: ..... **10**

**S corporations**-Enter this amount (if more than zero) on Schedule D (Form 1120S), line 13, and skip lines 12 and 13 below.

**All others**-If line 10 is zero, enter the amount from line 8 on line 13 below. If line 10 is more than zero, enter the amount from line 9 on line 13 below, and enter the amount from line 10 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

11 Ordinary gains and losses not included on lines 12 through 18 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Line | Description | Box | (g) | (h) |
|---|---|---|---|---|
| 12 | Loss, if any, from line 8 | 12 | 6. | |
| 13 | Gain, if any, from line 8, or amount from line 9 if applicable | 13 | | |
| 14 | Gain, if any, from line 33 | 14 | | |
| 15 | Net gain or (loss) from Form 4684, lines 31 and 38a | 15 | | |
| 16 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 16 | | |
| 17 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 17 | | |
| 18 | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations | 18 | | |
| 19 | Add lines 11 through 18 in columns (g) and (h) | 19 | 6. | |

20 Combine columns (g) and (h) of line 19. Enter gain or (loss) here, and on the appropriate line as follows: ..... **20** <6.>

a For all except individual returns: Enter the gain or (loss) from line 20 on the return being filed.

b For individual returns:

(1) If the loss on line 12 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here and on line 20 of Schedule A (Form 1040). Identify as from "Form 4797, line 20b(1)." ..... **20b(1)**

(2) Redetermine the gain or (loss) on line 20, excluding the loss, if any, on line 20b(1). Enter here and on Form 1040, line 15 ..... **20b(2)** <6.>

LYMAN F. & BEVERLY J. BUSH



## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 21 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| Relate lines 21A through 21D to these columns ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 22 Gross sales price (**Note:** See line 1 before completing.) | 22 | | | | |
| 23 Cost or other basis plus expense of sale | 23 | | | | |
| 24 Depreciation (or depletion) allowed or allowable | 24 | | | | |
| 25 Adjusted basis. Subtract line 24 from line 23 | 25 | | | | |
| 26 Total gain. Subtract line 25 from line 22 | 26 | | | | |
| 27 **If section 1245 property:** | | | | | |
| a Depreciation allowed or allowable from line 24 | 27a | | | | |
| b Enter the **smaller** of line 26 or 27a | 27b | | | | |
| 28 **If section 1250 property:** If straight line depreciation was used, enter -0- on line 28g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 | 28a | | | | |
| b Applicable percentage multiplied by the **smaller** of line 26 or line 28a | 28b | | | | |
| c Subtract line 28a from line 26. If residential rental property or line 26 is not more than line 28a, skip lines 28d and 28e | 28c | | | | |
| d Additional depreciation after 1969 and before 1976 | 28d | | | | |
| e Enter the **smaller** of line 28c or 28d | 28e | | | | |
| f Section 291 amount (corporations only) | 28f | | | | |
| g Add lines 28b, 28e, and 28f | 28g | | | | |
| 29 **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a Soil, water, and land clearing expenses | 29a | | | | |
| b Line 29a multiplied by applicable percentage | 29b | | | | |
| c Enter the **smaller** of line 26 or 29b | 29c | | | | |
| 30 **If section 1254 property:** | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 30a | | | | |
| b Enter the **smaller** of line 26 or 30a | 30b | | | | |
| 31 **If section 1255 property:** | | | | | |
| a Applicable percentage of payments excluded from income under section 126 | 31a | | | | |
| b Enter the **smaller** of line 26 or 31a | 31b | | | | |

### Summary of Part III Gains. Complete property columns A through D, through line 31b before going to line 32.

| | | |
|---|---|---|
| 32 Total gains for all properties. Add columns A through D, line 26 | 32 | |
| 33 Add columns A through D, lines 27b, 28g, 29c, 30b, and 31b. Enter here and on line 14 | 33 | |
| 34 Subtract line 33 from line 32. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 34 | |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

See instructions for Part IV.

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 35 Section 179 expense deduction or depreciation allowable in prior years | 35 | | |
| 36 Recomputed depreciation | 36 | | |
| 37 Recapture amount. Subtract line 36 from line 35. | 37 | | |

Form **4868**

Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File U.S. Individual Income Tax Return

▶ This is not an extension of time to pay your tax.
▶ See separate instructions.

OMB No. 1545-0188

**1993**

Please Type or Print

Your first name and initial: LYMAN F.
Last name: BUSH
Your social security number:

If a joint return, spouse's first name and initial: BEVERLY J.
Last name: BUSH
Spouse's social security number:

Home address (number, street, and apt. no. or rural route). If you have a P.O. box, see the instructions.
Brink & Sadler, A Professional Services Corporation,
Certified Public Accountants

City, town or post office, state, and ZIP code

I request an automatic 4-month extension of time to August 15, 1994, to file Form 1040EZ, Form 1040A, or Form 1040 for the calendar year 1993 or to N/A , 19 , for the fiscal tax year ending N/A , 19

**Part I** **Individual Income Tax**—You must complete this part.

| | | | |
|---|---|---|---|
| **1** | **Total tax liability for 1993.** This is the amount you expect to enter on Form 1040EZ, line 8; Form 1040A, line 27; or Form 1040, line 53. If you expect this amount to be zero, enter -0-. | 1 | 38541 |
| | **Caution:** *You MUST enter an amount on line 1 or your extension will be denied. You can estimate this amount, but be as exact as you can with the information you have. If we later find that your estimate was not reasonable, the extension will be null and void.* | | |
| **2** | **Total payments for 1993.** This is the amount you expect to enter on Form 1040EZ, line 7; Form 1040A, line 28d; or Form 1040, line 60 | 2 | 38541 |
| **3** | **BALANCE DUE.** Subtract line 2 from line 1. If line 2 is more than line 1, enter -0-. For details on how to pay, including what to write on your payment, see the instructions ▶ | 3 | -0- |

**Part II** **Gift or Generation-Skipping Transfer (GST) Tax**—Complete this part if you expect to owe either tax.

**Caution:** *Do not include income tax on lines 5a and 5b. See the instructions.*

| | | | |
|---|---|---|---|
| **4** | If you or your spouse plan to file a gift tax return (Form 709 or 709-A) for 1993, generally due by April 15, 1994, see the instructions and check here — Yourself ▶ ☐ Spouse ▶ ☐ | | |
| **5a** | Enter the amount of gift or GST tax you are paying with this form | 5a | |
| **b** | Enter the amount of gift or GST tax **your spouse** is paying with this form | 5b | |

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

▶ Your signature — Date — ▶ Spouse's signature, if filing jointly — Date

▶ Preparer's signature (other than taxpayer): [signature] C.P.A. — Date: 4/15/94

If you want correspondence regarding this extension to be sent to you at an address other than that shown above or to an agent acting for you, please enter the name of the agent and/or the address where it should be sent.

Please Type or Print

Name

Number and street (include suite, room, or apt. no.) or P.O. box number if mail is not delivered to street address

City, town or post office, state, and ZIP code

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 13141W Form **4868** (1993)

DOES NOT APPLY

Form **6251**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax - Individuals

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227

**1993**

Attachment Sequence No. 32

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number:

## Part I Adjustments and Preferences

| | | Line | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. If you did not itemize deductions, enter your standard deduction from Form 1040, line 34, and skip to line 6 | 1 | |
| 2 | Medical and dental expenses. | 2 | |
| 3 | Taxes. Enter the amount from Schedule A, line 8 | 3 | 2,474. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A, line 24 | 5 | 5,768. |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or 22 | 6 | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss SEE STATEMENT 21 | 11 | 0. |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |
| 14 | Other. Enter the amount, if any, for each item and enter the total on line 14. | 14 | |

| | | | |
|---|---|---|---|
| a Charitable contributions | | g Long-term contracts | |
| b Circulation expenditures | | h Loss limitations | |
| c Depletion | | i Mining costs | |
| d Depreciation (pre-1987) | | j Pollution control facilities | |
| e Installment sales | | k Research and experimental | |
| f Intangible drilling costs | | l Tax shelter farm activities | |
| | | m Related adjustments | |

| | | Line | Amount |
|---|---|---|---|
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 15 | 8,242. |

## Part II Alternative Minimum Taxable Income

| | | Line | Amount |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 35.** If less than zero, enter as a (loss) ▶ | 16 | 117,036. |
| 17 | Net operating loss deduction, if any, from Form 1040, line 22. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 32, if over $108,450 (over $54,225 if married filing separately), enter your itemized deductions limitation, if any, from line 9 of the worksheet for Schedule A, line 26 | 18 | <578.> |
| 19 | Combine lines 15 through 18 ▶ | 19 | 124,700. |
| 20 | Alternative tax net operating loss deduction. | 20 | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 21 | 124,700. |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is **over** the amount shown above for your filing status, see instructions.

| | | Line | Amount |
|---|---|---|---|
| 22 | Exemption Amount | 22 | 45,000. |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 79,700. |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, see instructions | 24 | 20,722. |
| 25 | Alternative minimum tax foreign tax credit. | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 20,722. |
| 27 | Enter your tax from Form 1040, line 38 (plus any amount from Form 4970 included on Form 1040, line 39), minus any foreign tax credit from Form 1040, line 43 | 27 | 26,651. |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 48 ▶ | 28 | 0. |

Form **8606**
Department of the Treasury
Internal Revenue Service

# Nondeductible IRAs (Contributions, Distributions, and Basis)

▶ Attach to Form 1040, Form 1040A, or Form 1040NR

OMB No. 1545-1007
**1993**
Attachment Sequence No. **47**

Name. If married, file a separate Form 8606 for each spouse. | Your social security number

LYMAN F. BUSH

**Fill In Your Address Only If You Are Filing This Form by Itself and Not with Your Tax Return** ▶
Home address (number and street, or P.O. box if mail is not delivered to your home) | Apt. no.
City, town or post office, state, and ZIP code

## Contributions, Nontaxable Distributions, and Basis

| | | | |
|---|---|---|---|
| 1 | Enter your IRA contributions for 1993 that you choose to be nondeductible. Include those made during 1/1/94-4/15/94 that were for 1993. See instructions | 1 | |
| 2 | Enter your total IRA basis for 1992 and earlier years. See instructions | 2 | 2,000. |
| 3 | Add lines 1 and 2 | 3 | 2,000. |

**Did you receive any IRA distributions (withdrawals) in 1993?**
- No ▶ Enter the amount from line 3 on line 12. Then, **stop** and read **When and Where To File**
- Yes ▶ Go to line 4.

| | | | | | |
|---|---|---|---|---|---|
| 4 | Enter only those contributions included on line 1 that were made during 1/1/94-4/15/94. This amount will be the same as line 1 if all of your nondeductible contributions for 1993 were made in 1994 by 4/15/94. See instructions | | | 4 | |
| 5 | Subtract line 4 from line 3 | | | 5 | |
| 6 | Enter the total value of **ALL** your IRAs as of 12/31/93 plus any outstanding rollovers. See instructions | 6 | 284,578. | | |
| 7 | Enter the total IRA distributions received during 1993. Do not include amounts rolled over before 1/1/94. See instructions | 7 | | | |
| 8 | Add lines 6 and 7 — 8 — 284,578. | | | | |
| 9 | Divide line 5 by line 8 and enter the result as a decimal (to at least two places). Do not enter more than "1.00" | 9 | X | | |
| 10 | Multiply line 7 by line 9. This is the amount of your **nontaxable distributions for 1993** | | | 10 | |
| 11 | Subtract line 10 from line 5. This is the **basis in your IRA(s) as of 12/31/93** | | | 11 | |
| 12 | Add lines 4 and 11. This is your **total IRA basis for 1993 and prior years** | | | 12 | 2,000. |

## Taxable Distributions for 1993

| | | | |
|---|---|---|---|
| 13 | Subtract line 10 from line 7. Enter the result here and on Form 1040, line 16b, Form 1040A, line 10b; or Form 1040NR, line 17b, whichever applies | 13 | |

**Sign Here Only If You Are Filing This Form by Itself and Not With Your Tax Return**

Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Your signature ▶ Date

S430 **For Paperwork Reduction Act Notice, see instructions.** Form **8606** (1993)

Form **8606**
Department of the Treasury
Internal Revenue Service

# Nondeductible IRAs (Contributions, Distributions, and Basis)

▶ Attach to Form 1040, Form 1040A, or Form 1040NR

OMB No. 1545-1007
**1993**
Attachment Sequence No. **47**

Name. If married, file a separate Form 8606 for each spouse.
BEVERLY J. BUSH

Your social security number

**Fill In Your Address Only If You Are Filing This Form by Itself and Not with Your Tax Return** ▶
Home address (number and street, or P.O. box if mail is not delivered to your home) | Apt. no.
City, town or post office, state, and ZIP code

## Contributions, Nontaxable Distributions, and Basis

| | | | |
|---|---|---|---|
| 1 | Enter your IRA contributions for 1993 that you choose to be nondeductible. Include those made during 1/1/94-4/15/94 that were for 1993. See instructions | 1 | |
| 2 | Enter your total IRA basis for 1992 and earlier years. See instructions | 2 | |
| 3 | Add lines 1 and 2 | 3 | |

**Did you receive any IRA distributions (withdrawals) in 1993?**
- No ▶ Enter the amount from line 3 on line 12. Then, stop and read **When and Where To File**
- Yes ▶ Go to line 4.

| | | | |
|---|---|---|---|
| 4 | Enter only those contributions included on line 1 that were made during 1/1/94-4/15/94. This amount will be the same as line 1 if all of your nondeductible contributions for 1993 were made in 1994 by 4/15/94. See instructions | 4 | |
| 5 | Subtract line 4 from line 3 | 5 | |
| 6 | Enter the total value of **ALL** your IRAs as of 12/31/93 plus any outstanding rollovers. See instructions (line 6) | 17,950. | |
| 7 | Enter the total IRA distributions received during 1993. Do not include amounts rolled over before 1/1/94. See instructions (line 7) | | |
| 8 | Add lines 6 and 7 (line 8) | 17,950. | |
| 9 | Divide line 5 by line 8 and enter the result as a decimal (to at least two places). Do not enter more than "1.00" (line 9) | X | |
| 10 | Multiply line 7 by line 9. This is the amount of your **nontaxable distributions for 1993** | 10 | |
| 11 | Subtract line 10 from line 5. This is the **basis in your IRA(s) as of 12/31/93** | 11 | |
| 12 | Add lines 4 and 11. This is your **total IRA basis for 1993 and prior years** | 12 | |

## Taxable Distributions for 1993

| | | | |
|---|---|---|---|
| 13 | Subtract line 10 from line 7. Enter the result here and on Form 1040, line 16b, Form 1040A, line 10b; or Form 1040NR, line 17b, whichever applies | 13 | |

**Sign Here Only If You Are Filing This Form by Itself and Not With Your Tax Return**

Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Your signature ▶ Date

S430 **For Paperwork Reduction Act Notice, see instructions.** Form **8606** (1993)

319801
01-04-94



08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

Form **8283** (Rev. November 1992) Department of the Treasury Internal Revenue Service

# Noncash Charitable Contributions

▶ Attach to your tax return if the total deduction claimed for all property contributed exceeds $500.

OMB. No. 1545-0908 Expires 11-30-95

Attachment Sequence No. 55

Name(s) as shown on your income tax return: LYMAN F. & BEVERLY J. BUSH

Identifying number

**NOTE:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A** – Include in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less per item or group, and certain publicly traded securities.

**Part I** **Information on Donated Property** – If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | FAMILY RENEWAL SHELTER<br>TACOMA, WASHINGTON | CLOTHES |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 12/31/93 | VAR. | PURCHASE | | 499. | APPRAISAL |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II** **Other Information** – If you gave less than an entire interest in property listed in Part I, complete lines 2a-2e. If restrictions were attached to a contribution listed in Part I, complete lines 3a-3c.

2 If less than the entire interest in the property is contributed during the year, complete the following:

a Enter letter from Part I that identifies the property ______ . If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: **(1)** For this tax year ______
**(2)** For any prior tax year(s) ______

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different than the donee organization above).

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

d For tangible property, enter the place where the property is located or kept ______

e Name of any person, other than the donee organization, having actual possession of the property ______

| 3 If conditions were attached to any contribution listed in Part I, answer the following questions and attach the required statement: | Yes | No |
|---|---|---|
| a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

S430 **For Paperwork Reduction Act Notice, see separate instructions.** Form **8283** (Rev. 11-92)

319931 01-04-93



08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

Form **8829**

# Expenses for Business Use of Your Home

▶ File with Schedule C (Form 1040). Use a separate Form 8829 for each home you used for business during the year.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-1256

**1993**

Attachment Sequence No. 66

Name(s) of proprietor(s): LYMAN F. BUSH

Your social security number

## Part I Part of Your Home Used for Business

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for inventory storage | 1 | 233 |
| 2 | Total area of home | 2 | 2,457 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | 3 | 9.4831% |
| | • **For day-care facilities not used exclusively for business, also complete lines 4-6.** | | |
| | • **All others, skip lines 4-6 and enter the amount from line 3 on line 7.** | | |
| 4 | Multiply days used for day care during year by hours used per day — 4: hr. | | |
| 5 | Total hours available for use during the year (365 days x 24 hours) — 5: hr. | | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount — 6: | | |
| 7 | Business precentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ▶ | 7 | 9.4831% |

## Part II Figure Your Allowable Deduction

| | | | | | |
|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions | | | 8 | 48,631. |
| | **See instructions for columns (a) and (b) before completing lines 9-20.** | **(a)** Direct expenses | **(b)** Indirect expenses | | |
| 9 | Casualty losses | | | | |
| 10 | Deductible mortgage interest | | 145. | | |
| 11 | Real estate taxes | | 1,810. | | |
| 12 | Add lines 9, 10, and 11 | | 1,955. | | |
| 13 | Multiply line 12, column (b) by line 7 | | 13: 185. | | |
| 14 | Add line 12, column (a) and line 13 | | | 14 | 185. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | 15 | 48,446. |
| 16 | Excess mortgage interest | | | | |
| 17 | Insurance | | 307. | | |
| 18 | Repairs and maintenance | | 527. | | |
| 19 | Utilities | | 2,661. | | |
| 20 | Other expenses SEE STATEMENT 22 | | 490. | | |
| 21 | Add lines 16 through 20 | | 3,985. | | |
| 22 | Multiply line 21, column (b) by line 7 | | 22: 378. | | |
| 23 | Carryover of operating expenses from 1992 Form 8829, line 41 | | 23: | | |
| 24 | Add line 21 in column (a), line 22, and line 23 | | | 24 | 378. |
| 25 | Allowable operating expenses. Enter the **smaller** of line 15 or line 24 | | | 25 | 378. |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15 | | | 26 | 48,068. |
| 27 | Excess casualty losses | | 27: | | |
| 28 | Depreciation of your home from Part III below | | 28: 171. | | |
| 29 | Carryover of excess casualty losses and depreciation from 1992 Form 8829, line 42 | | 29: | | |
| 30 | Add lines 27 through 29 | | | 30 | 171. |
| 31 | Allowable excess casualty losses and depreciation. Enter the **smaller** of line 26 or line 30 | | | 31 | 171. |
| 32 | Add lines 14, 25, and 31 | | | 32 | 734. |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to **Form 4684,** Section B | | | 33 | 0. |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ▶ | | | 34 | 734. |

## Part III Depreciation of Your Home

| | | | |
|---|---|---|---|
| 35 | Enter the **smaller** of your home's adjusted basis or its fair market value | 35 | 52,037. |
| 36 | Value of land included on line 35 | 36 | 2,500. |
| 37 | Basis of building. Subtract line 36 from line 35 | 37 | 49,537. |
| 38 | Business basis of building. Multiply line 37 by line 7 | 38 | 4,698. |
| 39 | Depreciation percentage | 39 | 3.6398% |
| 40 | Depreciation allowable. Multiply line 38 by line 39. Enter here and on line 28 above | 40 | 171. |

## Part IV Carryover of Unallowed Expenses to 1994

| | | | |
|---|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0- | 41 | |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0- | 42 | |

320301/01-04-94

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

(Including Information on Listed Property)

▶ Attach this form to your return.

E- 1

OMB No. 1545-0172

**1993**

Attachment Sequence No. **67**

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number

Business or activity to which this form relates: RENTAL HOUSE (1/3 INTEREST) - 5026 SOUTH PUGET SOUND

**Part I Election To Expense Certain Tangible Property (Section 179) (Note:** If you have any "Listed Property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation (If an enterprise zone business, see instructions.) | 1 | $17,500 |
| 2 | Total cost of section 179 property placed in service during the tax year | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2, but do not enter less than -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1, but do not enter less than -0-. (If married filing separately, see instructions.) | 5 | |

| 6 (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 26 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1992 | 10 | |
| 11 | Taxable income limitation. Enter the smaller of taxable income or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1994. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II MACRS Depreciation For Assets Placed in Service ONLY During Your 1993 Tax Year (Do Not Include Listed Property)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (Business/investment use only) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 14 General Depreciation System (GDS): | | | | | | |
| a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| h Nonresidential real property | / | | | MM | S/L | |
| | / | | | MM | S/L | |
| 15 Alternative Depreciation System (ADS): | | | | | | |
| a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part III Other Depreciation (Do Not Include Listed Property)**

| | | | |
|---|---|---|---|
| 16 | GDS and ADS deductions for assets placed in service in tax years beginning before 1993 | 16 | |
| 17 | Property subject to section 168(f)(1) election | 17 | |
| 18 | ACRS and other depreciation | 18 | 552. |

**Part IV Summary**

| | | | |
|---|---|---|---|
| 19 | Listed property. Enter amount from line 25 | 19 | |
| 20 | **Total.** Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations - see instructions) | 20 | 552. |
| 21 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 21 | |

S430 **For Paperwork Reduction Act Notice, see page 1 of the separate instructions.** Form **4562** (1993)



316251
01-04-94
08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

**Part V** **Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 22a, 22b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See instructions for limitations for automobiles.)

22a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No **22b** If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method / Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **23** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **24** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

25 Add amounts in column (h). Enter the total here and on line 19, page 1 ........ **25**

26 Add amounts in column (i). Enter the total here and on line 7, page 1 ........ **26**

**Section B - Information Regarding Use of Vehicles** - If you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
- If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **27** Total business/investment miles driven during the year (DO NOT include commuting miles) | | | | | | | | | | | | |
| **28** Total commuting miles driven during the year | | | | | | | | | | | | |
| **29** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **30** Total miles driven during the year. Add lines 27 through 29 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **31** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **32** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **33** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **34** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **35** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| **36** Do you treat all use of vehicles by employees as personal use? | | |
| **37** Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| **38** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 34, 35, 36, 37, or 38 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **39** Amortization of costs that begins during your 1993 tax year: | | | | | |
| | | | | | |
| | | | | | |

40 Amortization of costs that began before 1993 ........ **40**

41 **Total.** Enter here and on "Other Deductions" or "Other Expenses" line of your return ........ **41**

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
**(Including Information on Listed Property)**

▶ Attach this form to your return.

C- 1

OMB No. 1545-0172
**1993**
Attachment Sequence No. 67

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number:

Business or activity to which this form relates: BUSH ENGINEERING

## Part I Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "Listed Property," complete Part V before you complete Part I.)

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | Maximum dollar limitation (If an enterprise zone business, see instructions.) | 1 | $17,500 |
| 2 | Total cost of section 179 property placed in service during the tax year | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2, but do not enter less than -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1, but do not enter less than -0-. (If married filing separately, see instructions.) | 5 | |

| 6 (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 26 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1992 | 10 | |
| 11 | Taxable income limitation. Enter the smaller of taxable income or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1994. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

## Part II MACRS Depreciation For Assets Placed in Service ONLY During Your 1993 Tax Year (Do Not Include Listed Property)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (Business/investment use only) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **14** General Depreciation System (GDS): | | | | | | |
| a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| h Nonresidential real property | / | | | MM | S/L | |
| | / | | | MM | S/L | |
| **15** Alternative Depreciation System (ADS): | | | | | | |
| a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

## Part III Other Depreciation (Do Not Include Listed Property)

| Line | Description | No. | Amount |
|---|---|---|---|
| 16 | GDS and ADS deductions for assets placed in service in tax years beginning before 1993 | 16 | |
| 17 | Property subject to section 168(f)(1) election | 17 | |
| 18 | ACRS and other depreciation | 18 | |

## Part IV Summary

| Line | Description | No. | Amount |
|---|---|---|---|
| 19 | Listed property. Enter amount from line 25 | 19 | |
| 20 | **Total.** Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations - see instructions) | 20 | 0. |
| 21 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 21 | |

S430 **For Paperwork Reduction Act Notice, see page 1 of the separate instructions.**

Form **4562** (1993)



316251
01-04-94
08450425 709261 3B140 050 BUSH, LYMAN F. 06364208

**Part V** **Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 22a, 22b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See instructions for limitations for automobiles.)

**22a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No** **22b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method / Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **23** Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **24** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| **25** Add amounts in column (h). Enter the total here and on line 19, page 1 | | | | | | **25** | | |
| **26** Add amounts in column (i). Enter the total here and on line 7, page 1 | | | | | | | **26** | |

**Section B - Information Regarding Use of Vehicles** - If you deduct expenses for vehicles:

- Always complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
- If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | (b) Vehicle | (c) Vehicle | (d) Vehicle | (e) Vehicle | (f) Vehicle |
|---|---|---|---|---|---|---|
| **27** Total business/investment miles driven during the year (DO NOT include commuting miles) | | | | | | |
| **28** Total commuting miles driven during the year | | | | | | |
| **29** Total other personal (noncommuting) miles driven | | | | | | |
| **30** Total miles driven during the year. Add lines 27 through 29 | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **31** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **32** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **33** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B. **Note:** Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **34** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **35** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| **36** Do you treat all use of vehicles by employees as personal use? | | |
| **37** Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| **38** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 34, 35, 36, 37, or 38 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **39** Amortization of costs that begins during your 1993 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **40** Amortization of costs that began before 1993 | | | | **40** | |
| **41** **Total.** Enter here and on "Other Deductions" or "Other Expenses" line of your return | | | | **41** | |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
▶ See separate instructions.

For calendar year 1993 or tax year beginning , 1993, and ending

OMB No. 1545-0099

**1993**

Partner's identifying number ▶

Partner's name, address, and ZIP code PARTNER # 9
LYMAN BUSH

Partnership's identifying number ▶

Partnership's name, address, and ZIP code
CINEMA 84-REGISTRATION NO.
84272000294 C/O GREENBERG BROTHERS
PARTNERSHIPS
1925 CENTURY PARK EAST, SUITE 2200
LOS ANGELES, CA 90067

A This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member
B What type of entity is this partner? ▶ INDIVIDUAL
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's percentage of: (i) Before change or termination (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.408300 % |
| Loss sharing | % | 0.408300 % |
| Ownership of capital | % | 0.397800 % |

E IRS Center where partnership filed return:
FRESNO, CA 93888

F Partner's share of liabilities (see instructions):
Nonrecourse
Qualified nonrecourse financing
Other 91,691.
G Tax shelter registration number ▶84272000294
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐
I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -85,088. | | 4,402. | ( 1,315 ) | -82,001. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 4,389. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 13. | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 13 or 14 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 13. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13a Credit for income tax withheld | 13a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instructions) | 13d | | |
| | e Credits related to other rental activities (see instructions) | 13e | | |
| | 14 Other credits (see instructions) | 14 | | |