CINEMA 84-REGISTRATION NO. 84272000294 11-2678867

Schedule K-1 (Form 1065) 1993 PARTNER # 9 LYMAN BUSH Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | Form 1116, Part I |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18a Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Type of expenditures ▶ | | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

H763

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate Instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008
**1993**
Attachment Sequence No. **88**

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number:

## Part I 1993 Passive Activity Loss

**Caution:** See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| | | | | |
|---|---|---|---|---|
| 1a Activities with net income (from Worksheet 1, column (a)) | 1a | 986. | | |
| b Activities with net loss (from Worksheet 1, column (b)) | 1b | | | |
| c Prior year unallowed losses (from Worksheet 1, column (c)) | 1c | | | |
| d Combine lines 1a, 1b, and 1c | | | 1d | 986. |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 2a Activities with net income (from Worksheet 2, column (a)) | 2a | 14,601. | | |
| b Activities with net loss (from Worksheet 2, column (b)) | 2b | <94,875.> | | |
| c Prior year unallowed losses (from Worksheet 2, column (c)) | 2c | <86,975.> | | |
| d Combine lines 2a, 2b, and 2c | | | 2d | <167,249.> |
| 3 Combine lines 1d and 2d. If the result is net income or zero, see the instructions for line 3. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | <166,263.> |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. (See instructions on page 7 for examples.)

| | | | | |
|---|---|---|---|---|
| 4 Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| 5 Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| 6 Enter modified adjusted gross income, but not less than zero | 6 | | | |
| **Note:** If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7. | | | | |
| 7 Subtract line 6 from line 5 | 7 | | | |
| 8 Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| 9 Enter the **smaller** of line 4 or line 8 | | | 9 | |

## Part III Total Losses Allowed

| | | |
|---|---|---|
| 10 Add the income, if any, on lines 1a, and 2a and enter the total | 10 | 15,587. |
| 11 **Total losses allowed from all passive activities for 1993.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 15,587. |

ALTERNATIVE MINIMUM TAX

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate Instructions.

▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**1993**

Attachment Sequence No. **88**

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Identifying number:

## Part I 1993 Passive Activity Loss

**Caution:** See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 1a | Activities with net income (from Worksheet 1, column (a)) | 1a | 986. | | |
| b | Activities with net loss (from Worksheet 1, column (b)) | 1b | | | |
| c | Prior year unallowed losses (from Worksheet 1, column (c)) | 1c | | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | 986. |

**All Other Passive Activities**

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 2a | Activities with net income (from Worksheet 2, column (a)) | 2a | 14,601. | | |
| b | Activities with net loss (from Worksheet 2, column (b)) | 2b | <94,506.> | | |
| c | Prior year unallowed losses (from Worksheet 2, column (c)) | 2c | <85,948.> | | |
| d | Combine lines 2a, 2b, and 2c | | | 2d | <165,853.> |
| 3 | Combine lines 1d and 2d. If the result is net income or zero, see the instructions for line 3. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | <164,867.> |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. (See instructions on page 7 for examples.)

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| 5 | Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| 6 | Enter modified adjusted gross income, but not less than zero | 6 | | | |
| | **Note:** If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7. | | | | |
| 7 | Subtract line 6 from line 5 | 7 | | | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| 9 | Enter the **smaller** of line 4 or line 8 | | | 9 | |

## Part III Total Losses Allowed

| Line | Description | | Amount |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a, and 2a and enter the total | 10 | 15,587. |
| 11 | **Total losses allowed from all passive activities for 1993.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 15,587. |

S430 **For Paperwork Reduction Act Notice, see separate instructions.**

Form **8582** (1993)

LYMAN F. & BEVERLY J. BUSH

FORM 1040 SOCIAL SECURITY BENEFITS WORKSHEET STATEMENT 1

CHECK ONLY ONE
  A. SINGLE - ENTER $25,000 ON LINE 7 BELOW.
X B. MARRIED FILING A JOINT RETURN - ENTER $32,000 ON LINE 7 BELOW.
  C. MARRIED NOT FILING A JOINT RETURN AND LIVED WITH YOUR SPOUSE AT ANY TIME DURING THE YEAR - ENTER -0- ON LINE 7 BELOW.
  D. MARRIED NOT FILING A JOINT RETURN AND DID NOT LIVE WITH YOUR SPOUSE AT ANY TIME DURING THE YEAR - ENTER $25,000 ON LINE 7 BELOW.

| | |
|---|---|
| 1. ENTER THE TOTAL AMOUNT FROM BOX 5 OF ALL YOUR FORMS SSA-1099 AND FORMS RRB-1099 (IF APPLICABLE) . . . . . | 11,407. |
| 2. DIVIDE LINE 1 ABOVE BY 2 . . . . . . . . . . . . . . . . . . . | 5,704. |
| 3. ADD THE AMOUNTS ON FORM 1040, LINES 7, 8A, 8B, 9 THROUGH 15, 16B, 17B, 18 THROUGH 20, PLUS LINE 22. DO NOT INCLUDE HERE ANY AMOUNTS FROM BOX 5 OF FORMS SSA-1099 OR RRB-1099 . . . . | 142,331. |
| 3A. ENTER THE AMOUNT OF ANY FOREIGN EARNED INCOME EXCLUSION, FOREIGN HOUSING EXCLUSION, EXCLUSION OF INCOME FROM U.S. POSSESSIONS, OR EXCLUSION OF INCOME FROM PUERTO RICO BY BONA FIDE RESIDENTS OF PUERTO RICO THAT YOU CLAIMED . . . . | |
| 4. ADD LINES 2, 3, AND 3A . . . . . . . . . . . . . . . . . . | 148,035. |
| 5. ENTER THE AMOUNT FROM FORM 1040, LINE 30 . . . . . . . . . . | 11,027. |
| 6. SUBTRACT LINE 5 FROM LINE 4 . . . . . . . . . . . . . . . . | 137,008. |
| 7. ENTER - $25,000 IF YOU CHECKED BOX A OR D, OR $32,000 IF YOU CHECKED BOX B, OR -0- IF YOU CHECKED BOX C . . . . . . . . . | 32,000. |
| 8. SUBTRACT LINE 7 FROM LINE 6. ENTER THE RESULT, NOT LESS THAN ZERO . . . . . . . . . . . . | 105,008. |
| 9. DIVIDE THE AMOUNT ON LINE 8 BY 2 . . . . . . . . . . . . . . | 52,504. |
| 10. TAXABLE SOCIAL SECURITY BENEFITS. * FIRST, ENTER ON FORM 1040, LINE 21A, THE AMOUNT FROM LINE 1 ABOVE. * THEN, COMPARE THE AMOUNTS ON LINES 2 AND 9 ABOVE, AND ENTER THE SMALLER OF THE TWO AMOUNTS ON THIS LINE AND ALSO ON FORM 1040, LINE 21B . . . . . . . . . . . . . . . | 5,704. |

LYMAN F. & BEVERLY J. BUSH

FORM 1040 WAGES RECEIVED AND TAXES WITHHELD STATEMENT 2

| T S | EMPLOYER'S NAME | AMOUNT PAID | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | CITY SDI TAX W/H | FICA TAX | MEDICARE TAX |
|---|---|---|---|---|---|---|---|
| S | COMM. FOR DEFERRED COMP., OLYMPIA, WASHINGTON | 12,000. | 869. | | | 0. | 0. |
| | TOTALS | 12,000. | 869. | | | 0. | 0. |

FORM 1040 FEDERAL INCOME TAX WITHHELD STATEMENT 3

| T S | DESCRIPTION | AMOUNT |
|---|---|---|
| S | WAGES/SALARIES | 869. |
| S | FROM FORM 1099-R | 1,742. |
| | TOTAL TO FORM 1040, LINE 54 | 2,611. |

SCHEDULE A CASH CONTRIBUTIONS STATEMENT 4

| DESCRIPTION | AMOUNT 50% LIMIT | AMOUNT 30% LIMIT |
|---|---|---|
| MISCELLANEOUS ORGANIZED CHARITIES | 513. | |
| UNITED WAY | 150. | |
| SDSM AND T FOUNDATION | 250. | |
| NATURE CONSERVANCY | 300. | |
| P/S ROTARY AUCTION | 687. | |
| P/S ROTARY - HALSTEAD SCHOLARSHIP | 195. | |
| | 0. | |
| MISCELLANEOUS - SCHEDULE C | 230. | |
| SUBTOTALS | 2,325. | |
| TOTAL TO SCHEDULE A, LINE 13 | | 2,325. |

SCHEDULE A MORTGAGE INTEREST AND POINTS REPORTED ON FORM 1098 STATEMENT 5

| DESCRIPTION | AMOUNT |
| --- | --- |
| HOME MORTGAGE INTEREST PAID TO A FINANCIAL INSTITUTION FROM FORM 8829 - DEDUCTIBLE HOME MORTGAGE INTEREST | 131. |
| TOTAL TO SCHEDULE A, LINE 9A | 131. |

SCHEDULE A INVESTMENT INTEREST STATEMENT 6

| DESCRIPTION | AMOUNT |
| --- | --- |
| FROM K-1 - ML-LEE ACQUISITION FUND, L.P. | 69. |
| TOTAL TO SCHEDULE A, LINE 11 | 69. |

SCHEDULE A MEDICAL AND DENTAL EXPENSES STATEMENT 7

| DESCRIPTION | AMOUNT |
| --- | --- |
| MEDICAL INSURANCE PREMIUMS PAID | 439. |
| PRESCRIPTION MEDICINES AND DRUGS | 805. |
| TRANSPORTATION | 38. |
| DOCTORS, DENTISTS, ETC. | 578. |
| EYEGLASSES AND CONTACTS | 407. |
| SELF-EMPLOYED HEALTH INSURANCE | 5,510. |
| TOTAL TO SCHEDULE A, LINE 1 | 7,777. |

LYMAN F. & BEVERLY J. BUSH

| SCHEDULE A | ITEMIZED DEDUCTIONS WORKSHEET | STATEMENT 8 |
|---|---|---|

| | | | |
|---|---|---|---|
| 1. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 8, 12, 16, 17, 18, 24, AND 25 . . . . . . . . . . . . . . . . . . . . | | 11,266. |
| 2. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 11, AND 17, PLUS ANY GAMBLING LOSSES INCLUDED ON LINE 25 . . . . . . . | | 69. |
| 3. | SUBTRACT LINE 2 FROM LINE 1. (IF THE RESULT IS ZERO, STOP HERE; ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 26.) . . . . . . . . . . . . . . . . . . . | | 11,197. |
| 4. | MULTIPLY LINE 3 ABOVE BY 80% (.80) . . . . . . | 8,958. | |
| 5. | ENTER THE AMOUNT FROM FORM 1040, LINE 32 . . | 127,724. | |
| 6. | ENTER $108,450 ($54,225 IF MARRIED FILING SEPARATELY) . . . . . . . . . . . . . . . . . . | 108,450. | |
| 7. | SUBTRACT LINE 6 FROM LINE 5. (IF THE RESULT IS ZERO OR LESS, STOP HERE; ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 26 . . | 19,274. | |
| 8. | MULTIPLY LINE 7 ABOVE BY 3% (.03) . . . . . . . | 578. | |
| 9. | COMPARE THE AMOUNTS ON LINES 4 AND 8 ABOVE. ENTER THE SMALLER OF THE TWO AMOUNTS HERE . . . . . . . . . . | | 578. |
| 10. | TOTAL ITEMIZED DEDUCTIONS. SUBTRACT LINE 9 FROM LINE 1. ENTER THE RESULT HERE AND ON SCHEDULE A, LINE 26 . . . . . | | 10,688. |

| SCHEDULE B | NONTAXABLE DISTRIBUTIONS | STATEMENT 9 |
|---|---|---|

| NAME OF PAYER | AMOUNT |
|---|---|
| MERRILL LYNCH | 4,820. |
| TOTAL TO SCHEDULE B, LINE 8 | 4,820. |

| SCHEDULE B | CAPITAL GAIN DISTRIBUTIONS | STATEMENT 10 |
|---|---|---|

| NAME OF PAYER | AMOUNT |
|---|---|
| INVESCO DYNAMIC FUND | 668. |
| MERRILL LYNCH | 291. |
| TOTAL TO SCHEDULE B, LINE 7 | 959. |

SCHEDULE B — TAX EXEMPT INTEREST — STATEMENT 11

| NAME OF PAYER | AMOUNT |
|---|---|
| INTEREST FROM MUNICIPAL BONDS | 9,284. |
| TOTAL TAX EXEMPT INTEREST TO SCHEDULE B, LINE 1 | 9,284. |

SCHEDULE D — SHORT-TERM CAPITAL GAINS AND LOSSES — STATEMENT 12

| DESCRIPTION | ACQUIRED | SOLD | PRICE | COST | LOSS | GAIN |
|---|---|---|---|---|---|---|
| 5343 SHARES - INVESCO DYNAMIC FUND | 02/19/93 | 04/20/93 | 59,420. | 58,446. | | 974. |
| 5324 SHARES- INVESCO DYNAMIC FUND | 05/04/93 | 05/13/93 | 60,482. | 59,470. | | 1,012. |
| 2716 SHARES - INVESCO DYNAMIC FUND | 12/06/93 | 12/14/93 | 34,951. | 35,983. | 1,032. | |
| 1000 SHARES - AMGEN INC. | 04/20/93 | 09/01/93 | 36,660. | 39,766. | 3,106. | |
| 500 SHARES - INTERNATIONAL BUS MACHINE CORP | 05/28/93 | 06/29/93 | 12,338. | 12,500. | 162. | |
| 500 SHARES - INTERNATIONAL BUS MACHINE CORP | 05/28/93 | 07/28/93 | 12,214. | 12,500. | 286. | |
| 2031 SHARES MANAGED HIGH INCOME PORTFOLIO | 03/18/93 | 07/28/93 | 23,809. | 24,000. | 191. | |
| 1000 SHARES SOUTHERN PACIFIC RAIL CORP | 09/01/93 | 11/15/93 | 19,193. | 15,660. | | 3,533. |
| TOTAL TO SCHEDULE D, PART I, LINE 1 | | | 259,067. | 258,325. | 4,777. | 5,519. |

SCHEDULE D — LONG-TERM CAPITAL GAINS AND LOSSES — STATEMENT 13

| DESCRIPTION | ACQUIRED | SOLD | PRICE | COST | LOSS | GAIN |
|---|---|---|---|---|---|---|
| MUNICIPLE INVESMENT TRUST - RETURN OF PRINCIPLE | VARIOUS | 09/27/93 | 16,607. | 16,607. | | |
| 1500 SHARES - ALLIED LYONS PLC | 04/29/91 | 06/29/93 | 11,453. | 14,073. | 2,620. | |
| 2000 SHARES - FORSCHNER GROUP, INC. | 02/19/91 | 04/19/93 | 27,525. | 14,428. | | 13,097. |
| 811 SHARES KEY CORP | 06/01/73 | 03/18/93 | 36,429. | 4,659. | | 31,770. |
| TOTAL TO SCHEDULE D, PART II, LINE 9 | | | 92,014. | 49,767. | 2,620. | 44,867. |

FORM 4952 INVESTMENT INTEREST EXPENSE STATEMENT 14

| DESCRIPTION | CURRENT | CARRYOVER |
|---|---|---|
| FROM K-1 - ML-LEE ACQUISITION FUND, L.P. | 69. | |
| TOTALS TO FORM 4952 | 69. | |

FORM 4952 INCOME FROM PROPERTY HELD FOR INVESTMENT STATEMENT 15

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST INCOME | 8,417. |
| DIVIDEND INCOME | 7,958. |
| TOTAL TO FORM 4952, LINE 4A | 16,375. |

FORM 4952 INVESTMENT EXPENSE STATEMENT 16

| DESCRIPTION | AMOUNT |
|---|---|
| FROM - ML-LEE ACQUISITION FUND, L.P. | 354. |
| SCHEDULE A DEDUCTIONS | 5,768. |
| TOTAL TO FORM 4952, LINE 5 | 6,122. |

SCHEDULE E OTHER EXPENSES STATEMENT 17

RENTAL HOUSE (1/3 INTEREST) - 5026 SOUTH PUGET SOUND

| DESCRIPTION | AMOUNT |
|---|---|
| MANAGEMENT FEES | 249. |
| TOTAL TO SCHEDULE E, PAGE 1, LINE 18 | 249. |

LYMAN F. & BEVERLY J. BUSH

SCHEDULE E INCOME OR (LOSS) FROM PARTNERSHIPS AND S CORPS STATEMENT 18

| NAME EMPLOYER ID NO. | NOT AT RISK | CODE | PASSIVE LOSS | PASSIVE INCOME | NONPASSIVE LOSS | SEC. 179 DEDUCTION | NONPASSIVE INCOME |
|---|---|---|---|---|---|---|---|
| SUMMER LOVERS ASSOCIATES | | | | | | | |
| 11-2615060 | | P | | 1,871. | | | |
| BUSH AND WEAVER | | | | | | | |
| 91-0993948 | | P | 139. | 1,302. | | | |
| CINEMA '84 REGISTRATION NO. 8427 | | | | | | | |
| 11-2678807 | | P | | 3,497. | | | |
| FAWCETT PLAZA ONE | | | | | | | |
| 91-1012413 | | P | 1,824. | | | | |
| HAMPTONS II: GRACE ESTATES LIMI | | | | | | | |
| 22-2894733 | | P | 11,053. | | | | |
| LONE WOLF MCQUADE ASSOCIATES | | | | | | | |
| 13-3109971 | | P | | 5,551. | | | |
| ML-LEE ACQUISITION FUND, L.P. | | | | | | | |
| 13-3426817 | | P | | | | | |
| MRI BUSINESS PROPERTIES FUND LTD | | | | | | | |
| 94-2919856 | | P | 185. | | | | |
| TOTALS TO SCH. E, LN. 28 | | | 13,201. | 12,221. | | | |

SCHEDULE SE NON-FARM INCOME STATEMENT 19

| DESCRIPTION | AMOUNT |
|---|---|
| FROM SCHEDULE C | 47,897. |
| TOTAL TO SCHEDULE SE, LINE 2 | 47,897. |

LYMAN F. & BEVERLY J. BUSH

FORM 4797 — NONRECAPTURED NET SECTION 1231 LOSSES FROM PRIOR YEARS — STATEMENT 20

| TAX YEAR | (A) SECTION 1231 LOSSES | (B) SECTION 1231 LOSSES RECAPTURED | (C) (A) MINUS (B) |
|---|---|---|---|
| 1988 | | | |
| 1989 | | | |
| 1990 | | | |
| 1991 | | | |
| 1992 | 2. | | 2. |
| TOTAL TO FORM 4797 | 2. | | 2. |

FORM 6251 — PASSIVE ACTIVITIES — STATEMENT 21

| NAME OF ACTIVITY | FORM | NET INCOME (LOSS) AMT | NET INCOME (LOSS) REGULAR | ADJUSTMENT |
|---|---|---|---|---|
| SUMMER LOVERS ASSOCIATES | SCH E | 1,871. | 1,871. | |
| BUSH AND WEAVER | FORM 4797 | | <6.> | 6. |
| BUSH AND WEAVER | SCH E | <123.> | <103.> | <20.> |
| BUSH AND WEAVER | SCH E | <37.> | <36.> | <1.> |
| BUSH AND WEAVER | SCH E | 1,302. | 1,302. | |
| CINEMA '84 REGISTRATION NO. 8427 | SCH E | 3,371. | 3,497. | <126.> |
| FAWCETT PLAZA ONE | SCH E | <1,706.> | <1,824.> | 118. |
| HAMPTONS II: GRACE ESTATES LIMI | SCH E | <11,140.> | <11,053.> | <87.> |
| LONE WOLF MCQUADE ASSOCIATES | SCH E | 5,548. | 5,551. | <3.> |
| MRI BUSINESS PROPERTIES FUND LTD | SCH E | <72.> | <185.> | 113. |
| RENTAL HOUSE (1/3 INTEREST) - 5026 SOUTH PUGET SOUND | SCH E | 986. | 986. | |
| TOTAL TO FORM 6251, LINE 11 | | | | |

FORM 8829 OTHER EXPENSES STATEMENT 22

| DESCRIPTION | DIRECT EXPENSES | INDIRECT EXPENSES |
|---|---|---|
| YARD EXPENSE | | 490. |
| TOTAL TO FORM 8829, LINE 20 | | 490. |

FORM 8582 ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 STATEMENT 23

| | CURRENT YEAR | | PRIOR YEAR | OVERALL GAIN OR LOSS | |
|---|---|---|---|---|---|
| NAME OF ACTIVITY | NET INCOME | NET LOSS | UNALLOWED LOSS | GAIN | LOSS |
| RENTAL HOUSE (1/3 INTEREST) - 5026 SOUTH PUGET SOUND | 986. | 0. | | 986. | |
| TOTALS | 986. | 0. | | 986. | |

FORM 8582 OTHER PASSIVE ACTIVITIES - WORKSHEET 2 STATEMENT 24

| | CURRENT YEAR | | PRIOR YEAR | OVERALL GAIN OR LOSS | |
|---|---|---|---|---|---|
| NAME OF ACTIVITY | NET INCOME | NET LOSS | UNALLOWED LOSS | GAIN | LOSS |
| SUMMER LOVERS ASSOCIATES | 3,284. | 0. | <1,413.> | 1,871. | |
| BUSH AND WEAVER | 0. | 0. | <1,484.> | | <1,484.> |
| BUSH AND WEAVER | 0. | 0. | <484.> | | <484.> |
| BUSH AND WEAVER | 1,302. | 0. | | 1,302. | |
| CINEMA '84 REGISTRATION NO. 8427 | 4,389. | 0. | <892.> | 3,497. | |
| FAWCETT PLAZA ONE | 0. | <9,042.> | <15,738.> | | <24,780.> |
| HAMPTONS II: GRACE ESTATES LIMI | 0. | <85,348.> | <64,865.> | | <150,213.> |
| LONE WOLF MCQUADE ASSOCIATES | 5,626. | 0. | <75.> | 5,551. | |
| MRI BUSINESS PROPERTIES FUND LTD | 0. | <485.> | <2,024.> | | <2,509.> |
| TOTALS | 14,601. | <94,875.> | <86,975.> | 12,221. | <179,470.> |

FORM 8582 ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 4 STATEMENT 25

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| BUSH AND WEAVER | SCH E | 1,484. | .008268791 | 1,375. |
| BUSH AND WEAVER | SCH E | 484. | .002696830 | 448. |
| FAWCETT PLAZA ONE | SCH E | 24,780. | .138073216 | 22,956. |
| HAMPTONS II: GRACE ESTATES LIMI | SCH E | 150,213. | .836981111 | 139,160. |
| MRI BUSINESS PROPERTIES FUND LTD | SCH E | 2,509. | .013980052 | 2,324. |
| TOTALS | | 179,470. | 1.000000000 | 166,263. |

FORM 8582 ALLOWED LOSSES - WORKSHEET 5 STATEMENT 26

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| BUSH AND WEAVER | SCH E | 484. | 448. | 36. |
| FAWCETT PLAZA ONE | SCH E | 24,780. | 22,956. | 1,824. |
| HAMPTONS II: GRACE ESTATES LIMI | SCH E | 150,213. | 139,160. | 11,053. |
| MRI BUSINESS PROPERTIES FUND LTD | SCH E | 2,509. | 2,324. | 185. |
| TOTALS | | 177,986. | 164,888. | 13,098. |

FORM 8582 ACTIVITIES WITH LOSSES REPORTED ON 2 OR MORE DIFFERENT FORMS OR SCHEDULES - WORKSHEET 6 STATEMENT 27

| GROUP NO. | NAME | FORM OR SCHEDULE NET LOSS | FORM OR SCHEDULE NET GAIN | OVERALL LOSS | RATIO | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| 1 | BUSH AND WEAVER | 81. | 0. | 81. | .054582210 | 75. | 6. |
| 1 | BUSH AND WEAVER | 1,403. | 0. | 1,403. | .945417790 | 1,300. | 103. |
| | | | | 1,484. | 1.000000000 | 1,375. | 109. |

LYMAN F. & BEVERLY J. BUSH

FORM 8582 SUMMARY OF PASSIVE ACTIVITIES STATEMENT 28

| RREA | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| | SUMMER LOVERS ASSOCIATES | SCH E | 3,284. | <1,413.> | 1,871. | | |
| | BUSH AND WEAVER | FORM 4797 | 0. | <81.> | <81.> | 75. | 6. |
| | BUSH AND WEAVER | SCH E | 0. | <1,403.> | <1,403.> | 1,300. | 103. |
| | BUSH AND WEAVER | SCH E | 0. | <484.> | <484.> | 448. | 36. |
| | BUSH AND WEAVER | SCH E | 1,302. | | 1,302. | | |
| | CINEMA '84 REGISTRATION NO. 8427 | SCH E | 4,389. | <892.> | 3,497. | | |
| | FAWCETT PLAZA ONE | SCH E | <9,042.> | <15,738.> | <24,780.> | 22,956. | 1,824. |
| | HAMPTONS II: GRACE ESTATES LIMI | SCH E | <85,348.> | <64,865.> | <150,213.> | 139,160. | 11,053. |
| | LONE WOLF MCQUADE ASSOCIATES | SCH E | 5,626. | <75.> | 5,551. | | |
| | MRI BUSINESS PROPERTIES FUND LTD | SCH E | <485.> | <2,024.> | <2,509.> | 2,324. | 185. |
| X | RENTAL HOUSE (1/3 INTEREST) - 5026 SOUTH PUGET SOUND | SCH E | 986. | | 986. | | |
| | TOTALS | | <79,288.> | <86,975.> | <166,263.> | 166,263. | 13,207 |

PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME 2,380

TOTAL TO FORM 8582, LINE 11 15,587

FORM 8582 ALTERNATIVE MINIMUM TAX ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 STATEMENT 29

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| RENTAL HOUSE (1/3 INTEREST) - 5026 SOUTH PUGET SOUND | 986. | 0. | | 986. | |
| TOTALS | 986. | 0. | | 986. | |

FORM 8582 | ALTERNATIVE MINIMUM TAX | STATEMENT 30

OTHER PASSIVE ACTIVITIES - WORKSHEET 2

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| SUMMER LOVERS ASSOCIATES | 3,284. | 0. | <1,413.> | 1,871. | |
| BUSH AND WEAVER | 0. | 0. | <1,673.> | | <1,673.> |
| BUSH AND WEAVER | 0. | 0. | <500.> | | <500.> |
| BUSH AND WEAVER | 1,302. | 0. | | 1,302. | |
| CINEMA '84 REGISTRATION NO. 8427 | 4,389. | 0. | <1,018.> | 3,371. | |
| FAWCETT PLAZA ONE | 0. | <8,694.> | <14,525.> | | <23,219.> |
| HAMPTONS II: GRACE ESTATES LIMI | 0. | <85,348.> | <66,222.> | | <151,570.> |
| LONE WOLF MCQUADE ASSOCIATES | 5,626. | 0. | <78.> | 5,548. | |
| MRI BUSINESS PROPERTIES FUND LTD | 0. | <464.> | <519.> | | <983.> |
| TOTALS | 14,601. | <94,506.> | <85,948.> | 12,092. | <177,945.> |

FORM 8582 | ALTERNATIVE MINIMUM TAX | STATEMENT 31

ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 4

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| BUSH AND WEAVER | SCH E | 1,673. | .009401781 | 1,550. |
| BUSH AND WEAVER | SCH E | 500. | .002809857 | 463. |
| FAWCETT PLAZA ONE | SCH E | 23,219. | .130484138 | 21,513. |
| HAMPTONS II: GRACE ESTATES LIMI | SCH E | 151,570. | .851780044 | 140,430. |
| MRI BUSINESS PROPERTIES FUND LTD | SCH E | 983. | .005524180 | 911. |
| TOTALS | | 177,945. | 1.000000000 | 164,867. |

FORM 8582 ALTERNATIVE MINIMUM TAX ALLOWED LOSSES - WORKSHEET 5 STATEMENT 32

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| BUSH AND WEAVER | SCH E | 500. | 463. | 37. |
| FAWCETT PLAZA ONE | SCH E | 23,219. | 21,513. | 1,706. |
| HAMPTONS II: GRACE ESTATES LIMI | SCH E | 151,570. | 140,430. | 11,140. |
| MRI BUSINESS PROPERTIES FUND LTD | SCH E | 983. | 911. | 72. |
| TOTALS | | 176,272. | 163,317. | 12,955. |

FORM 8582 ALTERNATIVE MINIMUM TAX ACTIVITIES WITH LOSSES REPORTED ON 2 OR MORE DIFFERENT FORMS OR SCHEDULES - WORKSHEET 6 STATEMENT 33

| GROUP NO. | NAME | FORM OR SCHEDULE NET LOSS | FORM OR SCHEDULE NET GAIN | OVERALL LOSS | RATIO | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| 1 | BUSH AND WEAVER | 1,673. | 0. | 1,673. | 1.000000000 | 1,550. | 123. |
| | | | | 1,673. | 1.000000000 | 1,550. | 123. |

FORM 8582AMT SUMMARY OF PASSIVE ACTIVITIES - AMT STATEMENT 34

| R R E A | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| | SUMMER LOVERS ASSOCIATES | SCH E | 3,284. | <1,413.> | 1,871. | | |
| | BUSH AND WEAVER | SCH E | 0. | <1,673.> | <1,673.> | 1,550. | 123. |
| | BUSH AND WEAVER | SCH E | 0. | <500.> | <500.> | 463. | 37. |
| | BUSH AND WEAVER | SCH E | 1,302. | | 1,302. | | |
| | CINEMA '84 REGISTRATION NO. 8427 | SCH E | 4,389. | <1,018.> | 3,371. | | |

LYMAN F. & BEVERLY J. BUSH

| | | | | | | |
|---|---|---|---|---|---|---|
| | FAWCETT PLAZA ONE SCH E | <8,694.> | <14,525.> | <23,219.> | 21,513. | 1,706. |
| | HAMPTONS II: SCH E GRACE ESTATES LIMI | <85,348.> | <66,222.> | <151,570.> | 140,430. | 11,140. |
| | LONE WOLF MCQUADE SCH E ASSOCIATES | 5,626. | <78.> | 5,548. | | |
| | MRI BUSINESS SCH E PROPERTIES FUND LTD | <464.> | <519.> | <983.> | 911. | 72. |
| X | RENTAL HOUSE (1/3 SCH E INTEREST) - 5026 SOUTH PUGET SOUND | 986. | | 986. | | |
| TOTALS | | <78,919.> | <85,948.> | <164,867.> | 164,867. | 13,078. |
| PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME | | | | | | 2,509. |
| TOTAL TO FORM 8582AMT, LINE 11 | | | | | | 15,587. |

Brink & Sadler
Professional Services Corporation
rtified Public Accountants
127 112th Street S.W.
acoma, Washington 98499

CERTIFIED
P 668 808 548
MAIL

Internal Revenue Service Center
1160 West 1200 South Street
Ogden, Utah 84201