Form 906
(Rev. January 1987)

Department of the Treasury—Internal Revenue Service

# Closing Agreement On Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code of 1986 (hereinafter "Code")

Lyman F. and Beverly J. Bush
(Taxpayer's name, address, and identifying number)

(hereinafter "taxpayers")

SSN:

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS taxpayers are limited partners in the partnership known as Summer Lovers Associates.

WHEREAS taxpayers have claimed a deduction, in the amount of $55,287.00 for their distributive share of the loss claimed by Summer Lovers Associates for the taxable year ended December 31, 1982.

WHEREAS it is desirable for Federal income tax purposes to agree on certain matters pertaining to taxpayers partnership interest.

Now it is hereby determined and agreed for Federal income tax purposes:

1. That the taxpayers initial amount at risk is $50,000.00.

2. That the taxpayers are entitled to claim investment tax credit of $5,000.00 for 1982.

3. That the taxpayers are allowed to claim a loss from Summer Lovers Associates in 1982 in the amount of $50,000.00.

4. That any losses disallowed because they exceed the amount at risk will be carried forward in accordance with I.R.C. § 465.

5. To the extent the partnership earns net income after 1982, the at risk amount will be increased in accordance with I.R.C. § 465.

GOVERNMENT EXHIBIT
DX6

under I.R.C. §§ 66: (a), 6661 or 6659.

7. The taxpayers are liable for additional interest pursuant to I.R.C. § 6621(c) for tax motivated transactions.

This agreement is final and conclusive except:

*(1)* the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

*(2)* it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and

*(3)* if it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

By signing, the above parties certify that they have read and agreed to the terms of this document.

Your signature Lyman F. Bush LYMAN F. BUSH Date Signed 3-25-94

Spouse's signature (if a joint return was filed) Beverly J. Bush BEVERLY J. BUSH Date Signed 3-25-94

Taxpayer's representative Date Signed

Taxpayer (other than individual)

By Date Signed

Title

Commissioner of Internal Revenue

By [signature] Date Signed 8-18-94

Title Chief Appeals