AS ORIGINALLY FILED

AS AMENDED

3B140 1560-64 ^8 03 04100946

CCE Form 1040 Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1990

For the year January-December 31, 1990, or other tax year beginning , 1990, ending , 19 | OMB No. 1545-0074

Your first name and initial: LYMAN F. Last name: BUSH — Your social security number

If a joint return, spouse's first name and initial: BEVERLY J. Last name: BUSH — Spouse's social security no.

Home address (number and street). (If a P.O. box, see page 9.) Apt. no.

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.)

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

BUSH

**Presidential Election Campaign** — Do you want $1 to go to this fund? X Yes / No. If joint return, does your spouse want $1 to go to this fund? X Yes / No. Note: *Checking "Yes" will not change your tax or reduce your refund.*

**Filing Status** (Check only one box.)
1. [ ] Single. (See page 10 to find out if you can file as head of household.)
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 10.)

**Exemptions** (See Instructions on page 10.)

6a [X] Yourself — If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.
b [X] Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | | | |

No. of your children on 6c who: ● lived with you ● didn't live with you due to divorce or separation (see page 11). No. of other dependents on 6c.

If more than 6 dependents, see Instructions on page 11.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]

e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income** (Attach Copy B of your Forms W-2, W-2G, and W-2P here. If you do not have a W-2, see page 8. Attach check or money order on top of any Forms W-2, W-2G, and W-2P.)

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) SEE STMT 1 | 7 | 79,033. |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 8a | 10,394. |
| b | Tax-exempt interest income. DON'T include on line 8a — 8b 15,131 | | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 10,587. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 1,112. |
| 14 | Capital gain distributions not reported on line 13 | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions 16a — 16b Taxable amount | 16b | |
| 17a | Total pensions and annuities 17a — 17b Taxable amount | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | 355. |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) | 20 | |
| 21a | Social security benefits 21a 10,132. — 21b Taxable amount | 21b | 5,066. |
| 22 | Other income (list type and amount) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 23 | 106,547. |

**Adjustments to Income** (See Instructions on page 17.)

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a | 2,000. | | |
| 24b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b | | | |
| 25 | One-half of self-employment tax | 25 | | | |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | 26 | | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | | | |
| 30 | Add lines 24a through 29. ▶ | | | 30 | 2,000. |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your adjusted gross income. *If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57* ▶ 31 104,547.

H788

COPY FOR YOUR FILE

RECEIVED NOV 2 9 1993 OGDEN, UT

Income Removed To Extent Of Carry Forward Of Suspended At-Risk Losses

<12,418> Summer Lovers
<1,459> Cinema 8
Reverse loss 626 Pg 6. in Return
→ 106,547

<2,000>

91,296

AS ORIGINALLY FILED

22
BUSH 408 14100946 1560-64 04

AS AMENDED

Form 1040 (1990) Page 2

| Section | Line | Description | Box | Amount | Box | Amount | As amended |
|---|---|---|---|---|---|---|---|
| Tax Computation | 32 | Amount from line 31 (adjusted gross income) | | | 32 | 104,547. | 91,296 |
| | 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a ☐ | | | | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | | | | |
| If you want IRS to figure your tax, see instructions on page 19. | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | | | | | |
| | 34 | Enter the larger of: ● Your standard deduction (from page 20 that applies to you), OR ● Your itemized deductions (from Schedule A, line 27). If you itemize, attach Schedule A and check here ▶ [X] | | | 34 | 8,458. | ⟨8,723⟩ |
| | 35 | Subtract line 34 from line 32. | | | 35 | 96,089. | |
| | 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e. | | | 36 | 4,100. | ⟨4,100⟩ |
| | 37 | Taxable income. Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-) | | | 37 | 91,989. | 78,473 |
| | 38 | Enter tax. Check if from: a ☐ Tax Table, b [X] Tax Rate Schedules, or c ☐ Form 8615 (If any is from Form(s) 8814, enter that amount here ▶ d ____ ) | | | 38 | 22,218. | 17,758 |
| | 39 | Additional taxes. Check if from: a ☐ Form 4970 b ☐ Form 4972 | | | 39 | | |
| | 40 | Add lines 38 and 39. ▶ | | | 40 | 22,218. | |
| Credits (See Instructions on page 21.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | | | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | | | | |
| | 43 | Foreign tax credit (attach Form 1116) | 43 | | | | |
| | 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) ____ | 44 | | | | |
| | 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | | | | |
| | 46 | Add lines 41 through 45. | | | 46 | | |
| | 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | | | 47 | 22,218. | ⟨1,387⟩ |
| Other Taxes | 48 | Self-employment tax (attach Schedule SE) | | | 48 | | |
| | 49 | Alternative minimum tax (attach Form 6251) | | | 49 | 0. | |
| | 50 | Recapture taxes. Check if from: a ☐ Form 4255 b ☐ Form 8611 | | | 50 | | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | | | 51 | | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | | | 52 | | |
| | 53 | Advance earned income credit payments from Form W-2 | | | 53 | | |
| | 54 | Add lines 47 through 53. This is your total tax ▶ | | | 54 | 22,218. | 16,371 |
| Payments (Attach Forms W-2, W-2G, and W-2P to front.) | 55 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐ ) | 55 | 14,155. | | | |
| | 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | 2,310. | | | |
| | 57 | Earned income credit NO | 57 | | | | |
| | 58 | Amount paid with Form 4868 (extension request) | 58 | | | | |
| | 59 | Excess social security tax and RRTA tax withheld | 59 | | | | |
| | 60 | Credit for Federal tax on fuels (attach Form 4136) | 60 | | | | |
| | 61 | Regulated investment company credit | 61 | | | | |
| | 62 | Add lines 55 through 61. These are your total payments ▶ | | | 62 | 16,465. | |
| Refund or Amount You Owe | 63 | If line 62 is more than line 54, enter amount OVERPAID ▶ | | | 63 | | |
| | 64 | Amount of line 63 to be REFUNDED TO YOU ▶ | | | 64 | | |
| | 65 | Amount of line 63 to be APPLIED TO YOUR 1991 ESTIMATED TAX ▶ | 65 | | | | |
| | 66 | If line 54 is more than line 62, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. | | | 66 | 5,819. | |
| | 67 | Estimated tax penalty | 67 | 66. | | | |

COPY FOR YOUR FILE

**Sign Here** (Keep a copy of this return for your records.)

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| | | STRUCTURAL ENG. |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |
| | | TEACHER |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | BRINK & SADLER, C.P.A.'S<br>PO BOX 99190<br>TACOMA, WASHINGTON | E.I. No. | |
| | | ZIP code | |

H788

AS ORIGINALLY FILED

AS AMENDED

23
BUSH 408 14100946 1560-64 05

SCHEDULES A&B (Form 1040)
Department of the Treasury
Internal Revenue Service

# Schedule A – Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
1990
Attachment Sequence No. 07

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number

| Section | Line | Description | Box | Amount | Total | As Amended |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses. (See page 27 of the Instructions.) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 | 2 | | | |
| | 3 | Multiply the amount on line 2 by 7.5% (.075). Enter the result | 3 | | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- | ▶ 4 | | | |
| Taxes You Paid (See Instructions on page 27.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes | 6 | 2,310. | | |
| | 7 | Other taxes. (List-include personal property taxes.) ▶ PERSONAL PROPERTY | 7 | 411. | | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total | ▶ 8 | | 2,721. | 2,721 |
| Interest You Paid (See Instructions on page 27.) | 9a | Deductible home mortgage interest paid to financial institutions and reported to you on Form 1098. Report deductible points on line 10 | 9a | 579. | | |
| | b | Other deductible home mortgage interest. (If paid to an individual, show that person's name and address.) ▶ | 9b | | | |
| | 10 | Deductible points. (See Instructions for special rules.) | 10 | | | |
| | 11 | Deductible investment interest (attach Form 4952 if required). (See page 28.) | 11 | 428. | | |
| | 12a | Personal interest you paid. (See page 28.) | 12a | | | |
| | b | Multiply the amount on line 12a by 10% (.10). Enter the result | 12b | | | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total | ▶ 13 | | 1,007. | 1,007 |
| Gifts to Charity (See Instructions on page 29.) | | Caution: *If you made a charitable contribution and received a benefit in return, see page 29 of the Instructions.* | | | | |
| | 14 | Contributions by cash or check | 14 | 1,853. | | |
| | 15 | Other than cash or check. (You MUST attach Form 8283 if over $500.) STMT 8 | 15 | 625. | | |
| | 16 | Carryover from prior year | 16 | | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total | ▶ 17 | | 2,478. | 2,478 |
| Casualty and Theft Losses | 18 | Casualty or theft loss(es) (attach Form 4684). (See page 29 of the Instructions.) | ▶ 18 | | | |
| Moving Expenses | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 30 of the Instructions.) | ▶ 19 | | | |
| Job Expenses and Most Other Miscellaneous Deductions (See Instructions on page 30 for expenses to deduct here.) | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ▶ SEE STMT 10 | 20 | 1,993. | | |
| | 21 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ SEE STATEMENT 9 | 21 | 2,350. | | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total | 22 | 4,343. | | |
| | 23 | Enter amount from Form 1040, line 32 | 23 | ~~104,547~~ 91296 | | |
| | 24 | Multiply the amount on line 23 by 2% (.02). Enter the result | 24 | ~~2,091.~~ 1826 | | |
| | 25 | Subtract line 24 from line 22. Enter the result. If less than zero, enter -0- | ▶ 25 | | ~~2,252.~~ | 2,517 |
| Other Miscellaneous Deductions | 26 | Other (from list on page 30 of Instructions). List type and amount ▶ | ▶ 26 | | | |
| Total Itemized Deductions | 27 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 25, and 26. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 20 of the Instructions | ▶ 27 | | 8,458. | 8,723 |

COPY FOR YOUR FILE



2

BUSH

408-14100946 1560-64

# SCHEDULE E (Form 1040) — Supplemental Income and Loss

Department of the Treasury Internal Revenue Service

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040 or Form 1041.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1990**

Attachment Sequence No. 13

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Your social security number

**Part I Income or Loss From Rentals and Royalties** Note: *Report farm rental income or loss from* Form 4835 *on page 2, line 39.*

1 In the space provided below, show the kind and location of rental property:

2 For each rental property listed on line 1, did you or your family use it for personal purposes more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? ▶

| | Property | | Yes | No |
|---|---|---|---|---|
| A | 5026 SOUTH PUGET SOUND (1/3 INTEREST) | A | | X |
| B | | B | | |
| C | | C | | |

| | Line | Properties A | B | C | Line | D Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| **Rental and Royalty Income:** | | | | | | |
| 3 Rents received | 3 | 1,853. | | | 3 | 1,853. |
| 4 Royalties received SEE STMT 2 | 4 | | | | 4 | |
| **Rental and Royalty Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Mortgage interest paid to banks, etc. | 11 | | | | 11 | |
| 12 Other interest | 12 | | | | | |
| 13 Repairs | 13 | | | | | |
| 14 Supplies | 14 | | | | | |
| 15 Taxes | 15 | | | | | |
| 16 Utilities | 16 | | | | | |
| 17 Wages and salaries | 17 | | | | | |
| 18 Other (list) ▶ SEE STMT 2 | 18 | 1,582. | | | | |
| 19 Add lines 5 through 18. SEE STATEMENT 2 | 19 | 1,582. | | | 19 | 1,582. |
| 20 Depreciation expense or depletion | 20 | 552. | | | 20 | 552. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 2,134. | | | | |
| 22 Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see Instructions to find out if you must file Form 6198 | 22 | -281. | | | | |
| 23 Deductible rental loss. **Caution:** *Your rental loss on line 22 may be limited. See Instructions to find out if you must file* Form 8582 | 23 | 281. | | | | |

| | Line | Amount |
|---|---|---|
| 24 **Income.** Add rental and royalty income from line 22. Enter the total income here | 24 | |
| 25 **Losses.** Add royalty losses from line 22 and rental losses from line 23. Enter the total losses here | 25 | -281. |
| 26 Total rental and royalty income or (loss). Combine amounts on lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in the total on line 40 on page 2. | 26 | -281. |

COPY FOR YOUR FILE

For Paperwork Reduction Act Notice, see Form 1040 Instructions. H788

Schedule E (Form 1040) 1990

AS ORIGINALLY FILED

AS ORIGINALLY FILED

AS AMENDED

BUSH 408 14100946 1560-64 10
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

Schedule E (Form 1040) 1990 Attachment Sequence No. 13 Page 2

Name(s) shown on return. (Do not enter name and social security number if shown on page 1.) | Your social security number

LYMAN F. & BEVERLY J. BUSH

*Note: If you report amounts from farming or fishing on Schedule E, you must include your gross income from those activities on line 41 below.*

**Part II Income or Loss From Partnerships and S Corporations**

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 3 | P | | | X | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (Attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 12,418. | 12,418. | 474. | | 1,110. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| 28a Totals | | 12,418. | | | 1,110. |
| b Totals | 12,418. | | 474. | | |

29 Add amounts in columns (h) and (k) of line 28a. Enter the total income here . . . 29 13,528.

30 Add amounts in columns (g), (i), and (j) of line 28b. Enter the total here . . . . 30 -12,892.

31 Total partnership and S corporation income or (loss). Combine amounts on lines 29 and 30. Enter the result here and include in the total on line 40 below . . . 31 636.

COPY FOR YOUR FILE

**Part III Income or Loss From Estates and Trusts**

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (Attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

34 Add amounts in columns (d) and (f) of line 33a. Enter the total income here . . . 34

35 Add amounts in columns (c) and (e) of line 33b. Enter the total here . . . 35

36 Total estate and trust income or (loss). Combine amounts on lines 34 and 35. Enter the result here and include in the total on line 40 below . . . 36

**Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)-Residual Holder**

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

38 Combine amounts in columns (d) and (e) only. Enter the result here and include in the total on line 40 below 38

**Part V Summary**

39 Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) . . . 39

40 TOTAL income or (loss). Combine amounts on lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ 40 355.

41 Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III, and on line 39 41

AS ORIGINALLY FILED

AS AMENDED

BUSH 408 1560-64 04100946

1990 FEDERAL INCOME TAX STATEMENTS PAGE 10

STATEMENT 3 - INCOME FROM PARTNERSHIPS (CONTINUED)

NAME AND ADDRESS OF PARTNERSHIP
(H) SUMMER LOVERS ASSOCIATES
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2615060

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | (X) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | ( ) |

| | | |
|---|---|---|
| PASSIVE INCOME (LOSS) - TRADE OR BUSINESS | 12,418 | |
| TOTAL PARTNERSHIP INCOME (LOSS) | | 12,418 |

SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| BUSH AND WEAVER | | | | |
| TRADE/BUSINESS ACTIVITY | | | | 1,110 |
| TRADE/BUSINESS ACTIVITY | 323 | | | |
| RENTAL REAL ESTATE | 114 | | | |
| CINEMA '84 REGISTRATION NO. 84272000294 | | | | |
| RENTAL REAL ESTATE | 626 | | | |
| FAWCETT PLAZA ONE | | | | |
| RENTAL REAL ESTATE | 3,027 | | | |
| HAMPTONS II: GRACE ESTATES LIMITED | | | | |
| TRADE/BUSINESS ACTIVITY | 8,317 | | | |
| LONE WOLF MCQUADE ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | 11 | | | |
| ML-LEE ACQUISITION FUND, L.P. | | | | |
| PUGET SOUND INVESTORS II | | | | |
| RENTAL REAL ESTATE | | | 474** | |
| SUMMER LOVERS ASSOCIATES | | | | |
| TRADE/BUSINESS ACTIVITY | | 12,418 | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 12,418 | 12,418 | 474 | 1,110 |

ALREADY Deducted ON 1040 AND Reversed.

COPY FOR YOUR FILE

Amount Removed.

**DISPOSITION OF AN ENTIRE INTEREST IN PASSIVE ACT. RESULTS IN NET LOSS

STATEMENT 3 (CONTINUED)

AS ORIGINALLY FILED

BUSH 408 1560-64 04100946

1990 FEDERAL INCOME TAX STATEMENTS PAGE 5

STATEMENT 3 - INCOME FROM PARTNERSHIPS (CONTINUED)

SUMMARY OF INCOME AND K-1 INFORMATION FOR THIS PARTNERSHIP

| | PASSIVE ACTIVITIES (LOSS) | PASSIVE ACTIVITIES INCOME | NONPASSIVE ACTIVITIES (LOSS) | NONPASSIVE ACTIVITIES INCOME |
|---|---|---|---|---|
| TRADE/BUSINESS ACTIVITY | | | | 1,110 |
| MRI BUSINESS PROPERTIES FUND LTD. TRADE/BUSINESS ACTIVITY | 323 | | | |
| MRI BUSINESS PROPERTIES FUND LTD. RENTAL REAL ESTATE | 114 | | | |
| TOTAL INCOME OR LOSS FROM ALL PARTNERSHIPS | 437 | | | 1,110 |

OTHER K-1 INFORMATION
PASSIVE LOSS CARRYOVER FOR ALT MIN 1,508
INTEREST 36
TAX PREFERENCE ITEMS
DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY 43
INVESTMENT INTEREST EXPENSE
INVESTMENT INCOME 36

COPY FOR YOUR FILE

NAME AND ADDRESS OF PARTNERSHIP
(H) CINEMA '84 REGISTRATION NO. 842720000294
C/O GREENBERG BROTHERS PARTNERSHIP
2 SOUNDVIEW DRIVE
GREENWICH, CONNECTICUT 06830-0000
FED EMP I.D. NUMBER 11-2678807

| | YES | NO |
|---|---|---|
| GENERAL PARTNER | ( ) | (X) |
| TRADE OR BUSINESS - MATERIAL PARTICIPATION | ( ) | ( ) |
| RENTAL REAL ESTATE - ACTIVE PARTICIPATION | ( ) | (X) |
| ACTIVITY STARTED OR ACQUIRED AFTER 10/22/86. | | |

INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY 1,459

TOTAL PARTNERSHIP INCOME (LOSS) 1,459

Income Removed to Extent of At Risk Loss Carryover

Netted in Loss

GAIN(LOSS) BEFORE LIMITATION 1,459
LESS SUSPENDED LOSS CARRYOVER ~~4,540~~ -0-
PLUS DISALLOWED LOSS FROM FORM 8582 2,455

PASSIVE INCOME (LOSS) (FROM FORM 8582) -626
OTHER K-1 INFORMATION
PASSIVE LOSS CARRYOVER FOR ALT MIN 4,715

AS AMENDED

Form **3800**
Department of the Treasury
Internal Revenue Service

# General Business Credit

▶ Attach to your tax return.
▶ See separate Instructions.

OMB No. 1545-0895
**1990**
Attachment Sequence No. 22

Name(s) as shown on return | Identifying number

**Part I Tentative Credit**

| | | | |
|---|---|---|---|
| 1 | Current year investment credit (Form 3468, Part I) | 1 | 1,387 |
| 2 | Current year jobs credit (Form 5884, Part I) | 2 | |
| 3 | Current year credit for alcohol used as fuel (Form 6478) | 3 | |
| 4 | Current year credit for increasing research activities (Form 6765, Part III) | 4 | |
| 5 | Current year low-income housing credit (Form 8586, Part I) | 5 | |
| 6 | Current year disabled access credit (Form 8826, Part I) | 6 | |
| 7 | **Current year general business credit**—Add lines 1 through 6 | 7 | 1,387 |
| 8 | Passive activity credits included on lines 1 through 6 (see Instructions) | 8 | |
| 9 | Subtract line 8 from line 7 | 9 | 1,387 |
| 10 | Passive activity credits allowed in 1990 (see Instructions) | 10 | |
| 11 | Carryforward of general business credit, WIN credit or ESOP credit to 1990 (see Instructions) | 11 | |
| 12 | Carryback of general business credit to 1990 | 12 | |
| 13 | Tentative general business credit—Add lines 9 through 12 | 13 | 1,387 |

**Part II General Business Credit Limitation Based on Amount of Tax**

| | | | | | |
|---|---|---|---|---|---|
| 14a | Individuals—Enter amount from Form 1040, line 40 | | | | |
| b | Corporations—Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) | | | 14 | 18,038 |
| c | Other filers—Enter regular tax before credits from your return | | | | |
| 15 | Credits that reduce regular tax before the general business credit— | | | | |
| a | Credit for child and dependent care expense (Form 2441) | 15a | | | |
| b | Credit for the elderly or the disabled (Schedule R, Form 1040) | 15b | | | |
| c | Foreign tax credit (Form 1116 or Form 1118) | 15c | | | |
| d | Possessions tax credit (Form 5735) | 15d | | | |
| e | Mortgage interest credit (Form 8396) | 15e | | | |
| f | Credit for fuel from a nonconventional source | 15f | | | |
| g | Orphan drug credit (Form 6765) | 15g | | | |
| h | Total credits that reduce regular tax before the general business credit. Add lines 15a through 15g and enter here | | | 15h | – |
| 16 | Net regular tax—Subtract line 15h from line 14 | | | 16 | 18,038 |
| 17 | Tentative minimum tax: | | | | |
| a | Individuals—Enter amount from Form 6251, line 17 | | | | |
| b | Corporations—Enter amount from Form 4626, line 13 | | | 17 | 15,509 |
| c | Estates and Trusts—Enter amount from Form 8656, line 37 | | | | |
| 18 | Net income tax: | | | | |
| a | Individuals—Add line 16 above and line 19 of Form 6251. Enter the total 18038 | | | | |
| b | Corporations—Add line 16 above and line 15 of Form 4626. Enter the total | | | 18 | 18,038 |
| c | Other filers—See Instructions | | | | |
| 19 | If line 16 is more than $25,000, enter 25% of the excess | | | 19 | – |
| 20 | Subtract line 17 or line 19, whichever is greater, from line 18. Enter the result. If less than zero, enter zero | | | 20 | 2,529 |
| 21 | **General business credit**—Enter the smaller of line 13 or line 20. Also enter this amount on Form 1040, line 44; Form 1120, Schedule J, line 4e; Form 1120-A, Part I, line 2a; or on the appropriate line of your return. (Individuals, estates, and trusts, see instructions if the credit for increasing research activities is claimed. C corporations, see instructions for Schedule A if the investment credit is claimed or if the corporation has undergone a post-1986 "ownership change.") | | | 21 | 1,387 |

AS ORIGINALLY FILED

AS AMENDED

BUSH 408-?4100946 1560-64 11

Form **6251** Department of the Treasury Internal Revenue Service

## Alternative Minimum Tax—Individuals

▶ Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656.

OMB No. 1545-0227 **1990** Attachment Sequence No. 32

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH — Your social security number

| Line | Description | Sub-line | Sub-amount | Line | Amount | As Amended |
|---|---|---|---|---|---|---|
| 1 | Taxable income from Form 1040, line 37. (If Form 1040, line 37 is zero, see instructions.) | | | 1 | 91,989. | 82,573 |
| 2 | Net operating loss deduction, if any, from Form 1040, line 22. (Enter as a positive amount.) | | | 2 | | |
| 3 | Combine lines 1 and 2 | | | 3 | 91,989. | |
| 4 | Adjustments: (See Instructions before completing.) | | | | | |
| a | Standard deduction, if any, from Form 1040, line 34 | 4a | | | | |
| b | Personal exemption amount from Form 1040, line 36 | 4b | 4,100. | | | 4,100 |
| c | Medical and dental expenses | 4c | | | | |
| d | Miscellaneous itemized deductions from Schedule A (Form 1040), line 25 | 4d | 2,252. | | | 2,517 |
| e | Taxes from Schedule A (Form 1040), line 8 | 4e | 2,721. | | | 2,721 |
| f | Refund of taxes | 4f | | | | |
| g | Personal interest from Schedule A (Form 1040), line 12b | 4g | | | | |
| h | Other interest adjustments | 4h | | | | |
| i | Reserved | 4i | | | | |
| j | Depreciation of tangible property placed in service after 1986 | 4j | | | | |
| k | Circulation and research and experimental expenditures paid or incurred after 1986 | 4k | | | | |
| l | Mining exploration and development costs paid or incurred after 1986 | 4l | | | | |
| m | Long-term contracts entered into after 2/28/86 | 4m | | | | |
| n | Pollution control facilities placed in service after 1986 | 4n | | | | |
| o | Installment sales of certain property | 4o | | | | |
| p | Adjusted gain or loss | 4p | | | | |
| q | Certain loss limitations | 4q | | | | |
| r | Tax shelter farm loss | 4r | | | | |
| s | Passive activity loss | 4s | -16. | | | <16> |
| t | Beneficiaries of estates and trusts | 4t | | | | |
| u | Combine lines 4a through 4t | | | 4u | 9,057. | |
| 5 | Tax preference items: (See Instructions before completing.) | | | | | |
| a | Appreciated property charitable deduction | 5a | | | | |
| b | Tax-exempt interest from private activity bonds issued after 8/7/86 | 5b | | | | |
| c | Depletion | 5c | | | | |
| d | Accelerated depreciation of real property placed in service before 1987 | 5d | | | | |
| e | Accelerated depreciation of leased personal property placed in service before 1987 | 5e | | | | |
| f | Amortization of certified pollution control facilities placed in service before 1987 | 5f | | | | |
| g | Intangible drilling costs | 5g | | | | |
| h | Add lines 5a through 5g | | | 5h | | |
| 6 | Combine lines 3, 4u, and 5h | | | 6 | 101,046. | |
| 7 | Alternative tax net operating loss deduction. (Do not enter more than 90% of line 6.) | | | 7 | | |
| 8 | Alternative minimum taxable income. Subtract line 7 from line 6. If married filing a separate return, see Instructions | | | 8 | 101,046. | |
| 9 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | | | 9 | 40,000. | |
| 10 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | | | 10 | 150,000. | |
| 11 | Subtract line 10 from line 8. If zero or less, enter -0- here and on line 12 and go to line 13 | | | 11 | 0. | |
| 12 | Multiply line 11 by 25% (.25) | | | 12 | 0. | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0-. If completing this form for a child under age 14, see Instructions for amount to enter | | | 13 | 40,000. | <40,000> |
| 14 | Subtract line 13 from line 8. If zero or less, enter -0- here and on line 19 and skip lines 15 through 18 | | | 14 | 61,046. | 51,895 |
| 15 | Multiply line 14 by 21% (.21) | | | 15 | 12,820. | 10,898 |
| 16 | Alternative minimum tax foreign tax credit | | | 16 | | |
| 17 | Tentative minimum tax. Subtract line 16 from line 15 | | | 17 | 12,820. | |
| 18 | Enter your tax from Form 1040, line 38, minus any foreign tax credit on Form 1040, line 43. If an amount is entered on line 39 of Form 1040, see Instructions | | | 18 | 22,218. | 17,758 |
| 19 | Alternative minimum tax. Subtract line 18 from line 17. If zero or less, enter -0-. Enter this amount on Form 1040, line 49. If completing this form for a child under age 14, see Instructions for amount to enter | | | 19 | 0. | -0- |

COPY FOR YOUR FILE

Form **3468**

Department of the Treasury
Internal Revenue Service

# Investment Credit

▶ Attach to your return.
▶ See separate Instructions.

OMB No. 1545-0155
**1990**
Attachment Sequence No. 52

Name(s) as shown on return | Identifying number

## Part I Current Year Investment Credit

**Note:** *Generally, you cannot claim the regular investment credit for property placed in service after December 31, 1985 (see Instructions).*

**A** If you are claiming credit under section 46(g) for "qualified withdrawals" with respect to "certain vessels" (see Instructions), check here ▶ ☐

| | | | | |
|---|---|---|---|---|
| 1 | Regular credit—Enter amount from Schedule A, line 4 | | 1 | 1,387 |
| 2 | Qualified rehabilitation expenditures for transitional rehabilitation property and certain rehabilitation projects—Enter qualified investment and multiply by percentage shown: | | | |
| a | 30-year-old buildings | × 10% | 2a | |
| b | 40-year-old buildings | × 13% | 2b | |
| c | Certified historic structures (attach NPS certificate) | × 25% | 2c | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see Instructions) | | | |
| 3 | Qualified rehabilitation expenditures not includible in line 2 above: | | | |
| a | Pre-1936 buildings | × 10% | 3a | |
| b | Certified historic structures (attach NPS certificate) | × 20% | 3b | |
| | Enter NPS number assigned or the flow-through entity's identifying number (see Instructions) | | | |
| 4 | Credit from cooperatives—Enter unused regular investment credit from cooperatives | | 4 | |
| 5 | Business energy investment credit—Enter amount from Schedule B, line 6 | | 5 | |
| 6 | Current year investment credit—Add lines 1 through 5 | | 6 | 1,387 |

*See General Instruction B, "When To File Form 3800, General Business Credit."*

## Part II Current Year Investment Credit Tax Liability Limitation

| | | | | |
|---|---|---|---|---|
| 7a | Individuals—Enter amount from Form 1040, line 40 | | | |
| b | Corporations—Enter amount from Form 1120, Schedule J, line 3 (or Form 1120-A, Part I, line 1) | | 7 | 17,758 |
| c | Other filers—Enter regular tax before credits from your return | | | |
| 8 | Credits that reduce regular tax before the investment credit: | | | |
| a | Credit for child and dependent care expenses (Form 2441) | 8a | | |
| b | Credit for the elderly or the disabled (Schedule R, Form 1040) | 8b | | |
| c | Foreign tax credit (Form 1116 or Form 1118) | 8c | | |
| d | Possessions tax credit (Form 5735) | 8d | | |
| e | Mortgage interest credit (Form 8396) | 8e | | |
| f | Credit for fuel from a nonconventional source (see instructions) | 8f | | |
| g | Orphan drug credit (Form 6765) | 8g | | |
| h | Total credits that reduce regular tax before the investment credit. Add lines 8a through 8g | | 8h | |
| 9 | Net regular tax—Subtract line 8h from line 7 | | 9 | 17,758 |
| 10 | Tentative minimum tax: | | | |
| a | Individuals—Enter amount from Form 6251, line 17 | | | |
| b | Corporations—Enter amount from Form 4626, line 13 | | 10 | 10,898 |
| c | Estates and Trusts—Enter amount from Form 8656, line 37 | | | |
| 11 | Net income tax: | | | |
| a | Individuals—Add line 9 above and line 19 of Form 6251. Enter the total | | | |
| b | Corporations—Add line 9 above and line 15 of Form 4626. Enter the total | | 11 | 17,758 |
| c | Other filers—See Instructions | | | |
| 12 | If line 9 is more than $25,000, enter 25% of the excess (see Instructions) | | 12 | — |
| 13 | Subtract line 10 or line 12, whichever is greater, from line 11. Enter the result. If less than zero, enter zero | | 13 | 6,860 |
| 14 | Total allowed credit—Enter the smaller of line 6 or line 13. This is your **General Business Credit** for 1990. Enter here and on Form 1040, line 44; Form 1120, Schedule J, line 4e; Form 1120-A, Part I, line 2a; or on the corresponding line of other income tax returns | | 14 | 1,387 |

**For Paperwork Reduction Act Notice, see separate Instructions.**



AS AMENDED

AS AMENDED

COST BASIS OF ITC PROPERTY TO EXTENT OF AT-RISK
CARRYOVER USED: Summer Lovers 12,418
Cinema '84 1,459 13,867

Form 3468 (1990) Page 2

## Schedule A—Current Year Regular Investment Credit

1 Enter on lines 1a through 1h your qualified investment in transition property (see Instructions).

| Type of Property | Line | (1) Class of Recovery Property or Useful Life of Nonrecovery Property | (2) Basis or Cost | (3) Applicable Percentage | (4) Qualified Investment (column 2 x column 3) |
|---|---|---|---|---|---|
| New Recovery | a | 20-year or more | | 100 | |
| | b | Other | 13,867 | 10% | 1,387 |
| Used Recovery | c | 20-year or more | | 100 | |
| | d | Other | | | |
| New Nonrecovery | e | 20-year or more | | 100 | |
| | f | Other | | | |
| Used Nonrecovery | g | 20-year or more | | 100 | |
| | h | Other | | | |

| | | |
|---|---|---|
| 2 Transition property—Enter qualified investment (from lines 1a through 1h, column (4)) and multiply by percentage shown . . ______ x 6.5% | 2 | |
| 3 Qualified timber property—Enter qualified investment (see Instructions for limitations) and multiply by percentage shown . ______ x 10% | 3 | |
| 4 Current year regular investment credit. Add lines 2 and 3. Enter here and on line 1 of page 1 . . . | 4 | 1,387 |

## Schedule B—Business Energy Investment Credit

1 Enter on lines 1a through 1e your qualified investment in business energy property.

| Type of Property | Line | (1) Class of Property or Life Years | (2) Code | (3) Basis | (4) Applicable Percentage | (5) Qualified Investment (column 3 x column 4) |
|---|---|---|---|---|---|---|
| Recovery | a | 3-year | | | 60 | |
| | b | Other | | | 100 | |
| Nonrecovery | c | 3 or more/less than 5 | | | 33⅓ | |
| | d | 5 or more/less than 7 | | | 66⅔ | |
| | e | 7 or more | | | 100 | |

| | | |
|---|---|---|
| 2 Total qualified investment—Add lines 1a through 1e, column (5) . . . . . . . . . . | 2 | |

| 3 Enter in column (1) the portion of the line 2 amount attributable to the following types of property: | Line | (1) Qualified Investment | (2) Credit Percentage | (3) Investment Credit (column 1 x column 2) |
|---|---|---|---|---|
| a Solar energy property (see Instructions) . . . . . | a | | 10 | |
| b Geothermal property (see Instructions) . . . . . | b | | 10 | |
| c Ocean thermal property (see Instructions) . . . . | c | | 15 | |

| | | |
|---|---|---|
| d Current year credit for investment in business energy property. Add lines 3a through 3c, column (3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3d | |
| 4 Certain other property. (See Instructions.) Enter qualified investment and multiply by percentage shown: | | |
| a Certain long-term section 46(b)(2)(C) projects under way before 1983 . . . . . . . . . . . . . . . . . . . . ______ x 6.5% | 4a | |
| b Hydroelectric generating property placed in service before 1989 (if an application has been docketed with the Federal Energy Regulatory Commission by 12-31-85) . . . . . . . . . ______ x 7.15% | 4b | |
| 5 Cooperative credit—Enter unused business energy investment credit from cooperatives . . . . | 5 | |
| 6 Tentative business energy investment credit—Add lines 3d through 5. Enter here and on line 5 of page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |