Form **1040X** (Rev. November 1998)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶ 19 92 , OR fiscal year ended ▶ , 19 .**

NOV 24 '99

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| LYMAN F. | BUSH | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BEVERLY J. | BUSH | |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | For Paperwork Reduction Act Notice, see page 6. |

ENVELOPE POSTMARK DATE

If the name or address shown above is different from that shown on the original return, check here ▶ [X]

Has the original return been changed or audited by the IRS or have you been notified that it will be? [X] Yes [ ] No

Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [ ] Single [X] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

DEC 28 1999

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 91,668 | (106,670) | (15,002) |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 12,603 | 2,215 | 14,818 |
| 3 Subtract line 2 from line 1 | 3 | 79,065 | (108,885) | (29,820) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 4,600 | 0 | 4,600 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 74,465 | (108,885) | (34,420) |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 16,199 | (16,199) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 16,199 | (16,199) | 0 |
| 9 Other taxes (see page 4) | 9 | 5,800 | 0 | 5,800 |
| 10 Total tax. Add lines 8 and 9 | 10 | 21,999 | (16,199) | 5,800 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 2,787 | 0 | 2,787 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 16,500 | 0 | 16,500 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 2,712 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 21,999 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see page 4) | 20 | | | 21,999 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 16,199 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | | | 16,199 ** |
| 24 Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 | | | |

CONSIDERED IN EXAMINATION
Date JAN 13 2000
Initials

RECEIVED
NOV 29 1999
OGDEN, UT

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Lyman F Bush — Your signature — Date 11-24-99

Lyman F Bush Personal Representative of the Estate of Beverly J Bush, deceased 11-24-99 — Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed | Preparer's social security no. |
|---|---|---|---|
| [signature] CPA | 11/23/99 | [X] | |
| Firm's name (or yours if self-employed) and address | Brett A. Thompson, CPA<br>20214 Kingsland Blvd., Katy, Texas | EIN | ZIP code 77450 |

** *or such amount as is legally refundable, plus interest.*

GOVERNMENT EXHIBIT
DX13

Busl



**Part I** **Exemptions.** See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse | 25 | | | |
| **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | | | | |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☒

***** *PLEASE SEE EXPLANATION ATTACHED* *****

This amended return is filed to carryback the net operating loss generated in 1995.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **2848** (Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** **Power of Attorney** (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Lyman F. and Beverly J. Bush | | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address ☐ Telephone No. ☐ |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994 and 1995. |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for Line 5 — **Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here LFB and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

Form 2848 (Rev. 12-97)

**Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ [X]
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Lyman F Bush (signature) — Signature | 9-30-99 — Date | Title (if applicable)

Lyman F. Bush — Print Name

Lyman F Bush (signature) — Signature | 9-30-99 — Date | EXECUTOR OF THE ESTATE OF BEVERLY J BUSH — Title (if applicable)

LYMAN F. BUSH — Print Name

## Part II Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | Thomas E. Redding (signature) Thomas E. Redding | 10/1/99 |
| A | Texas | Sallie W. Gladney (signature) Sallie W. Gladney | 10-1-99 |
| | | | |

STP FED1675F.2

**LYMAN F. BUSH and BEVERLY J. BUSH**
**(SSN : and SSN )**
**EXPLANATION - 1995 REFUND CLAIM**

The taxpayer and the Commissioner entered into a Closing Agreement ("Agreement") on July 22, 1999 regarding the taxpayer's partnership interest in Cinema 84 and Lone Wolf McQuade Associates, copies of which are attached hereto as Exhibit "A."

This refund claim is being filed and is timely based on Paragraph 15 of the Agreement which provides that "[a]ny refund claim attributable to the operation of this agreement ***shall*** be deemed to be timely filed and ***shall*** be allowed if it is filed with the IRS within one year of the execution of this agreement by the Commissioner of Internal Revenue."

Further, pursuant to Paragraph 15 of the Agreement, "[a]ny refund claim so submitted within 120 days of this agreement shall be allowed as an offset pursuant to I.R.C. §§6402(a) and 6601(f) against any tax deficiencies resulting from this agreement." Therefore, the refund due under this claim must be applied as an offset to the tax deficiencies arising from the settlement. The refund should be applied first to any deficiency determined for 1983 and thereafter any balance to any subsequent year deficiencies.

This refund claim results from application of the portion of the §465 suspended losses allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8 and capital contributions based on Agreement Paragraph 7 as reported on the K-1 attached as Exhibit "B.".

This refund claim also results from application of the portion of the §465 suspended investment tax credits allowable in this year as a consequence of the increase in the amount at risk resulting from net partnership income reported in this year, based on Agreement Paragraph 8.

Based upon the Agreement, the suspended losses and ITC allowable in this year as a consequence of Paragraph 8 of the Agreement are determined as follows:

| | Cinema 84 | Lone Wolf McQuade |
|---|---|---|
| Increase of amount at risk due to net partnership income and capital contributions in current year per K-1 | $87,442.00 | $107,206.00 |
| Portion of losses previously suspended under §465 allowable in current year per Closing Agreement | $57,848.00 | $93,049.00 |
| Portion of ITC suspended under §465 allowable due to increase in amount at risk | $-0.00- | $1,022.00 |

***Please process this claim immediately and apply the refund as an offset under §6402 as required above.***

Exhibit:

A - Copy of Closing Agreement
B - Copy of K-1
C - Computation of Deduction Amounts