Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH | | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1988 | Period End | Period End |
|---|---|---|---|
| A. CINEMA 84 | $ (2,338.00) | $ | $ |
| B. ITEMIZED DEDUCTIONS | (46.00) | | |
| C. LONE WOLF MCQUADE | 38.00 | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | (2,346.00) | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 100,280.00 | | |
| 4. Corrected Taxable Income | 97,934.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 24,856.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 24,856.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 24,856.00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 24,856.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 25,630.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | (774.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ (774.00) | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



GOVERNMENT EXHIBIT
DX15

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH | SS or EI Number: | Return Form No. 1040 |
|---|---|---|

| | Period End 12/31/1988 | Period End | Period End |
|---|---|---|---|
| 17. Penalties | | | |
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | (774.00) | | |
| B. Penalties (line 18, page 2) (computed to 08/12/2000) | | | |
| C. Interest (IRC 6601) (computed to 08/12/2000) | | | |
| D. TMT Interest (computed to 08/12/2000 on TMT underpay) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | (774.00) | | |

Other Information:

| Examiner's Signature | District | Date |
|---|---|---|
| MS JONES 2980500467 | Ogden Service Center | 07/12/2000 |

Name Of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: TOTAL 4.62.00

198812 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, Dental and Insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 0.075 of Adjusted Gross Income | 9,970.00 | 9,798.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 2,370.00 | 2,370.00 | 0.00 |
| 5. Home Interest Expense | 819.00 | 819.00 | 0.00 |
| 6. Personal Interest | 0.00 | 0.00 | 0.00 |
| 7. Less limitation amount | 0.00 | 0.00 | 0.00 |
| 8. Net Personal Interest | 0.00 | 0.00 | 0.00 |
| 9. Other Interest Expense | 16,879.00 | 16,879.00 | 0.00 |
| 10. Total Interest Expense | 17,698.00 | 17,698.00 | 0.00 |
| 11. Contributions | 2,810.00 | 2,810.00 | 0.00 |
| 12. Casualty and Theft Losses | 0.00 | 0.00 | 0.00 |
| 13. Moving Expenses | 0.00 | 0.00 | 0.00 |
| 14. Miscellaneous Deductions Subject to AGI Limit | 8,535.00 | 8,535.00 | 0.00 |
| 15. 0.020 of Adjusted Gross Income | 2,659.00 | 2,613.00 | |
| 16. Excess Miscellaneous Deductions | 5,876.00 | 5,922.00 | (46.00) |
| 17. Other Miscellaneous Deductions | 0.00 | 0.00 | 0.00 |
| 18. Total Itemized Deductions (Sum of Lines 3, 4, 10, 11, 12, 13, 16 and 17) | 28,754.00 | 28,800.00 | (46.00) |

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH | | YEAR/PERIOD ENDED<br>198812 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| LONE WOLF MCQUADE | (38.00) | 0.00 | 38.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CINEMA 84 | (60,214.00) | (62,552.00) | (2,338.00) |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

FILE COPY

**Date:** July 12, 2000

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**

**Tax Year(s):** 1988
**Partnership/S Corporation:**
Lone Wolf McQuade Associates and Cinema 84
**Employer Identification Number:**

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number 13-3109971 and 11-2678807 has been completed.

Enclosed is Form 4549A-CG explaining how the adjustments made during our examination of the above partnership/S corporation affect your individual income tax return(s). This form is for your records.

The refund shown will be applied to any balance due account(s) first. We will refund any overpayment after any other taxes or other obligations, we are required to collect, are paid in full.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this matter, please contact the person whose name, telephone number, and contact hours are shown above.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure(s):
Form 4549A-CG

Cc: Thomas E. Redding

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

FILE COPY

**Date:** July 12, 2000

THOMAS E REDDING
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027

**Mail Stop:** 4410
**Person to Contact:**
W. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F & Beverly J Decd Bush
**Tax Identification Number:**

**Tax Year(s):** 1988

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name(s) of the taxpayer(s) to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosures:
Letter
Report

1040 VERSION 4.02 10 INDEX A
BUSH, LYMAN F & BEVERLY J DECD 198812
EXAMINER: JONES, WENDY

| TEFRA EXAMINATION WORKPAPERS | Related Tax Years: [1981-1995] | Date: [6/28/2000] |
|---|---|---|

Representative: Power of Attorney [X] Yes [ ] No
[ ] CPA [ ] Attorney [ ] Enrolled Agent [ ] Witness [ ] Other
Name : [THOMAS E REDDING Phone: [713-965-9244]
Address: [515 POST OAK BOULLEVARD STE 500 CAF IND Number: [X]
[HOUSTON TX 77027

A

ONE YEAR ASSESSMENT DATE:
[8/6/2000]
[ ] 870/P [ ] 870/S
[ ] 870 A/L [X] 906
[ ] Default [ ] Other: COURT STIP

B

Other OPEN TEFRA link [X] NO [ ] YES EIN:
Form 8339 completed? [ ] NO [X] YES - Date: [7/7/2000]
[X] 05-111111 [ ] 05-D [ ] NOT NEEDED (NO LINK,CF/CB ETC)

| | NAME | EIN | YEAR | KEY CASE Examined | Non-Exam |
|---|---|---|---|---|---|
| T/P Link: | [CINEMA 84] | [11-2678807] | [198812] | [X] | [ ] |
| Flowthru: | [ | | [ 12 | [ ] | [ ] |
| Flowthru: | [ | [ | [ 12 | [ ] | [ ] |

REMINDERS:

| | | |
|---|---|---|
| [Y] Statute Search | [Y] ORG CODE | [N] Sch A AUTO |
| [N] Prior Adjustment | [N] CF or CB | [ ] MEDICAL C |
| [N] Schedule G | [N] Partial | [ ] CONTRIBUTIONS |
| [N] K Freeze | [N] Bankruptcy | [ ] MISC |
| [N] Address change | [N] Copy Case | [ ] PHASE OUT |

Penalties: [ ] Not applicable
[ ] Negligence 6653(a)(1)&(2)
[ ] Substantial Understatement 6661
[ ] Overvaluation 6659 D
[X] TMT 120% Interest 6621(c)
[ ] Other: [ 6662 ACCURACY-RELATED

[ ] Agreed [ ] Not Agreed {Partial and Statutory Notice}

SEE THE ATTACHED EXAM WORKPAPERS (FORM 4318) FOR THE ADJUSTMENT AMOUNTS

SENT TS-10:7/12/2000

IN LIEU OF FORM 4700 Rev(8/89)

Station Name: DLS0149001 Date: 6/28/00 Time: 12:21:24 PM

TSUMYI 30 198812 PAGE 1 OF 1 PAGES

| | MFT | TXPD | NAME | DO | AOC | ST | ORG | STATUTE | C | F | SPC | | LINKS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INVESTOR | 30 | 198812 | BUSH | 91 | | 34 | 5824 | 04HH1992 | 0 | | 104 | | 0001 | |

| | MFT | TXPD | NAME | DO | AOC | ST | ORG | STATUTE | T | F | SPC | 1YR-ST/P | LINKS | PRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KEY LINKAGE | 06 | 198812 | CINE | 06 | 222 | 82 | 1900 | 04QQ1992 | T | | 104 | 20000806 | 00036 | P Y |

E#2980500467 2000180 REQUEST COMPLETED

VERSION: 4.62.00 EXAMINATION WORKPAPERS

BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: JONES, WENDY
GRADE: 08
ORGANIZATION CODE: 5824
TELEPHONE NUMBER: 801-620-7474

ADDRESS:

REVIEWER: ____________________

INDIVIDUAL TO CONTACT:
BUSH, LYMAN F & BEVERLY J DECD

TELE:
TELE:
TELE:
FAX:

REPRESENTATIVE NAME/ADDRESS:

,

POWER OF ATTORNEY:
MORE THAN ONE POA: N
TELE:
FAX:

APPEARED FOR INITIAL INTERVIEW: THP ( ) TPW ( ) POA ( ) OTHER

INFORMATION PROVIDED EXAMINATION PROCESS ( ) APPEALS PROCESS ( )
PUBLICATION 1, 'YOUR RIGHTS AS TAXPAYER' ( )
NOTICE 609, PRIVACY ACT AND PAPERWORK REDUCTION ACT ( )

METHOD OF ACCOUNTING:

ISSUE: STATUTORY-2% MISC.

IRC SECTION: 1
REASON CODE: 22

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | 5,876.00 | 5,922.00 | (46.00) | |

CONCLUSIONS:

ISSUE: LONE WOLF MCQUADE

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | (38.00) | 0.00 | 38.00 | A |

CONCLUSIONS:
6/15/2000 PER 906 W/OYD 8/6/2000; BASIS LIMITED TO 50,000 AND ITC LIMITED TO 5,000. ADJUSTING ACCORDINGLY.

VERSION: 4.62.00 EXAMINATION WORKPAPERS

BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: JONES, WENDY

ISSUE: CINEMA 84

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | (60,214.00) | (62,552.00) | (2,338.00) | B |

CONCLUSIONS:
6/28/2000 PER 906 W/OYD 8/6/2000; IN 1984 TP TOOK 45,187 LOSS; TP ENTITLED TO 50,000. REMAINING AMOUNT OF 4,813 ALLOWED IN THIS YEAR. THUS CAPITAL NO OTHER LOSES ALLOWABLE.

ISSUE: PENALTIES

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
6/15/2000 ASSESS TMT ON ALL ASSESSMENTS.
1983 CHANGE N/C; NO PENALTY DUE; CREDIT EQUAL TO TAX INCREASE
1984 CHANGE N/C; NO PENALTY DUE; CREDIT EQUAL TO TAX INCREASE
1985 ASSESS TMT; 1986 ASSESS TMT; 1987 ASSESS TMT; 1988 NET REFD NO PEN.

1040 VERSION 4.82.00 PENALTIES SUMMARY
BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: JONES, WENDY

RETURN RELATED PENALTIES - YEAR(S) TO WHICH PENALTIES APPLY

| TAX PERIOD | DELQ | NEGL | CIVIL FRAUD | EST TAX | MANUALLY COMPUTED |
|---|---|---|---|---|---|

ISSUE RELATED PENALTIES - ISSUE(S) TO WHICH PENALTIES APPLY

| TAX PERIOD | ISSUE NAME | ADJUSTMENT | ACC | NEGL | TMT | VAL | SUB | CF |
|---|---|---|---|---|---|---|---|---|
| 198812 | LONE WOLF MCQUADE | 38.00 | | | X | | | |