F/C

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Mail Stop:** 4410
**Person to Contact:**
Ms. Scadden
**Employee Number:**
**Telephone Number:**
1-866-899-9083
**Extension:** 8606
**Hours:** 6 a.m. to 2:30 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**

**Tax Years:** 1988 & 1991
**Regarding:**
Summer Lovers
**Employer Identification Number:**

February 28, 2001

LYMAN F & BEVERLY J BUSH
% LYMAN F BUSH

Dear Taxpayer:

We received your request dated November 24, 1999, asking for reconsideration of adjustments made to your return. The items you refer to on your request are partnership/S corporation items that have been previously determined during a partnership/S corporation proceeding.

Internal Revenue Code Section 6230(c)(4) prohibits claims for review of the substantive issues after the partnership/S corporation proceedings have been completed and states that the final determination shall be conclusive. Consequently, your request will not be considered and your partnership/S corporation adjustments will remain as previously determined.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this matter please contact the person whose name, telephone number, and contact hours are shown above.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely,

Ms. Scadden
Tax Technician
Examination Branch

Cc: Thomas E. Redding

GOVERNMENT EXHIBIT
DX16

TS-29 (Rev. 8-99)

Flc

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Mail Stop:** 4410
**Person to Contact:**
Ms. Scadden
**Employee Number:**
**Telephone Number:**
1-866-899-9083
Extension: 8606
**Hours:** 6 a.m. to 2:30 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F. & Beverly J. Bush
**Tax Identification Number:**

**Tax Years:** 1988 & 1991

February 28, 2001

THOMAS E REDDING
PO BOX 924328
HOUSTON TX 77292-4328

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name of the taxpayers to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

Ms. Scadden
Tax Technician
Examination Branch

Enclosure:
TS-29 Letter

BUSH, LYMAN F & BEVERLY J DECD 198812
EXAMINER: Scadden, S

| TEFRA EXAMINATION WORKPAPERS | Related Tax Years: [1981-1995] | Date: [6/28/2000] |
|---|---|---|

Representative: Power of Attorney [X] Yes [ ] No
[ ] CPA [ ] Attorney [ ] Enrolled Agent [ ] Witness [ ] Other
Name : [THOMAS E REDDING
Phone: [713-965-9244]
Address: [515 POST OAK BOULLEVARD STE 500
[HOUSTON TX 77027
CAF IND Number: [X]

A

ONE YEAR ASSESSMENT DATE:
[8/6/2000]
[ ] 870/P [ ] 870/S
[ ] 870 A/L [X] 906
[ ] Default [ ] Other: COURT STIP

B

Other OPEN TEFRA link [X] NO [ ] YES EIN:
Form 8339 completed? [ ] NO [X] YES - Date: [7/7/2000]
[X] 05-111111 [ ] 05-D [ ] NOT NEEDED (NO LINK,CF/CB ETC)

| | NAME | EIN | YEAR | KEY CASE Examined | KEY CASE Non-Exam |
|---|---|---|---|---|---|
| T/P Link: | [CINEMA 84] | [11-2678807] | [198812] | [X] | [ ] |
| Flowthru: | [ | | [ 12 | [ ] | [ ] |
| Flowthru: | [ | [ | [ 12 | [ ] | [ ] |

REMINDERS:

[Y] Statute Search [Y] ORG CODE [N] Sch A AUTO
[N] Prior Adjustment [N] CF or CB [ ] MEDICAL C
[N] Schedule G [N] Partial [ ] CONTRIBUTIONS
[N] K Freeze [N] Bankruptcy [ ] MISC
[N] Address change [N] Copy Case [ ] PHASE OUT

Penalties: [ ] Not applicable
[ ] Negligence 6653(a)(1)&(2)
[ ] Substantial Understatement 6661
[ ] Overvaluation 6659 D
[X] TMT 120% Interest 6621(c)
[ ] Other:[ 6662 ACCURACY-RELATED

[ ] Agreed [ ] Not Agreed {Partial and Statutory Notice}

SEE THE ATTACHED EXAM WORKPAPERS (FORM 4318) FOR THE ADJUSTMENT AMOUNTS

SENT TS-10:7/12/2000

IN LIEU OF FORM 4700 Rev(8/89)

VERSION: 4.62.00 EXAMINATION WORKPAPERS PAGE 1

BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: Scadden, S
GRADE: 08
ORGANIZATION CODE: 5824
TELEPHONE NUMBER:

ADDRESS:

REVIEWER: ______________________

INDIVIDUAL TO CONTACT:
BUSH, LYMAN F & BEVERLY J DECD

TELE:
TELE:
TELE:
FAX:

REPRESENTATIVE NAME/ADDRESS:

,

POWER OF ATTORNEY:
MORE THAN ONE POA: N
TELE:
FAX:

APPEARED FOR INITIAL INTERVIEW: THP ( ) TPW ( ) POA ( ) OTHER

INFORMATION PROVIDED EXAMINATION PROCESS ( ) APPEALS PROCESS ( )
PUBLICATION 1, 'YOUR RIGHTS AS TAXPAYER' ( )
NOTICE 609, PRIVACY ACT AND PAPERWORK REDUCTION ACT ( )

METHOD OF ACCOUNTING:

ISSUE: LONE WOLF MCQUADE

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | A |
| 198812 | (38.00) | 0.00 | 38.00 | A |

CONCLUSIONS:
6/15/2000 PER 906 W/OYD 8/6/2000; BASIS LIMITED TO 50,000 AND ITC LIMITED TO 5,000. ADJUSTING ACCORDINGLY.

ISSUE: CINEMA 84

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | B |
| 198812 | (60,214.00) | (62,552.00) | (2,338.00) | B |

CONCLUSIONS:
6/28/2000 PER 906 W/OYD 8/6/2000; IN 1984 TP TOOK 45,187 LOSS; TP ENTITLED TO 50,000. REMAINING AMOUNT OF 4,813 ALLOWED IN THIS YEAR. THUS CAPITAL NO OTHER LOSES ALLOWABLE.

BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: Scadden, S

ISSUE: ADDITIONAL CASE INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
7/12/2000 PER 906 W/OYD 8/6/2000; ADJUSTED PARTERSHIPS LONE WOLF AND CINEMA 84 PER 906 LIMITING TP TO BASIS. TP BEGINS CLAIMING THE PARTNERSHIPS AS PASSIVE IN 1989. THUS WHEN INCOME TAKEN AWAY LOSS ALSO TAKEN AWAY. THEREFORE, NET ADJUSTMENT IS ZERO. BUT C/O LOSSES OF OTHER PARTNERSHIPS INCREASE C/O AMOUNT AVAILABLE FOR FUTURE YEARS. 1,459 FOR 1990. 1272 FOR 1991.

ISSUE: PENALTIES

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
6/15/2000 ASSESS TMT ON ALL ASSESSMENTS.
1983 CHANGE N/C; NO PENALTY DUE; CREDIT EQUAL TO TAX INCREASE
1984 CHANGE N/C; NO PENALTY DUE; CREDIT EQUAL TO TAX INCREASE
1985 ASSESS TMT; 1986 ASSESS TMT; 1987 ASSESS TMT; 1988 NET REFD NO PEN.

ISSUE: OTHER INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | D |

CONCLUSIONS:
7/12/2000 SINCE NO RETURN AVAILABLE FOR 1990, INFO TAKEN FROM 1040X C/O LOSSESS ADJUSTED TO AMOUNT FROM 1990 TO PROTECT STATUTE AS FAR AS BEST POSSIBLE SITUATION WITH INFO AVAILABLE. THUS THE ADJUSTMENT ON THE 8582 WORKPAPERS SHOWING "ORIGINAL" - "ORIGINAL W/C/O ADJMTS" AND NEW COMPUTED 8582 PER EXAM ADJUSTMENTS.

ISSUE: STATUTORY-2% MISC.

IRC SECTION: 1
REASON CODE: 22

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 198812 | 5,876.00 | 5,922.00 | (46.00) | E |

CONCLUSIONS:

BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: Scadden, S

RETURN RELATED PENALTIES - YEAR(S) TO WHICH PENALTIES APPLY

| TAX PERIOD | DELQ | NEGL | CIVIL FRAUD | EST TAX | MANUALLY COMPUTED |
|---|---|---|---|---|---|

ISSUE RELATED PENALTIES - ISSUE(S) TO WHICH PENALTIES APPLY

| TAX PERIOD | ISSUE NAME | ADJUSTMENT | ACC | NEGL | TMT | VAL | SUB | CF |
|---|---|---|---|---|---|---|---|---|
| 198812 | LONE WOLF MCQUADE | 38.00 | | | X | | | |