VERSION: 4.62.00 EXAMINATION WORKPAPERS

BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: JONES, WENDY
GRADE: 08
ORGANIZATION CODE: 5824
TELEPHONE NUMBER: 801-620-7474

ADDRESS:

REVIEWER: ____________________

INDIVIDUAL TO CONTACT:
BUSH, LYMAN F & BEVERLY J DECD

TELE:
TELE:
TELE:
FAX:

REPRESENTATIVE NAME/ADDRESS:

POWER OF ATTORNEY:
MORE THAN ONE POA: N
TELE:
FAX:

,

APPEARED FOR INITIAL INTERVIEW: THP ( ) TPW ( ) POA ( ) OTHER

INFORMATION PROVIDED EXAMINATION PROCESS ( ) APPEALS PROCESS ( )
PUBLICATION 1, 'YOUR RIGHTS AS TAXPAYER' ( )
NOTICE 609, PRIVACY ACT AND PAPERWORK REDUCTION ACT ( )

METHOD OF ACCOUNTING:

ISSUE: CINEMA 84

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199012 | 0.00 | 0.00 | 0.00 | A |

CONCLUSIONS:
6/28/2000 PER 906 W/OYD 8/6/2000; IN 1984 TP TOOK 45,187 LOSS; TP ENTITLED TO 50,000. REMAINING AMOUNT OF 4,813 ALLOWED IN THIS YEAR. THUS CAPITAL NO OTHER LOSES ALLOWABLE.
1990 - TP REPORTED INCOME AND OFFSET IT BY C/O LOSSES DISALLOWED, THUS NET ADJMT IS INCOME VERSUS LOSSES, ZERO NET CHANGE.THE NET ADD AMT OF LOSSES IS 1459 THE INCOME AMT OF ADD C/O LOSSES THE TP CAN C/O.

ISSUE: LONE WOLF MCQUADE

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199012 | 0.00 | 0.00 | 0.00 | B |

CONCLUSIONS:
6/15/2000 PER 906 W/OYD 8/6/2000; BASIS LIMITED TO 50,000 AND ITC LIMITED TO 5,000. ADJUSTING ACCORDINGLY.

1990 - TP STILL CLAIMING LOSSES FROM THIS PARTNERSHIP TP LIMITED TO BASIS THUS LOSS STILL NOT ALLOWABLE.

GOVERNMENT
EXHIBIT
DX17

ISSUE: SUMMER LOVERS

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199012 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
7/12/2000 THIS PARTNERSHIP NEVER ADJUSTED THROUGH ALL THE YEARS PER 906 ORIGINALLY PREPARED W/OYD 9/14/95. SINCE NO ADJUSTMENTS EVER MADE AND AT RISK CARRYOVER NEVER LIMITED, INCOME WILL NOT BE REMOVED BECAUSE LOSSES NEVER REMOVED.

ISSUE: FORM 1040X INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199012 | 0.00 | 0.00 | 0.00 | D |

CONCLUSIONS:
7/12/2000 COMPLETED 105C TO DISALLOW CLAIM FOR SUMMER LOVERS AND ITC CLAIM. ITC ALREADY USED AND SUMMER LOVERS NOT ADJUSTABLE. ISSUE FOR CINEMA 84 ADJUSTED PER OUR REPORT. IN ADDITION, LONE WOLF NOT ADDRESSED.

ISSUE: ADDITIONAL CASE INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199012 | 0.00 | 0.00 | 0.00 | E |

CONCLUSIONS:
7/12/2000 PER 906 W/OYD 8/6/2000; ADJUSTED PARTERSHIPS LONE WOLF AND CINEMA 84 PER 906 LIMITING TP TO BASIS. TP BEGINS CLAIMING THE PARTNERSHIPS AS PASSIVE IN 1989. THUS WHEN INCOME TAKEN AWAY LOSS ALSO TAKEN AWAY. THEREFORE, NET ADJUSTMENT IS ZERO. BUT C/O LOSSES OF OTHER PARTNERSHIPS INCREASE C/O AMOUNT AVAILABLE FOR FUTURE YEARS. 1,459 FOR THIS YEAR.

ISSUE: NO RETURN 1990

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199012 | 0.00 | 0.00 | 0.00 | F |

CONCLUSIONS:
7/12/2000 NO RETURN AVAILABLE FOR 1990; USED INFO AVAILABLE TP PROVIDED WITH FORM 1040X. CALLED POA FOR ADDITIONAL INFO NEEDED SEVERAL TIMES BUT GOT NO RETURN PHONE CALLS. WORKED WITH AVAILABLE INFO. C/O IS PROBABLY INCORRECT BUT USED AVAILABLE INFO. (TP IS PROBABLY ENTITLED TO MORE C/O LOSSES). ALSO LONE WOLF MAY BE NETTED, K-1 NOT AVAILABLE.

BUSH, LYMAN F & BEVERLY J DECD 199012

EXAMINER: MS JONES 2980500467

---

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

Activities Acquired before 10 - 23 - 1986 (Pre-enactment)

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 0.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Sum of lines 1a and 1b | 0.00 | |

Activities Acquired after 10 - 22 - 1986 (Post-enactment)

| | | | |
|---|---|---|---|
| 1d | Activities with net income | 0.00 | |
| 1e | Activities with net loss | 0.00 | |
| 1f | Sum of lines 1d and 1e | 0.00 | |
| 1g | Net income or loss. Sum of lines 1c and 1f | | 0.00 |
| 1h | Prior Year Unallowed Losses | | 0.00 |
| 1i | Sum of lines 1g and 1h | | 0.00 |

### All Other Passive Activities

Activities Acquired before 10 - 23 - 1986 (Pre-enactment)

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 10,959.00 | |
| 2b | Activities with net loss | 0.00 | |
| 2c | Sum of lines 2a and 2b | 10,959.00 | |

Activities Acquired after 10 - 22 - 1986 (Post-enactment)

| | | | |
|---|---|---|---|
| 2d | Activities with net income | 0.00 | |
| 2e | Activities with net loss | 0.00 | |
| 2f | Sum of lines 2d and 2e | 0.00 | |
| 2g | Net income or loss. Sum of lines 2c and 2f | | 10,959.00 |
| 2h | Prior Year Unallowed Losses | | (27,080.00) |
| 2i | Sum of lines 2g and 2h | | (16,121.00) |
| 3 | Lines 1i and 2i combined | | (16,121.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | Line 7 multiplied by 50% | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III COMPUTATION OF PASSIVE ACTIVITY LOSS ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1c and 2c | 0.00 |
| 11 | Smaller of line 1c or line 8 | 0.00 |
| 12 | Line 10 less line 11, not < 0 | 0.00 |
| 13 | Line 3 less line 9 | 0.00 |
| 14 | Smaller of line 12 or line 13 | 0.00 |
| 15 | Line 14 multiplied by 10% | 0.00 |
| 16 | Amount from line 9 | 0.00 |
| 17 | PASSIVE ACTIVITY LOSS ALLOWED | 0.00 |
| 18 | Sum of lines 1a, 1d, 2a, and 2d | 10,959.00 |
| 19 | TOTAL LOSSES ALLOWED from Passive Activities | 10,959.00 |

Original



BUSH, LYMAN F & BEVERLY J DECD 199012

EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

Activities Acquired before 10 - 23 - 1986 (Pre-enactment)

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 0.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Sum of lines 1a and 1b | 0.00 | |

Activities Acquired after 10 - 22 - 1986 (Post-enactment)

| | | | |
|---|---|---|---|
| 1d | Activities with net income | 0.00 | |
| 1e | Activities with net loss | 0.00 | |
| 1f | Sum of lines 1d and 1e | 0.00 | |
| 1g | Net income or loss. Sum of lines 1c and 1f | | 0.00 |
| 1h | Prior Year Unallowed Losses | | 0.00 |
| 1i | Sum of lines 1g and 1h | | 0.00 |

### All Other Passive Activities

Activities Acquired before 10 - 23 - 1986 (Pre-enactment)

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 12,418.00 | |
| 2b | Activities with net loss | 0.00 | |
| 2c | Sum of lines 2a and 2b | 12,418.00 | |

Activities Acquired after 10 - 22 - 1986 (Post-enactment)

| | | | |
|---|---|---|---|
| 2d | Activities with net income | 0.00 | |
| 2e | Activities with net loss | 0.00 | |
| 2f | Sum of lines 2d and 2e | 0.00 | |
| 2g | Net income or loss. Sum of lines 2c and 2f | | 12,418.00 |
| 2h | Prior Year Unallowed Losses | | (31,377.00) |
| 2i | Sum of lines 2g and 2h | | (18,959.00) |
| 3 | Lines 1i and 2i combined | | (18,959.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | Line 7 multiplied by 50% | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III COMPUTATION OF PASSIVE ACTIVITY LOSS ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1c and 2c | 0.00 |
| 11 | Smaller of line 1c or line 8 | 0.00 |
| 12 | Line 10 less line 11, not < 0 | 0.00 |
| 13 | Line 3 less line 9 | 0.00 |
| 14 | Smaller of line 12 or line 13 | 0.00 |
| 15 | Line 14 multiplied by 10% | 0.00 |
| 16 | Amount from line 9 | 0.00 |
| 17 | PASSIVE ACTIVITY LOSS ALLOWED | 0.00 |
| 18 | Sum of lines 1a, 1d, 2a, and 2d | 12,418.00 |
| 19 | TOTAL LOSSES ALLOWED from Passive Activities | 12,418.00 |