**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**

**Tax Year(s):** 1990
**Partnership/S Corporation:**
Lone Wolf McQuade Associates and Cinema 84
**Employer Identification Number:**

**Date:** July 12, 2000

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH

FILE COPY

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number 13-3109971 and 11-2678807 has been completed.

We are pleased to tell you that we have completed our review of the item(s) on your tax return concerning the partnership/S corporation referenced above. Since the questions have been resolved, no further action is required by you.

No adjustment to your tax return is necessary at this time, since the adjustment to passive income does not create a tax increase. It only affects the amount(s) on the enclosed Form 8582.

We used the Form 1040X and return information you provided to make our computation. However, the copies of your return provided were not complete. The information missing was a complete copy of the Form 8582 and supporting statements and Schedules K-1 for the partnerships Lone Wolf McQuade Associates and Cinema 84.

A copy of this letter has been forwarded to your authorized representative.

GOVERNMENT EXHIBIT
DX18

If you have any questions about this letter, please contact the person whose name, telephone number, and contact hours are shown above. If you write, please include your telephone number, the hours you can be reached, and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure:
Form 8582

Cc: Thomas E. Redding

BUSH, LYMAN F & BEVERLY J DECD 199012
EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

Rental Real Estate Activities With Active Participation

Activities Acquired before 10 - 23 - 1986 (Pre-enactment)

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 0.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Sum of lines 1a and 1b | 0.00 | |

Activities Acquired after 10 - 22 - 1986 (Post-enactment)

| | | | |
|---|---|---|---|
| 1d | Activities with net income | 0.00 | |
| 1e | Activities with net loss | 0.00 | |
| 1f | Sum of lines 1d and 1e | 0.00 | |
| 1g | Net income or loss. Sum of lines 1c and 1f | | 0.00 |
| 1h | Prior Year Unallowed Losses | | 0.00 |
| 1i | Sum of lines 1g and 1h | | 0.00 |

All Other Passive Activities

Activities Acquired before 10 - 23 - 1986 (Pre-enactment)

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 10,959.00 | |
| 2b | Activities with net loss | 0.00 | |
| 2c | Sum of lines 2a and 2b | 10,959.00 | |

Activities Acquired after 10 - 22 - 1986 (Post-enactment)

| | | | |
|---|---|---|---|
| 2d | Activities with net income | 0.00 | |
| 2e | Activities with net loss | 0.00 | |
| 2f | Sum of lines 2d and 2e | 0.00 | |
| 2g | Net income or loss. Sum of lines 2c and 2f | | 10,959.00 |
| 2h | Prior Year Unallowed Losses | | (27,080.00) |
| 2i | Sum of lines 2g and 2h | | (16,121.00) |
| 3 | Lines 1i and 2i combined | | (16,121.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | Line 7 multiplied by 50% | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III COMPUTATION OF PASSIVE ACTIVITY LOSS ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1c and 2c | 0.00 |
| 11 | Smaller of line 1c or line 8 | 0.00 |
| 12 | Line 10 less line 11, not < 0 | 0.00 |
| 13 | Line 3 less line 9 | 0.00 |
| 14 | Smaller of line 12 or line 13 | 0.00 |
| 15 | Line 14 multiplied by 10% | 0.00 |
| 16 | Amount from line 9 | 0.00 |
| 17 | PASSIVE ACTIVITY LOSS ALLOWED | 0.00 |
| 18 | Sum of lines 1a, 1d, 2a, and 2d | 10,959.00 |
| 19 | TOTAL LOSSES ALLOWED from Passive Activities | 10,959.00 |