Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
--- -- ---- 199012 30 000 1
00751

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

CERTIFIED MAIL

Taxpayer Identification Number:
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 5,847.00

Date Claim(s) Received: Dec. 28, 1999
Tax Period(s): Dec. 31, 1990

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Since the losses from Summer Lovers were not disallowed in previous years, the income is not available for "at risk" carryover. The amounts were never limited. Since there is no investment tax credit available in 1990 from any of the partnerships, the credit has not been allowed. You will receive a separate notice explaining the adjustments to Cinema 84.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

GOVERNMENT EXHIBIT
DX19

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties

Department of the Treasury
Internal Revenue Service

2981522163
Aug. 23, 2000 LTR 105C
199012 30 000 1
00752

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

of perjury. You may do this by adding the following statement and signing it:

"Under penalties of perjury, I declare that the facts presented in my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written authorization) to your written statement.

If your authorized representative prepares the written statement, he or she should include a declaration stating that he or she prepared the written statement and accompanying documents and whether he or she knows personally that the protest and accompanying documents are true and correct.

Please mail your request for an appeal to the address shown on this letter.

If you have any questions, please call Ms. W. Jones at 801-629-1193 between the hours of 6:30 a.m. and 2:00 p.m. MDT. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.