**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

FILE COPY

**Date:** July 12, 2000

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**

**Tax Year(s):** 1991
**Partnership/S Corporation:**
Lone Wolf McQuade Associates and Cinema 84
**Employer Identification Number:**

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number 13-3109971 and 11-2678807 has been completed.

We are pleased to tell you that we have completed our review of the item(s) on your tax return concerning the partnership/S corporation referenced above. Since the questions have been resolved, no further action is required by you.

No adjustment to your tax return is necessary at this time, since the adjustment to passive income does not create a tax increase. It only affects the amount(s) on the enclosed Form 8582.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this letter, please contact the person whose name, telephone number, and contact hours are shown above. If you write, please include your telephone number, the hours you can be reached, and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure:
Form 8582

Cc: Thomas E. Redding

GOVERNMENT EXHIBIT
DX22

1040 VERSION 4.62.00 FORM 8582 - PASSIVE ACTIVITY LOSS PAGE 1
BUSH, LYMAN F & BEVERLY J DECD 199112
EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 14,747.00 | |
| 2b | Activities with net loss | (20,629.00) | |
| 2c | Prior Year Unallowed Losses | (15,294.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (21,176.00) |
| 3 | Lines 1d and 2d combined | | (20,431.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 15,492.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 15,492.00 |

**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Date:** July 12, 2000

FILE COPY

THOMAS E REDDING
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027

**Mail Stop:** 4410
**Person to Contact:**
W. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer's Name:**
Lyman F & Beverly J Decd Bush
**Tax Identification Number:**

**Tax Year(s):** 1991

Dear Mr. Redding:

We are providing the enclosed material under the provision of a power of attorney or other authorization you have on file with us. For your convenience, we have listed above the name(s) of the taxpayer(s) to whom this material relates.

If you have questions, please contact the person whose name, telephone number and contact hours are shown above. If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosures:
Letter
Form 8582