1040 VERSION 4.62.00 INDEX A
BUSH, LYMAN F & BEVERLY J DECD 199112
EXAMINER: JONES, WENDY

| TEFRA EXAMINATION WORKPAPERS | Related Tax Years: [1981-1995] | Date: [7/12/2000] |
|---|---|---|

Representative: Power of Attorney [X] Yes [ ] No
[ ] CPA [ ] Attorney [ ] Enrolled Agent [ ] Witness [ ] Other
Name : [THOMAS E REDDING Phone: [713-965-9244]
Address: [515 POST OAK BOULLEVARD STE 500 CAF IND Number: [X]
[HOUSTON TX 77027

A

ONE YEAR ASSESSMENT DATE:
[8/6/2000] RIDER
[ ] 870/P [ ] 870/S
[ ] 870 A/L [X] 906
[ ] Default [ ] Other: COURT STIP

B

Other OPEN TEFRA link [X] NO [ ] YES EIN:
Form 8339 completed? [X] NO [ ] YES - Date: [
[ ] 05-111111 [ ] 05-D [X] NOT NEEDED (NO LINK,CF/CB ETC)

| | NAME | EIN | YEAR | KEY CASE Examined | Non-Exam |
|---|---|---|---|---|---|
| T/P Link: | [SUMMER LOVERS] | [11-2615060] | [198912] | [X] | [ ] |
| Flowthru: | [ | | [ 12 | [ ] | [ ] |
| Flowthru: | [ | [ | [ 12 | [ ] | [ ] |

REMINDERS:

| | | |
|---|---|---|
| [Y] Statute Search | [Y] ORG CODE | [N] Sch A AUTO |
| [N] Prior Adjustment | [N] CF or CB | [ ] MEDICAL C |
| [N] Schedule G | [N] Partial | [ ] CONTRIBUTIONS |
| [N] K Freeze | [N] Bankruptcy | [ ] MISC |
| [N] Address change | [N] Copy Case | [ ] PHASE OUT |

Penalties: [ ] Not applicable
[ ] Negligence 6653(a)(1)&(2)
[ ] Substantial Understatement 6661
[ ] Overvaluation 6659 D
[X] TMT 120% Interest 6621(c)
[ ] Other: [ 6662 ACCURACY-RELATED

[ ] Agreed [ ] Not Agreed {Partial and Statutory Notice}

SEE THE ATTACHED EXAM WORKPAPERS (FORM 4318) FOR THE ADJUSTMENT AMOUNTS PER 906 LIMITED TO BASIS. HOWEVER, THIS PARTNERSHIP NEVER FULLY ADJUSTED THROUGH ALL APPLICABLE YEARS. NO PREVIOUS LOSSES DISALLOWED. THEREFORE, NO INCOME CREDITS ARE ALLOWABLE. STATUTE EXPIRATION FOR THIS ISSUE ONLY. NO ADJUSTMENT PLUS OR MINUS.

SENT TS-12:7/12/2000

IN LIEU OF FORM 4700 Rev(8/89)

GOVERNMENT EXHIBIT
DX23

TSUMYI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 30 199112 PAGE 0

E#2980500467 2000180 PN REC NOT ON PICF-REQUEST COMPLETED

VERSION: 4.62.00 EXAMINATION WORKPAPERS

BUSH, LYMAN F & BEVERLY J DECD

EXAMINER: JONES, WENDY
GRADE: 08
ORGANIZATION CODE: 5824
TELEPHONE NUMBER: 801-620-7474

ADDRESS:

REVIEWER: ______________________

INDIVIDUAL TO CONTACT:
BUSH, LYMAN F & BEVERLY J DECD

TELE:
TELE:
TELE:
FAX:

REPRESENTATIVE NAME/ADDRESS:

,

POWER OF ATTORNEY:
MORE THAN ONE POA: N
TELE:
FAX:

APPEARED FOR INITIAL INTERVIEW: THP ( ) TPW ( ) POA ( ) OTHER

INFORMATION PROVIDED EXAMINATION PROCESS ( ) APPEALS PROCESS ( )
PUBLICATION 1, 'YOUR RIGHTS AS TAXPAYER' ( )
NOTICE 609, PRIVACY ACT AND PAPERWORK REDUCTION ACT ( )

METHOD OF ACCOUNTING:

ISSUE: LONE WOLF MCQUADE

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | A |

CONCLUSIONS:
6/15/2000 PER 906 W/OYD 8/6/2000; BASIS LIMITED TO 50,000 AND ITC LIMITED TO 5,000. ADJUSTING ACCORDINGLY.

90/91- TP STILL CLAIMING LOSSES FROM THIS PARTNERSHIP TP LIMITED TO BASIS THUS LOSS STILL NOT ALLOWABLE.

ISSUE: CINEMA 84

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | B |

CONCLUSIONS:
6/28/2000 PER 906 W/OYD 8/6/2000; IN 1984 TP TOOK 45,187 LOSS; TP ENTITLED TO 50,000. REMAINING AMOUNT OF 4,813 ALLOWED IN THIS YEAR. THUS CAPITAL NO OTHER LOSES ALLOWABLE.
90/91- TP REPORTED INCOME AND OFFSET IT BY C/O LOSSES DISALLOWED, THUS NET ADJMT IS INCOME VERSUS LOSSES, ZERO NET CHANGE.THE NET ADD AMT OF LOSSES IS 1459 THE INCOME AMT OF ADD C/O LOSSES THE TP CAN C/O.

ISSUE: ADDITIONAL CASE INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | C |

CONCLUSIONS:
7/12/2000 PER 906 W/OYD 8/6/2000; ADJUSTED PARTERSHIPS LONE WOLF AND CINEMA 84 PER 906 LIMITING TP TO BASIS. TP BEGINS CLAIMING THE PARTNERSHIPS AS PASSIVE IN 1989. THUS WHEN INCOME TAKEN AWAY LOSS ALSO TAKEN AWAY. THEREFORE, NET ADJUSTMENT IS ZERO. BUT C/O LOSSES OF OTHER PARTNERSHIPS INCREASE C/O AMOUNT AVAILABLE FOR FUTURE YEARS. 1,459 FOR 1990. 1272 FOR 1991.

ISSUE: OTHER INFO

IRC SECTION:
REASON CODE:

| TAX PRD | PER RETURN | PER EXAM | ADJUSTMENT | INDEX |
|---|---|---|---|---|
| 199112 | 0.00 | 0.00 | 0.00 | D |

CONCLUSIONS:
7/12/2000 SINCE NO RETURN AVAILABLE FOR 1990, INFO TAKEN FROM 1040X C/O LOSSESS ADJUSTED TO AMOUNT FROM 1990 TO PROTECT STATUTE AS FAR AS BEST POSSIBLE SITUATION WITH INFO AVAILABLE. THUS THE ADJUSTMENT ON THE 8582 WORKPAPERS SHOWING "ORIGINAL" - "ORIGINAL W/C/O ADJMTS" AND NEW COMPUTED 8582 PER EXAM ADJUSTMENTS.

BUSH. LYMAN F & BEVERLY J DECD 199112
EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 14,747.00 | |
| 2b | Activities with net loss | (20,629.00) | |
| 2c | Prior Year Unallowed Losses | (15,294.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (21,176.00) |
| 3 | Lines 1d and 2d combined | | (20,431.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 15,492.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 15,492.00 |

PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

Original to C/B issues from 1990

Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 16,019.00 | |
| 2b | Activities with net loss | (20,685.00) | |
| 2c | Prior Year Unallowed Losses | (16,120.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (20,786.00) |
| 3 | Lines 1d and 2d combined | | (20,041.00) |

PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 16,764.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 16,764.00 |

1040 VERSION 4.62.00 FORM 8582 PASSIVE ACTIVITY LOSS PAGE 1
BUSH, LYMAN F & BEVERLY J DECD 199112
EXAMINER: MS JONES 2980500467

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

Original to C/B issues from 1990

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 745.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 745.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 16,019.00 | |
| 2b | Activities with net loss | (20,685.00) | |
| 2c | Prior Year Unallowed Losses | (16,120.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (20,786.00) |
| 3 | Lines 1d and 2d combined | | (20,041.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 16,764.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 16,764.00 |

Effective D...
Org/Sym Orig:..........CS:QS
IRM Deviation:...................No
Review Date:.........10/01/2000

# CUSTOMER SERVICE DIVISION II
# EXAMINATION
# ASSISTANCE REQUEST

**INITIATOR:** W. Jones - #248 **EXT.:** 1193 **DATE:** 6/15/2000

**BRANCH/AREA:** EXAM / TEFRA / TRW 1 **MAIL STOP:** 4410

**LEAD APPROVAL:** J Braggs **MANAGER APPROVAL:**______________

[X] TECHNICAL
[ ] TELEPHONE SYSTEM
[ ] PROBE & RESPONSE
[ ] LEAD MEETING ISSUE
[ ] PHONE/PAPER DISCREPANCIES
[ ] MANAGEMENT
[ ] OTHER______________

(check one)
[ ] Supplement to IRM. Additions to Desk Procedures to pick you up when the IRM leaves you hanging.
[ ] IRM Instructions are contradictory between chapters, phone/paper.
[X] How do I? Unique issues to facilitate closure that the lead cannot resolve. (e.g. preparation of forms, ICP/IDRS input, etc.)
[ ] Production Efficiency. Great ideas for eliminating wasted energy.
[ ] Work Stoppage. Unable to resolve case without additional information or clarification.

**PROBLEM DESCRIPTION:** (What generated this problem? For example: telephone inquiry, paper inquiry, employee question, etc.)_Tax year 1983 has Form 906 for "Summer Lovers" in it that applies to 1982 only and implies a Form 870-P is pending, per the memo. However, a Form 870-P has never been received. TSUMYP indicates a package just closed but there only 111s. Note: other DOs have entered one year dates. Were the 111s entered in error? Is there a package to address "Summer Lovers"? If there is not, how do I apply the basis limitations per the Form 906, to work the Forms 1040X from TP, requesting at-risk loss carryover reductions for "Summer Lovers"? See attached additional information.

**RESEARCH DATA & DOCUMENTATION:** (Attach applicable IRM page, local procedures, probe and response guide, quality alert, photocopies of any examples, etc.)
Per Glenda issue should have been worked but was not - Barred issues already taken care of - Just work case for two open pkg per 906 - Do not allow any basis adjmt for

**PROPOSED SOLUTION:**
Summer Lovers (as this amt never adjusted) on Forms 1040X filed by TP -