Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

In reply refer to: 2981522163
Aug. 23, 2000 LTR 105C
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 000000 00 000
00712

LYMAN F & BEVERLY J BUSH

CERTIFIED MAIL

Taxpayer Identification Number: [redacted]
Kind of Tax: INCOME TAX
Amount of Claim(s): $ 16,199.00 11,099.00

Date Claim(s) Received: Nov. 29, 1999
Tax Period(s): Dec. 31, 1992 Dec. 31, 1993

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

Due to adjustments made to your 1995 tax return, as a result of an examination, there is no net operating loss to carryback. Therefore, we are unable to process your Form 1040X. You will receive a separate notice explaining any adjustments made to this year.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and signing it:

Ex C. P. 8

0194

GOVERNMENT EXHIBIT DX25

Department of the Treasury
Internal Revenue Service

2981522163
Aug. 23, 2000 LTR 105C
199012 30 000 1
00753

LYMAN F & BEVERLY J DECD BUSH
% THOMAS E REDDING ESQ
515 POST OAK BOULLEVARD STE 500
HOUSTON TX 77027-9148150

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )______________________ Hours________________

Sincerely yours,

Deborah S. Decker

Deborah S. Decker, Director, Ogden
Customer Service Center

Enclosure(s):
Publication 1