**Internal Revenue Service**
**Department of the Treasury**
**Western Region**
**1160 West 1200 South**
**Ogden, UT 84201**

**Mail Stop:** 4410
**Person to Contact:**
Ms. Jones
**Refer Reply to:** 2980500467
**Telephone Number:**
(801) 629-1193
Not a toll free call
**Hours:** 6:30 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**

**Tax Year(s):** 1993
**Partnership/S Corporation:**
Lone Wolf McQuade Associates
and Cinema 84
**Employer Identification Number:**
13-3109971 and 11-2678807

**Date:** July 12, 2000

LYMAN F & BEVERLY J DECD BUSH
C/O LYMAN F BUSH

FILE COPY

Dear Mr. Bush:

The examination of Lone Wolf McQuade Associates and Cinema 84 partnership/S corporation, employer identification number [illegible] and has been completed.

We are pleased to tell you that we have completed our review of the item(s) on your tax return concerning the partnership/S corporation referenced above. Since the questions have been resolved, no further action is required by you.

No adjustment to your tax return is necessary at this time, since the adjustment to passive income does not create a tax increase. It affects the carryover loss amount(s) on the enclosed Form 8582.

A copy of this letter has been forwarded to your authorized representative.

If you have any questions about this letter, please contact the person whose name, telephone number, and contact hours are shown above. If you write, please include your telephone number, the hours you can be reached, and a copy of this letter.

Thank you for your cooperation.

Sincerely,

W. Jones
Tax Technician
Examination Branch

Enclosure:
Form 8582

Cc: Thomas E. Redding

GOVERNMENT EXHIBIT
DX26