31 107150-5 5740768-9 44 03/26/96

2D

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions

For calendar year 1995 or tax year beginning ______ and ending ______

OMB No. 1545-0099

**1995**

**Partner's identifying number ▶**
Partner's name, address, and ZIP code

LYMAN BUSH

**Partnership's identifying number ▶**
Partnership's name, address, and ZIP code

CINEMA 84-REGISTRATION NO 84272000294
11 EAST 26TH STREET
NEW YORK, NY 10010

A This partner is a [ ] general partner [X] limited partner
[ ] limited liability company member
B What type of entity is this partner? ▶ INDIVIDUAL
C Is this partner a [X] domestic or a [ ] foreign partner?
D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | .4083% |
| Loss sharing | % | .4083% |
| Ownership of capital | % | % |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities (see instructions):
Nonrecourse $ ______
Qualified nonrecourse financing $ ______
Other $ ______
G Tax shelter registration number ▶ 84272000294
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]
I Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <83,917.> | 87,442. | <1,401.> | ( 2,124.) | 0. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| INCOME/LOSS | 1 | Ordinary income (loss) from trade or business activities | 1 | <1,416.> | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 15. | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) | 7 | | Enter on applicable line of your return. |
| DEDUCTIONS | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c and 4f above | b(1) | 15. | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| CREDITS | 13a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on line 13a and 13b) related to rental real estate activities | 13c | | |
| | d | Credits related to other rental activities | 13d | | |
| | 14 | Other credits | 14 | | |

GOVERNMENT EXHIBIT DX29

31 107150-5 5740768-9 44 03/26/96

Schedule K-1 (Form 1065) (1995) Page 2

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Self-employment | 15 a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | | See page 8 and 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17 a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or U.S. possession ▶ | | | |
| | c | Total gross income from sources outside the U.S. (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116 |
| Other | 18 | Section 59(e)(2) exenditures: a Type ▶ | | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 2,124. | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

SUPPLEMENTAL INFORMATION

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

31 107150-5 5740768-9 44 03/26/96

Form **8271**
(Rev. March 1993)
Department of the Treasury
Internal Revenue Service

**Investor Reporting of Tax Shelter Registration Number**

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881
Expires 3-31-96

Attachment Sequence No. 71

| Investor's name(s) shown on return | Investor's identifying number | Investor's tax year ended |
|---|---|---|
| LYMAN BUSH | | 12/31/95 |

**Part I** **Tax Shelter Information**

| | a. Tax Shelter Name | b. Tax Shelter Registration Number (11-digit number) | c. Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | CINEMA 84-REGISTRATION NO | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |