Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| LYMAN F & BEVERLY J DECD BUSH | | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1995 | Period End | Period End |
|---|---|---|---|
| A. CINEMA 84 | $ 1,430.00 | $ | $ |
| B. ITEMIZED DEDUCTIONS | 28.00 | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 1,458.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 51,732.00 | | |
| 4. Corrected Taxable Income | 53,190.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | JOINT | | |
| 5. Tax | 9,819.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 9,819.00 | | |
| 8. Less Credits A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 9,819.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 5,115.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 14,934.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 14,528.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 406.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 406.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



GOVERNMENT EXHIBIT
DX30

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH | SS or EI Number: | Return Form No. 1040 |
|---|---|---|

| | Period End 12/31/1995 | Period End | Period End |
|---|---|---|---|
| 17. Penalties | | | |
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 406.00 | | |
| B. Penalties (line 18, page 2) (computed to 08/12/2000) | | | |
| C. Interest (IRC 6601) (computed to 08/12/2000) | 178.63 | | |
| D. TMT Interest (computed to 08/12/2000 on TMT underpay) | | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 584.63 | | |

Other Information:

| Examiner's Signature MS JONES 2980500467 | District Ogden Service Center | Date 07/12/2000 |
|---|---|---|

Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: TOTAL 4.62.00

199512 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 4,254.00 | 4,254.00 | 0.00 |
| 2. 0.075 of Adjusted Gross Income | 5,568.00 | 5,675.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 4,845.00 | 4,845.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 0.00 | 0.00 | 0.00 |
| 9. Contributions | 4,638.00 | 4,638.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Moving Expenses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions subject to AGI limit | 9,230.00 | 9,230.00 | 0.00 |
| 13. 0.020 of Adjusted Gross Income | 1,485.00 | 1,513.00 | |
| 14. Excess Miscellaneous deductions | 7,745.00 | 7,717.00 | 28.00 |
| 15. Other Miscellaneous deductions | 280.00 | 280.00 | 0.00 |
| 16. Total itemized deductions (Sum of Lines 3,4,8, 9,10,11,14, and 15 less any applicable limitation) | 17,508.00 | 17,480.00 | 28.00 |

ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | | |
|---|---|---|
| A. | Total of lines 3, 4, 8, 9, 10, 11, 14, and 15 | 17,480.00 |
| B. | Total of lines 3, 6, 10, (plus any gambling losses included on line 15) | 0.00 |
| C. | Line A less Line B | 17,480.00 |
| D. | Multiply the amount on line C by 80% | 13,984.00 |
| E. | Adjusted Gross Income from Form 1040 | 75,670.00 |
| F. | Itemized Deduction Limitation | 114,700.00 |
| G. | Line E less Line F | (39,030.00) |
| H. | Multiply the amount on Line G by 3% | 0.00 |
| I. | Enter the smaller of Line D or Line H | 0.00 |
| J. | Total Itemized Deductions (entered on line 16 above) | 17,480.00 |

Name of Taxpayer: LYMAN F & BEVERLY J DECD BUSH 07/12/2000
Identification Number: 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 TOTAL 4.62.00

199512 - TAX PRD INTEREST COMPUTATION TO 08/12/2000

| | | |
|---|---|---|
| Total Tax Deficiency | | 406.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 406.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/1996-06/30/1996 | 76 | 08.00 | 6.80 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 19.10 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 40.67 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 10.60 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 30.01 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 8.93 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 32.43 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 11.14 |
| COMPOUND | 04/01/2000-08/12/2000 | 134 | 09.00 | 18.95 |

| | |
|---|---|
| Total Interest | 178.63 |
| Total Underpayment | 406.00 |
| Total Penalties | 0.00 |
| Total Amount Due | 584.63 |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>LYMAN F & BEVERLY J DECD BUSH | | YEAR/PERIOD ENDED<br>199512 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CINEMA 84 | (1,430.00) | 0.00 | 1,430.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the settlement agreement, Form 906.

## PART 1 COMPUTATION OF PASSIVE ACTIVITY LOSS

### Rental Real Estate Activities With Active Participation

| | | | |
|---|---|---|---|
| 1a | Activities with net income | 865.00 | |
| 1b | Activities with net loss | 0.00 | |
| 1c | Prior Year Unallowed Losses | 0.00 | |
| 1d | Sum of lines 1a, 1b and 1c | | 865.00 |

### All Other Passive Activities

| | | | |
|---|---|---|---|
| 2a | Activities with net income | 10,961.00 | |
| 2b | Activities with net loss | (24,651.00) | |
| 2c | Prior Year Unallowed Losses | (14,845.00) | |
| 2d | Sum of lines 2a, 2b and 2c | | (28,535.00) |
| 3 | Lines 1d and 2d combined | | (27,670.00) |

## PART II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE

| | | | |
|---|---|---|---|
| 4 | The smaller of the loss on line 1i or line 3 | | 0.00 |
| 5 | $150,000 ($75,000 if status is MFS) | 150,000.00 | |
| 6 | Modified Adjusted Gross Income | 0.00 | |
| 7 | Line 5 less line 6 | 0.00 | |
| 8 | The smaller of line 7 multiplied by 50% or 25,000 | | 0.00 |
| 9 | SPECIAL ALLOWANCE for Rental Real Estate | | 0.00 |

## PART III TOTAL LOSSES ALLOWED

| | | |
|---|---|---|
| 10 | Sum of lines 1a and 2a | 11,826.00 |
| 11 | TOTAL LOSSES ALLOWED from Passive Activities | 11,826.00 |