Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| | | |
|---|---|---|
| [redacted]xpayer<br>[redacted] & BEVERLY J DECD BUSH | SS or EI Number: | Return Form No.<br>1040 |
| | Person with whom examination changes were discussed | Name and Title |

| 1. Adjustments to Income | Period End 12/31/1983 | Period End | Period End |
|---|---|---|---|
| A. LONE WOLF MCQUADE | $ 9,811.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 9,811.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (1,607.00) | | |
| 4. Corrected Taxable Income | 8,204.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | JOINT | | |
| 5. Tax | 598.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 598.00 | | |
| 8. Less Credits A. INVESTMENT CREDIT | 598.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | .00 | | |
| 10. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | .00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | .00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | .00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ .00 | $ | $ |

Info Only

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



GOVERNMENT EXHIBIT
DX31