Form **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **1992** IRS Use Only - Do not write or staple in this space.

For the year Jan.-Dec. 31, 1992, or other tax year beginning , 1992, ending , 19 OMB No. 1545-0074

**Label** (See Instructions on page 10.)

Your first name and initial: LYMAN F. BUSH | Last name | Your social security number

If a joint return, spouse's first name and initial | Last name if different | Spouse's social security no.

Use IRS label. Otherwise, please print or type.

****** CAR-RT-SORT**CR33
S29 5P
LK
LYMAN F & BEVERLY J BUSH
386

Apt. no.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Presidential Election Campaign**
Do you want $1 to go to this fund? X Yes No
If joint return, does your spouse want $1 to go to this fund? X Yes No
**Note:** Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (See page 10.) Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶19 ).

**Exemptions** (See page 11.)

6a [X] **Yourself** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1992 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who: ● lived with you ● didn't live with you due to divorce or separation (see page 13)
No. of other dependents on 6c

If more than six dependents, see page 12.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 9.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 12,000. |
| 8a | **Taxable** interest income. Attach Schedule B if over $400 | | 8,215. |
| b | **Tax-exempt** interest income (see page 15). DON'T include on line 8a | 8b 9,821. | |
| 9 | Dividend income. Attach Schedule B if over $400 | | 7,659. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes from worksheet on page 16 | | |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 41,050. |
| 13 | Capital gain or (loss). Attach Schedule D | | 16,232. |
| 14 | Capital gain distributions not reported on line 13 (see page 15) | | |
| 15 | Other gains or (losses). Attach Form 4797 | | <2.> |
| 16a | Total IRA distributions | 16a 6,187. | 16b Taxable amount (see page 16): 0. |
| 17a | Total pensions and annuities | 17a | 17b Taxable amount (see page 16): 8,851. |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. Attach Schedule E | | 2. |
| 19 | Farm income or (loss). Attach Schedule F | | |
| 20 | Unemployment compensation (see page 17) | | |
| 21a | Social security benefits | 21a 11,074. | 21b Taxable amount (see page 17): 5,537. |
| 22 | Other income. List type and amount - see page 18 | | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | | 99,544. |

**Adjustments to Income** (See page 18.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction from applicable worksheet on page 19 or 20 | 24a | |
| b | Spouse's IRA deduction from applicable worksheet on page 19 or 20 | 24b | |
| 25 | One-half of self-employment tax (see page 20) | 25 2,900. | |
| 26 | Self-employed health insurance deduction (see page 20) | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 4,976. | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | | 7,876. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 31 | Subtract line 30 from line 23. This is your **adjusted gross income**. If this amount is less than $22,370 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56 ▶ | 91,668. |

GOVERNMENT EXHIBIT DX3

210001 11-01-92 H761 149 Form **1040** (1992)

08510409 709261 3B140 050 BUSH, L. 09364205

| | | | | |
|---|---|---|---|---|
| | 32 | Amount from line 31 (adjusted gross income) | 32 | 91,668. |
| **Tax Computation** | 33a | Check if ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| | c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 22 and check here ▶ 33c ☐ | | |
| | 34 | Enter the **larger** of your: **Itemized deductions** from Schedule A, line 26, OR **Standard deduction** shown below for your filing status But if you checked **any** box on line 33a or b, go to page 22 to find your standard deduction. If you checked box 33c, your standard deduction is zero. ● Single - $3,600 ● Head of household - $5,250 ● Married filing jointly or Qualifying widow(er) - $6,000 ● Married filing separately - $3,000 | 34 | 12,603. |
| | 35 | Subtract line 34 from line 32 | 35 | 79,065. |
| | 36 | If line 32 is $78,950 or less, multiply $2,300 by the total number of exemptions claimed on line 6e. If line 32 is over $78,950, see the worksheet on page 23 for the amount to enter | 36 | 4,600. |
| | 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0-. | 37 | 74,465. |
| | 38 | Enter tax. Check if from a [X] Tax Table, b ☐ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 23). Amount, if any, from Form(s) 8814 ▶ e | 38 | 16,199. |
| | 39 | Additional taxes (see page 23). Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| | 40 | Add lines 38 and 39 ▶ | 40 | 16,199. |
| **Credits** | 41 | Credit for child and dependent care expenses. Attach Form 2441 — 41 | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R — 42 | | |
| | 43 | Foreign tax credit. Attach Form 1116 — 43 | | |
| | 44 | Other credits. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) — 44 | | |
| | 45 | Add lines 41 through 44 | 45 | |
| | 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0-. ▶ | 46 | 16,199. |
| **Other Taxes** | 47 | Self-employment tax. Attach Schedule SE. Also, see line 25 | 47 | 5,800. |
| | 48 | Alternative minimum tax. Attach Form 6251 | 48 | 0. |
| | 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | |
| | 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | |
| | 51 | Tax on qualified retirement plans, including IRAs. Attach Form 5329 | 51 | |
| | 52 | Advance earned income credit payments from Form W-2 | 52 | |
| | 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 21,999. |
| **Payments** | 54 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [X] — 54: 2,787. | | STATEMENT 3 |
| | 55 | 1992 estimated tax payments and amount applied from 1991 return — 55: 16,500. | | |
| Attach Forms W-2, W-2G, and 1099-R on the front. | 56 | **Earned income credit.** Attach Schedule EIC — 56 | | |
| | 57 | Amount paid with Form 4868 (extension request) — 57 | | |
| | 58 | Excess social security, Medicare, and RRTA tax withheld — 58 | | |
| | 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 — 59 | | |
| | 60 | Add lines 54 through 59. These are your **total payments** ▶ | 60 | 19,287. |
| **Refund or Amount You Owe** | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | 61 | |
| | 62 | Amount of line 61 you want **REFUNDED TO YOU** ▶ | 62 | |
| Attach check or money order on top of Form(s) W-2 etc. on the front. | 63 | Amount of line 61 you want **APPLIED TO YOUR 1993 ESTIMATED TAX** ▶ 63 | | |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1992 Form 1040" on it | 64 | 2,712. |
| | 65 | Estimated tax penalty (see page 27). Also include on line 64 — 65 | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| | | |
|---|---|---|
| Your signature: Lyman F Bush | Date: 4/13/93 | Your occupation: STRUCTURAL ENG. |
| Spouse's signature. If joint return, BOTH must sign: Beverly J Bush | Date: 4/13/93 | Spouse's occupation: TEACHER |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature: Donald R. Brink | Date: 4/9/93 | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address: BRINK & SADLER, C.P.A.'S, P.O. BOX 99190, TACOMA, WASHINGTON | | E. I. No. | ZIP code 98499-0190 |

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals and Fiduciaries

▶ See separate instructions.
▶ Attach to Form 1040, Form 1040A, Form 1040NR, or Form 1041.

OMB No. 1545-0140
**1992**
Attachment Sequence No. **06**

Name(s) shown on tax return: LYMAN F. & BEVERLY J. BUSH

Identifying number:

**Note:** In most cases, you do not need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 only if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from line 20 or line 36 on the penalty line of your return, but do not attach Form 2210.

## Part I Reasons for Filing – If 1a, b, c, or d below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1e or f below applies to you, check that box and file Form 2210 with your tax return.

1 Check whichever boxes apply (if none apply, see the **Note** above):

a ☐ You request a **waiver.** (In certain circumstances, the IRS will waive all or part of the penalty. See the instructions for **Waiver of Penalty.**)

b ☐ You use the **annualized income installment method.** (If your income varied during the year, this method may reduce the amount of one or more required installment. See **Instructions for Schedule B.**)

c ☐ You had Federal income tax withheld from wages and you treat it as paid for estimated tax purposes when it was **actually withheld** instead of in equal amounts on the payment due dates. (See the instructions for line 22).

d ☐ **(1)** You made estimated tax payments for 1989, 1990, or 1991 (or were charged an estimated tax penalty for any of those years), **AND**
**(2)** Your adjusted gross income (AGI) is more than $75,000 (more than $37,500 if married filing separately), **AND**
**(3)** Your 1992 modified AGI exceeds your 1991 AGI by more than $40,000 (more than $20,000 if married filing separately), **AND**
**(4)** Your 2nd, 3rd, or 4th required installment (column (b), (c) or (d) of line 21) is based on **either** your 1991 tax or 90% of your 1992 modified tax. See instructions for Schedule A for more information.

e ☐ Conditions (1), (2), and (4) (but not condition (3)) in box 1d apply to you, and your 1992 AGI exceeds your 1991 AGI by more than $40,000 (more than $20,000 if married filing separately). If you check this box, you must also attach a computation of your 1992 modified AGI.

f ☐ One or more of your required installments (line 21) are based on your 1991 tax and you filed or are filing a joint return for either 1991 or 1992 but not for both years.

## Part II All filers must complete this part.

| | | | | | |
|---|---|---|---|---|---|
| 2 | Enter your 1992 tax after credits | | | 2 | 16,199. |
| 3 | Other taxes (see instructions) | | | 3 | 5,800. |
| 4 | Add lines 2 and 3 | | | 4 | 21,999. |
| 5 | Earned income credit | 5 | | | |
| 6 | Credit for Federal tax paid on fuels | 6 | | | |
| 7 | Add lines 5 and 6 | | | 7 | |
| 8 | Current year tax. Subtract line 7 from line 4 | | | 8 | 21,999. |
| 9 | Multiply line 8 by 90% (.90) | 9 | 19,799. | | |
| 10 | Withholding taxes. **Do not** include any estimated tax payments on this line | | | 10 | 2,787. |
| 11 | Subtract line 10 from line 8. If less than $500, stop here; **do not** complete or file this form. You do not owe the penalty | | | 11 | 19,212. |
| 12 | Prior year (1991) tax. (**Caution:** See instructions.) | | | 12 | 16,404. |
| 13 | Enter the **smaller** of line 9 or line 12 | | | 13 | 16,404. |

## Part III Short Method (Caution: Read the instructions to see if you can use the short method. If you checked box 1b, c, or d in Part I, skip this part and go to Part IV.)

| | | | | | |
|---|---|---|---|---|---|
| 14 | Enter the amount, if any, from line 10 above | 14 | | | |
| 15 | Enter the total amount, if any, of estimated tax payments you made | 15 | | | |
| 16 | Add lines 14 and 15 | | | 16 | |
| 17 | **Total underpayment for year.** Subtract line 16 from line 13. (If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1e or f above.) | | | 17 | |
| 18 | Multiply line 17 by .04846 | | | 18 | |
| 19 | • If the amount on line 17 was paid **on or after** 4/15/93, enter -0-. • If the amount on line 17 was paid **before** 4/15/93, make the following computation to find the amount to enter on line 19. Amount on line 17 x Number of days paid before 4/15/93 x .00019 | | | 19 | |
| 20 | **PENALTY.** Subtract line 19 from line 18. Enter the result here and on Form 1040, line 65; Form 1040A, line 33; Form 1040NR, line 65; or Form 1041, line 26 ▶ | | | 20 | |

H761 **For Paperwork Reduction Act Notice, see page 1 of separate instructions.** Form **2210** (1992)

212491
01-04-93

151

08510409 709261 3B140 050 BUSH, L. 09364205

## Part IV Regular Method

### Section A - Figure Your Underpayment

| | Line | Payment Due Dates (a) 4/15/92 | (b) 6/15/92 | (c) 9/15/92 | (d) 1/15/93 |
|---|---|---|---|---|---|
| **21 Required installments.** If box 1b applies, enter the amounts from Schedule B, line 26. If box 1d applies (but not box 1b), enter the amounts from Schedule A, line 5, 8, or 19, whichever applies, If neither box 1b nor box 1d applies, enter ¼ of line 13 in each column | 21 | 4,101. | 4,101. | 4,101. | 4,101. |
| **22** Estimated tax paid and tax withheld. For column (a) only, also enter the amount from line 22 on line 26.(If line 22 is equal to or more than line 21 for all payment periods, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked a box in Part I.) | 22 | 5,536. | 4,584. | 4,584. | 4,583. |
| **Complete lines 23 through 29 of one column before going to the next column.** 23 Enter amount, if any, from line 29 of previous column | 23 | | 1,435. | 1,918. | 2,401. |
| **24** Add lines 22 and 23 | 24 | | 6,019. | 6,502. | 6,984. |
| **25** Add amounts on lines 27 and 28 of the previous column | 25 | | | | |
| **26** Subtract line 25 from line 24. If zero or less, enter -0-. For column (a) only, enter the amount from line 22 | 26 | 5,536. | 6,019. | 6,502. | 6,984. |
| **27** If the amount on line 26 is zero, subtract line 24 from line 25. Otherwise, enter -0- | 27 | | 0. | 0. | 0. |
| **28 Underpayment.** If line 21 is equal to or more than line 26, subtract line 26 from line 21. Then go to line 23 of next column. Otherwise, go to line 29 ▶ | 28 | | | | |
| **29** Overpayment. If line 26 is more than line 21, subtract line 21 from line 26. Then go to line 23 of next column | 29 | 1,435. | 1,918. | 2,401. | 2,883. |

### Section B - Figure the Penalty (Complete lines 30 through 35 of one column before going to the next column.)

| Rate Period | | Line | | | | |
|---|---|---|---|---|---|---|
| Rate Period 1 | **April 16, 1992 - September 30, 1992** | | 4/15/92 | 6/15/92 | 9/15/92 | |
| | **30** Number of days FROM the date shown above line 30 TO the date the amount on line 28 was paid or 9/30/92, whichever is earlier | 30 | Days: | Days: | Days: | |
| | **31** Underpayment on line 28 x (Number of days on line 30 / 366) x .08 ▶ | 31 | $ | $ | $ | |
| Rate Period 2 | **October 1, 1992 - December 31, 1992** | | 9/30/92 | 9/30/92 | 9/30/92 | |
| | **32** Number of days FROM the date shown above line 32 TO the date the amount on line 28 was paid or 12/31/92, whichever is earlier | 32 | Days: | Days: | Days: | |
| | **33** Underpayment on line 28 x (Number of days on line 32 / 366) x .07 ▶ | 33 | $ | $ | $ | |
| Rate Period 3 | **January 1, 1993 - April 15, 1993** | | 12/31/92 | 12/31/92 | 12/31/92 | 1/15/93 |
| | **34** Number of days FROM the date shown above line 34 TO the date the amount on line 28 was paid or 4/15/93, whichever is earlier | 34 | Days: | Days: | Days: | Days: |
| | **35** Underpayment on line 28 x (Number of days on line 34 / 365) x .07 ▶ | 35 | $ | $ | $ | $ |

212492 12-31-92 **36 PENALTY.** Add the amounts on lines 31, 33, and 35 in all columns. Enter the total here and on Form 1040, line 65; Form 1040A, line 33; Form 1040NR, line 65; or Form 1041, line 26 152 ▶ 36 $

08510409 709261 3B140 050 BUSH, L. 09364205

**SCHEDULE A&B (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

**(Schedule B is on page 2)**

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**1992**
Attachment Sequence No. **07**

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number:

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses. (See page A-1) SEE STATEMENT 8 | 1 | 382. | | |
| | 2 | Enter amount from Form 1040, line 32 — 2: 91,668. | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 6,875. | | |
| | 4 | Subtract line 3 from line 1. If zero or less, enter -0- | | | ▶ 4 | 0. |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) SEE STATEMENT 9 | 6 | 2,663. | | |
| | 7 | Other taxes. List - include personal property taxes ▶ PERSONAL PROPERTY TAX 505. | 7 | 505. | | |
| | 8 | Add lines 5 through 7 | | | ▶ 8 | 3,168. |
| **Interest You Paid** (See page A-2.) | 9a | Home mortgage interest and points reported to you on Form 1098 STMT 6 | 9a | 272. | | |
| | b | Home mortgage interest not reported to you on Form 1098. If paid to an individual, show that person's name and address. ▶ | 9b | | | |
| **Note:** Personal interest is not deductible. | 10 | Points not reported to you on Form 1098. See page A-3 for special rules. | 10 | | | |
| | 11 | Investment interest. If required attach Form 4952. (See page A-3.) STMT 7 | 11 | 216. | | |
| | 12 | Add lines 9a through 11 | | | ▶ 12 | 488. |
| **Gifts to Charity** (See page A-3.) | | **Caution:** If you made a charitable contribution and received a benefit in return, see page A-3. | | | | |
| | 13 | Contributions by cash or check SEE STATEMENT 5 | 13 | 2,912. | | |
| | 14 | Other than cash or check. If over $500, you **MUST** attach Form 8283 | 14 | | | |
| | 15 | Carryover from prior year | 15 | | | |
| | 16 | Add lines 13 through 15 | | | ▶ 16 | 2,912. |
| **Casualty and Theft Losses** | 17 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | ▶ 17 | |
| **Moving Expenses** | 18 | Moving expenses. Attach Form 3903 or 3903F. (See page A-4.) | | | ▶ 18 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you **MUST** attach Form 2106. (See page A-4.) ▶ | 19 | | | |
| (See page A-4 for expenses to deduct here.) | 20 | Other expenses - investment, tax preparation, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 4 | 20 | 7,868. | | |
| | 21 | Add lines 19 and 20 | 21 | 7,868. | | |
| | 22 | Enter amount from Form 1040, line 32 — 22: 91,668. | | | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | 1,833. | | |
| | 24 | Subtract line 23 from line 21. Enter the result. If zero or less, enter -0- | | | ▶ 24 | 6,035. |
| **Other Miscellaneous Deductions** | 25 | Other - from list on page A-5. List type and amount ▶ | | | ▶ 25 | |
| **Total Itemized Deductions** | 26 | Is the amount on Form 1040, line 32, more than $105,250 (more than $52,625 if married filing separately)? • **NO.** Your deduction is not limited. Add lines 4, 8, 12, 16, 17, 18, 24, and 25. Enter the total here. • **YES.** Your deduction may be limited. See page A-5 for the amount to enter. | | | ▶ 26 | 12,603. |
| | | **Caution:** Be sure to enter on Form 1040, line 34, the **LARGER** of the amount on line 26 above or your standard deduction. | | | | |

H761 **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule A (Form 1040) 1992**

219501 11-13-92



08510409 709261 3B140 050 BUSH, L. 09364205

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1. | Your social security number

LYMAN F. & BEVERLY J. BUSH

## Schedule B - Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

**If you had over $400 in taxable interest income OR you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989, you must complete this part. List ALL interest you received. If you had over $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page B-1.**

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| Interest Income | | Amount |
|---|---|---|
| 1 List name of payer - if any interest income is from seller-financed mortgages, see page B-1 and list this interest first ▶ | 1 | |
| INTEREST FROM MUNICIPAL BONDS | | 9,821. |
| JERILYN DILLE | | 1,116. |
| LAURIE AND SCOTT NORRIS | | 4,158. |
| MERRILL LYNCH | | 1,000. |
| PUGET SOUND BANK | | 244. |
| TIM AND TERRI BUSH | | 340. |
| FROM K-1 - HAMPTONS II: GRACE ESTATES LIMI | | 159. |
| FROM K-1 - ML-LEE ACQUISITION FUND, L.P. | | 1,183. |
| FROM K-1 - MRI BUSINESS PROPERTIES FUND LTD | | 15. |
| SUBTOTAL FOR LINE 1 | | 18,036. |
| TAX-EXEMPT INTEREST SEE STATEMENT 12 | | <9,821.> |
| 2 Add the amounts on line 1 18036 | 2 | 8,215. |
| 3 Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 8,215. |

**Part II Dividend Income**

**If you had over $400 in gross dividends and/or other distributions on stock, you must complete the part and Part III. If you received, as a nominee, dividends that actually belong to another person, see page B-1.**

**Note:** If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| Dividend Income | | | Amount |
|---|---|---|---|
| 5 List name of payer - include on this line capital gain distributions, nontaxable distributions, etc. ▶ | | 5 | |
| FINANCIAL DAILY INCOME | | | 1,712. |
| KEYCORP-CHASE MANHATTAN | | | 827. |
| MERRILL LYNCH | | | 8,981. |
| SHEARSON LEHMAN BROTHERS | | | 6,185. |
| LESS: FOREIGN INCOME PORTION | | | <332.> |
| SHEARSON LEHMAN BROTHERS | | | 332. |
| 6 Add the amounts on line 5 | | 6 | 17,705. |
| 7 Capital gain distributions. Enter here and on Schedule D* STMT 11 | 7 | 74. | |
| 8 Nontaxable distributions SEE STATEMENT 10 | 8 | 9,972. | |
| 9 Add lines 7 and 8 | | 9 | 10,046. |
| 10 Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | | 10 | 7,659. |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, lines 13 and 14.

**Part III Foreign Accounts and Foreign Trusts**

**If you had over $400 of interest or dividends OR had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must complete this part.**

| | Yes | No |
|---|---|---|
| 11a At any time during 1992, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b If "Yes," enter the name of the foreign country ▶ | | |
| 12 Were you the grantor of, or transferor to, a foreign trust that existed during 1992, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | X |

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1992**

Attachment Sequence No. 09

Name of proprietor: LYMAN F. BUSH

Social security number (SSN):

A Principal business or profession, including product or service: ENGINEERING SERVICES/CONSULTING

B Enter principal business code (from page 2) ▶ 7518

C Business name: BUSH ENGINEERING

D Employer ID number (Not SSN):

E Business address (including suite or room no.) ▶

City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

G Method(s) used to value closing inventory: (1) [ ] Cost (2) [ ] Lower of cost or market (3) [ ] Other (attach explanation) (4) [X] Does not apply (if checked, skip line H)

| | | Yes | No |
|---|---|---|---|
| H | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation. | | |
| I | Did you "materially participate" in the operation of this business during 1992? If "No," see page C-2 for limitations on losses | X | |
| J | Was this business in operation at the end of 1992? | X | |
| K | How many months was this business in operation during 1992? ▶ | | |
| L | If this is the first Schedule C filed for this business, check here ▶ [ ] | | |

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 58,372. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 58,372. |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 58,372. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6. ▶ | 7 | 58,372. |

## Part II Expenses (Caution: Do not enter expenses for business use of your home on lines 8-27. Instead, see line 30.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 550. | 21 | Repairs and maintenance | 21 | 250. |
| 9 | Bad debts from sales or services | 9 | | 22 | Supplies (not included in Part III) | 22 | 57. |
| 10 | Car and truck expenses (attach Form 4562) | 10 | | 23 | Taxes and licenses | 23 | 703. |
| 11 | Commissions and fees | 11 | | 24 | Travel, meals, and entertainment: | | |
| 12 | Depletion | 12 | | a | Travel | 24a | 2,045. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) | 13 | 712. | b | Meals and entertainment: 1,168. | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | c | Enter 20% of line 24b subject to limitations: 234. | | |
| 15 | Insurance (other than health) | 15 | 6,851. | d | Subtract line 24c from line 24b | 24d | 934. |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less jobs credit) | 26 | |
| b | Other | 16b | | 27 a | Other expenses (list type and amount): SEE STATEMENT 13 | | |
| 17 | Legal and professional services | 17 | 1,700. | | | | |
| 18 | Office expense | 18 | 456. | | | | |
| 19 | Pension and profit-sharing plans | 19 | | | | | |
| 20 | Rent or lease: | | | | | | |
| a | Vehicles, machinery and equipment | 20a | | | | | |
| b | Other business property | 20b | | 27 b | Total other expenses | 27b | 2,442. |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b in columns. ▶ | 28 | 16,700. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 41,672. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 622. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. If a profit, enter here and on Form 1040, line 12. Also enter the net profit on Schedule SE, line 2 (statutory employees, see instructions). If a loss, you MUST go on to line 32 (fiduciaries, see instructions) | 31 | 41,050. |
| 32 | If you have a loss, you MUST check the box that describes your investment in this activity. If you checked 32a, enter the loss on Form 1040, line 12, and Schedule SE, line 2 (statutory employees, see instructions). If you checked 32b, you MUST attach **Form 6198.** | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |

H761 **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** **Schedule C (Form 1040) 1992**

220001 11-05-92



08510409 709261 3B140 050 BUSH, L. 09364205

**SCHEDULE D (Form 1040)**

Department of the Treasury Internal Revenue Service (0)

# Capital Gains and Losses

**(And Reconciliation of Forms 1099-B for Bartering Transactions)**

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

▶ For more space to list transactions for lines 1a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074

**1992**

Attachment Sequence No. 12A

Name(s) shown on Form 1040: LYMAN F. & BEVERLY J. BUSH

Your social security number:

**Caution:** Add the following amounts reported to you for 1992 on Forms 1099-B and 1099-S (or on substitute statements): **(a)** proceeds from transactions involving stocks, bonds, and other securities, and **(b)** gross proceeds from real estate transactions not reported on another form or schedule. If this total does not equal the total of lines 1c and 9c, column (d), attach a statement explaining the difference.

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example, 100 shares 7% preferred of "XYZ" Co.) | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|
| **1a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See page D-3.** | | | | | |
| 11,591 SHARES - FINANCIAL DYNAMICS FUND, INC. | 02/04/92 04/28/92 | 119,438. | 124,353. | 4,915. | |
| | | | | | |
| | | | | | |
| 1b Amounts from Schedule D-1, line 1b (attach Schedule D-1) | | | | | |
| **1c Total of All Sales Price Amounts.** Add column (d) of lines 1a and 1b ▶ | 1c | 119,438. | | | |
| **1d Other Transactions.** | | | | | |
| | | | | | |
| | | | | | |

| | | (f) LOSS | (g) GAIN |
|---|---|---|---|
| 2 Short-term gain from sale or exchange of your home from Form 2119, line 17 or 23 | 2 | | |
| 3 Short-term gain from installment sales from Form 6252, line 26 or 37 | 3 | | |
| 4 Short-term gain or (loss) from like-kind exchanges from Form 8824 | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 5 | | |
| 6 Short-term capital loss carryover from 1991 Schedule D, line 36 | 6 | | |
| 7 Add lines 1a, 1b, 1d, and 2 through 6, in columns (f) and (g) | 7 | ( 4,915.) | |
| **8 Net short-term capital gain or (loss).** Combine columns (f) and (g) of line 7 | 8 | | <4,915.> |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|
| **9a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See page D-3.** | | | | | |
| KEY CORP | VARIOUS 04/15/92 | 15. | | | 15. |
| | | | | | |
| | | | | | |
| 9b Amounts from Schedule D-1, line 9b. Attach Schedule D-1 | | | | | |
| **9c Total of All Sales Price Amounts.** Add column (d) of lines 9a and 9b ▶ | 9c | 15. | | | |
| **9d Other Transactions.** | | | | | |
| 2,000 SHARES - MIDSOUTH CORPORATION | 04/08/91 09/21/92 | 38,500. | 16,963. | | 21,537. |
| MUNICIPAL INVEST TRUST-RETURN OF PRINCIPLE | VARIOUS 12/28/92 | 1,362. | 1,362. | | |

| | | (f) LOSS | (g) GAIN |
|---|---|---|---|
| 10 Long-term gain from sale or exchange of your home from Form 2119, line 17 or 23 | 10 | | |
| 11 Long-term gain from installment sales from Form 6252, line 26 or 37 | 11 | | |
| 12 Long-term gain or (loss) from like-kind exchanges from Form 8824 | 12 | | |
| 13 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 13 | 479. | |
| 14 Capital gain distributions | 14 | | 74. |
| 15 Gain from Form 4797, line 8 or 10 | 15 | | |
| 16 Long-term capital loss carryover from 1991 Schedule D, line 43 | 16 | | |
| 17 Add lines 9a, 9b, 9d, and 10 through 16, in columns (f) and (g) | 17 | ( 479.) | 21,626. |
| **18 Net long-term capital gain or (loss).** Combine columns (f) and (g) of line 17 | 18 | | 21,147. |

220511 10-19-92

Name(s) shown on Form 1040. Do not enter name and social security number if shown on Page 1. Your social security number

LYMAN F. & BEVERLY J. BUSH

## Part III Summary of Parts I and II

| | | | |
|---|---|---|---|
| 19 | Combine lines 8 and 18 and enter the net gain or (loss). If a gain, also enter the gain on Form 1040, line 13 | 19 | 16,232. |
| | **Note:** If both lines 18 and 19 are gains, see Part IV below | | |
| 20 | If line 19 is a (loss), enter here and as a (loss) on Form 1040, line 13, the **smaller** of: | | |
| a | The (loss) on line 19; **or** | | |
| b | ($3,000) or, if married filing a separate return, ($1,500) | 20 | ( ) |
| | **Note:** When figuring whether line 20a or 20b is **smaller**, treat both numbers as positive. | | |
| | Complete Part V if the loss on line 19 is more than the loss on line 20 OR if Form 1040, line 37, is zero. | | |

## Part IV Tax Computation Using Maximum Capital Gains Rate

USE THIS PART TO FIGURE YOUR TAX ONLY IF BOTH LINES 18 AND 19 ARE GAINS, AND:

| You checked filing status box: | AND | Form 1040, line 37, is over: | You checked filing status box: | AND | Form 1040, line 37, is over: |
|---|---|---|---|---|---|
| 1 | | $51,900 | 3 | | $43,250 |
| 2 or 5 | | $86,500 | 4 | | $74,150 |

| | | | |
|---|---|---|---|
| 21 | Enter the amount from Form 1040, line 37 | 21 | |
| 22 | Enter the **smaller** of line 18 or line 19 | 22 | |
| 23 | Subtract line 22 from line 21 | 23 | |
| 24 | Enter: $21,450 if you checked filing status box 1; $35,800 if you checked filing status box 2 or 5; $17,900 if you checked filing status box 3; or $28,750 if you checked filing status box 4 | 24 | |
| 25 | Enter the **greater** of line 23 or line 24 | 25 | |
| 26 | Subtract line 25 from line 21 | 26 | |
| 27 | Figure the tax on the amount on line 25. Use the Tax Table or Tax Rate Schedules, whichever applies | 27 | |
| 28 | Multiply line 26 by 28% (.28) | 28 | |
| 29 | Add lines 27 and 28. Enter here and on Form 1040, line 38, and check the box for Schedule D | 29 | |

## Part V Capital Loss Carryovers from 1992 to 1993

| | | | |
|---|---|---|---|
| 30 | Enter the amount from Form 1040, line 35. If a loss, enclose the amount in parentheses | 30 | |
| 31 | Enter the loss from line 20 as a positive amount | 31 | |
| 32 | Combine lines 30 and 31. If zero or less, enter -0- | 32 | |
| 33 | Enter the **smaller** of line 31 or line 32 | 33 | |
| | **Note:** If both lines 8 and 20 are losses, go to line 34; otherwise, skip lines 34-38. | | |
| 34 | Enter the loss from line 8 as a positive amount | 34 | |
| 35 | Enter the gain, if any, from line 18 — 35 | | |
| 36 | Enter the amount from line 33 — 36 | | |
| 37 | Add lines 35 and 36 | 37 | |
| 38 | **Short-term capital loss carryover to 1993.** Subtract line 37 from line 34. If zero or less, enter -0- | 38 | |
| | **Note:** If both lines 18 and 20 are losses, go to line 39; otherwise, skip lines 39-45. | | |
| 39 | Enter the loss from line 18 as a positive amount | 39 | |
| 40 | Enter the gain, if any, from line 8 — 40 | | |
| 41 | Enter the amount from line 33 — 41 | | |
| 42 | Enter the amount, if any, from line 34 — 42 | | |
| 43 | Subtract line 42 from line 41. If zero or less, enter -0- — 43 | | |
| 44 | Add lines 40 and 43 | 44 | |
| 45 | **Long-term capital loss carryover to 1993.** Subtract line 44 from line 39. If zero or less, enter -0- | 45 | |

## Part VI Election Not To Use the Installment Method.

Complete this part **only** if you elect out of the installment method and report a note or other obligation at less than full face value.

| | | |
|---|---|---|
| 46 | Check here if you elect out of the installment method | ▶ ☐ |
| 47 | Enter the face amount of the note or other obligation | ▶ |
| 48 | Enter the percentage of valuation of the note or other obligation | ▶ % |

## Part VII Reconciliation of Forms 1099-B for Bartering Transactions.

Complete this part **only** if you received one or more Forms 1099-B or substitute statements reporting **bartering income.**

| | | | Amount of bartering income from Form 1099-B or substitute statement reported on form or schedule |
|---|---|---|---|
| 49 | Form 1040, line 22 | 49 | |
| 50 | Schedule C, C-EZ, D, E, or F (specify) ▶ | 50 | |
| 51 | Other form or schedule (identify). If nontaxable, indicate reason - attach additional sheets if necessary: | 51 | |
| 52 | **Total.** Add lines 49 through 51. This amount should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions | 52 | |

H761

**SCHEDULE E (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Supplemental Income and Loss

**(From rental real estate, royalties, partnerships, estates, trusts, REMICs, etc.)**
▶ Attach to Form 1040 or Form 1041.
▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1992**
Attachment Sequence No. 13

Name(s) shown on return: LYMAN F. & BEVERLY J. BUSH

Your social security number:

## Part I Income or Loss From Rental Real Estate and Royalties

**Note:** Report income and expenses from the rental of personal property on **Schedule C or C-EZ.** Report farm rental income or loss from **Form 4835** on page 2, line 39.

| 1 Show the kind and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? | Yes | No |
|---|---|---|---|
| A RENTAL HOUSE (1/3 INTEREST) 5026 SOUTH PUGET SOUND | A | | X |
| B | B | | |
| C | C | | |

| Income: | Line | Properties A | B | C | Line | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 2,033. | | | 3 | 2,033. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 57. | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. | 12 | | | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs - Carpenter, screens, etc. | 14 | | | | | |
| - Electrical and plumbing | 14 | | | | | |
| - Painting and decorating | 14 | | | | | |
| - Roofing | 14 | | | | | |
| - Miscellaneous | 14 | 83. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 270. | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Other (list) ▶ | 18 | | | | | |
| SEE STATEMENT 14 | 18 | 203. | | | | |
| 19 Add lines 5 through 18 | 19 | 613. | | | 19 | 613. |
| 20 Depreciation expense or depletion | 20 | 552. | | | 20 | 552. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 1,165. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-2 to find out if you must file Form 6198 | 22 | 868. | | | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582 | 23 | | | | | |

| | Line | Amount |
|---|---|---|
| 24 **Income.** Add positive amounts shown on line 22. **Do not** include any losses. | 24 | 868. |
| 25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | 25 | ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 18. Otherwise, include this amount in the total on line 40 on page 2 | 26 | 868. |

Schedule E (Form 1040) 1992 Attachment Sequence No. 13 OMB No. 1545-0074 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | Your social security number

LYMAN F. & BEVERLY J. BUSH

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

## Part II Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 15 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss from **Schedule K-1** | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 1,254. | | | |
| b Totals | 2,120. | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 1,254. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 2,120. ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | <866.> |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| C | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q**, line 2c | (d) Taxable income (net loss) from **Schedules Q**, line 1b | (e) Income from **Schedules Q**, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below | 39 | |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ▶ | 40 | 2. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported in Parts II and III and on line 39 — 41 | | |

H761
221501 11-25-92



08510409 709261 3B140 050 BUSH, L. 09364205

# Income from Passthroughs

BUSH AND WEAVER
I.D. NUMBER:
TYPE: PARTNERSHIP

TAXABLE INCOME (LOSS) SUMMARY:

| | |
|---|---|
| PASSIVE LOSS ALLOWED | -46 |
| PASSIVE INCOME | 1,254 |
| | ------------ |
| NET INCOME (LOSS) FOR PASSTHROUGH ENTITY | 1,208 |
| | ============ |

ACTIVITY INFORMATION:

ACTIVITY NO. 1

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| SCHEDULE E ACTIVITY INCOME (LOSS) | 0 |
| PAL CARRYOVER FROM 1991 - SCHEDULE E | -1,437 |
| DISALLOWED LOSS FROM FORM 8582 | 1,403 |
| | ------------ |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | -34 |
| | ============ |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | 21 |
| AMT PAL CARRYOVER FROM 1991 - SCHEDULE E | 1,735 |

ACTIVITY NO. 2

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| SCHEDULE E ACTIVITY INCOME (LOSS) | 0 |
| PAL CARRYOVER FROM 1991 - SCHEDULE E | -496 |
| DISALLOWED LOSS FROM FORM 8582 | 484 |
| | ------------ |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | -12 |
| | ============ |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1991 - SCHEDULE E | 512 |

ACTIVITY NO. 10001

TRADE OR BUSINESS - MATERIAL PARTICIPATION

# Income from Passthroughs

BUSH AND WEAVER

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| ORDINARY INCOME (LOSS) | 1,254 |
| SCHEDULE E ACTIVITY INCOME (LOSS) | 1,254 |

# Income from Passthroughs

CINEMA '84 REGISTRATION NO. 8427
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

CINEMA '84 REGISTRATION NO. 8427

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| SCHEDULE E ACTIVITY INCOME (LOSS) | 0 |
| PAL CARRYOVER FROM 1991 - SCHEDULE E | -914 |
| DISALLOWED LOSS FROM FORM 8582 | 892 |
| | ------------ |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | -22 |
| | ============ |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1991 - SCHEDULE E | 1,043 |

# Income from Passthroughs

FAWCETT PLAZA ONE
I.D. NUMBER: [redacted]
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

FAWCETT PLAZA ONE

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -4,257 | |
| | ------------ | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -4,257 |
| PAL CARRYOVER FROM 1991 - SCHEDULE E | | -11,865 |
| DISALLOWED LOSS FROM FORM 8582 | | 15,738 |
| | | ------------ |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -384 |
| | | ============ |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | 646 |
| AMT PAL CARRYOVER FROM 1991 - SCHEDULE E | 11,273 |

# Income from Passthroughs

HAMPTONS II: GRACE ESTATES LIMI
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

HAMPTONS II: GRACE ESTATES LIMI

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -28,697 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -28,697 |
| PAL CARRYOVER FROM 1991 - SCHEDULE E | | -37,750 |
| DISALLOWED LOSS FROM FORM 8582 | | 64,865 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -1,582 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1991 - SCHEDULE E | 39,160 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 159 |
| INVESTMENT INCOME | 159 |

# Income from Passthroughs

LONE WOLF MCQUADE ASSOCIATES
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

LONE WOLF MCQUADE ASSOCIATES

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | 0 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | 0 |
| PAL CARRYOVER FROM 1991 - SCHEDULE E | | -77 |
| DISALLOWED LOSS FROM FORM 8582 | | 75 |
| | | ------------ |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -2 |
| | | ============ |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1991 - SCHEDULE E | 80 |

# Income from Passthroughs

ML-LEE ACQUISITION FUND, L.P.
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

ML-LEE ACQUISITION FUND, L.P.

OTHER PASSIVE ACTIVITY

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 1,183 |
| LONG-TERM CAPITAL GAIN (LOSS) - PORTFOLIO | -479 |
| DEDUCTIONS RELATED TO PORTFOLIO INCOME - 2% | 369 |
| INVESTMENT INCOME | 1,183 |
| INVESTMENT EXPENSES | 369 |
| INVESTMENT INTEREST - NONBUSINESS | 216 |

# Income from Passthroughs

MRI BUSINESS PROPERTIES FUND LTD
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

MRI BUSINESS PROPERTIES FUND LTD

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -553 | |
| | ------------ | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -553 |
| PAL CARRYOVER FROM 1991 - SCHEDULE E | | -1,520 |
| DISALLOWED LOSS FROM FORM 8582 | | 2,024 |
| | | ------------ |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -49 |
| | | ============ |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | 21 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 15 |
| INVESTMENT INCOME | 15 |

# Income from Passthroughs

SUMMER LOVERS ASSOCIATES
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

SUMMER LOVERS ASSOCIATES

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -1,448 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -1,448 |
| DISALLOWED LOSS FROM FORM 8582 | | 1,413 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -35 |

# Income from Passthroughs

SUMMARY OF K-1 INFORMATION FOR ALL PASSTHROUGHS

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST | 1,357 |
| LONG-TERM CAPITAL GAIN (LOSS) - PORTFOLIO | -479 |

DEDUCTIONS:

| | |
|---|---|
| DEDUCTIONS RELATED TO PORTFOLIO INCOME - 2% | 369 |

INVESTMENT INTEREST EXPENSE:

| | |
|---|---|
| INVESTMENT INTEREST - NONBUSINESS | 216 |
| INVESTMENT INCOME | 1,357 |
| INVESTMENT EXPENSES | 369 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | 688 |
| AMT PAL CARRYOVER FROM 1991 - SCHEDULE E | 53,803 |

**SCHEDULE SE (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).
▶ Attach to Form 1040.

OMB No. 1545-0074
**1992**
Attachment Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ | |
|---|---|---|
| LYMAN F. BUSH | | |

## Who Must File Schedule SE

You must file Schedule SE if:

- Your wages (and tips) subject to social security AND Medicare tax (or railroad retirement tax) were less than $130,200; **AND**
- Your net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) were $400 or more; **OR**
- You had church employee income (as defined on page SE-1) of $108.28 or more.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, AND you filed **Form 4361** and received IRS approval not to be taxed on those earnings, DO NOT file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 47.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?




## Section A - Short Schedule SE. Caution: Read above to see if you must use Long Schedule SE (Section B).

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). See page SE-2 for other income to report SEE STATEMENT 16 | 2 | 41,050. |
| 3 | Combine lines 1 and 2 | 3 | 41,050. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you **do not** owe self-employment tax ▶ | 4 | 37,910. |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $55,500 or less, multiply line 4 by 15.3% (.153) and enter the result.<br>• More than $55,500, but less than $130,200, multiply the amount in excess of $55,500 by 2.9% (.029). Then, add $8,491.50 to the result and enter the total.<br>• $130,200 or more, enter $10,657.80.<br>Also, enter this amount on Form 1040, line 47 | 5 | 5,800. |

**Note:** Also, enter **one-half** of the amount from line 5 on **Form 1040, line 25.**