Redact Page

# DEFENDANT'S EXHIBIT NO. 1

GOVERNMENT EXHIBIT
DX20

Form **1040** Department of the Treasury - Internal Revenue Service
U.S. Individual Income Tax Return **1985** 2921110562637

For the year January 1-December 31, 1985, or other tax year beginning , 1985, ending , 19 . OMB No. 1545-0074

Use IRS label. Otherwise, please print or type.

LYMAN F & BEVERLY J BUSH

Your social security number

Spouse's social security no.

Your occupation: STRUCTRAL ENG.
Spouse's occupation: TEACHER

**Presidential Election Campaign**
Do you want $1 to go to this fund? X Yes / No
If joint return, does your spouse want $1 to go to this fund? X Yes / No
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Filing Status** (Check only one box.)
1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4 [ ] Head of household (with qualifying person). If the qualifying person is your unmarried child but not your dependent, write child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

**Exemptions**
Always check the box labeled Yourself. Check other boxes if they apply.
6a [X] Yourself [ ] 65 or over [ ] Blind
b [X] Spouse [ ] 65 or over [ ] Blind
Enter number of boxes checked on 6a and b ▶ 2
c First names of your dependent children who lived with you — Enter number of children listed on 6c ▶
d First names of your dependent children who did not live with you. (If pre-1985 agreement, check here ▶ [ ].) — Enter number of children listed on 6d ▶
e Other dependents:

| (1) Name | (2) Relationship | (3) Number of months lived in your home | (4) Did dependent have income of $1,040 or more? | (5) Did you provide more than one-half of dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |

Enter number of other dependents ▶
f Total number of exemptions claimed (also complete line 36) — Add numbers entered in boxes above ▶ 2

**Income**
Please attach Copy B of your Forms W-2, W-2G, and W-2P here.
If you do not have a W-2, see page 4 of Instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (Attach Form(s) W-2.) | 7 | 158114. |
| 8 | Interest income (also attach Schedule B if over $400) | 8 | 460. |
| 9a | Dividends (also attach Sch. B if over $400) 3832. , 9b Exclusion 200. | | |
| c | Subtract line 9b from line 9a and enter the result | 9c | 3632. |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 9 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 328. |
| 14 | 40% of capital gain distributions not reported on line 13 | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16 | Fully taxable pensions, IRA distributions, and annuities not reported on line 17 | 16 | |
| 17a | Other pensions and annuities, including rollovers. Total received 17a | | |
| b | Taxable amount, if any, from worksheet on page 10 of Instructions | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | (-85257.) |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20a | Unemployment compensation (insurance). Total received 20a | | |
| b | Taxable amount, if any, from the worksheet on page 10 of Instructions | 20b | |
| 21a | Social security benefits. Total received | | |
| b | Taxable amount, if any, from the worksheet on page 11. (Tax-exempt interest ) | 21b | |
| 22 | Other income (list type and amount) | 22 | |
| 23 | Add lines 7 through 22. This is your **total income** ▶ | 23 | 77277. |

Please attach check or money order here.

RECEIVED ESU SEP - 5 2000 OGDEN SERVICE CENTER

**Adjustments to Income**

| Line | Description | | Amount |
|---|---|---|---|
| 24 | Moving expense (attach Form 3903 or 3903F) | 24 | |
| 25 | Employee business expenses (attach Form 2106) | 25 | |
| 26 | IRA deduction, from the worksheet on page 12 | 26 | 4000. |
| 27 | Keogh retirement plan deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid (recipient's last name and social security no. ) | 29 | |
| 30 | Deduction for a married couple when both work (attach Schedule W) | 30 | 822. |
| 31 | Add lines 24 through 30. These are your **total adjustments** ▶ | 31 | 4822. |

NO. 9 ACCEPTED FOR NON FLOW-THRU ISSUES

EXHIBIT 1

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Subtract line 31 from line 23. This is your **adjusted gross income**. If this line is less than $11,000 and a child lived with you, see "Earned Income Credit" (line 59) on page 16 of Instructions. If you want IRS to figure your tax, see page 13 of Instructions. ▶ | 32 | 72455. |

-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

-02-2600 7657 8X1270C 4123

Form 1040 (1985) OMB No. 1545 - 0074 Page 2

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| Tax Computation | 33 | Amount from line 32 (adjusted gross income) | | | 33 | 72455. |
| | 34a | If you itemize, attach Schedule A (Form 1040) and enter the amount from Schedule A, line 26 | | | 34a | 16375. |
| | | Caution: If you have unearned income and can be claimed as a dependent on your parents' return, check here ▶ ☐ and see page 13 of Instructions. Also see page 13 if you are married filing a separate return and your spouse itemizes deductions, or a dual-status alien. | | | | |
| | b | If you do not itemize but you made charitable contributions, enter your cash contributions here. (If you gave $3,000 or more to any one organization, see page 14.) | 34b | | | |
| | c | Enter your noncash contributions (you must attach Form 8283 if over $500) | 34c | | | |
| | d | Add lines 34b and 34c. Enter the total | 34d | | | |
| | e | Divide the amount on line 34d by 2. Enter the result here | | | 34e | |
| | 35 | Subtract line 34a or 34e, whichever applies, from line 33 | | | 35 | 56080. |
| | 36 | Multiply $1,040 by the total number of exemptions claimed on line 6f (see page 14) | | | 36 | 2080. |
| | 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (but not less than zero) | | | 37 | 54000. |
| | 38 | Enter tax here. Check if from ☐ Tax Table, ☐ Tax Rate Schedule X, Y, or Z, or ☒ Sch. G | | | 38 | 7911. |
| | 39 | Additional taxes. (See page 14 of Instructions.) Enter here and check if from ☐ Form 4970, ☐ Form 4972, or ☐ Form 5544 | | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total ▶ | | | 40 | 7911. |
| Credits | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | | |
| | 42 | Credit for the elderly and the permanently and totally disabled (attach Schedule R) | 42 | | | |
| | 43 | Residential energy credit (attach Form 5695) | 43 | | | |
| | 44 | Partial credit for political contributions for which you have receipts | 44 | | | |
| | 45 | Add lines 41 through 44. These are your total personal credits | | | 45 | |
| | 46 | Subtract line 45 from line 40. Enter the result (but not less than zero) | | | 46 | 7911. |
| | 47 | Foreign tax credit (attach Form 1116) | 47 | | | |
| | 48 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478 | 48 | | | |
| | 49 | Add lines 47 and 48. These are your total business and other credits | | | 49 | |
| | 50 | Subtract line 49 from line 46. Enter the result (but not less than zero) ▶ | | | 50 | 7911. |
| Other Taxes (Including Advance EIC Payments) | 51 | Self-employment tax (attach Schedule SE) | | | 51 | |
| | 52 | Alternative minimum tax (attach Form 6251) | | | 52 | |
| | 53 | Tax from recapture of investment credit (attach Form 4255) | | | 53 | |
| | 54 | Social security tax on tip income not reported to employer (attach Form 4137) | | | 54 | |
| | 55 | Tax on an IRA (attach Form 5329) | | | 55 | |
| | 56 | Add lines 50 through 55. This is your **total tax** ▶ | | | 56 | 7911. |
| Payments | 57 | Federal income tax withheld | 57 | 26453. | | |
| | 58 | 1985 estimated tax payments and amount applied from 1984 return | 58 | | | |
| Attach Forms W-2, W-2G, and W-2P to front. | 59 | Earned income credit (see page 16) | 59 | | | |
| | 60 | Amount paid with Form 4868 | 60 | | | |
| | 61 | Excess social security tax and RRTA tax withheld (two or more employers) | 61 | | | |
| | 62 | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 62 | | | |
| | 63 | Regulated Investment Company credit (attach Form 2439) | 63 | | | |
| | 64 | Add lines 57 through 63. These are your **total payments** ▶ | | | 64 | 26453. |
| Refund or Amount You Owe | 65 | If line 64 is larger than line 56, enter amount **OVERPAID** ▶ | | | 65 | 18542. |
| | 66 | Amount of line 65 to be **REFUNDED TO YOU** ▶ | | | 66 | 18542. |
| | 67 | Amount of line 65 to be applied to your 1986 estimated tax ▶ | 67 | | | |
| | 68 | If line 56 is larger than line 64, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number and "1985 Form 1040" on it ▶ Check ▶ ☐ if Form 2210 (2210F) is attached. See page 17. **Penalty: $** | | | 68 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] 4-9-86 ▶ [signature] 4-10-86

Your signature / Date / Spouse's signature (if filing jointly, BOTH must sign)

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | [signature] C.P.A. | Date 4-5-86 | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours, if self-employed) and address | ▶ STEPHEN O ROBERTS CPA PS<br>515 W. HARRISON<br>KENT, WA | E. I. No. | ZIP code 98032 |

10002
0-23-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

4-02-2600 7657 8X1270C 4124

**SCHEDULE A (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**1985**
07

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number:

| Section | Line | Description | Line No. | Amount | Line No. | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** (Do not include expenses reimbursed or paid by others.) | 1 | Prescription medicines and drugs; and insulin | 1 | 794. | | |
| | 2 a | Doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | 2a | 426. | | |
| | b | Transportation and lodging | 2b | 56. | | |
| | c | Other (list - include hearing aids, dentures, eyeglasses etc.) ▶ GLASSES | 2c | 162. | | |
| | 3 | Add lines 1 through 2c, and write the total here | 3 | 1438. | | |
| | 4 | Multiply the amount on Form 1040, line 33, by 5% (.05) | 4 | 3623. | | |
| | 5 | Subtract line 4 from line 3. If zero or less, write 0. **Total** medical and dental ▶ | | | 5 | 0. |
| **Taxes You Paid** | 6 | State and local income taxes | 6 | | | |
| | 7 | Real estate taxes | 7 | 1593. | | |
| | 8 a | General sales tax (see sales tax tables in instruction booklet) | 8a | 763. | | |
| | b | General sales tax on motor vehicles | 8b | 923. | | |
| | 9 | Other taxes (list - include personal property taxes) ▶ PERSONAL PROPERTY | 9 | 520. | | |
| | 10 | Add the amounts on lines 6 through 9. Write the total here. **Total** taxes ▶ | | | 10 | 3799. |
| **Interest You Paid** | 11 a | Home mortgage interest you paid to financial institutions | 11a | 1118. | | |
| | b | Home mortgage interest you paid to individuals (show that person's name and address) ▶ | 11b | | | |
| | 12 | Total credit card and charge account interest you paid | 12 | | | |
| | 13 | Other interest you paid (list) ▶ SEE SCHEDULE 6 | 13 | 6332. | | |
| | 14 | Add the amounts on lines 11a through 13. Write the total here. **Total** interest ▶ | | | 14 | 7450. |
| **Contributions You Made** | 15 a | Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 15b.) SEE SCH. 4 | 15a | 940. | | |
| | b | Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶ | 15b | | | |
| | 16 | Other than cash (You must attach Form 8283 if over $500) SEE SCH. 5 | 16 | 486. | | |
| | 17 | Carryover from prior year | 17 | 2063. | | |
| | 18 | Add the amounts on lines 15a through 17. Write the total here. **Total** contributions ▶ | | | 18 | 3489. |
| **Casualty and Theft Losses** | 19 | Total casualty or theft loss(es). (You must attach Form 4684 or similar statement.) ▶ | | | 19 | |
| **Miscellaneous Deductions** | 20 | Union and professional dues | 20 | 174. | | |
| | 21 | Tax return preparation fee | 21 | 840. | | |
| | 22 | Other (list type and amount) ▶ SEE SCHEDULE 7 | 22 | 4163. | | |
| | 23 | Add the amounts on lines 20 through 22. Write the total here. **Total** miscellaneous ▶ | | | 23 | 5177. |
| **Summary of Itemized Deductions** | 24 | Add the amounts on lines 5, 10, 14, 18, 19, and 23. Write your answer here | | | 24 | 19915. |
| | 25 | If you checked Form 1040 { Filing Status box 2 or 5, write $3,540; Filing Status box 1 or 4, write $2,390; Filing Status box 3, write $1,770 } | | | 25 | 3540. |
| | 26 | Subtract line 25 from line 24. Write your answer here and on Form 1040, line 34a. (If line 25 is more than line 24, see the Instructions for line 26 on page 22.) ▶ | | | 26 | 16375. |

9501 08-85

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1985

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

Schedule B (Form 1040) 1985

# Schedule B - Interest and Dividend Income 08

OMB No. 1545-0074

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number

**Part I Interest Income**

Also complete Part III.

**If you received more than $400 in interest income, you must complete Part I and list ALL interest received. If you received interest as a nominee for another, or you received or paid accrued interest on securities transferred between interest payment dates, see page 22.**

| Interest income | | Amount |
|---|---|---|
| 1 Interest income from seller-financed mortgages. (Show name of payer.) ▶ | 1 | |
| 2 Other interest income (list name of payer) ▶ | | |
| J-METROPOLITAN LIFE | | 98. |
| J-PUGET SOUND NATIONAL BANK | | 125. |
| J-UNION BANK | | 52. |
| J-WASH TEACHERS CREDIT UNION | | 64. |
| J-FINANCIAL DAILY INCOME | | 121. |
| | 2 | |
| 3 Add the amounts on lines 1 and 2. Write the total here and on Form 1040, line 8 ▶ | 3 | 460. |

**Part II Dividend Income**

Also complete Part III.

**If you received more than $400 in gross dividends and other distributions on stock, or you are electing to exclude qualified reinvested dividends from a public utility, complete Part II. If you received dividends as a nominee for another, see page 23.**

| Dividend income | | | | Amount |
|---|---|---|---|---|
| 4 Dividend income (list name of payer - include on line 4 capital gain distributions, nontaxable distributions, etc.) ▶ | | | | |
| J-NQ-CMA MONEY FUND | | | | 2468. |
| J-Q -FINANCIAL PROGRAMS INC. | | | | 167. |
| J-NQ-FINANCIAL PROGRAMS INC. | | | | 269. |
| J-Q -MERRILL LYNCH | | | | 353. |
| J-Q -THE FRANKLIN LIFE | | | | 287. |
| J-Q -UNION BANK | | | | 288. |
| | | | 4 | |
| 5 Add the amounts on line 4. Write the total here | | | 5 | 3832. |
| 6 Capital gain distributions. Enter here and on line 15, Schedule D.* | 6 | | | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 | | | |
| 8 Exclusion of qualified reinvested dividends from a public utility. | 8 | | | |
| 9 Add the amounts on lines 6, 7, and 8. Write the total here | | | 9 | |
| 10 Subtract line 9 from line 5. Write the result here and on Form 1040, line 9a ▶ | | | 10 | 3832. |

*If you received capital gain distributions for the year and you do not need Schedule D to report any other gains or losses, do not file that schedule. Instead, enter 40% of your capital gain distributions on Form 1040, line 14.

**Part III Foreign Accounts and Foreign Trusts**

**If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.**

| | Yes | No |
|---|---|---|
| 11 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | X |
| If "Yes," write the name of the foreign country ▶ | | |
| 12 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1985

04-02-2600 7657 8X1270C 4126

**SCHEDULE D (Form 1040)**
Department of the Treasury Internal Revenue Service

# Capital Gains and Losses and Reconciliation of Forms 1099-B

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074
**1985**
12

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number

## Part I Summary of Forms 1099-B for Sales of Stocks, Bonds, Etc.

1a Report here and on line 37, Part VII, page 2, total sales of stocks, bonds, etc., reported for 1985 by your broker to you on Form(s) 1099-B or an equivalent substitute statement(s), such as a broker's confirmation statement ..... 1a 65688.

Note: Also complete Part VII if you received one or more Form(s) 1099-B or equivalent statement(s) for 1985, for bartering income.

## Part II Short-term Capital Gains and Losses – Assets Held Six Months or Less (one year or less if acquired before 6/23/84)

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired / (c) Date sold Mo. | Day | Yr. | (d) Gross sales price | (e) Cost or other basis (see instructions) | (f) LOSS If column (e) is more than (d) subtract (d) from (e) | (g) GAIN If column (d) is more than (e) subtract (e) from (d) |
|---|---|---|---|---|---|---|---|
| 1b FINANCIAL DYNAMICS | 05<br>10 | 16<br>07 | 85<br>85 | 30000. | 30699. | -699. | |

| Line | Description | Ref | (f) | (g) |
|---|---|---|---|---|
| 2 | Short-term gain from sale or exchange of a principal residence from Form 2119, lines 6 or 12 | 2 | | |
| 3 | Short-term gain from installment sales from Form 6252, lines 22 or 30 | 3 | | |
| 4 | Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 4 | | |
| 5 | Add lines 1b through 4 in columns (f) and (g) | 5 | ( 699. ) | |
| 6 | Combine columns (f) and (g) of line 5 and enter the net gain or (loss) | 6 | | -699. |
| 7 | Short-term capital loss carryover from years beginning after 1969 | 7 | | ( ) |
| 8 | Net short-term gain or (loss), combine lines 6 and 7 | 8 | | -699. |

## Part III Long-term Capital Gains and Losses – Assets Held More Than Six Months (more than one year if acquired before 6/23/84)

| (a) Description of property | (b) Date acquired / (c) Date sold Mo. | Day | Yr. | (d) Gross sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|---|
| 9 FINANCIAL DYNAMICS | 10<br>04 | 19<br>30 | 84<br>85 | 35688. | 34168. | | 1520. |

| Line | Description | Ref | (f) | (g) |
|---|---|---|---|---|
| 10 | Long-term gain from sale or exchange of a principal residence from Form 2119, lines 6, 8, or 12 | 10 | | |
| 11 | Long-term gain from installment sales from Form 6252, lines 22 or 30 | 11 | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 12 | | |
| 13 | Add lines 9 through 12 in columns (f) and (g) | 13 | ( ) | 1520. |
| 14 | Combine columns (f) and (g) of line 13 and enter the net gain or (loss) | 14 | | 1520. |
| 15 | Capital gain distributions | 15 | | |
| 16 | Enter gain from Form 4797, lines 6 or 8b | 16 | | |
| 17 | Combine lines 14 through 16 | 17 | | 1520. |
| 18 | Long-term capital loss carryover from years beginning after 1969 | 18 | | ( ) |
| 19 | Net long-term gain or (loss), combine lines 17 and 18 | 19 | | 1520. |

Note: Complete page 2 of this form. However, if you have capital loss carryovers from years beginning before 1970, do not complete Parts IV or V. See Form 4798 instead.

For Paperwork Reduction Act Notice, see Form 1040 instructions.



20501 -16-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

**Exh 1, Page 6**

J04-02-2600 7657 8X127OC 4127

Schedule D (Form 1040) 1985 12 OMB No. 1545-0074 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on Page 1) | Your social security number

## Part IV Summary of Parts II and III

| | | | |
|---|---|---|---|
| 20 Combine lines 8 and 19, and enter the net gain or (loss) here | | 20 | 821. |
| Note: If line 20 is a loss, skip lines 21 through 23 and complete lines 24 and 25. If line 20 is a gain, complete lines 21 through 23 and skip lines 24 and 25. | | | |
| 21 If line 20 shows a gain, enter the smaller of line 19 or line 20. Enter zero if there is a loss or no entry on line 19 | 21 821. | | |
| 22 Enter 60% of line 21 | | 22 | 493. |
| If line 22 is more than zero, you may be liable for the alternative minimum tax. See Form 6251. | | | |
| 23 Subtract line 22 from line 20. Enter here and on Form 1040, line 13 | | 23 | 328. |
| 24 If line 20 shows a loss, enter one of the following amounts: a If line 8 is zero or a net gain, enter 50% of line 20; b If line 19 is zero or a net gain, enter line 20; or c If line 8 and line 19 are net losses, enter amount on line 8 added to 50% of the amount on line 19 | | 24 | |
| 25 Enter here and as a loss on Form 1040, line 13, the smallest of: a The amount on line 24; b $3,000 ($1,500 if married and filing a separate return); or c Taxable income, as adjusted | | 25 | |

## Part V Computation of Post-1969 Capital Loss Carryovers from 1985 to 1986

(Complete this part if the loss on line 24 is more than the loss on line 25)

| | | |
|---|---|---|
| 26 Enter loss shown on line 8; if none, enter zero and skip lines 27 through 30, then go to line 31 | 26 | |
| 27 Enter gain shown on line 19. If that line is blank or shows a loss, enter zero | 27 | |
| 28 Subtract line 27 from line 26 | 28 | |
| 29 Enter smaller of line 25 or line 28 | 29 | |
| 30 Subtract line 29 from line 28. This is your short-term capital loss carryover from 1985 to 1986 | 30 | |
| 31 Subtract line 29 from line 25. (Note: If you skipped lines 27 through 30, enter amount from line 25) | 31 | |
| 32 Enter loss from line 19; if none, enter zero and skip lines 33 through 36 | 32 | |
| 33 Enter gain shown on line 8. If that line is blank or shows a loss, enter zero | 33 | |
| 34 Subtract line 33 from line 32 | 34 | |
| 35 Multiply amount on line 31 by 2 | 35 | |
| 36 Subtract line 35 from line 34. This is your long-term capital loss carryover from 1985 to 1986 | 36 | |

## Part VI Complete this Part Only If You Elect Out of the Installment Method and Report a Note or Other Obligation at Less Than Full Face Value

☐ Check here if you elect out of the installment method.

Enter the face amount of the note or other obligation. ▶

Enter the percentage of valuation of the note or other obligation. ▶

## Part VII Reconciliation of Forms 1099-B With Tax Return

(Complete this part if you received one or more Form(s) 1099-B or an equivalent broker's substitute statement(s) reporting sales of stock, bonds, etc., or bartering income.)

### SECTION A. – Reconciliation of Sales of Stocks, Bonds, etc.

| | | |
|---|---|---|
| 37 Total sales of stock, bonds, etc., reported for 1985 by your broker to you, on Form(s) 1099-B or an equivalent broker's substitute statement(s), such as a broker's confirmation statement. Also include on line 1a, page 1, Part I | 37 | 65688. |
| 38 Proceeds from sale or exchange of capital assets reported on Schedule D, but not included in line 37 | 38 | |
| 39 Add lines 37 and 38 | 39 | 65688. |
| 40 Part of line 37 not reported on Schedule D this year (attach explanation) | 40 | |
| 41 Subtract line 40 from line 39 | 41 | 65688. |

Note: The amount on line 41 should be the same as the total of all amounts on page 1, lines 1b and 9 of column (d).

### SECTION B. – Reconciliation of Bartering Income

Indicate below the amount of bartering income reported on each form or schedule.

| | | Amount of bartering from Form 1099-B or equivalent statement |
|---|---|---|
| 42 Form 1040, line 22 | 42 | |
| 43 Schedule C (Form 1040) | 43 | |
| 44 Schedule D (Form 1040) | 44 | |
| 45 Schedule E (Form 1040) | 45 | |
| 46 Schedule F (Form 1040) | 46 | |
| 47 Other (identify) (if not taxable, indicate reason – attach additional sheets if necessary) ▶ | 47 | |
| 48 Total (add lines 42 through 47) | 48 | |

Note: The amount on line 48 should be the same as the total bartering on all Forms 1099-B or equivalent statements received.

5-20502 0-25-85

04-02 16 53 7657 8X127OC 063062061 41 BUSH 04-02-2600

**Exh 1, Page 7**

04-02-2600 7657 8X1270C 4128

SCHEDULE E (Form 1040)
Department of the Treasury
Internal Revenue Service

# Supplemental Income Schedule

(From rents and royalties, partnerships, estates and trusts, etc.)
▶ Attach to Form 1040. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**1985**
13

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number

## Part I Rental and Royalty Income or Loss

1 In the space provided below, show the kind and location of each rental property.

2 For each property listed, did you or a member of your family use for personal purposes any of the properties for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | | YES | NO |
|---|---|---|---|
| Property A | SEE ATTACHED SCHEDULES ▶ | | |
| Property B | ▶ | | |
| Property C | ▶ | | |

| Rental and Royalty Income | | A | B | C | | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| 3 a Rents received | | | RENT AND/OR | ROYALTIES | 3 | |
| b Royalties received | | | SEE | SCHEDULE 2 | | 1538. |
| **Rental and Royalty Expenses** | | | | | | |
| 4 Advertising | 4 | | | | | |
| 5 Auto and travel | 5 | | | | | |
| 6 Cleaning and maintenance | 6 | | | | | |
| 7 Commissions | 7 | | | | | |
| 8 Insurance | 8 | | | | | |
| 9 Legal and other professional fees | 9 | | | | | |
| 10 Mortgage interest paid to financial institutions | 10 | | | | 10 | |
| 11 Other interest | 11 | | | | | |
| 12 Repairs | 12 | | | | | |
| 13 Supplies | 13 | | | | | |
| 14 Taxes (Do not include Windfall Profit Tax here. See Part III, line 34.) | 14 | | | | | |
| 15 Utilities | 15 | | | | | |
| 16 Wages and salaries | 16 | | | | | |
| 17 Other (list) ▶ | | | | | | |
| 18 Total expenses other than depreciation and depletion. Add lines 4 through 17 | 18 | | SEE | SCHEDULE 2 | 18 | 533. |
| 19 Depreciation expense or depletion | 19 | | SEE | SCHEDULE 2 | 19 | 644. |
| 20 Total. Add lines 18 and 19 | 20 | | | | | |
| 21 Income or (loss) from rental or royalty properties. Subtract line 20 from line 3a (rents) or 3b (royalties) | 21 | | | | | |

| | | |
|---|---|---|
| 22 Add properties with profits on line 21, and write the total profits here SEE SCHEDULE 2 | 22 | 361. |
| 23 Add properties with losses on line 21, and write the total (losses) here | 23 | ( ) |
| 24 Combine amounts on lines 22 and 23, and write the net profit or (loss) here | 24 | 361. |
| 25 Net farm rental profit or (loss) from Form 4835, line 35 | 25 | |
| 26 Total rental or royalty income or (loss). Combine amounts on lines 24 and 25, and write the total here. If Parts II and III on page 2 do not apply to you, write the amount from line 26 on Form 1040, line 18. Otherwise, include the amount in line 36 on page 2 of Schedule E | 26 | 361. |

04-02-2600 7657 8X1270C 4129

Schedule E (Form 1040) 1985 13 OMB No. 1545-0074 Page 2

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on Page 1) | Your social security number

**Part II** Income or Losses from Partnerships, S Corporations, Estates, or Trusts

If you report a loss below, and have amounts invested in that activity for which you are not at risk, you may have to file Form 6198.

## Partnerships and S Corporations

| (a) Name | (b) Enter appropriate code[1] | (c) Check if foreign partnership | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| SUMMER LOVERS ASSOC | P | | 11-2615060 | 27810. | |
| LONE WOLF MC QUADE ASSOC | P | | 13-3109971 | 33442. ✓ | |
| BUSH WEAVER | P | | 91-0993948 | | 210. |
| FAWCETT PLAZA ONE | P | | 91-1012413 | 2766. | |
| CINEMA 84 | P | | 11-2678807 | 21553. ✓ | |
| SEE SCHEDULE 3 | P | | 94-2919856 | 257. | |
| DOWEL TOP CORPORATION | S | | 91-1021823 | | 0. |

1 Codes: P for partnership; S for S corporation

| | | | |
|---|---|---|---|
| 27 Add amounts in columns (e) and (f) and write the total(s) here | 27 | ( 85828. ) | 210. |
| 28 Combine amounts in columns (e) and (f), line 27, and write the net income or (loss) here | 28 | | -85618. |
| 29 Deduction for section 179 property (from Form 1065, Schedule K-1 and Form 1120S, Schedule K-1). (See Instructions for limitations.) | 29 | | ( ) |
| 30 Total partnership and S Corporation income or (loss). Combine amounts on lines 28 and 29. Write the total here and include in line 36 below | 30 | | -85618. |

## Estates and Trusts

| (a) Name | (b) | (c) | (d) Employer identification number | (e) Net loss (see instructions for at-risk limitations) | (f) Net income |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 31 Add amounts in columns (e) and (f) and write the total(s) here | 31 | ( ) | |
| 32 Total estate and trust income or (loss). Combine amounts in columns (e) and (f), line 31. Write the total here and include in line 36 below | 32 | | |

**Part III** Windfall Profit Tax Summary

| | | |
|---|---|---|
| 33 Windfall profit tax credit or refund received in 1985 | 33 | |
| 34 Windfall profit tax withheld in 1985 | 34 | ( ) |
| 35 Combine amounts on lines 33 and 34. Write the total here and include in line 36 below | 35 | |

**Part IV** Summary

| | | |
|---|---|---|
| 36 TOTAL income or (loss). Combine lines 26, 30, 32, and 35. Write total here and on Form 1040, line 18 ▶ | 36 | -85257. |
| 37 Farmers and fishermen: Write your share of GROSS FARMING AND FISHING INCOME applicable to Parts I and II | 37 | |

5-21602 10-15-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

04-02-2600 7657 8X1270C 4132

**Schedule G (Form 1040)**
Department of the Treasury Internal Revenue Service

# Income Averaging

▶ See Instructions. ▶ Attach to Form 1040.

OMB No. 1545-0074
**1985**
16

Name(s) as shown on Form 1040: LYMAN F & BEVERLY J. BUSH
Your social security number:

## Step 1 Add your income from 1982 - 1984

| | | | | |
|---|---|---|---|---|
| 1982 | 1 | Fill in the amount from your 1982 Form 1040 (line 37), Form 1040A (line 16), or Form 1040EZ (line 7). If less than zero, enter zero | 1 | 20011. |
| 1983 | 2 | Fill in the amount from your 1983 Form 1040 (line 37), Form 1040A (line 19), or Form 1040EZ (line 7). If less than zero, enter zero | 2 | 0. |
| 1984 | 3 | Fill in the amount from your 1984 Form 1040 (line 37), Form 1040A (line 19), or Form 1040EZ (line 7). If less than zero, enter zero | 3 | 0. |
| Total | 4 | Fill in all income less deductions earned outside of the U.S. or within U.S. possessions and excluded for 1982 through 1984 (include housing exclusion) | 4 | 0. |
| | 5 | Add lines 1 through 4 | 5 | 20011. |

## Step 2 Figure your averageable income

| | | | |
|---|---|---|---|
| 6 | Divide the amount on line 5 by three (3) | 6 | 6670. |
| 7 | Multiply the amount on line 6 by 140% (1.4) | 7 | 9338. |
| 8 | Fill in your taxable income for 1985 from Form 1040, line 37 | 8 | 54000. |
| 9 | If you received a premature or excessive distribution subject to a penalty under section 72, see instructions | 9 | |
| 10 | Subtract line 9 from line 8 | 10 | 54000. |
| 11 | If you live in a community property state and are filing a separate return, see instructions | 11 | |
| 12 | Subtract line 11 from line 10. If less than zero, enter zero | 12 | 54000. |
| 13 | Write in the amount from line 7 above | 13 | 9338. |
| 14 | Subtract line 13 from line 12. This is your averageable income. If this line is $3,000 or less, do not complete the rest of this form | 14 | 44662. |

## Step 3 Figure your tax

| | | | | | |
|---|---|---|---|---|---|
| 15 | Multiply the amount on line 14 by 25% (.25) | | | 15 | 11166. |
| 16 | Write in the amount from line 7 above | | | 16 | 9338. |
| 17 | Add lines 15 and 16 | | | 17 | 20504. |
| 18 | Write in the amount from line 11 above | | | 18 | |
| 19 | Add lines 17 and 18 | | | 19 | 20504. |
| 20 | Tax on amount on line 19 (from Tax Rate Schedule X, Y, or Z) | | | 20 | 2505. |
| 21 | Tax on amount on line 17 (from Tax Rate Schedule X, Y, or Z) | 21 | 2505. | | |
| 22 | Tax on amount on line 16 (from Tax Rate Schedule X, Y, or Z) | 22 | 703. | | |
| 23 | Subtract line 22 from line 21 | 23 | 1802. | | |
| 24 | Multiply the amount on line 23 by 3 | | | 24 | 5406. |
| | If you have no entry on line 9, skip lines 25 through 27 and go to line 28. | | | | |
| 25 | Tax on amount on line 8 (from Tax Rate Schedule X, Y, or Z) | 25 | | | |
| 26 | Tax on amount on line 10 (from Tax Rate Schedule X, Y, or Z) | 26 | | | |
| 27 | Subtract line 26 from line 25 | | | 27 | |
| 28 | Add lines 20, 24, and 27. Write the result here. If it is less than the tax figured from the tax rate schedules or tax table, also write the result on Form 1040, line 38, and check the Schedule G box | | | 28 | 7911. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.
Schedule G (Form 1040) 1985

5-72501 10-16-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

04-02-2600 7657 8X1270C 4133

Schedule W (Form 1040)
Department of the Treasury Internal Revenue Service

# Deduction for a Married Couple When Both Work

▶ For Paperwork Reduction Act Notice, see Form 1040 Instructions.
▶ Attach to Form 1040.

OMB No. 1545-0074
1985
20

Names as shown on Form 1040: LYMAN F & BEVERLY J. BUSH

Your social security number

## Step 1 Figure your earned income

| | | (a) You | | (b) Your spouse |
|---|---|---|---|---|
| 1 Wages, salaries, tips, etc., from Form 1040, line 7. (Do not include nondisability pensions or annuities.) | 1 | 147897. | 1 | 10217. |
| 2 Net profit or (loss) from self-employment (from Schedules C and F (Form 1040), Schedule K-1 (Form 1065), and any other earned income) | 2 | | 2 | |
| 3 Add lines 1 and 2. This is your total earned income | 3 | 147897. | 3 | 10217. |

## Step 2 Figure your qualified earned income

| | | | | |
|---|---|---|---|---|
| 4 Adjustments from Form 1040, lines 25, 26, 27, and any repayment of sub-pay included on line 31. | 4 | 2000. | 4 | 2000. |
| 5 Subtract line 4 from line 3. This is your qualified earned income. If the amount in column (a) or (b) is zero (-0-) or less, stop here. You may not take this deduction. | 5 | 145897. | 5 | 8217. |

## Step 3 Figure your deduction

| | | |
|---|---|---|
| 6 Compare the amounts in columns (a) and (b) of line 5 above. Write the smaller amount here. (Write either amount if 5(a) and 5(b) are the same.) Do not write more than $30,000 | 6 | 8217. |
| 7 Percentage used to figure the deduction (10%) | 7 | x .10 |
| 8 Multiply the amount on line 6 by the percentage on line 7. This is the amount of your deduction. Write the answer here and on Form 1040, line 30 ▶ | 8 | 822. |

Schedule W (Form 1040) 1985

5-24701 0-18-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600