04-02-2600 7657 8X127OC 4134

Form 2106
Department of the Treasury
Internal Revenue Service

# Employee Business Expenses

▶ Attach to Form 1040.

OMB No. 1545-0139
1985
54

| Your name | Social security number | Occupation in which expenses were incurred |
|---|---|---|
| LYMAN F BUSH | | ENGINEER |

## Part I Employee Business Expenses Deductible in Figuring Adjusted Gross Income SEE SCHEDULE A

| | | | |
|---|---|---|---|
| 1 | Vehicle expenses from Part II, lines 15 or 22 | 1 | 2584. |
| 2 | Parking fees, tolls, and certain other expenses (see instructions) | 2 | |
| 3 | Local transportation including train, cabs, bus, airplane, etc. | 3 | |
| 4 | Travel expenses while away from home overnight including meals, lodging, airplane, car rental, taxi, etc. | 4 | |
| 5 | **Employees who are not outside salespersons:** Enter your expenses, not included on lines 1 through 4, for entertainment, gifts, and other business expenses, up to the amount you were reimbursed by your employer. Use Schedule A (Form 1040) for these expenses that were more than your reimbursement DEPRECIATION 4562- 1 | 5 | 194. |
| 6 | **Outside salesperson's expenses:** Enter your total expenses for entertainment, gifts, and other business expenses not included on lines 1 through 4 | 6 | |
| 7 | Add lines 1 through 6 | 7 | 2778. |
| 8 | Enter reimbursements from employer on this line if the reimbursements were not included on Form W-2 | 8 | 3350. |
| 9 | If line 7 is more than line 8, enter difference here and on Form 1040, line 25 | 9 | |
| 10 | If line 8 is more than line 7, enter difference here and include it on Form 1040, line 7 | 10 | 572. |

## Part II Vehicle Expenses (Use either your actual expenses or the standard mileage rate.)

### Section A. – General Information

| | | | Vehicle 1 | Vehicle |
|---|---|---|---|---|
| 1 | Enter the date vehicle was placed in service | 1 | | |
| 2 | Total mileage vehicle used during 1985 | 2 | 14636 | |
| 3 | Miles included on line 2 that vehicle was used for business | 3 | 12304 | |
| 4 | Percent of business use (divide line 3 by line 2) | 4 | 84.07% | % |
| 5 | Average daily round trip commuting distance | 5 | | |
| 6 | Miles included on line 2 that vehicle was used for commuting | 6 | 2332 | |
| 7 | Other personal mileage (subtract line 6 plus line 3 from line 2) | 7 | | |

8 Do you (or your spouse) have another vehicle available for personal purposes? [X] Yes [ ] No

9 If your employer provided you with a vehicle, is personal use during off duty hours permitted? [ ] Yes [ ] No [X] Not applicable

10 Do you have evidence to support your deduction? [X] Yes [ ] No. If yes, is the evidence written? [X] Yes [ ] No

### Section B. – Standard Mileage Rate (Do not use this section unless you own the vehicle)

| | | | |
|---|---|---|---|
| 11 | Enter the smaller of Part II, line 3 or 15,000 miles | 11 | 12304 |
| 12 | Subtract line 11 from Part II, line 3 | 12 | |
| 13 | Multiply line 11 by 21¢ (.21) (see instructions for a fully depreciated vehicle) | 13 | 2584. |
| 14 | Multiply line 12 by 11¢ (.11) | 14 | |
| 15 | Add lines 13 and 14. Enter total here and on Part I, line 1 | 15 | 2584. |

### Section C. – Actual Expenses

| | | | Vehicle 1 | Vehicle |
|---|---|---|---|---|
| 16 | Gasoline, oil, repairs, vehicle insurance, etc. | 16 | | |
| 17 | Vehicle rentals | 17 | | |
| 18 | Value of employer-provided vehicle (applies only if included on Form W-2 at 100% fair rental value, see instructions) | 18 | | |
| 19 | Add lines 16 through 18 | 19 | | |
| 20 | Multiply line 19 by the percentage on Part II, line 4 | 20 | | |
| 21 | Depreciation from Section D, column (f) (see instructions) | 21 | | |
| 22 | Add lines 20 and 21. Enter total here and on Part I, line 1 | 22 | | |

### Section D. – Depreciation of Vehicles (Depreciation can only be claimed for a vehicle you own. If a vehicle is used 50 percent or less in a trade or business, the Section 179 deduction is not allowed and depreciation must be taken using the straight line method. For other limitations, see instructions.)

| | Cost or other basis (a) | Basis for depreciation (Business use only) (b) | Method of figuring depreciation (c) | Depreciation Deduction (d) | Section 179 expense (e) | Total column (d) + column (e) (f) |
|---|---|---|---|---|---|---|
| Vehicle 1 | | | | | | |
| Vehicle | | | | | | |

For Paperwork Reduction Act Notice, see Instructions.



5-12001
10-18-85

04-02 16 53 7657 8X127OC 063062061 41 BUSH 04-02-2600

04-02-2600 7657 8X127OC 4135

2106
OTHER-1

Depreciation and Amortization detail

| A. Type of property | B. Date placed in service | C. Cost or other basis | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|
| COMPUTER | 83 | 923. | 341. | PRE | .2100 | 6 | 194. |

04-02-2600 7657 8X1270C 4136

Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

2106 OTHER-1

OMB No. 1545-0172

**1985** 67

Name(s) as shown on return: LYMAN F BUSH

Identifying number:

Business or activity to which this form relates: OTHER-FORM 2106 -1

**Part I Depreciation** Use Part III, Specific Information Concerning Automobiles and other Listed Property, for certain transportation equipment (e.g. autos), amusement/recreation property, and computer/peripheral equipment.

## Section A. – Election to Expense Recovery Property (Section 179)

| | (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|---|
| 1 | | | |
| | | | |
| | | | |
| | | | |
| 2 | Listed property - Enter total from Part III, Section A, column (h) | | |
| 3 | Total (not more than $5000) (Partnerships or S corporations - enter this amount on Schedule K of Forms 1065 and 1120S) | | |

## Section B. – Depreciation of Recovery Property

| (a) Class of property | (b) Date placed in service | (c) Cost or other basis | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 4 Accelerated Cost Recovery System (ACRS): For assets other than automobiles and other listed property placed in service ONLY during taxable year beginning in 1985 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 10-year property | | | | | |
| d 15-year public utility property | | | | | |
| e 15-year real property - low-income housing | | | | | |
| f 15-year real property | | | | | |
| g 18-year real property | | | | | |
| h (See "Items You Should Note") | | | | | |
| 5 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 6 ACRS deduction for assets other than automobiles and other listed property placed in service prior to 1985 | | | | | 194. |

## Section C. – Depreciation of Nonrecovery Property

| | | |
|---|---|---|
| 7 | Property subject to section 168(e)(2) election | |
| 8 | Other depreciation | |

## Section D. – Summary

| | | |
|---|---|---|
| 9 | Total (Add deductions on lines 3 through 8). Enter here and on the Depreciation line of your return | 194. |

**Part II Amortization of Property** Total. Enter here and on Other Deductions or Expenses line of your return

**Depreciation and Amortization Detail**

| (a) Type of property | (b) Date placed in service | (c) Cost or other basis | Prior depreciation | (d) Method of figuring depreciation | (e) Life or rate | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

See Paperwork Reduction Act Notice on page 1 of separate instructions.

Form **4562** (1985)

16221 0-28-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

**Exh 1, Page 14**

04-02-2600 7657 8X1270C 4137

2106
OTHER-1

FORM 4562 (1985) Page 2 OMB No. 1545-0172

**Part III** **Specific Information Concerning Automobiles and Other Listed Property**

For property used 50% or less in a trade or business, the section 179 expense deduction is not allowed. For listed property used 50% or less in a trade or business, depreciation MUST be computed under the straight-line method.

**Section A. – Depreciation of Automobiles and Other Listed Property**

| Item No. | (a) Description (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Recovery period | (f) Method of figuring depreciation | (g) Deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Total (Enter here and on line 2, page 1) ..........

Total (Enter here and on line 5, page 1) ..........

**Section B. – Questions Regarding Use of Automobiles and Other Listed Property**

| | Yes | No |
|---|---|---|
| To Be Completed by All Filers: | | |
| 1 Do you have evidence, for all the listed property above, to support the business use percentage claimed? .......... | | |
| 2 Is the evidence written? .......... | | |
| To Be Completed by Employers Who Provide Vehicles for Use by Employees: | | |
| 3 Do you maintain a written policy statement, meeting the conditions described in the instructions, that prohibits all personal use of vehicles, including commuting, by your employees? .......... If "Yes," do not complete items 6 through 12 for any of the vehicles furnished to employees that are covered by the written policy statement. | | |
| 4 Do you maintain a written policy statement, meeting the conditions described in the instructions, that prohibits personal use of vehicles, except commuting, by your employees? .......... If "Yes," you must complete items 6 through 12: (a) only for those vehicles furnished to "disqualified persons" even if they are covered by the statement; and (b) for all vehicles not covered by the statement. | | |
| 5 Do you provide more than five vehicles to your employees, or treat all use of vehicles by employees as personal use? .......... If "Yes," you do not have to answer questions 6 through 12: (a) for vehicles furnished to other than disqualified persons, or (b) if you treat all use of vehicles by employees as personal use. You must retain the information received from your employees regarding the use of the vehicles. | | |

**Section C. – Information Regarding Use of Automobiles**

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | | Vehicle ( ) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 Total miles driven during the year .......... | | | | | | | | | | | | |
| 7 Total business miles driven during the year .......... | | | | | | | | | | | | |
| 8 Total commuting miles driven during the year .......... | | | | | | | | | | | | |
| 9 Total other personal (non commuting) miles driven .. | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 10 Was the vehicle available for personal use during off-duty hours? .......... | | | | | | | | | | | | |
| 11 Is another vehicle available for personal use? (see instructions) .......... | | | | | | | | | | | | |
| 12 Was the vehicle used primarily by a disqualified person? .......... | | | | | | | | | | | | |

5-16222
01-16-86

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

**Exh 1, Page 15**

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

▶ Attach this form to your return.

E-1

OMB No. 1545-0172

**1985**
67

Name(s) as shown on return: LYMAN F BUSH & BEVERLY J. BUSH

Identifying number:

Business or activity to which this form relates: RENT AND ROYALTY SCH E-1

**Part I** Depreciation — Use Part III, Specific Information Concerning Automobiles and other Listed Property, for certain transportation equipment (e.g. autos), amusement/recreation property, and computer/peripheral equipment.

## Section A. – Election to Expense Recovery Property (Section 179)

| | (a) Class of property | (b) Cost | (c) Expense deduction |
|---|---|---|---|
| 1 | | | |
| | | | |
| | | | |
| | | | |
| 2 | Listed property - Enter total from Part III, Section A, column (h) | | |
| 3 | Total (not more than $5000) (Partnerships or S corporations - enter this amount on Schedule K of Forms 1065 and 1120S) | | |

## Section B. – Depreciation of Recovery Property

| (a) Class of property | (b) Date placed in service | (c) Cost or other basis | (d) Recovery period | (e) Method of figuring depreciation | (f) Deduction |
|---|---|---|---|---|---|
| 4 Accelerated Cost Recovery System (ACRS): For assets other than automobiles and other listed property placed in service ONLY during taxable year beginning in 1985 | | | | | |
| a 3-year property | | | | | |
| b 5-year property | | | | | |
| c 10-year property | | | | | |
| d 15-year public utility property | | | | | |
| e 15-year real property - low-income housing | | | | | |
| f 15-year real property | | | | | |
| g 18-year real property | | | | | |
| h (See "Items You Should Note") | | | | | |
| 5 Listed property - Enter total from Part III, Section A, column (g) | | | | | |
| 6 ACRS deduction for assets other than automobiles and other listed property placed in service prior to 1985 | | | | | 644. |

## Section C. – Depreciation of Nonrecovery Property

| | | |
|---|---|---|
| 7 | Property subject to section 168(e)(2) election | |
| 8 | Other depreciation | |

## Section D. – Summary

| | | |
|---|---|---|
| 9 | Total (Add deductions on lines 3 through 8). Enter here and on the Depreciation line of your return | 644. |

**Part II** Amortization of Property — Total. Enter here and on Other Deductions or Expenses line of your return

**Depreciation and Amortization Detail**

| (a) Type of property | (b) Date placed in service | (c) Cost or other basis | Prior depreciation | (d) Method of figuring depreciation | (e) Life or rate | Line No. | (f) Deduction for this year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**See Paperwork Reduction Act Notice on page 1 of separate instructions.**

Form **4562** (1985)

5-16221
10-28-85

**Part III** **Specific Information Concerning Automobiles and Other Listed Property**

For property used 50% or less in a trade or business, the section 179 expense deduction is not allowed. For listed property used 50% or less in a trade or business, depreciation MUST be computed under the straight-line method.

## Section A. – Depreciation of Automobiles and Other Listed Property

| Item No. | (a) Description (list vehicles first) | (b) Date placed in service | (c) Business use percentage (%) | (d) Cost or other basis | (e) Recovery period | (f) Method of figuring depreciation | (g) Deduction | (h) Section 179 expense |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total (Enter here and on line 2, page 1) | | | | | | | | |
| Total (Enter here and on line 5, page 1) | | | | | | | | |

## Section B. – Questions Regarding Use of Automobiles and Other Listed Property

| | Yes | No |
|---|---|---|
| To Be Completed by All Filers: | | |
| 1 Do you have evidence, for all the listed property above, to support the business use percentage claimed? | | |
| 2 Is the evidence written? | | |
| To Be Completed by Employers Who Provide Vehicles for Use by Employees: | | |
| 3 Do you maintain a written policy statement, meeting the conditions described in the instructions, that prohibits all personal use of vehicles, including commuting, by your employees? If "Yes," do not complete items 6 through 12 for any of the vehicles furnished to employees that are covered by the written policy statement. | | |
| 4 Do you maintain a written policy statement, meeting the conditions described in the instructions, that prohibits personal use of vehicles, except commuting, by your employees? If "Yes," you must complete items 6 through 12: (a) only for those vehicles furnished to "disqualified persons" even if they are covered by the statement; and (b) for all vehicles not covered by the statement. | | |
| 5 Do you provide more than five vehicles to your employees, or treat all use of vehicles by employees as personal use? If "Yes," you do not have to answer questions 6 through 12: (a) for vehicles furnished to other than disqualified persons, or (b) if you treat all use of vehicles by employees as personal use. You must retain the information received from your employees regarding the use of the vehicles. | | |

## Section C. – Information Regarding Use of Automobiles

Enter Item No. from Section A above in parentheses for each vehicle.

| | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) | Vehicle ( ) |
|---|---|---|---|---|---|---|
| 6 Total miles driven during the year | | | | | | |
| 7 Total business miles driven during the year | | | | | | |
| 8 Total commuting miles driven during the year | | | | | | |
| 9 Total other personal (non commuting) miles driven | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 11 Is another vehicle available for personal use? (see instructions) | | | | | | | | | | | | |
| 12 Was the vehicle used primarily by a disqualified person? | | | | | | | | | | | | |

-16222 11-15-85

04-02-2600 7657 8X1270C 4140

Form **6765**

Department of the Treasury
Internal Revenue Service

# Credit for Increasing Research Activities

(or for claiming the orphan drug credit)

▶ Attach to your tax return

OMB No. 1545-0619

**1985**

81

Name(s) as shown on return: LYMAN F & BEVERLY J. BUSH

Identifying number

## Part I Orphan Drug Credit

| | | | |
|---|---|---|---|
| 1 | Qualified clinical testing expenses (do not include any amounts claimed as current year research expenses in 14(a) below) | 1 | |
| 2 | Enter 50% of line 1 | 2 | |
| 3 | Flow-through orphan drug credit(s) from a partnership, S corporation, estate or trust | 3 | |
| 4 | Total - Add lines 2 and 3 | 4 | |

## Part II Tax Liability Limitation - For Figuring Orphan Drug and Research Credits

| | | | |
|---|---|---|---|
| 5 | a Individuals - From Form 1040, enter amount from line 46<br>b Corporations (1120 filers) - From Form 1120, Schedule J, enter tax from line 3<br>c Other filers - Enter tax before credits from return | 5 | 7911. |
| 6 | a Individuals - From Form 1040, enter any foreign tax credit from line 47<br>b Corporations (1120 filers) - From Form 1120, Schedule J, enter any credits from lines 4(a) and 4(b)<br>c Other filers - Enter any personal credits, foreign tax credit, and possessions tax credit | 6 | |
| 7 | Income tax liability as adjusted (subtract line 6 from line 5) | 7 | 7911. |

## Part III Allowed Orphan Drug Credit

| | | | |
|---|---|---|---|
| 8 | Orphan drug credit - Enter here and on the appropriate line of your return the smaller of line 4 or line 7 | 8 | |

## Part IV Research Credit

(FY 1985-86 filers, see note at beginning of instructions)

| | | | (a) Current tax year | (b) Base period |
|---|---|---|---|---|
| 9 | Wages for qualified services (do not include wages used in figuring the jobs credit) | 9 | | |
| 10 | Cost of supplies used in conducting qualified research | 10 | | |
| 11 | Rental or lease costs of personal property used in conducting qualified research | 11 | | |
| 12 | 65% of contract expenses for qualified research (but see line 13 below) | 12 | | |
| 13 | Corporations - 65% of amounts paid to qualified organizations for basic research | 13 | | |
| 14 | Total qualified research expenses (add lines 9 through 13 in columns (a) and (b)) | 14 | | |

| | | | |
|---|---|---|---|
| 15 | Subtract line 14 column (b) from line 14 column (a) | 15 | |
| 16 | Limitation - Enter 50% of line 14 column (a) | 16 | |
| 17 | Enter the smaller of line 15 or line 16 | 17 | |
| 18 | Tentative credit - Enter 25% of line 17 | 18 | |
| 19 | Carryback and carryover of unused credit(s) | 19 | 7328. |
| 20 | Add lines 18 and 19 | 20 | 7328. |
| 21 | Flow-through research credit(s) from a partnership, S corporation, estate or trust (including any related carryback or carryover of unused research credit(s)) | 21 | |
| 22 | Total allowable research credit - Add lines 20 and 21 | 22 | 7328. |
| 23 | Income tax liability as adjusted for the research credit (From line 7 above, subtract any orphan drug credit shown on line 8 and any nonconventional source fuel credit shown on your return) | 23 | 7911. |

## Part V Allowed Research Credit

| | | | |
|---|---|---|---|
| 24 | Corporations (1120 filers) - Enter here and on the appropriate line of your return the smaller of line 22 or line 23 | 24 | |
| 25 | Individuals, estates and trusts - Enter here and on the appropriate line of your return the smaller of line 22 or the amount from the formula in the instructions for line 25 (but do not enter more than line 23) | 25 | |

### Fiscal-Year Filers

The Parts IV and V research credit may be claimed only for incremental research expenses paid or incurred before January 1, 1986.

At the time we printed this form, it was uncertain whether Congress would extend this deadline. We will use news media and other means available to provide you with information and instructions on any change.

For Paperwork Reduction Act Notice, see Instructions.

Form **6765** (1985)

5-19681
11-20-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

FORM 1040 SCHEDULE OF WAGES RECEIVED AND TAXES PAID SCHEDULE 1

| EMPLOYER'S NAME | AMOUNT PAID | FED TAX WITHHELD | STATE TAX WITHHELD | CITY TAX WITHHELD | FICA TAX | UNCOLL FICA | ADV. EARNED INC. CR |
|---|---|---|---|---|---|---|---|
| CHALKER ENGINEERS, INC | 147325. | 26400. | | | 2792. | | |
| BETHEL SCHOOL DISTRICT NO 463 | 10217. | 53. | | | 1009. | | |
| EXCESS EMP. BUS. REIM | 572. | | | | | | |
| TOTAL | 158114. | 26453. | | | 3801. | | |

SUMMARY OF RENT AND ROYALTY INCOME SCHEDULES SCHEDULE 2

| STMT. NO. | TOTAL RENTS | TOTAL ROYALTIES | DEPREC. DEPL. | OTHER EXPENSES | NET LOSS | NET INCOME |
|---|---|---|---|---|---|---|
| 1 | 1538. | | 644. | 533. | | 361. |
| TOTALS | 1538. | | 644. | 533. | | 361. |

SCHEDULE E PART 2 PARTNERSHIP INTEREST, W.F.P.T. AND DEPL. EXPENSE SCHEDULE 3

MONTGOMERY REALTY 94-2919856

| | |
|---|---|
| GROSS INCOME OR LOSS | 83. |
| INTEREST EXPENSE POST 9/10/75 | -340. |
| PARTNERSHIP INCOME/LOSS TO SCHEDULE E, LINE 27 | -257. |

SCHEDULE A CASH CONTRIBUTIONS LESS THAN $3000 TO ANY ONE ORGANIZATION SCHEDULE 4

| DESCRIPTION | AMOUNT 50 PER CENT LIMIT | AMOUNT 30 PER CENT LIMIT | AMOUNT 20 PER CENT LIMIT |
|---|---|---|---|
| UNITED WAY | 600. | | |
| MISC. | 340. | | |
| SUB-TOTAL | 940. | | |
| TOTAL TO SCHEDULE A, LINE 15A | | 940. | |

SCHEDULE A SCHEDULE OF NON-CASH CONTRIBUTIONS SCHEDULE 5

| | |
|---|---|
| MISC | 486. |
| TOTAL TO SCHEDULE A, LINE 16 | 486. |

SCHEDULE A — INTEREST EXPENSE — SCHEDULE 6

| | |
|---|---|
| CHALKER ENGRS STOCK PURCHASE | 653. |
| PSNB-LONE WOLF | 1054. |
| NUTMEG FIN. SERV. | 527. |
| MARINE MIDLAND | 3314. |
| WASH. SCHOOL EMPLOYEES CR. UNION | 768. |
| CITY OF OCEAN SHORES | 16. |
| TOTAL TO SCHEDULE A, LINE 13 | 6332. |

SCHEDULE A — MISCELLANEOUS DEDUCTIONS — SCHEDULE 7

| | |
|---|---|
| SAFE DEPOSIT BOX | 20. |
| MISC. SCHOOL SUPPLIES | 1. |
| INVESTMENT EXPENSE | 3867. |
| CONSUMER FINANCIAL INSTITUTE | 170. |
| IRS PETITION | 60. |
| COURSE | 45. |
| TOTAL TO SCHEDULE A, LINE 22 | 4163. |

MEDICAL EXPENSES

| TO WHOM PAID | DOCTORS | HOSPITALS |
| --- | --- | --- |
| DOCTORS | 424. | |
| HOSPITALS | | 2. |
| SUB-TOTAL | 424. | 2. |

TOTAL TO SCHEDULE A, LINE 2A 426.

04-02-2600 7657 8X1270C 4130

1985

# STATEMENT OF RENT OR ROYALTY INCOME

NO. 1

NAME AS SHOWN ON RETURN: LYMAN F & BEVERLY J. BUSH

I.D. NUMBER: 503 30 3721

DESCRIPTION OF PROPERTY: 5026 SO PUGET SOUND

| | YES | NO |
|---|---|---|
| Did you or a member of your family use for personal purposes this property for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? | | X |

| | | | |
|---|---|---|---|
| GROSS RENT OR ROYALTY INCOME | | | 1538. |
| EXPENSES: | | | |
| REPAIRS & MAINT | | 338. | |
| TAXES | | 646. | |
| INSURANCE | | 156. | |
| AGENCY | | 462. | |
| SUBTOTAL | 1602. | | |
| LESS 66.70 PCT EXCLUDED (OTHER THAN INV. INT.) | | -1069. | |
| DEPRECIATION - SEE FORM 4562 E- 1 | | 644. | |
| TOTAL EXPENSES | | | 1177. |
| NET RENT OR ROYALTY INCOME OR LOSS | | | 361. |

·26021
0-16-85

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600

E-1

Depreciation and Amortization detail

| A. Type of property | B. Date placed in service | C. Cost or other basis | D. Prior depreciation | E. Method of figuring depreciation | F. Life or rate | Line No. | G. Deduction for this year |
|---|---|---|---|---|---|---|---|
| RENTAL HOUSE | 10- 80 | 27650. | 8849. | PRE | .0700 | 6 | 1936. |
| LESS EXCLUSION | | -18443. | | | | | -1292. |

04-02-2600 7657 8X1270C 4141

Form **8271** (November 1984)
Department of the Treasury
Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

▶ If you received this form from a partnership, S corporation, or trust, see the instructions.

OMB No. 1545-0881
Expires 9-30-87

| Investor's name(s) as shown on return | Investor's taxpayer ident. no. | Investor's tax year ending |
|---|---|---|
| LYMAN BUSH | | 12-31-85 |

**Part I** Tax Shelter Information

| | a. Tax Shelter Name | b. Tax Shelter Registration Number | c. Tax Shelter Taxpayer Identification Number | d. Type of Tax Shelter |
|---|---|---|---|---|
| 1 | CINEMA 84 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**Part II** Tax Shelter Benefits Claimed or Reported By Investor on This Return

| | a. Gross Income, Gross Profits, and Gains | b. Deductions and Losses | c. Credits | d. Forms and Schedules Where Benefits Are Claimed or Reported |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

For Paperwork Reduction Act Notice, see instructions.

Form 8271 (11-84)

04-02 16 53 7657 8X1270C 063062061 41 BUSH 04-02-2600