IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George M. Miller)

LYMAN F. BUSH, et al.,
Plaintiffs

v.

UNITED STATES,
Defendant

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs respectfully request a four day extension of the deadlines for filing (i) their cross-motion for summary judgment, (ii) both parties to file their responses in opposition, and (iii) both parties to file their replies to those oppositions. In support, Plaintiffs would show:

The United States has filed its motions for summary judgment and uncontroverted facts. The current deadlines are

- Monday, June 23, 2008, for the Plaintiffs to file their motion for summary judgment,
- Monday, July 14, 2008, for the parties to file their oppositions, and
- Monday, August 4, 2008, for the parties to file their replies.

The plaintiffs request that these deadlines be extended by four days as follows:

- Friday, June 27, 2008, for the Plaintiffs to file their motion for summary judgment,
- Friday, July 18, 2008, for the parties to file their oppositions, and
- Friday, August 8, 2008, for the parties to file their replies.

This request is necessary for two reasons. First, Plaintiffs' counsel pulled a muscle in his back on Monday, June 16, 2008, when he helped a relative move a sofa-bed. Unfortunately, the

resulting prescription pain reliever and muscle relaxant rendered Plaintiffs' counsel unable to effectively address the complex interrelated tax issues raised in the Plaintiffs' motion for summary judgment until Thursday, June 19, 2008. Second, on Thursday, as Plaintiffs' counsel returned to work on the Plaintiffs' motion for summary judgment, a storm came through Houston and caused a substantial portion of a tree to fall on his offices and entangle numerous power lines. The local utility provider has stated that all power to the offices of Plaintiffs' counsel will be cut off at an unspecified time for an unspecified period in order for the tree to be removed from the power lines.

Counsel for the United States was contacted and represented that the United States does not object to the granting of this motion.

WHEREFORE, the Plaintiffs respectfully move the Court to enlarge the current deadlines by four days until Friday, June 27, 2008, for the Plaintiffs to file their motion for summary judgment, Friday, July 18, 2008, for the parties to file their oppositions, and Friday, August 8, 2008, for the parties to file their replies

Respectfully submitted,

June 20, 2008
Date

s/Thomas E. Redding

THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (facsimile)
Attorney for Plaintiffs