# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed June 23, 2008 |

**ORDER**

On June 19, 2008, defendant filed a motion for leave to file exhibits in support of its cross-motion for partial summary judgment, filed June 16, 2008 (docket entry 86). Defendant stated that it was unable to electronically file the two exhibits at the time it filed the motion for summary judgment because of a formatting error. Furthermore, defendant represented that the filing will not prejudice the plaintiffs because the deadline for plaintiffs' cross-motion has not passed.

In light of the foregoing, the Court hereby **ORDERS** that defendant's motion for leave to file two exhibits is **GRANTED.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge