# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed June 23, 2008 |

**ORDER**

On June 20, 2008, plaintiffs filed an unopposed motion for enlargement of time, seeking to extend the deadlines set forth in the Court's order of April 23, 2008 (docket entry 81), as subsequently revised by orders filed on May 19, 2008 (docket entry 82), and June 16, 2008 (docket entry 85).

The Court **ORDERS** that plaintiffs' unopposed motion for enlargement of time is **GRANTED**. The briefing schedule shall be as follows:

1) Plaintiffs' motion for summary judgment, memorandum in support thereof, and proposed findings of uncontroverted fact, and all other filings required by RCFC 56(h)(1) are due to be filed by **Friday, June 27, 2008.**

2) Each party's memorandum in opposition to the other party's cross-motion for summary judgment, and its response to the other party's proposed findings of uncontroverted fact, and all other filings required by RCFC 56(h)(2), are due by **Friday, July 18, 2008.**

3) Each party's reply to the other party's opposition is due by **Friday, August 8, 2008.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge