IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George M. Miller)

---

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

---

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT IN FAVOR OF THE UNITED STATES**

---

Plaintiff Beverly J. Bush is deceased. Plaintiff Lyman F. Bush is elderly and suffering from cancer. After review of the Defendant's Proposed Findings of Uncontroverted Facts and recognizing that because tax assessments related to certain adjustments to losses related to Summer Lovers Associates were never made by the IRS, some of Plaintiffs' refund claims for years involved in this case were overstated, and considering the previous concession to the Government that the putative 1995 capital contributions were not cash and therefore did not qualify under the Closing Agreements to increase his amounts at risk, Plaintiffs recognize that the remaining justiciable refund claims in this case for 1988, 1990, 1991, 1992, 1993 and 1995 are of minimal dollar value and to not warrant further litigation and costs and delay of the appeal of this Court's rulings on Plaintiffs' 1985, 1986, and 1987 refund claims. Therefore, the Plaintiffs concede the 1988, 1990, 1991, 1992, 1993, and 1995 claims listed in their original complaint at docket no. 02-1041 and request that (i) summary judgment be entered in favor of the United States on those claims, and those claims only, based on their concessions, (ii) the United States' motion for summary judgment and proposed findings of uncontroverted fact (documents 86 and 88) be deemed moot, and (iii) that judgment be entered in

these consolidated cases based on these concessions and this Court's opinion in *Bush v. United States*, 78 Fed.Cl. 76 (2007), which addressed the 1985, 1986, and 1987 claims raised in the Plaintiffs' original complaint at docket no. 04-1598 and which the Plaintiffs will then appeal.

WHEREFORE, the Plaintiffs respectfully request that (i) summary judgment be entered in favor of the United States on the 1988, 1990, 1991, 1992, 1993, and 1995 claims listed in the original complaint at docket no. 02-1041 based on the concession of those claims, (ii) the United States' motion for summary judgment and proposed findings of uncontroverted fact (documents 86 and 88) be deemed moot, and (iii) that judgment be entered in these consolidated cases based on the Plaintiffs' concessions herein and this Court's opinion in *Bush v. United States*, 78 Fed.Cl. 76 (2007).

Respectfully submitted,

June 24, 2008
Date

s/Thomas E. Redding

THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (facsimile)
Attorney for Plaintiffs