IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1041, consolidated with,
No. 04-1598 T

(Judge George M. Miller)

LYMAN F. BUSH, et al.,

Plaintiffs

v.

UNITED STATES,

Defendant

**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT IN FAVOR OF THE UNITED STATES**

Plaintiffs have reviewed Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment in Favor of the United States (Document no. 94) and reply as follows:

In light of Plaintiffs' Response to the United States' Cross-motion for Partial Summary Judgment (Document no. 95) and the reduction of the disputed remaining issues in this case to only whether the specific language of ¶ 6 of the Closing Agreement is to be given its clear meaning that the suspended losses allowed due to the at-risk increases may be used to offset "any" income of the partner and not limited to offsetting passive income, Plaintiffs are ambivalent as to whether this Court proceed with a ruling on Defendant's cross-motion for partial summary judgment or not.

Plaintiffs' primary concern is to be able to proceed with an appeal of the *Bush* and *Shelton* cases as quickly as possible while the related cases are held in abeyance.

Plaintiffs agree that the final appellate decision in *Bush* and *Shelton* should control most, if not all, of the issues in the related cases.

Plaintiffs do not agree that if Plaintiffs' Motion for Partial Summary Judgment in Favor of

the United States (Document no. 93) were granted that there would be any substantial duplicated efforts required. The legal issues involved regarding interpretation of the Closing Agreement should be the same in any of the cases, and Plaintiffs' concessions offered in Plaintiffs' Motion for Partial Summary Judgment in Favor of the United States (Document no. 93) was with the intent of expediting the appeal process and bringing the core issue in these cases to a faster resolution.

In conclusion, Plaintiffs ask that this Court promptly issue its opinion in *Bush* and *Shelton* so these cases may move forward with the appeal. The ruling on the pending motions does not relate to and will not alter the Plaintiffs' determination to appeal this Court's prior rulings in *Bush* and *Shelton* so that the core issues in all of the related cases can be resolved.

Respectfully submitted,

July 25, 2008
Date

s/Thomas E. Redding
THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (facsimile)
Attorney for Plaintiffs



R:\DOCS\TAXCONT.T\TRRR7258.BU1.wpd