# In the United States Court of Federal Claims

| | |
|---|---|
| LYMAN F. BUSH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed August 5, 2008 |

**ORDER**

On June 16, 2008, defendant filed a motion for summary judgment (docket entry 86). On June 24, 2008, plaintiffs filed a motion for partial summary judgment in favor of the Government (docket entry 93), to which defendant responded on June 30, 2008 (docket entry 94). Plaintiffs filed their response to defendant's motion for summary judgment on July 17, 2008 (docket entry 95), and their reply in support of their motion for partial summary judgment on July 25, 2008 (docket entry 96).

The Court subsequently called the parties to discuss the possibility of scheduling a status conference during the week of August 4, 2008, to discuss the pending motions. Both parties provided information as to their availability, and defendant requested an extension of time to file its reply in support of its motion for summary judgment, originally due Friday, August 8, 2008, in view of the proposed status conference.

In light of the above, the Court hereby **ORDERS** that the parties participate in a telephonic status conference on **Thursday, August 7, 2008, at 3:00 p.m. eastern time**. The Court will initiate the call. The Court **FURTHER ORDERS** that defendant's reply in support of its motion for summary judgment is due on or before **Tuesday, August 12, 2008.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge