# In the United States Court of Federal Claims

| | | |
|---|---|---|
| LYMAN F. BUSH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1041T<br>No. 04-1598T<br>(Consolidated)<br><br>Filed August 7, 2008 |

## ORDER

On Thursday, August 7, 2008, the parties participated in a status conference pursuant to the Court's order of August 5, 2008 (docket entry 97). That same order also set a revised deadline of August 12, 2008, for defendant's reply in support of its motion for summary judgment.

During the status conference, defendant requested an extension of time until Friday, August 15, 2008 within which to file its reply. Counsel for plaintiffs stated he had no objection to such an extension. The parties also discussed certain concessions made by plaintiffs which will have the effect of narrowing the issues to be resolved by the Court.

In light of the above, the Court hereby **ORDERS** that defendant file its reply in support of its motion for summary judgment no later than **Friday, August 15, 2008.** The Court **FURTHER ORDERS** that the parties submit a joint written memorialization of plaintiffs' concessions no later than **Friday, August 15, 2008.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge